

**U.S. Department of Justice**

Office of the United States Trustee

*Western District of Pennsylvania*

---

*1001 Liberty Avenue, Room 970*                                    *(412) 644-4756*
*Pittsburgh, PA   15222*                                         *fax (412) 644-4785*

# MINUTES OF §341 MEETING OF CREDITORS
## <u>CHAPTER 11</u>

IN RE:

Andrew F. Kuzy and Colleen A. Kuzy,                    CASE NO. 18-21728-CMB

DEBTORS-IN-POSSESSION

The §341(a) Meeting of Creditors was **<u>convened</u>** on August 10, 2018 and continued to
September 14, 2018 at 10:00 a.m. for proof of Social Security number of Colleen A. Kuzy.

ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
Region 3

By: /s/Norma Hildenbrand
    Norma Hildenbrand
    Trial Attorney
    Presiding Officer
    Norma.L.Hildenbrand@usdoj.gov

Date: August 10, 2018