**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Andrew F. Kuzy, and | : | Bankruptcy Case No.: 18-21728-CMB |
| Colleen A. Kuzy, | : | |
| | : | Chapter 11 |
| Debtors. | : | |

Reporting Period: _JuLy 2018_

**MONTHLY OPERATING REPORT**
**(INDIVIDUAL WAGE EARNERS)**
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-I (INDV) | | |
| Schedule of Cash Receipts and Disbursements - | MOR-I (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_8/24/18_
Date

_____
Signature of Joint Debtor

_8/24/18_
Date

_____
Signature of Preparer

_____
Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

| In Re: Andrew F. Kuzy, and | : | Bankruptcy Case No.: 18-21728-CMB |
| Colleen A. Kuzy, | : | |
| | : | Chapter 11 |
| Debtors. | : | |

Reporting Period:_____

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account .

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 169.00 | |
| **RECEIPTS** | | |
| Wages (Net) | 2452.79 | |
| Interest and Dividend Income | 0 | |
| Alimony and Child Support | 0 | |
| Social Security and Pension Income | 530.00 | |
| Sale of Assets | 0 | |
| Other Income (attach schedule) | 330.00 | |
| **Total Receipts** | 3312.79 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 0 | |
| Rental Payment(s) | 0 | |
| Other Secured Note Payments | 0 | |
| Utilities | 1428.13 | |
| Insurance | 410.83 | |
| Auto Expense | 76.00 | |
| Lease Payments | 0 | |
| IRA Contributions | 0 | |
| Repairs and Maintenance | 56.06 | |
| Medical Expenses | 80.28 | |
| Household Expenses | 776.95 | |
| Charitable Contributions | 0 | |
| Alimony and Child Support Payments | 0 | |
| Taxes - Real Estate | 0 | |
| Taxes - Personal Property | 0 | |
| Taxes - Other (attach schedule) | 0 | |
| Travel and Entertainment | 0 | |
| Gifts | 0 | |
| Other (attach schedule) | 113.40 | |
| **Total Ordinary Disbursements** | 2921.65 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | 325.00 | |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | | |
| **Total Disbursements (Ordinary + Reorganization)** | 3246.65 | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | | |
| **Cash - End of Month (Must equal reconciled bank** | 1759.17 | |

**FORM MOR-1 (INDV)**

In Re:  Andrew F. Kuzy, and       :     Bankruptcy Case No.: 18-21728-CMB
       Colleen A. Kuzy,           :
                         :     Chapter 11
       Debtors.            :                              (9/99)

Reporting Period:_____

**INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet**

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Schmah pymt | $320.00 | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Parole Fee | 63,40 | |
| Restitution | 50,00 | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**FORM MOR-1 (INDV) (CON'T)**
**(9/99)**

| In Re:  Andrew F. Kuzy, and | : | Bankruptcy Case No.: 18-21728-CMB |
| Colleen A. Kuzy, | : | |
| | : | Chapter 11 |
| Debtors. | : | |
| | | Reporting Period:_____ |

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns tiled during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 279.45 | | | | | |
| FI CA- Employee | 188.80 | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| **Total Federal Taxes** | | | | | | |
| **State and Local** | | | | | | |
| Withholding | 93,48 | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | 1,83 | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| **Total Stale and Local** | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | N umber of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages-Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases- Equipment | | | | | | |
| Secured Debt/Adequate Protection | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders" | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.

_____
_____
_____

*"Insider is defined in 11 U.S.C. Section 101(31)                    **FORM MOR-4**

(9/99)

In Re: Andrew F. Kuzy, and       :     Bankruptcy Case No.: 18-21728-CMB
       Colleen A. Kuzy,          :
                                  :     Chapter 11
          Debtors.            :

Reporting Period:_____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| - Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

FORM MOR-5
(9/99)

## Earnings

| | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 1387.50 | 20025.00 | 15.0000 | 92.50 | 1335.00 |
| Removal | 75.00 | 875.00 | | | |
| Total | 1462.50 | 20900.00 | | 92.50 | 1335.00 |

## Taxes

| | This Pay | YTD |
|---|---|---|
| Social Security | 90.68 | 1295.83 |
| Medicare | 21.21 | 303.07 |
| Federal Income Tax | 107.54 | 1574.35 |
| Pennsylvania | 44.90 | 641.62 |
| PA LST $52 | 2.00 | 28.00 |
| PA Employee Unemp. | 0.88 | 12.53 |
| S Strabane Twp. | 14.63 | 209.03 |
| Total | 281.84 | 4064.43 |

## Net Pay

| | This Pay | YTD |
|---|---|---|
| This Check | 1180.66 | 16835.57 |

## Other Information:

### Tax Status

| | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 1462.50 | 20900.00 | |
| Medicare | 1462.50 | 20900.00 | |
| Federal Income Tax | 1462.50 | 20900.00 | M / 0 |
| Pennsylvania | 1462.50 | 20900.00 | M / 0 |
| PA LST $52 | 1462.50 | 20900.00 | |
| PA Employee Unemp. | 1462.50 | 20900.00 | |
| S Strabane Twp. | 1462.50 | 20900.00 | M / 0 |

Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

PAPT   P596

## Earnings

| Earnings | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 1507.50 | 21532.50 | 15.0000 | 100.50 | 1435.50 |
| Removal | 75.00 | 950.00 | | | |
| Total | 1582.50 | 22482.50 | | 100.50 | 1435.50 |

## Taxes

| Taxes | This Pay | YTD |
|---|---|---|
| Social Security | 98.12 | 1393.95 |
| Medicare | 22.95 | 326.02 |
| Federal Income Tax | 121.94 | 1696.29 |
| Pennsylvania | 48.58 | 690.20 |
| PA LST $52 | 2.00 | 30.00 |
| PA Employee Unemp. | 0.95 | 13.48 |
| S Strabane Twp. | 15.83 | 224.86 |
| Total | 310.37 | 4374.80 |

## Net Pay

| Net Pay | This Pay | YTD |
|---|---|---|
| This Check | 1272.13 | 18107.70 |

## Other Information:

| Tax Status | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 1582.50 | 22482.50 | |
| Medicare | 1582.50 | 22482.50 | |
| Federal Income Tax | 1582.50 | 22482.50 | M / 0 |
| Pennsylvania | 1582.50 | 22482.50 | M / 0 |
| PA LST $52 | 1582.50 | 22482.50 | |
| PA Employee Unemp. | 1582.50 | 22482.50 | |
| S Strabane Twp. | 1582.50 | 22482.50 | M / 0 |

Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

PAPT   P596

# First National Bank

**Statement Ending 07/31/2018**

4140 E. State Street
Hermitage, PA 16148

*ANDREW F. KUZY, DEBTOR IN*                    Page 1 of 4
**Primary Account Number:**

ADDRESS SERVICE REQUESTED

ANDREW F. KUZY, DEBTOR IN POSSESSION
COLLEEN A. KUZY, DEBTOR IN POSSESSION
531 WARRICK DR
WASHINGTON PA 15301-9513

## Managing Your Accounts

 Online        www.fnb-online.com

 By Phone      1 800-555-5455

By Mail       4140 E. State Street
              Hermitage, PA  16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | | $1,505.87 |

# FREE SMALL BUSINESS CHECKING -

## Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 06/30/2018 | **Balance Last Statement** | **$500.00** | Minimum Balance | $927.04 |
| | 4 Credit(s) This Period | $4,226.42 | Average Ledger Balance | $1,682.62 |
| | 44 Debit(s) This Period | $3,220.55 | Average Available Balance | $1,476.75 |
| 07/31/2018 | **Balance This Statement** | **$1,505.87** | | |

## Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/30/2018 | Balance Last Statement | | | $500.00 |
| 07/02/2018 | DEPOSIT | | $1,443.63 | $1,943.63 |
| 07/05/2018 | CHECK # 991 | $250.00 | | $1,693.63 |
| 07/05/2018 | 73676 POS PUR 07/03 13:58 SUNOCO 005968820 CANONSBURG PA 0059003 073676~5542 | $37.00 | | $1,656.63 |
| 07/09/2018 | 22238 PIN PUR 07/09 11:06 GIANT-EAGLE #003 Washington PA 39000800 77097~5411 | $119.70 | | $1,536.93 |
| 07/12/2018 | 38858 POS PUR 07/12 09:39 COMCAST THREERIV 800-COMCAST PA 00000000 0388~4899 | $300.00 | | $1,236.93 |
| 07/12/2018 | 88354 POS PUR 07/11 02:58 SUNOCO 005968820 CANONSBURG PA 0059003 088354~5542 | $39.00 | | $1,197.93 |
| 07/12/2018 | 14072 POS PUR 07/11 18:03 WM SUPERCENTER # WASHINGTON PA 17390048 38472~5411 | $17.85 | | $1,180.08 |
| 07/13/2018 | DEPOSIT | | $1,180.66 | $2,360.74 |
| 07/16/2018 | DEPOSIT | | $330.00 | $2,690.74 |
| 07/16/2018 | 641209 PIN PUR 07/16 12:12 TJMAXX #0074 394 MCMURRAY PA 99999999 641209 ~5651 | $52.98 | | $2,637.76 |
| 07/16/2018 | 955977 PIN PUR 07/15 13:23 SAMSCLUB #6251 WASHINGTON PA 24625101 955977 ~5411 | $48.41 | | $2,589.35 |
| 07/16/2018 | 65281 POS PUR 07/14 11:18 WM SUPERCENTER # WASHINGTON PA 17390075 58897~5411 | $31.55 | | $2,557.80 |

 Member FDIC

ANDREW F. KUZY, DEBTOR IN                                        Statement Ending 07/31/2018                    Page 2 of 4

## RECONCILEMENT OF YOUR CHECKING/SAVINGS ACCOUNT

*The reconcilement of this statement with your records is essential. Any error must be reported as soon as possible.*

| CHECKS AND WITHDRAWALS OUTSTANDING | | |
|---|---|---|
| Date or Check Number | Amount | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Checks Outstanding | | |

**TO VERIFY YOUR CHECKBOOK BALANCE FOLLOW THESE SIMPLE STEPS:**

**1** COMPARE transactions shown on this statement with entries in your checkbook. Mark those paid or credited on this statement in your checkbook.

**2** COMPARE the check numbers listed on this statement with the entries in your checkbook and mark those paid.

**3** LIST AND TOTAL all checks and other withdrawals that remain outstanding including those from previous statements in the space to the left.

**4** ENTER into your checkbook and adjust the balance by adding interest credited, pre-authorized deposits or other credit (+) transactions shown on the front of this statement which are not in your checkbook.

**5** ENTER into your checkbook and adjust the balance by subtracting service fees, pre-authorized payments or other debit (-) transactions shown on the front of this statement which are not in your checkbook.

**6** ENTER "Current Statement Balance" from the front of this statement.                                $ _____

**7** ADD deposits made after "Period Ending Date" of this statement.                                (+) _____

(+) _____

(+) _____

(+) _____

(+) _____

(+) _____

TOTAL   $ _____

**8** SUBTRACT checks and withdrawals outstanding.                    (-)  $ _____

Your checkbook should show this balance. ............... $ _____

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS (EFT) ON YOUR CONSUMER ACCOUNT:

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-555-5455 or write to us at the address shown on your statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number (if any).
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. A Consumer Account is a deposit account which is used primarily for personal, family or household purposes.

## HOW TO CONFIRM PRE-AUTHORIZED DEPOSITS:

If you arranged to have direct deposits made to your Consumer Account at least once every 60 days from the same person or company, you can call us at 1-800-555-5455 to find out whether the deposit was made.

# First National Bank

**Statement Ending 07/31/2018**

*ANDREW F. KUZY, DEBTOR IN*    Page 3 of 4

Primary Account Number:

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/16/2018 | 38813 POS PUR 07/14 06:05 SUBWAY 00 WASHINGTON PA 001 038813 ~5814 | $10.37 | | $2,547.43 |
| 07/17/2018 | AMAZON MARKETPLA INTERNET | $63.49 | | $2,483.94 |
| 07/17/2018 | 64558 POS PUR 07/16 06:02 MCDONALD'S F1153 WASHINGTON PA 1 064558 ~5814 | $23.37 | | $2,460.57 |
| 07/17/2018 | 72896 POS PUR 07/16 17:47 USPS PO 41115205 CANONSBURG PA 00000000 07289~9402 | $2.92 | | $2,457.65 |
| 07/18/2018 | CHECK # 994 | $275.00 | | $2,182.65 |
| 07/19/2018 | 1662 PIN PUR 07/19 12:27 GIANT-EAGLE #003 Washington PA 39001500 14134~5411 | $77.68 | | $2,104.97 |
| 07/19/2018 | CHECK # 993 | $63.40 | | $2,041.57 |
| 07/19/2018 | 49823 POS PUR 07/18 21:53 WALGREENS #10786 CANONSBURG PA 00000000 04982~5912 | $21.45 | | $2,020.12 |
| 07/19/2018 | 197107 POS PUR 07/19 17:44 Wal-Mart Super C WASHINGTON PA 17390046 82002~5411 | $19.55 | | $2,000.57 |
| 07/23/2018 | CHECK # 995 | $50.00 | | $1,950.57 |
| 07/23/2018 | 833930 POS PUR 07/21 11:26 Wal-Mart Super C WASHINGTON PA 17390013 82024~5411 | $39.62 | | $1,910.95 |
| 07/23/2018 | 381468 POS PUR 07/22 11:50 WAL-MART #1739 WASHINGTON PA 17390045 8203340~5411 | $35.88 | | $1,875.07 |
| 07/23/2018 | 499662 POS PUR 07/22 18:35 Wal-Mart Super C WASHINGTON PA 17390045 82032~5411 | $5.31 | | $1,869.76 |
| 07/24/2018 | CHECK # 992 | $325.00 | | $1,544.76 |
| 07/24/2018 | 46992 PIN PUR 07/24 12:11 Wal-Mart Super C WASHINGTON PA 17390047 82053~5411 | $38.95 | | $1,505.81 |
| 07/25/2018 | 81883 POS PUR 07/24 06:58 JEFFREYS DRUG ST CANONSBURG PA 29235480 08188~5912 | $18.28 | | $1,487.53 |
| 07/25/2018 | 292917 POS PUR 07/25 07:06 Wal-Mart Super C WASHINGTON PA 17390048 82064~5411 | $6.00 | | $1,481.53 |
| 07/26/2018 | SURCHARGE FEE 450784 ATM WTD 07/26 13:21 PNC BANK WASHINGTON PA PX1256 450784 ~ | $3.50 | | $1,478.03 |
| 07/26/2018 | 450784 ATM WTD 07/26 13:21 PNC BANK WASHINGTON PA PX1256 450784 ~6011 | $100.00 | | $1,378.03 |
| 07/26/2018 | 9829 POS PUR 07/26 08:44 GET GO #3154 Washington PA 54023100 786157 ~5541 | $25.00 | | $1,353.03 |
| 07/26/2018 | FEE FOR ATM WTD 07/26 13:21 PNC BANK WASHINGTON PA PX1256 450784 ~6011 | $2.75 | | $1,350.28 |
| 07/27/2018 | 78859 RECURRING 07/27 15:46 COMCAST THREE CS 800-266-2278 PA 00000000 078~4899 | $330.02 | | $1,020.26 |
| 07/27/2018 | 30002 POS PUR 07/26 18:30 A CUT ABOVE SALO WASHINGTON PA 72179875 03000~7230 | $60.00 | | $960.26 |
| 07/27/2018 | 9440 POS PUR 07/26 17:31 SUBWAY 00 WASHINGTON PA 001 009440 ~5814 | $21.22 | | $939.04 |
| 07/27/2018 | 14840 POS PUR 07/26 09:14 JEFFREYS DRUG ST CANONSBURG PA 29235480 01484~5912 | $12.00 | | $927.04 |
| 07/30/2018 | DEPOSIT | | $1,272.13 | $2,199.17 |
| 07/30/2018 | CHECK # 996 | $135.83 | | $2,063.34 |
| 07/30/2018 | 477936 PIN PUR 07/28 12:41 Wal-Mart Super C WASHINGTON PA 17390046 82097~5411 | $123.92 | | $1,939.42 |
| 07/30/2018 | 30540 POS PUR 07/29 10:48 WM SUPERCENTER # WASHINGTON PA 17390056 23368~5411 | $59.98 | | $1,879.44 |
| 07/30/2018 | 289709 POS PUR 07/27 19:41 Wal-Mart Super C WASHINGTON PA 17390048 82084~5411 | $23.00 | | $1,856.44 |

FREE SMALL BUSINESS CHECKING (continued)

Case 18-21728-CMB   Doc 55   Filed 08/28/18   Entered 08/28/18 16:01:56   Desc Main

Document        Page 11 of 11

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/30/2018 | 46075 POS PUR 07/28 20:43 LOWES #00671* WASHINGTON PA 00000000 046075 ~5200 | $14.51 | | $1,841.93 |
| 07/30/2018 | 70045 POS PUR 07/28 07:27 SARRIS CANDIES CANONSBURG PA 09227357 070045 ~5999 | $12.90 | | $1,829.03 |
| 07/31/2018 | 61307 POS PUR 07/31 10:46 COMCAST THREERIV 800-COMCAST PA | $220.25 | | $1,608.78 |
| 07/31/2018 | 37106 PIN PUR 07/31 11:57 FAMOUSFOOTWEAR#2 WASHINGTON PA 08485113 82128~5661 | $54.98 | | $1,553.80 |
| 07/31/2018 | 90156 POS PUR 07/30 07:26 MCDONALD'S F4865 CANONSBURG PA 1 090156 ~5814 | $24.23 | | $1,529.57 |
| 07/31/2018 | 80010 POS PUR 07/30 07:44 IMPERIAL CLEANER WASHINGTON PA 73228270 08001~7216 | $23.70 | | $1,505.87 |
| **07/31/2018** | **Balance This Statement** | | | **$1,505.87** |

## Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 991 | 07/05/2018 | $250.00 | 993 | 07/19/2018 | $63.40 | 995 | 07/23/2018 | $50.00 |
| 992 | 07/24/2018 | $325.00 | 994 | 07/18/2018 | $275.00 | 996 | 07/30/2018 | $135.83 |

* Indicates skipped check number

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07/02/2018 | $1,943.63 | 07/17/2018 | $2,457.65 | 07/26/2018 | $1,350.28 |
| 07/05/2018 | $1,656.63 | 07/18/2018 | $2,182.65 | 07/27/2018 | $927.04 |
| 07/09/2018 | $1,536.93 | 07/19/2018 | $2,000.57 | 07/30/2018 | $1,829.03 |
| 07/12/2018 | $1,180.08 | 07/23/2018 | $1,869.76 | 07/31/2018 | $1,505.87 |
| 07/13/2018 | $2,360.74 | 07/24/2018 | $1,505.81 | | |
| 07/16/2018 | $2,547.43 | 07/25/2018 | $1,481.53 | | |