# PROCEEDING MEMO

Date: 08/28/2018 01:30 pm

In re: Andrew F. Kuzy and Colleen A. Kuzy

Bankruptcy No. 18-21728-CMB
Chapter: 11- Not Small

**Business**

29-2018

Doc. # 1- Exclusivity Expires 10-29-2018

*Brent Lemon ✓*
*Kovalchuck ✓*

**Appearances:**

Movant(s):    ~~Brian C. Thompson~~

Respondent(s):

Creditor(s):

Nature of Proceeding:    # 1 Status Conference re: Chapter 11 Voluntary Petition

Additional Pleadings:   #50 Monthly Financial Report for June, 2018

**Judge's Notes:**

**Outcome:**

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:    Movant(s) brief due____days
Respondent(s) brief due____days
Trustee's brief due____days

— Cont to Nov 28 at 2:00
— missing 2016 & 2017 return needed.

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
8/29/18 11:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Andrew F. Kuzy
Colleen A. Kuzy
    Debtors

Case No. 18-21728-CMB
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 1     Date Rcvd: Aug 29, 2018
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2018.
db/jdb         +Andrew F. Kuzy,    Colleen A. Kuzy,    531 Warrick Drive,    Washington, PA 15301-9513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2018 at the address(es) listed below:
        Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
         akovalchick@attorneygeneral.gov
        Brian C. Thompson    on behalf of Debtor Andrew F. Kuzy bthompson@ThompsonAttorney.com,
         blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
         ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
        Brian C. Thompson    on behalf of Joint Debtor Colleen A. Kuzy bthompson@ThompsonAttorney.com,
         blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
         ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
        Brian M. Kile    on behalf of Creditor    Key Bank, N.A. bkile@grenenbirsic.com,
         mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
        James Warmbrodt    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
        Norma Hildenbrand,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
         Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                       TOTAL: 7