

*U.S. Department of Justice*

Office of the United States Trustee

*Western District of Pennsylvania*

*1001 Liberty Avenue, Room 970*      *(412) 644-4756*
*Pittsburgh, PA   15222*      *fax (412) 644-4785*

# MINUTES OF §341 MEETING OF CREDITORS
## CHAPTER 11

IN RE:

Andrew F. Kuzy            CASE NO. 18-21728-CMB

DEBTOR-IN-POSSESSION

The §341(a) Meeting of Creditors was **convened** on August 10, 2018 and closed.

ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
Region 3

By: /s/Norma Hildenbrand
     Norma Hildenbrand
     Trial Attorney
     Presiding Officer
     Norma.L.Hildenbrand@usdoj.gov

Date: September 18, 2018