UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. :

Reporting Period: _August 2018_

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| | MOR-1 (INDV) (CONT) | | |
| Schedule of Cash Receipts and Disbursements - | | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____    9/18/18
**Signature of Debtor**                    **Date**

_____    9-18-18
**Signature of Joint Debtor**              **Date**


_____    _____
**Signature of Preparer**                  **Date**


_____
**Printed Name of Preparer**

FORM MOR (INDV)
(10/00)

In Re:  Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
        Colleen A. Kuzy, :
         : Chapter 11
        Debtors. :

Reporting Period: _August 2018_

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 1759.77 | |
| **RECEIPTS** | | |
| Wages (Net) | 2606.00 | |
| Interest and Dividend Income | 0 | |
| Alimony and Child Support | 0 | |
| Social Security and Pension Income | 575.000 | |
| Sale of Assets | 0 | |
| Other Income (attach schedule) | 1230.00 | |
| **Total Receipts** | 4411.000 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | 0 | |
| Mortgage Payment(s) | 0 | |
| Rental Payment(s) | 0 | |
| Other Secured Note Payments | 0 | |
| Utilities | 1927.42 | |
| Insurance | 385.49 | |
| Auto Expense | 200.00 | |
| Lease Payments | 0 | |
| IRA Contributions | 0 | |
| Repairs and Maintenance | 634.72 | |
| Medical Expenses | 0 | |
| Household Expenses | 1070.99 | |
| Charitable Contributions | 0 | |
| Alimony and Child Support Payments | 0 | |
| Taxes - Real Estate | 0 | |
| Taxes - Personal Property | 0 | |
| Taxes - Other (attach schedule) | 240.00 | |
| Travel and Entertainment | 59.60 | |
| Gifts | 0 | |
| Other (attach schedule) | 83.40 | |
| **Total Ordinary Disbursements** | 4605.32 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees   THOMPSON | 500.00 | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | 500.00 | |
| **Total Disbursements (Ordinary + Reorganization)** | 5105.32 | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | -694.32 | |
| **Cash - End of Month (Must equal reconciled bank** | 1065.45 | |

53.95

FORM MOR-1 (INDV)

In Re:  Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. : (9/99)

Reporting Period: _____

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Schmalz | 1230.00 | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| Tax Escrow | 240.00 | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| PA Board of Parole | 33.40 | |
| WASH Co. Courts | 50.00 | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

In Re:  Andrew F. Kuzy, and          :    Bankruptcy Case No.: 18-21728-CMB
        Colleen A. Kuzy,                     :
                                             :    Chapter 11
        Debtors.                             :
                                                  Reporting Period:_____

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Form16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| FICA- Employee |  |  |  |  |  |  |
| FICA-Employer |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| **Total Federal Taxes** |  |  |  |  |  |  |
| State and Local |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| Sales |  |  |  |  |  |  |
| Excise |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Real Property |  |  |  |  |  |  |
| Personal Property |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| **Total State and Local** |  |  |  |  |  |  |
| **Total Taxes** |  |  |  |  |  |  |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  |  | Number of Days Past Due |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable |  |  |  |  |  |  |
| Wages-Payable |  |  |  |  |  |  |
| Taxes Payable |  |  |  |  |  |  |
| Rent/Leases-Building |  |  |  |  |  |  |
| Rent/Leases- Equipment |  |  |  |  |  |  |
| Secured Debt/Adequate Protection |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Amounts Due to Insiders" |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Postpetition Debts |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.

_____

_____

*"Insider is defined in 11 U.S.C. Section 101(31)                                    FORM MOR-4

(9/99)

In Re:  Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
      Colleen A. Kuzy, :
            : Chapter 11
      Debtors. :

**Reporting Period:** _____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| − Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

_____
_____
_____
_____
_____
_____
_____

Andrew Kuzy
531 Warrick Dr
Washington, PA 15301
Employee No. 22

| | |
|---|---|
| Period Begin | 07/22/2018 |
| Period End | 08/04/2018 |
| Check No. | 21326 |
| Dept No. | 1000 |

| | This Pay | Year-To-Date |
|---|---|---|
| Earnings | 1462.50 | 23945.00 |
| Taxes | 281.84 | 4656.64 |
| Net Pay | 1180.66 | 19288.36 |

## Your Pay:

### Earnings

| | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 1387.50 | 22920.00 | 15.0000 | 92.50 | 1528.00 |
| Removal | 75.00 | 1025.00 | | | |
| Total | 1462.50 | 23945.00 | | 92.50 | 1528.00 |

### Taxes

| | This Pay | YTD |
|---|---|---|
| Social Security | 90.68 | 1484.63 |
| Medicare | 21.21 | 347.23 |
| Federal Income Tax | 107.54 | 1803.83 |
| Pennsylvania | 44.90 | 735.10 |
| PA LST $52 | 2.00 | 32.00 |
| PA Employee Unemp. | 0.88 | 14.36 |
| S Strabane Twp. | 14.63 | 239.49 |
| Total | 281.84 | 4656.64 |

### Net Pay

| | This Pay | YTD |
|---|---|---|
| This Check | 1180.66 | 19288.36 |

## Other Information:

### Tax Status

| | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 1462.50 | 23945.00 | |
| Medicare | 1462.50 | 23945.00 | |
| Federal Income Tax | 1462.50 | 23945.00 | M / 0 |
| Pennsylvania | 1462.50 | 23945.00 | M / 0 |
| PA LST $52 | 1462.50 | 23945.00 | |
| PA Employee Unemp. | 1462.50 | 23945.00 | |
| S Strabane Twp. | 1462.50 | 23945.00 | M / 0 |

Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

PAPT    P596

```
Andrew Ku...                                              PAYROLL
531 Warrick Dr                                      This Pay    Year-To-Date
Washington, PA 15301    Pay Date   08/24/2018  Earnings  1783.50    25728.50
Employee No. 22         Period Begin 08/...2018 Taxes     358.16     5014.80
                        Period End  08/18/2018  Net Pay  1425.34    20713.70
                        Check No.   21330
                        Dept No.    1000
```

## Your Pay:

### Earnings

|           | Earnings This Pay | Earnings YTD | Rate    | Hours This Pay | Hours YTD |
|-----------|-------------------|--------------|---------|----------------|-----------|
| Regular   | 1708.50           | 24628.50     | 17.0000 | 100.50         | 1628.50   |
| Removal   | 75.00             | 1100.00      |         |                |           |
| Total     | 1783.50           | 25728.50     |         | 100.50         | 1628.50   |

### Taxes

|                     | This Pay | YTD     |
|---------------------|----------|---------|
| Social Security     | 110.58   | 1595.21 |
| Medicare            | 25.86    | 373.09  |
| Federal Income Tax  | 146.06   | 1949.89 |
| Pennsylvania        | 54.75    | 789.85  |
| PA LST $52          | 2.00     | 34.00   |
| PA Employee Unemp.  | 1.07     | 15.43   |
| S Strabane Twp.     | 17.84    | 257.33  |
| Total               | 358.16   | 5014.80 |

### Net Pay

|            | This Pay | YTD      |
|------------|----------|----------|
| This Check | 1425.34  | 20713.70 |

## Other Information:

### Tax Status

|                     | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---------------------|---------------------------|----------------------|---------------|
| Social Security     | 1783.50                   | 25728.50             |               |
| Medicare            | 1783.50                   | 25728.50             |               |
| Federal Income Tax  | 1783.50                   | 25728.50             | M / 0         |
| Pennsylvania        | 1783.50                   | 25728.50             | M / 0         |
| PA LST $52          | 1783.50                   | 25728.50             |               |
| PA Employee Unemp.  | 1783.50                   | 25728.50             |               |
| S Strabane Twp.     | 1783.50                   | 25728.50             | M / 0         |

```
Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317
                                            PAPT   P596
```

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 08/31/2018**

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 1 of 6

**ADDRESS SERVICE REQUESTED**

>001824 2091988 0001 092543 10Z

ANDREW F. KUZY, DEBTOR IN POSSESSION
COLLEEN A. KUZY, DEBTOR IN POSSESSION
531 WARRICK DR
WASHINGTON PA 15301-9513

## Managing Your Accounts

 Online — www.fnb-online.com
 By Phone — 1 800-555-5455
 By Mail — 4140 E. State Street, Hermitage, PA 16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | | $1,098.37 |

## FREE SMALL BUSINESS CHECKING

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 08/01/2018 | Balance Last Statement | $1,505.87 | Minimum Balance | $583.02 |
| | 5 Credit(s) This Period | $3,836.00 | Average Ledger Balance | $1,242.16 |
| | 73 Debit(s) This Period | $4,243.50 | Average Available Balance | $1,027.10 |
| 08/31/2018 | Balance This Statement | $1,098.37 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/01/2018 | Balance Last Statement | | | $1,505.87 |
| 08/03/2018 | 84869 POS PUR 08/02 21:07 OUTBACK 3959 WASHINGTON PA 00000000 084869 ~5812 | $67.47 | | $1,438.40 |
| 08/03/2018 | 27495 POS PUR 08/02 07:24 SUNOCO 005968820 CANONSBURG PA 0059003 027495~5542 | $35.62 | | $1,402.78 |
| 08/06/2018 | 38410 POS PUR 08/04 13:20 WM SUPERCENTER # WASHINGTON PA 17390049 52404~5411 | $38.35 | | $1,364.43 |
| 08/06/2018 | 15083 POS PUR 08/04 19:14 WM SUPERCENTER # WASHINGTON PA 17390045 76542~5411 | $23.22 | | $1,341.21 |
| 08/06/2018 | 40037 POS PUR 08/04 01:02 SARRIS CANDIES CANONSBURG PA 09227357 040037 ~5999 | $8.90 | | $1,332.31 |
| 08/07/2018 | 528716 PIN PUR 08/07 15:05 GAMESTOP 6610 48 WASHINGTON PA 99999999 52871~7993 | $47.71 | | $1,284.60 |
| 08/08/2018 | SURCHARGE FEE 134650 ATM WTD 08/08 14:46 CITIZENS BANK WASHINGTON PA ML6253 134 | $3.50 | | $1,281.10 |
| 08/08/2018 | 134650 ATM WTD 08/08 14:46 CITIZENS BANK WASHINGTON PA ML6253 134650 ~6011 | $100.00 | | $1,181.10 |
| 08/08/2018 | 9009 PIN PUR 08/08 15:09 GIANT-EAGLE #003 Washington PA 39001100 11567~5411 | $74.38 | | $1,106.72 |
| 08/08/2018 | 87004 POS PUR 08/07 11:16 MCDONALD'S F4865 CANONSBURG PA 1 087004 ~5814 | $11.74 | | $1,094.98 |
| 08/08/2018 | FEE FOR ATM WTD 08/08 14:46 CITIZENS BANK WASHINGTON PA ML6253 134650 ~6011 | $2.75 | | $1,092.23 |




Member FDIC

**First National Bank**

*Statement Ending 08/31/2018*

ANDREW F. KUZY, DEBTOR IN                                Page 3 of 6
**Primary Account Number:**

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/09/2018 | CHECK # 997 | $37.00 | | $1,055.23 |
| 08/09/2018 | 92216 POS PUR 08/08 19:36 JEFFREYS DRUG ST CANONSBURG PA 29235480 09221~5912 | $17.76 | | $1,037.47 |
| 08/09/2018 | 98292 POS PUR 08/07 20:18 CHICK-FIL-A #032 WASHINGTON PA 1 098292 ~5814 | $14.72 | | $1,022.75 |
| 08/10/2018 | SURCHARGE FEE 944958 ATM WTD 08/10 12:06 CFSBANK WASHINGTON PA XM2837 944958 ~6 | $2.00 | | $1,020.75 |
| 08/10/2018 | 944958 ATM WTD 08/10 12:06 CFSBANK WASHINGTON PA XM2837 944958 ~6011 | $140.00 | | $880.75 |
| 08/10/2018 | 6791 POS PUR 08/09 13:12 AMZN MKTP US AMZ AMZN.COM/BILL WA 00000000 00~5942 | $39.99 | | $840.76 |
| 08/10/2018 | 30197 POS PUR 08/09 23:27 ARBYS 7648 WASHINGTON PA 00762455 030197 ~5814 | $15.02 | | $825.74 |
| 08/10/2018 | FEE FOR ATM WTD 08/10 12:06 CFSBANK WASHINGTON PA XM2837 944958 ~6011 | $2.75 | | $822.99 |
| 08/13/2018 | DEPOSIT | | $1,180.66 | $2,003.65 |
| 08/13/2018 | CHECK # 998 | $250.00 | | $1,753.65 |
| 08/13/2018 | CHECK # 999 | $165.41 | | $1,588.24 |
| 08/13/2018 | 718920 POS PUR 08/11 18:37 WAL-MART #1739 WASHINGTON PA 17390048 8223502~5411 | $65.38 | | $1,522.86 |
| 08/13/2018 | 597130 POS PUR 08/12 09:24 WAL-MART #1739 WASHINGTON PA 17390056 8224088~5411 | $63.19 | | $1,459.67 |
| 08/13/2018 | CHECK # 1 | $60.00 | | $1,399.67 |
| 08/13/2018 | 911906 PIN PUR 08/12 12:48 KOHLS 1022 353 W WASHINGTON PA 99999999 91190~5311 | $59.97 | | $1,339.70 |
| 08/13/2018 | 705560 PIN PUR 08/12 13:23 UNDER ARMOUR PIT WASHINGTON PA 29933507 70556~5655 | $55.02 | | $1,284.68 |
| 08/13/2018 | 52597 POS PUR 08/12 22:59 MAX & ERMA'S WAS 406-8625228 PA 73654212 0525~5812 | $41.88 | | $1,242.80 |
| 08/13/2018 | 56344 POS PUR 08/12 06:10 ADIDAS 6190 WASHINGTON PA 00008216 056344 ~5655 | $37.48 | | $1,205.32 |
| 08/13/2018 | 83830 POS PUR 08/10 14:04 SPEEDWAY 02915 7 WASHINGTON PA LK469805 08383~5542 | $33.10 | | $1,172.22 |
| 08/13/2018 | 4181 POS PUR 08/10 03:27 ABM PARKING LIBE PITTSBURGH PA 00000000 00418~7523 | $8.00 | | $1,164.22 |
| 08/13/2018 | 854059 PIN PUR 08/13 09:40 USPS PO 41115205 CANONSBURG PA 99999999 85405~9402 | $3.41 | | $1,160.81 |
| 08/14/2018 | 46462 PIN PUR 08/14 12:34 SAMS CLUB #6251 WASHINGTON PA 62510006 862694~5300 | $111.06 | | $1,049.75 |
| 08/14/2018 | 22777 POS PUR 08/13 02:18 SPEEDWAY 02915 7 WASHINGTON PA LK469805 02277~5542 | $10.01 | | $1,039.74 |
| 08/14/2018 | 19045 POS PUR 08/13 03:35 JEFFREYS DRUG ST CANONSBURG PA 29235480 01904~5912 | $10.00 | | $1,029.74 |
| 08/15/2018 | 45391 POS PUR 08/14 02:28 MCDONALD'S F2383 WASHINGTON PA 1 045391 ~5814 | $9.53 | | $1,020.21 |
| 08/16/2018 | DEPOSIT | | $600.00 | $1,620.21 |
| 08/16/2018 | 69050 POS PUR 08/15 21:48 KENNYWOOD WEB 412-461-0500 PA 00000000 069050~7996 | $33.98 | | $1,586.23 |
| 08/16/2018 | 67281 POS PUR 08/15 10:11 KENNYWOOD/STRATW WEST MIFFLIN PA 00000000 067~7996 | $21.36 | | $1,564.87 |
| 08/17/2018 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $1,504.87 |
| 08/17/2018 | 43924 POS PUR 08/16 07:45 SPEEDWAY 02915 7 WASHINGTON PA LK469805 04392~5542 | $37.00 | | $1,467.87 |



## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/20/2018 | 22911 POS PUR 08/20 11:57 AMERICAN-WATER-P 800-272-1325 PA 00000000 022~4900 | $194.18 | | $1,273.69 |
| 08/20/2018 | 435927 PIN PUR 08/19 13:57 TARGET T-1216 33 Washington PA 99999999 43592~5310 | $39.21 | | $1,234.48 |
| 08/20/2018 | 0010 POS PUR 08/19 17:05 MCM INC CECIL PA 00006594 000010 ~5812 | $24.62 | | $1,209.86 |
| 08/20/2018 | 52139 POS PUR 08/19 11:31 WM SUPERCENTER # WASHINGTON PA 17390051 58543~5411 | $13.06 | | $1,196.80 |
| 08/20/2018 | 5788 POS PUR 08/18 01:00 DUNKIN #354289 Q CANONSBURG PA 3542001 005788~5814 | $8.99 | | $1,187.81 |
| 08/21/2018 | 40953 PIN PUR 08/21 17:36 WM SUPERCENTER # WASHINGTON PA 17390046 77916~5411 | $50.32 | | $1,137.49 |
| 08/21/2018 | 3973 POS PUR 08/20 11:23 JEFFREYS DRUG ST CANONSBURG PA 29235480 00397~5912 | $18.34 | | $1,119.15 |
| 08/22/2018 | COMCAST COMCAST | $323.41 | | $795.74 |
| 08/22/2018 | 57407 POS PUR 08/22 13:15 WENDY'S 413 WASHINGTON PA 65693009 297785 ~5814 | $12.72 | | $783.02 |
| 08/23/2018 | CHECK # 1001 | $200.00 | | $583.02 |
| 08/24/2018 | DEPOSIT | | $1,425.34 | $2,008.36 |
| 08/24/2018 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $1,948.36 |
| 08/24/2018 | 43131 POS PUR 08/23 06:30 TMOBILE POSTPAID 800-937-8997 WA 00000000 043~4814 | $148.00 | | $1,800.36 |
| 08/24/2018 | 21777 POS PUR 08/24 17:27 WM SUPERCENTER # WASHINGTON PA 17390044 76349~5411 | $77.87 | | $1,722.49 |
| 08/24/2018 | CHECK # 1008 | $50.00 | | $1,672.49 |
| 08/24/2018 | CHECK # 1005 | $33.40 | | $1,639.09 |
| 08/24/2018 | 64537 POS PUR 08/23 06:04 SUNOCO 005968820 CANONSBURG PA 0059003 064537~5542 | $31.71 | | $1,607.38 |
| 08/24/2018 | 90006 POS PUR 08/22 04:05 MCMURRAY DRY CLE CANONSBURG PA 78681817 09000~7216 | $10.00 | | $1,597.38 |
| 08/24/2018 | 69895 POS PUR 08/23 03:57 PANERA BREAD #20 WASHINGTON PA 00002595 06989~5812 | $6.98 | | $1,590.40 |
| 08/24/2018 | 329845 POS PUR 08/24 17:07 WAL-MART #1739 WASHINGTON PA 24173901 329845 ~5411 | $4.62 | | $1,585.78 |
| 08/24/2018 | 0004 POS PUR 08/22 23:31 THE BEAU MART WASHINGTON PA 00000687 000004 ~5499 | $4.30 | | $1,581.48 |
| 08/27/2018 | 554925 PIN PUR 08/25 13:09 DEALS 60 TRINITY WASHINGTON PA 99999999 55492~5331 | $25.72 | | $1,555.76 |
| 08/27/2018 | 30067 POS PUR 08/25 08:50 ARBYS 7648 WASHINGTON PA 00762455 030067 ~5814 | $23.49 | | $1,532.27 |
| 08/27/2018 | CHECK # 1009 | $20.00 | | $1,512.27 |
| 08/27/2018 | 40135 POS PUR 08/24 22:46 MOE'S SW GRILL 3 WASHINGTON PA 00628697 04013~5814 | $19.03 | | $1,493.24 |
| 08/27/2018 | 51719 POS PUR 08/26 16:34 WM SUPERCENTER # WASHINGTON PA 17390056 60313~5411 | $18.50 | | $1,474.74 |
| 08/27/2018 | 0097 POS PUR 08/23 22:08 PPAP SMITHFIELD PITTSBURGH PA 00352851 000097~7523 | $5.00 | | $1,469.74 |
| 08/27/2018 | 60004 POS PUR 08/24 01:42 WHS FAMILY MEDIC WASHINGTON PA 74902060 06000~8099 | $5.00 | | $1,464.74 |
| 08/28/2018 | DEPOSIT | | $330.00 | $1,794.74 |
| 08/28/2018 | CHECK # 1007 | $249.66 | | $1,545.08 |
| 08/29/2018 | 25420 POS PUR 08/28 16:59 MCDONALD'S F4865 CANONSBURG PA 1 025420 ~5814 | $22.12 | | $1,522.96 |
| 08/30/2018 | FIRSTENERGY OPCO FE ECHECK | $618.61 | | $904.35 |
| 08/30/2018 | 636277 PIN PUR 08/30 07:16 Wal-Mart Super C WASHINGTON PA 17390027 82429~5411 | $28.21 | | $876.14 |

**First National Bank**

*Statement Ending 08/31/2018*

ANDREW F. KUZY, DEBTOR IN                                    Page 5 of 6
Primary Account Number:

# FREE SMALL BUSINESS CHECKING -                (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/30/2018 | 79994 POS PUR 08/29 07:13 JEFFREYS DRUG ST CANONSBURG PA 29235480 07999~5912 | $17.76 | | $858.38 |
| 08/31/2018 | DEPOSIT | | $300.00 | $1,158.38 |
| 08/31/2018 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $1,098.38 |
| 08/31/2018 | NEGATIVE COLLECTED BALANCE FEE | $0.01 | | $1,098.37 |
| 08/31/2018 | Balance This Statement | | | $1,098.37 |

## Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 08/13/2018 | $60.00 | 999 | 08/13/2018 | $165.41 | 1007* | 08/28/2018 | $249.66 |
| 997* | 08/09/2018 | $37.00 | 1001* | 08/23/2018 | $200.00 | 1008 | 08/24/2018 | $50.00 |
| 998 | 08/13/2018 | $250.00 | 1005* | 08/24/2018 | $33.40 | 1009 | 08/27/2018 | $20.00 |

* Indicates skipped check number

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/03/2018 | $1,402.78 | 08/14/2018 | $1,029.74 | 08/23/2018 | $583.02 |
| 08/06/2018 | $1,332.31 | 08/15/2018 | $1,020.21 | 08/24/2018 | $1,581.48 |
| 08/07/2018 | $1,284.60 | 08/16/2018 | $1,564.87 | 08/27/2018 | $1,464.74 |
| 08/08/2018 | $1,092.23 | 08/17/2018 | $1,467.87 | 08/28/2018 | $1,545.08 |
| 08/09/2018 | $1,022.75 | 08/20/2018 | $1,187.81 | 08/29/2018 | $1,522.96 |
| 08/10/2018 | $822.99 | 08/21/2018 | $1,119.15 | 08/30/2018 | $858.38 |
| 08/13/2018 | $1,160.81 | 08/22/2018 | $783.02 | 08/31/2018 | $1,098.37 |