UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Andrew F. Kuzy, and<br>Colleen A. Kuzy,<br><br>Debtors. | : Bankruptcy Case No.: 18-21728-CMB<br>:<br>: Chapter 11<br>: |

Reporting Period: _September 2018_

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____     10/20/18
**Signature of Debtor**                                         Date

_____     10/20/18
**Signature of Joint Debtor**                                  Date


_____     _____
**Signature of Preparer**                                        Date


_____
**Printed Name of Preparer**

FORM MOR (INDV)
(10/00)

| In Re: Andrew F. Kuzy, and | : | Bankruptcy Case No.: 18-21728-CMB |
|---|---|---|
| Colleen A. Kuzy, | : | |
|  | : | Chapter 11 |
| Debtors. | : | |

Reporting Period: *September 2018*

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 334.77 | |
| **RECEIPTS** | | |
| Wages (Net) | 2102.58 | |
| Interest and Dividend Income | 0 | |
| Alimony and Child Support | 0 | |
| Social Security and Pension Income | 575 | |
| Sale of Assets | 0 | |
| Other Income (attach schedule) | 1190.00 | |
| **Total Receipts** | 3867.58 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 0 | |
| Rental Payment(s) | 0 | |
| Other Secured Note Payments | 0 | |
| Utilities CELL; COMCAST; ELECTRIC; H2O | 1869.64 | |
| Insurance PROG | 402.49 | |
| Auto Expense FUEL, INS | 215.86 | |
| Lease Payments | 0 | |
| IRA Contributions | 0 | |
| Repairs and Maintenance HOUSE | 293.66 | |
| Medical Expenses | 22.88 | |
| Household Expenses | 602.18 | |
| Charitable Contributions | 0 | |
| Alimony and Child Support Payments | 0 | |
| Taxes - Real Estate | 0 | |
| Taxes - Personal Property | 0 | |
| Taxes - Other (attach schedule) | 0 | |
| Travel and Entertainment | 0 | |
| Gifts | 0 | |
| Other (attach schedule) | 80.00 | |
| **Total Ordinary Disbursements** | 3486.71 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 0 | |
| U. S. Trustee Fees | 0 | |
| Other Reorganization Expenses (attach schedule) | 0 | |
| **Total Reorganization Items** | 0 | |
| **Total Disbursements (Ordinary + Reorganization)** | 3486.71 | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 380.87 | |
| Cash - End of Month (Must equal reconciled bank | 380.87 | |

FORM MOR-1 (INDV)

In Re: Andrew F. Kuzy, and  : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy,  :
: Chapter 11
Debtors.  :                                                                 (9/99)

**Reporting Period:** _____

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| SCHMALZ | 1190.00 | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| WASH CO CLERK OF COURTS | 50.00 | |
| PA BOARD OF PROB | 30.00 | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

In Re:  Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. :
Reporting Period:_____

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns tiled during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| FICA- Employee |  |  |  |  |  |  |
| FICA-Employer |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Federal Taxes |  |  |  |  |  |  |
| State and Local |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| Sales |  |  |  |  |  |  |
| Excise |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Real Property |  |  |  |  |  |  |
| Personal Property |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Stale and Local |  |  |  |  |  |  |
| Total Taxes |  |  |  |  |  |  |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable |  |  |  |  |  |  |
| Wages-Payable |  |  |  |  |  |  |
| Taxes Payable |  |  |  |  |  |  |
| Rent/Leases-Building |  |  |  |  |  |  |
| Rent/Leases- Equipment |  |  |  |  |  |  |
| Secured Debt/Adequate Protection |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Amounts Due to Insiders" |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Postpetition Debts |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.

_____
_____

*"Insider is defined in 11 U.S.C. Section 101(31)    FORM MOR-4

(9/99)

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. :

**Reporting Period:**_____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| - Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

_____
_____
_____
_____
_____
_____
_____

FORM MOR-5
(9/99)

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**ADDRESS SERVICE REQUESTED**

ANDREW F. KUZY, DEBTOR IN POSSESSION
COLLEEN A. KUZY, DEBTOR IN POSSESSION
531 WARRICK DR
WASHINGTON PA 15301-9513

**Statement Ending 09/28/2018**

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 1 of 4

### Managing Your Accounts

 Online — www.fnb-online.com
 By Phone — 1 800-555-5455
By Mail — 4140 E. State Street, Hermitage, PA 16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | | $281.91 |

## FREE SMALL BUSINESS CHECKING -

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 09/01/2018 | Balance Last Statement | $1,098.37 | Minimum Balance | $114.88 |
| | 6 Credit(s) This Period | $3,657.58 | Average Ledger Balance | $890.41 |
| | 54 Debit(s) This Period | $4,474.04 | Average Available Balance | $818.80 |
| 09/28/2018 | Balance This Statement | $281.91 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/01/2018 | Balance Last Statement | | | $1,098.37 |
| 09/04/2018 | 6462 ATM WTD 09/01 19:12 FIRST NAT BANK CANONSBURG PA PAS | $200.00 | | $898.37 |
| 09/04/2018 | 31209 POS PUR 09/01 13:08 WM SUPERCENTER # WASHINGTON PA | $46.30 | | $852.07 |
| 09/04/2018 | 514152 POS PUR 08/31 18:54 WAL-MART #1739 WASHINGTON PA | $46.13 | | $805.94 |
| 09/04/2018 | 79292 POS PUR 08/31 20:08 SUNOCO 005968820 CANONSBURG PA | $34.98 | | $770.96 |
| 09/04/2018 | 0363 POS PUR 08/30 07:03 SESAME INN MCMURRAY PA | $32.33 | | $738.63 |
| 09/04/2018 | 25317 POS PUR 09/02 05:58 CHESTNUT RIDGE G GRANTSVILLE MD | $18.75 | | $719.88 |
| 09/05/2018 | CHECK # 1012 | $304.21 | | $415.67 |
| 09/07/2018 | PP596SALANDRA FU PAYROLL | | $1,303.39 | $1,719.06 |
| 09/07/2018 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $1,659.06 |
| 09/10/2018 | CHECK # 1013 | $241.11 | | $1,417.95 |
| 09/10/2018 | 63325 PIN PUR 09/10 12:34 KMART 4770 MCMURRAY PA | $86.84 | | $1,331.11 |
| 09/10/2018 | 63324 POS PUR 09/10 12:32 KMART 4770 MCMURRAY PA | $38.50 | | $1,292.61 |



Member FDIC

First National Bank

**Statement Ending 09/28/2018**

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 3 of 4

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/10/2018 | 38059 POS PUR 09/09 19:02 LOVE S TRAVEL 00 CUMBERLAND MD | $32.65 | | $1,259.96 |
| 09/10/2018 | 307932 PIN PUR 09/10 17:02 THE HOME DEPOT # WASHINGTON PA | $28.79 | | $1,231.17 |
| 09/10/2018 | 786025 POS PUR 09/10 17:22 Wal-Mart Super C WASHINGTON PA | $14.24 | | $1,216.93 |
| 09/12/2018 | 90007 POS PUR 09/11 00:58 IMPERIAL CLEANER WASHINGTON PA | $23.70 | | $1,193.23 |
| 09/12/2018 | 48178 POS PUR 09/11 03:18 LOWES #00671* WASHINGTON PA | $16.94 | | $1,176.29 |
| 09/13/2018 | 89530 POS PUR 09/12 11:39 LOWES #00671* WASHINGTON PA | $47.93 | | $1,128.36 |
| 09/13/2018 | 20995 POS PUR 09/12 17:08 TJ'S DELI MART # CANONSBURG PA 001 | $26.44 | | $1,101.92 |
| 09/13/2018 | 23294 POS PUR 09/11 23:57 CHICK-FIL-A #032 WASHINGTON PA 1 | $14.72 | | $1,087.20 |
| 09/14/2018 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $1,027.20 |
| 09/14/2018 | 821847 PIN PUR 09/14 17:50 SAM'S Club WASHINGTON PA | $63.62 | | $963.58 |
| 09/17/2018 | DEPOSIT | | $400.00 | $1,363.58 |
| 09/17/2018 | 458045 POS PUR 09/15 13:01 Wal-Mart Super C WASHINGTON PA | $14.16 | | $1,349.42 |
| 09/17/2018 | 46669 POS PUR 09/14 20:56 WENDY'S 413 WASHINGTON PA | $8.98 | | $1,340.44 |
| 09/18/2018 | DEPOSIT | | $390.00 | $1,730.44 |
| 09/18/2018 | 20145 POS PUR 09/18 09:06 AMERICAN-WATER-P 800-272-1325 PA | $231.06 | | $1,499.38 |
| 09/18/2018 | 92253 POS PUR 09/17 04:44 WIRELESS ZONE #6 WASHINGTON PA | $216.56 | | $1,282.82 |
| 09/18/2018 | 92254 POS PUR 09/17 03:29 WIRELESS ZONE #6 WASHINGTON PA | $69.79 | | $1,213.03 |
| 09/18/2018 | 44066 POS PUR 09/18 17:49 WENDY'S 414 CANONSBURG PA | $7.93 | | $1,205.10 |
| 09/19/2018 | 526712 PIN PUR 09/19 13:10 FIVE BELOW 197 8 WASHINGTON PA | $41.33 | | $1,163.77 |
| 09/19/2018 | 58489 POS PUR 09/18 02:14 WASHINGTON HYUND WASHINGTON PA | $37.05 | | $1,126.72 |
| 09/19/2018 | 39197 PIN PUR 09/19 12:01 H&M0343 WASHINGTON PA | $32.96 | | $1,093.76 |
| 09/19/2018 | 31358 POS PUR 09/18 04:15 SPEEDWAY 02915 7 WASHINGTON PA LK | $31.54 | | $1,062.22 |
| 09/19/2018 | 98543 POS PUR 09/18 20:17 MCDONALD'S F4865 CANONSBURG PA 1 | $9.57 | | $1,052.65 |
| 09/20/2018 | CHECK # 1019 | $250.00 | | $802.65 |
| 09/20/2018 | 192926 POS PUR 09/19 18:05 WAL-MART #1739 WASHINGTON PA | $30.92 | | $771.73 |
| 09/20/2018 | CHECK # 1016 | $30.00 | | $741.73 |
| 09/21/2018 | PP596SALANDRA FU PAYROLL | | $799.19 | $1,540.92 |
| 09/21/2018 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $1,480.92 |
| 09/21/2018 | Charge Back Item Check 2389 | $350.00 | | $1,130.92 |
| 09/21/2018 | CHECK # 1017 | $275.02 | | $855.90 |
| 09/21/2018 | CHECK # 1015 | $186.49 | | $669.41 |

# FREE SMALL BUSINESS CHECKING - (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/21/2018 | CHECK # 1018 | $50.00 | | $619.41 |
| 09/21/2018 | 86245 POS PUR 09/20 03:09 KINGS FAMILY RES CANONSBURG PA | $44.04 | | $575.37 |
| 09/21/2018 | 42186 POS PUR 09/20 21:11 JEFFREYS DRUG ST CANONSBURG PA | $18.35 | | $557.02 |
| 09/21/2018 | Return Deposit/Cash Item Fee | $12.00 | | $545.02 |
| 09/24/2018 | 10786 PIN PUR 09/24 10:27 GIANT-EAGLE #003 Washington PA | $88.17 | | $456.85 |
| 09/24/2018 | 178266 POS PUR 09/23 14:27 WAL-MART #1739 WASHINGTON PA | $82.27 | | $374.58 |
| 09/24/2018 | 37360 POS PUR 09/22 00:08 MCDONALD'S F1153 WASHINGTON PA | $21.18 | | $353.40 |
| 09/25/2018 | DEPOSIT | | $400.00 | $753.40 |
| 09/25/2018 | CHECK # 1021 | $266.66 | | $486.74 |
| 09/25/2018 | CHECK # 1020 | $135.83 | | $350.91 |
| 09/25/2018 | 55667 POS PUR 09/24 06:28 KWIK FILL 236 HOUSTON PA | $36.03 | | $314.88 |
| 09/26/2018 | CHECK # 1014 | $200.00 | | $114.88 |
| 09/27/2018 | DEPOSIT | | $365.00 | $479.88 |
| 09/28/2018 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $419.88 |
| 09/28/2018 | CHECK # 1004 | $135.83 | | $284.05 |
| 09/28/2018 | 58682 POS PUR 09/27 19:14 MCDONALD'S F1153 WASHINGTON PA | $2.12 | | $281.93 |
| 09/28/2018 | NEGATIVE COLLECTED BALANCE FEE | $0.02 | | $281.91 |
| 09/28/2018 | **Balance This Statement** | | | **$281.91** |

## Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1004 | 09/28/2018 | $135.83 | 1015 | 09/21/2018 | $186.49 | 1019 | 09/20/2018 | $250.00 |
| 1012* | 09/05/2018 | $304.21 | 1016 | 09/20/2018 | $30.00 | 1020 | 09/25/2018 | $135.83 |
| 1013 | 09/10/2018 | $241.11 | 1017 | 09/21/2018 | $275.02 | 1021 | 09/25/2018 | $266.66 |
| 1014 | 09/26/2018 | $200.00 | 1018 | 09/21/2018 | $50.00 | | | |

\* Indicates skipped check number

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09/04/2018 | $719.88 | 09/14/2018 | $963.58 | 09/24/2018 | $353.40 |
| 09/05/2018 | $415.67 | 09/17/2018 | $1,340.44 | 09/25/2018 | $314.88 |
| 09/07/2018 | $1,659.06 | 09/18/2018 | $1,205.10 | 09/26/2018 | $114.88 |
| 09/10/2018 | $1,216.93 | 09/19/2018 | $1,052.65 | 09/27/2018 | $479.88 |
| 09/12/2018 | $1,176.29 | 09/20/2018 | $741.73 | 09/28/2018 | $281.91 |
| 09/13/2018 | $1,087.20 | 09/21/2018 | $545.02 | | |

Andrew Kuzy
531 Warrick Dr
Washington, PA 15301
Employee No. 22

| | |
|---|---|
| Pay Date | 09/07/2018 |
| Period Begin | 08/19/2018 |
| Period End | 09/01/2018 |
| Voucher No. | |
| Dept No. | 1000 |

| | This Pay | Year-To-Date |
|---|---|---|
| Earnings | 1623.50 | 27352.00 |
| Taxes | 320.11 | 5334.91 |
| Net Pay | 1303.39 | 22017.09 |

## Your Pay:

### Earnings

| | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 1623.50 | 26252.00 | 17.0000 | 95.50 | 1724.00 |
| Removal | | 1100.00 | | | |
| Total | 1623.50 | 27352.00 | | 95.50 | 1724.00 |

### Taxes

| | This Pay | YTD |
|---|---|---|
| Social Security | 100.66 | 1695.87 |
| Medicare | 23.54 | 396.63 |
| Federal Income Tax | 126.86 | 2076.75 |
| Pennsylvania | 49.84 | 839.69 |
| PA LST $52 | 2.00 | 36.00 |
| PA Employee Unemp. | 0.97 | 16.40 |
| S Strabane Twp. | 16.24 | 273.57 |
| Total | 320.11 | 5334.91 |

### Net Pay

| | This Pay | YTD | Account Number |
|---|---|---|---|
| This Check | 1303.39 | 22017.09 | |

## Other Information:

### Tax Status

| | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 1623.50 | 27352.00 | |
| Medicare | 1623.50 | 27352.00 | |
| Federal Income Tax | 1623.50 | 27352.00 | M / 0 |
| Pennsylvania | 1623.50 | 27352.00 | M / 0 |
| PA LST $52 | 1623.50 | 27352.00 | |
| PA Employee Unemp. | 1623.50 | 27352.00 | |
| S Strabane Twp. | 1623.50 | 27352.00 | M / 0 |

Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

PAPT    P596

---

BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

PAPT    P596
Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

Pay Date           09/07/2018    WASHINGTON FEDERAL SAVINGS BANK
Voucher Number                   CANONSBURG, PA 15317
                                 60-74222433

*** NON - NEGOTIABLE, DIRECT DEPOSIT NOTICE ***

2/6
1000    22

Andrew Kuzy
531 Warrick Dr
Washington, PA 15301

Net Direct Deposit to Checking    $1303.39

NON - NEGOTIABLE

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENT.

Andrew Kuzy
531 Warrick Dr
Washington, PA 15301
Employee No.  22

| | | |
|---|---|---|
| Pay Date | 09/21/2018 | |
| Period Begin | 09/02/2018 | |
| Period End | 09/15/2018 | |
| Voucher No. | | |
| Dept No. | 1000 | |

| | This Pay | Year-To-Date |
|---|---|---|
| Earnings | 967.50 | 28319.50 |
| Taxes | 168.31 | 5503.22 |
| Net Pay | 799.19 | 22816.28 |

## Your Pay:

### Earnings

| | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 892.50 | 27144.50 | 17.0000 | 52.50 | 1776.50 |
| Removal | 75.00 | 1175.00 | | | |
| Total | 967.50 | 28319.50 | | 52.50 | 1776.50 |

### Taxes

| | This Pay | YTD |
|---|---|---|
| Social Security | 59.99 | 1755.86 |
| Medicare | 14.03 | 410.66 |
| Federal Income Tax | 52.33 | 2129.08 |
| Pennsylvania | 29.70 | 869.39 |
| PA LST $52 | 2.00 | 38.00 |
| PA Employee Unemp. | 0.58 | 16.98 |
| S Strabane Twp. | 9.68 | 283.25 |
| Total | 168.31 | 5503.22 |

### Net Pay

| | This Pay | YTD | Account Number |
|---|---|---|---|
| This Check | 799.19 | 22816.28 | |

## Other Information:

### Tax Status

| | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 967.50 | 28319.50 | |
| Medicare | 967.50 | 28319.50 | |
| Federal Income Tax | 967.50 | 28319.50 | M / 0 |
| Pennsylvania | 967.50 | 28319.50 | M / 0 |
| PA LST $52 | 967.50 | 28319.50 | |
| PA Employee Unemp. | 967.50 | 28319.50 | |
| S Strabane Twp. | 967.50 | 28319.50 | M / 0 |

Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

PAPT  P596

---

BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

PAPT  P596
Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

Pay Date        09/21/2018     WASHINGTON FEDERAL SAVINGS BANK
Voucher Number                 CANONSBURG, PA 15317
                               60-74222433

*** NON - NEGOTIABLE, DIRECT DEPOSIT NOTICE ***

2/6
1000    22

Andrew Kuzy
531 Warrick Dr
Washington, PA 15301

Net Direct Deposit to Checking   $799.19

NON - NEGOTIABLE

THE ORIGINAL DOCUMENT HAS A WHITE  REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENT.