**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In Re:  Andrew F. Kuzy, and    :    Bankruptcy Case No.: 18-21728-CMB
        Colleen A. Kuzy,       :
                               :    Chapter 11
        Debtors.               :

Reporting Period: _October 2018_

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-I (INDV) | | |
|  | MOR-I (INDV) (CONT) | | |
| Schedule of Cash Receipts and Disbursements - | | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____    11/20/18
**Signature of Debtor**            **Date**

_____    11/20/18
**Signature of Joint Debtor**      **Date**


_____    _____
**Signature of Preparer**          **Date**


_____
**Printed Name of Preparer**

FORM MOR (INDV)
(10/00)

In Re:  Andrew F. Kuzy, and                    :    Bankruptcy Case No.: 18-21728-CMB
        Colleen A. Kuzy,                       :
                                               :    Chapter 11
            Debtors.                           :

Reporting Period: _____

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 89.55 | |
| **RECEIPTS** | | |
| Wages (Net) | 2808.38 | |
| Interest and Dividend Income | 0 | |
| Alimony and Child Support | 0 | |
| Social Security and Pension Income | 575 | |
| Sale of Assets | 0 | |
| Other Income (attach schedule) | 400.00 | |
| **Total Receipts** | 3783.38 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 0 | |
| Rental Payment(s) | 0 | |
| Other Secured Note Payments | 0 | |
| Utilities | 1253.34 | |
| Insurance | 400.15 | |
| Auto Expense | 311.77 | |
| Lease Payments | 0 | |
| IRA Contributions | 0 | |
| Repairs and Maintenance | 47.50 | |
| Medical Expenses | 36.71 | |
| Household Expenses | 1206.06 | |
| Charitable Contributions | 0 | |
| Alimony and Child Support Payments | 0 | |
| Taxes - Real Estate | 0 | |
| Taxes - Personal Property | 0 | |
| Taxes - Other (attach schedule) | 0 | |
| Travel and Entertainment | 202.92 | |
| Gifts | 0 | |
| Other (attach schedule) | 80 | |
| **Total Ordinary Disbursements** | 3538.44 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 0 | |
| U. S. Trustee Fees | 0 | |
| Other Reorganization Expenses (attach schedule) | 0 | |
| **Total Reorganization Items** | 0 | |
| **Total Disbursements (Ordinary + Reorganization)** | 3538.44 | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 244.94 | |
| **Cash - End of Month (Must equal reconciled bank** | 164.93 | |

FORM MOR-1 (INDV)

In Re:  Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. : (9/99)

Reporting Period:_____

INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| SCHMALZ | 400.00 | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. :

Reporting Period:_____

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns tiled during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| FICA- Employee |  |  |  |  |  |  |
| FICA-Employer |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Federal Taxes |  |  |  |  |  |  |
| State and Local |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| Sales |  |  |  |  |  |  |
| Excise |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Real Property |  |  |  |  |  |  |
| Personal Property |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Stale and Local |  |  |  |  |  |  |
| Total Taxes |  |  |  |  |  |  |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable |  |  |  |  |  |  |
| Wages-Payable |  |  |  |  |  |  |
| Taxes Payable |  |  |  |  |  |  |
| Rent/Leases-Building |  |  |  |  |  |  |
| Rent/Leases- Equipment |  |  |  |  |  |  |
| Secured Debt/Adequate Protection |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Amounts Due to Insiders" |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Postpetition Debts |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.

_____
_____

*"Insider is defined in 11 U.S.C. Section 101(31)    FORM MOR-4

(9/99)

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
     Colleen A. Kuzy, :
     : Chapter 11
    Debtors. :

Reporting Period:_____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| − Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

FORM MOR-5
(9/99)

www.payroll.com                                   Pay Statement                                                          PAYROLL

| Andrew Kuzy | | | | This Pay | Year-To-Date |
|---|---|---|---|---|---|
| 531 Warrick Dr | Period Begin | 09/16/2018 | Earnings | 1663.00 | 29982.50 |
| Washington, PA 15301 | Period End | 09/29/2018 | Taxes | 329.50 | 5832.72 |
| Employee No. 22 | Voucher No. | | Net Pay | 1333.50 | 24149.78 |
| | Dept No. | 1000 | | | |

## Your Pay:

| Earnings | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 1513.00 | 28657.50 | 17.0000 | 89.00 | 1865.50 |
| Removal | 150.00 | 1325.00 | | | |
| Total | 1663.00 | 29982.50 | | 89.00 | 1865.50 |

| Taxes | This Pay | YTD |
|---|---|---|
| Social Security | 103.11 | 1858.97 |
| Medicare | 24.11 | 434.77 |
| Federal Income Tax | 131.60 | 2260.68 |
| Pennsylvania | 51.05 | 920.44 |
| PA LST $52 | 2.00 | 40.00 |
| PA Employee Unemp. | 1.00 | 17.98 |
| S Strabane Twp. | 16.63 | 299.88 |
| Total | 329.50 | 5832.72 |

| Net Pay | This Pay | YTD | Account Number |
|---|---|---|---|
| This Check | 1333.50 | 24149.78 | |

## Other Information:

| Tax Status | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 1663.00 | 29982.50 | |
| Medicare | 1663.00 | 29982.50 | |
| Federal Income Tax | 1663.00 | 29982.50 | M / 0 |
| Pennsylvania | 1663.00 | 29982.50 | M / 0 |
| PA LST $52 | 1663.00 | 29982.50 | |
| PA Employee Unemp. | 1663.00 | 29982.50 | |
| S Strabane Twp. | 1663.00 | 29982.50 | M / 0 |



Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

PAPT    P596

---

BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

Pay Date    10/05/2018    WASHINGTON FEDERAL SAVINGS BANK
PAPT    P596    Voucher Number            CANONSBURG, PA 15317
Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

*** NON - NEGOTIABLE, DIRECT DEPOSIT NOTICE ***

2/6
1000    22

Andrew Kuzy                            Net Direct Deposit to Checking    $1333.50
531 Warrick Dr
Washington, PA 15301
                                                                NON - NEGOTIABLE

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENT.

## Pay Statement

Andrew Kuzy
531 Warrick Dr
Washington, PA 15301
Employee No. 22

Pay Date 10/19/2018
Period Begin 09/30/2018
Period End 10/13/2018
Voucher No.
Dept No. 1000

|  | This Pay | To-Date |
|---|---|---|
| Earnings | 1848.50 | 31831.00 |
| Taxes | 373.62 | 6206.34 |
| Net Pay | 1474.88 | 25624.66 |

### Your Pay:

| Earnings | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 1623.50 | 30281.00 | 17.0000 | 95.50 | 1961.00 |
| Removal | 225.00 | 1550.00 | | | |
| Total | 1848.50 | 31831.00 | | 95.50 | 1961.00 |

| Taxes | This Pay | YTD |
|---|---|---|
| Social Security | 114.61 | 1973.58 |
| Medicare | 26.80 | 461.57 |
| Federal Income Tax | 153.86 | 2414.54 |
| Pennsylvania | 56.75 | 977.19 |
| PA LST $52 | 2.00 | 42.00 |
| PA Employee Unemp. | 1.11 | 19.09 |
| S Strabane Twp. | 18.49 | 318.37 |
| Total | 373.62 | 6206.34 |

| Net Pay | This Pay | YTD | Account Number |
|---|---|---|---|
| This Check | 1474.88 | 25624.66 | |

### Other Information:

| Tax Status | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 1848.50 | 31831.00 | |
| Medicare | 1848.50 | 31831.00 | |
| Federal Income Tax | 1848.50 | 31831.00 | M / 0 |
| Pennsylvania | 1848.50 | 31831.00 | M / 0 |
| PA LST $52 | 1848.50 | 31831.00 | |
| PA Employee Unemp. | 1848.50 | 31831.00 | |
| S Strabane Twp. | 1848.50 | 31831.00 | M / 0 |

Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

PAPT    P596

---

BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

Pay Date 10/19/2018    WASHINGTON FEDERAL SAVINGS BANK
Voucher Number    CANONSBURG, PA 15317

PAPT    P596
Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

*** NON - NEGOTIABLE, DIRECT DEPOSIT NOTICE ***

2/6
1000    22

Andrew Kuzy
531 Warrick Dr
Washington, PA 15301

Net Direct Deposit to Checking    $1474.88

NON - NEGOTIABLE

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENT.

# First National Bank

**Statement Ending 10/31/2018**

4140 E. State Street
Hermitage, PA 16148

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 1 of 6

ADDRESS SERVICE REQUESTED

ANDREW F. KUZY, DEBTOR IN POSSESSION
COLLEEN A. KUZY, DEBTOR IN POSSESSION
531 WARRICK DR
WASHINGTON PA 15301-9513

### Managing Your Accounts

 Online — www.fnb-online.com
 By Phone — 1 800-555-5455
By Mail — 4140 E. State Street, Hermitage, PA 16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | | $557.64 |

## FREE SMALL BUSINESS CHECKING -

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 09/29/2018 | Balance Last Statement | $281.91 | Minimum Balance | -$118.79 |
| | 6 Credit(s) This Period | $3,369.88 | Average Ledger Balance | $872.43 |
| | 63 Debit(s) This Period | $3,094.15 | Average Available Balance | $861.55 |
| 10/31/2018 | Balance This Statement | $557.64 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/29/2018 | Balance Last Statement | | | $281.91 |
| 10/01/2018 | 13708 POS PUR 09/29 18:17 SAMS CLUB #6251 WASHINGTON PA 62510006 701311~5300 | $57.20 | | $224.71 |
| 10/01/2018 | 676215 POS PUR 10/01 14:29 SAM'S Club WASHINGTON PA 62510005 82749364296~5411 | $39.98 | | $184.73 |
| 10/01/2018 | 16593 POS PUR 09/30 10:44 WM SUPERCENTER # WASHINGTON PA 17390045 59306~5411 | $29.14 | | $155.59 |
| 10/01/2018 | 10011 POS PUR 09/28 23:59 SHERWOOD NURSERY WASHINGTON PA 03485825 01001~5261 | $27.50 | | $128.09 |
| 10/04/2018 | CHECK # 1022 | $200.00 | | -$71.91 |
| 10/04/2018 | 83625 POS PUR 10/03 15:08 MCDONALD'S F4865 CANONSBURG PA 1 083625 ~5814 | $27.12 | | -$99.03 |
| 10/04/2018 | 71799 POS PUR 10/03 09:08 JEFFREYS DRUG ST CANONSBURG PA 29235480 07179~5912 | $19.76 | | -$118.79 |
| 10/05/2018 | PP596SALANDRA FU PAYROLL | | $1,333.50 | $1,214.71 |
| 10/05/2018 | RETURNED CHECK# 1022, INSUFFICIENT FUNDS | | $200.00 | $1,414.71 |
| 10/05/2018 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $1,354.71 |
| 10/05/2018 | RETURNED ITEM FEE | $37.00 | | $1,317.71 |
| 10/05/2018 | OVERDRAFT FEE | $74.00 | | $1,243.71 |
| 10/09/2018 | 0001 POS PUR 10/07 19:51 THE BEAU MART WASHINGTON PA 00000687 000001 ~5499 | $64.52 | | $1,179.19 |



 Member FDIC

**First National Bank**

*Statement Ending 10/31/2018*

ANDREW F. KUZY, DEBTOR IN

Page 3 of 6

Primary Account Number:

## FREE SMALL BUSINESS CHECKING - continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/09/2018 | 170647 POS PUR 10/06 10:08 Wal-Mart Super C WASHINGTON PA 17390045 82797~5411 | $34.12 | | $1,145.07 |
| 10/09/2018 | 36866 POS PUR 10/06 18:16 WM SUPERCENTER # WASHINGTON PA 17390044 04356~5411 | $7.89 | | $1,137.18 |
| 10/10/2018 | 70012 POS PUR 10/09 15:23 PIZZA AL'S MCMURRAY PA 05359817 070012 ~5812 | $24.91 | | $1,112.27 |
| 10/11/2018 | 0001 POS PUR 10/11 18:00 THE LAST CALL CANONSBURG PA 00009274 000001 ~5812 | $55.18 | | $1,057.09 |
| 10/11/2018 | 43363 POS PUR 10/10 14:10 KWIK FILL 236 HOUSTON PA URCC0236 043363 ~5542 | $32.62 | | $1,024.47 |
| 10/11/2018 | 74825 POS PUR 10/10 16:31 PANERA BREAD #20 WASHINGTON PA 00002595 07482~5812 | $22.15 | | $1,002.32 |
| 10/12/2018 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $942.32 |
| 10/12/2018 | 106654 PIN PUR 10/12 11:18 SALLY BEAUTY #30 WASHINGTON PA 99999999 10665~5977 | $11.64 | | $930.68 |
| 10/12/2018 | 64210 POS PUR 10/11 15:15 SPEEDWAY 02915 7 WASHINGTON PA LK469805 06421~5542 | $10.00 | | $920.68 |
| 10/15/2018 | DEPOSIT | | $200.00 | $1,120.68 |
| 10/15/2018 | 861042 POS PUR 10/13 18:02 SAMSCLUB #6251 WASHINGTON PA 62510095 8286380~5411 | $88.08 | | $1,032.60 |
| 10/15/2018 | 5223 POS PUR 10/13 10:39 SPEEDWAY 02915 7 WASHINGTON PA LK469805 00522~5542 | $12.55 | | $1,020.05 |
| 10/15/2018 | 87201 POS PUR 10/14 07:20 STARBUCKS STORE WASHINGTON TO PA 00000000 087~5814 | $10.92 | | $1,009.13 |
| 10/16/2018 | 36755 PIN PUR 10/16 14:09 SAMS CLUB #6251 WASHINGTON PA 62510005 142379~5300 | $57.99 | | $951.14 |
| 10/16/2018 | 502506 POS PUR 10/16 12:20 SAM'S Club WASHINGTON PA 62510002 82896582104~5411 | $21.42 | | $929.72 |
| 10/16/2018 | 97122 POS PUR 10/15 18:56 USPS PO 41115205 CANONSBURG PA 00000000 09712~9402 | $5.00 | | $924.72 |
| 10/17/2018 | 10979 POS PUR 10/16 23:46 JEFFREYS DRUG ST CANONSBURG PA 29235480 01097~5912 | $16.95 | | $907.77 |
| 10/18/2018 | CHECK # 1025 | $135.83 | | $771.94 |
| 10/18/2018 | CHECK # 1026 | $30.00 | | $741.94 |
| 10/18/2018 | AMAZON.COM SERVI INTERNET | $22.51 | | $719.43 |
| 10/19/2018 | PP596SALANDRA FU PAYROLL | | $1,474.88 | $2,194.31 |
| 10/19/2018 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $2,134.31 |
| 10/19/2018 | CHECK # 1027 | $264.32 | | $1,869.99 |
| 10/19/2018 | 44663 PIN PUR 10/19 12:12 SAMS CLUB #6251 WASHINGTON PA 62510005 834439~5300 | $231.87 | | $1,638.12 |
| 10/19/2018 | CHECK # 1024 | $187.37 | | $1,450.75 |
| 10/19/2018 | CHECK # 1028 | $50.00 | | $1,400.75 |
| 10/19/2018 | CHECK # 1029 | $13.95 | | $1,386.80 |
| 10/19/2018 | 54994 POS PUR 10/18 20:07 WENDY'S 413 WASHINGTON PA 65693009 753370 ~5814 | $7.60 | | $1,379.20 |
| 10/22/2018 | 58836 POS PUR 10/20 13:31 SAMS CLUB #6251 WASHINGTON PA 62510093 043725~5300 | $88.40 | | $1,290.80 |
| 10/22/2018 | 519571 PIN PUR 10/19 18:06 MARSHALLS #1017 WASHINGTON PA 99999999 519571~5651 | $28.00 | | $1,262.80 |
| 10/22/2018 | 90055 POS PUR 10/19 20:40 ANGELO'S RESTAUR WASHINGTON PA 00641669 09005~5812 | $24.14 | | $1,238.66 |

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/22/2018 | 8636 POS PUR 10/21 05:38 LOWES #00671* WASHINGTON PA 00000000 008636 ~5200 | $17.76 | | $1,220.90 |
| 10/22/2018 | 21949 POS PUR 10/21 15:10 WM SUPERCENTER # WASHINGTON PA 17390047 02918~5411 | $14.80 | | $1,206.10 |
| 10/22/2018 | 30711 POS PUR 10/19 05:35 REGAL CROWN CENT WASHINGTON PA 00163101 03071~7832 | $12.40 | | $1,193.70 |
| 10/22/2018 | 88241 POS PUR 10/19 12:18 MCDONALD'S F2383 WASHINGTON PA 1 088241 ~5814 | $5.30 | | $1,188.40 |
| 10/23/2018 | 30712 RETURN 10/19 21:12 REGAL CROWN CENT WASHINGTON PA 00163101 03071~7832 | | $2.50 | $1,190.90 |
| 10/23/2018 | 34019 PIN PUR 10/23 11:17 GIANT-EAGLE #003 Washington PA 39003700 87633~5411 | $54.95 | | $1,135.95 |
| 10/23/2018 | 47020 PIN PUR 10/23 11:04 TARGET T-1216 33 Washington PA 99999999 04702~5310 | $52.20 | | $1,083.75 |
| 10/23/2018 | 843273 POS PUR 10/23 10:40 BP#9351941RUFF C WASHINGTON PA 39013701 84327~5542 | $20.00 | | $1,063.75 |
| 10/25/2018 | 23370 PIN PUR 10/25 17:17 WM SUPERCENTER # WASHINGTON PA 17390046 19808~5411 | $63.89 | | $999.86 |
| 10/25/2018 | 29005 POS PUR 10/24 11:17 OUTBACK 3959 WASHINGTON PA 00000000 029005 ~5812 | $16.00 | | $983.86 |
| 10/25/2018 | 91460 POS PUR 10/24 23:10 USPS PO 41115205 CANONSBURG PA 00000000 09146~9402 | $5.71 | | $978.15 |
| 10/26/2018 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $918.15 |
| 10/26/2018 | 35045 PIN PUR 10/26 14:00 GIANT-EAGLE #003 Washington PA 39039100 96588~5411 | $30.88 | | $887.27 |
| 10/26/2018 | 45256 POS PUR 10/24 14:40 UNION GRILL WASHINGTON PA 02363293 045256 ~5812 | $30.30 | | $856.97 |
| 10/26/2018 | 234934 POS PUR 10/26 12:36 SPEEDWAY 02915 7 WASHINGTON PA LK469805 23493~5542 | $26.10 | | $830.87 |
| 10/29/2018 | DEPOSIT | | $159.00 | $989.87 |
| 10/29/2018 | 12598 POS PUR 10/27 14:46 WM SUPERCENTER # WASHINGTON PA 17390043 34916~5411 | $46.89 | | $942.98 |
| 10/30/2018 | 64076 POS PUR 10/28 08:08 NAPOLI RESTAURAN WASHINGTON PA LK397395 06407~5812 | $50.00 | | $892.98 |
| 10/30/2018 | 10080 POS PUR 10/29 08:22 BURGATORY PITTSBURGH PA 68310080 010080 ~5812 | $25.47 | | $867.51 |
| 10/31/2018 | CHECK # 1034 | $113.60 | | $753.91 |
| 10/31/2018 | 563218 PIN PUR 10/31 14:05 CBANKS OUTLET #3 WASHINGTON PA 99999999 56321~5621 | $76.89 | | $677.02 |
| 10/31/2018 | 981186 PIN PUR 10/31 11:26 SAMSCLUB #6251 WASHINGTON PA 24625101 981186 ~5411 | $58.38 | | $618.64 |
| 10/31/2018 | CHECK # 1033 | $30.50 | | $588.14 |
| 10/31/2018 | 343045 PIN PUR 10/31 14:16 GYMBOREE 5088 WASHINGTON PA 30519404 343045 ~5641 | $30.47 | | $557.67 |
| 10/31/2018 | NEGATIVE COLLECTED BALANCE FEE | $0.03 | | $557.64 |
| **10/31/2018** | **Balance This Statement** | | | **$557.64** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1022 | 10/04/2018 | $200.00 | 1026 | 10/18/2018 | $30.00 | 1029 | 10/19/2018 | $13.95 |
| 1024* | 10/19/2018 | $187.37 | 1027 | 10/19/2018 | $264.32 | 1033* | 10/31/2018 | $30.50 |
| 1025 | 10/18/2018 | $135.83 | 1028 | 10/19/2018 | $50.00 | 1034 | 10/31/2018 | $113.60 |

* Indicates skipped check number