UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re: Andrew F. Kuzy, and
Colleen A. Kuzy,

:     Bankruptcy Case No.: 18-21728-CMB
:
:     Chapter 11

Debtors.

Reporting Period: _November 2018_

## MONTHLY OPERATING REPORT
(INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| | MOR-1 (INDV) (CONT) | | |
| Schedule of Cash Receipts and Disbursements - | | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____[signed Andrew Kuzy]_____     _____12/9/18_____
Signature of Debtor                                    Date

_____[signed Colleen Kuzy]_____     _____12/9/18_____
Signature of Joint Debtor                              Date

_____     _____
Signature of Preparer                                  Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

In Re:  Andrew F. Kuzy, and
      Colleen A. Kuzy,

          Debtors.

Bankruptcy Case No.: 18-21728-CMB

Chapter 11

Reporting Period: November 2018

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 1104.93 | |
| **RECEIPTS** | | |
| Wages (Net) | 4227.25 | |
| Interest and Dividend Income | 0 | |
| Alimony and Child Support | 0 | |
| Social Security and Pension Income | 575.00 | |
| Sale of Assets | 0 | |
| Other Income (attach schedule) | 600.00 | |
| Total Receipts | 5402.25 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 0 | |
| Rental Payment(s) | 0 | |
| Other Secured Note Payments | 0 | |
| Utilities | 1605.00 | |
| Insurance | 400.15 | |
| Auto Expense | 96.54 | |
| Lease Payments | 0 | |
| IRA Contributions | 0 | |
| Repairs and Maintenance | 279.22 | |
| Medical Expenses | 86.64 | |
| Household Expenses | 1251.81 | |
| Charitable Contributions | 0 | |
| Alimony and Child Support Payments | 0 | |
| Taxes - Real Estate | 0 | |
| Taxes - Personal Property | 0 | |
| Taxes - Other (attach schedule) | 0 | |
| Travel and Entertainment | 22.72 | |
| Gifts | 180.11 | |
| Other (attach schedule) | | |
| Total Ordinary Disbursements | 3922.79 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | -- | |
| U. S. Trustee Fees | 325.00 | |
| Other Reorganization Expenses (attach schedule) | 80.00 | |
| Total Reorganization Items | 405.00 | |
| Total Disbursements (Ordinary + Reorganization) | 4327.79 | |
| Net Cash Flow (Total Receipts - Total Disbursements) | | |
| Cash - End of Month (Must equal reconciled bank | 1074.46 | |

FORM MOR-1 (INDV)

In Re: Andrew F. Kuzy, and
Colleen A. Kuzy,

Debtors.

Bankruptcy Case No.: 18-21728-CMB

Chapter 11

(9/99)

Reporting Period: _November 2018_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Schmalz Payment | 600.00 | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| PA Board of Probation | 30.00 | |
| Washington Co Clerk of Courts | 50.00 | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

In Re: Andrew F. Kuzy, and
      Colleen A. Kuzy,

          Debtors.

Bankruptcy Case No.: 18-21728-CMB

Chapter 11

Reporting Period: _____

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Form16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| FICA- Employee |  |  |  |  |  |  |
| FICA-Employer |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Federal Taxes |  |  |  |  |  |  |
| State and Local |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| Sales |  |  |  |  |  |  |
| Excise |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Real Property |  |  |  |  |  |  |
| Personal Property |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total State and Local |  |  |  |  |  |  |
| Total Taxes |  |  |  |  |  |  |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
|  |  | 0-30 | 31-60 | 61-90 | Over 90 |  |
| Accounts Payable |  |  |  |  |  |  |
| Wages-Payable |  |  |  |  |  |  |
| Taxes Payable |  |  |  |  |  |  |
| Rent/Leases-Building |  |  |  |  |  |  |
| Rent/Leases- Equipment |  |  |  |  |  |  |
| Secured Debt/Adequate Protection |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Amounts Due to Insiders" |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Postpetition Debts |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.

_____
_____

*"Insider is defined in 11 U.S.C. Section 101(31)                                            FORM MOR-4

In Re: Andrew F. Kuzy, and
      Colleen A. Kuzy,

          Debtors.

Bankruptcy Case No.: 18-21728-CMB

Chapter 11

(9/99)

Reporting Period: _____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| − Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below | | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

_____
_____
_____
_____
_____
_____

FORM MOR-5
(9/99)

```
Andrew Kuzy                                  Pay Date      11/30/2018                      This Year-To-Date
531 Warrick Dr                               Period Begin  11/17/2018   Earnings   1865.50      37022.50
Washington, PA 15301                         Period End    11/24/2018   Taxes       377.66       7242.99
Employee No.                                 Voucher No.                Net Pay    1487.84      29779.51
                                             Dept No.
```

## Your Pay:

| Earnings | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 1640.50 | 34947.50 | 17.0000 | 96.50 | 2235.50 |
| Removal | 225.00 | 2075.00 | | | |
| Total | 1865.50 | 37022.50 | | 96.50 | 2235.50 |

| Taxes | This Pay | YTD |
|---|---|---|
| Social Security | 115.66 | 2295.45 |
| Medicare | 27.05 | 536.84 |
| Federal Income Tax | 155.90 | 2833.64 |
| Pennsylvania | 57.27 | 1136.56 |
| PA LST $52 | 2.00 | 48.00 |
| PA Employee Unemp. | 1.12 | 22.20 |
| S Strabane Twp. | 18.66 | 370.30 |
| Total | 377.66 | 7242.99 |

| Net Pay | This Pay | YTD | Account Number |
|---|---|---|---|
| This Check | 1487.84 | 29779.51 | |

## Other Information:

| Tax Status | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 1865.50 | 37022.50 | |
| Medicare | 1865.50 | 37022.50 | |
| Federal Income Tax | 1865.50 | 37022.50 | M / 0 |
| Pennsylvania | 1865.50 | 37022.50 | M / 0 |
| PA LST $52 | 1865.50 | 37022.50 | |
| PA Employee Unemp. | 1865.50 | 37022.50 | |
| S Strabane Twp. | 1865.50 | 37022.50 | M / 0 |

Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

PAPT   P596

---

PAPT   P596
Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

Pay Date       11/30/2018      WASHINGTON FEDERAL SAVINGS BANK
Voucher Number                 CANONSBURG, PA 15317
                               60-74222433

*** NON - NEGOTIABLE, DIRECT DEPOSIT NOTICE ***

                 2/6
         1000    22

Andrew Kuzy                                Net Direct Deposit to Checking   $1487.84
531 Warrick Dr
Washington, PA 15301
                                                              NON - NEGOTIABLE

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENT.

```
Andrew Kuzy                    Pay Date     11/16/2018            This Pay      Year-To-Date
531 Warrick Dr                 Period Begin 10/28/2018   Earnings  1770.50      35157.00
Washington, PA 15301           Period End   11/10/2018   Taxes      355.06       6865.33
Employee No.                   Voucher No.              Net Pay   1415.44      28291.67
                               Dept No.
```

## Your Pay:

| Earnings | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 1470.50 | 33307.00 | 17.0000 | 86.50 | 2139.00 |
| Removal |  300.00 |  1850.00 |         |       |         |
| Total   | 1770.50 | 35157.00 |         | 86.50 | 2139.00 |

| Taxes | This Pay | YTD |
|---|---|---|
| Social Security    | 109.77 | 2179.79 |
| Medicare           |  25.67 |  509.79 |
| Federal Income Tax | 144.50 | 2677.74 |
| Pennsylvania       |  54.35 | 1079.29 |
| PA LST $52         |   2.00 |   46.00 |
| PA Employee Unemp. |   1.06 |   21.08 |
| S Strabane Twp.    |  17.71 |  351.64 |
| Total              | 355.06 | 6865.33 |

| Net Pay | This Pay | YTD | Account Number |
|---|---|---|---|
| This Check | 1415.44 | 28291.67 | |

## Other Information:

| Tax Status | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security    | 1770.50 | 35157.00 |       |
| Medicare           | 1770.50 | 35157.00 |       |
| Federal Income Tax | 1770.50 | 35157.00 | M / 0 |
| Pennsylvania       | 1770.50 | 35157.00 | M / 0 |
| PA LST $52         | 1770.50 | 35157.00 |       |
| PA Employee Unemp. | 1770.50 | 35157.00 |       |
| S Strabane Twp.    | 1770.50 | 35157.00 | M / 0 |

Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

PAPT    P596

---

PAPT    P596                               Pay Date     11/16/2018   WASHINGTON FEDERAL SAVINGS BANK
Salandra Funeral Service, Inc.             Voucher Number                CANONSBURG, PA 15317
304 West Pike Street                                                     60-74222433
Canonsburg, PA 15317

*** NON - NEGOTIABLE, DIRECT DEPOSIT NOTICE ***

         2/5
  1000   22

Andrew Kuzy                                          Net Direct Deposit to Checking   $1415.44
531 Warrick Dr
Washington, PA 15301
                                                                          NON - NEGOTIABLE

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.  HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENT.

| | | | | | | This Pay | Year-To-Date |
|---|---|---|---|---|---|---|---|
| Andrew Kuzy | | Pay Date | 11/02/2018 | | Earnings | 1555.50 | 33386.50 |
| 531 Warrick Dr | | Period Begin | 10/14/2018 | | Taxes | 303.93 | 6510.27 |
| Washington, PA 15301 | | Period End | 10/27/2018 | | Net Pay | 1251.57 | 26876.23 |
| Employee No. | | Voucher No. | | | | | |
| | | Dept No. | | | | | |

## Your Pay:

| Earnings | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 1555.50 | 31836.50 | 17.0000 | 91.50 | 2052.50 |
| Removal | | 1550.00 | | | |
| Total | 1555.50 | 33386.50 | | 91.50 | 2052.50 |

| Taxes | This Pay | YTD |
|---|---|---|
| Social Security | 96.44 | 2070.02 |
| Medicare | 22.55 | 484.12 |
| Federal Income Tax | 118.70 | 2533.24 |
| Pennsylvania | 47.75 | 1024.94 |
| PA LST $52 | 2.00 | 44.00 |
| PA Employee Unemp. | 0.93 | 20.02 |
| S Strabane Twp. | 15.56 | 333.93 |
| Total | 303.93 | 6510.27 |

| Net Pay | This Pay | YTD | Account Number |
|---|---|---|---|
| This Check | 1251.57 | 26876.23 | |

## Other Information:

| Tax Status | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 1555.50 | 33386.50 | |
| Medicare | 1555.50 | 33386.50 | |
| Federal Income Tax | 1555.50 | 33386.50 | M / 0 |
| Pennsylvania | 1555.50 | 33386.50 | M / 0 |
| PA LST $52 | 1555.50 | 33386.50 | |
| PA Employee Unemp. | 1555.50 | 33386.50 | |
| S Strabane Twp. | 1555.50 | 33386.50 | M / 0 |

Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

PAPT    P596

---

PAPT   P596                               Pay Date       11/02/2018    WASHINGTON FEDERAL SAVINGS BANK
Salandra Funeral Service, Inc.            Voucher Number                CANONSBURG, PA 15317
304 West Pike Street                                                    60-74222433
Canonsburg, PA 15317

*** NON - NEGOTIABLE, DIRECT DEPOSIT NOTICE ***

          2/6
   1000   22

Andrew Kuzy                                          Net Direct Deposit to Checking   $1251.57
531 Warrick Dr
Washington, PA 15301

                                                                        NON - NEGOTIABLE
THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENT.

First National Bank  Statement Ending 11/30/2018

4140 E. State Street
Hermitage, PA 16148

ANDREW F. KUZY, DEBTOR IN
Primary Account Number

Page 1 of 4

ADDRESS SERVICE REQUESTED

ANDREW F. KUZY, DEBTOR IN POSSESSION
COLLEEN A. KUZY, DEBTOR IN POSSESSION
531 WARRICK DR
WASHINGTON PA 15301-9513

### Managing Your Accounts

 Online — www.fnb-online.com
 By Phone — 1 800-555-5455
By Mail — 4140 E. State Street, Hermitage, PA 16148

## Summary of Accounts

9/16

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | | $1,244.30 |

## FREE SMALL BUSINESS CHECKING

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 11/01/2018 | Balance Last Statement | $557.64 | Minimum Balance | -$49.53 |
| | 7 Credit(s) This Period | $5,225.85 | Average Ledger Balance | $756.50 |
| | 58 Debit(s) This Period | $4,539.19 | Average Available Balance | $741.64 |
| 11/30/2018 | Balance This Statement | $1,244.30 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/01/2018 | Balance Last Statement | | | $557.64 |
| 11/01/2018 | 0011 POS PUR 10/31 06:28 PIZZA HUT 033969 WASHINGTON PA 00003012 00001~5812 | $20.12 | | $537.52 |
| 11/02/2018 | PP596SALANDRA FU PAYROLL | | $1,251.57 | $1,789.09 |
| 11/02/2018 | STOP ITEM CHARGE | $37.00 | | $1,752.09 |
| 11/02/2018 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $1,692.09 |
| 11/02/2018 | 31593 PIN PUR 11/02 10:55 SAMS CLUB #6251 WASHINGTON PA 62510090 838846~5300 | $133.06 | | $1,559.03 |
| 11/02/2018 | CHECK # 1035 | $109.47 | | $1,449.56 |
| 11/02/2018 | 10862 POS PUR 11/02 07:31 WM SUPERCENTER # WASHINGTON PA 17390026 65054~5411 | $12.49 | | $1,437.07 |
| 11/05/2018 | CHECK # 1031 | $200.00 | | $1,237.07 |
| 11/05/2018 | COLUMBIA GAS OF BILL PAY | $112.87 | | $1,124.20 |
| 11/05/2018 | 120057 POS PUR 11/04 12:03 WAL-MART #1739 WASHINGTON PA 17390049 8308404~5411 | $57.04 | | $1,067.16 |
| 11/05/2018 | 71892 POS PUR 11/04 06:21 JEFFREYS DRUG ST CANONSBURG PA 29235480 07189~5912 | $19.76 | | $1,047.40 |
| 11/05/2018 | CHECK # 1032 | $17.98 | | $1,029.42 |
| 11/06/2018 | 190990 PIN PUR 11/06 10:50 ALDI 69051 WASHINGTON PA 89027702 190990 ~5411 | $39.62 | | $989.80 |
| 11/07/2018 | 97326 POS PUR 11/07 14:19 MICHAELS.COM 800-642-4235 PA 00000000 097326 ~5970 | $77.38 | | $912.42 |


Member FDIC

# FREE SMALL BUSINESS CHECKING (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/20/2018 | CHECK # 1041 | $10.00 | | $478.97 |
| 11/21/2018 | CHECK # 1045 | $196.29 | | $282.68 |
| 11/21/2018 | 65601 POS PUR 11/21 10:32 BAREESCENTUALSCO 888-795-4747 NJ 00000000 065~5977 | $98.37 | | $184.31 |
| 11/21/2018 | CHECK # 1037 | $50.00 | | $134.31 |
| 11/21/2018 | AMAZON.COM SERVI INTERNET | $39.95 | | $94.36 |
| 11/23/2018 | DEPOSIT | | $200.00 | $294.36 |
| 11/23/2018 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $234.36 |
| 11/23/2018 | 0186 POS PUR 11/21 22:52 ARBYS 7648 WASHINGTON PA 00005577 000186 ~5814 | $36.17 | | $198.19 |
| 11/26/2018 | DEPOSIT | | $100.00 | $298.19 |
| 11/28/2018 | CHECK # 1048 | $325.00 | | -$26.81 |
| 11/28/2018 | 21792 POS PUR 11/27 02:19 BETHEL BAKERY - CANONSBURG PA 68121792 021792~5462 | $22.72 | | -$49.53 |
| 11/29/2018 | RETURNED CHECK# 1048, INSUFFICIENT FUNDS | | $325.00 | $275.47 |
| 11/29/2018 | OVERDRAFT FEE | $37.00 | | $238.47 |
| 11/29/2018 | RETURNED ITEM FEE | $37.00 | | $201.47 |
| 11/29/2018 | 1527 ATM WTD 11/29 09:08 FIRST NAT BANK CANONSBURG PA PA900381 001527 ~6011 | $60.00 | | $141.47 |
| 11/30/2018 | PP596SALANDRA FU PAYROLL | | $1,487.84 | $1,629.31 |
| 11/30/2018 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $1,569.31 |
| 11/30/2018 | CHECK # 1048 | $325.00 | | $1,244.31 |
| 11/30/2018 | NEGATIVE COLLECTED BALANCE FEE | $0.01 | | $1,244.30 |
| 11/30/2018 | Balance This Statement | | | $1,244.30 |

## Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1031 | 11/05/2018 | $200.00 | 1040 | 11/19/2018 | $135.83 | 1045 | 11/21/2018 | $196.29 |
| 1032 | 11/05/2018 | $17.98 | 1041 | 11/20/2018 | $10.00 | 1047* | 11/20/2018 | $30.00 |
| 1035* | 11/02/2018 | $109.47 | 1042 | 11/19/2018 | $183.49 | 1048 | 11/28/2018 | $325.00 |
| 1037* | 11/21/2018 | $50.00 | 1043 | 11/19/2018 | $40.00 | 1048 | 11/30/2018 | $325.00 |
| 1039* | 11/19/2018 | $112.35 | 1044 | 11/16/2018 | $264.32 | | | |

* Indicates skipped check number

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11/01/2018 | $537.52 | 11/09/2018 | $723.62 | 11/21/2018 | $94.36 |
| 11/02/2018 | $1,437.07 | 11/13/2018 | $952.15 | 11/23/2018 | $198.19 |
| 11/05/2018 | $1,029.42 | 11/14/2018 | $902.16 | 11/26/2018 | $298.19 |
| 11/06/2018 | $989.80 | 11/16/2018 | $1,503.66 | 11/28/2018 | -$49.53 |
| 11/07/2018 | $847.00 | 11/19/2018 | $790.32 | 11/29/2018 | $141.47 |
| 11/08/2018 | $783.62 | 11/20/2018 | $478.97 | 11/30/2018 | $1,244.30 |

Case 18-21728-CMB    Doc 64    Filed 01/02/19    Entered 01/02/19 09:40:39    Desc Main
Document    Page 11 of 11

## FREE SMALL BUSINESS CHECKING (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/20/2018 | CHECK # 1041 | $10.00 | | $478.97 |
| 11/21/2018 | CHECK # 1045 | $196.29 | | $282.68 |
| 11/21/2018 | 65601 POS PUR 11/21 10:32 BAREESCENTUALSCO 888-795-4747 NJ 00000000 065~5977 | $98.37 | | $184.31 |
| 11/21/2018 | CHECK # 1037 | $50.00 | | $134.31 |
| 11/21/2018 | AMAZON.COM SERVI INTERNET | $39.95 | | $94.36 |
| 11/23/2018 | DEPOSIT | | $200.00 | $294.36 |
| 11/23/2018 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $234.36 |
| 11/23/2018 | 0186 POS PUR 11/21 22:52 ARBYS 7648 WASHINGTON PA 00005577 000186 ~5814 | $36.17 | | $198.19 |
| 11/26/2018 | DEPOSIT | | $100.00 | $298.19 |
| 11/28/2018 | CHECK # 1048 | $325.00 | | -$26.81 |
| 11/28/2018 | 21792 POS PUR 11/27 02:19 BETHEL BAKERY - CANONSBURG PA 68121792 021792~5462 | $22.72 | | -$49.53 |
| 11/29/2018 | RETURNED CHECK# 1048, INSUFFICIENT FUNDS | | $325.00 | $275.47 |
| 11/29/2018 | OVERDRAFT FEE | $37.00 | | $238.47 |
| 11/29/2018 | RETURNED ITEM FEE | $37.00 | | $201.47 |
| 11/29/2018 | 1527 ATM WTD 11/29 09:08 FIRST NAT BANK CANONSBURG PA PA900381 001527 ~6011 | $60.00 | | $141.47 |
| 11/30/2018 | PP596SALANDRA FU PAYROLL | | $1,487.84 | $1,629.31 |
| 11/30/2018 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $1,569.31 |
| 11/30/2018 | CHECK # 1048 | $325.00 | | $1,244.31 |
| 11/30/2018 | NEGATIVE COLLECTED BALANCE FEE | $0.01 | | $1,244.30 |
| 11/30/2018 | Balance This Statement | | | $1,244.30 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1031 | 11/05/2018 | $200.00 | 1040 | 11/19/2018 | $135.83 | 1045 | 11/21/2018 | $196.29 |
| 1032 | 11/05/2018 | $17.98 | 1041 | 11/20/2018 | $10.00 | 1047* | 11/20/2018 | $30.00 |
| 1035* | 11/02/2018 | $109.47 | 1042 | 11/19/2018 | $183.49 | 1048 | 11/28/2018 | $325.00 |
| 1037* | 11/21/2018 | $50.00 | 1043 | 11/19/2018 | $40.00 | 1048 | 11/30/2018 | $325.00 |
| 1039* | 11/19/2018 | $112.35 | 1044 | 11/16/2018 | $264.32 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11/01/2018 | $537.52 | 11/09/2018 | $723.62 | 11/21/2018 | $94.36 |
| 11/02/2018 | $1,437.07 | 11/13/2018 | $952.15 | 11/23/2018 | $198.19 |
| 11/05/2018 | $1,029.42 | 11/14/2018 | $902.16 | 11/26/2018 | $298.19 |
| 11/06/2018 | $989.80 | 11/16/2018 | $1,503.66 | 11/28/2018 | -$49.53 |
| 11/07/2018 | $847.00 | 11/19/2018 | $790.32 | 11/29/2018 | $141.47 |
| 11/08/2018 | $783.62 | 11/20/2018 | $478.97 | 11/30/2018 | $1,244.30 |