**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Andrew F. Kuzy, | ) | Bankruptcy No. 18-21728-CMB |
| Colleen A. Kuzy, | ) | |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |
| | ) | |

## SUMMARY OF CHAPTER 11 PLAN DATED JANUARY 22, 2019

Debtors, Andrew F. Kuzy and Colleen A. Kuzy by and through their counsel, submits this Summary of his Amended Chapter 11 Plan dated January 22, 2019("Plan"). The following is merely a brief overview of the material provisions of the Plan, and is qualified in its entirety by reference to the full text of the Plan.

The Plan provides for the classification and treatment of claims against interests in the Debtor. The Plan designates six (6 classes of claims and interests, which classify all claims and interests against the Debtors. The Plan provides for the following treatment of claims and interests:

Class 1: Administrative Claimants.  Paid in full.

Class 2 – Secured Claims
- Vehicle loan of Ally Bank paid in full at 4% interest over 5 years.
- Secured loan of Key Bank shall be paid in full at 4% interest over 25 years.
- 

Class 3-Secured Claim
- Secured claim of PNC Bank to be paid according to original contract with arrears to be modified via loan modification.

Class 4 – Secured Tax Claims. .
- Pennsylvania Department of revenue shall be paid in full at 0% over a period of 5 years.
- Washington County Tax Authority shall be paid in full at 0% over a period of 5 years.

Class 5-Priority Unsecured Claims
- Pennsylvania Department of revenue shall be paid in full at 0% over a period of 5 years.

Class 6 –General Unsecured Claims.  Estimated distribution of 20%.

Dated: January 22, 2019

Respectfully submitted,
*/s/ Brian C. Thompson*
Brian C. Thompson, Esquire
PA-91197
THOMPSON LAW GROUP, P.C.
125 Warrendale-Bayne Road, Suite 200
Warrendale, PA 15086
724-799-8404 Telephone
724-799-8409 Facsimile
bthompson@thompsonattorney.com