UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Andrew F. Kuzy, and         :    Bankruptcy Case No.: 18-21728-CMB
        Colleen A. Kuzy,            :
                                    :    Chapter 11
        Debtors.                    :

Reporting Period: _November 2018_

# MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-I (INDV) | | |
| | MOR-I (INDV) (CONT) | | |
| Schedule of Cash Receipts and Disbursements - | | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_[signed] Andrew Kuzy_                    _12/9/18_
**Signature of Debtor**                   **Date**

_[signed] Colleen Kuzy_                   _12/9/18_
**Signature of Joint Debtor**             **Date**


_____                      _____
**Signature of Preparer**                 **Date**


_____
**Printed Name of Preparer**

FORM MOR (INDV)
(10/00)

In Re: Andrew F. Kuzy, and
Colleen A. Kuzy,

Debtors.

Bankruptcy Case No.: 18-21728-CMB

Chapter 11

Reporting Period: _November 2018_

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 164.93 |  |
| **RECEIPTS** |  |  |
| Wages (Net) | 4227.25 |  |
| Interest and Dividend Income | 0 |  |
| Alimony and Child Support | 0 |  |
| Social Security and Pension Income | 575.00 |  |
| Sale of Assets | 0 |  |
| Other Income (attach schedule) | 600.00 |  |
| **Total Receipts** | 5402.25 |  |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) | 0 |  |
| Rental Payment(s) | 0 |  |
| Other Secured Note Payments | 0 |  |
| Utilities | 1253.67 |  |
| Insurance | 400.15 |  |
| Auto Expense | 248.54 |  |
| Lease Payments | 0 |  |
| IRA Contributions | 0 |  |
| Repairs and Maintenance | 279.22 |  |
| Medical Expenses | 860.64 |  |
| Household Expenses | 1451.81 |  |
| Charitable Contributions | 0 |  |
| Alimony and Child Support Payments | 0 |  |
| Taxes - Real Estate | 0 |  |
| Taxes - Personal Property | 0 |  |
| Taxes - Other (attach schedule) | 0 |  |
| Travel and Entertainment | 22.72 |  |
| Gifts | 180.71 |  |
| Other (attach schedule) |  |  |
| **Total Ordinary Disbursements** | 3923.46 |  |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees | 0 |  |
| U. S. Trustee Fees | 325.00 |  |
| Other Reorganization Expenses (attach schedule) | 80.00 |  |
| **Total Reorganization Items** | 405.00 |  |
| **Total Disbursements (Ordinary + Reorganization)** | 4328.46 |  |
| **Net Cash Flow (Total Receipts - Total Disbursements)** |  |  |
| **Cash - End of Month** (Must equal reconciled bank | 1073.79 |  |

FORM MOR-1 (INDV)

In Re: Andrew F. Kuzy, and      :     Bankruptcy Case No.: 18-21728-CMB
        Colleen A. Kuzy,                   :
                                                :      Chapter 11
                 Debtors.                     :                                                       (9/99)

Reporting Period: _November 2018_

**INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet**

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Schmalz Payment | 600.00 | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| PA Board of Probation | 30.00 | |
| Washington Co. Clerk of Courts | 50.00 | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

| In Re: Andrew F. Kuzy, and Colleen A. Kuzy, | : | Bankruptcy Case No.: 18-21728-CMB |
|---|---|---|
| | : | |
| | : | Chapter 11 |
| Debtors. | : | |
| | | Reporting Period: _____ |

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.
**Attach photocopies of any tax returns tiled during the reporting period.**

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal | | | | | | |
| Withholding | | | | | | |
| FICA- Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| **Total Federal Taxes** | | | | | | |
| State and Local | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| **Total Stale and Local** | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

**Attach aged listing of accounts payable.**

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages-Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases- Equipment | | | | | | |
| Secured Debt/Adequate Protection | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders" | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

**Explain how and when the Debtor intends to pay any past-due Postpetition debts.**

_____
_____

*"Insider is defined in 11 U.S.C. Section 101(31)                                                                                       FORM MOR-4

(9/99)

| In Re: Andrew F. Kuzy, and | : | Bankruptcy Case No.: 18-21728-CMB |
|---|---|---|
| Colleen A. Kuzy, | : | |
| | : | Chapter 11 |
| Debtors. | : | |

Reporting Period:_____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| - Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

_____
_____
_____
_____
_____
_____
_____

FORM MOR-5
(9/99)

Pay Statement

| Andrew Kuzy | Pay Date | 11/30/2018 | | | This Pay | Year-To-Date |
|---|---|---|---|---|---|---|
| 531 Warrick Dr | Period Begin | 11/11/2018 | | Earnings | 1865.50 | 37022.50 |
| Washington, PA 15301 | Period End | 11/24/2018 | | Taxes | 377.66 | 7242.99 |
| Employee No. 22 | Voucher No. | | | Net Pay | 1487.84 | 29779.51 |
| | Dept No. | 1000 | | | | |

## Your Pay:

### Earnings

| | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 1640.50 | 34947.50 | 17.0000 | 96.50 | 2235.50 |
| Removal | 225.00 | 2075.00 | | | |
| Total | 1865.50 | 37022.50 | | 96.50 | 2235.50 |

### Taxes

| | This Pay | YTD |
|---|---|---|
| Social Security | 115.66 | 2295.45 |
| Medicare | 27.05 | 536.84 |
| Federal Income Tax | 155.90 | 2833.64 |
| Pennsylvania | 57.27 | 1136.56 |
| PA LST $52 | 2.00 | 48.00 |
| PA Employee Unemp. | 1.12 | 22.20 |
| S Strabane Twp. | 18.66 | 370.30 |
| Total | 377.66 | 7242.99 |

### Net Pay

| | This Pay | YTD | Account Number |
|---|---|---|---|
| This Check | 1487.84 | 29779.51 | |

## Other Information:

### Tax Status

| | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 1865.50 | 37022.50 | |
| Medicare | 1865.50 | 37022.50 | |
| Federal Income Tax | 1865.50 | 37022.50 | M / 0 |
| Pennsylvania | 1865.50 | 37022.50 | M / 0 |
| PA LST $52 | 1865.50 | 37022.50 | |
| PA Employee Unemp. | 1865.50 | 37022.50 | |
| S Strabane Twp. | 1865.50 | 37022.50 | M / 0 |

Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

PAPT    P596

---

BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

PAPT    P596
Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

Pay Date    11/30/2018    WASHINGTON FEDERAL SAVINGS BANK
Voucher Number            CANONSBURG, PA 15317
                          60-74222433

*** NON - NEGOTIABLE, DIRECT DEPOSIT NOTICE ***

2/6
1000    22

Andrew Kuzy
531 Warrick Dr
Washington, PA 15301

Net Direct Deposit to Checking    $1487.84

NON - NEGOTIABLE

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENT.

```
Andrew Kuzy                                    Pay Date        11/16/2018              This Pay      Year-To-Date
531 Warrick Dr                                 Period Begin   10/29/2018   Earnings     1770.50         35157.00
Washington, PA 15301                           Period End     11/10/2018   Taxes         355.06          6865.33
Employee No.  22                               Voucher No.                 Net Pay      1415.44         28291.67
                                               Dept No.          1000
```

## Your Pay:

| Earnings | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 1470.50 | 33307.00 | 17.0000 | 86.50 | 2139.00 |
| Removal | 300.00 | 1850.00 | | | |
| Total | 1770.50 | 35157.00 | | 86.50 | 2139.00 |

| Taxes | This Pay | YTD |
|---|---|---|
| Social Security | 109.77 | 2179.79 |
| Medicare | 25.67 | 509.79 |
| Federal Income Tax | 144.50 | 2677.74 |
| Pennsylvania | 54.35 | 1079.29 |
| PA LST $52 | 2.00 | 46.00 |
| PA Employee Unemp. | 1.06 | 21.08 |
| S Strabane Twp. | 17.71 | 351.64 |
| Total | 355.06 | 6865.33 |

| Net Pay | This Pay | YTD | Account Number |
|---|---|---|---|
| This Check | 1415.44 | 28291.67 | |

## Other Information:

| Tax Status | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 1770.50 | 35157.00 | |
| Medicare | 1770.50 | 35157.00 | |
| Federal Income Tax | 1770.50 | 35157.00 | M / 0 |
| Pennsylvania | 1770.50 | 35157.00 | M / 0 |
| PA LST $52 | 1770.50 | 35157.00 | |
| PA Employee Unemp. | 1770.50 | 35157.00 | |
| S Strabane Twp. | 1770.50 | 35157.00 | M / 0 |

```
Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317
                                          PAPT   P596
```

---

```
                                                   Pay Date       11/16/2018   WASHINGTON FEDERAL SAVINGS BANK
          PAPT   P596                              Voucher Number                CANONSBURG, PA 15317
Salandra Funeral Service, Inc.                                                   60-74222433
304 West Pike Street
Canonsburg, PA 15317


                                        *** NON - NEGOTIABLE, DIRECT DEPOSIT NOTICE ***

                     2/5
              1000    22

                                                                Net Direct Deposit to Checking   $1415.44
Andrew Kuzy
531 Warrick Dr
Washington, PA 15301
                                                                                              NON - NEGOTIABLE
```

```
Andrew Kuzy                  Pay Statement                                          Year-To-Date
531 Warrick Dr               Period Begin  10/14/2018          Earnings   1555.50    33386.50
Washington, PA 15301         Period End    10/27/2018          Taxes       303.93     6510.27
Employee No.  22             Voucher No.                       Net Pay    1251.57    26876.23
                             Dept No.       1000
```

## Your Pay:

| Earnings | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 1555.50 | 31836.50 | 17.0000 | 91.50 | 2052.50 |
| Removal |  | 1550.00 |  |  |  |
| Total | 1555.50 | 33386.50 |  | 91.50 | 2052.50 |

| Taxes | This Pay | YTD |
|---|---|---|
| Social Security | 96.44 | 2070.02 |
| Medicare | 22.55 | 484.12 |
| Federal Income Tax | 118.70 | 2533.24 |
| Pennsylvania | 47.75 | 1024.94 |
| PA LST $52 | 2.00 | 44.00 |
| PA Employee Unemp. | 0.93 | 20.02 |
| S Strabane Twp. | 15.56 | 333.93 |
| Total | 303.93 | 6510.27 |

| Net Pay | This Pay | YTD | Account Number |
|---|---|---|---|
| This Check | 1251.57 | 26876.23 |  |

## Other Information:

| Tax Status | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 1555.50 | 33386.50 |  |
| Medicare | 1555.50 | 33386.50 |  |
| Federal Income Tax | 1555.50 | 33386.50 | M / 0 |
| Pennsylvania | 1555.50 | 33386.50 | M / 0 |
| PA LST $52 | 1555.50 | 33386.50 |  |
| PA Employee Unemp. | 1555.50 | 33386.50 |  |
| S Strabane Twp. | 1555.50 | 33386.50 | M / 0 |

Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

PAPT    P596

---

BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

PAPT    P596
Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

Pay Date        11/02/2018    WASHINGTON FEDERAL SAVINGS BANK
Voucher Number                CANONSBURG, PA 15317
                              60-74222433

*** NON - NEGOTIABLE, DIRECT DEPOSIT NOTICE ***

2/6
1000    22

Andrew Kuzy                                Net Direct Deposit to Checking  $1251.57
531 Warrick Dr
Washington, PA 15301

NON - NEGOTIABLE

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENT.

**First National Bank**

4140 E. State Street
Hermitage, PA 16148

ADDRESS SERVICE REQUESTED

>055148 2410186 0001 092543 10Z

ANDREW F. KUZY, DEBTOR IN POSSESSION
COLLEEN A. KUZY, DEBTOR IN POSSESSION
531 WARRICK DR
WASHINGTON PA 15301-9513

*Statement Ending 11/30/2018*

ANDREW F. KUZY, DEBTOR IN
**Primary Account Number:** 

Page 1 of 4

### Managing Your Accounts

| | | |
|---|---|---|
| Online | www.fnb-online.com | |
| By Phone | 1 800-555-5455 | |
| By Mail | 4140 E. State Street, Hermitage, PA 16148 | |

## Summary of Accounts

9/16

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | | $1,244.30 |

## FREE SMALL BUSINESS CHECKING - 95466826

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 11/01/2018 | Balance Last Statement | $557.64 | Minimum Balance | -$49.53 |
| | 7 Credit(s) This Period | $5,225.85 | Average Ledger Balance | $756.50 |
| | 58 Debit(s) This Period | $4,539.19 | Average Available Balance | $741.64 |
| 11/30/2018 | Balance This Statement | $1,244.30 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **11/01/2018** | **Balance Last Statement** | | | **$557.64** |
| 11/01/2018 | 0011 POS PUR 10/31 06:28 PIZZA HUT 033969 WASHINGTON PA 00003012 00001~5812 | $20.12 | | $537.52 |
| 11/02/2018 | PP596SALANDRA FU PAYROLL | | $1,251.57 | $1,789.09 |
| 11/02/2018 | STOP ITEM CHARGE | $37.00 | | $1,752.09 |
| 11/02/2018 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $1,692.09 |
| 11/02/2018 | 31593 PIN PUR 11/02 10:55 SAMS CLUB #6251 WASHINGTON PA 62510090 838846~5300 | $133.06 | | $1,559.03 |
| 11/02/2018 | CHECK # 1035 | $109.47 | | $1,449.56 |
| 11/02/2018 | 10862 POS PUR 11/02 07:31 WM SUPERCENTER # WASHINGTON PA 17390026 65054~5411 | $12.49 | | $1,437.07 |
| 11/05/2018 | CHECK # 1031 | $200.00 | | $1,237.07 |
| 11/05/2018 | COLUMBIA GAS OF BILL PAY | $112.87 | | $1,124.20 |
| 11/05/2018 | 120057 POS PUR 11/04 12:03 WAL-MART #1739 WASHINGTON PA 17390049 8308404~5411 | $57.04 | | $1,067.16 |
| 11/05/2018 | 71892 POS PUR 11/04 06:21 JEFFREYS DRUG ST CANONSBURG PA 29235480 07189~5912 | $19.76 | | $1,047.40 |
| 11/05/2018 | CHECK # 1032 | $17.98 | | $1,029.42 |
| 11/06/2018 | 190990 PIN PUR 11/06 10:50 ALDI 69051 WASHINGTON PA 89027702 190990 ~5411 | $39.62 | | $989.80 |
| 11/07/2018 | 97326 POS PUR 11/07 14:19 MICHAELS.COM 800-642-4235 PA 00000000 097326 ~5970 | $77.38 | | $912.42 |



Member FDIC
EQUAL HOUSING LENDER

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/20/2018 | CHECK # 1041 | $10.00 | | $478.97 |
| 11/21/2018 | CHECK # 1045 | $196.29 | | $282.68 |
| 11/21/2018 | 65601 POS PUR 11/21 10:32 BAREESCENTUALSCO 888-795-4747 NJ 00000000 065~5977 | $98.37 | | $184.31 |
| 11/21/2018 | CHECK # 1037 | $50.00 | | $134.31 |
| 11/21/2018 | AMAZON.COM SERVI INTERNET | $39.95 | | $94.36 |
| 11/23/2018 | DEPOSIT | | $200.00 | $294.36 |
| 11/23/2018 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $234.36 |
| 11/23/2018 | 0186 POS PUR 11/21 22:52 ARBYS 7648 WASHINGTON PA 00005577 000186 ~5814 | $36.17 | | $198.19 |
| 11/26/2018 | DEPOSIT | | $100.00 | $298.19 |
| 11/28/2018 | CHECK # 1048 | $325.00 | | -$26.81 |
| 11/28/2018 | 21792 POS PUR 11/27 02:19 BETHEL BAKERY - CANONSBURG PA 68121792 021792~5462 | $22.72 | | -$49.53 |
| 11/29/2018 | RETURNED CHECK# 1048, INSUFFICIENT FUNDS | | $325.00 | $275.47 |
| 11/29/2018 | OVERDRAFT FEE | $37.00 | | $238.47 |
| 11/29/2018 | RETURNED ITEM FEE | $37.00 | | $201.47 |
| 11/29/2018 | 1527 ATM WTD 11/29 09:08 FIRST NAT BANK CANONSBURG PA PA900381 001527 ~6011 | $60.00 | | $141.47 |
| 11/30/2018 | PP596SALANDRA FU PAYROLL | | $1,487.84 | $1,629.31 |
| 11/30/2018 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $1,569.31 |
| 11/30/2018 | CHECK # 1048 | $325.00 | | $1,244.31 |
| 11/30/2018 | NEGATIVE COLLECTED BALANCE FEE | $0.01 | | $1,244.30 |
| 11/30/2018 | **Balance This Statement** | | | **$1,244.30** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1031 | 11/05/2018 | $200.00 | 1040 | 11/19/2018 | $135.83 | 1045 | 11/21/2018 | $196.29 |
| 1032 | 11/05/2018 | $17.98 | 1041 | 11/20/2018 | $10.00 | 1047* | 11/20/2018 | $30.00 |
| 1035* | 11/02/2018 | $109.47 | 1042 | 11/19/2018 | $183.49 | 1048 | 11/28/2018 | $325.00 |
| 1037* | 11/21/2018 | $50.00 | 1043 | 11/19/2018 | $40.00 | 1048 | 11/30/2018 | $325.00 |
| 1039* | 11/19/2018 | $112.35 | 1044 | 11/16/2018 | $264.32 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11/01/2018 | $537.52 | 11/09/2018 | $723.62 | 11/21/2018 | $94.36 |
| 11/02/2018 | $1,437.07 | 11/13/2018 | $952.15 | 11/23/2018 | $198.19 |
| 11/05/2018 | $1,029.42 | 11/14/2018 | $902.16 | 11/26/2018 | $298.19 |
| 11/06/2018 | $989.80 | 11/16/2018 | $1,503.66 | 11/28/2018 | -$49.53 |
| 11/07/2018 | $847.00 | 11/19/2018 | $790.32 | 11/29/2018 | $141.47 |
| 11/08/2018 | $783.62 | 11/20/2018 | $478.97 | 11/30/2018 | $1,244.30 |

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/20/2018 | CHECK # 1041 | $10.00 | | $478.97 |
| 11/21/2018 | CHECK # 1045 | $196.29 | | $282.68 |
| 11/21/2018 | 65601 POS PUR 11/21 10:32 BAREESCENTUALSCO 888-795-4747 NJ 00000000 065~5977 | $98.37 | | $184.31 |
| 11/21/2018 | CHECK # 1037 | $50.00 | | $134.31 |
| 11/21/2018 | AMAZON.COM SERVI INTERNET | $39.95 | | $94.36 |
| 11/23/2018 | DEPOSIT | | $200.00 | $294.36 |
| 11/23/2018 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $234.36 |
| 11/23/2018 | 0186 POS PUR 11/21 22:52 ARBYS 7648 WASHINGTON PA 00005577 000186 ~5814 | $36.17 | | $198.19 |
| 11/26/2018 | DEPOSIT | | $100.00 | $298.19 |
| 11/28/2018 | CHECK # 1048 | $325.00 | | -$26.81 |
| 11/28/2018 | 21792 POS PUR 11/27 02:19 BETHEL BAKERY - CANONSBURG PA 68121792 021792~5462 | $22.72 | | -$49.53 |
| 11/29/2018 | RETURNED CHECK# 1048, INSUFFICIENT FUNDS | | $325.00 | $275.47 |
| 11/29/2018 | OVERDRAFT FEE | $37.00 | | $238.47 |
| 11/29/2018 | RETURNED ITEM FEE | $37.00 | | $201.47 |
| 11/29/2018 | 1527 ATM WTD 11/29 09:08 FIRST NAT BANK CANONSBURG PA PA900381 001527 ~6011 | $60.00 | | $141.47 |
| 11/30/2018 | PP596SALANDRA FU PAYROLL | | $1,487.84 | $1,629.31 |
| 11/30/2018 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $1,569.31 |
| 11/30/2018 | CHECK # 1048 | $325.00 | | $1,244.31 |
| 11/30/2018 | NEGATIVE COLLECTED BALANCE FEE | $0.01 | | $1,244.30 |
| 11/30/2018 | Balance This Statement | | | $1,244.30 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1031 | 11/05/2018 | $200.00 | 1040 | 11/19/2018 | $135.83 | 1045 | 11/21/2018 | $196.29 |
| 1032 | 11/05/2018 | $17.98 | 1041 | 11/20/2018 | $10.00 | 1047* | 11/20/2018 | $30.00 |
| 1035* | 11/02/2018 | $109.47 | 1042 | 11/19/2018 | $183.49 | 1048 | 11/28/2018 | $325.00 |
| 1037* | 11/21/2018 | $50.00 | 1043 | 11/19/2018 | $40.00 | 1048 | 11/30/2018 | $325.00 |
| 1039* | 11/19/2018 | $112.35 | 1044 | 11/16/2018 | $264.32 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11/01/2018 | $537.52 | 11/09/2018 | $723.62 | 11/21/2018 | $94.36 |
| 11/02/2018 | $1,437.07 | 11/13/2018 | $952.15 | 11/23/2018 | $198.19 |
| 11/05/2018 | $1,029.42 | 11/14/2018 | $902.16 | 11/26/2018 | $298.19 |
| 11/06/2018 | $989.80 | 11/16/2018 | $1,503.66 | 11/28/2018 | -$49.53 |
| 11/07/2018 | $847.00 | 11/19/2018 | $790.32 | 11/29/2018 | $141.47 |
| 11/08/2018 | $783.62 | 11/20/2018 | $478.97 | 11/30/2018 | $1,244.30 |