UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re: Andrew F. Kuzy, and
Colleen A. Kuzy,

Debtors.

Bankruptcy Case No.: 18-21728-CMB

Chapter 11

Reporting Period: _December 2018_

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____     1/16/19
Signature of Debtor                  Date

_____     1/14/19
Signature of Joint Debtor            Date

_____     _____
Signature of Preparer                Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

In Re: Andrew F. Kuzy, and
       Colleen A. Kuzy,

           Debtors.

Bankruptcy Case No.: 18-21728-CMB

Chapter 11

Reporting Period: _December 2018_

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 1043.31 |  |
| **RECEIPTS** |  |  |
| Wages (Net) | 2952.06 |  |
| Interest and Dividend Income | 0 |  |
| Alimony and Child Support | 0 |  |
| Social Security and Pension Income | 575.00 |  |
| Sale of Assets | 0 |  |
| Other Income (attach schedule) | 4590.10 |  |
| **Total Receipts** | 8117.16 |  |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) | 0 |  |
| Rental Payment(s) | 0 |  |
| Other Secured Note Payments | 0 |  |
| Utilities | 1524.36 |  |
| Insurance | 608.71 |  |
| Auto Expense | 284.16 |  |
| Lease Payments | 0 |  |
| IRA Contributions | 0 |  |
| Repairs and Maintenance | 72.67 |  |
| Medical Expenses | 66.48 |  |
| Household Expenses | 1399.30 |  |
| Charitable Contributions | 0 |  |
| Alimony and Child Support Payments | 0 |  |
| Taxes - Real Estate | 0 |  |
| Taxes - Personal Property | 0 |  |
| Taxes - Other (attach schedule) | 0 |  |
| Travel and Entertainment | 135.59 |  |
| Gifts | 45.04 |  |
| Other (attach schedule) |  |  |
| **Total Ordinary Disbursements** | 4136.31 |  |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees | 375.00 |  |
| U. S. Trustee Fees | 0 |  |
| Other Reorganization Expenses (attach schedule) | 80.00 |  |
| **Total Reorganization Items** | 455 |  |
| **Total Disbursements (Ordinary + Reorganization)** | 4591.31 |  |
| **Net Cash Flow (Total Receipts - Total Disbursements)** |  |  |
| Cash - End of Month (Must equal reconciled bank | 3525.85 |  |

FORM MOR-1 (INDV)

In Re:  Andrew F. Kuzy, and
      Colleen A. Kuzy,

          Debtors.

Bankruptcy Case No.: 18-21728-CMB

Chapter 11

(9/99)

Reporting Period:_____

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Schmalz Income | 4590.10 | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| PA Board of Probation + Parole | 30.00 | |
| Wash Co Clerk of Courts | 50.00 | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

| In Re: Andrew F. Kuzy, and | : | Bankruptcy Case No.: 18-21728-CMB |
|---|---|---|
| Colleen A. Kuzy, | : | |
|  | : | Chapter 11 |
| Debtors. | : | |
|  |  | Reporting Period: _____ |

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Form16123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| FICA- Employee |  |  |  |  |  |  |
| FICA-Employer |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Federal Taxes |  |  |  |  |  |  |
| State and Local |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| Sales |  |  |  |  |  |  |
| Excise |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Real Property |  |  |  |  |  |  |
| Personal Property |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total State and Local |  |  |  |  |  |  |
| Total Taxes |  |  |  |  |  |  |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  |  | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable |  |  |  |  |  |  |
| Wages-Payable |  |  |  |  |  |  |
| Taxes Payable |  |  |  |  |  |  |
| Rent/Leases-Building |  |  |  |  |  |  |
| Rent/Leases- Equipment |  |  |  |  |  |  |
| Secured Debt/Adequate Protection |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Amounts Due to Insiders" |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Postpetition Debts |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.

_____
_____

*"Insider is defined in 11 U.S.C. Section 101(31)    FORM MOR-4

In Re: Andrew F. Kuzy, and
      Colleen A. Kuzy,

         Debtors.

Bankruptcy Case No.: 18-21728-CMB

Chapter 11

(9/99)

Reporting Period: _____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| − Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below | | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

FORM MOR-5
(9/99)

Pay Statement

PAYROLL

| Andrew Kuzy | | | | | This Pay | Year-To-Date |
|---|---|---|---|---|---|---|
| 531 Warrick Dr | Period Begin | 12/16/2018 | | Earnings | 1840.00 | 40722.50 |
| Washington, PA 15301 | Period End | 12/22/2018 | | Taxes | 371.59 | 7990.93 |
| Employee No. 22 | Voucher No. | | | Net Pay | 1468.41 | 32731.57 |
| | Dept No. | 1000 | | | | |

## Your Pay:

| Earnings | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 1615.00 | 38347.50 | 17.0000 | 95.00 | 2435.50 |
| Removal | 225.00 | 2375.00 | | | |
| Total | 1840.00 | 40722.50 | | 95.00 | 2435.50 |

| Taxes | This Pay | YTD |
|---|---|---|
| Social Security | 114.08 | 2524.85 |
| Medicare | 26.68 | 590.49 |
| Federal Income Tax | 152.84 | 3141.72 |
| Pennsylvania | 56.49 | 1250.15 |
| PA LST $52 | 2.00 | 52.00 |
| PA Employee Unemp. | 1.10 | 24.42 |
| S Strabane Twp. | 18.40 | 407.30 |
| Total | 371.59 | 7990.93 |

| Net Pay | This Pay | YTD | Account Number |
|---|---|---|---|
| This Check | 1468.41 | 32731.57 | |

## Other Information:

| Tax Status | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 1840.00 | 40722.50 | |
| Medicare | 1840.00 | 40722.50 | |
| Federal Income Tax | 1840.00 | 40722.50 | M / 0 |
| Pennsylvania | 1840.00 | 40722.50 | M / 0 |
| PA LST $52 | 1840.00 | 40722.50 | |
| PA Employee Unemp. | 1840.00 | 40722.50 | |
| S Strabane Twp. | 1840.00 | 40722.50 | M / 0 |

Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

PAPT   P596

---

PAPT   P596
Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

Pay Date         12/28/2018     WASHINGTON FEDERAL SAVINGS BANK
Voucher Number                  CANONSBURG, PA 15317
                                60-74222433

*** NON - NEGOTIABLE, DIRECT DEPOSIT NOTICE ***

2/6
1000   22

Andrew Kuzy
531 Warrick Dr                                 Net Direct Deposit to Checking   $1468.41
Washington, PA 15301

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENT.    NON - NEGOTIABLE

```
Andrew Kuzy                                                                      This Pay    Year-To-Date
531 Warrick Dr              Pay Period 11/25/2018              Earnings           1860.00        38882.50
Washington, PA 15301        Period End  12/08/2018             Taxes               376.35         7619.34
Employee No. 22             Voucher No.                        Net Pay            1483.65        31263.16
                            Dept No.    1000
```

## Your Pay:

| Earnings | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 1785.00 | 36732.50 | 17.0000 | 105.00 | 2340.50 |
| Removal | 75.00 | 2150.00 | | | |
| Total | 1860.00 | 38882.50 | | 105.00 | 2340.50 |

| Taxes | This Pay | YTD |
|---|---|---|
| Social Security | 115.32 | 2410.77 |
| Medicare | 26.97 | 563.81 |
| Federal Income Tax | 155.24 | 2988.88 |
| Pennsylvania | 57.10 | 1193.66 |
| PA LST $52 | 2.00 | 50.00 |
| PA Employee Unemp. | 1.12 | 23.32 |
| S Strabane Twp. | 18.60 | 388.90 |
| Total | 376.35 | 7619.34 |

| Net Pay | This Pay | YTD | Account Number |
|---|---|---|---|
| This Check | 1483.65 | 31263.16 | |

## Other Information:

| Tax Status | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 1860.00 | 38882.50 | |
| Medicare | 1860.00 | 38882.50 | |
| Federal Income Tax | 1860.00 | 38882.50 | M / 0 |
| Pennsylvania | 1860.00 | 38882.50 | M / 0 |
| PA LST $52 | 1860.00 | 38882.50 | |
| PA Employee Unemp. | 1860.00 | 38882.50 | |
| S Strabane Twp. | 1860.00 | 38882.50 | M / 0 |

```
Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317
                                    PAPT    P596
```

---

BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

```
    PAPT    P596                         Pay Date       12/14/2018    WASHINGTON FEDERAL SAVINGS BANK
Salandra Funeral Service, Inc.           Voucher Number                CANONSBURG, PA 15317
304 West Pike Street                                                   60-74222433
Canonsburg, PA 15317
```

*** NON - NEGOTIABLE. DIRECT DEPOSIT NOTICE ***

```
                2/6
        1000    22
Andrew Kuzy                                              Net Direct Deposit to Checking  $1483.65
531 Warrick Dr
Washington, PA 15301
                                                                                NON - NEGOTIABLE
THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENT.
```

# First National Bank

**Statement Ending 12/31/2018**

4140 E. State Street
Hermitage, PA 16148

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 1 of 6

**ADDRESS SERVICE REQUESTED**

>000637 2525602 0001 092543 10Z

ANDREW F. KUZY, DEBTOR IN POSSESSION
COLLEEN A. KUZY, DEBTOR IN POSSESSION
531 WARRICK DR
WASHINGTON PA 15301-9513

### Managing Your Accounts

| | | |
|---|---|---|
| Online | www.fnb-online.com |
| By Phone | 1 800-555-5455 |
| By Mail | 4140 E. State Street Hermitage, PA 16148 |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | | $1,853.88 |

## FREE SMALL BUSINESS CHECKING - 95466826

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 12/01/2018 | Balance Last Statement | $1,244.30 | Minimum Balance | $256.19 |
| | 6 Credit(s) This Period | $4,327.56 | Average Ledger Balance | $1,073.77 |
| | 61 Debit(s) This Period | $3,717.98 | Average Available Balance | $1,042.87 |
| 12/31/2018 | Balance This Statement | $1,853.88 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/01/2018 | Balance Last Statement | | | $1,244.30 |
| 12/03/2018 | 5618 POS PUR 12/01 18:55 SAMSCLUB #6251 WASHINGTON PA 62510092 8335845~5411 | $242.37 | | $1,001.93 |
| 12/03/2018 | 566066 POS PUR 12/03 16:50 Wal-Mart Super C WASHINGTON PA 17390049 83376~5411 | $47.68 | | $954.25 |
| 12/03/2018 | 877474 POS PUR 12/02 08:15 Wal-Mart Super C WASHINGTON PA 17390075 83360~5411 | $43.68 | | $910.57 |
| 12/03/2018 | 82588 POS PUR 12/01 14:53 BP#9351941RUFF C WASHINGTON PA 9351001 082588~5542 | $31.15 | | $879.42 |
| 12/03/2018 | 15340 POS PUR 11/30 01:51 MCDONALD'S F1153 WASHINGTON PA 1 015340 ~5814 | $24.94 | | $854.48 |
| 12/03/2018 | 886983 POS PUR 12/02 09:45 Wal-Mart Super C WASHINGTON PA 17390075 83365~5411 | $9.67 | | $844.81 |
| 12/04/2018 | 40005 POS PUR 12/01 20:24 IMPERIAL CLEANER WASHINGTON PA 73228270 04000~7216 | $31.85 | | $812.96 |
| 12/06/2018 | 64426 POS PUR 12/06 07:41 WM SUPERCENTER # WASHINGTON PA 17390048 19000~5411 | $39.09 | | $773.87 |
| 12/07/2018 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $713.87 |
| 12/07/2018 | 9403 POS PUR 12/06 03:23 JEFFREYS DRUG ST CANONSBURG PA 29235480 00940~5912 | $20.00 | | $693.87 |
| 12/10/2018 | DEPOSIT | | $540.00 | $1,233.87 |



Member FDIC
EQUAL HOUSING LENDER

**First National Bank**

**Statement Ending 12/31/2018**

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 3 of 6

# FREE SMALL BUSINESS CHECKING - 95466826 (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/10/2018 | 740471 POS PUR 12/08 10:59 SAMSCLUB #6251 WASHINGTON PA 62510095 8342119~5411 | $72.89 | | $1,160.98 |
| 12/10/2018 | 38168 POS PUR 12/07 21:07 KWIK FILL 236 HOUSTON PA URCC0236 038168 ~5542 | $25.01 | | $1,135.97 |
| 12/10/2018 | 67031 POS PUR 12/07 10:16 JEFFREYS DRUG ST CANONSBURG PA 29235480 06703~5912 | $16.30 | | $1,119.67 |
| 12/10/2018 | 0026 POS PUR 12/08 00:53 HOW LEE. WASHINGTON PA 09693642 000026 ~5814 | $9.54 | | $1,110.13 |
| 12/11/2018 | PROG ADVANCED INS PREM POL | $323.79 | | $786.34 |
| 12/12/2018 | CHECK # 1049 | $250.00 | | $536.34 |
| 12/14/2018 | PP596SALANDRA FU PAYROLL | | $1,483.65 | $2,019.99 |
| 12/14/2018 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $1,959.99 |
| 12/14/2018 | 92844 PIN PUR 12/14 13:55 ROSS STORES #172 WASHINGTON PA 06985981 09284~5310 | $89.74 | | $1,870.25 |
| 12/14/2018 | 7575 ATM WTD 12/14 13:01 FIRST FED S&L A WASHINGTON, PA CP300008 00757~6011 | $60.00 | | $1,810.25 |
| 12/14/2018 | 181510 PIN PUR 12/14 12:15 KRENCYS BAKERY I WASHINGTON PA 00007500 83482~5462 | $17.50 | | $1,792.75 |
| 12/14/2018 | FEE FOR ATM WTD 12/14 13:01 FIRST FED S&L A WASHINGTON, PA CP300008 00757~6011 | $2.75 | | $1,790.00 |
| 12/17/2018 | DEPOSIT | | $460.00 | $2,250.00 |
| 12/17/2018 | 48543 POS PUR 12/15 18:59 GIANT-EAGLE #003 WASHINGTON PA 00000000 04854~5411 | $125.00 | | $2,125.00 |
| 12/17/2018 | 87066 POS PUR 12/16 21:29 TST* CENTURY INN SCENERY HILL PA 68187066 087~5812 | $88.44 | | $2,036.56 |
| 12/17/2018 | 2804 POS PUR 12/15 04:29 ROSS STORES #172 WASHINGTON PA 00000000 00280~5310 | $40.27 | | $1,996.29 |
| 12/17/2018 | 14989 POS PUR 12/15 10:31 ULTA #785 WASHINGTON PA 07799560 834917161770~5399 | $36.04 | | $1,960.25 |
| 12/17/2018 | 627290 PIN PUR 12/17 13:15 KOHLS 1022 353 W WASHINGTON PA 99999999 62729~5311 | $28.82 | | $1,931.43 |
| 12/17/2018 | 48550 POS PUR 12/15 16:15 KOHL'S #1022 WASHINTON PA 00000000 048550 ~5311 | $28.64 | | $1,902.79 |
| 12/17/2018 | 31459 POS PUR 12/16 16:31 WM SUPERCENTER # WASHINGTON PA 17390046 65604~5411 | $18.49 | | $1,884.30 |
| 12/18/2018 | CHECK # 1052 | $292.21 | | $1,592.09 |
| 12/18/2018 | CHECK # 1051 | $150.83 | | $1,441.26 |
| 12/18/2018 | 54480 RECURRING 12/17 22:10 Amazon Prime Amzn.com/bill WA | $13.77 | | $1,427.49 |
| 12/18/2018 | 20009 POS PUR 12/17 02:31 WHS FAMILY MEDIC WASHINGTON PA 74902060 02000~8099 | $5.00 | | $1,422.49 |
| 12/19/2018 | 41595 POS PUR 12/19 10:33 SAMSCLUB #6251 WASHINGTON PA 62510093 8353649~5411 | $18.99 | | $1,403.50 |
| 12/20/2018 | CHECK # 1058 | $116.42 | | $1,287.08 |
| 12/20/2018 | 79955 POS PUR 12/19 21:27 SUNOCO 005968820 CANONSBURG PA 0059003 079955~5542 | $30.35 | | $1,256.73 |
| 12/20/2018 | 0713 POS PUR 12/19 01:05 HARBOR FREIGHT T WASHINGTON PA 00005159 00071~5251 | $8.47 | | $1,248.26 |
| 12/21/2018 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $1,188.26 |
| 12/21/2018 | CHECK # 1055 | $35.29 | | $1,152.97 |
| 12/21/2018 | 89433 POS PUR 12/20 03:35 SQ * CYPROWSKI CA WASHINGTON PA 00000000 08943~5399 | $35.00 | | $1,117.97 |



## FREE SMALL BUSINESS CHECKING - 95466826 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/21/2018 | 4292 POS PUR 12/19 01:42 SWEET HUT CHINES WASHINGTON PA 00000000 00429~5812 | $25.00 | | $1,092.97 |
| 12/21/2018 | 406402 PIN PUR 12/21 12:54 SALLY BEAUTY #30 WASHINGTON PA 99999999 40640~5977 | $12.70 | | $1,080.27 |
| 12/24/2018 | CHECK # 1050 | $200.00 | | $880.27 |
| 12/24/2018 | CHECK # 1056 | $187.35 | | $692.92 |
| 12/24/2018 | 199517 PIN PUR 12/23 10:56 DICK'S SPORTINGG WASHINGTON PA 00095704 19951~5941 | $148.21 | | $544.71 |
| 12/24/2018 | CHECK # 1057 | $116.91 | | $427.80 |
| 12/24/2018 | 11022 PIN PUR 12/23 13:39 SAMS CLUB #6251 WASHINGTON PA 62510092 854809~5300 | $83.88 | | $343.92 |
| 12/24/2018 | CHECK # 1053 | $30.00 | | $313.92 |
| 12/24/2018 | 27444 POS PUR 12/23 03:06 SPEEDWAY 02915 7 WASHINGTON PA LK469805 02744~5542 | $11.36 | | $302.56 |
| 12/24/2018 | 88408 POS PUR 12/21 00:48 SPEEDWAY 02915 7 WASHINGTON PA LK469805 08840~5542 | $10.09 | | $292.47 |
| 12/24/2018 | 110316 POS PUR 12/24 17:28 WAL-MART #1739 WASHINGTON PA 24173901 110316 ~5411 | $9.28 | | $283.19 |
| 12/27/2018 | 4601 POS PUR 12/26 06:00 KWIK FILL 236 HOUSTON PA URCC0236 004601 ~5542 | $27.00 | | $256.19 |
| 12/28/2018 | PP596SALANDRA FU PAYROLL | | $1,468.41 | $1,724.60 |
| 12/28/2018 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $1,664.60 |
| 12/28/2018 | 93642 POS PUR 12/27 03:31 LOWES #00671* WASHINGTON PA 00000000 093642 ~5200 | $6.55 | | $1,658.05 |
| 12/31/2018 | DEPOSIT | | $278.00 | $1,936.05 |
| 12/31/2018 | RANGE RESOURCES 123118EFT 279995 | | $97.50 | $2,033.55 |
| 12/31/2018 | 20019 POS PUR 12/29 21:41 ICHIBAN STEAKHOU WASHINGTON PA 00A02867 02001~5812 | $47.15 | | $1,986.40 |
| 12/31/2018 | 662535 POS PUR 12/30 12:23 Wal-Mart Super C WASHINGTON PA 17390047 83646~5411 | $44.19 | | $1,942.21 |
| 12/31/2018 | 45389 PIN PUR 12/29 15:34 GIANT-EAGLE #003 Washington PA 39001100 09982~5411 | $32.70 | | $1,909.51 |
| 12/31/2018 | 70004 POS PUR 12/29 19:54 IMPERIAL CLEANER WASHINGTON PA 73228270 07000~7216 | $32.35 | | $1,877.16 |
| 12/31/2018 | 90036 POS PUR 12/30 17:37 SARRIS CANDIES CANONSBURG PA 09227357 090036 ~5999 | $9.00 | | $1,868.16 |
| 12/31/2018 | 164455 POS PUR 12/30 12:00 SAMSCLUB #6251 WASHINGTON PA 62510093 8364008~5411 | $6.98 | | $1,861.18 |
| 12/31/2018 | 96748 POS PUR 12/28 04:53 JEFFREYS DRUG ST CANONSBURG PA 29235480 09674~5912 | $5.18 | | $1,856.00 |
| 12/31/2018 | 10552 POS PUR 12/28 23:47 MCDONALD'S F4865 CANONSBURG PA 1 010552 ~5814 | $2.12 | | $1,853.88 |
| 12/31/2018 | **Balance This Statement** | | | **$1,853.88** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1049 | 12/12/2018 | $250.00 | 1052 | 12/18/2018 | $292.21 | 1056 | 12/24/2018 | $187.35 |
| 1050 | 12/24/2018 | $200.00 | 1053 | 12/24/2018 | $30.00 | 1057 | 12/24/2018 | $116.91 |
| 1051 | 12/18/2018 | $150.83 | 1055* | 12/21/2018 | $35.29 | 1058 | 12/20/2018 | $116.42 |

\* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12/03/2018 | $844.81 | 12/06/2018 | $773.87 | 12/10/2018 | $1,110.13 |
| 12/04/2018 | $812.96 | 12/07/2018 | $693.87 | 12/11/2018 | $786.34 |