# PROCEEDING MEMO

Date: 03/06/2019 01:30 pm

In re: Andrew F. Kuzy
Colleen A. Kuzy

Bankruptcy No. 18-21728-CMB
Chapter: 11 - NOT A SMALL BUSINESS
Doc. # 69

**Appearances:**

Movant(s): Brian C. Thompson ✓

Respondents: Brent Lemon; ✓ Anthony Kovalchick; ✓ James Warmbrodt ✓

Creditor(s):

Nature of Proceeding: #66 Hearing on Disclosure Statement

Additional Pleadings: #65 Chapter 11 Plan Dated 01/22/2019; #67 Summary of Chapter 11 Plan; #70 Certificate of Service; #71 Monthly Financial Report for November, 2018; #72 Monthly Financial Report for December, 2018; #73 Objection by Commonwealth of Pennsylvania, Department of Revenue; #74 Objection by PNC Bank National Association #76 Amended Objection by PNC Bank, National Association

**Judge's Notes:**

- attempting to work matter out w/ PNC.
- 2016 tax return filed need to work out payment plan w/ Commonwealth.
- 30 days to file DS & amended Plan

**Outcome:**

\_\_\_\_ Motion is GRANTED    \_\_\_\_ Order entered
\_\_\_\_ Motion is DENIED \_\_\_\_ Order entered
\_\_\_\_ Motion WITHDRAWN
\_\_\_\_ Motion is DISMISSED    Order entered
\_\_\_\_ Reschedule for Proper Service
\_\_\_\_ Case DISMISSED    Order entered
\_\_\_\_ Parties to submit Order/Settlement/Stipulation by \_\_\_\_ days
\_\_\_\_ CONTINUED MATTER: \_\_\_\_ for at least \_\_\_\_ days (Court to Issue Order)
\_\_\_\_ to hearing date of \_\_\_\_
\_\_\_\_ ISSUE EVIDENTIARY HEARING NOTICE
\_\_\_\_ Discovery time needed \_\_\_\_ days
\_\_\_\_ Briefs to be filed:    Movant(s) brief due \_\_\_\_ days
Respondent(s) brief due \_\_\_\_ days
Trustee's brief due \_\_\_\_ days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
3/6/19 2:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA