# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Andrew F. Kuzy, and | : | Bankruptcy Case No.: 18-21728-CMB |
| Colleen A. Kuzy, | : | |
| | : | Chapter 11 |
| Debtors. | : | |
| | | Reporting Period: *January 2019* |

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-I (INDV) | | |
| Schedule of Cash Receipts and Disbursements - | MOR-I (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____          _____
Signature of Debtor                                      Date   2/17/19

_____          _____
Signature of Joint Debtor                              Date   2/17/19

_____          _____
Signature of Preparer                                  Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

| In Re: Andrew F. Kuzy, and | : | Bankruptcy Case No.: 18-21728-CMB |
|---|---|---|
| Colleen A. Kuzy, | : | |
| | : | Chapter 11 |
| Debtors. | : | |

Reporting Period: _January 2019_

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account .

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 1853.88 | |
| **RECEIPTS** | | |
| Wages (Net) | 2502.53 | |
| Interest and Dividend Income | 0 | |
| Alimony and Child Support | 0 | |
| Social Security and Pension Income | 0 | |
| Sale of Assets | 0 | |
| Other Income (attach schedule) | 1802.72 | |
| **Total Receipts** | 4305.25 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 0 | |
| Rental Payment(s) | 0 | |
| Other Secured Note Payments | 0 | |
| Utilities | 730.36 | |
| Insurance | 428.93 | |
| Auto Expense | 334.01 | |
| Lease Payments | 0 | |
| IRA Contributions | 0 | |
| Repairs and Maintenance | 861.67 | |
| Medical Expenses | 18.15 | |
| Household Expenses | 1395.92 | |
| Charitable Contributions | 0 | |
| Alimony and Child Support Payments | 0 | |
| Taxes - Real Estate | 0 | |
| Taxes - Personal Property | 0 | |
| Taxes - Other (attach schedule) | 0 | |
| Travel and Entertainment | 97.81 | |
| Gifts | 0 | |
| Other (attach schedule) | 50.00 | |
| **Total Ordinary Disbursements** | 3916.85 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 375.08 | |
| U. S. Trustee Fees | 325.00 | |
| Other Reorganization Expenses (attach schedule) | 0 | |
| **Total Reorganization Items** | 700.00 | |
| **Total Disbursements (Ordinary + Reorganization)** | 4616.85 | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | - 311.60 | |
| **Cash - End of Month (Must equal reconciled bank** | 1542.28 | |

FORM MOR-1 (INDV)

In Re:  Andrew F. Kuzy, and                    :        Bankruptcy Case No.: 18-21728-CMB
        Colleen A. Kuzy,                       :
                                               :        Chapter 11
        Debtors.                               :                                    (9/99)

Reporting Period:_____

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Schmalz Income | $1700 | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Washington County Clerk of Courts | $50 | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

| In Re: Andrew F. Kuzy, and | : | Bankruptcy Case No.: 18-21728-CMB |
| Colleen A. Kuzy, | : | |
| | : | Chapter 11 |
| Debtors. | : | |
| | : | Reporting Period:_____ |

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns tiled during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal | | | | | | |
| Withholding | | | | | | |
| FI CA- Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| **Total Federal Taxes** | | | | | | |
| State and Local | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| **Total Stale and Local** | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages-Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases- Equipment | | | | | | |
| Secured Debt/Adequate Protection | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders" | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.

_____
_____
_____

*"Insider is defined in 11 U.S.C. Section 101(31)                                    **FORM MOR-4**

(9/99)

| | | |
|---|---|---|
| In Re: | Andrew F. Kuzy, and | : | Bankruptcy Case No.: 18-21728-CMB |
| | Colleen A. Kuzy, | : | |
| | | : | Chapter 11 |
| | Debtors. | : | |

Reporting Period:_____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| - Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | X | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | X | |

**FORM MOR-5**
**(9/99)**

# First National Bank

4140 E. State Street
Hermitage, PA 16148

ANDREW F. KUZY, DEBTOR IN

Page 1 of 6

Primary Account Number:

ADDRESS SERVICE REQUESTED

>000245  2635057  0001  092543  10Z

ANDREW F. KUZY, DEBTOR IN POSSESSION
COLLEEN A. KUZY, DEBTOR IN POSSESSION
JACQUELINE SCHMALZ
531 WARRICK DR
WASHINGTON PA 15301-9513




## Managing Your Accounts

| | | |
|---|---|---|
| Online | www.fnb-online.com | |
| By Phone | 1 800-555-5455 | |
| By Mail | 4140 E. State Street Hermitage, PA 16148 | |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | | $1,542.28 |

## FREE SMALL BUSINESS CHECKING -

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 01/01/2019 | Balance Last Statement | $1,853.88 | Minimum Balance | $375.41 |
| | 5 Credit(s) This Period | $4,305.25 | Average Ledger Balance | $1,432.00 |
| | 72 Debit(s) This Period | $4,616.85 | Average Available Balance | $1,423.03 |
| 01/31/2019 | Balance This Statement | $1,542.28 | | |

Effective March 1, 2019, First National Bank will be making adjustments to the activity fees for your business checking account. Please review your statement for the fee changes. If you have any questions, please contact your branch manager or Treasury Management Representative for additional information.

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/01/2019 | Balance Last Statement | | | $1,853.88 |
| 01/02/2019 | FIRSTENERGY OPCO FE ECHECK | $319.98 | | $1,533.90 |
| 01/02/2019 | 50611 POS PUR 01/01 10:25 WM SUPERCENTER # WASHINGTON PA 17390046 28128~5411 | $31.94 | | $1,501.96 |
| 01/02/2019 | 80176 POS PUR 01/02 04:31 AMZN Mktp US* M28 Amzn.com/bill WA 00000000 08~5942 | $22.25 | | $1,479.71 |
| 01/02/2019 | 67711 POS PUR 01/02 06:39 AMZN Mktp US* M29 Amzn.com/bill WA 00000000 06~5942 | $7.37 | | $1,472.34 |
| 01/03/2019 | 28894 POS PUR 01/02 13:06 AMZN Mktp US* M21 Amzn.com/bill WA 00000000 02~5942 | $10.59 | | $1,461.75 |
| 01/03/2019 | 83228 POS PUR 01/02 02:49 JEFFREYS DRUG ST CANONSBURG PA 29235480 08322~5912 | $8.15 | | $1,453.60 |
| 01/04/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $1,393.60 |
| 01/04/2019 | 23555 POS PUR 01/02 15:53 Zoup] 235 Old Mi Washington PA 00000000 02355~5812 | $13.76 | | $1,379.84 |
| 01/07/2019 | 505116 PIN PUR 01/06 13:49 HEIDELBERG SHOP CARNEGIE PA 54938701 505116 ~5411 | $165.89 | | $1,213.95 |
| 01/07/2019 | CHECK # 1054 | $50.00 | | $1,163.95 |


EQUAL HOUSING LENDER
Member FDIC

First National Bank

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/07/2019 | 470516 PIN PUR 01/07 13:25 MICHAELS STORES WASHINGTON PA 003 90070047051~5970 | $24.50 | | $1,139.45 |
| 01/07/2019 | CHECK # 1062 | $20.00 | | $1,119.45 |
| 01/07/2019 | CHECK # 1059 | $17.67 | | $1,101.78 |
| 01/07/2019 | 30020 POS PUR 01/05 06:15 PIZZA AL'S MCMURRAY PA 05359817 030020 ~5812 | $15.64 | | $1,086.14 |
| 01/07/2019 | 202065 PIN PUR 01/06 13:30 HEIDELBERG SHOP CARNEGIE PA 54938701 202065 ~5411 | $11.76 | | $1,074.38 |
| 01/07/2019 | 66907 POS PUR 01/05 17:38 JEFFREYS DRUG ST CANONSBURG PA 29235480 06690~5912 | $10.00 | | $1,064.38 |
| 01/07/2019 | 40031 POS PUR 01/05 17:10 SARRIS CANDIES CANONSBURG PA 09227357 040031 ~5999 | $9.45 | | $1,054.93 |
| 01/07/2019 | 9157 POS PUR 01/07 17:07 WAL-MART #1739 WASHINGTON PA 24173901 009157 ~5411 | $7.44 | | $1,047.49 |
| 01/08/2019 | 143370 PIN PUR 01/08 16:15 CANONSBURG SHOP CANONSBURG PA 53460201 143370~5411 | $10.28 | | $1,037.21 |
| 01/09/2019 | 796158 POS PUR 01/09 17:43 WAL-MART #1739 WASHINGTON PA 24173901 796158 ~5411 | $30.61 | | $1,006.60 |
| 01/09/2019 | 1753 POS PUR 01/09 08:39 AMZN Mktp US* MB6 Amzn.com/bill WA 00000000 00~5942 | $10.02 | | $996.58 |
| 01/10/2019 | 12224 POS PUR 01/10 16:45 WM SUPERCENTER # WASHINGTON PA 17390056 17264~5411 | $29.59 | | $966.99 |
| 01/10/2019 | 14874 POS PUR 01/09 14:29 SUNOCO 005968820 CANONSBURG PA 0059003 014874~5542 | $24.00 | | $942.99 |
| 01/11/2019 | PP596SALANDRA FU PAYROLL | | $1,031.56 | $1,974.55 |
| 01/11/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $1,914.55 |
| 01/11/2019 | CHECK # 1063 | $185.62 | | $1,728.93 |
| 01/11/2019 | 80012 POS PUR 01/10 20:01 PIZZA AL'S MCMURRAY PA 05359817 080012 ~5812 | $27.03 | | $1,701.90 |
| 01/14/2019 | DEPOSIT | | $450.00 | $2,151.90 |
| 01/14/2019 | 379001 POS PUR 01/13 13:40 SAMSCLUB #6251 WASHINGTON PA 62510094 9013963~5411 | $256.28 | | $1,895.62 |
| 01/14/2019 | 501255 POS PUR 01/14 13:12 Wal-Mart Super C WASHINGTON PA 17390044 90145~5411 | $30.45 | | $1,865.17 |
| 01/14/2019 | 70076 POS PUR 01/11 09:31 POPEYES WASHINGTON PA 00794257 070076 ~5814 | $26.49 | | $1,838.68 |
| 01/14/2019 | 8828 POS PUR 01/12 16:04 EAT_N_PARK #0022 MCMURRAY PA 25908828 008828 ~5812 | $24.34 | | $1,814.34 |
| 01/14/2019 | 56056 POS PUR 01/14 16:39 WM SUPERCENTER # WASHINGTON PA 17390045 86486~5411 | $22.99 | | $1,791.35 |
| 01/15/2019 | 8928 POS PUR 01/14 20:53 MCDONALD'S F2383 WASHINGTON PA 1 008928 ~5814 | $4.87 | | $1,786.48 |
| 01/15/2019 | 808249 PIN PUR 01/15 12:00 COUNTRY FAIR #38 ERIE PA 0044BT38 808249 ~5541 | $3.29 | | $1,783.19 |
| 01/16/2019 | CHECK # 1064 | $125.00 | | $1,658.19 |
| 01/16/2019 | CHECK # 1069 | $103.88 | | $1,554.31 |
| 01/16/2019 | 98578 POS PUR 01/15 10:27 COUNTRY FAIR #38 ERIE PA 12 098578 ~5542 | $25.92 | | $1,528.39 |
| 01/16/2019 | CHECK # 1068 | $13.30 | | $1,515.09 |
| 01/17/2019 | 321456 PIN PUR 01/17 12:50 ALDI 69051 WASHINGTON PA 89027702 321456 ~5411 | $23.02 | | $1,492.07 |
| 01/17/2019 | CHECK # 1066 | $17.00 | | $1,475.07 |



# FREE SMALL BUSINESS CHECKING - (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/18/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $1,415.07 |
| 01/18/2019 | CHECK # 1070 | $293.10 | | $1,121.97 |
| 01/18/2019 | CHECK # 1067 | $192.91 | | $929.06 |
| 01/18/2019 | 6709 POS PUR 01/18 13:03 GET GO #3237 Erie PA 37020800 571211 ~5542 | $17.10 | | $911.96 |
| 01/18/2019 | 80440 RECURRING 01/17 17:10 Amazon Prime Amzn.com/bill WA 00000000 080440~5968 | $13.77 | | $898.19 |
| 01/22/2019 | CHECK # 1071 | $135.83 | | $762.36 |
| 01/22/2019 | CHECK # 1072 | $125.00 | | $637.36 |
| 01/22/2019 | 460250 POS PUR 01/19 12:28 WAL-MART #1739 WASHINGTON PA 17390049 9019263~5411 | $54.23 | | $583.13 |
| 01/22/2019 | CHECK # 1065 | $50.00 | | $533.13 |
| 01/22/2019 | 92979 POS PUR 01/21 01:43 MAX & ERMA'S WAS 406-8625228 PA 73654212 0929~5812 | $24.38 | | $508.75 |
| 01/23/2019 | 937773 PIN PUR 01/23 10:56 KOHLS 1022 353 W WASHINGTON PA 99999999 93777~5311 | $99.98 | | $408.77 |
| 01/24/2019 | 86842 POS PUR 01/23 23:57 PANERA BREAD #20 WASHINGTON PA 00002595 08684~5812 | $25.00 | | $383.77 |
| 01/24/2019 | 86841 POS PUR 01/23 23:14 PANERA BREAD #20 WASHINGTON PA 00002595 08684~5812 | $8.36 | | $375.41 |
| 01/25/2019 | DEPOSIT | | $1,250.00 | $1,625.41 |
| 01/25/2019 | PP596SALANDRA FU PAYROLL | | $1,470.97 | $3,096.38 |
| 01/25/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $3,036.38 |
| 01/25/2019 | 604296 PIN PUR 01/25 12:20 TARGET T-1216 33 Washington Pa 99999999 60429~5310 | $149.44 | | $2,886.94 |
| 01/25/2019 | 606904 POS PUR 01/25 14:46 Wal-Mart Super C WASHINGTON PA 17390079 90253~5411 | $38.51 | | $2,848.43 |
| 01/25/2019 | 9872 POS PUR 01/24 10:41 KWIK FILL 236 HOUSTON PA URCC0236 009872 ~5542 | $26.69 | | $2,821.74 |
| 01/28/2019 | 31468 POS PUR 01/26 22:05 CULTURAL DISTRIC 412-456-6666 PA 00000000 031~7922 | $233.00 | | $2,588.74 |
| 01/28/2019 | 45966 POS PUR 01/26 07:47 DISNEY RESORTS-W 4078285630 FL 00000000 04596~3780 | $200.00 | | $2,388.74 |
| 01/28/2019 | 498736 POS PUR 01/26 13:00 SAMSCLUB #6251 WASHINGTON PA 62510091 9026521~5411 | $129.03 | | $2,259.71 |
| 01/28/2019 | 763149 POS PUR 01/26 13:40 WAL-MART #1739 WASHINGTON PA 17390051 9026040~5411 | $78.81 | | $2,180.90 |
| 01/28/2019 | 2749 POS PUR 01/27 21:26 TEXAS ROADHOUSE WASHINGTON PA 2061001 002749 ~5812 | $43.42 | | $2,137.48 |
| 01/28/2019 | 72680 POS PUR 01/25 00:26 PLAZA AZTECA - W WASHINGTON PA 02304989 07268~5812 | $36.72 | | $2,100.76 |
| 01/28/2019 | 12632 PIN PUR 01/27 16:34 GIANT-EAGLE #003 Washington Pa 39000300 59476~5411 | $35.99 | | $2,064.77 |
| 01/28/2019 | 42978 POS PUR 01/28 06:25 COUNTRY FAIR #38 ERIE PA 12 042978 ~5542 | $28.84 | | $2,035.93 |
| 01/28/2019 | 0023 POS PUR 01/27 08:57 THE LAST CALL CANONSBURG PA 00009274 000023 ~5812 | $26.71 | | $2,009.22 |
| 01/28/2019 | 25565 POS PUR 01/26 00:06 LOWES #00671* WASHINGTON PA 00000000 025565 ~5200 | $21.17 | | $1,988.05 |
| 01/28/2019 | 745618 PIN PUR 01/28 11:18 COUNTRY FAIR #38 ERIE PA 0044BT38 745618 ~5541 | $12.73 | | $1,975.32 |
| 01/29/2019 | FIRSTENERGY OPCO FE ECHECK | $416.57 | | $1,558.75 |
| 01/29/2019 | 94833 POS PUR 01/27 18:25 NAPOLI RESTAURAN WASHINGTON PA 11594833 09483~5812 | $83.18 | | $1,475.57 |
| 01/29/2019 | 7129 POS PUR 01/28 16:21 PANERA BREAD #20 PETERS TOWNSH PA 00005830 00~5812 | $10.93 | | $1,464.64 |

First National Bank

## FREE SMALL BUSINESS CHECKING (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/30/2019 | 24464 POS PUR 01/30 17:42 WENDY'S 413 WASHINGTON PA 65693009 624702 ~5814 | $19.73 | | $1,444.91 |
| 01/31/2019 | RANGE RESOURCES 01.19EFT 279995 | | $102.72 | $1,547.63 |
| 01/31/2019 | 1229 POS PUR 01/29 03:42 MCDONALD'S F7246 PITTSBURGH PA 1 001229 ~5814 | $5.35 | | $1,542.28 |
| **01/31/2019** | **Balance This Statement** | | | **$1,542.28** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1054 | 01/07/2019 | $50.00 | 1065 | 01/22/2019 | $50.00 | 1070 | 01/18/2019 | $293.10 |
| 1059* | 01/07/2019 | $17.67 | 1066 | 01/17/2019 | $17.00 | 1071 | 01/22/2019 | $135.83 |
| 1062* | 01/07/2019 | $20.00 | 1067 | 01/18/2019 | $192.91 | 1072 | 01/22/2019 | $125.00 |
| 1063 | 01/11/2019 | $185.62 | 1068 | 01/16/2019 | $13.30 | | | |
| 1064 | 01/16/2019 | $125.00 | 1069 | 01/16/2019 | $103.88 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01/02/2019 | $1,472.34 | 01/11/2019 | $1,701.90 | 01/23/2019 | $408.77 |
| 01/03/2019 | $1,453.60 | 01/14/2019 | $1,791.35 | 01/24/2019 | $375.41 |
| 01/04/2019 | $1,379.84 | 01/15/2019 | $1,783.19 | 01/25/2019 | $2,821.74 |
| 01/07/2019 | $1,047.49 | 01/16/2019 | $1,515.09 | 01/28/2019 | $1,975.32 |
| 01/08/2019 | $1,037.21 | 01/17/2019 | $1,475.07 | 01/29/2019 | $1,464.64 |
| 01/09/2019 | $996.58 | 01/18/2019 | $898.19 | 01/30/2019 | $1,444.91 |
| 01/10/2019 | $942.99 | 01/22/2019 | $508.75 | 01/31/2019 | $1,542.28 |