UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. :

Reporting Period: _February 2019_

MONTHLY OPERATING REPORT
(INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-I (INDV) | | |
| Schedule of Cash Receipts and Disbursements - | MOR-I (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_/s/ Andrew Kuzy_                                   _3/17/19_
Signature of Debtor                                  Date

_/s/ Colleen Kuzy_                                   _3-17-19_
Signature of Joint Debtor                            Date

_____                              _____
Signature of Preparer                                Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

In Re: Andrew F. Kuzy, and  :  Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy,  :
:  Chapter 11
Debtors.  :

Reporting Period: _February 2019_

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 1542.28 |  |
| **RECEIPTS** |  |  |
| Wages (Net) | 2795.21 |  |
| Interest and Dividend Income | 0 |  |
| Alimony and Child Support | 0 |  |
| Social Security and Pension Income | 0 |  |
| Sale of Assets | 0 |  |
| Other Income (attach schedule) | 3577.75 |  |
| Total Receipts | 6372.96 |  |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) | 0 |  |
| Rental Payment(s) | 0 |  |
| Other Secured Note Payments | 0 |  |
| Utilities | 926.29 |  |
| Insurance | 403.59 |  |
| Auto Expense | 943.42 |  |
| Lease Payments | 0 |  |
| IRA Contributions | 0 |  |
| Repairs and Maintenance | 841.70 |  |
| Medical Expenses | 166.24 |  |
| Household Expenses | 1641.64 |  |
| Charitable Contributions | 0 |  |
| Alimony and Child Support Payments | 0 |  |
| Taxes - Real Estate | 0 |  |
| Taxes - Personal Property | 0 |  |
| Taxes - Other (attach schedule) | 0 |  |
| Travel and Entertainment | 1370.94 |  |
| Gifts | 141.33 |  |
| Other (attach schedule) | 53.33 |  |
| Total Ordinary Disbursements | 6488.48 |  |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees | 250 |  |
| U. S. Trustee Fees |  |  |
| Other Reorganization Expenses (attach schedule) |  |  |
| Total Reorganization Items | 250 |  |
| Total Disbursements (Ordinary + Reorganization) | 6738.48 |  |
| Net Cash Flow (Total Receipts - Total Disbursements) | -365.52 |  |
| Cash - End of Month (Must equal reconciled bank | 1176.76 |  |

FORM MOR-1 (INDV)

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
      Colleen A. Kuzy, :
             : Chapter 11
         Debtors. :                                  (9/99)

Reporting Period: _February 2019_

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Schmalz | 2750 | |
| | 127.75 | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| PA Board of Probation + Parole | 3.33 | |
| Washington County Clerk of Courts | 50.00 | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. :
Reporting Period:_____

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Form16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns tiled during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal | | | | | | |
| Withholding | | | | | | |
| FICA- Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| State and Local | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| Total Taxes | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | Over 90 | |
| Accounts Payable | | | | | | |
| Wages-Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases- Equipment | | | | | | |
| Secured Debt/Adequate Protection | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders" | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.

_____
_____

*"Insider is defined in 11 U.S.C. Section 101(31)    FORM MOR-4

(9/99)

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. :

Reporting Period:_____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| − Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | X | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | X | |

_____
_____
_____
_____
_____
_____
_____

FORM MOR-5
(9/99)

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 02/28/2019**

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 1 of 6

ADDRESS SERVICE REQUESTED

>002398 2727608 0001 092543 10Z

ANDREW F. KUZY, DEBTOR IN POSSESSION
COLLEEN A. KUZY, DEBTOR IN POSSESSION
JACQUELINE SCHMALZ
531 WARRICK DR
WASHINGTON PA 15301-9513

### Managing Your Accounts

| | | |
|---|---|---|
| Online | www.fnb-online.com |
| By Phone | 1 800-555-5455 |
| By Mail | 4140 E. State Street Hermitage, PA 16148 |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | | $1,176.76 |

## FREE SMALL BUSINESS CHECKING - 95466826

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 02/01/2019 | Balance Last Statement | $1,542.28 | Minimum Balance | $1,176.76 |
| | 6 Credit(s) This Period | $6,372.96 | Average Ledger Balance | $1,953.62 |
| | 99 Debit(s) This Period | $6,738.48 | Average Available Balance | $1,928.62 |
| 02/28/2019 | Balance This Statement | $1,176.76 | | |

Effective March 1, 2019, First National Bank will be making adjustments to the activity fees for your business checking account. Please review your statement for the fee changes. If you have any questions, please contact your branch manager or Treasury Management Representative for additional information.

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/01/2019 | Balance Last Statement | | | $1,542.28 |
| 02/01/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $1,482.28 |
| 02/01/2019 | 27919 POS PUR 01/31 06:33 LITTLE CAESARS 1 WASHINGTON PA 49527919 02791~5814 | $14.84 | | $1,467.44 |
| 02/01/2019 | 98109 RECURRING 01/31 16:12 Amazon Prime Amzn.com/bill WA 00000000 098109~5968 | $13.77 | | $1,453.67 |
| 02/04/2019 | DEPOSIT | | $1,250.00 | $2,703.67 |
| 02/04/2019 | 525207 PIN PUR 02/02 12:09 TARGET T-1216 33 Washington PA 99999999 52520~5310 | $144.99 | | $2,558.68 |
| 02/04/2019 | 2018 PIN PUR 02/02 12:07 TARGET T-1216 33 Washington PA 99999999 00201~5310 | $53.55 | | $2,505.13 |
| 02/04/2019 | 799082 POS PUR 02/04 16:56 WAL-MART #1739 WASHINGTON PA 24173901 799082 ~5411 | $49.51 | | $2,455.62 |
| 02/04/2019 | 61359 POS PUR 02/03 13:12 GRUBHUBCHINAEXPR GRUBHUB.COM NY 00000000 0613~5812 | $44.95 | | $2,410.67 |
| 02/04/2019 | 581317 POS PUR 02/02 18:18 WAL-MART #1739 WASHINGTON PA 24173901 581317 ~5411 | $34.34 | | $2,376.33 |



Member FDIC
EQUAL HOUSING LENDER

First National Bank
4140 E. State Street
Hermitage, PA 16148

Statement Ending 02/28/2019
ANDREW F. KUZY, DEBTOR IN
Primary Account Number:
Page 3 of 6

x214

# FREE SMALL BUSINESS CHECKING - (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/04/2019 | 0049 POS PUR 02/03 04:44 KFC J625162 WASHINGTON PA 00009939 000049 ~5814 | $30.73 | | $2,345.60 |
| 02/04/2019 | 19862 POS PUR 02/02 18:45 MAX & ERMA'S WAS 406-8625228 PA 73654212 0198~5812 | $29.72 | | $2,315.88 |
| 02/04/2019 | 58652 POS PUR 02/02 06:20 SUNOCO 005968820 CANONSBURG PA 0059003 058652~5542 | $23.08 | | $2,292.80 |
| 02/04/2019 | 609523 POS PUR 02/02 17:45 WAL-MART #1739 WASHINGTON PA 24173901 609523 ~5411 | $22.52 | | $2,270.28 |
| 02/04/2019 | 889347 POS PUR 02/04 16:37 SAMSCLUB #6251 WASHINGTON PA 24625101 889347 ~5542 | $10.01 | | $2,260.27 |
| 02/04/2019 | 270311 PIN PUR 02/04 11:34 SHEETZ 0520 NORTH WARREN PA 08076501 270311 ~5541 | $9.85 | | $2,250.42 |
| 02/04/2019 | 17272 POS PUR 02/01 18:42 WENDY'S 413 WASHINGTON PA 65693009 347935 ~5814 | $5.81 | | $2,244.61 |
| 02/05/2019 | CHECK # 1075 | $325.00 | | $1,919.61 |
| 02/05/2019 | 88286 POS PUR 02/04 18:30 BP#9351941RUFF C WASHINGTON PA 9351001 088286~5542 | $24.50 | | $1,895.11 |
| 02/05/2019 | 102494 PIN PUR 02/05 11:20 SHEETZ 0223 BADEN PA 08101201 102494 ~5541 | $13.12 | | $1,881.99 |
| 02/05/2019 | 95956 POS PUR 02/04 09:01 JEFFREYS DRUG ST CANONSBURG PA 29235480 09595~5912 | $9.00 | | $1,872.99 |
| 02/05/2019 | 33693 POS PUR 02/04 23:00 MCDONALD'S F6822 BRIDGEVILLE PA 1 033693 ~5814 | $8.63 | | $1,864.36 |
| 02/06/2019 | 26883 POS PUR 02/05 02:49 MCDONALD'S F2383 WASHINGTON PA 1 026883 ~5814 | $25.19 | | $1,839.17 |
| 02/06/2019 | 19088 POS PUR 02/06 11:08 BURGER KING #525 HARRISVILLE PA 01311431 9037~5814 | $4.65 | | $1,834.52 |
| 02/07/2019 | CHECK # 1073 | $200.00 | | $1,634.52 |
| 02/07/2019 | 91992 POS PUR 02/06 02:53 BP#9351941RUFF C WASHINGTON PA 9351001 091992~5542 | $27.55 | | $1,606.97 |
| 02/07/2019 | 223495 POS PUR 02/07 07:26 SPEEDWAY 02915 7 WASHINGTON PA LK469805 22349~5542 | $24.16 | | $1,582.81 |
| 02/07/2019 | 32911 POS PUR 02/06 22:51 JEFFREYS DRUG ST CANONSBURG PA 29235480 03291~5912 | $23.76 | | $1,559.05 |
| 02/07/2019 | 39250 POS PUR 02/07 07:36 BURGER KING #155 WASHINGTON PA 09674700 90381~5814 | $8.87 | | $1,550.18 |
| 02/07/2019 | 58620 POS PUR 02/06 00:16 TACO BELL #29986 WARREN PA 2998005 058620 ~5814 | $7.41 | | $1,542.77 |
| 02/08/2019 | PP596SALANDRA FU PAYROLL | | $1,548.70 | $3,091.47 |
| 02/08/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $3,031.47 |
| 02/08/2019 | CHECK # 1076 | $250.00 | | $2,781.47 |
| 02/08/2019 | 377943 PIN PUR 02/08 16:03 AUTO PARTS OF CA CANONSBURG PA 02552705 37794~5533 | $27.97 | | $2,753.50 |
| 02/08/2019 | 181425 PIN PUR 02/08 12:14 KRENCYS BAKERY I WASHINGTON PA 00007500 90395~5462 | $24.90 | | $2,728.60 |
| 02/08/2019 | 95161 POS PUR 02/07 16:14 LITTLE CAESARS 1 WASHINGTON PA 50995161 09516~5814 | $14.84 | | $2,713.76 |
| 02/08/2019 | 864523 PIN PUR 02/08 14:39 USPS PO 41115205 CANONSBURG PA 99999999 86452~9402 | $5.50 | | $2,708.26 |
| 02/11/2019 | 35267 POS PUR 02/10 12:51 WM SUPERCENTER # WASHINGTON PA 17390048 86833~5411 | $149.56 | | $2,558.70 |
| 02/11/2019 | 75878 POS PUR 02/08 20:41 OUTBACK 3959 WASHINGTON PA 00000000 075878 ~5812 | $31.54 | | $2,527.16 |

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/11/2019 | 55659 POS PUR 02/09 09:19 CHICK-FIL-A #032 WASHINGTON PA 1 055659 ~5814 | $19.14 | | $2,508.02 |
| 02/11/2019 | 495046 POS PUR 02/08 19:12 Wal-Mart Super C WASHINGTON PA 17390046 90402~5411 | $14.27 | | $2,493.75 |
| 02/11/2019 | 65286 POS PUR 02/08 01:15 PANERA BREAD #20 PITTSBURGH PA 00002090 06528~5812 | $12.79 | | $2,480.96 |
| 02/11/2019 | 0096 POS PUR 02/09 13:29 DAIRY QUEEN #154 WASHINGTON PA 00009383 00009~5814 | $5.40 | | $2,475.56 |
| 02/12/2019 | 57805 POS PUR 02/12 08:40 WWW.TORRID.COM 866-867-7431 CA 00000000 05780~5691 | $86.30 | | $2,389.26 |
| 02/12/2019 | 39961 POS PUR 02/12 07:04 BURGER KING #155 WASHINGTON PA 09674700 90432~5814 | $8.87 | | $2,380.39 |
| 02/13/2019 | CHECK # 1080 | $126.61 | | $2,253.78 |
| 02/13/2019 | 64844 POS PUR 02/13 16:33 WM SUPERCENTER # WASHINGTON PA 17390046 79092~5411 | $27.96 | | $2,225.82 |
| 02/13/2019 | 65077 POS PUR 02/12 01:36 SHEETZ 00 NORTH WARREN PA 005 065077 ~5542 | $19.76 | | $2,206.06 |
| 02/13/2019 | 57805 POS PUR 02/13 12:16 WWW.TORRID.COM 866-867-7431 CA 00000000 05780~5691 | $19.48 | | $2,186.58 |
| 02/14/2019 | 40201 POS PUR 02/13 08:55 SARRIS CANDIES CANONSBURG PA 03226429 040201 ~5999 | $24.20 | | $2,162.38 |
| 02/15/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $2,102.38 |
| 02/15/2019 | CHECK # 1078 | $201.19 | | $1,901.19 |
| 02/15/2019 | CHECK # 1081 | $85.00 | | $1,816.19 |
| 02/15/2019 | 52134 POS PUR 02/14 10:19 SQ * PARADISE CON WASHINGTON PA 00000000 05213~5499 | $39.00 | | $1,777.19 |
| 02/15/2019 | 23688 POS PUR 02/14 15:56 APPLEBEES TRIN92 WASHINGTON PA 01 023688 ~5812 | $26.98 | | $1,750.21 |
| 02/19/2019 | DEPOSIT | | $700.00 | $2,450.21 |
| 02/19/2019 | CHECK # 1079 | $267.76 | | $2,182.45 |
| 02/19/2019 | 40168 POS PUR 02/17 04:36 OUTBACK 3959 WASHINGTON PA 00000000 040168 ~5812 | $112.34 | | $2,070.11 |
| 02/19/2019 | 15229 POS PUR 02/16 09:30 WM SUPERCENTER # WASHINGTON PA 17390045 81697~5411 | $57.47 | | $2,012.64 |
| 02/19/2019 | 90056 POS PUR 02/15 03:31 ANGELO'S RESTAUR WASHINGTON PA 00641669 09005~5812 | $34.08 | | $1,978.56 |
| 02/19/2019 | 36016 POS PUR 02/17 12:26 WM SUPERCENTER # WASHINGTON PA 17390047 66542~5411 | $32.88 | | $1,945.68 |
| 02/19/2019 | 520532 POS PUR 02/16 12:33 WAL-MART #1739 WASHINGTON PA 24173901 520532 ~5411 | $29.78 | | $1,915.90 |
| 02/19/2019 | 7589 POS PUR 02/15 07:34 BP#9351941RUFF C WASHINGTON PA 9351001 007589~5542 | $24.91 | | $1,890.99 |
| 02/19/2019 | 14088 POS PUR 02/18 18:51 BP#9351941RUFF C WASHINGTON PA 9351001 014088~5542 | $20.01 | | $1,870.98 |
| 02/19/2019 | 16576 POS PUR 02/19 15:47 COUNTRY FAIR #38 ERIE PA 12 016576 ~5542 | $19.79 | | $1,851.19 |
| 02/19/2019 | 16189 POS PUR 02/19 08:43 WM SUPERCENTER # WASHINGTON PA 17390027 45478~5411 | $19.12 | | $1,832.07 |
| 02/19/2019 | 99223 RECURRING 02/17 14:31 Amazon Prime Amzn.com/bill WA 00000000 099223~5968 | $13.77 | | $1,818.30 |
| 02/19/2019 | 34847 POS PUR 02/17 09:58 MCDONALD'S F1153 WASHINGTON PA 1 034847 ~5814 | $13.22 | | $1,805.08 |
| 02/19/2019 | 62789 POS PUR 02/17 01:10 SPEEDWAY 02915 7 WASHINGTON PA LK469805 06278~5542 | $12.14 | | $1,792.94 |
| 02/19/2019 | 0136 POS PUR 02/15 09:20 DAIRY QUEEN #154 WASHINGTON PA 00009383 00013~5814 | $4.85 | | $1,788.09 |

First National Bank
4140 E. State Street
Hermitage, PA 16148

Statement Ending 02/28/2019
ANDREW F. KUZY, DEBTOR IN
Primary Account Number:
Page 5 of 6

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/20/2019 | CHECK # 1077 | $250.00 | | $1,538.09 |
| 02/20/2019 | CHECK # 1083 | $128.93 | | $1,409.16 |
| 02/20/2019 | 14650 POS PUR 02/20 16:08 WENDY'S 413 WASHINGTON PA 65693009 656848 ~5814 | $33.93 | | $1,375.23 |
| 02/20/2019 | 35715 POS PUR 02/19 10:23 USPS PO 41890403 WASHINGTON PA 00000000 03571~9402 | $3.05 | | $1,372.18 |
| 02/21/2019 | 16683 POS PUR 02/20 11:07 BP#9351941RUFF C WASHINGTON PA 9351001 016683~5542 | $27.00 | | $1,345.18 |
| 02/22/2019 | PP596SALANDRA FU PAYROLL | | $1,246.51 | $2,591.69 |
| 02/22/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $2,531.69 |
| 02/22/2019 | Charge Back Item Check 2471 | $700.00 | | $1,831.69 |
| 02/22/2019 | 80022 POS PUR 02/21 03:29 ADVANCED ORTHOPA WASHINGTON PA 07981906 08002~8099 | $40.00 | | $1,791.69 |
| 02/22/2019 | 67140 POS PUR 02/21 21:05 STARBUCKS STORE WASHINGTON TO PA 00000000 067~5814 | $5.92 | | $1,785.77 |
| 02/22/2019 | CHECK # 1082 | $3.33 | | $1,782.44 |
| 02/22/2019 | Return Deposit/Cash Item Fee | $12.00 | | $1,770.44 |
| 02/25/2019 | DEPOSIT | | $1,500.00 | $3,270.44 |
| 02/25/2019 | 65271 POS PUR 02/23 18:02 WM SUPERCENTER # WASHINGTON PA 17390095 19570~5411 | $216.06 | | $3,054.38 |
| 02/25/2019 | 238346 POS PUR 02/23 18:12 SAMSCLUB #6251 WASHINGTON PA 62510093 9054719~5411 | $139.58 | | $2,914.80 |
| 02/25/2019 | CHECK # 1086 | $105.95 | | $2,808.85 |
| 02/25/2019 | 20044 POS PUR 02/23 05:14 ICHIBAN STEAKHOU WASHINGTON PA 00A02867 02004~5812 | $49.80 | | $2,759.05 |
| 02/25/2019 | 540791 POS PUR 02/23 18:26 WAL-MART #1739 WASHINGTON PA 24173901 540791 ~5411 | $42.41 | | $2,716.64 |
| 02/25/2019 | 93614 POS PUR 02/24 06:25 SPEEDWAY 02915 7 WASHINGTON PA LK469805 09361~5542 | $24.56 | | $2,692.08 |
| 02/25/2019 | 134160 PIN PUR 02/24 12:23 SALLY BEAUTY #30 WASHINGTON PA 99999999 13416~5977 | $23.90 | | $2,668.18 |
| 02/25/2019 | 23131 POS PUR 02/24 21:02 BP#9351941RUFF C WASHINGTON PA 9351001 023131~5542 | $20.00 | | $2,648.18 |
| 02/25/2019 | 19644 POS PUR 02/22 05:26 BP#9351941RUFF C WASHINGTON PA 9351001 019644~5542 | $18.07 | | $2,630.11 |
| 02/25/2019 | 0116 POS PUR 02/23 16:47 ARBYS 7648 WASHINGTON PA 00005577 000116 ~5814 | $17.79 | | $2,612.32 |
| 02/25/2019 | 76164 POS PUR 02/22 11:53 BP#963400736151 CANONSBURG PA 9634001 076164 ~5542 | $13.60 | | $2,598.72 |
| 02/25/2019 | 5886 POS PUR 02/23 09:27 MCDONALD'S F1153 WASHINGTON PA 1 005886 ~5814 | $3.70 | | $2,595.02 |
| 02/26/2019 | CHECK # 1085 | $50.00 | | $2,545.02 |
| 02/26/2019 | 610539 POS PUR 02/26 17:35 WAL-MART #1739 WASHINGTON PA 24173901 610539 ~5411 | $42.43 | | $2,502.59 |
| 02/26/2019 | 55744 POS PUR 02/25 05:11 SPEEDWAY 02915 7 WASHINGTON PA LK469805 05574~5542 | $10.76 | | $2,491.83 |
| 02/26/2019 | CHECK # 1084 | $5.00 | | $2,486.83 |
| 02/27/2019 | CHECK # 1089 | $38.48 | | $2,448.35 |
| 02/28/2019 | RANGE RESOURCES 02.19 EFT 279995 | | $127.75 | $2,576.10 |
| 02/28/2019 | 45966 POS PUR 02/27 08:25 DISNEY RESORTS-W 4078285630 FL 00000000 04596~3780 | $900.00 | | $1,676.10 |
| 02/28/2019 | CHECK # 1090 | $469.56 | | $1,206.54 |

# FREE SMALL BUSINESS CHECKING - (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/28/2019 | 267363 PIN PUR 02/28 12:09 SHEETZ 0367 ERIE PA 08128501 267363 ~5541 | $12.19 | | $1,194.35 |
| 02/28/2019 | 42664 POS PUR 02/28 06:42 BURGER KING #155 WASHINGTON PA 09674700 90593~5814 | $8.87 | | $1,185.48 |
| 02/28/2019 | 51174 POS PUR 02/27 13:45 SAMS CLUB #6251 WASHINGTON PA 12751174 051174~5300 | $8.72 | | $1,176.76 |
| 02/28/2019 | Balance This Statement | | | $1,176.76 |

## Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1073 | 02/07/2019 | $200.00 | 1079 | 02/19/2019 | $267.76 | 1084 | 02/26/2019 | $5.00 |
| 1075* | 02/05/2019 | $325.00 | 1080 | 02/13/2019 | $126.61 | 1085 | 02/26/2019 | $50.00 |
| 1076 | 02/08/2019 | $250.00 | 1081 | 02/15/2019 | $85.00 | 1086 | 02/25/2019 | $105.95 |
| 1077 | 02/20/2019 | $250.00 | 1082 | 02/22/2019 | $3.33 | 1089* | 02/27/2019 | $38.48 |
| 1078 | 02/15/2019 | $201.19 | 1083 | 02/20/2019 | $128.93 | 1090 | 02/28/2019 | $469.56 |

* Indicates skipped check number

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/01/2019 | $1,453.67 | 02/12/2019 | $2,380.39 | 02/22/2019 | $1,770.44 |
| 02/04/2019 | $2,244.61 | 02/13/2019 | $2,186.58 | 02/25/2019 | $2,595.02 |
| 02/05/2019 | $1,864.36 | 02/14/2019 | $2,162.38 | 02/26/2019 | $2,486.83 |
| 02/06/2019 | $1,834.52 | 02/15/2019 | $1,750.21 | 02/27/2019 | $2,448.35 |
| 02/07/2019 | $1,542.77 | 02/19/2019 | $1,788.09 | 02/28/2019 | $1,176.76 |
| 02/08/2019 | $2,708.26 | 02/20/2019 | $1,372.18 | | |
| 02/11/2019 | $2,475.56 | 02/21/2019 | $1,345.18 | | |