## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Andrew F. Kuzy, and Colleen A. Kuzy, | : : : | Bankruptcy No.: 18-21728-CMB |
| | : | Chapter 11 |
| Debtors. | : : | |
| Andrew F. Kuzy, Colleen A. Kuzy, | : : : | Document No.: |
| | : | Related to Document No.: 81, 82 |
| Movants, | : : | |
| vs. | : : | |
| No Respondents, | : : | **Hearing Date and Time:** June 4, 2019 at 1:30 p.m. |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, Jill A. Gorzé, Paralegal hereby certify that a copy of the Amended Disclosure Statement at Document 81 and Order Scheduling Hearing at Document 82 were served by First Class U.S. mail postage prepaid and/or electronic correspondence on April 15, 2019 on the parties on the attached Bankruptcy Clerk's mailing matrix.

Dated: April 15, 2019

/s/ Jill A. Gorzé
Jill A. Gorzé, Paralegal
Thompson Law Group, P.C.
125 Warrendale-Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jgorze@thompsonattorney.com