UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re: Andrew F. Kuzy, and
Colleen A. Kuzy,

Debtors.

Bankruptcy Case No.: 18-21728-CMB

Chapter 11

Reporting Period: March 2019

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-I (INDV) | | |
| Schedule of Cash Receipts and Disbursements - | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_/s/ Andrew Kuzy_  
**Signature of Debtor**

_4/14/19_  
**Date**

_/s/ Colleen Kuzy_  
**Signature of Joint Debtor**

_4/14/19_  
**Date**

_____  
**Signature of Preparer**

_____  
**Date**

_____  
**Printed Name of Preparer**

FORM MOR (INDV)
(10/00)

In Re:  Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. :

Reporting Period: March 2019

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 1176.76 | |
| **RECEIPTS** | | |
| Wages (Net) | 2817.30 | |
| Interest and Dividend Income | 98.46 | |
| Alimony and Child Support | 0 | |
| Social Security and Pension Income | 2366.00 | |
| Sale of Assets | 0 | |
| Other Income (attach schedule) | 14194.00 | |
| **Total Receipts** | 19475.76 | |
| | | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 0 | |
| Rental Payment(s) | 0 | |
| Other Secured Note Payments | 0 | |
| Utilities 48.52  198.50 | 998.25 | |
| Insurance | 550.86 | |
| Auto Expense | 1659.97 | |
| Lease Payments | 0 | |
| IRA Contributions | 0 | |
| Repairs and Maintenance | 1704.59 | |
| Medical Expenses | 201.90 | |
| Household Expenses | 1422.26 | |
| Charitable Contributions | 0 | |
| Alimony and Child Support Payments | 0 | |
| Taxes - Real Estate | 300.00 | |
| Taxes - Personal Property | 0 | |
| Taxes - Other (attach schedule) | 742.00 | |
| Travel and Entertainment | 743.35 | |
| Gifts | 111.29 | |
| Other (attach schedule) | 19.95 | |
| **Total Ordinary Disbursements** | 8404.42 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 500.00 | |
| U. S. Trustee Fees | 0 | |
| Other Reorganization Expenses (attach schedule) | 79.95 | |
| **Total Reorganization Items** | 579.95 | |
| **Total Disbursements (Ordinary + Reorganization)** | 8984.37 | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 10491.39 | |
| **Cash - End of Month (Must equal reconciled bank** | 11668.15 | |

FORM MOR-1 (INDV)

In Re:  Andrew F. Kuzy, and         :   Bankruptcy Case No.: 18-21728-CMB
      Colleen A. Kuzy,              :
                                                          :   Chapter 11
           Debtors.                    :                                     (9/99)

Reporting Period: _____

**INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet**

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| SCHMALZ | 7440.00 | |
| TOTTERDALE ESTATE | 6754.00 | |
| | | |
| | | |
| **Other Taxes** | | |
| FEDERAL TAX | 540.00 | |
| STATE TAX | 202.00 | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| INCOME TAX FEE | 19.95 | |
| PA BOARD OF PAROLE | 10.00 | |
| WASH CO CLERK OF COURTS | 50.00 | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

| In Re: Andrew F. Kuzy, and | : | Bankruptcy Case No.: 18-21728-CMB |
|---|---|---|
| Colleen A. Kuzy, | : | |
| | : | Chapter 11 |
| Debtors. | : | |
| | | Reporting Period:_____ |

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Form16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns tiled during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal | | | | | | |
| Withholding | | | | | | |
| FICA- Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| State and Local | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total Stale and Local | | | | | | |
| Total Taxes | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages-Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases- Equipment | | | | | | |
| Secured Debt/Adequate Protection | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders" | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.
_____
_____

*"Insider is defined in 11 U.S.C. Section 101(31)                                             FORM MOR-4

Case 18-21728-CMB    Doc 86    Filed 04/22/19    Entered 04/22/19 11:20:00    Desc Main
Document      Page 5 of 12

(9/99)

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. :

Reporting Period:_____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| − Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

FORM MOR-5
(9/99)

# Pay Statement

Andrew Kuz
531 Warrick Dr
Washington, PA 15301
Employee No. 22

Pay Date 03/08/2019
Period Begin 02/17/2019
Period End 03/02/2019
Check No. 21372
Dept No. 1000

|  | This Pay | Year-To-Date |
|---|---|---|
| Earnings | 1419.50 | 8016.50 |
| Taxes | 270.18 | 1569.44 |
| Net Pay | 1149.32 | 6447.06 |

## Your Pay:

| Earnings | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 1419.50 | 7641.50 | 17.0000 | 83.50 | 449.50 |
| Removal |  | 375.00 |  |  |  |
| Total | 1419.50 | 8016.50 |  | 83.50 | 449.50 |

| Taxes | This Pay | YTD |
|---|---|---|
| Social Security | 88.01 | 497.02 |
| Medicare | 20.58 | 116.23 |
| Federal Income Tax | 100.96 | 615.08 |
| Pennsylvania | 43.58 | 246.11 |
| PA LST $52 | 2.00 | 10.00 |
| PA Employee Unemp. | 0.85 | 4.82 |
| S Strabane Twp. | 14.20 | 80.18 |
| Total | 270.18 | 1569.44 |

| Net Pay | This Pay | YTD |
|---|---|---|
| This Check | 1149.32 | 6447.06 |

## Other Information:

| Tax Status | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 1419.50 | 8016.50 |  |
| Medicare | 1419.50 | 8016.50 |  |
| Federal Income Tax | 1419.50 | 8016.50 | M / 0 |
| Pennsylvania | 1419.50 | 8016.50 | M / 0 |
| PA LST $52 | 1419.50 | 8016.50 |  |
| PA Employee Unemp. | 1419.50 | 8016.50 |  |
| S Strabane Twp. | 1419.50 | 8016.50 | M / 0 |

Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

PAPT   P596

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 03/29/2019**

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 1 of 8

**ADDRESS SERVICE REQUESTED**

>002543 2819798 0001 092543 10Z

ANDREW F. KUZY, DEBTOR IN POSSESSION
COLLEEN A. KUZY, DEBTOR IN POSSESSION
JACQUELINE SCHMALZ
531 WARRICK DR
WASHINGTON PA 15301-9513

### Managing Your Accounts

| | | |
|---|---|---|
| 🖥️ | Online | www.fnb-online.com |
| 📱 | By Phone | 1 800-555-5455 |
| ✉️ | By Mail | 4140 E. State Street Hermitage, PA 16148 |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | | $11,668.15 |

## FREE SMALL BUSINESS CHECKING -

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 03/01/2019 | Balance Last Statement | $1,176.76 | Minimum Balance | $605.77 |
| | 11 Credit(s) This Period | $19,475.76 | Average Ledger Balance | $5,482.24 |
| | 143 Debit(s) This Period | $8,984.37 | Average Available Balance | $5,298.46 |
| 03/29/2019 | Balance This Statement | $11,668.15 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/01/2019 | Balance Last Statement | | | $1,176.76 |
| 03/01/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $1,116.76 |
| 03/01/2019 | CHECK # 1091 | $245.00 | | $871.76 |
| 03/01/2019 | 823334 PIN PUR 03/01 12:43 KOHLS 1022 353 W WASHINGTON PA 99999999 82333~5311 | $41.98 | | $829.78 |
| 03/01/2019 | 509994 PIN PUR 03/01 13:02 FIVE BELOW 197 8 WASHINGTON PA 99999999 50999~5331 | $35.45 | | $794.33 |
| 03/01/2019 | 436570 POS PUR 03/01 08:30 BP#9351941RUFF C WASHINGTON PA 39013701 43657~5542 | $27.33 | | $767.00 |
| 03/01/2019 | 3149 POS PUR 02/28 12:55 APPLEBEES TRIN92 WASHINGTON PA 29 003149 ~5812 | $15.50 | | $751.50 |
| 03/01/2019 | 82941 RECURRING 02/28 06:22 Amazon Prime Amzn.com/bill WA 00000000 082941~5968 | $13.77 | | $737.73 |
| 03/01/2019 | 80217 POS PUR 02/28 08:54 SIXTH AND PENN G PITTSBURGH PA 00000WFR 08021~7523 | $10.00 | | $727.73 |
| 03/01/2019 | 17213 POS PUR 02/28 21:34 WENDY'S 413 WASHINGTON PA 65693009 071959 ~5814 | $8.88 | | $718.85 |
| 03/01/2019 | 22080 POS PUR 02/28 17:01 BENEDUM CENTER - PITTSBURGH PA 82622080 02208~7922 | $1.75 | | $717.10 |
| 03/04/2019 | DEPOSIT | | $1,000.00 | $1,717.10 |
| 03/04/2019 | 20240 POS PUR 03/03 03:41 KEYSTONE MOTOR C 724-2227200 PA 71004114 0202~5521 | $247.00 | | $1,470.10 |



Member FDIC
EQUAL HOUSING LENDER

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 03/29/2019**

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 3 of 8

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/04/2019 | CHECK # 1087 | $200.00 | | $1,270.10 |
| 03/04/2019 | 39013 POS PUR 03/02 06:46 OLIVE GARDEN 00 WASHINGTON PA 00000000 039013~5812 | $111.26 | | $1,158.84 |
| 03/04/2019 | 796833 POS PUR 03/03 12:11 WAL-MART #1739 WASHINGTON PA 17390056 9062486~5411 | $78.53 | | $1,080.31 |
| 03/04/2019 | 19886 PIN PUR 03/02 16:16 GIANT-EAGLE #003 Washington PA 39000300 35334~5411 | $35.99 | | $1,044.32 |
| 03/04/2019 | 43525 POS PUR 03/02 10:32 SPEEDWAY 02915 7 WASHINGTON PA LK469805 04352~5542 | $22.14 | | $1,022.18 |
| 03/04/2019 | 55822 POS PUR 03/02 18:35 WM SUPERCENTER # WASHINGTON PA 17390026 49414~5411 | $13.90 | | $1,008.28 |
| 03/04/2019 | 74260 POS PUR 03/01 15:02 RED LOBSTER 6290 WASHINGTON PA 62907 074260 ~5812 | $13.90 | | $994.38 |
| 03/04/2019 | 64528 POS PUR 03/02 16:39 MCDONALD'S F4865 CANONSBURG PA 1 064528 ~5814 | $8.34 | | $986.04 |
| 03/04/2019 | 740800 POS PUR 03/02 18:29 Wal-Mart Super C WASHINGTON PA 17390079 90613~5411 | $6.48 | | $979.56 |
| 03/05/2019 | CHECK # 1088 | $135.83 | | $843.73 |
| 03/05/2019 | 27656 POS PUR 03/04 14:14 JEFFREYS DRUG ST CANONSBURG PA 29235480 02765~5912 | $32.00 | | $811.73 |
| 03/06/2019 | 49008 POS PUR 03/05 08:24 JEFFREYS DRUG ST CANONSBURG PA 29235480 04900~5912 | $23.98 | | $787.75 |
| 03/06/2019 | 39824 POS PUR 03/05 18:51 BP#9351941RUFF C WASHINGTON PA 9351001 039824~5542 | $21.93 | | $765.82 |
| 03/06/2019 | 436714 POS PUR 03/06 11:39 GULF MILLCREEK ERIE PA 39664101 436714 ~5542 | $18.24 | | $747.58 |
| 03/06/2019 | 834560 PIN PUR 03/06 07:42 MARATHON PETRO14 WASHINGTON PA 0001D525 83456~5541 | $9.59 | | $737.99 |
| 03/06/2019 | 43671 POS PUR 03/06 07:39 BURGER KING #155 WASHINGTON PA 09674700 90658~5814 | $8.34 | | $729.65 |
| 03/06/2019 | 26422 POS PUR 03/06 08:35 QDI* QUEST DIAG V 800-837-7177 PA 00000000 026~8071 | $5.00 | | $724.65 |
| 03/07/2019 | 35845 POS PUR 03/06 04:10 SQ * EAT IN NOW gosq.com WV 00000000 035845 ~5811 | $29.43 | | $695.22 |
| 03/07/2019 | 141888 POS PUR 03/07 16:58 Wal-Mart Super C WASHINGTON PA 17390043 90662~5411 | $28.07 | | $667.15 |
| 03/07/2019 | 41329 POS PUR 03/06 02:21 BP#9351941RUFF C WASHINGTON PA 9351001 041329~5542 | $23.00 | | $644.15 |
| 03/07/2019 | 736547 POS PUR 03/07 07:31 SPEEDWAY 02915 7 WASHINGTON PA LK469805 73654~5542 | $19.42 | | $624.73 |
| 03/07/2019 | 43872 POS PUR 03/07 07:43 BURGER KING #155 WASHINGTON PA 09674700 90669~5814 | $9.61 | | $615.12 |
| 03/07/2019 | 41486 POS PUR 03/06 19:18 JEFFREYS DRUG ST CANONSBURG PA 29235480 04148~5912 | $9.35 | | $605.77 |
| 03/08/2019 | DEPOSIT | | $1,643.20 | $2,248.97 |
| 03/08/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $2,188.97 |
| 03/08/2019 | CHECK # 1092 | $300.00 | | $1,888.97 |
| 03/08/2019 | 30814 POS PUR 03/07 07:27 COUNTRY FAIR #38 ERIE PA 12 030814 ~5542 | $21.16 | | $1,867.81 |
| 03/08/2019 | 47490 POS PUR 03/07 08:50 JEFFREYS DRUG ST CANONSBURG PA 29235480 04749~5912 | $11.39 | | $1,856.42 |
| 03/11/2019 | DEPOSIT | | $1,160.00 | $3,016.42 |

**FREE SMALL BUSINESS CHECKING -** (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/11/2019 | 35509 POS PUR 03/10 00:37 WALMART GROCERY 800-966-6546 AR 00000000 0355~5411 | $116.02 | | $2,900.40 |
| 03/11/2019 | 24438 POS PUR 03/09 01:20 5GUYS 0630 QSR WASHINGTON PA 00000000 024438 ~5814 | $87.73 | | $2,812.67 |
| 03/11/2019 | 54338 POS PUR 03/09 22:38 OREILLY AUTO #07 800-755-6759 TN 0750002 0543~5533 | $67.83 | | $2,744.84 |
| 03/11/2019 | 31633 POS PUR 03/10 12:09 SAMS CLUB #6251 WASHINGTON PA 62510095 251374~5300 | $64.75 | | $2,680.09 |
| 03/11/2019 | 87790 POS PUR 03/09 15:34 PLAZA AZTECA - W WASHINGTON PA 02304989 08779~5812 | $50.91 | | $2,629.18 |
| 03/11/2019 | 30730 POS PUR 03/10 10:24 MCDONALD'S F2383 WASHINGTON PA 1 030730 ~5814 | $36.75 | | $2,592.43 |
| 03/11/2019 | 63726 POS PUR 03/10 12:25 WM SUPERCENTER # WASHINGTON PA 17390046 86867~5411 | $31.19 | | $2,561.24 |
| 03/11/2019 | 62914 POS PUR 03/08 19:00 WM SUPERCENTER # WASHINGTON PA 17390044 72670~5411 | $28.77 | | $2,532.47 |
| 03/11/2019 | 56475 POS PUR 03/09 21:18 KRISPY KREME 365 WASHINGTON PA LK782336 05647~5814 | $19.98 | | $2,512.49 |
| 03/11/2019 | 142211 PIN PUR 03/09 13:19 FIVE BELOW 197 8 WASHINGTON PA 99999999 14221~5331 | $19.98 | | $2,492.51 |
| 03/11/2019 | 62513 POS PUR 03/08 19:20 RACHELS ROADHOUS BUTLER PA 00000000 062513 ~5812 | $18.14 | | $2,474.37 |
| 03/11/2019 | 34453 POS PUR 03/09 17:04 REGAL CROWN CENT WASHINGTON PA 00163162 03445~7832 | $16.20 | | $2,458.17 |
| 03/11/2019 | 43406 POS PUR 03/10 20:13 SPEEDWAY 02915 7 WASHINGTON PA LK469805 04340~5542 | $15.03 | | $2,443.14 |
| 03/11/2019 | 36396 POS PUR 03/10 23:50 WALMART GROCERY 800-966-6546 AR 00000000 0363~5411 | $8.99 | | $2,434.15 |
| 03/11/2019 | 830449 POS PUR 03/11 07:32 Wal-Mart Super C WASHINGTON PA 17390027 90700~5411 | $4.76 | | $2,429.39 |
| 03/11/2019 | 810597 PIN PUR 03/11 12:15 SUNOCO 051314870 PITTSBURGH PA 41765901 81059~5541 | $2.24 | | $2,427.15 |
| 03/12/2019 | CHECK # 1093 | $275.43 | | $2,151.72 |
| 03/12/2019 | 0004 POS PUR 03/11 19:57 VUJEVICH DERMATO PITTSBURGH PA 01482948 00000~8011 | $35.00 | | $2,116.72 |
| 03/12/2019 | 50486 POS PUR 03/11 11:06 BP#9351941RUFF C WASHINGTON PA 9351001 050486~5542 | $29.50 | | $2,087.22 |
| 03/12/2019 | 882870 POS PUR 03/12 11:32 COUNTRY FAIR #66 ERIE PA 0044BS66 882870 ~5542 | $20.75 | | $2,066.47 |
| 03/12/2019 | 44658 POS PUR 03/12 07:19 BURGER KING #155 WASHINGTON PA 09674700 90711~5814 | $8.34 | | $2,058.13 |
| 03/13/2019 | 22308 POS PUR 03/11 22:05 Zoup] 235 Old Mi Washington PA 00000000 02230~5812 | $53.54 | | $2,004.59 |
| 03/13/2019 | 21194 POS PUR 03/11 22:47 CHICK-FIL-A #017 PITTSBURGH PA 1 021194 ~5814 | $9.04 | | $1,995.55 |
| 03/15/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $1,935.55 |
| 03/15/2019 | 597432 PIN PUR 03/15 16:18 WAL-MART #1739 WASHINGTON PA 24173901 597432 ~5411 | $52.56 | | $1,882.99 |
| 03/15/2019 | 422954 PIN PUR 03/15 16:00 GABRIEL BROS-WAS WASHINGTON PA 14502125 42295~5310 | $48.22 | | $1,834.77 |
| 03/15/2019 | 845434 PIN PUR 03/15 13:40 KOHLS 1022 353 W WASHINGTON PA 99999999 84543~5311 | $32.99 | | $1,801.78 |
| 03/15/2019 | 160498 PIN PUR 03/15 12:23 JUSTICE #1110 JU WASHINGTON PA 99999999 16049~5641 | $22.00 | | $1,779.78 |
| 03/15/2019 | 88612 POS PUR 03/14 17:44 USPS PO 41524003 MEADOW LANDS PA 00000000 088~9402 | $5.50 | | $1,774.28 |

**First National Bank**

Case 18-21728-CMB  Doc 86  Filed 04/22/19  Entered 04/22/19 11:20:00  Desc Main
Document  Page 10 of 12

4140 E. State Street
Hermitage, PA 16148

*Statement Ending 03/29/2019*

*ANDREW F. KUZY, DEBTOR IN*
*Primary Account Number:*

Page 5 of 8

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/15/2019 | 88620 POS PUR 03/14 06:41 GAMESTOP 6610 WASHINGTON PA 00000000 088620 ~7993 | $1.39 | | $1,772.89 |
| 03/18/2019 | DEPOSIT | | $1,400.00 | $3,172.89 |
| 03/18/2019 | DEPOSIT | | $6,754.00 | $9,926.89 |
| 03/18/2019 | SURCHARGE FEE 27415 ATM WTD 03/16 18:01 SHORTYS LUNC-138 WASHINGTON PA P138327 | $2.50 | | $9,924.39 |
| 03/18/2019 | 58677 POS PUR 03/17 01:08 KEYSTONE MOTOR C 724-2227200 PA 71004114 0586~5521 | $247.00 | | $9,677.39 |
| 03/18/2019 | 619182 PIN PUR 03/17 14:18 KOHLS 1022 353 W WASHINGTON PA 99999999 61918~5311 | $183.47 | | $9,493.92 |
| 03/18/2019 | 58897 POS PUR 03/16 23:49 BROWNPAPERTICKET 800-838-3006 WA 86358897 058~7299 | $80.61 | | $9,413.31 |
| 03/18/2019 | 26222 PIN PUR 03/17 14:36 GIANT-EAGLE #003 Washington PA 39000900 78901~5411 | $44.76 | | $9,368.55 |
| 03/18/2019 | 27415 ATM WTD 03/16 18:01 SHORTYS LUNC-138 WASHINGTON PA P138327 002319~6011 | $40.00 | | $9,328.55 |
| 03/18/2019 | 557247 POS PUR 03/16 13:24 WAL-MART #1739 WASHINGTON PA 24173901 557247 ~5411 | $31.47 | | $9,297.08 |
| 03/18/2019 | 50425 POS PUR 03/17 14:02 WM SUPERCENTER # WASHINGTON PA 17390050 82698~5411 | $29.63 | | $9,267.45 |
| 03/18/2019 | 94009 POS PUR 03/15 06:24 SPEEDWAY 02915 7 WASHINGTON PA LK469805 09400~5542 | $26.53 | | $9,240.92 |
| 03/18/2019 | 721687 POS PUR 03/17 13:41 SAMSCLUB #6251 WASHINGTON PA 62510096 9076651~5411 | $25.25 | | $9,215.67 |
| 03/18/2019 | 49071 POS PUR 03/16 20:41 DUNKIN #354289 Q CANONSBURG PA 3542002 049071~5814 | $19.00 | | $9,196.67 |
| 03/18/2019 | 55535 RECURRING 03/17 12:05 Amazon Prime Amzn.com/bill WA 00000000 055535~5968 | $13.77 | | $9,182.90 |
| 03/18/2019 | 426544 POS PUR 03/16 11:49 Wal-Mart Super C WASHINGTON PA 17390051 90752~5411 | $11.27 | | $9,171.63 |
| 03/18/2019 | 70277 POS PUR 03/15 11:44 SPEEDWAY 02915 7 WASHINGTON PA LK469805 07027~5542 | $11.05 | | $9,160.58 |
| 03/18/2019 | 45633 POS PUR 03/18 10:16 BURGER KING #155 WASHINGTON PA 09674700 90777~5814 | $8.87 | | $9,151.71 |
| 03/18/2019 | 0079 POS PUR 03/15 19:56 RITA'S 316 - STO WASHINGTON PA 00003972 00007~5814 | $5.78 | | $9,145.93 |
| 03/18/2019 | 42042 PIN PUR 03/18 13:12 GET GO #3616 Pittsburgh PA 16023100 340934 ~5541 | $4.98 | | $9,140.95 |
| 03/18/2019 | FEE FOR ATM WTD 03/16 18:01 SHORTYS LUNC-138 WASHINGTON PA P138327 002319~6011 | $2.75 | | $9,138.20 |
| 03/19/2019 | CHECK # 1094 | $198.50 | | $8,939.70 |
| 03/19/2019 | 42543 POS PUR 03/19 16:33 WAL-MART #1739 WASHINGTON PA 24173901 042543 ~5411 | $17.39 | | $8,922.31 |
| 03/19/2019 | 53085 POS PUR 03/18 11:10 SPEEDWAY 02915 7 WASHINGTON PA LK469805 05308~5542 | $11.21 | | $8,911.10 |
| 03/19/2019 | 45786 POS PUR 03/19 08:43 BURGER KING #155 WASHINGTON PA 09674700 90782~5814 | $9.61 | | $8,901.49 |
| 03/19/2019 | 87496 POS PUR 03/18 09:47 USPS PO 41524003 MEADOW LANDS PA 00000000 087~9402 | $4.15 | | $8,897.34 |
| 03/20/2019 | SSA TREAS 310 XXSOC SEC XXXXX9149A SSA | | $2,366.00 | $11,263.34 |
| 03/20/2019 | CHECK # 1096 | $250.00 | | $11,013.34 |
| 03/20/2019 | 100915 PIN PUR 03/20 09:15 SAMSCLUB #6251 WASHINGTON PA 24625101 100915 ~5411 | $171.48 | | $10,841.86 |

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/20/2019 | CHECK # 1099 | $111.85 | | $10,730.01 |
| 03/20/2019 | CHECK # 1095 | $5.00 | | $10,725.01 |
| 03/21/2019 | DEPOSIT | | $1,000.00 | $11,725.01 |
| 03/21/2019 | 53788 POS PUR 03/20 22:05 LOWES #00671* WASHINGTON PA 00000000 053788 ~5200 | $422.94 | | $11,302.07 |
| 03/21/2019 | 287531 POS PUR 03/21 09:14 SPEEDWAY 02915 7 WASHINGTON PA LK469805 28753~5542 | $26.80 | | $11,275.27 |
| 03/21/2019 | 10001 POS PUR 03/20 04:31 IMPERIAL CLEANER WASHINGTON PA 73228270 01000~7216 | $16.80 | | $11,258.47 |
| 03/21/2019 | 30136 POS PUR 03/20 01:27 TACO BELL 31601 ERIE PA 3160004 030136 ~5814 | $4.76 | | $11,253.71 |
| 03/22/2019 | PP596SALANDRA FU PAYROLL | | $1,174.10 | $12,427.81 |
| 03/22/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $12,367.81 |
| 03/22/2019 | CHECK # 1102 | $540.00 | | $11,827.81 |
| 03/22/2019 | 931348 PIN PUR 03/22 12:53 SALLY BEAUTY #30 WASHINGTON PA 99999999 93134~5977 | $90.07 | | $11,737.74 |
| 03/22/2019 | 448920 PIN PUR 03/22 16:22 WAL-MART #1739 WASHINGTON PA 24173901 448920 ~5411 | $62.95 | | $11,674.79 |
| 03/22/2019 | CHECK # 1100 | $50.00 | | $11,624.79 |
| 03/22/2019 | 68071 POS PUR 03/21 21:41 JEFFREYS DRUG ST CANONSBURG PA 29235480 06807~5912 | $11.63 | | $11,613.16 |
| 03/22/2019 | CHECK # 1098 | $10.00 | | $11,603.16 |
| 03/22/2019 | 638425 POS PUR 03/22 17:24 GOOGLE * Minecraf Mountain View CA 64925886 03~5734 | $6.99 | | $11,596.17 |
| 03/22/2019 | 29210 POS PUR 03/21 00:48 MCDONALD'S F1153 WASHINGTON PA 1 029210 ~5814 | $5.30 | | $11,590.87 |
| 03/22/2019 | 10464 POS PUR 03/21 12:46 PARKING IN PITTS PITTSBURGH PA 00886001 01046~7523 | $1.00 | | $11,589.87 |
| 03/25/2019 | DEPOSIT | | $1,580.00 | $13,169.87 |
| 03/25/2019 | 18726 POS PUR 03/24 14:19 WM SUPERCENTER # WASHINGTON PA 17390048 11175~5411 | $149.04 | | $13,020.83 |
| 03/25/2019 | 0006 POS PUR 03/22 14:41 PIZZA HUT 033969 WASHINGTON PA 00003012 00000~5812 | $68.33 | | $12,952.50 |
| 03/25/2019 | 66141 POS PUR 03/23 22:20 FOUR STAR PIZZA WASHINGTON PA 00000000 066141~5812 | $39.23 | | $12,913.27 |
| 03/25/2019 | 74458 POS PUR 03/23 20:01 BP#9351941RUFF C WASHINGTON PA 9351001 074458~5542 | $20.00 | | $12,893.27 |
| 03/25/2019 | 18457 POS PUR 03/23 02:23 MCDONALD'S F2383 WASHINGTON PA 1 018457 ~5814 | $18.61 | | $12,874.66 |
| 03/25/2019 | 0078 POS PUR 03/22 02:11 ARBYS 7648 WASHINGTON PA 00005577 000078 ~5814 | $13.74 | | $12,860.92 |
| 03/25/2019 | 26517 POS PUR 03/23 03:20 LOWES #00671* WASHINGTON PA 00000000 026517 ~5200 | $9.16 | | $12,851.76 |
| 03/25/2019 | 0070 POS PUR 03/22 12:34 DAIRY QUEEN #182 MCMURRAY PA 00005831 000070 ~5814 | $8.29 | | $12,843.47 |
| 03/25/2019 | 50878 PIN PUR 03/23 18:10 BP#9351941RUFF C WASHINGTON PA 39013701 05087~5541 | $7.42 | | $12,836.05 |
| 03/26/2019 | 817703 PIN PUR 03/26 16:24 WAL-MART #1739 WASHINGTON PA 24173901 817703 ~5411 | $504.94 | | $12,331.11 |
| 03/26/2019 | 20505 POS PUR 03/26 16:25 WM SUPERCENTER # WASHINGTON PA 17390007 67561~5411 | $21.35 | | $12,309.76 |
| 03/26/2019 | 47512 POS PUR 03/26 17:18 WM SUPERCENTER # WASHINGTON PA 17390045 44545~5411 | $18.73 | | $12,291.03 |
| 03/26/2019 | 29794 POS PUR 03/25 01:36 STARBUCKS STORE WASHINGTON TO PA 00000000 029~5814 | $9.86 | | $12,281.17 |

**First National Bank**

4140 E. State Street
Hermitage, PA 16148

*Statement Ending 03/29/2019*

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 7 of 8

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/26/2019 | 46948 POS PUR 03/26 08:41 BURGER KING #155 WASHINGTON PA 09674700 90855~5814 | $8.87 | | $12,272.30 |
| 03/26/2019 | 37695 POS PUR 03/25 21:55 MCDONALD'S F6822 BRIDGEVILLE PA 1 037695 ~5814 | $8.45 | | $12,263.85 |
| 03/27/2019 | CHECK # 1101 | $202.00 | | $12,061.85 |
| 03/27/2019 | 43626 PIN PUR 03/27 16:29 WM SUPERCENTER # WASHINGTON PA 17390056 79471~5411 | $27.28 | | $12,034.57 |
| 03/27/2019 | 171059 PIN PUR 03/27 12:10 KRENCYS BAKERY I WASHINGTON PA 00007500 90861~5462 | $24.90 | | $12,009.67 |
| 03/27/2019 | 51621 POS PUR 03/26 21:48 MCDONALD'S F4865 CANONSBURG PA 1 051621 ~5814 | $6.87 | | $12,002.80 |
| 03/28/2019 | 309577 PIN PUR 03/28 16:08 WAL-MART #1739 WASHINGTON PA 24173901 309577 ~5411 | $504.94 | | $11,497.86 |
| 03/28/2019 | CHECK # 1107 | $459.05 | | $11,038.81 |
| 03/28/2019 | CHECK # 1097 | $200.00 | | $10,838.81 |
| 03/28/2019 | 33176 POS PUR 03/28 16:15 WM SUPERCENTER # WASHINGTON PA 17390080 27128~5411 | $19.14 | | $10,819.67 |
| 03/28/2019 | 43538 POS PUR 03/28 16:30 SAMS CLUB #6251 WASHINGTON PA 62510088 391077~5542 | $15.75 | | $10,803.92 |
| 03/28/2019 | 69961 POS PUR 03/27 09:14 SPEEDWAY 02915 7 WASHINGTON PA LK469805 06996~5542 | $10.77 | | $10,793.15 |
| 03/29/2019 | DEPOSIT | | $1,300.00 | $12,093.15 |
| 03/29/2019 | RANGE RESOURCES 03.19 EFT | | $98.46 | $12,191.61 |
| 03/29/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $12,131.61 |
| 03/29/2019 | CHECK # 1106 | $250.00 | | $11,881.61 |
| 03/29/2019 | 903627 PIN PUR 03/29 10:59 TARGET T-1216 33 Washington PA 99999999 90362~5310 | $115.39 | | $11,766.22 |
| 03/29/2019 | 549264 PIN PUR 03/28 20:11 WALGREENS STORE BEAVER WV 99999999 549264 ~5912 | $37.08 | | $11,729.14 |
| 03/29/2019 | 41690 POS PUR 03/28 04:45 MCDONALD'S F2383 WASHINGTON PA 1 041690 ~5814 | $19.58 | | $11,709.56 |
| 03/29/2019 | 229809 PIN PUR 03/29 10:32 KOHLS 1022 353 W WASHINGTON PA 99999999 22980~5311 | $15.28 | | $11,694.28 |
| 03/29/2019 | 54818 POS PUR 03/28 18:07 WENDY'S 413 WASHINGTON PA 65693009 755318 ~5814 | $11.31 | | $11,682.97 |
| 03/29/2019 | 18352 POS PUR 03/28 08:04 MCDONALD'S F1153 WASHINGTON PA 1 018352 ~5814 | $8.03 | | $11,674.94 |
| 03/29/2019 | 349561 PIN PUR 03/28 19:05 SUNOCO 011754880 SUMMERSVILLE WV 27219901 349~5541 | $6.79 | | $11,668.15 |
| 03/29/2019 | **Balance This Statement** | | | **$11,668.15** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1087 | 03/04/2019 | $200.00 | 1095 | 03/20/2019 | $5.00 | 1101 | 03/27/2019 | $202.00 |
| 1088 | 03/05/2019 | $135.83 | 1096 | 03/20/2019 | $250.00 | 1102 | 03/22/2019 | $540.00 |
| 1091* | 03/01/2019 | $245.00 | 1097 | 03/28/2019 | $200.00 | 1106* | 03/29/2019 | $250.00 |
| 1092 | 03/08/2019 | $300.00 | 1098 | 03/22/2019 | $10.00 | 1107 | 03/28/2019 | $459.05 |
| 1093 | 03/12/2019 | $275.43 | 1099 | 03/20/2019 | $111.85 | | | |
| 1094 | 03/19/2019 | $198.50 | 1100 | 03/22/2019 | $50.00 | | | |

\* Indicates skipped check number

52.09
141.33
7.83
20.47
18.17