UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Andrew F. Kuzy, and          :    Bankruptcy Case No.: 18-21728-CMB
        Colleen A. Kuzy,              :
                                      :    Chapter 11
        Debtors.                      :

Reporting Period: _April 2019_

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-I (INDV) | | |
| Schedule of Cash Receipts and Disbursements - | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____          _5/18/19_____
**Signature of Debtor**                    Date

_____          _5-18-19_____
**Signature of Joint Debtor**              Date

_____          _____
**Signature of Preparer**                  Date

_____
**Printed Name of Preparer**

FORM MOR (INDV)
(10/00)

In Re:  Andrew F. Kuzy, and      :   Bankruptcy Case No.: 18-21728-CMB
       Colleen A. Kuzy,      :

:   Chapter 11

Debtors.      :

Reporting Period: *April 2019*

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 11,668.15 |  |
| **RECEIPTS** |  |  |
| Wages (Net) | 2463.64 |  |
| Interest and Dividend Income | 0 |  |
| Alimony and Child Support | 0 |  |
| Social Security and Pension Income | 2559.88 |  |
| Sale of Assets | 0 |  |
| Other Income (attach schedule) | 3891.50 |  |
| **Total Receipts** | 8915.02 |  |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) | 0 |  |
| Rental Payment(s) | 0 |  |
| Other Secured Note Payments | 0 |  |
| Utilities | 751.80 |  |
| Insurance | 0 |  |
| Auto Expense | 996.08 |  |
| Lease Payments | 0 |  |
| IRA Contributions | 0 |  |
| Repairs and Maintenance | 3204.89 |  |
| Medical Expenses | 94.48 |  |
| Household Expenses | 3375.14 |  |
| Charitable Contributions | 40.00 |  |
| Alimony and Child Support Payments | 0 |  |
| Taxes - Real Estate | 3000.00 |  |
| Taxes - Personal Property | 0 |  |
| Taxes - Other (attach schedule) | 14.90 |  |
| Travel and Entertainment | 163.98 |  |
| Gifts | 169.18 |  |
| Other (attach schedule) | 50 |  |
| **Total Ordinary Disbursements** | 13,355.55 |  |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees | 500 |  |
| U. S. Trustee Fees | 325 |  |
| Other Reorganization Expenses (attach schedule) |  |  |
| **Total Reorganization Items** | 825.00 |  |
| **Total Disbursements (Ordinary + Reorganization)** | 14,180.55 |  |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | -5265.53 |  |
| **Cash - End of Month (Must equal reconciled bank** | 6402.62 |  |

FORM MOR-1 (INDV)

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
      Colleen A. Kuzy, :
                                     : Chapter 11
             Debtors. :                                   (9/99)

**Reporting Period:** _____

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| SCHMALZ | 3800.00 | |
| Refund | 39.18 | |
| Range Resources | 52.32 | |
| | | |
| **Other Taxes** | | |
| | | |
| Federal Tax | 1250 | |
| Tax Escrow | 240 | |
| | | |
| **Other Ordinary Disbursements** | | |
| Washington County Clerk of Courts | 50.00 | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

In Re:  Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. :
Reporting Period:_____

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.
**Attach photocopies of any tax returns tiled during the reporting period.**

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| FICA- Employee |  |  |  |  |  |  |
| FICA-Employer |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Federal Taxes |  |  |  |  |  |  |
| State and Local |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| Sales |  |  |  |  |  |  |
| Excise |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Real Property |  |  |  |  |  |  |
| Personal Property |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Stale and Local |  |  |  |  |  |  |
| Total Taxes |  |  |  |  |  |  |

## SUMMARY OF UNPAID POSTPETITION DEBTS

**Attach aged listing of accounts payable.**

|  |  | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable |  |  |  |  |  |  |
| Wages-Payable |  |  |  |  |  |  |
| Taxes Payable |  |  |  |  |  |  |
| Rent/Leases-Building |  |  |  |  |  |  |
| Rent/Leases- Equipment |  |  |  |  |  |  |
| Secured Debt/Adequate Protection |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Amounts Due to Insiders" |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Postpetition Debts |  |  |  |  |  |  |

**Explain how and when the Debtor intends to pay any past-due Postpetition debts.**

_____

*"Insider is defined in 11 U.S.C. Section 101(31)                                            FORM MOR-4

(9/99)

| In Re: Andrew F. Kuzy, and Colleen A. Kuzy, | : | Bankruptcy Case No.: 18-21728-CMB |
|---|---|---|
| Debtors. | : | Chapter 11 |

Reporting Period:_____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| - Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below | | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

FORM MOR-5
(9/99)

**First National Bank**

4140 E. State Street
Hermitage, PA 16148

**ADDRESS SERVICE REQUESTED**

>002564 2925321 0001 092543 10Z

ANDREW F. KUZY, DEBTOR IN POSSESSION
COLLEEN A. KUZY, DEBTOR IN POSSESSION
JACQUELINE SCHMALZ
531 WARRICK DR
WASHINGTON PA 15301-9513

**Statement Ending 04/30/2019**

ANDREW F. KUZY, DEBTOR IN
Primary Account Number

Page 1 of 8

### Managing Your Accounts

 Online — www.fnb-online.com

 By Phone — 1 800-555-5455

By Mail — 4140 E. State Street
Hermitage, PA  16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | | $6,402.62 |

## FREE SMALL BUSINESS CHECKING -

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 03/30/2019 | Balance Last Statement | $11,668.15 | Minimum Balance | $3,991.37 |
| | 9 Credit(s) This Period | $8,915.02 | Average Ledger Balance | $7,235.91 |
| | 157 Debit(s) This Period | $14,180.55 | Average Available Balance | $7,076.73 |
| 04/30/2019 | Balance This Statement | $6,402.62 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/30/2019 | Balance Last Statement | | | $11,668.15 |
| 04/01/2019 | DEPOSIT | | $193.88 | $11,862.03 |
| 04/01/2019 | 568656 PIN PUR 03/30 09:51 WAL-MART #1739 WASHINGTON PA 24173901 568656 ~5411 | $503.95 | | $11,358.08 |
| 04/01/2019 | 747896 PIN PUR 03/31 12:49 WAL-MART #1739 WASHINGTON PA 24173901 747896 ~5411 | $503.95 | | $10,854.13 |
| 04/01/2019 | CHECK # 1105 | $180.33 | | $10,673.80 |
| 04/01/2019 | CHECK # 1 | $140.00 | | $10,533.80 |
| 04/01/2019 | 351525 PIN PUR 03/31 10:53 SAMSCLUB #6251 WASHINGTON PA 24625101 351525 ~5411 | $64.76 | | $10,469.04 |
| 04/01/2019 | CHECK # 1103 | $32.18 | | $10,436.86 |
| 04/01/2019 | 57979 POS PUR 03/29 16:44 SUNOCO 005968820 CANONSBURG PA 0059003 057979~5542 | $29.00 | | $10,407.86 |
| 04/01/2019 | 62015 POS PUR 03/31 19:19 EZTAXRETURN.COM 516-506-0404 NY 00000000 0620~8931 | $19.95 | | $10,387.91 |
| 04/01/2019 | 48055 POS PUR 03/29 18:42 BETHEL BAKERY - CANONSBURG PA 49748055 048055~5462 | $18.68 | | $10,369.23 |
| 04/01/2019 | 24345 POS PUR 03/30 14:18 CHICK-FIL-A #032 WASHINGTON PA 1 024345 ~5814 | $14.97 | | $10,354.26 |
| 04/01/2019 | 5280 RECURRING 03/31 04:30 Amazon Prime Amzn.com/bill WA 00000000 005280~5968 | $13.77 | | $10,340.49 |



Member FDIC
EQUAL HOUSING LENDER

**First National Bank**

4140 E. State Street
Hermitage, PA 16148

*Statement Ending 04/30/2019*

*ANDREW F. KUZY, DEBTOR IN*
*Primary Account Number.*

Page 3 of 8

## FREE SMALL BUSINESS CHECKING -    (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/01/2019 | 87320 POS PUR 03/29 04:42 JEFFREYS DRUG ST CANONSBURG PA 29235480 08732~5912 | $11.39 | | $10,329.10 |
| 04/01/2019 | 63691 POS PUR 03/31 12:30 STARBUCKS STORE WASHINGTON TO PA 00000000 063~5814 | $9.12 | | $10,319.98 |
| 04/01/2019 | 12764 POS PUR 03/29 22:41 CHICK-FIL-A #032 WASHINGTON PA 1 012764 ~5814 | $4.07 | | $10,315.91 |
| 04/02/2019 | 70335 POS PUR 04/01 23:47 SUPERCUTS PA 805 CANONSBURG PA LK751925 07033~7230 | $72.95 | | $10,242.96 |
| 04/02/2019 | 72666 PIN PUR 04/02 13:16 SAMSCLUB #6251 WASHINGTON PA 24625101 072666 ~5411 | $53.68 | | $10,189.28 |
| 04/02/2019 | 560251 PIN PUR 04/02 16:06 USPS PO 41115205 CANONSBURG PA 99999999 56025~9402 | $5.50 | | $10,183.78 |
| 04/02/2019 | 0122 POS PUR 04/01 19:05 DAIRY QUEEN #154 WASHINGTON PA 00009383 00012~5814 | $4.97 | | $10,178.81 |
| 04/03/2019 | 17395 PIN PUR 04/03 10:42 WM SUPERCENTER # WASHINGTON PA 17390052 26867~5411 | $504.94 | | $9,673.87 |
| 04/03/2019 | 50333 POS PUR 04/02 09:09 OUTBACK 3959 WASHINGTON PA 00000000 050333 ~5812 | $60.30 | | $9,613.57 |
| 04/03/2019 | 3022 POS PUR 04/02 03:28 LOWES #00671* WASHINGTON PA 00000000 003022 ~5200 | $46.64 | | $9,566.93 |
| 04/03/2019 | 31647 PIN PUR 04/02 18:32 WM SUPERCENTER # WASHINGTON PA 17390046 78109~5411 | $34.04 | | $9,532.89 |
| 04/04/2019 | 12100 PIN PUR 04/04 16:25 WM SUPERCENTER # WASHINGTON PA 17390013 62377~5411 | $504.94 | | $9,027.95 |
| 04/04/2019 | 500860 PIN PUR 04/04 11:34 Wal-Mart Super C WASHINGTON PA 17390006 90940~5411 | $404.94 | | $8,623.01 |
| 04/04/2019 | CHECK # 1108 | $26.82 | | $8,596.19 |
| 04/04/2019 | 35868 POS PUR 04/03 18:35 SPEEDWAY 02915 7 WASHINGTON PA LK469805 03586~5542 | $13.12 | | $8,583.07 |
| 04/05/2019 | PP596SALANDRA FU PAYROLL | | $1,218.29 | $9,801.36 |
| 04/05/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $9,741.36 |
| 04/05/2019 | CHECK # 1110 | $78.00 | | $9,663.36 |
| 04/05/2019 | 591880 PIN PUR 04/05 16:04 CANONSBURG SHOP CANONSBURG PA 53460201 591880~5411 | $64.17 | | $9,599.19 |
| 04/05/2019 | 0008 POS PUR 04/05 18:50 DICARLOS PIZZA WASHINGTON PA 00000678 000008 ~5814 | $11.66 | | $9,587.53 |
| 04/08/2019 | DEPOSIT | | $900.00 | $10,487.53 |
| 04/08/2019 | SURCHARGE FEE 675768 ATM WTD 04/06 16:55 PNC BANK WASHINGTON PA PJ2632 675768 ~ | $3.50 | | $10,484.03 |
| 04/08/2019 | CHECK # 1113 | $1,250.00 | | $9,234.03 |
| 04/08/2019 | CHECK # 1112 | $275.43 | | $8,958.60 |
| 04/08/2019 | 40786 POS PUR 04/05 17:22 KEYSTONE MOTOR C 724-2227200 PA 71004114 0407~5521 | $247.00 | | $8,711.60 |
| 04/08/2019 | 41071 POS PUR 04/07 17:16 LOWES #00671* WASHINGTON PA 00000000 041071 ~5200 | $105.76 | | $8,605.84 |
| 04/08/2019 | 559277 PIN PUR 04/07 12:56 Wal-Mart Super C WASHINGTON PA 17390044 90976~5411 | $105.13 | | $8,500.71 |
| 04/08/2019 | 675768 ATM WTD 04/06 16:55 PNC BANK WASHINGTON PA PJ2632 675768 ~6011 | $100.00 | | $8,400.71 |
| 04/08/2019 | 779256 PIN PUR 04/06 14:11 SAMSCLUB #6251 WASHINGTON PA 24625101 779256 ~5411 | $77.72 | | $8,322.99 |
| 04/08/2019 | 61162 POS PUR 04/08 12:31 GET GO #3379 Homestead PA 79020700 507612 ~5542 | $31.33 | | $8,291.66 |



# FREE SMALL BUSINESS CHECKING - (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/08/2019 | 71181 POS PUR 04/05 14:06 SUNOCO 005968820 CANONSBURG PA 0059003 071181~5542 | $19.00 | | $8,272.66 |
| 04/08/2019 | 100206 POS PUR 04/08 16:08 WAL-MART #1739 WASHINGTON PA 24173901 100206 ~5411 | $17.39 | | $8,255.27 |
| 04/08/2019 | 21530 POS PUR 04/06 03:54 SPEEDWAY 02915 7 WASHINGTON PA LK469805 02153~5542 | $15.40 | | $8,239.87 |
| 04/08/2019 | 7766 POS PUR 04/06 16:44 WALMART.COM 800-966-6546 AR 00000000 007766 ~5310 | $10.54 | | $8,229.33 |
| 04/08/2019 | 56824 POS PUR 04/06 04:30 JEFFREYS DRUG ST CANONSBURG PA 29235480 05682~5912 | $9.29 | | $8,220.04 |
| 04/08/2019 | 20552 PIN PUR 04/08 12:37 GET GO #3379 Homestead PA 79023200 512483 ~5541 | $5.98 | | $8,214.06 |
| 04/08/2019 | FEE FOR ATM WTD 04/06 16:55 PNC BANK WASHINGTON PA PJ2632 675768 ~6011 | $2.75 | | $8,211.31 |
| 04/09/2019 | 67781 POS PUR 04/08 09:40 PLAZA AZTECA - W WASHINGTON PA 02304989 06778~5812 | $65.14 | | $8,146.17 |
| 04/09/2019 | CHECK # 1109 | $16.34 | | $8,129.83 |
| 04/09/2019 | 39596 POS PUR 04/08 20:57 SPEEDWAY 02915 7 WASHINGTON PA LK469805 03959~5542 | $13.09 | | $8,116.74 |
| 04/09/2019 | 793983 PIN PUR 04/09 11:47 COUNTRY FAIR #38 ERIE PA 0044BT38 793983 ~5541 | $6.32 | | $8,110.42 |
| 04/10/2019 | 23252 POS PUR 04/10 12:34 GETGO CAFE #3114 Hermitage PA 14020700 829476~5542 | $23.15 | | $8,087.27 |
| 04/10/2019 | 44415 POS PUR 04/09 04:17 COUNTRY FAIR #38 ERIE PA 12 044415 ~5542 | $21.80 | | $8,065.47 |
| 04/10/2019 | 17232 POS PUR 04/09 13:42 CARTER LUMBER MEADOW LANDS PA CLBR0037 017232~5211 | $16.75 | | $8,048.72 |
| 04/11/2019 | CHECK # 1 | $3,000.00 | | $5,048.72 |
| 04/11/2019 | CHECK # 1115 | $250.00 | | $4,798.72 |
| 04/11/2019 | 363140 PIN PUR 04/11 14:19 ALDI 69051 WASHINGTON PA 89027702 363140 ~5411 | $60.53 | | $4,738.19 |
| 04/11/2019 | 843111 PIN PUR 04/11 11:34 SHEETZ 0245 ERIE PA 08108601 843111 ~5541 | $12.72 | | $4,725.47 |
| 04/11/2019 | 0006 POS PUR 04/10 03:29 BURGER KING #897 HERMITAGE PA 00005267 000006~5814 | $9.95 | | $4,715.52 |
| 04/11/2019 | 49638 POS PUR 04/11 08:13 BURGER KING #155 WASHINGTON PA 09674700 91014~5814 | $8.03 | | $4,707.49 |
| 04/12/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $4,647.49 |
| 04/12/2019 | 9219 POS PUR 04/11 00:07 SHEETZ 00 ERIE PA 010 009219 ~5542 | $24.64 | | $4,622.85 |
| 04/15/2019 | 32104 POS PUR 04/12 14:49 LOWES #00671* WASHINGTON PA 00000000 032104 ~5200 | $90.63 | | $4,532.22 |
| 04/15/2019 | CHECK # 1116 | $40.00 | | $4,492.22 |
| 04/15/2019 | 794311 PIN PUR 04/13 15:29 WINE AND SPIRITS WASHINGTON PA 0000LJCK 91038~5921 | $38.13 | | $4,454.09 |
| 04/15/2019 | 205139 POS PUR 04/15 07:30 WAL-MART #1739 WASHINGTON PA 24173901 205139 ~5411 | $28.75 | | $4,425.34 |
| 04/15/2019 | 32767 POS PUR 04/13 16:34 BARBARAS HALLMAR WASHINGTON PA 11391 032767 ~5947 | $14.16 | | $4,411.18 |
| 04/15/2019 | 82919 POS PUR 04/11 06:40 CHICK-FIL-A #032 WASHINGTON PA 1 082919 ~5814 | $8.72 | | $4,402.46 |
| 04/15/2019 | 702480 PIN PUR 04/15 16:26 USPS PO 41524003 MEADOW LANDS PA 99999999 702~9402 | $6.50 | | $4,395.96 |
| 04/15/2019 | 79765 POS PUR 04/12 04:36 MCDONALD'S F1153 WASHINGTON PA 1 079765 ~5814 | $4.98 | | $4,390.98 |

**First National Bank**

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 04/30/2019**

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 5 of 8

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/16/2019 | 10628 PIN PUR 04/16 09:20 WM SUPERCENTER # WASHINGTON PA 17390010 25726~5411 | $175.00 | | $4,215.98 |
| 04/16/2019 | 4593 POS PUR 04/16 02:55 LOWES #00671* WASHINGTON PA 00000000 004593 ~5200 | $96.10 | | $4,119.88 |
| 04/16/2019 | 11360 POS PUR 04/16 19:48 COUNTRY FAIR #38 ERIE PA 12 011360 ~5542 | $35.40 | | $4,084.48 |
| 04/16/2019 | 294496 PIN PUR 04/16 16:41 WAL-MART #1739 WASHINGTON PA 24173901 294496 ~5411 | $25.38 | | $4,059.10 |
| 04/16/2019 | 462837 PIN PUR 04/16 13:55 CVS/PHARMACY #07 ERIE PA 99999999 462837 ~5912 | $24.23 | | $4,034.87 |
| 04/16/2019 | 14768 POS PUR 04/15 08:15 BP#9351941RUFF C WASHINGTON PA 9351001 014768~5542 | $20.00 | | $4,014.87 |
| 04/16/2019 | 774143 PIN PUR 04/16 11:23 COUNTRY FAIR #38 ERIE PA 0044BT38 774143 ~5541 | $8.63 | | $4,006.24 |
| 04/16/2019 | 21669 POS PUR 04/15 23:42 TACO BELL 05594 MONROEVILLE PA 005 021669 ~5814 | $7.77 | | $3,998.47 |
| 04/16/2019 | 0072 POS PUR 04/15 14:16 RITA'S 316 - STO WASHINGTON PA 00003972 00007~5814 | $7.10 | | $3,991.37 |
| 04/17/2019 | SSA TREAS 310 XXSOC SEC XXXXX9149A SSA | | $2,366.00 | $6,357.37 |
| 04/17/2019 | 67265 POS PUR 04/16 20:04 STARBUCKS STORE WASHINGTON TO PA 00000000 067~5814 | $10.92 | | $6,346.45 |
| 04/17/2019 | 56393 POS PUR 04/16 17:20 MCDONALD'S F2383 WASHINGTON PA 1 056393 ~5814 | $9.21 | | $6,337.24 |
| 04/17/2019 | 0130 POS PUR 04/16 04:02 BURGER KING #123 FAIRVIEW PA 00009520 000130 ~5814 | $5.82 | | $6,331.42 |
| 04/18/2019 | CHECK # 1121 | $101.83 | | $6,229.59 |
| 04/18/2019 | 18326 POS PUR 04/17 19:40 DOORDASH* SWEET H STRIPE.COM CA 00000000 01832~5812 | $88.51 | | $6,141.08 |
| 04/18/2019 | 551841 PIN PUR 04/18 09:12 WAL-MART #1739 WASHINGTON PA 24173901 551841 ~5411 | $71.90 | | $6,069.18 |
| 04/18/2019 | 687063 PIN PUR 04/18 09:05 Wal-Mart Super C WASHINGTON PA 17390047 91085~5411 | $50.80 | | $6,018.38 |
| 04/18/2019 | 24296 POS PUR 04/17 13:20 EAT_N_PARK #0055 WASHINGTON PA 52724296 02429~5812 | $32.72 | | $5,985.66 |
| 04/18/2019 | 35153 RECURRING 04/17 10:48 Amazon Prime Amzn.com/bill WA 00000000 035153~5968 | $13.77 | | $5,971.89 |
| 04/18/2019 | 582791 PIN PUR 04/18 15:20 CANONSBURG SHOP CANONSBURG PA 53460201 582791~5411 | $5.10 | | $5,966.79 |
| 04/18/2019 | 186026 PIN PUR 04/18 10:21 ALDI 69051 WASHINGTON PA 89027702 186026 ~5411 | $4.05 | | $5,962.74 |
| 04/19/2019 | PP596SALANDRA FU PAYROLL | | $1,245.35 | $7,208.09 |
| 04/19/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $7,148.09 |
| 04/19/2019 | CHECK # 1119 | $325.00 | | $6,823.09 |
| 04/19/2019 | CHECK # 1118 | $198.39 | | $6,624.70 |
| 04/19/2019 | 78437 POS PUR 04/18 09:28 DOORDASH* NAPOLI STRIPE.COM CA 00000000 078437~5812 | $78.81 | | $6,545.89 |
| 04/19/2019 | 41401 PIN PUR 04/19 11:15 GIANT-EAGLE #003 Washington PA 39039000 22008~5411 | $53.92 | | $6,491.97 |
| 04/19/2019 | 28068 PIN PUR 04/19 10:47 SAMS CLUB #6251 WASHINGTON PA 62510002 706773~5300 | $50.92 | | $6,441.05 |
| 04/19/2019 | 20525 POS PUR 04/18 22:14 BP#9351941RUFF C WASHINGTON PA 9351001 020525~5542 | $25.00 | | $6,416.05 |

# FREE SMALL BUSINESS CHECKING - (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/19/2019 | 21334 POS PUR 04/18 16:28 SPEEDWAY 02915 7 WASHINGTON PA LK469805 02133~5542 | $14.95 | | $6,401.10 |
| 04/22/2019 | DEPOSIT | | $1,500.00 | $7,901.10 |
| 04/22/2019 | 31371 RETURN 04/20 22:57 OUTBACK 3959 WASHINGTON PA 00000000 031371 ~5812 | | $39.18 | $7,940.28 |
| 04/22/2019 | CHECK # 1117 | $200.00 | | $7,740.28 |
| 04/22/2019 | 627910 PIN PUR 04/20 16:05 Wal-Mart Super C WASHINGTON PA 17390045 91101~5411 | $88.43 | | $7,651.85 |
| 04/22/2019 | 213700 PIN PUR 04/22 16:37 WAL-MART #1739 WASHINGTON PA 24173901 213700 ~5411 | $83.20 | | $7,568.65 |
| 04/22/2019 | 411579 PIN PUR 04/20 15:49 GAMESTOP 6610 48 WASHINGTON PA 99999999 41157~7993 | $69.39 | | $7,499.26 |
| 04/22/2019 | 75176 POS PUR 04/19 00:35 SQ * PARADISE CON WASHINGTON PA 00000000 07517~5499 | $47.50 | | $7,451.76 |
| 04/22/2019 | 31291 POS PUR 04/20 21:32 OUTBACK 3959 WASHINGTON PA 00000000 031291 ~5812 | $45.18 | | $7,406.58 |
| 04/22/2019 | 524916 PIN PUR 04/20 13:02 FIVE BELOW 197 8 WASHINGTON PA 99999999 52491~5331 | $44.36 | | $7,362.22 |
| 04/22/2019 | 31286 POS PUR 04/20 21:44 OUTBACK 3959 WASHINGTON PA 00000000 031286 ~5812 | $39.18 | | $7,323.04 |
| 04/22/2019 | 10008 POS PUR 04/20 21:07 IMPERIAL CLEANER WASHINGTON PA 73228270 01000~7216 | $38.85 | | $7,284.19 |
| 04/22/2019 | 99369 POS PUR 04/20 14:57 SUNOCO 005968820 CANONSBURG PA 0059003 099369~5542 | $37.25 | | $7,246.94 |
| 04/22/2019 | 1786 POS PUR 04/20 10:50 BETHEL BAKERY - CANONSBURG PA 53601786 001786~5462 | $36.30 | | $7,210.64 |
| 04/22/2019 | 749714 PIN PUR 04/20 15:30 FIVE BELOW 197 8 WASHINGTON PA 99999999 74971~5331 | $26.50 | | $7,184.14 |
| 04/22/2019 | 46022 POS PUR 04/20 15:36 SAMS CLUB #6251 WASHINGTON PA 62510088 658306~5542 | $20.00 | | $7,164.14 |
| 04/22/2019 | 762439 PIN PUR 04/22 12:15 COUNTRY FAIR #3 ERIE PA 0044BT03 762439 ~5541 | $10.74 | | $7,153.40 |
| 04/22/2019 | 37831 POS PUR 04/19 14:30 MCDONALD'S F4865 CANONSBURG PA 1 037831 ~5814 | $7.08 | | $7,146.32 |
| 04/23/2019 | 49650 PIN PUR 04/23 11:32 FAMOUSFOOTWEAR#2 WASHINGTON PA 08485113 91134~5661 | $64.99 | | $7,081.33 |
| 04/23/2019 | 49651 PIN PUR 04/23 11:34 FAMOUSFOOTWEAR#2 WASHINGTON PA 08485113 91132~5661 | $64.98 | | $7,016.35 |
| 04/23/2019 | 725518 PIN PUR 04/23 14:28 CBANKS OUTLET #3 WASHINGTON PA 99999999 72551~5621 | $49.92 | | $6,966.43 |
| 04/23/2019 | 31504 POS PUR 04/22 22:39 COUNTRY FAIR #3 ERIE PA 12 031504 ~5542 | $40.94 | | $6,925.49 |
| 04/23/2019 | CHECK # 1120 | $31.75 | | $6,893.74 |
| 04/23/2019 | 91417 POS PUR 04/23 15:33 WAL-MART #1739 WASHINGTON PA 24173901 091417 ~5411 | $28.44 | | $6,865.30 |
| 04/23/2019 | 31822 POS PUR 04/22 21:32 MCDONALD'S F2383 WASHINGTON PA 1 031822 ~5814 | $6.67 | | $6,858.63 |
| 04/24/2019 | 12539 POS PUR 04/23 22:16 PAYLESS SHOESO00 WASHINGTON PA 833 012539 ~5999 | $106.52 | | $6,752.11 |
| 04/24/2019 | 23076 POS PUR 04/23 05:12 DOORDASH* EL PASO DOORDASH.COM CA 00000000 023~5812 | $101.75 | | $6,650.36 |
| 04/24/2019 | 12544 POS PUR 04/23 22:27 PAYLESS SHOESO00 WASHINGTON PA 833 012544 ~5999 | $71.03 | | $6,579.33 |
| 04/24/2019 | 64816 POS PUR 04/23 13:51 SPEEDWAY 02915 7 WASHINGTON PA LK469805 06481~5542 | $14.47 | | $6,564.86 |
| 04/24/2019 | 36395 POS PUR 04/23 14:39 MCDONALD'S F4865 CANONSBURG PA 1 036395 ~5814 | $9.69 | | $6,555.17 |

**First National Bank**

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 04/30/2019**

ANDREW F. KUZY, DEBTOR IN
Primary Account Number.

Page 7 of 8

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/24/2019 | 32180 POS PUR 04/24 16:29 WM SUPERCENTER # WASHINGTON PA 17390045 55754~5411 | $8.16 | | $6,547.01 |
| 04/25/2019 | 0021 POS PUR 04/24 23:17 LJS #70014 CARNEGIE PA 00003700 000021 ~5814 | $8.43 | | $6,538.58 |
| 04/26/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $6,478.58 |
| 04/26/2019 | FIRSTENERGY OPCO FE ECHECK 100090539717 | $451.58 | | $6,027.00 |
| 04/26/2019 | 20892 POS PUR 04/25 23:17 JEFFREYS DRUG ST CANONSBURG PA 29235480 02089~5912 | $44.99 | | $5,982.01 |
| 04/26/2019 | 32899 POS PUR 04/25 21:10 BP#9351941RUFF C WASHINGTON PA 9351001 032899~5542 | $25.00 | | $5,957.01 |
| 04/26/2019 | 48162 POS PUR 04/26 03:49 COUNTRY FAIR #3 ERIE PA 12 048162 ~5542 | $24.93 | | $5,932.08 |
| 04/26/2019 | 90005 POS PUR 04/25 05:43 WHS FAMILY MEDIC WASHINGTON PA 74902060 09000~8099 | $5.00 | | $5,927.08 |
| 04/29/2019 | DEPOSIT | | $1,400.00 | $7,327.08 |
| 04/29/2019 | 48768 PIN PUR 04/28 12:54 MACY'S 621 PITTSBURGH PA D6210097 001851 ~5311 | $146.16 | | $7,180.92 |
| 04/29/2019 | 49131 PIN PUR 04/28 12:19 MACY'S 621 PITTSBURGH PA D6210047 005615 ~5311 | $68.24 | | $7,112.68 |
| 04/29/2019 | 7081 PIN PUR 04/28 11:57 MACY'S 621 PITTSBURGH PA D6210066 002312 ~5311 | $58.21 | | $7,054.47 |
| 04/29/2019 | 60478 POS PUR 04/29 17:33 WM SUPERCENTER # WASHINGTON PA 17390048 03929~5411 | $52.09 | | $7,002.38 |
| 04/29/2019 | 544593 PIN PUR 04/27 14:07 FIVE BELOW 197 8 WASHINGTON PA 99999999 54459~5331 | $45.80 | | $6,956.58 |
| 04/29/2019 | 43889 POS PUR 04/27 01:02 AL AN RUBENS BAR WASHINGTON PA 00000000 04388~5812 | $44.32 | | $6,912.26 |
| 04/29/2019 | 71162 POS PUR 04/27 20:56 LOWES #00671* WASHINGTON PA 00000000 071162 ~5200 | $37.85 | | $6,874.41 |
| 04/29/2019 | 0014 POS PUR 04/27 19:28 DICARLOS PIZZA clover.com PA 00000678 000014 ~5814 | $26.69 | | $6,847.72 |
| 04/29/2019 | 34528 PIN PUR 04/28 14:05 GIANT-EAGLE #007 McMurray PA 70001100 819873 ~5411 | $26.63 | | $6,821.09 |
| 04/29/2019 | 15576 POS PUR 04/25 20:41 CHICK-FIL-A #032 WASHINGTON PA 1 015576 ~5814 | $24.99 | | $6,796.10 |
| 04/29/2019 | 985898 POS PUR 04/29 17:33 MCDONALD'S F2383 WASHINGTON PA 34798303 98589~5814 | $13.78 | | $6,782.32 |
| 04/29/2019 | 47390 POS PUR 04/27 10:33 LOWES #00671* WASHINGTON PA 00000000 047390 ~5200 | $13.74 | | $6,768.58 |
| 04/29/2019 | 43871 POS PUR 04/27 23:16 AL AN RUBENS BAR WASHINGTON PA 00000000 04387~5812 | $10.75 | | $6,757.83 |
| 04/29/2019 | 61362 PIN PUR 04/29 10:19 GET GO #3090 Erie PA 90007600 315705 ~5541 | $9.84 | | $6,747.99 |
| 04/29/2019 | CHECK # 1123 | $5.00 | | $6,742.99 |
| 04/29/2019 | 92135 POS PUR 04/28 13:17 MCDONALD'S F4865 CANONSBURG PA 1 092135 ~5814 | $4.02 | | $6,738.97 |
| 04/30/2019 | RANGE RESOURCES 04.19 eft 279995 | | $52.32 | $6,791.29 |
| 04/30/2019 | CHECK # 1122 | $250.00 | | $6,541.29 |
| 04/30/2019 | 82613 POS PUR 04/28 14:09 SESAME INN MCMURRAY PA 00000000 082613 ~5812 | $33.62 | | $6,507.67 |
| 04/30/2019 | 41427 POS PUR 04/29 05:40 BP#9351941RUFF C WASHINGTON PA 9351001 041427~5542 | $25.00 | | $6,482.67 |



## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/30/2019 | 0813 POS PUR 04/30 17:22 WM SUPERCENTER # WASHINGTON PA 17390048 51775~5411 | $21.39 | | $6,461.28 |
| 04/30/2019 | 40243 POS PUR 04/29 05:28 BP#9351941RUFF C WASHINGTON PA 9351001 040243~5542 | $20.50 | | $6,440.78 |
| 04/30/2019 | 609895 PIN PUR 04/30 11:04 SHEETZ 0072 YOUNGWOOD PA 08134601 609895 ~5541 | $17.03 | | $6,423.75 |
| 04/30/2019 | 92099 POS PUR 04/29 06:12 MCDONALD'S F4865 CANONSBURG PA 1 092099 ~5814 | $9.20 | | $6,414.55 |
| 04/30/2019 | 44947 POS PUR 04/29 19:47 JEFFREYS DRUG ST CANONSBURG PA 29235480 04494~5912 | $5.97 | | $6,408.58 |
| 04/30/2019 | 95658 POS PUR 04/30 17:23 WAL-MART #1739 WASHINGTON PA 24173901 095658 ~5411 | $5.96 | | $6,402.62 |
| 04/30/2019 | **Balance This Statement** | | | **$6,402.62** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 04/01/2019 | $140.00 | 1110 | 04/05/2019 | $78.00 | 1118 | 04/19/2019 | $198.39 |
| 1 | 04/11/2019 | $3,000.00 | 1112* | 04/08/2019 | $275.43 | 1119 | 04/19/2019 | $325.00 |
| 1103* | 04/01/2019 | $32.18 | 1113 | 04/08/2019 | $1,250.00 | 1120 | 04/23/2019 | $31.75 |
| 1105* | 04/01/2019 | $180.33 | 1115* | 04/11/2019 | $250.00 | 1121 | 04/18/2019 | $101.83 |
| 1108* | 04/04/2019 | $26.82 | 1116 | 04/15/2019 | $40.00 | 1122 | 04/30/2019 | $250.00 |
| 1109 | 04/09/2019 | $16.34 | 1117 | 04/22/2019 | $200.00 | 1123 | 04/29/2019 | $5.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/01/2019 | $10,315.91 | 04/11/2019 | $4,707.49 | 04/23/2019 | $6,858.63 |
| 04/02/2019 | $10,178.81 | 04/12/2019 | $4,622.85 | 04/24/2019 | $6,547.01 |
| 04/03/2019 | $9,532.89 | 04/15/2019 | $4,390.98 | 04/25/2019 | $6,538.58 |
| 04/04/2019 | $8,583.07 | 04/16/2019 | $3,991.37 | 04/26/2019 | $5,927.08 |
| 04/05/2019 | $9,587.53 | 04/17/2019 | $6,331.42 | 04/29/2019 | $6,738.97 |
| 04/08/2019 | $8,211.31 | 04/18/2019 | $5,962.74 | 04/30/2019 | $6,402.62 |
| 04/09/2019 | $8,110.42 | 04/19/2019 | $6,401.10 | | |
| 04/10/2019 | $8,048.72 | 04/22/2019 | $7,146.32 | | |

```
Andrew Kuzy                                    Pay Statement                                         PAYROLL
531 Warrick Dr                          Period Begin  03/17/2019                          This Pay    Year-To-Date
Washington, PA 15301                    Period End    03/30/2019    Earnings              1510.00        10978.50
Employee No.  22                        Voucher No.                 Taxes                  291.71         2139.05
                                        Dept No.      1000          Net Pay               1218.29         8839.45
```

## Your Pay:

| Earnings | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 1360.00 | 10378.50 | 17.0000 | 80.00 | 610.50 |
| Removal | 150.00 | 600.00 | | | |
| Total | 1510.00 | 10978.50 | | 80.00 | 610.50 |

| Taxes | This Pay | YTD |
|---|---|---|
| Social Security | 93.62 | 680.66 |
| Medicare | 21.90 | 159.18 |
| Federal Income Tax | 111.82 | 831.76 |
| Pennsylvania | 46.36 | 337.05 |
| PA LST $52 | 2.00 | 14.00 |
| PA Employee Unemp. | 0.91 | 6.60 |
| S Strabane Twp. | 15.10 | 109.80 |
| Total | 291.71 | 2139.05 |

| Net Pay | This Pay | YTD | Account Number |
|---|---|---|---|
| This Check | 1218.29 | 8839.45 | 95466826 |

## Other Information:

| Tax Status | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 1510.00 | 10978.50 | |
| Medicare | 1510.00 | 10978.50 | |
| Federal Income Tax | 1510.00 | 10978.50 | M / 0 |
| Pennsylvania | 1510.00 | 10978.50 | M / 0 |
| PA LST $52 | 1510.00 | 10978.50 | |
| PA Employee Unemp. | 1510.00 | 10978.50 | |
| S Strabane Twp. | 1510.00 | 10978.50 | M / 0 |

```
Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317
                                                    PAPT   P596
```

---

```
                    PAPT   P596                      Pay Date       04/05/2019   WASHINGTON FEDERAL SAVINGS BANK
        Salandra Funeral Service, Inc.               Voucher Number                CANONSBURG, PA 15317
        304 West Pike Street                                                        60-74222433
        Canonsburg, PA 15317
```

*** NON - NEGOTIABLE, DIRECT DEPOSIT NOTICE ***

```
                        1/5
                1000         22
                                                                  Net Direct Deposit to Checking   $1218.29
        Andrew Kuzy
        531 Warrick Dr
        Washington, PA 15301
                                                                                           NON - NEGOTIABLE
```

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENT.

# Pay Statement

Andrew Kuzy
531 Warrick Dr
Washington, PA 15301
Employee No. 22

Pay Date: 04/19/2019
Period Begin: 03/31/2019
Period End: 04/13/2019
Voucher No.
Dept No. 1000

|  | This Pay | Year-To-Date |
|---|---|---|
| Earnings | 1545.50 | 12524.00 |
| Taxes | 300.15 | 2439.20 |
| Net Pay | 1245.35 | 10084.80 |

## Your Pay:

### Earnings

| | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 1470.50 | 11849.00 | 17.0000 | 86.50 | 697.00 |
| Removal | 75.00 | 675.00 | | | |
| Total | 1545.50 | 12524.00 | | 86.50 | 697.00 |

### Taxes

| | This Pay | YTD |
|---|---|---|
| Social Security | 95.82 | 776.48 |
| Medicare | 22.41 | 181.59 |
| Federal Income Tax | 116.08 | 947.84 |
| Pennsylvania | 47.45 | 384.50 |
| PA LST $52 | 2.00 | 16.00 |
| PA Employee Unemp. | 0.93 | 7.53 |
| S Strabane Twp. | 15.46 | 125.26 |
| Total | 300.15 | 2439.20 |

### Net Pay

| | This Pay | YTD | Account Number |
|---|---|---|---|
| This Check | 1245.35 | 10084.80 | 95466826 |

## Other Information:

### Tax Status

| | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 1545.50 | 12524.00 | |
| Medicare | 1545.50 | 12524.00 | |
| Federal Income Tax | 1545.50 | 12524.00 | M / 0 |
| Pennsylvania | 1545.50 | 12524.00 | M / 0 |
| PA LST $52 | 1545.50 | 12524.00 | |
| PA Employee Unemp. | 1545.50 | 12524.00 | |
| S Strabane Twp. | 1545.50 | 12524.00 | M / 0 |

---

Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

PAPT    P596

---

PAPT    P596
Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

Pay Date    04/19/2019
Voucher Number

WASHINGTON FEDERAL SAVINGS BANK
CANONSBURG, PA 15317
60-74222433

*** NON - NEGOTIABLE, DIRECT DEPOSIT NOTICE ***

2/5
1000    22

Andrew Kuzy
531 Warrick Dr
Washington, PA 15301

Net Direct Deposit to Checking    $1245.35

NON - NEGOTIABLE

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENT.