UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Andrew F. Kuzy, and          :     Bankruptcy Case No.: 18-21728-CMB
        Colleen A. Kuzy,             :
                                     :     Chapter 11
        Debtors.                     :

Reporting Period: _May 2019_

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____                _6/16/19_
Signature of Debtor                      Date

_____                _6-16-19_
Signature of Joint Debtor                Date

_____                _____
Signature of Preparer                    Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

In Re:  Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. :

Reporting Period: May 2019

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

14.62

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

250

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 6402.62 | |
| **RECEIPTS** | | |
| Wages (Net) | 4016.71 | |
| Interest and Dividend Income | 0 | |
| Alimony and Child Support | 0 | |
| Social Security and Pension Income | 2366.00 | |
| Sale of Assets | 0 | |
| Other Income (attach schedule) | 6442.49 | |
| **Total Receipts** | 12825.20 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 0 | |
| Rental Payment(s) | 0 | |
| Other Secured Note Payments | 0 | |
| Utilities | 1556.08 | |
| Insurance | 1280.99 | |
| Auto Expense | 1118.63 | |
| Lease Payments | 0 | |
| IRA Contributions | 0 | |
| Repairs and Maintenance | 2735.39 | |
| Medical Expenses | 318.11 | |
| Household Expenses | 2595.24 | |
| Charitable Contributions | 17.65 | |
| Alimony and Child Support Payments | 0 | |
| Taxes - Real Estate | 1062.13 | |
| Taxes - Personal Property | 0 | |
| Taxes - Other (attach schedule) | 300.00 | |
| Travel and Entertainment | 338.067 | |
| Gifts | 422.67 | |
| Other (attach schedule) | 84.00 | |
| **Total Ordinary Disbursements** | 11828.85 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 750.00 | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | 750.00 | |
| **Total Disbursements (Ordinary + Reorganization)** | 12578.85 | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 246.35 | |
| **Cash - End of Month (Must equal reconciled bank** | 5648.87 | |

FORM MOR-1 (INDV)

In Re: Andrew F. Kuzy, and        : Bankruptcy Case No.: 18-21728-CMB
   Colleen A. Kuzy,          :
            : Chapter 11
   Debtors.                  :                                    (9/99)

Reporting Period:_____

**INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet**

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Range Resources | 117.87 | |
| Schmalz | 6250 | |
| Return from vendor | 74.62 | |
| | | |
| | 6442.49 | |
| **Other Taxes** | | |
| | | |
| Tax Escrow | 300.00 | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Bank Correction 17.00 | 84.00 | |
| PA Board of Probation & Parole | 10.00 | |
| Washington County Clerk of Courts | 50 | |
| | | |
| | 84.00 | |
| **Other Reorganization Expenses** | | |
| Brian Thompson | 750 | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

In Re: Andrew F. Kuzy, and              :       Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy,                        :
                                        :       Chapter 11
Debtors.                                :
                                                Reporting Period:_____

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Form16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| FICA-Employee |  |  |  |  |  |  |
| FICA-Employer |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Federal Taxes |  |  |  |  |  |  |
| State and Local |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| Sales |  |  |  |  |  |  |
| Excise |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Real Property |  |  |  |  |  |  |
| Personal Property |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total State and Local |  |  |  |  |  |  |
| Total Taxes |  |  |  |  |  |  |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable |  |  |  |  |  |  |
| Wages-Payable |  |  |  |  |  |  |
| Taxes Payable |  |  |  |  |  |  |
| Rent/Leases-Building |  |  |  |  |  |  |
| Rent/Leases- Equipment |  |  |  |  |  |  |
| Secured Debt/Adequate Protection |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Amounts Due to Insiders" |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Postpetition Debts |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.
_____
_____

*"Insider is defined in 11 U.S.C. Section 101(31)                                    FORM MOR-4

(9/99)

In Re: Andrew F. Kuzy, and  : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy,  :
  : Chapter 11
Debtors.  :

Reporting Period:_____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| − Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

_____
_____
_____
_____
_____
_____
_____

FORM MOR-5
(9/99)

**First National Bank**

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 05/31/2019**

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 1 of 10

ADDRESS SERVICE REQUESTED

>004458 3023557 0001 092543 20Z

ANDREW F. KUZY, DEBTOR IN POSSESSION
COLLEEN A. KUZY, DEBTOR IN POSSESSION
JACQUELINE SCHMALZ
531 WARRICK DR
WASHINGTON PA 15301-9513

### Managing Your Accounts

 Online — www.fnb-online.com
 By Phone — 1 800-555-5455
By Mail — 4140 E. State Street, Hermitage, PA 16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | | $5,648.87 |

## FREE SMALL BUSINESS CHECKING -

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 05/01/2019 | Balance Last Statement | $6,402.62 | Minimum Balance | $3,661.41 |
| | 10 Credit(s) This Period | $12,825.20 | Average Ledger Balance | $5,720.14 |
| | 201 Debit(s) This Period | $13,578.95 | Average Available Balance | $5,602.24 |
| 05/31/2019 | Balance This Statement | $5,648.87 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/01/2019 | Balance Last Statement | | | $6,402.62 |
| 05/01/2019 | CHECK # 1128 | $550.00 | | $5,852.62 |
| 05/01/2019 | CHECK # 1127 | $133.20 | | $5,719.42 |
| 05/01/2019 | 949166 PIN PUR 05/01 13:50 KOHLS 1022 353 W WASHINGTON PA 99999999 94916~5311 | $106.84 | | $5,612.58 |
| 05/01/2019 | 50751 POS PUR 04/30 12:01 SAMS CLUB #6251 WASHINGTON PA 13850751 050751~5300 | $28.48 | | $5,584.10 |
| 05/01/2019 | 18479 POS PUR 04/30 21:36 FIREHOUSE SUBS # WASHINGTON PA LK652345 01847~5814 | $22.96 | | $5,561.14 |
| 05/01/2019 | 0140 POS PUR 04/30 23:14 DAIRY QUEEN #154 WASHINGTON PA 00009383 00014~5814 | $7.41 | | $5,553.73 |
| 05/01/2019 | 0024 POS PUR 04/30 21:57 RITA'S 316 - STO WASHINGTON PA 00003972 00002~5814 | $6.70 | | $5,547.03 |
| 05/01/2019 | 18480 POS PUR 04/30 21:43 FIREHOUSE SUBS # WASHINGTON PA LK652345 01848~5814 | $1.16 | | $5,545.87 |
| 05/02/2019 | 189814 PIN PUR 05/02 09:45 RITE AID STORE - PITTSBURGH PA 001 189814 ~5912 | $48.07 | | $5,497.80 |
| 05/02/2019 | 302107 POS PUR 05/02 17:17 Wal-Mart Super C WASHINGTON PA 17390050 91227~5411 | $40.88 | | $5,456.92 |
| 05/02/2019 | 672465 POS PUR 05/02 14:29 SHELL SERVICE ST PITTSBURGH PA 05237201 67246~5542 | $35.13 | | $5,421.79 |


Member FDIC
EQUAL HOUSING LENDER

**First National Bank**
4140 E. State Street
Hermitage, PA 16148

Statement Ending 05/31/2019
ANDREW F. KUZY, DEBTOR IN
Primary Account Number:
Page 3 of 10

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/02/2019 | 13521 POS PUR 05/01 12:07 KOHL'S #1022 WASHINTON PA 13113521 013521 ~5311 | $33.92 | | $5,387.87 |
| 05/02/2019 | 92543 POS PUR 05/02 03:21 POOLCENTER.COM,I 877-766-5287 VA 00000000 092~5996 | $16.84 | | $5,371.03 |
| 05/02/2019 | 80056 POS PUR 05/01 07:35 SARRIS CANDIES CANONSBURG PA 09227357 080056 ~5999 | $14.85 | | $5,356.18 |
| 05/02/2019 | 15821 POS PUR 05/01 16:16 JEFFREYS DRUG ST CANONSBURG PA 29235480 01582~5912 | $11.39 | | $5,344.79 |
| 05/02/2019 | 7122 POS PUR 05/01 18:31 MCDONALD'S F1153 WASHINGTON PA 1 007122 ~5814 | $4.02 | | $5,340.77 |
| 05/02/2019 | 0033 POS PUR 05/01 19:58 LJS #70014 CARNEGIE PA 00003700 000033 ~5814 | $2.56 | | $5,338.21 |
| 05/03/2019 | 50935 RETURN 05/03 15:33 MACY'S 621 PITTSBURGH PA D6210037 003190 ~5311 | | $74.62 | $5,412.83 |
| 05/03/2019 | PP596SALANDRA FU PAYROLL | | $1,232.39 | $6,645.22 |
| 05/03/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $6,585.22 |
| 05/03/2019 | CHECK # 1125 | $50.00 | | $6,535.22 |
| 05/03/2019 | CHECK # 1126 | $16.18 | | $6,519.04 |
| 05/03/2019 | 4219 POS PUR 05/02 03:13 MCDONALD'S F4939 PITTSBURGH PA 1 004219 ~5814 | $8.43 | | $6,510.61 |
| 05/06/2019 | DEPOSIT | | $1,193.88 | $7,704.49 |
| 05/06/2019 | 54652 POS PUR 05/05 10:39 SAMS CLUB #6251 WASHINGTON PA 62510093 825812~5300 | $196.16 | | $7,508.33 |
| 05/06/2019 | 949242 PIN PUR 05/06 06:59 WAL-MART #1739 WASHINGTON PA 24173901 949242 ~5411 | $104.99 | | $7,403.34 |
| 05/06/2019 | 0010 POS PUR 05/04 23:41 MAGNOLIA NAILS S CANNONSBURG PA 00003369 0000~7230 | $96.00 | | $7,307.34 |
| 05/06/2019 | 31144 POS PUR 05/03 14:27 CAPSTONE GRILL 724-2831878 PA 75270338 031144~5812 | $72.76 | | $7,234.58 |
| 05/06/2019 | 887612 POS PUR 05/05 11:00 WAL-MART #1739 WASHINGTON PA 17390051 9125683~5411 | $62.84 | | $7,171.74 |
| 05/06/2019 | 20036 POS PUR 05/04 10:51 ICHIBAN STEAKHOU WASHINGTON PA 00A02867 02003~5812 | $55.80 | | $7,115.94 |
| 05/06/2019 | 17055 PIN PUR 05/04 16:05 MICHAELS STORES WASHINGTON PA 002 91240001705~5970 | $37.45 | | $7,078.49 |
| 05/06/2019 | 742066 POS PUR 05/04 11:21 SPEEDWAY 02915 7 WASHINGTON PA LK469805 74206~5542 | $33.93 | | $7,044.56 |
| 05/06/2019 | 40356 POS PUR 05/04 09:24 KINGS FAMILY RES CANONSBURG PA 01400705 04035~5812 | $29.07 | | $7,015.49 |
| 05/06/2019 | 0131 POS PUR 05/05 02:45 DAIRY QUEEN #154 WASHINGTON PA 00009383 00013~5814 | $28.05 | | $6,987.44 |
| 05/06/2019 | 92341 POS PUR 05/04 17:07 LOWES #00671* WASHINGTON PA 00000000 092341 ~5200 | $21.85 | | $6,965.59 |
| 05/06/2019 | 75905 POS PUR 05/03 00:43 BOB EVANS REST # WASHINGTON PA 72375905 07590~5812 | $19.10 | | $6,946.49 |
| 05/06/2019 | 0012 POS PUR 05/05 14:41 DICARLOS PIZZA WASHINGTON PA 00000678 000012 ~5814 | $14.84 | | $6,931.65 |
| 05/06/2019 | 170997 POS PUR 05/04 20:21 Wal-Mart Super C WASHINGTON PA 17390044 91257~5411 | $12.73 | | $6,918.92 |
| 05/06/2019 | 15977 POS PUR 05/05 12:48 WM SUPERCENTER # WASHINGTON PA 17390046 05786~5411 | $10.26 | | $6,908.66 |
| 05/06/2019 | 48702 POS PUR 05/05 10:26 MCDONALD'S F1153 WASHINGTON PA 1 048702 ~5814 | $8.68 | | $6,899.98 |

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/06/2019 | 551707 POS PUR 05/06 07:20 Wal-Mart Super C WASHINGTON PA 17390013 91267~5411 | $8.47 | | $6,891.51 |
| 05/06/2019 | 52497 POS PUR 05/03 09:37 LOWES #00671* WASHINGTON PA 00000000 052497 ~5200 | $3.90 | | $6,887.61 |
| 05/07/2019 | 61885 POS PUR 05/06 14:01 WALMART GROCERY 800-966-6546 AR 00000000 0618~5411 | $262.32 | | $6,625.29 |
| 05/07/2019 | 50894 POS PUR 05/06 12:56 EAT_N_PARK #0055 WASHINGTON PA 43450894 05089~5812 | $30.01 | | $6,595.28 |
| 05/07/2019 | 78962 POS PUR 05/06 14:36 WALMART GROCERY 800-966-6546 AR 00000000 0789~5411 | $11.60 | | $6,583.68 |
| 05/07/2019 | 82640 POS PUR 05/06 21:29 JEFFREYS DRUG ST CANONSBURG PA 29235480 08264~5912 | $9.34 | | $6,574.34 |
| 05/07/2019 | 61034 POS PUR 05/06 16:54 SUBWAY 00 CANONSBURG PA 001 061034 ~5814 | $5.81 | | $6,568.53 |
| 05/07/2019 | 15713 POS PUR 05/06 13:42 LOWES #00671* WASHINGTON PA 00000000 015713 ~5200 | $4.92 | | $6,563.61 |
| 05/08/2019 | 71494 POS PUR 05/08 21:07 WWW.TORRID.COM 866-867-7431 CA 00000000 07149~5691 | $134.08 | | $6,429.53 |
| 05/08/2019 | 5743 PIN PUR 05/08 07:30 WM SUPERCENTER # WASHINGTON PA 17390027 12339~5411 | $71.70 | | $6,357.83 |
| 05/08/2019 | 63924 POS PUR 05/07 05:49 DOORDASH* FIVE GU STRIPE.COM CA 00000000 06392~5812 | $51.54 | | $6,306.29 |
| 05/08/2019 | 33791 POS PUR 05/08 16:29 SAMS CLUB #6251 WASHINGTON PA 62510088 473395~5542 | $25.00 | | $6,281.29 |
| 05/08/2019 | 54324 POS PUR 05/07 20:22 WENDY'S 413 WASHINGTON PA 65693009 754013 ~5814 | $10.99 | | $6,270.30 |
| 05/09/2019 | 97086 POS PUR 05/08 21:57 CULTURAL DISTRIC 412-456-6666 PA 00000000 097~7922 | $162.00 | | $6,108.30 |
| 05/09/2019 | 92017 POS PUR 05/08 01:17 LOWES #00671* WASHINGTON PA 00000000 092017 ~5200 | $82.58 | | $6,025.72 |
| 05/09/2019 | 357834 PIN PUR 05/09 12:45 TARGET T-1216 33 Washington PA 99999999 35783~5310 | $80.16 | | $5,945.56 |
| 05/09/2019 | 43709 POS PUR 05/09 02:03 POOLCENTER.COM,I 877-766-5287 VA 00000000 043~5996 | $39.98 | | $5,905.58 |
| 05/09/2019 | 23067 POS PUR 05/08 12:07 EAT_N_PARK #0022 MCMURRAY PA 55523067 023067 ~5812 | $27.82 | | $5,877.76 |
| 05/09/2019 | 61808 POS PUR 05/09 07:24 WM SUPERCENTER # WASHINGTON PA 17390013 65856~5411 | $11.83 | | $5,865.93 |
| 05/09/2019 | 901871 PIN PUR 05/09 11:50 USPS PO 41115205 CANONSBURG PA 99999999 90187~9402 | $11.00 | | $5,854.93 |
| 05/09/2019 | 93366 POS PUR 05/08 00:46 MCDONALD'S F5916 MC MURRAY PA 1 093366 ~5814 | $5.93 | | $5,849.00 |
| 05/10/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $5,789.00 |
| 05/10/2019 | 24001 PIN PUR 05/10 13:04 TARGET T-2787 20 Upper St.Clai PA 99999999 02~5310 | $91.56 | | $5,697.44 |
| 05/10/2019 | 40365 PIN PUR 05/10 12:20 MACY'S 621 PITTSBURGH PA D6210051 004554 ~5311 | $54.38 | | $5,643.06 |
| 05/10/2019 | 64630 POS PUR 05/10 07:29 WM SUPERCENTER # WASHINGTON PA 17390013 15819~5411 | $50.00 | | $5,593.06 |
| 05/10/2019 | 1758 POS PUR 05/10 17:41 WM SUPERCENTER # WASHINGTON PA 17390049 26877~5411 | $45.78 | | $5,547.28 |
| 05/10/2019 | 444732 PIN PUR 05/10 11:28 SAMSCLUB #6251 WASHINGTON PA 24625101 444732 ~5411 | $34.98 | | $5,512.30 |
| 05/10/2019 | 142911 PIN PUR 05/10 11:18 SALLY BEAUTY #30 WASHINGTON PA 99999999 14291~5977 | $22.20 | | $5,490.10 |
| 05/10/2019 | 510842 PIN PUR 05/10 15:07 DEALS 60 TRINITY WASHINGTON PA 99999999 51084~5331 | $16.96 | | $5,473.14 |

**First National Bank**
4140 E. State Street
Hermitage, PA 16148

*Statement Ending 05/31/2019*
ANDREW F. KUZY, DEBTOR IN
Primary Account Number.
Page 5 of 10

## FREE SMALL BUSINESS CHECKING - continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/10/2019 | 64782 POS PUR 05/09 20:31 MCDONALD'S F2383 WASHINGTON PA 1 064782 ~5814 | $6.99 | | $5,466.15 |
| 05/10/2019 | 64707 POS PUR 05/09 19:35 MCDONALD'S F2383 WASHINGTON PA 1 064707 ~5814 | $5.30 | | $5,460.85 |
| 05/10/2019 | 20008 POS PUR 05/09 17:53 WHS FAMILY MEDIC WASHINGTON PA 74902060 02000~8099 | $5.00 | | $5,455.85 |
| 05/10/2019 | 60149 POS PUR 05/09 19:11 JEFFREYS DRUG ST CANONSBURG PA 29235480 06014~5912 | $3.10 | | $5,452.75 |
| 05/13/2019 | DEPOSIT | | $1,250.00 | $6,702.75 |
| 05/13/2019 | CHECK # 1131 | $198.39 | | $6,504.36 |
| 05/13/2019 | 15797 POS PUR 05/10 21:02 AVENUE #260 00 BETHEL PARK PA 02 015797 ~5621 | $112.50 | | $6,391.86 |
| 05/13/2019 | CHECK # 1132 | $109.82 | | $6,282.04 |
| 05/13/2019 | 80836 POS PUR 05/11 09:51 OAKMONT BAKERY OAKMONT PA 01104971 080836 ~5462 | $109.15 | | $6,172.89 |
| 05/13/2019 | 4496 PIN PUR 05/11 16:36 WM SUPERCENTER # WASHINGTON PA 17390056 03607~5411 | $96.45 | | $6,076.44 |
| 05/13/2019 | 30035 POS PUR 05/10 19:29 SARRIS CANDIES CANONSBURG PA 03226429 030035 ~5999 | $42.84 | | $6,033.60 |
| 05/13/2019 | 28951 POS PUR 05/11 12:56 SPEEDWAY 02915 7 WASHINGTON PA LK469805 02895~5542 | $27.21 | | $6,006.39 |
| 05/13/2019 | 62702 POS PUR 05/11 03:13 0586 GREAT CLIPS WASHINGTON PA 02042709 06270~7230 | $27.00 | | $5,979.39 |
| 05/13/2019 | 44897 POS PUR 05/11 11:40 WENDY'S 413 WASHINGTON PA 65693009 629459 ~5814 | $26.93 | | $5,952.46 |
| 05/13/2019 | 11989 POS PUR 05/12 19:45 MCDONALD'S F2383 WASHINGTON PA 1 011989 ~5814 | $16.48 | | $5,935.98 |
| 05/13/2019 | 4115 POS PUR 05/10 05:58 SUBWAY 00 CANONSBURG PA 001 004115 ~5814 | $7.93 | | $5,928.05 |
| 05/14/2019 | CHECK # 1133 | $275.44 | | $5,652.61 |
| 05/14/2019 | 50794 PIN PUR 05/14 16:26 WM SUPERCENTER # WASHINGTON PA 17390044 53399~5411 | $75.55 | | $5,577.06 |
| 05/14/2019 | 254723 POS PUR 05/14 05:36 Wal-Mart Super C WASHINGTON PA 17390013 91345~5411 | $16.62 | | $5,560.44 |
| 05/14/2019 | 373934 PIN PUR 05/14 11:19 SHEETZ 0245 ERIE PA 08108601 373934 ~5541 | $13.27 | | $5,547.17 |
| 05/14/2019 | 31187 POS PUR 05/13 14:54 MCDONALD'S F5834 PITTSBURGH PA 1 031187 ~5814 | $8.44 | | $5,538.73 |
| 05/15/2019 | SSA TREAS 310 XXSOC SEC XXXXX9149A SSA | | $2,366.00 | $7,904.73 |
| 05/15/2019 | CHECK # 1129 | $315.00 | | $7,589.73 |
| 05/15/2019 | 630616 PIN PUR 05/15 11:18 TARGET T-1216 33 Washington PA 99999999 63061~5310 | $143.41 | | $7,446.32 |
| 05/15/2019 | CHECK # 1134 | $135.83 | | $7,310.49 |
| 05/15/2019 | 238853 PIN PUR 05/15 14:30 TARGET T-2201 48 Pittsburgh PA 99999999 23885~5411 | $48.95 | | $7,261.54 |
| 05/15/2019 | 24738 POS PUR 05/14 06:23 SHEETZ 00 ERIE PA 010 024738 ~5542 | $27.76 | | $7,233.78 |
| 05/15/2019 | 87545 POS PUR 05/14 03:20 MCDONALD'S F2383 WASHINGTON PA 1 087545 ~5814 | $27.56 | | $7,206.22 |
| 05/15/2019 | 87370 POS PUR 05/14 03:40 MCDONALD'S F2383 WASHINGTON PA 1 087370 ~5814 | $7.09 | | $7,199.13 |
| 05/16/2019 | Charge Back Item Check 2038 | $1,250.00 | | $5,949.13 |
| 05/16/2019 | CHECK # 1135 | $250.00 | | $5,699.13 |

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/16/2019 | CHECK # 1130 | $200.00 | | $5,499.13 |
| 05/16/2019 | 73182 POS PUR 05/16 19:37 VZWRLSS* IVR VE 800-922-0204 FL 00000000 07318~4814 | $184.11 | | $5,315.02 |
| 05/16/2019 | 0575 POS PUR 05/15 16:43 WIRELESS ZONE #6 WASHINGTON PA 00000000 00057~4812 | $82.08 | | $5,232.94 |
| 05/16/2019 | 129929 PIN PUR 05/16 12:15 KOHLS 1022 353 W WASHINGTON PA 99999999 12992~5311 | $75.63 | | $5,157.31 |
| 05/16/2019 | CHECK # 1136 | $50.00 | | $5,107.31 |
| 05/16/2019 | 0001 POS PUR 05/15 10:53 CHEESECAKE 122 O olo.com PA 00004892 000001 ~5812 | $49.57 | | $5,057.74 |
| 05/16/2019 | 87949 POS PUR 05/15 20:42 WALMART GROCERY 800-966-6546 AR 00000000 0879~5411 | $41.90 | | $5,015.84 |
| 05/16/2019 | 73475 POS PUR 05/15 15:51 MCDONALD'S F1153 WASHINGTON PA 1 073475 ~5814 | $3.59 | | $5,012.25 |
| 05/16/2019 | Return Deposit/Cash Item Fee | $12.00 | | $5,000.25 |
| 05/17/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $4,940.25 |
| 05/17/2019 | 0006 POS PUR 05/16 05:15 PIZZA HUT 033969 https://ipcha PA 00003012 00~5812 | $53.72 | | $4,886.53 |
| 05/17/2019 | 37394 PIN PUR 05/17 16:39 SKECHERS-USA #18 WASHINGTON PA 00314007 03739~5661 | $31.74 | | $4,854.79 |
| 05/17/2019 | 72811 POS PUR 05/16 07:27 BP#9351941RUFF C WASHINGTON PA 9351001 072811~5542 | $28.84 | | $4,825.95 |
| 05/17/2019 | 40002 POS PUR 05/15 06:11 IMPERIAL CLEANER WASHINGTON PA 73228270 04000~7216 | $27.50 | | $4,798.45 |
| 05/17/2019 | 83561 POS PUR 05/17 05:04 AMZN MKTP US* MN1 AMZN.COM/BILL WA 00000000 08~5942 | $14.82 | | $4,783.63 |
| 05/17/2019 | CHECK # 1137 | $10.00 | | $4,773.63 |
| 05/20/2019 | DEPOSIT | | $2,211.30 | $6,984.93 |
| 05/20/2019 | CHECK # 1138 | $275.44 | | $6,709.49 |
| 05/20/2019 | 57342 POS PUR 05/18 15:57 LOWES #00671* WASHINGTON PA 00000000 057342 ~5200 | $106.55 | | $6,602.94 |
| 05/20/2019 | 83892 POS PUR 05/19 12:23 DOORDASH* BIG SHO STRIPE.COM CA 00000000 08389~5812 | $82.41 | | $6,520.53 |
| 05/20/2019 | 20024 POS PUR 05/18 00:39 ICHIBAN STEAKHOU WASHINGTON PA 00A02867 02002~5812 | $76.10 | | $6,444.43 |
| 05/20/2019 | 9867 POS PUR 05/17 00:14 AMAZON.COM* MN5OW AMZN.COM/BILL WA 00000000 00~5942 | $62.17 | | $6,382.26 |
| 05/20/2019 | 12383 POS PUR 05/20 16:31 WM SUPERCENTER # WASHINGTON PA 17390045 16925~5411 | $37.30 | | $6,344.96 |
| 05/20/2019 | 31650 POS PUR 05/19 10:34 JOHN CARROLL UNI UNIVERSITY HE OH 00000000 03~5942 | $25.92 | | $6,319.04 |
| 05/20/2019 | 309227 PIN PUR 05/18 14:38 FIVE BELOW 197 8 WASHINGTON PA 99999999 30922~5331 | $25.79 | | $6,293.25 |
| 05/20/2019 | 45184 POS PUR 05/17 13:00 ALL STAR SPORTS 724-2831878 PA 75155229 04518~5812 | $25.41 | | $6,267.84 |
| 05/20/2019 | 67348 POS PUR 05/19 09:34 SPEEDWAY 02915 7 WASHINGTON PA LK469805 06734~5542 | $17.79 | | $6,250.05 |
| 05/20/2019 | 51604 POS PUR 05/18 18:46 SPEEDWAY 02915 7 WASHINGTON PA LK469805 05160~5542 | $14.85 | | $6,235.20 |
| 05/20/2019 | 8369 RECURRING 05/17 17:14 Amazon Prime Amzn.com/bill WA 00000000 008369~5968 | $13.77 | | $6,221.43 |
| 05/20/2019 | 0011 POS PUR 05/19 10:50 DICARLOS PIZZA WASHINGTON PA 00000678 000011 ~5814 | $11.66 | | $6,209.77 |
| 05/20/2019 | 56514 POS PUR 05/20 08:45 BURGER KING #155 WASHINGTON PA 09674700 91402~5814 | $9.61 | | $6,200.16 |

First National Bank
4140 E. State Street
Hermitage, PA 16148

Statement Ending 05/31/2019
ANDREW F. KUZY, DEBTOR IN
Primary Account Number:
Page 7 of 10

## FREE SMALL BUSINESS CHECKING - (continued)

Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/20/2019 | 35939 POS PUR 05/19 01:21 MCDONALD'S F2670 MANTUA OH 1 035939 ~5814 | $9.37 | | $6,190.79 |
| 05/20/2019 | 0004 POS PUR 05/19 19:15 7-002- GATEWAY MIDDLETOWN PA 08809088 000004 ~4784 | $7.90 | | $6,182.89 |
| 05/20/2019 | 60077 POS PUR 05/19 22:13 OHIO TURNPIKE BEREA OH 78034846 060077 ~4784 | $5.00 | | $6,177.89 |
| 05/20/2019 | 90042 POS PUR 05/19 17:44 OHIO TURNPIKE BEREA OH 78034931 090042 ~4784 | $4.25 | | $6,173.64 |
| 05/20/2019 | 121322 POS PUR 05/20 16:40 Wal-Mart Super C WASHINGTON PA 17390048 91406~5411 | $4.16 | | $6,169.48 |
| 05/20/2019 | 715938 PIN PUR 05/20 10:30 USPS PO 41115205 CANONSBURG PA 99999999 71593~9402 | $1.55 | | $6,167.93 |
| 05/21/2019 | CHECK # 1140 | $250.00 | | $5,917.93 |
| 05/21/2019 | 81461 POS PUR 05/20 19:10 BP#9351941RUFF C WASHINGTON PA 9351001 081461~5542 | $26.50 | | $5,891.43 |
| 05/21/2019 | 260654 POS PUR 05/21 07:22 Wal-Mart Super C WASHINGTON PA 17390048 91419~5411 | $19.66 | | $5,871.77 |
| 05/21/2019 | 43310 POS PUR 05/20 02:26 MCDONALD'S F1153 WASHINGTON PA 1 043310 ~5814 | $11.62 | | $5,860.15 |
| 05/21/2019 | 474187 PIN PUR 05/21 09:35 SHELL SERVICE ST ERIE PA 04756901 474187 ~5541 | $4.29 | | $5,855.86 |
| 05/22/2019 | 596627 POS PUR 05/22 11:25 SPEEDWAY 02915 7 WASHINGTON PA LK469805 59662~5542 | $35.50 | | $5,820.36 |
| 05/22/2019 | 83098 POS PUR 05/21 18:51 BP#9351941RUFF C WASHINGTON PA 9351001 083098~5542 | $25.00 | | $5,795.36 |
| 05/22/2019 | 640215 POS PUR 05/22 16:25 Wal-Mart Super C WASHINGTON PA 17390046 91420~5411 | $21.01 | | $5,774.35 |
| 05/22/2019 | 0093 POS PUR 05/21 12:44 BURGER KING #545 ERIE PA 00006046 000093 ~5814 | $6.22 | | $5,768.13 |
| 05/23/2019 | Charge Back Item Check 2040 | $900.00 | | $4,868.13 |
| 05/23/2019 | 30109 POS PUR 05/22 02:41 GRUBHUBHOWLEE GRUBHUB.COM NY 00000000 030109 ~5812 | $40.81 | | $4,827.32 |
| 05/23/2019 | 18494 POS PUR 05/22 19:31 WENDY'S 413 WASHINGTON PA 65693009 861222 ~5814 | $31.17 | | $4,796.15 |
| 05/23/2019 | 596475 POS PUR 05/23 08:37 SPEEDWAY 02915 7 WASHINGTON PA LK469805 59647~5542 | $26.85 | | $4,769.30 |
| 05/23/2019 | 79785 POS PUR 05/22 05:11 SPEEDWAY 02915 7 WASHINGTON PA LK469805 07978~5542 | $17.68 | | $4,751.62 |
| 05/23/2019 | 24196 POS PUR 05/22 23:29 WASHINGTON LASER WASHINGTON PA 002 024196 ~7542 | $12.00 | | $4,739.62 |
| 05/23/2019 | 39009 POS PUR 05/22 13:03 STARBUCKS STORE WASHINGTON TO PA 00000000 039~5814 | $9.22 | | $4,730.40 |
| 05/23/2019 | 43866 POS PUR 05/22 19:01 MCDONALD'S F1153 WASHINGTON PA 1 043866 ~5814 | $6.03 | | $4,724.37 |
| 05/23/2019 | Return Deposit/Cash Item Fee | $12.00 | | $4,712.37 |
| 05/24/2019 | DEPOSIT | | $2,100.00 | $6,812.37 |
| 05/24/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $6,752.37 |
| 05/24/2019 | 79740 PIN PUR 05/23 19:16 Wal-Mart Super C WASHINGTON PA 17390044 91433~5411 | $80.03 | | $6,672.34 |
| 05/24/2019 | 95881 POS PUR 05/23 01:42 LOWES #00671* WASHINGTON PA 00000000 095881 ~5200 | $40.71 | | $6,631.63 |
| 05/24/2019 | 0209 POS PUR 05/23 19:41 DAIRY QUEEN #154 WASHINGTON PA 00009383 00020~5814 | $15.84 | | $6,615.79 |

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/24/2019 | 0023 POS PUR 05/23 22:03 RITA'S 316 - STO WASHINGTON PA 00003972 00002~5814 | $7.10 | | $6,608.69 |
| 05/24/2019 | 43036 POS PUR 05/23 18:41 MCDONALD'S F4939 PITTSBURGH PA 1 043036 ~5814 | $2.76 | | $6,605.93 |
| 05/28/2019 | CHECK # 1 | $1,062.12 | | $5,543.81 |
| 05/28/2019 | 844522 PIN PUR 05/26 13:41 TARGET T-1216 33 Washington PA 99999999 84452~5310 | $155.53 | | $5,388.28 |
| 05/28/2019 | 17730 POS PUR 05/26 08:39 EXPEDIA 74377592 EXPEDIA.COM WA 00000000 0177~4722 | $133.51 | | $5,254.77 |
| 05/28/2019 | CHECK # 1139 | $116.60 | | $5,138.17 |
| 05/28/2019 | 388464 PIN PUR 05/25 18:21 SAMSCLUB #6251 WASHINGTON PA 24625101 388464 ~5411 | $106.13 | | $5,032.04 |
| 05/28/2019 | 34908 POS PUR 05/26 08:59 WM SUPERCENTER # WASHINGTON PA 17390048 86864~5411 | $97.22 | | $4,934.82 |
| 05/28/2019 | 33955 POS PUR 05/25 19:31 LOWES #00671* WASHINGTON PA 00000000 033955 ~5200 | $86.42 | | $4,848.40 |
| 05/28/2019 | 435915 PIN PUR 05/26 10:22 WAL-MART #1739 WASHINGTON PA 24173901 435915 ~5411 | $73.80 | | $4,774.60 |
| 05/28/2019 | 331353 PIN PUR 05/26 13:40 TARGET T-1216 33 Washington PA 99999999 33135~5310 | $60.76 | | $4,713.84 |
| 05/28/2019 | 37940 POS PUR 05/24 20:31 LOWES #00671* WASHINGTON PA 00000000 037940 ~5200 | $39.98 | | $4,673.86 |
| 05/28/2019 | 44319 POS PUR 05/25 09:01 FOUR STAR PIZZA WASHINGTON PA 00000000 044319~5812 | $36.43 | | $4,637.43 |
| 05/28/2019 | 0148 POS PUR 05/26 06:46 ARBYS 7648 WASHINGTON PA 00005577 000148 ~5814 | $35.12 | | $4,602.31 |
| 05/28/2019 | 274793 POS PUR 05/27 08:17 Wal-Mart Super C WASHINGTON PA 17390026 91474~5411 | $34.72 | | $4,567.59 |
| 05/28/2019 | 712980 POS PUR 05/27 15:06 THE BEAU MART WASHINGTON PA 08990687 91477076~5499 | $24.50 | | $4,543.09 |
| 05/28/2019 | 10090 POS PUR 05/24 01:39 SARRIS CANDIES CANONSBURG PA 09227357 010090 ~5999 | $18.80 | | $4,524.29 |
| 05/28/2019 | 64396 POS PUR 05/24 21:51 MCDONALD'S F2383 WASHINGTON PA 1 064396 ~5814 | $16.38 | | $4,507.91 |
| 05/28/2019 | 339966 PIN PUR 05/28 14:25 RITE AID STORE - WEXFORD PA 001 339966 ~5912 | $15.98 | | $4,491.93 |
| 05/28/2019 | 278078 POS PUR 05/28 16:32 WAL-MART #1739 WASHINGTON PA 24173901 278078 ~5411 | $14.64 | | $4,477.29 |
| 05/28/2019 | 95604 POS PUR 05/27 04:54 SCENTBOX.COM 866-274-4123 CA 00000000 095604 ~5964 | $12.97 | | $4,464.32 |
| 05/28/2019 | 68013 POS PUR 05/24 10:24 SPEEDWAY 02915 7 WASHINGTON PA LK469805 06801~5542 | $12.97 | | $4,451.35 |
| 05/28/2019 | 0015 POS PUR 05/23 14:55 BURGER KING #155 WASHINGTON PA 00004700 00001~5814 | $8.87 | | $4,442.48 |
| 05/28/2019 | 40177 POS PUR 05/25 10:06 CHICK-FIL-A #032 WASHINGTON PA 1 040177 ~5814 | $8.30 | | $4,434.18 |
| 05/28/2019 | 541638 POS PUR 05/27 09:28 WAL-MART #1739 WASHINGTON PA 24173901 541638 ~5411 | $6.56 | | $4,427.62 |
| 05/28/2019 | 71710 POS PUR 05/26 17:39 LOWES #00671* WASHINGTON PA 00000000 071710 ~5200 | $5.17 | | $4,422.45 |
| 05/28/2019 | 17538 POS PUR 05/25 02:19 MCDONALD'S F1153 WASHINGTON PA 1 017538 ~5814 | $4.64 | | $4,417.81 |
| 05/28/2019 | 681573 POS PUR 05/28 16:36 Wal-Mart Super C WASHINGTON PA 17390056 91488~5411 | $2.26 | | $4,415.55 |
| 05/29/2019 | 224712 POS PUR 05/29 14:20 BP#953385236188 PITTSBURGH PA 39080001 224712~5542 | $27.37 | | $4,388.18 |

**First National Bank**

4140 E. State Street
Hermitage, PA 16148

Statement Ending 05/31/2019

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 9 of 10

# FREE SMALL BUSINESS CHECKING - (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/29/2019 | 82383 POS PUR 05/29 20:13 MW * TRINITY AREA 724-223-2000 PA 26282383 082~8211 | $17.65 | | $4,370.53 |
| 05/29/2019 | 31050 POS PUR 05/28 17:38 MCDONALD'S F4865 CANONSBURG PA 1 031050 ~5814 | $11.38 | | $4,359.15 |
| 05/29/2019 | 95087 POS PUR 05/28 03:38 SPEEDWAY 02915 7 WASHINGTON PA LK469805 09508~5542 | $10.89 | | $4,348.26 |
| 05/29/2019 | 62506 POS PUR 05/28 18:03 MCDONALD'S F5834 PITTSBURGH PA 1 062506 ~5814 | $9.19 | | $4,339.07 |
| 05/30/2019 | FIRSTENERGY OPCO FE ECHECK 100090539717 | $470.00 | | $3,869.07 |
| 05/30/2019 | 899423 PIN PUR 05/30 14:35 TORRID #5601 ERIE PA 40913801 899423 ~5699 | $127.00 | | $3,742.07 |
| 05/30/2019 | 65556 POS PUR 05/28 02:22 FOUR STAR PIZZA WASHINGTON PA 00000000 065556~5812 | $45.57 | | $3,696.50 |
| 05/30/2019 | 4178 POS PUR 05/30 16:39 WM SUPERCENTER # WASHINGTON PA 17390048 55022~5411 | $15.92 | | $3,680.58 |
| 05/30/2019 | 0130 POS PUR 05/29 14:09 PANDA EXPRESS # PITTSBURGH PA 2913009 000130 ~5814 | $10.81 | | $3,669.77 |
| 05/30/2019 | 32006 POS PUR 05/29 11:56 PANERA BREAD #20 PITTSBURGH PA 00005808 03200~5812 | $8.36 | | $3,661.41 |
| 05/31/2019 | DEPOSIT | | $900.00 | $4,561.41 |
| 05/31/2019 | RANGE RESOURCES 05.19EFT 279995 | | $117.87 | $4,679.28 |
| 05/31/2019 | PP596SALANDRA FU PAYROLL | | $1,379.14 | $6,058.42 |
| 05/31/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $5,998.42 |
| 05/31/2019 | 39618 PIN PUR 05/31 17:01 WM SUPERCENTER # WASHINGTON PA 17390043 11367~5411 | $109.85 | | $5,888.57 |
| 05/31/2019 | 933729 PIN PUR 05/31 10:50 KOHLS 1022 353 W WASHINGTON PA 99999999 93372~5311 | $77.98 | | $5,810.59 |
| 05/31/2019 | 862678 PIN PUR 05/31 11:37 TARGET T-1216 33 Washington PA 99999999 86267~5310 | $61.19 | | $5,749.40 |
| 05/31/2019 | 32748 POS PUR 05/30 22:05 APPLEBEES - PEAC ERIE PA 00000000 032748 ~5812 | $41.64 | | $5,707.76 |
| 05/31/2019 | 65738 POS PUR 05/31 10:29 COUNTRY FAIR #73 ERIE PA 12 065738 ~5542 | $24.63 | | $5,683.13 |
| 05/31/2019 | 0186 POS PUR 05/30 20:32 ARBYS 7648 WASHINGTON PA 00005577 000186 ~5814 | $19.00 | | $5,664.13 |
| 05/31/2019 | 760917 PIN PUR 05/31 11:08 COUNTRY FAIR #73 ERIE PA 0044BS73 760917 ~5541 | $8.17 | | $5,655.96 |
| 05/31/2019 | 35953 POS PUR 05/30 06:36 MCDONALD'S F2383 WASHINGTON PA 1 035953 ~5814 | $7.09 | | $5,648.87 |
| 05/31/2019 | Balance This Statement | | | $5,648.87 |

## Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 05/28/2019 | $1,062.12 | 1130 | 05/16/2019 | $200.00 | 1136 | 05/16/2019 | $50.00 |
| 1125* | 05/03/2019 | $50.00 | 1131 | 05/13/2019 | $198.39 | 1137 | 05/17/2019 | $10.00 |
| 1126 | 05/03/2019 | $16.18 | 1132 | 05/13/2019 | $109.82 | 1138 | 05/20/2019 | $275.44 |
| 1127 | 05/01/2019 | $133.20 | 1133 | 05/14/2019 | $275.44 | 1139 | 05/28/2019 | $116.60 |
| 1128 | 05/01/2019 | $550.00 | 1134 | 05/15/2019 | $135.83 | 1140 | 05/21/2019 | $250.00 |
| 1129 | 05/15/2019 | $315.00 | 1135 | 05/16/2019 | $250.00 | | | |

* Indicates skipped check number

Andrew Kuz
531 Warrick Dr
Washington, PA 15301
Employee No. 22

| | |
|---|---|
| Pay Date | 04/26/19 |
| Period End | 05/11/2019 |
| Check No. | 21388 |
| Dept No. | 1000 |

| | This Pay | Year-To-Date |
|---|---|---|
| Earnings | 1632.00 | 15684.50 |
| Taxes | 320.70 | 3056.01 |
| Net Pay | 1311.30 | 12628.49 |

## Your Pay:

| Earnings | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 1632.00 | 14934.50 | 17.0000 | 96.00 | 878.50 |
| Removal | | 750.00 | | | |
| Total | 1632.00 | 15684.50 | | 96.00 | 878.50 |

| Taxes | This Pay | YTD |
|---|---|---|
| Social Security | 101.18 | 972.43 |
| Medicare | 23.66 | 227.41 |
| Federal Income Tax | 126.46 | 1188.34 |
| Pennsylvania | 50.10 | 481.53 |
| PA LST $52 | 2.00 | 20.00 |
| PA Employee Unemp. | 0.98 | 9.43 |
| S Strabane Twp. | 16.32 | 156.87 |
| Total | 320.70 | 3056.01 |

| Net Pay | This Pay | YTD |
|---|---|---|
| This Check | 1311.30 | 12628.49 |

## Other Information:

| Tax Status | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 1632.00 | 15684.50 | |
| Medicare | 1632.00 | 15684.50 | |
| Federal Income Tax | 1632.00 | 15684.50 | M / 0 |
| Pennsylvania | 1632.00 | 15684.50 | M / 0 |
| PA LST $52 | 1632.00 | 15684.50 | |
| PA Employee Unemp. | 1632.00 | 15684.50 | |
| S Strabane Twp. | 1632.00 | 15684.50 | M / 0 |

Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

PAPT    P596

Andrew Kuzy
531 Warrick Dr
Washington, PA 15301
Employee No. 22

| | | | |
|---|---|---|---|
| Period Begin | 04/14/2019 | | |
| Period End | 04/27/2019 | | |
| Voucher No. | | | |
| Dept No. | 1000 | | |

PAYROLL

| | This Pay | Year-To-Date |
|---|---|---|
| Earnings | 1528.50 | 14052.50 |
| Taxes | 296.11 | 2735.31 |
| Net Pay | 1232.39 | 11317.19 |

## Your Pay:

| Earnings | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 1453.50 | 13302.50 | 17.0000 | 85.50 | 782.50 |
| Removal | 75.00 | 750.00 | | | |
| Total | 1528.50 | 14052.50 | | 85.50 | 782.50 |

| Taxes | This Pay | YTD |
|---|---|---|
| Social Security | 94.77 | 871.25 |
| Medicare | 22.16 | 203.75 |
| Federal Income Tax | 114.04 | 1061.88 |
| Pennsylvania | 46.93 | 431.43 |
| PA LST $52 | 2.00 | 18.00 |
| PA Employee Unemp. | 0.92 | 8.45 |
| S Strabane Twp. | 15.29 | 140.55 |
| Total | 296.11 | 2735.31 |

| Net Pay | This Pay | YTD | Account Number |
|---|---|---|---|
| This Check | 1232.39 | 11317.19 | |

## Other Information:

| Tax Status | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 1528.50 | 14052.50 | |
| Medicare | 1528.50 | 14052.50 | |
| Federal Income Tax | 1528.50 | 14052.50 | M / 0 |
| Pennsylvania | 1528.50 | 14052.50 | M / 0 |
| PA LST $52 | 1528.50 | 14052.50 | |
| PA Employee Unemp. | 1528.50 | 14052.50 | |
| S Strabane Twp. | 1528.50 | 14052.50 | M / 0 |

---

Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

PAPT    P596

---

PAPT    P596
Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

Pay Date    05/03/2019
Voucher Number

WASHINGTON FEDERAL SAVINGS BANK
CANONSBURG, PA 15317
60-74222433

*** NON - NEGOTIABLE, DIRECT DEPOSIT NOTICE ***

2/6
1000    22

Andrew Kuzy
531 Warrick Dr
Washington, PA 15301

Net Direct Deposit to Checking    $1232.39

NON - NEGOTIABLE

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENT.

Andrew Kuzy
531 Warrick Dr
Washington, PA 15301
Employee No. 22

| | Pay Code | 05/31/2019 | | This Pay | Year-To-Date |
|---|---|---|---|---|---|
| | Period End | 05/25/2019 | Earnings | 1721.00 | 17405.50 |
| | Voucher No. | | Taxes | 341.86 | 3397.87 |
| | Dept No. | 1000 | Net Pay | 1379.14 | 14007.63 |

## Your Pay:

| Earnings | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 1496.00 | 16430.50 | 17.0000 | 88.00 | 966.50 |
| Removal | 225.00 | 975.00 | | | |
| Total | 1721.00 | 17405.50 | | 88.00 | 966.50 |

| Taxes | This Pay | YTD |
|---|---|---|
| Social Security | 106.70 | 1079.13 |
| Medicare | 24.95 | 252.36 |
| Federal Income Tax | 137.14 | 1325.48 |
| Pennsylvania | 52.83 | 534.36 |
| PA LST $52 | 2.00 | 22.00 |
| PA Employee Unemp. | 1.03 | 10.46 |
| S Strabane Twp. | 17.21 | 174.08 |
| Total | 341.86 | 3397.87 |

| Net Pay | This Pay | YTD | Account Number |
|---|---|---|---|
| This Check | 1379.14 | 14007.63 | |

## Other Information:

| Tax Status | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 1721.00 | 17405.50 | |
| Medicare | 1721.00 | 17405.50 | |
| Federal Income Tax | 1721.00 | 17405.50 | M / 0 |
| Pennsylvania | 1721.00 | 17405.50 | M / 0 |
| PA LST $52 | 1721.00 | 17405.50 | |
| PA Employee Unemp. | 1721.00 | 17405.50 | |
| S Strabane Twp. | 1721.00 | 17405.50 | M / 0 |

Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

PAPT   P596

---

PAPT   P596
Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

Pay Date         05/31/2019    WASHINGTON FEDERAL SAVINGS BANK
Voucher Number                 CANONSBURG, PA 15317
                               60-74222433

*** NON - NEGOTIABLE, DIRECT DEPOSIT NOTICE ***

2/6
1000    22

Andrew Kuzy
531 Warrick Dr
Washington, PA 15301

Net Direct Deposit to Checking    $1379.14

NON - NEGOTIABLE

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENT.