UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| In Re: Andrew F. Kuzy, and Colleen A. Kuzy, Debtors. | : : : : | Bankruptcy Case No.: 18-21728-CMB<br>Chapter 11 |
|---|---|---|

Reporting Period: _June 2019_

# MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-I (INDV) | | |
| | MOR-l (INDV) (CONT) | | |
| Schedule of Cash Receipts and Disbursements - | | | |
|    Bank Reconciliation | | | |
|    Copies of bank statements | | | |
|    Cash disbursements journals | | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____    7/13/19
Signature of Debtor            Date

_____    7/13/19
Signature of Joint Debtor      Date


_____    _____
Signature of Preparer          Date


_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

| In Re: | Andrew F. Kuzy, and | : | Bankruptcy Case No.: 18-21728-CMB |
| | Colleen A. Kuzy, | : | |
| | | : | Chapter 11 |
| | Debtors. | : | |

Reporting Period:_____

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 5648.87 | |
| **RECEIPTS** | | |
| Wages (Net) | 1934.73 | |
| Interest and Dividend Income | 0 | |
| Alimony and Child Support | 0 | |
| Social Security and Pension Income | 3719.16 | |
| Sale of Assets | 0 | |
| Other Income (attach schedule) | 3532.04 | |
| Total Receipts | 9175.93 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 0 | |
| Rental Payment(s) | 0 | |
| Other Secured Note Payments | 0 | |
| Utilities | 461.17 | |
| Insurance | 529.11 | |
| Auto Expense | 658.45 | |
| Lease Payments | 0 | |
| IRA Contributions | 0 | |
| Repairs and Maintenance | 2071.04 | |
| Medical Expenses | 92.46 | |
| Household Expenses | 3668.51 | |
| Charitable Contributions | 54.50 | |
| Alimony and Child Support Payments | 0 | |
| Taxes - Real Estate | 0 | |
| Taxes - Personal Property | 0 | |
| Taxes - Other (attach schedule) | 0 | |
| Travel and Entertainment | 72.08 | |
| Gifts | 100.85 | |
| Other (attach schedule) | 0 | |
| Total Ordinary Disbursements | 7708.17 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 250.00 | |
| U. S. Trustee Fees | 325.56 | |
| Other Reorganization Expenses (attach schedule) | 10.00 | |
| Total Reorganization Items | 585.56 | |
| Total Disbursements (Ordinary + Reorganization) | 8293.73 | |
| Net Cash Flow (Total Receipts - Total Disbursements) | 882.20 | |
| Cash - End of Month (Must equal reconciled bank | 6531.07 | |

FORM MOR-1 (INDV)

In Re:  Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. : (9/99)

Reporting Period:_____

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Otheil Schmalz | 3400.00 | |
| Range Resources | 82.30 | |
| Credits | 49.74 | |
| **Other Taxes** | | |
| | | |
| **Other Ordinary Disbursements** | | |
| PA Board of Prob/Parole | 10.00 | |
| **Other Reorganization Expenses** | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

# First National Bank

**Statement Ending 06/28/2019**

4140 E. State Street
Hermitage, PA 16148

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 1 of 8

### ADDRESS SERVICE REQUESTED

>004162 3118166 0001 092543 10Z

ANDREW F. KUZY, DEBTOR IN POSSESSION
COLLEEN A. KUZY, DEBTOR IN POSSESSION
JACQUELINE SCHMALZ
531 WARRICK DR
WASHINGTON PA 15301-9513

### Managing Your Accounts

| | | |
|---|---|---|
|  | Online | www.fnb-online.com |
|  | By Phone | 1 800-555-5455 |
| | By Mail | 4140 E. State Street Hermitage, PA 16148 |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | | $6,531.07 |

## FREE SMALL BUSINESS CHECKING -

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 06/01/2019 | Balance Last Statement | $5,648.87 | Minimum Balance | $2,422.35 |
| | 12 Credit(s) This Period | $9,175.93 | Average Ledger Balance | $4,581.87 |
| | 163 Debit(s) This Period | $8,293.73 | Average Available Balance | $4,561.10 |
| 06/28/2019 | Balance This Statement | $6,531.07 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/01/2019 | Balance Last Statement | | | $5,648.87 |
| 06/03/2019 | 9575 RETURN 05/31 20:12 JEFFREYS DRUG ST CANONSBURG PA 29235480 00957~5912 | | $47.00 | $5,695.87 |
| 06/03/2019 | HOMESITE INS PREM | $594.28 | | $5,101.59 |
| 06/03/2019 | 28743 POS PUR 06/02 10:46 BARRY MANILOW TI 8002236715 NY 00000000 02874~7922 | $346.00 | | $4,755.59 |
| 06/03/2019 | 23771 POS PUR 06/02 09:52 MEGABUS.COM PARAMUS NJ 00003244 023771 ~4131 | $90.42 | | $4,665.17 |
| 06/03/2019 | 907841 PIN PUR 06/03 11:51 TARGET T-1216 33 Washington PA 99999999 90784~5310 | $87.48 | | $4,577.69 |
| 06/03/2019 | 97821 POS PUR 06/01 07:01 WAL-MART #1739 WASHINGTON PA 17390046 9152574~5411 | $86.50 | | $4,491.19 |
| 06/03/2019 | 82304 POS PUR 06/02 10:20 DOORDASH* FIVE GU STRIPE.COM CA 00000000 08230~5812 | $83.46 | | $4,407.73 |
| 06/03/2019 | 20024 POS PUR 06/01 03:44 ICHIBAN STEAKHOU WASHINGTON PA 00A02867 02002~5812 | $65.99 | | $4,341.74 |
| 06/03/2019 | 609876 PIN PUR 06/03 11:19 KOHLS 1022 353 W WASHINGTON PA 99999999 60987~5311 | $64.99 | | $4,276.75 |
| 06/03/2019 | 9572 POS PUR 05/31 20:05 JEFFREYS DRUG ST CANONSBURG PA 29235480 00957~5912 | $63.00 | | $4,213.75 |
| 06/03/2019 | 5707 POS PUR 06/02 11:35 LOWES #00671* WASHINGTON PA 00000000 005707 ~5200 | $41.39 | | $4,172.36 |



Member FDIC
EQUAL HOUSING LENDER

# First National Bank

4140 E. State Street
Hermitage, PA 16148

*ANDREW F. KUZY, DEBTOR IN*
*Primary Account Number:*

**Statement Ending 06/28/2019**

Page 3 of 8

## FREE SMALL BUSINESS CHECKING -

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/03/2019 | 31292 POS PUR 06/01 10:12 SPEEDWAY 02915 7 WASHINGTON PA LK469805 03129~5542 | $27.26 | | $4,145.10 |
| 06/03/2019 | 80180 POS PUR 06/01 21:33 SARRIS CANDIES CANONSBURG PA 09227357 080180 ~5999 | $16.85 | | $4,128.25 |
| 06/03/2019 | 47378 POS PUR 06/02 08:41 LOWES #00671* WASHINGTON PA 00000000 047378 ~5200 | $15.86 | | $4,112.39 |
| 06/03/2019 | 71754 POS PUR 06/02 23:35 MCDONALD'S F2383 WASHINGTON PA 1 071754 ~5814 | $15.22 | | $4,097.17 |
| 06/03/2019 | 57723 RECURRING 06/02 02:09 Netflix.com netflix.com CA 00001000 057723 ~4899 | $13.77 | | $4,083.40 |
| 06/03/2019 | 60757 POS PUR 06/01 23:21 WENDY'S 413 WASHINGTON PA 65693009 314151 ~5814 | $10.99 | | $4,072.41 |
| 06/03/2019 | 617077 PIN PUR 06/01 19:17 WALGREENS STORE CANONSBURG PA 99999999 617077~5912 | $10.60 | | $4,061.81 |
| 06/03/2019 | 9588 POS PUR 05/31 20:19 JEFFREYS DRUG ST CANONSBURG PA 29235480 00958~5912 | $9.23 | | $4,052.58 |
| 06/03/2019 | 41089 POS PUR 05/31 21:26 LOWES #00671* WASHINGTON PA 00000000 041089 ~5200 | $8.44 | | $4,044.14 |
| 06/03/2019 | 0021 POS PUR 05/31 15:40 BURGER KING #545 ERIE PA 00006046 000021 ~5814 | $8.02 | | $4,036.12 |
| 06/03/2019 | 326487 PIN PUR 06/03 12:30 SHEETZ 0617 SEWICKLEY PA 20905601 326487 ~5541 | $5.81 | | $4,030.31 |
| 06/03/2019 | 3319 POS PUR 05/31 08:50 MCDONALD'S F4831 CORRY PA 1 003319 ~5814 | $4.86 | | $4,025.45 |
| 06/03/2019 | 43063 POS PUR 05/31 00:17 MCDONALD'S F1153 WASHINGTON PA 1 043063 ~5814 | $4.02 | | $4,021.43 |
| 06/04/2019 | 578225 PIN PUR 06/04 12:25 WAL-MART #1739 WASHINGTON PA 24173901 578225 ~5411 | $52.52 | | $3,968.91 |
| 06/04/2019 | 82260 POS PUR 06/03 07:05 WALMART GROCERY 800-966-6546 AR 00000000 0822~5411 | $52.37 | | $3,916.54 |
| 06/04/2019 | 80103 POS PUR 06/04 04:26 LOWES #00671* WASHINGTON PA 00000000 080103 ~5200 | $47.71 | | $3,868.83 |
| 06/04/2019 | 53475 POS PUR 06/03 00:54 SHEETZ 00 SEWICKLEY PA 007 053475 ~5542 | $32.63 | | $3,836.20 |
| 06/04/2019 | 35254 POS PUR 06/03 13:11 ALL SAINTS GREEK CANONSBURG PA 02585405 03525~8661 | $25.00 | | $3,811.20 |
| 06/04/2019 | 35308 POS PUR 06/03 12:12 ALL SAINTS GREEK CANONSBURG PA 02585405 03530~8661 | $24.00 | | $3,787.20 |
| 06/04/2019 | 92160 PIN PUR 06/04 11:56 ALDI 69051 WASHINGTON PA 89027702 092160 ~5411 | $10.34 | | $3,776.86 |
| 06/04/2019 | 5365 POS PUR 06/03 02:32 MCDONALD'S F2383 WASHINGTON PA 1 005365 ~5814 | $8.46 | | $3,768.40 |
| 06/04/2019 | 18318 POS PUR 06/03 03:18 STARBUCKS STORE WASHINGTON TO PA 00000000 018~5814 | $5.67 | | $3,762.73 |
| 06/04/2019 | 50050 POS PUR 06/03 04:54 ALL SAINTS GREEK CANONSBURG PA 02585404 05005~8661 | $5.50 | | $3,757.23 |
| 06/05/2019 | 269008 POS PUR 06/04 19:09 Wal-Mart Super C WASHINGTON PA 17390048 91555~5411 | $45.62 | | $3,711.61 |
| 06/05/2019 | 64899 POS PUR 06/04 15:09 PLAZA AZTECA - W WASHINGTON PA 02304989 06489~5812 | $29.90 | | $3,681.71 |
| 06/05/2019 | 84078 POS PUR 06/05 00:16 QVC* 582069820101 800-367-9444 PA 00000000 084~5399 | $26.94 | | $3,654.77 |
| 06/05/2019 | 57037 POS PUR 06/05 18:58 LOWES #00671* WASHINGTON PA 00000000 057037 ~5200 | $17.43 | | $3,637.34 |

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/05/2019 | 877494 PIN PUR 06/05 11:54 SHEETZ 0381 NEW CASTLE PA 08148201 877494 ~5541 | $11.44 | | $3,625.90 |
| 06/05/2019 | 59248 POS PUR 06/05 08:37 BURGER KING #155 WASHINGTON PA 09674700 91560~5814 | $8.87 | | $3,617.03 |
| 06/06/2019 | CHECK # 1141 | $250.00 | | $3,367.03 |
| 06/06/2019 | 0002 POS PUR 06/05 19:09 MAGNOLIA NAILS S CANNONSBURG PA 00003369 0000~7230 | $48.00 | | $3,319.03 |
| 06/06/2019 | CHECK # 1145 | $47.30 | | $3,271.73 |
| 06/06/2019 | 10851 POS PUR 06/05 17:59 BP#9351941RUFF C WASHINGTON PA 9351001 010851~5542 | $20.01 | | $3,251.72 |
| 06/07/2019 | DEPOSIT | | $193.88 | $3,445.60 |
| 06/07/2019 | DEPOSIT | | $1,100.00 | $4,545.60 |
| 06/07/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $4,485.60 |
| 06/07/2019 | 12709 POS PUR 06/07 16:36 WM SUPERCENTER # WASHINGTON PA 17390055 48865~5411 | $504.94 | | $3,980.66 |
| 06/07/2019 | 46104 POS PUR 06/07 18:55 FBB* ROAMANS TEL 800-274-7240 IN 00000000 0461~5969 | $76.93 | | $3,903.73 |
| 06/07/2019 | 59099 POS PUR 06/06 15:51 COUNTRY FAIR #29 GIRARD PA 12 059099 ~5542 | $23.49 | | $3,880.24 |
| 06/07/2019 | 70181 POS PUR 06/06 15:49 MCDONALD'S F2383 WASHINGTON PA 1 070181 ~5814 | $16.47 | | $3,863.77 |
| 06/07/2019 | 773223 PIN PUR 06/07 11:03 SHEETZ 0223 BADEN PA 08101201 773223 ~5541 | $9.51 | | $3,854.26 |
| 06/07/2019 | 56690 POS PUR 06/06 03:24 JEFFREYS DRUG ST CANONSBURG PA 29235480 05669~5912 | $8.95 | | $3,845.31 |
| 06/07/2019 | 69976 POS PUR 06/06 14:57 MCDONALD'S F2383 WASHINGTON PA 1 069976 ~5814 | $7.09 | | $3,838.22 |
| 06/10/2019 | 68558 POS PUR 06/10 15:14 VZWRLSS* MY VZ VE 800-922-0204 FL 00000000 068~4814 | $199.00 | | $3,639.22 |
| 06/10/2019 | 51425 POS PUR 06/07 05:21 TEXAS ROADHOUSE WASHINGTON PA 00000000 051425~5812 | $90.88 | | $3,548.34 |
| 06/10/2019 | 93617 POS PUR 06/08 18:19 DOORDASH* FIVE GU STRIPE.COM CA 00000000 09361~5812 | $70.90 | | $3,477.44 |
| 06/10/2019 | 82941 POS PUR 06/07 21:22 AMERICAN WATER E 877-5138520 NJ 50525491 0829~4900 | $50.00 | | $3,427.44 |
| 06/10/2019 | 266176 POS PUR 06/07 20:13 Wal-Mart Super C WASHINGTON PA 17390043 91594~5411 | $40.93 | | $3,386.51 |
| 06/10/2019 | 30838 POS PUR 06/07 20:13 SHEETZ 00 BADEN PA 008 030838 ~5542 | $26.01 | | $3,360.50 |
| 06/10/2019 | 20031 POS PUR 06/07 20:18 SAMSCLUB #6251 WASHINGTON PA 24625101 020031 ~5542 | $23.42 | | $3,337.08 |
| 06/10/2019 | 20004 POS PUR 06/08 20:24 5-226- CARLISLE MIDDLETOWN PA 08790653 020004~4784 | $22.60 | | $3,314.48 |
| 06/10/2019 | 24637 POS PUR 06/08 00:36 AMZN Mktp US* M65 Amzn.com/bill WA 00000000 02~5942 | $18.78 | | $3,295.70 |
| 06/10/2019 | 64359 POS PUR 06/08 07:54 WM SUPERCENTER # WASHINGTON PA 17390046 71145~5411 | $17.43 | | $3,278.27 |
| 06/10/2019 | 12532 POS PUR 06/08 12:41 SUNOCO 057732620 WATERFALL PA 0577001 012532 ~5542 | $15.20 | | $3,263.07 |
| 06/10/2019 | 94263 POS PUR 06/08 01:22 MCDONALD'S F2383 WASHINGTON PA 1 094263 ~5814 | $13.31 | | $3,249.76 |
| 06/10/2019 | 31797 POS PUR 06/09 12:31 Kindle Unltd* M61 866-321-8851 WA 00000000 031~5818 | $10.59 | | $3,239.17 |
| 06/10/2019 | 85357 POS PUR 06/07 08:01 MCDONALD'S F1153 WASHINGTON PA 1 085357 ~5814 | $9.84 | | $3,229.33 |
| 06/11/2019 | CHECK # 1146 | $250.00 | | $2,979.33 |

# First National Bank

4140 E. State Street
Hermitage, PA 16148

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

**Statement Ending 06/28/2019**

Page 5 of 8

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/11/2019 | 46093 POS PUR 06/10 21:10 WALMART GROCERY 800-966-6546 AR 00000000 0460~5411 | $230.66 | | $2,748.67 |
| 06/11/2019 | 66689 POS PUR 06/10 20:34 AMZN MKTP US* M67 AMZN.COM/BILL WA 00000000 06~5942 | $52.78 | | $2,695.89 |
| 06/11/2019 | 80508 POS PUR 06/10 21:23 AMZN Mktp US* M66 Amzn.com/bill WA 00000000 08~5942 | $31.79 | | $2,664.10 |
| 06/11/2019 | 20215 POS PUR 06/10 23:06 BP#9351941RUFF C WASHINGTON PA 9351001 020215~5542 | $20.00 | | $2,644.10 |
| 06/11/2019 | 0010 POS PUR 06/10 13:46 LJS A&W #70010 EAST ROCHESTE PA 00007924 0000~5814 | $9.73 | | $2,634.37 |
| 06/11/2019 | CHECK # 1148 | $4.50 | | $2,629.87 |
| 06/11/2019 | 185557 PIN PUR 06/11 12:22 DELTA SONIC 1826 ERIE PA 46315401 185557 ~5541 | $1.69 | | $2,628.18 |
| 06/12/2019 | 11703 POS PUR 06/11 05:37 AMZN MKTP US* M64 AMZN.COM/BILL WA 00000000 01~5942 | $45.17 | | $2,583.01 |
| 06/12/2019 | 6202 POS PUR 06/12 13:51 AMZN Mktp US* M66 Amzn.com/bill WA 00000000 00~5942 | $38.15 | | $2,544.86 |
| 06/12/2019 | 50575 POS PUR 06/11 06:26 DELTA SONIC #182 ERIE PA 1826001 050575 ~5542 | $16.47 | | $2,528.39 |
| 06/12/2019 | 65928 POS PUR 06/11 05:40 AMAZON.COM* M619U AMZN.COM/BILL WA 00000000 06~5942 | $15.89 | | $2,512.50 |
| 06/12/2019 | 58065 POS PUR 06/12 04:31 AMZN MKTP US* M64 AMZN.COM/BILL WA 00000000 05~5942 | $10.59 | | $2,501.91 |
| 06/12/2019 | 22887 POS PUR 06/11 13:17 MCDONALD'S F2383 WASHINGTON PA 1 022887 ~5814 | $6.67 | | $2,495.24 |
| 06/13/2019 | 65892 POS PUR 06/11 11:46 DOORDASH* GRANDE DOORDASH.COM CA 00000000 0658~5812 | $63.90 | | $2,431.34 |
| 06/13/2019 | 0016 POS PUR 06/12 15:39 BURGER KING #111 BENTLEYVILLE PA 00005268 000~5814 | $8.99 | | $2,422.35 |
| 06/14/2019 | PP596SALANDRA FU PAYROLL | | $1,123.40 | $3,545.75 |
| 06/14/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $3,485.75 |
| 06/14/2019 | CHECK # 1147 | $198.40 | | $3,287.35 |
| 06/14/2019 | 863172 POS PUR 06/14 07:39 PILOT_00190 HAMPTON NJ 00190P08 863172 ~5542 | $30.11 | | $3,257.24 |
| 06/17/2019 | DEPOSIT | | $1,300.00 | $4,557.24 |
| 06/17/2019 | 772367 PIN PUR 06/15 10:22 WASHINGTON RURAL WASHINGTON PA 02584173 91664~5999 | $100.85 | | $4,456.39 |
| 06/17/2019 | 39319 POS PUR 06/16 22:17 AMZ* Jeffree Star amzn.com/pmts WA 00000000 03~5999 | $94.86 | | $4,361.53 |
| 06/17/2019 | 66524 POS PUR 06/15 02:16 OUTBACK 3959 WASHINGTON PA 00000000 066524 ~5812 | $86.84 | | $4,274.69 |
| 06/17/2019 | 541172 PIN PUR 06/15 12:10 TARGET T-1216 33 Washington PA 99999999 54117~5310 | $76.22 | | $4,198.47 |
| 06/17/2019 | 15974 POS PUR 06/14 10:22 DOORDASH* SWEET H STRIPE.COM CA 00000000 01597~5812 | $70.07 | | $4,128.40 |
| 06/17/2019 | 342850 POS PUR 06/16 10:12 SAMSCLUB #6251 WASHINGTON PA 62510092 9167434~5411 | $64.70 | | $4,063.70 |
| 06/17/2019 | 0003 POS PUR 06/16 23:14 PIZZA HUT 033969 https://ipcha PA 00003012 00~5812 | $54.53 | | $4,009.17 |
| 06/17/2019 | 65478 POS PUR 06/14 11:18 DOORDASH* FIREHOU DOORDASH.COM CA 00000000 065~5812 | $41.22 | | $3,967.95 |
| 06/17/2019 | 72719 POS PUR 06/16 09:46 Wal-Mart Super C WASHINGTON PA 17390044 91670~5411 | $34.04 | | $3,933.91 |

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/17/2019 | 76300 POS PUR 06/14 16:57 SPEEDWAY 02915 7 WASHINGTON PA LK469805 07630~5542 | $31.59 | | $3,902.32 |
| 06/17/2019 | 31065 POS PUR 06/15 10:42 ZENNI OPTICAL 800-211-2105 CA 00000000 031065~8043 | $29.35 | | $3,872.97 |
| 06/17/2019 | 0026 POS PUR 06/15 00:07 ARBYS 7648 WASHINGTON PA 00005577 000026 ~5814 | $25.07 | | $3,847.90 |
| 06/17/2019 | 2843 POS PUR 06/15 02:18 KRENCYS BAKERY I WASHINGTON PA 00000000 00284~5462 | $24.50 | | $3,823.40 |
| 06/17/2019 | 17998 POS PUR 06/15 01:40 0586 GREAT CLIPS WASHINGTON PA 02042709 01799~7230 | $23.00 | | $3,800.40 |
| 06/17/2019 | 89232 POS PUR 06/16 10:17 AMAZON.COM* M68K9 AMZN.COM/BILL WA 00000000 08~5942 | $17.86 | | $3,782.54 |
| 06/17/2019 | 43442 POS PUR 06/15 01:21 AMZN Mktp US* M60 Amzn.com/bill WA 00000000 04~5942 | $15.79 | | $3,766.75 |
| 06/17/2019 | 95031 POS PUR 06/14 19:01 STARBUCKS STORE LOWER PAXTON PA 00000000 0950~5814 | $11.18 | | $3,755.57 |
| 06/17/2019 | 497093 POS PUR 06/14 18:49 Wal-Mart Super C WASHINGTON PA 17390045 91650~5411 | $9.53 | | $3,746.04 |
| 06/17/2019 | 3626 POS PUR 06/17 13:45 ARBYS #8117 ERIE PA 70958004 147915 ~5814 | $6.25 | | $3,739.79 |
| 06/17/2019 | 790118 PIN PUR 06/17 11:34 COUNTRY FAIR #3 ERIE PA 0044BT03 790118 ~5541 | $3.25 | | $3,736.54 |
| 06/17/2019 | 250029 PIN PUR 06/17 11:31 USPS PO 41115205 CANONSBURG PA 99999999 25002~9402 | $2.65 | | $3,733.89 |
| 06/18/2019 | 30584 POS PUR 06/18 00:32 Amazon.com* M65KJ Amzn.com/bill WA 00000000 03~5942 | $38.39 | | $3,695.50 |
| 06/18/2019 | 33068 POS PUR 06/17 07:43 BP#9351941RUFF C WASHINGTON PA 9351001 033068~5542 | $25.01 | | $3,670.49 |
| 06/18/2019 | 8791 POS PUR 06/17 06:35 MARATHON PETRO14 WASHINGTON PA 01 008791 ~5542 | $24.36 | | $3,646.13 |
| 06/18/2019 | 9471 RECURRING 06/17 12:53 Amazon Prime Amzn.com/bill WA 00000000 009471~5968 | $13.77 | | $3,632.36 |
| 06/18/2019 | 92796 POS PUR 06/17 13:34 MCDONALD'S F2383 WASHINGTON PA 1 092796 ~5814 | $6.67 | | $3,625.69 |
| 06/18/2019 | 70009 POS PUR 06/18 14:09 5-057-PITTSBURGH MIDDLETOWN PA 03833983 07000~4784 | $5.40 | | $3,620.29 |
| 06/19/2019 | SSA TREAS 310 XXSOC SEC | | $2,366.00 | $5,986.29 |
| 06/19/2019 | 673360 POS PUR 06/19 07:45 SPEEDWAY 02915 7 WASHINGTON PA LK469805 67336~5542 | $28.37 | | $5,957.92 |
| 06/19/2019 | 62834 POS PUR 06/18 11:23 PANERA BREAD #20 MONROEVILLE PA 00005840 0628~5812 | $16.48 | | $5,941.44 |
| 06/19/2019 | 34329 POS PUR 06/19 16:40 WM SUPERCENTER # WASHINGTON PA 17390045 54175~5411 | $13.61 | | $5,927.83 |
| 06/19/2019 | 93050 POS PUR 06/18 12:54 MCDONALD'S F1153 WASHINGTON PA 1 093050 ~5814 | $7.82 | | $5,920.01 |
| 06/19/2019 | 93066 POS PUR 06/18 12:11 MCDONALD'S F1153 WASHINGTON PA 1 093066 ~5814 | $5.30 | | $5,914.71 |
| 06/20/2019 | 69653 POS PUR 06/20 17:05 WAL-MART #1739 WASHINGTON PA 17390047 9171662~5411 | $57.22 | | $5,857.49 |
| 06/20/2019 | 39261 POS PUR 06/19 00:32 MCDONALD'S F2383 WASHINGTON PA 1 039261 ~5814 | $31.22 | | $5,826.27 |
| 06/20/2019 | 36913 POS PUR 06/19 01:41 BP#9351941RUFF C WASHINGTON PA 9351001 036913~5542 | $25.00 | | $5,801.27 |
| 06/20/2019 | 37014 POS PUR 06/19 08:17 BRUEGGERS #3726 PITTSBURGH PA 51937014 037014~5814 | $11.10 | | $5,790.17 |
| 06/20/2019 | 36816 POS PUR 06/19 10:05 JEFFREYS DRUG ST CANONSBURG PA 29235480 03681~5912 | $9.00 | | $5,781.17 |

# First National Bank

**Statement Ending 06/28/2019**

4140 E. State Street
Hermitage, PA 16148

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 7 of 8

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/21/2019 | DEPOSIT | | $1,000.00 | $6,781.17 |
| 06/21/2019 | COMM OF PA ANNUITANT | | $965.40 | $7,746.57 |
| 06/21/2019 | CHECK # 1150 | $325.56 | | $7,421.01 |
| 06/21/2019 | 65931 POS PUR 06/20 17:55 AMAZON.COM* M69T7 AMZN.COM/BILL WA 00000000 06~5942 | $105.95 | | $7,315.06 |
| 06/21/2019 | 94554 POS PUR 06/20 17:12 AMZN MKTP US* M63 AMZN.COM/BILL WA 00000000 09~5942 | $25.17 | | $7,289.89 |
| 06/21/2019 | 914527 PIN PUR 06/21 11:56 FIVE BELOW 197 8 WASHINGTON PA 99999999 91452~5331 | $19.37 | | $7,270.52 |
| 06/21/2019 | 82490 POS PUR 06/20 06:53 TACO BELL #32042 WASHINGTON PA 3204002 082490~5814 | $14.92 | | $7,255.60 |
| 06/21/2019 | CHECK # 1151 | $10.00 | | $7,245.60 |
| 06/21/2019 | 13078 POS PUR 06/20 11:02 MCDONALD'S F2383 WASHINGTON PA 1 013078 ~5814 | $8.67 | | $7,236.93 |
| 06/21/2019 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $7,176.93 |
| 06/24/2019 | 43328 RETURN 06/23 09:22 LOWES #00671* WASHINGTON PA 00000000 043328 ~5200 | | $2.74 | $7,179.67 |
| 06/24/2019 | CHECK # 1 | $200.00 | | $6,979.67 |
| 06/24/2019 | 29360 POS PUR 06/23 14:59 WM SUPERCENTER # WASHINGTON PA 17390046 60243~5411 | $128.57 | | $6,851.10 |
| 06/24/2019 | 20035 POS PUR 06/21 18:35 ICHIBAN STEAKHOU WASHINGTON PA 00A02867 02003~5812 | $76.06 | | $6,775.04 |
| 06/24/2019 | 80871 POS PUR 06/22 03:26 DOORDASH* PRIMANT STRIPE.COM CA 00000000 08087~5812 | $70.69 | | $6,704.35 |
| 06/24/2019 | 71727 POS PUR 06/21 06:58 LOWES #00671* WASHINGTON PA 00000000 071727 ~5200 | $69.28 | | $6,635.07 |
| 06/24/2019 | 85390 POS PUR 06/21 10:03 AMZ* Jeffree Star amzn.com/pmts WA 00000000 08~5999 | $65.95 | | $6,569.12 |
| 06/24/2019 | 16071 POS PUR 06/21 19:36 WALMART.COM 8009 800-966-6546 AR 00000000 016~5310 | $64.86 | | $6,504.26 |
| 06/24/2019 | 563263 PIN PUR 06/23 08:38 Wal-Mart Super C WASHINGTON PA 17390044 91742~5411 | $60.50 | | $6,443.76 |
| 06/24/2019 | 73369 POS PUR 06/21 04:36 ANGELO'S RESTAUR 724-2227120 PA 75249540 0733~5812 | $36.08 | | $6,407.68 |
| 06/24/2019 | 32105 POS PUR 06/22 15:34 HARBOR FREIGHT T WASHINGTON PA 00005162 03210~5251 | $34.43 | | $6,373.25 |
| 06/24/2019 | 31424 POS PUR 06/21 07:15 REGAL CROWN CENT WASHINGTON PA 00163163 03142~7832 | $30.27 | | $6,342.98 |
| 06/24/2019 | 33561 PIN PUR 06/24 13:43 GIANT EAGLE EXP McMurray PA 04060300 396324 ~5411 | $25.12 | | $6,317.86 |
| 06/24/2019 | 73162 POS PUR 06/21 09:28 AMZN MKTP US* M62 AMZN.COM/BILL WA 00000000 07~5942 | $23.32 | | $6,294.54 |
| 06/24/2019 | 0067 POS PUR 06/23 04:47 DAIRY QUEEN WASHINGTON PA 03741463 000067 ~5814 | $16.49 | | $6,278.05 |
| 06/24/2019 | 57471 POS PUR 06/22 17:50 LOWES #00671* WASHINGTON PA 00000000 057471 ~5200 | $10.66 | | $6,267.39 |
| 06/24/2019 | 31566 POS PUR 06/21 08:59 REGAL CROWN CENT WASHINGTON PA 00163103 03156~7832 | $9.90 | | $6,257.49 |
| 06/24/2019 | 43210 POS PUR 06/23 06:50 LOWES #00671* WASHINGTON PA 00000000 043210 ~5200 | $5.70 | | $6,251.79 |
| 06/25/2019 | CHECK # 1152 | $250.00 | | $6,001.79 |
| 06/25/2019 | 18680 POS PUR 06/24 03:42 AMAZON.COM* MH4KM AMZN.COM/BILL WA 00000000 01~5942 | $97.68 | | $5,904.11 |

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/25/2019 | 20169 POS PUR 06/25 00:49 FBB* ROAMANS TEL 800-274-7240 IN 00000000 0201~5969 | $52.99 | | $5,851.12 |
| 06/25/2019 | 36702 POS PUR 06/24 13:30 DOORDASH* FIREHOU DOORDASH.COM CA 00000000 036~5812 | $42.82 | | $5,808.30 |
| 06/25/2019 | 31976 POS PUR 06/25 05:36 AMZN Mktp US* M64 Amzn.com/bill WA 00000000 03~5942 | $31.10 | | $5,777.20 |
| 06/25/2019 | 892661 POS PUR 06/25 16:38 WAL-MART #1739 WASHINGTON PA 24173901 892661 ~5411 | $30.31 | | $5,746.89 |
| 06/25/2019 | 45961 POS PUR 06/24 23:39 BP#9351941RUFF C WASHINGTON PA 9351001 045961~5542 | $20.01 | | $5,726.88 |
| 06/25/2019 | 37375 POS PUR 06/24 07:02 MCDONALD'S F2383 WASHINGTON PA 1 037375 ~5814 | $7.83 | | $5,719.05 |
| 06/26/2019 | 40963 POS PUR 06/25 19:23 DOORDASH* BIG SHO STRIPE.COM CA 00000000 04096~5812 | $85.57 | | $5,633.48 |
| 06/27/2019 | 0007 POS PUR 06/27 15:03 DICARLOS PIZZA WASHINGTON PA 00000678 000007 ~5814 | $24.38 | | $5,609.10 |
| 06/27/2019 | 50258 POS PUR 06/26 06:21 BP#9351941RUFF C WASHINGTON PA 9351001 050258~5542 | $24.00 | | $5,585.10 |
| 06/27/2019 | 13747 POS PUR 06/26 04:31 MCDONALD'S F2383 WASHINGTON PA 1 013747 ~5814 | $15.45 | | $5,569.65 |
| 06/28/2019 | RANGE RESOURCES 062819 EFT | | $82.30 | $5,651.95 |
| 06/28/2019 | COMM OF PA ANNUITANT / | | $193.88 | $5,845.83 |
| 06/28/2019 | PP596SALANDRA FU PAYROLL | | $801.33 | $6,647.16 |
| 06/28/2019 | 98845 POS PUR 06/27 05:41 JEFFREYS DRUG ST CANONSBURG PA 29235480 09884~5912 | $34.56 | | $6,612.60 |
| 06/28/2019 | 22930 POS PUR 06/27 05:47 MCDONALD'S F1153 WASHINGTON PA 1 022930 ~5814 | $7.69 | | $6,604.91 |
| 06/28/2019 | 82327 POS PUR 06/27 04:49 MCDONALD'S F2383 WASHINGTON PA 1 082327 ~5814 | $7.42 | | $6,597.49 |
| 06/28/2019 | 80951 RECURRING 06/28 03:13 SXM* SIRIUSXM.COM 888-635-5144 NY 00000000 080~4899 | $6.42 | | $6,591.07 |
| 06/28/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $6,531.07 |
| 06/28/2019 | **Balance This Statement** | | | **$6,531.07** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 06/24/2019 | $200.00 | 1146 | 06/11/2019 | $250.00 | 1150* | 06/21/2019 | $325.56 |
| 1141* | 06/06/2019 | $250.00 | 1147 | 06/14/2019 | $198.40 | 1151 | 06/21/2019 | $10.00 |
| 1145* | 06/06/2019 | $47.30 | 1148 | 06/11/2019 | $4.50 | 1152 | 06/25/2019 | $250.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06/03/2019 | $4,021.43 | 06/12/2019 | $2,495.24 | 06/21/2019 | $7,176.93 |
| 06/04/2019 | $3,757.23 | 06/13/2019 | $2,422.35 | 06/24/2019 | $6,251.79 |
| 06/05/2019 | $3,617.03 | 06/14/2019 | $3,257.24 | 06/25/2019 | $5,719.05 |
| 06/06/2019 | $3,251.72 | 06/17/2019 | $3,733.89 | 06/26/2019 | $5,633.48 |
| 06/07/2019 | $3,838.22 | 06/18/2019 | $3,620.29 | 06/27/2019 | $5,569.65 |
| 06/10/2019 | $3,229.33 | 06/19/2019 | $5,914.71 | 06/28/2019 | $6,531.07 |
| 06/11/2019 | $2,628.18 | 06/20/2019 | $5,781.17 | | |

Pay Statement

Andrew Kuzy
531 Warrick Dr
Washington, PA 15301
Employee No.  22

| | |
|---|---|
| Pay Date | 06/28/2019 |
| Period Begin | 06/09/2019 |
| Period End | 06/22/2019 |
| Voucher No. | |
| Dept No. | 1000 |

| | This Pay | Year-To-Date |
|---|---|---|
| Earnings | 969.00 | 19760.00 |
| Taxes | 167.67 | 3827.64 |
| Net Pay | 801.33 | 15932.36 |

## Your Pay:

### Earnings

| | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 969.00 | 18785.00 | 17.0000 | 57.00 | 1105.00 |
| Removal | | 975.00 | | | |
| Total | 969.00 | 19760.00 | | 57.00 | 1105.00 |

### Taxes

| | This Pay | YTD |
|---|---|---|
| Social Security | 60.08 | 1225.11 |
| Medicare | 14.05 | 286.50 |
| Federal Income Tax | 51.52 | 1473.88 |
| Pennsylvania | 29.75 | 606.65 |
| PA LST $52 | 2.00 | 26.00 |
| PA Employee Unemp. | 0.58 | 11.87 |
| S Strabane Twp. | 9.69 | 197.63 |
| Total | 167.67 | 3827.64 |

### Net Pay

| | This Pay | YTD | Account Number |
|---|---|---|---|
| This Check | 801.33 | 15932.36 | 95466826 |

## Other Information:

### Tax Status

| | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 969.00 | 19760.00 | |
| Medicare | 969.00 | 19760.00 | |
| Federal Income Tax | 969.00 | 19760.00 | M / 0 |
| Pennsylvania | 969.00 | 19760.00 | M / 0 |
| PA LST $52 | 969.00 | 19760.00 | |
| PA Employee Unemp. | 969.00 | 19760.00 | |
| S Strabane Twp. | 969.00 | 19760.00 | M / 0 |

Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

PAPT    P596

---

PAPT    P596
Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

Pay Date      06/28/2019    WASHINGTON FEDERAL SAVINGS BANK
Voucher Number              CANONSBURG, PA 15317
                            60-74222433

*** NON - NEGOTIABLE, DIRECT DEPOSIT NOTICE ***

2/4
1000    22

Andrew Kuzy
531 Warrick Dr
Washington, PA 15301

Net Direct Deposit to Checking   $801.33

NON - NEGOTIABLE

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENT.

## Pay Statement

Andrew Kuzy
531 Warrick Dr
Washington, PA 15301
Employee No.  22

Pay Date       06/14/2019
Period Begin   05/26/2019
Period End     06/08/2019
Voucher No.
Dept No.       1000

|  | This Pay | Year-To-Date |
|---|---|---|
| Earnings | 1385.50 | 18791.00 |
| Taxes | 262.10 | 3659.97 |
| Net Pay | 1123.40 | 15131.03 |

### Your Pay:

| Earnings | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 1385.50 | 17816.00 | 17.0000 | 81.50 | 1048.00 |
| Removal |  | 975.00 |  |  |  |
| Total | 1385.50 | 18791.00 |  | 81.50 | 1048.00 |

| Taxes | This Pay | YTD |
|---|---|---|
| Social Security | 85.90 | 1165.03 |
| Medicare | 20.09 | 272.45 |
| Federal Income Tax | 96.88 | 1422.36 |
| Pennsylvania | 42.54 | 576.90 |
| PA LST $52 | 2.00 | 24.00 |
| PA Employee Unemp. | 0.83 | 11.29 |
| S Strabane Twp. | 13.86 | 187.94 |
| Total | 262.10 | 3659.97 |

| Net Pay | This Pay | YTD | Account Number |
|---|---|---|---|
| This Check | 1123.40 | 15131.03 | 95466826 |

### Other Information:

| Tax Status | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 1385.50 | 18791.00 |  |
| Medicare | 1385.50 | 18791.00 |  |
| Federal Income Tax | 1385.50 | 18791.00 | M / 0 |
| Pennsylvania | 1385.50 | 18791.00 | M / 0 |
| PA LST $52 | 1385.50 | 18791.00 |  |
| PA Employee Unemp. | 1385.50 | 18791.00 |  |
| S Strabane Twp. | 1385.50 | 18791.00 | M / 0 |

Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

PAPT   P596

---

PAPT   P596
Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

Pay Date         06/14/2019    WASHINGTON FEDERAL SAVINGS BANK
Voucher Number                 CANONSBURG, PA 15317
                               60-74222433

*** NON - NEGOTIABLE, DIRECT DEPOSIT NOTICE ***

2/6
1000    22

Andrew Kuzy
531 Warrick Dr
Washington, PA 15301

Net Direct Deposit to Checking  $1123.40

NON - NEGOTIABLE

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENT.