UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re: Andrew F. Kuzy, and
Colleen A. Kuzy,

Debtors.

: Bankruptcy Case No.: 18-21728-CMB
:
: Chapter 11
:

Reporting Period: July 2019

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_[signed] Andrew Kuzy_    8/13/19
**Signature of Debtor**    **Date**

_[signed] Colleen Kuzy_    8/13/19
**Signature of Joint Debtor**    **Date**

_____    _____
**Signature of Preparer**    **Date**

_____
**Printed Name of Preparer**

FORM MOR (INDV)
(10/00)

In Re: Andrew F. Kuzy, and  
Colleen A. Kuzy,  
Debtors.

Bankruptcy Case No.: 18-21728-CMB

Chapter 11

Reporting Period: July 2019

# INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 6531.07 | |
| **RECEIPTS** | | |
| Wages (Net) | 2574.93 | |
| Interest and Dividend Income | 193.88 | |
| Alimony and Child Support | 0 | |
| Social Security and Pension Income | 2366.00 | |
| Sale of Assets | 0 | |
| Other Income (attach schedule) | 4958.17 | |
| **Total Receipts** | 10,093.28 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 0 | |
| Rental Payment(s) | 0 | |
| Other Secured Note Payments | 0 | |
| Utilities | 1142.75 | |
| Insurance | 442.40 | |
| Auto Expense | 611.10 | |
| Lease Payments | 0 | |
| IRA Contributions | 0 | |
| Repairs and Maintenance | 1615.22 | |
| Medical Expenses | 58.18 | |
| Household Expenses | 2751.99 | |
| Charitable Contributions | 0 | |
| Alimony and Child Support Payments | 0 | |
| Taxes - Real Estate | 0 | |
| Taxes - Personal Property | 0 | |
| Taxes - Other (attach schedule) | 0 | |
| Travel and Entertainment | 171.24 | |
| Gifts | 52.87 | |
| Other (attach schedule) | 300.00 | |
| **Total Ordinary Disbursements** | 7145.75 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 250.00 | |
| U. S. Trustee Fees | 325.00 | |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | 575.00 | |
| **Total Disbursements (Ordinary + Reorganization)** | 7720.75 | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 2372.53 | |
| **Cash - End of Month (Must equal reconciled bank** | 8903.60 | |

FORM MOR-1 (INDV)

In Re: Andrew F. Kuzy, and
Colleen A. Kuzy,

Debtors.

Bankruptcy Case No.: 18-21728-CMB

Chapter 11

(9/99)

Reporting Period: July 2019

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Schmaltz Income | 4,921.00 | |
| Range Resources | 37.47 | |
| | | |
| | 4,958.47 | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| PA Board of Probation + Parole | 10.00 | |
| Wash Co. Clerk of Courts | 50.00 | |
| Tax Escrow | 240.00 | |
| | | |
| | 300.00 | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

In Re: Andrew F. Kuzy, and
Colleen A. Kuzy,

Debtors.

Bankruptcy Case No.: 18-21728-CMB

Chapter 11

Reporting Period:_____

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns tiled during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| FICA- Employee |  |  |  |  |  |  |
| FICA-Employer |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Federal Taxes |  |  |  |  |  |  |
| State and Local |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| Sales |  |  |  |  |  |  |
| Excise |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Real Property |  |  |  |  |  |  |
| Personal Property |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Stale and Local |  |  |  |  |  |  |
| Total Taxes |  |  |  |  |  |  |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  |  | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable |  |  |  |  |  |  |
| Wages-Payable |  |  |  |  |  |  |
| Taxes Payable |  |  |  |  |  |  |
| Rent/Leases-Building |  |  |  |  |  |  |
| Rent/Leases- Equipment |  |  |  |  |  |  |
| Secured Debt/Adequate Protection |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Amounts Due to Insiders" |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Postpetition Debts |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.

_____

*"Insider is defined in 11 U.S.C. Section 101(31)                    FORM MOR-4

(9/99)

In Re: Andrew F. Kuzy, and  
Colleen A. Kuzy,  

Debtors.

Bankruptcy Case No.: 18-21728-CMB

Chapter 11

Reporting Period:_____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| - Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 07/31/2019**

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 1 of 10

**ADDRESS SERVICE REQUESTED**

>003269 9499168 0001 092543 20Z

ANDREW F. KUZY, DEBTOR IN POSSESSION
COLLEEN A. KUZY, DEBTOR IN POSSESSION
JACQUELINE SCHMALZ
531 WARRICK DR
WASHINGTON PA 15301-9513

## Managing Your Accounts




| | | |
|---|---|---|
| Online | | www.fnb-online.com |
| By Phone | | 1 800-555-5455 |
| By Mail | | 4140 E. State Street Hermitage, PA 16148 |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | | $8,903.60 |

## FREE SMALL BUSINESS CHECKING -

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 06/29/2019 | Balance Last Statement | $6,531.07 | Minimum Balance | $4,104.15 |
| | 9 Credit(s) This Period | $10,093.28 | Average Ledger Balance | $6,216.07 |
| | 169 Debit(s) This Period | $7,720.75 | Average Available Balance | $6,216.07 |
| 07/31/2019 | Balance This Statement | $8,903.60 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/29/2019 | Balance Last Statement | | | $6,531.07 |
| 07/01/2019 | DEPOSIT | | $1,021.00 | $7,552.07 |
| 07/01/2019 | CHECK # 1153 | $203.08 | | $7,348.99 |
| 07/01/2019 | CHECK # 1154 | $182.43 | | $7,166.56 |
| 07/01/2019 | 9934 POS PUR 06/29 07:10 DAVE & BUSTER'S HOMESTEAD PA 13 009934 ~5814 | $124.36 | | $7,042.20 |
| 07/01/2019 | 60979 POS PUR 06/29 11:53 WM SUPERCENTER # WASHINGTON PA 17390045 11655~5411 | $108.86 | | $6,933.34 |
| 07/01/2019 | 81739 POS PUR 06/29 04:55 FBB* ROAMANS TEL 800-274-7240 IN 00000000 0817~5969 | $75.95 | | $6,857.39 |
| 07/01/2019 | 28954 POS PUR 06/28 20:14 APPLEBEES TRIN92 WASHINGTON PA 33 028954 ~5812 | $73.31 | | $6,784.08 |
| 07/01/2019 | 15061 POS PUR 06/30 11:36 JEFFREYS DRUG ST CANONSBURG PA 29235480 01506~5912 | $61.96 | | $6,722.12 |
| 07/01/2019 | 43198 POS PUR 06/28 17:54 DOORDASH* FIVE GU STRIPE.COM CA 00000000 04319~5812 | $57.51 | | $6,664.61 |
| 07/01/2019 | 9423 POS PUR 06/30 04:22 DOORDASH* FIREHOU STRIPE.COM CA 00000000 00942~5812 | $47.81 | | $6,616.80 |
| 07/01/2019 | 32102 POS PUR 06/30 14:59 WM SUPERCENTER # WASHINGTON PA 17390007 51007~5411 | $38.91 | | $6,577.89 |
| 07/01/2019 | 58490 POS PUR 06/29 DOORDASH* PRIMANT STRIPE.COM CA 00000000 05849~5812 | $38.18 | | $6,539.71 |



To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
• For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
• For business accounts, click on https://www.fnb-online.com/business-overdrafts



**First National Bank**

4140 E. State Street
Hermitage, PA 16148

*Statement Ending 07/31/2019*

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 3 of 10

## FREE SMALL BUSINESS CHECKING - (ued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/01/2019 | 0017 POS PUR 06/30 15:00 THE LAST CALL CANONSBURG PA 00009274 000017 ~5812 | $34.69 | | $6,505.02 |
| 07/01/2019 | 88041 POS PUR 07/01 00:57 WWW.TORRID.COM 866-867-7431 CA 00000000 08804~5691 | $33.04 | | $6,471.98 |
| 07/01/2019 | 42154 POS PUR 06/29 00:13 SPEEDWAY 02915 7 WASHINGTON PA LK469805 04215~5542 | $32.39 | | $6,439.59 |
| 07/01/2019 | 0220 POS PUR 06/28 09:52 ARBYS 7648 WASHINGTON PA 00005577 000220 ~5814 | $21.25 | | $6,418.34 |
| 07/01/2019 | 207101 POS PUR 07/01 15:30 GOOGLE * ROBLOX Mountain View CA 64925886 0701~5734 | $21.19 | | $6,397.15 |
| 07/01/2019 | 92921 POS PUR 07/01 00:44 SCENTBOX.COM 866-274-4123 CA 00000000 092921 ~5964 | $19.95 | | $6,377.20 |
| 07/01/2019 | 599593 POS PUR 06/29 10:00 SPEEDWAY 02915 7 WASHINGTON PA LK469805 59959~5542 | $19.42 | | $6,357.78 |
| 07/01/2019 | 20077 POS PUR 06/29 07:36 SARRIS CANDIES CANONSBURG PA 03226429 020077 ~5999 | $18.24 | | $6,339.54 |
| 07/01/2019 | 60059 POS PUR 06/29 11:03 SARRIS CANDIES CANONSBURG PA 09227357 060059 ~5999 | $16.85 | | $6,322.69 |
| 07/01/2019 | 86343 POS PUR 07/01 07:26 AMZN Mktp US* MH2 Amzn.com/bill WA 00000000 08~5942 | $14.99 | | $6,307.70 |
| 07/01/2019 | 57725 POS PUR 06/30 14:34 WM SUPERCENTER # WASHINGTON PA 17390075 23093~5411 | $14.92 | | $6,292.78 |
| 07/01/2019 | 49562 POS PUR 06/29 07:28 DAVE & BUSTERS 2 HOMESTEAD PA 05 049562 ~7994 | $12.00 | | $6,280.78 |
| 07/01/2019 | 38270 POS PUR 06/29 07:36 KRENCYS BAKERY I WASHINGTON PA 00000000 03827~5462 | $8.50 | | $6,272.28 |
| 07/01/2019 | 30925 POS PUR 06/28 00:07 MCDONALD'S F1153 WASHINGTON PA 1 030925 ~5814 | $3.18 | | $6,269.10 |
| 07/02/2019 | 27050 POS PUR 07/02 17:20 SAMS CLUB #6251 WASHINGTON PA 62510094 474208~5300 | $181.32 | | $6,087.78 |
| 07/02/2019 | 23725 POS PUR 07/01 21:05 AMAZON.COM* MH4E5 AMZN.COM/BILL WA 00000000 02~5942 | $104.95 | | $5,982.83 |
| 07/02/2019 | 88041 POS PUR 07/02 09:23 WWW.TORRID.COM 866-867-7431 CA 00000000 08804~5691 | $50.23 | | $5,932.60 |
| 07/02/2019 | 5100 POS PUR 07/01 11:23 PTC EZPASS CSC W state.pa.us PA 00009190 0051~4784 | $42.80 | | $5,889.80 |
| 07/02/2019 | 88041 POS PUR 07/02 09:02 WWW.TORRID.COM 866-867-7431 CA 00000000 08804~5691 | $22.53 | | $5,867.27 |
| 07/02/2019 | 93936 POS PUR 07/01 05:59 MCDONALD'S F2383 WASHINGTON PA 1 093936 ~5814 | $22.22 | | $5,845.05 |
| 07/02/2019 | 57345 POS PUR 07/01 07:29 VALLEY FUEL FARRELL PA 1 057345 ~5499 | $20.00 | | $5,825.05 |
| 07/02/2019 | 52401 POS PUR 07/01 21:29 AMAZON.COM* MH2OU AMZN.COM/BILL WA 00000000 05~5942 | $16.99 | | $5,808.06 |
| 07/02/2019 | 63914 POS PUR 07/02 08:58 BURGER KING #155 WASHINGTON PA 09674700 91835~5814 | $9.08 | | $5,798.98 |
| 07/02/2019 | 0062 POS PUR 07/01 12:42 RITA'S 316 - STO WASHINGTON PA 00003972 00006~5814 | $7.65 | | $5,791.33 |
| 07/02/2019 | 93790 POS PUR 07/01 01:30 MCDONALD'S F2383 WASHINGTON PA 1 093790 ~5814 | $5.70 | | $5,785.63 |
| 07/03/2019 | FIRSTENERGY OPCO FE ECHECK 100090539717 | $450.00 | | $5,335.63 |
| 07/03/2019 | 626821 POS PUR 07/03 09:07 SPEEDWAY 02915 7 WASHINGTON PA LK469805 62682~5542 | $28.06 | | $5,307.57 |

# FREE SMALL BUSINESS CHECKING - (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/03/2019 | 14864 RECURRING 07/02 09:11 Netflix.com netflix.com CA 00001000 014864 ~4899 | $13.77 | | $5,293.80 |
| 07/03/2019 | 35468 POS PUR 07/03 13:54 WM SUPERCENTER # WASHINGTON PA 17390027 88224~5411 | $10.57 | | $5,283.23 |
| 07/03/2019 | 29578 POS PUR 07/02 19:34 MCDONALD'S F4865 CANONSBURG PA 1 029578 ~5814 | $5.70 | | $5,277.53 |
| 07/05/2019 | 84742 POS PUR 07/03 03:36 WALMART GROCERY 800-966-6546 AR 00000000 0847~5411 | $110.76 | | $5,166.77 |
| 07/05/2019 | 15396 POS PUR 07/03 06:50 DOORDASH* BOB EVA STRIPE.COM CA 00000000 01539~5812 | $41.51 | | $5,125.26 |
| 07/05/2019 | 63986 POS PUR 07/03 03:14 WALMART GROCERY 800-966-6546 AR 00000000 0639~5411 | $21.86 | | $5,103.40 |
| 07/05/2019 | 727293 POS PUR 07/04 11:44 WAL-MART #1739 WASHINGTON PA 24173901 727293 ~5411 | $13.41 | | $5,089.99 |
| 07/05/2019 | 97656 POS PUR 07/03 01:57 MCDONALD'S F2383 WASHINGTON PA 1 097656 ~5814 | $11.95 | | $5,078.04 |
| 07/05/2019 | 23100 POS PUR 07/03 15:13 MCDONALD'S F1153 WASHINGTON PA 1 023100 ~5814 | $8.00 | | $5,070.04 |
| 07/05/2019 | 12314 POS PUR 07/03 02:56 8031 GREAT CLIPS WASHINGTON PA 02137118 01231~7230 | $7.99 | | $5,062.05 |
| 07/05/2019 | 10998 POS PUR 07/03 22:32 MCDONALD'S F4939 PITTSBURGH PA 1 010998 ~5814 | $4.27 | | $5,057.78 |
| 07/05/2019 | 27981 POS PUR 07/03 02:34 WALMART GROCERY 800-966-6546 AR 00000000 0279~5411 | $2.57 | | $5,055.21 |
| 07/05/2019 | 48147 POS PUR 07/03 02:33 WALMART GROCERY 800-966-6546 AR 00000000 0481~5411 | $1.88 | | $5,053.33 |
| 07/05/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $4,993.33 |
| 07/08/2019 | DEPOSIT | | $800.00 | $5,793.33 |
| 07/08/2019 | CHECK # 1155 | $238.60 | | $5,554.73 |
| 07/08/2019 | 550599 POS PUR 07/07 17:17 WAL-MART #1739 WASHINGTON PA 17390023 9188122~5411 | $99.38 | | $5,455.35 |
| 07/08/2019 | 3133 POS PUR 07/07 15:58 DOORDASH* SWEET H STRIPE.COM CA 00000000 00313~5812 | $88.14 | | $5,367.21 |
| 07/08/2019 | 890739 PIN PUR 07/06 06:14 WAL-MART #1739 WASHINGTON PA 24173901 890739 ~5411 | $54.53 | | $5,312.68 |
| 07/08/2019 | 75403 POS PUR 07/06 08:39 TEXAS ROADHOUSE BRIDGEVILLE PA 00000000 07540~5812 | $49.02 | | $5,263.66 |
| 07/08/2019 | 84063 POS PUR 07/07 07:01 SAMS CLUB #6251 WASHINGTON PA 14484063 084063~5300 | $46.09 | | $5,217.57 |
| 07/08/2019 | 104694 PIN PUR 07/08 12:13 TJMAXX #0074 394 MCMURRAY PA 99999999 104694 ~5651 | $42.45 | | $5,175.12 |
| 07/08/2019 | 3263 POS PUR 07/06 20:31 AMZ* Jeffree Star amzn.com/pmts WA 00000000 00~5999 | $41.63 | | $5,133.49 |
| 07/08/2019 | 64154 POS PUR 07/06 16:34 SAMS CLUB #6251 WASHINGTON PA 62510088 503107~5542 | $35.27 | | $5,098.22 |
| 07/08/2019 | 33001 POS PUR 07/06 11:33 FANDANGO FANDANGO.COM CA 00000000 033001 ~7832 | $32.35 | | $5,065.87 |
| 07/08/2019 | 0183 POS PUR 07/05 01:30 ARBYS 7648 WASHINGTON PA 00005577 000183 ~5814 | $27.61 | | $5,038.26 |
| 07/08/2019 | 81729 POS PUR 07/07 01:16 QVC* 582069820101 800-367-9444 PA 00000000 081~5399 | $26.94 | | $5,011.32 |
| 07/08/2019 | 81519 POS PUR 07/05 02:20 AMZN Mktp US* MH2 Amzn.com/bill WA 00000000 08~5942 | $23.85 | | $4,987.47 |
| 07/08/2019 | 85629 POS PUR 07/06 11:31 PITTSBURGH SOUTH BRIDGEVILLE PA 47185629 0856~7832 | $23.54 | | $4,963.93 |
| 07/08/2019 | 47945 POS PUR 07/06 00:12 DUNKIN #354289 Q CANONSBURG PA 3542005 047945~5814 | $19.98 | | $4,943.95 |

# First National Bank

4140 E. State Street
Hermitage, PA 16148

*Statement Ending 07/31/2019*

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 5 of 10

5

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/08/2019 | 0006 POS PUR 07/07 23:46 DICARLOS PIZZA WASHINGTON PA 00000678 000006 ~5814 | $11.66 | | $4,932.29 |
| 07/08/2019 | 0094 POS PUR 07/07 23:34 DAIRY QUEEN #154 WASHINGTON PA 00009383 00009~5814 | $9.09 | | $4,923.20 |
| 07/09/2019 | 47521 POS PUR 07/09 16:50 WM SUPERCENTER # WASHINGTON PA 17390048 85086~5411 | $36.49 | | $4,886.71 |
| 07/09/2019 | 3264 POS PUR 07/08 08:44 PTC EZPASS CSC W state.pa.us PA 00009190 0032~4784 | $28.10 | | $4,858.61 |
| 07/09/2019 | 72589 POS PUR 07/08 22:30 BP#9351941RUFF C WASHINGTON PA 9351001 072589~5542 | $20.00 | | $4,838.61 |
| 07/09/2019 | 0132 POS PUR 07/08 13:23 DAIRY QUEEN #154 WASHINGTON PA 00009383 00013~5814 | $18.17 | | $4,820.44 |
| 07/09/2019 | 71389 POS PUR 07/08 21:56 BP#9351941RUFF C WASHINGTON PA 9351001 071389~5542 | $15.31 | | $4,805.13 |
| 07/09/2019 | 2948 POS PUR 07/08 09:09 MCDONALD'S F2383 WASHINGTON PA 1 002948 ~5814 | $5.30 | | $4,799.83 |
| 07/10/2019 | 90754 POS PUR 07/09 00:12 WM SUPERCENTER # 724-229-4020 PA 14990754 090~5912 | $70.00 | | $4,729.83 |
| 07/10/2019 | 5360 POS PUR 07/09 19:45 DOORDASH* BOB EVA STRIPE.COM CA 00000000 00536~5812 | $62.39 | | $4,667.44 |
| 07/10/2019 | 0572 POS PUR 07/09 02:45 UPMC PHYSICIANS PITTSBURGH PA 00000000 000572~8011 | $35.00 | | $4,632.44 |
| 07/10/2019 | 74202 POS PUR 07/09 13:17 BP#9351941RUFF C WASHINGTON PA 9351001 074202~5542 | $25.03 | | $4,607.41 |
| 07/10/2019 | 96734 POS PUR 07/09 16:17 Kindle Unltd* MH8 866-321-8851 WA 00000000 096~5818 | $10.59 | | $4,596.82 |
| 07/10/2019 | 52514 POS PUR 07/09 23:02 JEFFREYS DRUG ST CANONSBURG PA 29235480 05251~5912 | $8.95 | | $4,587.87 |
| 07/10/2019 | 66217 POS PUR 07/09 01:56 MCDONALD'S F1153 WASHINGTON PA 1 066217 ~5814 | $7.94 | | $4,579.93 |
| 07/11/2019 | 49309 POS PUR 07/10 00:54 CP PENNDOT WASHI WASHINGTON PA 00000000 04930~9399 | $34.00 | | $4,545.93 |
| 07/11/2019 | 34196 POS PUR 07/10 19:42 TACO BELL #32042 WASHINGTON PA 3204002 034196~5814 | $29.95 | | $4,515.98 |
| 07/11/2019 | 22230 POS PUR 07/10 20:39 MCDONALD'S F4865 CANONSBURG PA 1 022230 ~5814 | $25.77 | | $4,490.21 |
| 07/11/2019 | 28079 POS PUR 07/10 03:16 IDENTOGO - PA FI BILLERICA MA 8-01 028079 ~9399 | $22.75 | | $4,467.46 |
| 07/11/2019 | 718643 PIN PUR 07/11 11:48 COUNTRY FAIR #32 ERIE PA 0044BS32 718643 ~5541 | $11.33 | | $4,456.13 |
| 07/11/2019 | 66587 POS PUR 07/10 08:05 MCDONALD'S F1710 BENTLEYVILLE PA 1 066587 ~5814 | $8.03 | | $4,448.10 |
| 07/12/2019 | PP596SALANDRA FU PAYROLL | | $1,193.52 | $5,641.62 |
| 07/12/2019 | 13744 POS PUR 07/12 09:19 AMZN Mktp US* MH1 Amzn.com/bill WA 00000000 01~5942 | $93.27 | | $5,548.35 |
| 07/12/2019 | 86101 POS PUR 07/12 08:54 WWW.TORRID.COM 866-867-7431 CA 00000000 08610~5691 | $81.04 | | $5,467.31 |
| 07/12/2019 | 32918 PIN PUR 07/12 12:23 MACY'S 621 PITTSBURGH PA D6210097 008783 ~5311 | $74.00 | | $5,393.31 |
| 07/12/2019 | 28337 POS PUR 07/11 20:58 DOORDASH* PRIMANT STRIPE.COM CA 00000000 02833~5812 | $63.33 | | $5,329.98 |
| 07/12/2019 | 86101 POS PUR 07/12 02:12 WWW.TORRID.COM 866-867-7431 CA 00000000 08610~5691 | $58.02 | | $5,271.96 |



# FREE SMALL BUSINESS CHECKING - (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/12/2019 | 86101 POS PUR 07/12 07:50 WWW.TORRID.COM 866-867-7431 CA 00000000 08610~5691 | $46.62 | | $5,225.34 |
| 07/12/2019 | 59786 PIN PUR 07/12 12:38 MACY'S 621 PITTSBURGH PA D6211004 007083 ~5311 | $43.00 | | $5,182.34 |
| 07/12/2019 | 36373 POS PUR 07/11 01:02 COUNTRY FAIR #32 ERIE PA 12 036373 ~5542 | $28.35 | | $5,153.99 |
| 07/12/2019 | 52947 POS PUR 07/12 01:30 FBB* ROAMANS TEL 800-274-7240 IN 00000000 0529~5969 | $14.80 | | $5,139.19 |
| 07/12/2019 | 25442 POS PUR 07/11 03:50 MCDONALD'S F2383 WASHINGTON PA 1 025442 ~5814 | $10.59 | | $5,128.60 |
| 07/12/2019 | 0146 POS PUR 07/11 17:53 DAIRY QUEEN #154 WASHINGTON PA 00009383 00014~5814 | $6.55 | | $5,122.05 |
| 07/12/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $5,062.05 |
| 07/15/2019 | 41195 POS PUR 07/13 13:02 WALMART GROCERY 800-966-6546 AR 00000000 0411~5411 | $280.26 | | $4,781.79 |
| 07/15/2019 | 316167 PIN PUR 07/14 12:32 MICHAELS STORES WASHINGTON PA 003 91950031616~5970 | $121.63 | | $4,660.16 |
| 07/15/2019 | 39838 POS PUR 07/12 08:10 9124 Dominos Piz 412-969-1200 PA 60439838 039~5814 | $57.66 | | $4,602.50 |
| 07/15/2019 | 31468 POS PUR 07/14 12:23 DOORDASH* RED ROB STRIPE.COM CA 00000000 03146~5812 | $55.82 | | $4,546.68 |
| 07/15/2019 | 599277 PIN PUR 07/14 15:11 ALDI 69078 MCMURRAY PA 52077302 599277 ~5411 | $55.23 | | $4,491.45 |
| 07/15/2019 | 7944 POS PUR 07/13 12:25 JACKSONS RESTAUR CANONSBURG PA 00633216 00794~5812 | $43.18 | | $4,448.27 |
| 07/15/2019 | 58125 POS PUR 07/14 14:56 SUNOCO 005968820 CANONSBURG PA 0059003 058125~5542 | $32.93 | | $4,415.34 |
| 07/15/2019 | 80123 POS PUR 07/12 17:03 SARRIS CANDIES CANONSBURG PA 09227357 080123 ~5999 | $30.80 | | $4,384.54 |
| 07/15/2019 | 0923 POS PUR 07/12 11:46 JIMMY JOHNS - 27 626-671-0493 PA 91900923 000~5814 | $30.39 | | $4,354.15 |
| 07/15/2019 | 78720 POS PUR 07/14 13:27 APPLEBEES PETE92 MCMURRAY PA 02 078720 ~5812 | $22.06 | | $4,332.09 |
| 07/15/2019 | 92215 POS PUR 07/12 00:17 KRENCYS BAKERY I WASHINGTON PA 00000000 09221~5462 | $17.50 | | $4,314.59 |
| 07/15/2019 | 82282 POS PUR 07/13 10:17 STARBUCKS STORE WASHINGTON TO PA 00000000 082~5814 | $9.75 | | $4,304.84 |
| 07/15/2019 | 54932 POS PUR 07/12 07:49 MCDONALD'S F1710 BENTLEYVILLE PA 1 054932 ~5814 | $8.03 | | $4,296.81 |
| 07/15/2019 | 0064 POS PUR 07/14 08:22 RITA'S 316 - STO WASHINGTON PA 00003972 00006~5814 | $7.65 | | $4,289.16 |
| 07/15/2019 | 744339 PIN PUR 07/15 07:34 USPS PO 41890403 WASHINGTON PA 99999999 74433~9402 | $6.35 | | $4,282.81 |
| 07/15/2019 | 6092 POS PUR 07/14 02:07 AMZN DIGITAL* MH3 888-802-3080 WA 00000000 006~5818 | $5.29 | | $4,277.52 |
| 07/15/2019 | 96160 POS PUR 07/12 05:08 STARBUCKS STORE GREENSBURG PA 00000000 096160~5814 | $3.66 | | $4,273.86 |
| 07/16/2019 | 60216 POS PUR 07/16 12:45 BATH & BODY WORK 800-756-5005 OH 00000000 060~5999 | $95.67 | | $4,178.19 |
| 07/16/2019 | 85719 POS PUR 07/15 08:35 BP#9351941RUFF C WASHINGTON PA 9351001 085719~5542 | $25.01 | | $4,153.18 |
| 07/16/2019 | 73209 POS PUR 07/15 23:01 AMZN Mktp US* MH1 Amzn.com/bill WA 00000000 07~5942 | $14.31 | | $4,138.87 |
| 07/16/2019 | 8014 POS PUR 07/15 23:43 Amazon.com* MH8KI Amzn.com/bill WA 00000000 00~5942 | $11.04 | | $4,127.83 |
| 07/16/2019 | 11983 POS PUR 07/15 06:39 AMZN Mktp US* MH2 Amzn.com/bill WA 00000000 01~5942 | $10.17 | | $4,117.66 |

# First National Bank

4140 E. State Street
Hermitage, PA 16148

*Statement Ending 07/31/2019*

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 7 of 10

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/16/2019 | 28181 POS PUR 07/15 15:33 MCDONALD'S F70 PITTSBURGH PA 1 028181 ~5814 | $8.43 | | $4,109.23 |
| 07/16/2019 | 63483 POS PUR 07/15 15:34 Amazon.com* MH4Z9 Amzn.com/bill WA 00000000 06~5942 | $3.71 | | $4,105.52 |
| 07/16/2019 | 864512 PIN PUR 07/16 13:28 COUNTRY FAIR #38 ERIE PA 0044BT38 864512 ~5541 | $1.37 | | $4,104.15 |
| 07/17/2019 | SSA TREAS 310 XXSOC SEC XXXXX9149A SSA | | $2,366.00 | $6,470.15 |
| 07/17/2019 | CHECK # 1159 | $178.68 | | $6,291.47 |
| 07/17/2019 | 36960 POS PUR 07/16 23:48 COUNTRY FAIR #38 ERIE PA 12 036960 ~5542 | $27.25 | | $6,264.22 |
| 07/17/2019 | 32591 POS PUR 07/16 18:26 WM SUPERCENTER # WASHINGTON PA 17390048 65494~5411 | $20.02 | | $6,244.20 |
| 07/18/2019 | CHECK # 1162 | $198.40 | | $6,045.80 |
| 07/18/2019 | CHECK # 1161 | $50.00 | | $5,995.80 |
| 07/18/2019 | CHECK # 1158 | $38.00 | | $5,957.80 |
| 07/18/2019 | 10932 RECURRING 07/17 20:16 Amazon Prime Amzn.com/bill WA 00000000 010932~5968 | $13.77 | | $5,944.03 |
| 07/18/2019 | CHECK # 1157 | $10.00 | | $5,934.03 |
| 07/19/2019 | DEPOSIT | | $1,800.00 | $7,734.03 |
| 07/19/2019 | CHECK # 1156 | $325.00 | | $7,409.03 |
| 07/19/2019 | CHECK # 1160 | $250.00 | | $7,159.03 |
| 07/19/2019 | CHECK # 1163 | $201.90 | | $6,957.13 |
| 07/19/2019 | 667526 POS PUR 07/18 18:29 WAL-MART #1739 WASHINGTON PA 17390047 9199612~5411 | $50.34 | | $6,906.79 |
| 07/19/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $6,846.79 |
| 07/22/2019 | 125445 POS PUR 07/22 17:24 WAL-MART #1739 WASHINGTON PA 24173901 125445 ~5411 | $28.02 | | $6,818.77 |
| 07/22/2019 | 562976 PIN PUR 07/20 10:05 TARGET T-1216 33 Washington PA 99999999 56297~5310 | $25.00 | | $6,793.77 |
| 07/22/2019 | 61151 POS PUR 07/21 19:30 Wal-Mart Super C WASHINGTON PA 17390046 92028~5411 | $22.54 | | $6,771.23 |
| 07/22/2019 | 249853 POS PUR 07/21 18:48 WAL-MART #1739 WASHINGTON PA 24173901 249853 ~5411 | $19.92 | | $6,751.31 |
| 07/22/2019 | 96695 POS PUR 07/21 06:23 BP#9351941RUFF C WASHINGTON PA 9351001 096695~5542 | $15.06 | | $6,736.25 |
| 07/22/2019 | 531454 POS PUR 07/22 17:34 SAMSCLUB #6251 WASHINGTON PA 62510092 9203912~5411 | $11.62 | | $6,724.63 |
| 07/23/2019 | 203526 PIN PUR 07/23 13:27 TARGET T-1216 33 Washington PA 99999999 20352~5310 | $57.07 | | $6,667.56 |
| 07/23/2019 | 72108 POS PUR 07/22 11:44 SUNOCO 005968820 CANONSBURG PA 0059003 072108~5542 | $32.45 | | $6,635.11 |
| 07/23/2019 | 21899 POS PUR 07/23 16:33 WM SUPERCENTER # WASHINGTON PA 17390027 00309~5411 | $24.74 | | $6,610.37 |
| 07/24/2019 | CHECK # 1164 | $100.00 | | $6,510.37 |
| 07/24/2019 | 816443 PIN PUR 07/24 10:56 SHEETZ 0500 SEWICKLEY PA 08072601 816443 ~5541 | $3.48 | | $6,506.89 |
| 07/25/2019 | 5564 PIN PUR 07/25 13:14 WM SUPERCENTER # WASHINGTON PA 17390013 61728~5411 | $130.81 | | $6,376.08 |
| 07/25/2019 | 81496 POS PUR 07/24 00:05 SHEETZ 00 SEWICKLEY PA 004 081496 ~5542 | $33.64 | | $6,342.44 |
| 07/25/2019 | 16833 POS PUR 07/25 16:45 WM SUPERCENTER # WASHINGTON PA 17390051 71471~5411 | $17.89 | | $6,324.55 |

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/26/2019 | DEPOSIT | | $1,300.00 | $7,624.55 |
| 07/26/2019 | PP596SALANDRA FU PAYROLL | | $1,381.41 | $9,005.96 |
| 07/26/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $8,945.96 |
| 07/29/2019 | 511066 PIN PUR 07/29 11:58 WASHINGTON SHOP WASHINGTON PA 80367201 511066~5411 | $45.31 | | $8,900.65 |
| 07/29/2019 | 54314 POS PUR 07/28 13:26 WM SUPERCENTER # WASHINGTON PA 17390051 14612~5411 | $38.18 | | $8,862.47 |
| 07/29/2019 | 990070 POS PUR 07/27 16:25 COEN OIL #16 WASHINGTON PA 12671101 990070 ~5542 | $30.00 | | $8,832.47 |
| 07/29/2019 | 34197 POS PUR 07/27 15:33 WM SUPERCENTER # WASHINGTON PA 17390049 65913~5411 | $18.41 | | $8,814.06 |
| 07/29/2019 | 0005 POS PUR 07/28 20:41 DICARLOS PIZZA WASHINGTON PA 00000678 000005 ~5814 | $14.84 | | $8,799.22 |
| 07/29/2019 | 31542 POS PUR 07/27 22:36 SPEEDWAY 02915 7 WASHINGTON PA 00000000 03154~5542 | $14.56 | | $8,784.66 |
| 07/29/2019 | 11816 RECURRING 07/28 17:28 SXM* SIRIUSXM.COM 888-635-5144 NY 00000000 011~4899 | $6.42 | | $8,778.24 |
| 07/29/2019 | 58985 POS PUR 07/28 14:41 QDI* QUEST DIAG V 800-837-7177 PA 00000000 058~8071 | $5.00 | | $8,773.24 |
| 07/29/2019 | 7704 POS PUR 07/26 15:57 AMZN DIGITAL* MH0 888-802-3080 WA 00000000 007~5818 | $3.17 | | $8,770.07 |
| 07/30/2019 | 95956 POS PUR 07/29 00:24 MCDONALD'S F2383 WASHINGTON PA 1 095956 ~5814 | $3.18 | | $8,766.89 |
| 07/31/2019 | RANGE RESOURCES 07.19 | | $37.47 | $8,804.36 |
| 07/31/2019 | COMM OF PA ANNUITANT | | $193.88 | $8,998.24 |
| 07/31/2019 | 12817 POS PUR 07/30 07:16 BP#9351941RUFF C WASHINGTON PA 9351001 012817~5542 | $25.01 | | $8,973.23 |
| 07/31/2019 | 21688 POS PUR 07/31 18:49 COUNTRY FAIR #3 ERIE PA 12 021688 ~5542 | $21.26 | | $8,951.97 |
| 07/31/2019 | 3211 POS PUR 07/31 16:56 WM SUPERCENTER # WASHINGTON PA 17390047 37185~5411 | $20.79 | | $8,931.18 |
| 07/31/2019 | 57609 RECURRING 07/31 07:02 SCENTBOX.COM 866-274-4123 CA 00000000 057609 ~5964 | $19.95 | | $8,911.23 |
| 07/31/2019 | 920043 PIN PUR 07/31 11:00 COUNTRY FAIR #3 ERIE PA 0044BT03 110034920043~5541 | $4.45 | | $8,906.78 |
| 07/31/2019 | 210068 PIN PUR 07/30 18:06 BP#9351941RUFF C WASHINGTON PA 39013701 21006~5541 | $3.18 | | $8,903.60 |
| 07/31/2019 | **Balance This Statement** | | | **$8,903.60** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1153 | 07/01/2019 | $203.08 | 1157 | 07/18/2019 | $10.00 | 1161 | 07/18/2019 | $50.00 |
| 1154 | 07/01/2019 | $182.43 | 1158 | 07/18/2019 | $38.00 | 1162 | 07/18/2019 | $198.40 |
| 1155 | 07/08/2019 | $238.60 | 1159 | 07/17/2019 | $178.68 | 1163 | 07/19/2019 | $201.90 |
| 1156 | 07/19/2019 | $325.00 | 1160 | 07/19/2019 | $250.00 | 1164 | 07/24/2019 | $100.00 |

\* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07/01/2019 | $6,269.10 | 07/11/2019 | $4,448.10 | 07/22/2019 | $6,724.63 |
| 07/02/2019 | $5,785.63 | 07/12/2019 | $5,062.05 | 07/23/2019 | $6,610.37 |
| 07/03/2019 | $5,277.53 | 07/15/2019 | $4,273.86 | 07/24/2019 | $6,506.89 |
| 07/05/2019 | $4,993.33 | 07/16/2019 | $4,104.15 | 07/25/2019 | $6,324.55 |
| 07/08/2019 | $4,923.20 | 07/17/2019 | $6,244.20 | 07/26/2019 | $8,945.96 |
| 07/09/2019 | $4,799.83 | 07/18/2019 | $5,934.03 | 07/29/2019 | $8,770.07 |
| 07/10/2019 | $4,579.93 | 07/19/2019 | $6,846.79 | 07/30/2019 | $8,766.89 |

| | | | | | | This Pay | Year-To-Date |
|---|---|---|---|---|---|---|---|
| Andrew Kuzy | | Pay Date | 07/12/2019 | | Earnings | 1477.50 | 21237.50 |
| 531 Warrick Dr | | Period Begin | 06/23/2019 | | Taxes | 283.98 | 4111.62 |
| Washington, PA 15301 | | Period End | 07/06/2019 | | Net Pay | 1193.52 | 17125.88 |
| Employee No. 22 | | Voucher No. | | | | | |
| | | Dept No. | 1000 | | | | |

## Your Pay:

### Earnings

| | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 1402.50 | 20187.50 | 17.0000 | 82.50 | 1187.50 |
| Removal | 75.00 | 1050.00 | | | |
| Total | 1477.50 | 21237.50 | | 82.50 | 1187.50 |

### Taxes

| | This Pay | YTD |
|---|---|---|
| Social Security | 91.61 | 1316.72 |
| Medicare | 21.42 | 307.92 |
| Federal Income Tax | 107.92 | 1581.80 |
| Pennsylvania | 45.36 | 652.01 |
| PA LST $52 | 2.00 | 28.00 |
| PA Employee Unemp. | 0.89 | 12.76 |
| S Strabane Twp. | 14.78 | 212.41 |
| Total | 283.98 | 4111.62 |

### Net Pay

| | This Pay | YTD | Account Number |
|---|---|---|---|
| This Check | 1193.52 | 17125.88 | |

## Other Information:

### Tax Status

| | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 1477.50 | 21237.50 | |
| Medicare | 1477.50 | 21237.50 | |
| Federal Income Tax | 1477.50 | 21237.50 | M / 0 |
| Pennsylvania | 1477.50 | 21237.50 | M / 0 |
| PA LST $52 | 1477.50 | 21237.50 | |
| PA Employee Unemp. | 1477.50 | 21237.50 | |
| S Strabane Twp. | 1477.50 | 21237.50 | M / 0 |

---

Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

PAPT    P596

---

BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

PAPT    P596
Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

Pay Date    07/12/2019    WASHINGTON FEDERAL SAVINGS BANK
Voucher Number              CANONSBURG, PA 15317
                            60-74222433

*** NON - NEGOTIABLE, DIRECT DEPOSIT NOTICE ***

2/6
1000    22

Andrew Kuzy
531 Warrick Dr
Washington, PA 15301

Net Direct Deposit to Checking    $1193.52

NON - NEGOTIABLE

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENT.

Pay Statement

| | | | | | This Pay | Year-To-Date |
|---|---|---|---|---|---|---|
| Andrew Kuzy | Pay Date | 07/26/2019 | | Earnings | 1724.00 | 22961.50 |
| 531 Warrick Dr | Period Begin | 07/07/2019 | | Taxes | 342.59 | 4454.21 |
| Washington, PA 15301 | Period End | 07/20/2019 | | Net Pay | 1381.41 | 18507.29 |
| Employee No.  22 | Voucher No. | | | | | |
| | Dept No. | 1000 | | | | |

## Your Pay:

### Earnings

| | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 1649.00 | 21836.50 | 17.0000 | 97.00 | 1284.50 |
| Removal | 75.00 | 1125.00 | | | |
| Total | 1724.00 | 22961.50 | | 97.00 | 1284.50 |

### Taxes

| | This Pay | YTD |
|---|---|---|
| Social Security | 106.89 | 1423.61 |
| Medicare | 25.00 | 332.92 |
| Federal Income Tax | 137.50 | 1719.30 |
| Pennsylvania | 52.93 | 704.94 |
| PA LST $52 | 2.00 | 30.00 |
| PA Employee Unemp. | 1.03 | 13.79 |
| S Strabane Twp. | 17.24 | 229.65 |
| Total | 342.59 | 4454.21 |

### Net Pay

| | This Pay | YTD | Account Number |
|---|---|---|---|
| This Check | 1381.41 | 18507.29 | |

## Other Information:

### Tax Status

| | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 1724.00 | 22961.50 | |
| Medicare | 1724.00 | 22961.50 | |
| Federal Income Tax | 1724.00 | 22961.50 | M / 0 |
| Pennsylvania | 1724.00 | 22961.50 | M / 0 |
| PA LST $52 | 1724.00 | 22961.50 | |
| PA Employee Unemp. | 1724.00 | 22961.50 | |
| S Strabane Twp. | 1724.00 | 22961.50 | M / 0 |

Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

PAPT    P596

---

PAPT    P596
Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

Pay Date    07/26/2019    WASHINGTON FEDERAL SAVINGS BANK
Voucher Number            CANONSBURG, PA 15317
                          60-74222433

*** NON - NEGOTIABLE, DIRECT DEPOSIT NOTICE ***

2/6
1000    22

Andrew Kuzy
531 Warrick Dr
Washington, PA 15301

Net Direct Deposit to Checking    $1381.41

NON - NEGOTIABLE

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENT.

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 07/16/2019**

ANDREW F KUZY                                           Page 1 of 4
**Primary Account Number:**

**ADDRESS SERVICE REQUESTED**

>012850 3172632 0001 092543 10Z

ANDREW F KUZY
COLLEEN A KUZY
TAX ESCROW ACCOUNT
531 WARRICK DR
WASHINGTON PA 15301-9513

### Managing Your Accounts

| | | |
|---|---|---|
|  | Online | www.fnb-online.com |
| | By Phone | 1 800-555-5455 |
|  | By Mail | 4140 E. State Street
Hermitage, PA 16148 |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREESTYLE CHECKING | | $1,921.55 |

## FREESTYLE CHECKING - 735181026

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 06/15/2019 | Balance Last Statement | $1,685.50 |
| | 4 Credit(s) This Period | $240.00 |
| | 1 Debit(s) This Period | $3.95 |
| 07/16/2019 | Balance This Statement | $1,921.55 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/15/2019 | Balance Last Statement | | | **$1,685.50** |
| 06/21/2019 | TRANSFER FROM BUSINESS CHECKING ACCOUNT | | $60.00 | $1,745.50 |
| 06/28/2019 | TRANSFER FROM BUSINESS CHECKING ACCOUNT | | $60.00 | $1,805.50 |
| 07/05/2019 | TRANSFER FROM BUSINESS CHECKING ACCOUNT | | $60.00 | $1,865.50 |
| 07/12/2019 | TRANSFER FROM BUSINESS CHECKING ACCOUNT | | $60.00 | $1,925.50 |
| 07/16/2019 | PAPER STATEMENT FEE | $3.95 | | $1,921.55 |
| 07/16/2019 | Balance This Statement | | | **$1,921.55** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06/21/2019 | $1,745.50 | 07/05/2019 | $1,865.50 | 07/16/2019 | $1,921.55 |
| 06/28/2019 | $1,805.50 | 07/12/2019 | $1,925.50 | | |


Member FDIC
EQUAL HOUSING LENDER