**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Andrew F. Kuzy, | ) | Bankruptcy No. 18-21728-CMB |
| Colleen A. Kuzy, | ) | |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |
| | ) | |

## SUMMARY OF AMENDED CHAPTER 11 PLAN DATED AUGUST 27, 2019

Debtors, Andrew F. Kuzy and Colleen A. Kuzy by and through their counsel, submits this Summary of his Amended Chapter 11 Plan dated August 27, 2019 ("Plan"). The following is merely a brief overview of the material provisions of the Plan, and is qualified in its entirety by reference to the full text of the Plan.

The Plan provides for the classification and treatment of claims against interests in the Debtor. The Plan designates six (6) classes of claims and interests, which classify all claims and interests against the Debtors. The Plan provides for the following treatment of claims and interests:

Class 1: Administrative Claimants
- Paid in full.

Class 2 – Secured Vehicle Claim
- Vehicle loan of Ally Bank paid in full at 7% interest over 3 years.

Class 3-Secured House Claims
- Secured loan of Key Bank shall be paid in full at 4% interest over 25 years.
- Secured claim of PNC Bank shall be paid $81,301.74 at 4% interest over 25 years.

Class 4 – Secured Tax Claims
- Pennsylvania Department of Revenue shall be paid in full at 6% over a period of 5 years.
- Washington County Tax Authority shall be paid in full at 10% over a period of 5 years.

Class 5-Priority Unsecured Claims
- Pennsylvania Department of Revenue shall be paid in full at 0% over a period of 5 years.

Class 6 –General Unsecured Claims. Estimated distribution of 7%.


Dated: August 27, 2019

Respectfully submitted,
*/s/ Brian C. Thompson*
Brian C. Thompson, Esquire
PA-91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
724-799-8404 Telephone
724-799-8409 Facsimile
bthompson@thompsonattorney.com