# PROCEEDING MEMO

Date: 08/28/2019 01:30 pm

In re: Andrew F. Kuzy
Colleen A. Kuzy

Bankruptcy No. 18-21728-CMB
Chapter: 11 - NOT A SMALL BUSINESS
Doc. # 91

**Appearances:**

Movant(s): Norma Hildenbrand ✓

Respondents: ~~Brian C. Thompson~~ *Brian Kugler* ✓

Creditor(s):

Nature of Proceeding: #91 Motion of The United States Trustee To Convert Case To Chapter 7 Pursuant To 11 U.S.C. Section 1112(b)

Additional Pleadings: #93 Monthly Financial Report for June, 2019; #94 Monthly Financial Report for July, 2019; #95 Response by Debtors; #96 Certificate of Service of Response

**Judge's Notes:**

- Appt Chap 11 Trustee

**Outcome:**

- Status Conf Cont to Nov 21 at 10:00a

_____ Motion is GRANTED  _____ Order entered
_____ Motion is DENIED  _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED   _____ Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED   _____ Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER:   _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:   Movant(s) brief due _____ days
                             Respondent(s) brief due _____ days
                             Trustee's brief due _____ days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
8/28/19 2:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                     Case No. 18-21728-CMB
Andrew F. Kuzy                                                             Chapter 11
Colleen A. Kuzy
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1              Date Rcvd: Aug 28, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2019.
db/jdb         +Andrew F. Kuzy,    Colleen A. Kuzy,    531 Warrick Drive,    Washington, PA 15301-9513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2019                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2019 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
               akovalchick@attorneygeneral.gov
              Brian C. Thompson    on behalf of Debtor Andrew F. Kuzy bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;bwamsley@thompsonattorney.com
              Brian C. Thompson    on behalf of Joint Debtor Colleen A. Kuzy bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;bwamsley@thompsonattorney.com
              Brian M. Kile    on behalf of Creditor    Key Bank, N.A. bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
              James Warmbrodt     on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
              Norma Hildenbrand,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 7