IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| Andrew F. Kuzy | : | Bankruptcy No. 18-21728-CMB |
| Colleen A. Kuzy | : | Chapter 11 |
|     Debtor, | : | |
| | : | |
| | : | |

## ORDER OF COURT

*AND NOW,* this **28th day of August, 2019**, after hearing and review of the entire record in this case pursuant to 11 U.S.C. Sections 1104 and 105, it is **ORDERED, ADJUDGED and DECREED** that a Chapter 11 Trustee be appointed by the United States Trustee in accordance with the Bankruptcy Code. Said Chapter 11 Trustee shall file a Status Report within 30 days, recommending whether a Chapter 11 Reorganization Plan should be considered by the Court or conversion of this case to Chapter 7.

*(signed)* Carlota M. Böhm    glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
8/28/19 2:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 18-21728-CMB
Andrew F. Kuzy                                                      Chapter 11
Colleen A. Kuzy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1              Date Rcvd: Aug 28, 2019
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2019.
db/jdb        +Andrew F. Kuzy,    Colleen A. Kuzy,    531 Warrick Drive,    Washington, PA 15301-9513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2019 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue    Office of Attorney General
               akovalchick@attorneygeneral.gov
              Brian C. Thompson    on behalf of Debtor Andrew F. Kuzy bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;bwamsley@thompsonattorney.com
              Brian C. Thompson    on behalf of Joint Debtor Colleen A. Kuzy bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;bwamsley@thompsonattorney.com
              Brian M. Kile    on behalf of Creditor    Key Bank, N.A. bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
              James Warmbrodt    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
              Norma Hildenbrand    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 7