# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 18-21728-CMB |
| | ) | |
| **ANDREW F. KUZY** | ) | Chapter 11 |
| **COLLEEN A. KUZY** | ) | |
| | ) | Doc. No. _____ |
| Debtors, | ) | |
| _____ | ) | Related to Doc. Nos. 106 & 107 |
| | ) | |
| **JEFFREY J. SIKIRICA,** | ) | |
| **CHAPTER 7 TRUSTEE,** | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| No Respondent(s). | ) | |

## TRUSTEE'S NOTICE OF ACCEPTANCE OF APPOINTMENT

In accordance with Fed. R. Bank. P. 2008, I, Jeffrey J. Sikirica, hereby accept my appointment as Chapter 11 Trustee for the above named Debtor.

Dated: 09/05/19

By: */s/ Jeffrey J. Sikirica*
Jeffrey J. Sikirica, Trustee
PA I.D.# 36745
121 Northbrook Drive
Pine Township
Gibsonia, PA  15044
T:  (724) 625-2566
F:  (724) 625-4611
TrusteeSikirica@consolidated.net