**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Andrew F. Kuzy, and Colleen A. Kuzy, | ) ) ) | Bankruptcy No. 18-21728-CMB |
| Debtors. | ) ) | Chapter 11 |
| Thompson Law Group, P.C., | ) ) | Document No. |
| Applicant, | ) ) | Related to Document No. |
| vs. | ) ) | |
| Respondent, | ) ) | Hearing Date & Time: October 3, 2019 at 1:30 p.m. |
| No Respondent. | ) ) | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON FEE APPLICATION OF THOMPSON LAW GROUP, P.C. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO DEBTORS**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than September 26, 2019 i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules Of Bankruptcy Procedure, Local Rules And Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

    A hearing will be held on October 3, 2019 at 1:30 p.m. before Judge Carlota M. Böhm in Courtroom B, 600 Grant Street, 54th Floor, Pittsburgh, PA 15219. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Dated: September 9, 2019  
                                                                                                         /s/Brian C. Thompson  
                                                                                                         Brian C. Thompson, Esquire  
                                                                                                         PA ID: 91197  
                                                                                                         125 Warrendale Bayne Road, Suite 200  
                                                                                                         Warrendale, PA 15086  
                                                                                                         Phone (724) 799-8404  
                                                                                                         Facsimile (724) 799-8409  
                                                                                                         bthompson@thompsonattorney.com