UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
       Colleen A. Kuzy, :
  : Chapter 11
      Debtors. :

Reporting Period: _August 2019_

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_[signed] Andrew Kuzy_         _9/15/19_
Signature of Debtor                       Date

_[signed] Colleen Kuzy_        _9/15/19_
Signature of Joint Debtor              Date

_____     _____
Signature of Preparer                      Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
:  Chapter 11
Debtors. :
:

Reporting Period: August 2019

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 8903.60 |  |
| **RECEIPTS** |  |  |
| Wages (Net) | 2963.12 |  |
| Interest and Dividend Income | 1938.88 |  |
| Alimony and Child Support | 0 |  |
| Social Security and Pension Income | 2360.00 |  |
| Sale of Assets | 0 |  |
| Other Income (attach schedule) | 1031.79 |  |
| Total Receipts | 6154.79 |  |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) | 0 |  |
| Rental Payment(s) | 0 |  |
| Other Secured Note Payments | 0 |  |
| Utilities | 1535.54 |  |
| Insurance | 522.06 |  |
| Auto Expense | 554.04 |  |
| Lease Payments | 0 |  |
| IRA Contributions | 0 |  |
| Repairs and Maintenance | 488.95 |  |
| Medical Expenses | 18.18 |  |
| Household Expenses | 489.11 |  |
| Charitable Contributions | 0 |  |
| Alimony and Child Support Payments | 0 |  |
| Taxes - Real Estate | 0 |  |
| Taxes - Personal Property | 0 |  |
| Taxes - Other (attach schedule) | 0 |  |
| Travel and Entertainment | 0 |  |
| Gifts | 0 |  |
| Other (attach schedule) | 0 |  |
| Total Ordinary Disbursements | 3607.88 |  |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees | 750.00 |  |
| U. S. Trustee Fees | 325.00 |  |
| Other Reorganization Expenses (attach schedule) | 110.00 |  |
| Total Reorganization Items | 1185.00 |  |
| Total Disbursements (Ordinary + Reorganization) | 4792.88 |  |
| Net Cash Flow (Total Receipts - Total Disbursements) | 1361.91 |  |
| Cash - End of Month (Must equal reconciled bank | 10,265.51 |  |

FORM MOR-1 (INDV)

In Re:  Andrew F. Kuzy, and  : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy,  :
  :  Chapter 11
Debtors.  :

(9/99)

Reporting Period: _____

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Schmalz | 10.00 | |
| Return | 31.79 | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Probation and Parole | 10.00 | |
| Clerk of Courts | 100.00 | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

In Re:  Andrew F. Kuzy, and  :  Bankruptcy Case No.: 18-21728-CMB
       Colleen A. Kuzy,  :
                                    :  Chapter 11
      Debtors.  :
                                    :  Reporting Period: _____

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Form 16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA- Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| **Total Federal Taxes** | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| **Total State and Local** | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
|  |  | 0-30 | 31-60 | 61-90 | Over 90 |  |
| Accounts Payable | | | | | | |
| Wages-Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases- Equipment | | | | | | |
| Secured Debt/Adequate Protection | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders" | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.

_____

*"Insider is defined in 11 U.S.C. Section 101(31)                      FORM MOR-4

(9/99)

In Re:  Andrew F. Kuzy, and :  Bankruptcy Case No.: 18-21728-CMB
       Colleen A. Kuzy, :
        : Chapter 11
       Debtors. :

Reporting Period:_____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| − Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below | | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

_____
_____
_____
_____
_____
_____
_____
_____

FORM MOR-5
(9/99)

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 08/30/2019**

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 1 of 6

**ADDRESS SERVICE REQUESTED**

>002416 3325661 0001 092543 10Z

ANDREW F. KUZY, DEBTOR IN POSSESSION
COLLEEN A. KUZY, DEBTOR IN POSSESSION
JACQUELINE SCHMALZ
531 WARRICK DR
WASHINGTON PA 15301-9513

### Managing Your Accounts

| | | |
|---|---|---|
|  | Online | www.fnb-online.com |
| | By Phone | 1 800-555-5455 |
| | By Mail | 4140 E. State Street Hermitage, PA 16148 |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | | $10,265.51 |

## FREE SMALL BUSINESS CHECKING -

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 08/01/2019 | Balance Last Statement | $8,903.60 | Minimum Balance | $7,282.88 |
| | 6 Credit(s) This Period | $6,154.79 | Average Ledger Balance | $8,934.03 |
| | 76 Debit(s) This Period | $4,792.88 | Average Available Balance | $8,934.03 |
| 08/30/2019 | Balance This Statement | $10,265.51 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/01/2019 | Balance Last Statement | | | $8,903.60 |
| 08/01/2019 | CHECK # 1165 | $203.08 | | $8,700.52 |
| 08/01/2019 | 53960 POS PUR 07/31 00:11 PANERA BREAD #20 WASHINGTON PA 00002597 05396~5812 | $11.85 | | $8,688.67 |
| 08/01/2019 | 64132 POS PUR 08/01 03:00 LOWES #00671* WASHINGTON PA 00000000 064132 ~5200 | $10.58 | | $8,678.09 |
| 08/01/2019 | 70707 POS PUR 07/31 11:46 JEFFREYS DRUG ST CANONSBURG PA 29235480 07070~5912 | $9.23 | | $8,668.86 |
| 08/02/2019 | 12639 POS PUR 08/01 02:10 SHEETZ 00 CANONSBURG PA 004 012639 ~5542 | $35.00 | | $8,633.86 |
| 08/02/2019 | 671016 POS PUR 08/02 11:01 AMERICAN NATURAL WEST MIFFLIN PA 38071001 671~5542 | $28.35 | | $8,605.51 |
| 08/02/2019 | 11366 PIN PUR 08/02 07:12 WM SUPERCENTER # WASHINGTON PA 17390047 17454~5411 | $23.28 | | $8,582.23 |
| 08/02/2019 | 59938 POS PUR 08/01 19:45 WM SUPERCENTER # WASHINGTON PA 17390046 05377~5411 | $16.78 | | $8,565.45 |
| 08/02/2019 | 762519 RECURRING 08/02 08:51 NETFLIX COM LOS GATOS CA 003 921400762519 ~4899 | $13.77 | | $8,551.68 |
| 08/02/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $8,491.68 |
| 08/05/2019 | 66227 POS PUR 08/04 12:07 WAL-MART #1739 WASHINGTON PA 00000002 066227 ~5411 | $75.75 | | $8,415.93 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

**First National Bank**

4140 E. State Street
Hermitage, PA 16148

*Statement Ending 08/30/2019*

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 3 of 6

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/05/2019 | 37770 POS PUR 08/02 17:58 EXXONMOBIL 47 PARSIPPANY NJ 001 037770 ~5542 | $21.30 | | $8,394.63 |
| 08/05/2019 | 42864 POS PUR 08/02 20:42 SUNOCO 057732620 WATERFALL PA 0577001 042864 ~5542 | $20.37 | | $8,374.26 |
| 08/05/2019 | 8633 POS PUR 08/02 04:19 MCDONALD'S F2383 WASHINGTON PA 1 008633 ~5814 | $15.43 | | $8,358.83 |
| 08/05/2019 | 72050 POS PUR 08/03 02:28 BP#9726175ADPP E PHILLIPSBURG NJ 9726001 0720~5542 | $11.17 | | $8,347.66 |
| 08/06/2019 | 41738 POS PUR 08/06 17:25 WM SUPERCENTER # WASHINGTON PA 17390048 65578~5411 | $129.22 | | $8,218.44 |
| 08/06/2019 | 704626 POS PUR 08/06 11:29 SPEEDWAY 02915 7 WASHINGTON PA 99999999 70462~5542 | $35.42 | | $8,183.02 |
| 08/07/2019 | 96787 POS PUR 08/07 11:13 QVC* 582069820101 800-367-9444 PA 00000000 096~5390 | $26.94 | | $8,156.08 |
| 08/07/2019 | 52620 POS PUR 08/07 18:34 LOWES #00671* WASHINGTON PA 00000000 052620 ~5200 | $26.47 | | $8,129.61 |
| 08/07/2019 | 37139 POS PUR 08/06 23:29 USPS PO 41890403 WASHINGTON PA 00000000 03713~9402 | $7.50 | | $8,122.11 |
| 08/08/2019 | 56097 POS PUR 08/07 14:04 PAM PA TURNPIKE 866-802-0066 WI 00000000 0560~9222 | $133.35 | | $7,988.76 |
| 08/08/2019 | 19132 POS PUR 08/07 20:39 APL* ITUNES.COM/ 866-712-7753 CA 00000000 019~5735 | $31.79 | | $7,956.97 |
| 08/08/2019 | 33265 POS PUR 08/08 02:39 Prime Video MA2L 888-802-3080 WA 00000000 033~5818 | $4.23 | | $7,952.74 |
| 08/09/2019 | PP596SALANDRA FU PAYROLL | | $1,194.66 | $9,147.40 |
| 08/09/2019 | CHECK # 1168 | $259.49 | | $8,887.91 |
| 08/09/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $8,827.91 |
| 08/12/2019 | DEPOSIT | | $1,000.00 | $9,827.91 |
| 08/12/2019 | 79514 RETURN 08/10 08:13 APL* ITUNES.COM/ 866-712-7753 CA 00000000 079~5735 | | $31.79 | $9,859.70 |
| 08/12/2019 | 3972 POS PUR 08/11 15:06 SAMS CLUB #6251 WASHINGTON PA 62510095 411102~5300 | $62.28 | | $9,797.42 |
| 08/12/2019 | 47207 POS PUR 08/11 02:04 WAL-MART #1739 WASHINGTON PA 00000002 047207 ~5411 | $60.53 | | $9,736.89 |
| 08/12/2019 | 126770 POS PUR 08/09 18:31 Wal-Mart Super C WASHINGTON PA 17390044 92217~5411 | $35.23 | | $9,701.66 |
| 08/12/2019 | 16900 POS PUR 08/11 07:25 WM SUPERCENTER # WASHINGTON PA 17390047 85488~5411 | $34.15 | | $9,667.51 |
| 08/12/2019 | 61059 POS PUR 08/09 04:59 SPEEDWAY 02915 7 WASHINGTON PA 00000000 06105~5542 | $14.51 | | $9,653.00 |
| 08/12/2019 | 85315 POS PUR 08/11 02:50 SPEEDWAY 02915 7 WASHINGTON PA 00000000 08531~5542 | $14.25 | | $9,638.75 |
| 08/12/2019 | 92688 POS PUR 08/09 12:27 AMZN DIGITAL*MA0 888-802-3080 WA 00000000 092~5818 | $10.59 | | $9,628.16 |
| 08/12/2019 | 88092 POS PUR 08/10 00:43 AMZN DIGITAL* MA9 888-802-3080 WA 00000000 088~5818 | $10.59 | | $9,617.57 |
| 08/12/2019 | 20804 POS PUR 08/10 10:01 AMZN Digital 888-802-3080 WA 00000000 020804 ~5818 | $9.53 | | $9,608.04 |
| 08/12/2019 | 31713 POS PUR 08/09 14:33 JEFFREYS DRUG ST CANONSBURG PA 29235480 03171~5912 | $8.95 | | $9,599.09 |
| 08/13/2019 | CHECK # 1167 | $325.00 | | $9,274.09 |
| 08/13/2019 | CHECK # 1166 | $198.53 | | $9,075.56 |

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/13/2019 | 36793 POS PUR 08/12 12:24 BP#9351941RUFF C WASHINGTON PA 9351001 036793~5542 | $25.00 | | $9,050.56 |
| 08/14/2019 | CHECK # 1175 | $300.00 | | $8,750.56 |
| 08/14/2019 | CHECK # 1174 | $160.80 | | $8,589.76 |
| 08/14/2019 | 402943 POS PUR 08/14 06:54 Wal-Mart Super C WASHINGTON PA 17390046 92261~5411 | $20.64 | | $8,569.12 |
| 08/15/2019 | CHECK # 1169 | $250.00 | | $8,319.12 |
| 08/15/2019 | CHECK # 1171 | $198.40 | | $8,120.72 |
| 08/15/2019 | CHECK # 1173 | $50.00 | | $8,070.72 |
| 08/15/2019 | 953721 POS PUR 08/15 16:34 WAL-MART #1739 WASHINGTON PA 24173901 953721 ~5411 | $49.95 | | $8,020.77 |
| 08/15/2019 | 459388 POS PUR 08/15 14:57 SPEEDWAY 02915 7 WASHINGTON PA 99999999 45938~5542 | $30.30 | | $7,990.47 |
| 08/15/2019 | 8302 POS PUR 08/14 10:15 USPS PO 41890403 WASHINGTON PA 00000000 00830~9402 | $6.80 | | $7,983.67 |
| 08/16/2019 | CHECK # 1172 | $252.77 | | $7,730.90 |
| 08/16/2019 | CHECK # 1170 | $114.38 | | $7,616.52 |
| 08/16/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $7,556.52 |
| 08/19/2019 | 58644 POS PUR 08/17 14:14 WM SUPERCENTER # WASHINGTON PA 17390046 17585~5411 | $123.56 | | $7,432.96 |
| 08/19/2019 | 422917 PIN PUR 08/17 15:49 FIVE BELOW 197 8 WASHINGTON PA 99999999 42291~5331 | $77.27 | | $7,355.69 |
| 08/19/2019 | 43187 POS PUR 08/16 21:50 BP#9351941RUFF C WASHINGTON PA 9351001 043187~5542 | $26.19 | | $7,329.50 |
| 08/19/2019 | 0016 POS PUR 08/18 16:19 DICARLOS PIZZA WASHINGTON PA 00000678 000016 ~5814 | $19.08 | | $7,310.42 |
| 08/19/2019 | 44263 RECURRING 08/17 15:11 Amazon Prime Amzn.com/bill WA 00000000 044263~5968 | $13.77 | | $7,296.65 |
| 08/19/2019 | 50237 POS PUR 08/18 23:12 APL* ITUNES.COM/ 866-712-7753 CA 00000000 050~5735 | $8.47 | | $7,288.18 |
| 08/19/2019 | 77652 POS PUR 08/16 23:17 MCDONALD'S F2383 WASHINGTON PA 1 077652 ~5814 | $5.30 | | $7,282.88 |
| 08/21/2019 | SSA TREAS 310 XXSOC SEC XXXXX9149A SSA | | $2,366.00 | $9,648.88 |
| 08/21/2019 | 315291 POS PUR 08/21 16:54 Wal-Mart Super C WASHINGTON PA 17390056 92334~5411 | $7.92 | | $9,640.96 |
| 08/22/2019 | 969823 POS PUR 08/21 19:42 WAL-MART #1739 WASHINGTON PA 24173901 969823 ~5411 | $13.87 | | $9,627.09 |
| 08/23/2019 | PP596SALANDRA FU PAYROLL | | $1,368.46 | $10,995.55 |
| 08/23/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $10,935.55 |
| 08/23/2019 | CHECK # 1176 | $199.03 | | $10,736.52 |
| 08/23/2019 | 4149 PIN PUR 08/23 16:18 SAMS CLUB #6251 WASHINGTON PA 62510095 367616~5300 | $40.39 | | $10,696.13 |
| 08/26/2019 | 97215 RECURRING 08/25 19:18 VERIZONWRLSS* RTC 800-922-0204 FL 00000000 097~4814 | $196.01 | | $10,500.12 |
| 08/26/2019 | 62480 POS PUR 08/25 12:15 WM SUPERCENTER # WASHINGTON PA 17390051 09654~5411 | $133.64 | | $10,366.48 |
| 08/26/2019 | 32156 POS PUR 08/25 12:39 SAMS CLUB #6251 WASHINGTON PA 62510095 185344~5300 | $68.66 | | $10,297.82 |
| 08/26/2019 | 57350 POS PUR 08/23 17:36 BP#9351941RUFF C WASHINGTON PA 9351001 057350~5542 | $26.68 | | $10,271.14 |
| 08/26/2019 | 57883 POS PUR 08/23 18:47 BP#9351941RUFF C WASHINGTON PA 9351001 057883~5542 | $25.00 | | $10,246.14 |
| 08/26/2019 | 35102 POS PUR 08/25 09:06 WM SUPERCENTER # WASHINGTON PA 17390045 47911~5411 | $23.77 | | $10,222.37 |
| 08/26/2019 | 29866 POS PUR 08/23 17:07 BP#952674036181 WASHINGTON PA 9526001 029866 ~5542 | $20.00 | | $10,202.37 |

# First National Bank

4140 E. State Street
Hermitage, PA 16148

*Statement Ending 08/30/2019*

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 5 of 6

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/27/2019 | 893832 POS PUR 08/26 20:38 WAL-MART #1739 WASHINGTON PA 24173901 893832 ~5411 | $4.97 | | $10,197.40 |
| 08/28/2019 | 136445 POS PUR 08/27 18:07 Wal-Mart Super C WASHINGTON PA 17390056 92396~5411 | $21.75 | | $10,175.65 |
| 08/28/2019 | 73643 RECURRING 08/28 23:16 SXM* SIRIUSXM.COM 888-635-5144 NY 00000000 073~4899 | $6.42 | | $10,169.23 |
| 08/29/2019 | CHECK # 1177 | $10.00 | | $10,159.23 |
| 08/30/2019 | COMM OF PA ANNUITANT APXXXXXXX5750 | | $193.88 | $10,353.11 |
| 08/30/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $10,293.11 |
| 08/30/2019 | 21062 POS PUR 08/29 12:35 TACO BELL #62042 WASHINGTON PA 3204002 021062~5814 | $18.37 | | $10,274.74 |
| 08/30/2019 | 80049 POS PUR 08/29 02:35 JEFFREYS DRUG ST CANONSBURG PA 29235480 08004~5912 | $9.23 | | $10,265.51 |
| 08/30/2019 | **Balance This Statement** | | | **$10,265.51** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1165 | 08/01/2019 | $203.08 | 1170 | 08/16/2019 | $114.38 | 1175 | 08/14/2019 | $300.00 |
| 1166 | 08/13/2019 | $198.53 | 1171 | 08/15/2019 | $198.40 | 1176 | 08/23/2019 | $199.03 |
| 1167 | 08/13/2019 | $325.00 | 1172 | 08/16/2019 | $252.77 | 1177 | 08/29/2019 | $10.00 |
| 1168 | 08/09/2019 | $259.49 | 1173 | 08/15/2019 | $50.00 | | | |
| 1169 | 08/15/2019 | $250.00 | 1174 | 08/14/2019 | $160.80 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/01/2019 | $8,668.86 | 08/12/2019 | $9,599.09 | 08/22/2019 | $9,627.09 |
| 08/02/2019 | $8,491.68 | 08/13/2019 | $9,050.56 | 08/23/2019 | $10,696.13 |
| 08/05/2019 | $8,347.66 | 08/14/2019 | $8,569.12 | 08/26/2019 | $10,202.37 |
| 08/06/2019 | $8,183.02 | 08/15/2019 | $7,983.67 | 08/27/2019 | $10,197.40 |
| 08/07/2019 | $8,122.11 | 08/16/2019 | $7,556.52 | 08/28/2019 | $10,169.23 |
| 08/08/2019 | $7,952.74 | 08/19/2019 | $7,282.88 | 08/29/2019 | $10,159.23 |
| 08/09/2019 | $8,827.91 | 08/21/2019 | $9,640.96 | 08/30/2019 | $10,265.51 |

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 08/16/2019**

ANDREW F KUZY

Primary Account Number:

Page 1 of 4

ADDRESS SERVICE REQUESTED

>018368 3277685 0001 092543 10Z

ANDREW F KUZY
COLLEEN A KUZY
TAX ESCROW ACCOUNT
531 WARRICK DR
WASHINGTON PA 15301-9513

### Managing Your Accounts

 Online — www.fnb-online.com
 By Phone — 1 800-555-5455
By Mail — 4140 E. State Street, Hermitage, PA 16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREESTYLE CHECKING | | $2,217.60 |

## FREESTYLE CHECKING -

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/17/2019 | Balance Last Statement | $1,921.55 |
| | 6 Credit(s) This Period | $350.00 |
| | 2 Debit(s) This Period | $53.95 |
| 08/16/2019 | Balance This Statement | $2,217.60 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/17/2019 | Balance Last Statement | | | $1,921.55 |
| 07/19/2019 | TRANSFER FROM BUSINESS CHECKING ACCOUNT | | $60.00 | $1,981.55 |
| 07/22/2019 | DEPOSIT | | $50.00 | $2,031.55 |
| 07/22/2019 | CHECK # 1 | $50.00 | | $1,981.55 |
| 07/26/2019 | TRANSFER FROM BUSINESS CHECKING ACCOUNT | | $60.00 | $2,041.55 |
| 08/02/2019 | TRANSFER FROM BUSINESS CHECKING ACCOUNT | | $60.00 | $2,101.55 |
| 08/09/2019 | TRANSFER FROM BUSINESS CHECKING ACCOUNT | | $60.00 | $2,161.55 |
| 08/16/2019 | PAPER STATEMENT FEE | $3.95 | | $2,157.60 |
| 08/16/2019 | TRANSFER FROM BUSINESS CHECKING ACCOUNT | | $60.00 | $2,217.60 |
| 08/16/2019 | Balance This Statement | | | $2,217.60 |

### Checks Cleared

| Check Nbr | Date | Amount |
|---|---|---|
| 1 | 07/22/2019 | $50.00 |

* Indicates skipped check number

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

First National Bank
Case 18-21728-CMB    Doc 112    Filed 09/23/19    Entered 09/23/19 ... **Statement Ending 08/16/2019**
Document    Page 11 of 15
4140 E. State Street
Hermitage, PA 16148
ANDREW F KUZY
Primary Account Number
Page 3 of 4

## FREESTYLE CHECKING - (continued)

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07/19/2019 | $1,981.55 | 07/26/2019 | $2,041.55 | 08/09/2019 | $2,161.55 |
| 07/22/2019 | $1,981.55 | 08/02/2019 | $2,101.55 | 08/16/2019 | $2,217.60 |

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# First National Bank

Thank you for banking with us!

**FNB Online™**
fnb-online.com

Customer Service: 1-800-555-5455
FNB 25-70

```
CANONSBURG
                 7/16/19              16:18
DDA to DDA Transfer
From Acct  XXXX81026    $1,321.00
To Acct    XXXX6826     $1,321.00
```

DATE AND AMOUNT OF TRANSACTION SHOWN ABOVE
DEPOSITS MAY NOT BE AVAILABLE
FOR IMMEDIATE WITHDRAWAL

The monthly income contributed by Jackie and net monthly cash flow should show an additional #1321.00 .

A deposit of $1321.00 was made 8/19/2019 but was incorrectly deposited in the tax escrow account. This transaction will no show till the next monthly statements.

Pay Statement

Andrew Kuzy
531 Warrick Dr
Washington, PA 15301
Employee No. 22

Period Begin 07/21/2019
Period End 08/03/2019
Voucher No.
Dept No. 1000

|  | This Pay | Year-To-Date |
|---|---|---|
| Earnings | 1479.00 | 24440.50 |
| Taxes | 284.34 | 4738.55 |
| Net Pay | 1194.66 | 19701.95 |

## Your Pay:

| Earnings | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 1479.00 | 23315.50 | 17.0000 | 87.00 | 1371.50 |
| Removal |  | 1125.00 |  |  |  |
| Total | 1479.00 | 24440.50 |  | 87.00 | 1371.50 |

| Taxes | This Pay | YTD |
|---|---|---|
| Social Security | 91.70 | 1515.31 |
| Medicare | 21.45 | 354.37 |
| Federal Income Tax | 108.10 | 1827.40 |
| Pennsylvania | 45.41 | 750.35 |
| PA LST $52 | 2.00 | 32.00 |
| PA Employee Unemp. | 0.89 | 14.68 |
| S Strabane Twp. | 14.79 | 244.44 |
| Total | 284.34 | 4738.55 |

| Net Pay | This Pay | YTD | Account Number |
|---|---|---|---|
| This Check | 1194.66 | 19701.95 |  |

## Other Information:

| Tax Status | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 1479.00 | 24440.50 |  |
| Medicare | 1479.00 | 24440.50 |  |
| Federal Income Tax | 1479.00 | 24440.50 | M / 0 |
| Pennsylvania | 1479.00 | 24440.50 | M / 0 |
| PA LST $52 | 1479.00 | 24440.50 |  |
| PA Employee Unemp. | 1479.00 | 24440.50 |  |
| S Strabane Twp. | 1479.00 | 24440.50 | M / 0 |

Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

PAPT    P596

---

PAPT    P596
Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

Pay Date        08/09/2019
Voucher Number

WASHINGTON FEDERAL SAVINGS BANK
CANONSBURG, PA 15317
60-74222433

*** NON - NEGOTIABLE, DIRECT DEPOSIT NOTICE ***

2/5
1000    22

Andrew Kuzy
531 Warrick Dr
Washington, PA 15301

Net Direct Deposit to Checking    $1194.66

NON - NEGOTIABLE

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENT.

www.payroll1.com

**PAYROLL 1**

Pay Statement

Andrew Kuzy
531 Warrick Dr
Washington, PA 15301
Employee No.  22

| | |
|---|---|
| Period Begin | 08/04/2019 |
| Period End | 08/17/2019 |
| Voucher No. | |
| Dept No. | 1000 |

| | This Pay | Year-To-Date |
|---|---|---|
| Earnings | 1707.00 | 26147.50 |
| Taxes | 338.54 | 5077.09 |
| Net Pay | 1368.46 | 21070.41 |

## Your Pay:

### Earnings

| | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 1632.00 | 24947.50 | 17.0000 | 96.00 | 1467.50 |
| Removal | 75.00 | 1200.00 | | | |
| Total | 1707.00 | 26147.50 | | 96.00 | 1467.50 |

### Taxes

| | This Pay | YTD |
|---|---|---|
| Social Security | 105.83 | 1621.14 |
| Medicare | 24.75 | 379.12 |
| Federal Income Tax | 135.46 | 1962.86 |
| Pennsylvania | 52.41 | 802.76 |
| PA LST $52 | 2.00 | 34.00 |
| PA Employee Unemp. | 1.02 | 15.70 |
| S Strabane Twp. | 17.07 | 261.51 |
| Total | 338.54 | 5077.09 |

### Net Pay

| | This Pay | YTD | Account Number |
|---|---|---|---|
| This Check | 1368.46 | 21070.41 | |

## Other Information:

### Tax Status

| | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 1707.00 | 26147.50 | |
| Medicare | 1707.00 | 26147.50 | |
| Federal Income Tax | 1707.00 | 26147.50 | M / 0 |
| Pennsylvania | 1707.00 | 26147.50 | M / 0 |
| PA LST $52 | 1707.00 | 26147.50 | |
| PA Employee Unemp. | 1707.00 | 26147.50 | |
| S Strabane Twp. | 1707.00 | 26147.50 | M / 0 |

---

Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

PAPT    P596

---

PAPT    P596
Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

Pay Date          08/23/2019
Voucher Number

WASHINGTON FEDERAL SAVINGS BANK
CANONSBURG, PA 15317
60-74222433

*** NON - NEGOTIABLE, DIRECT DEPOSIT NOTICE ***

2/5
1000    22

Andrew Kuzy
531 Warrick Dr
Washington, PA 15301

Net Direct Deposit to Checking    $1368.46

NON - NEGOTIABLE
THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENT.