**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Andrew F. Kuzy, and | ) | Bankruptcy No. 18-21728-CMB |
| Colleen A. Kuzy, | ) | |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to: Document No. 109 |
| | ) | |
| Applicant, | ) | **ENTERED BY DEFAULT** |
| | ) | |
| vs. | ) | |
| | ) | |
| Respondent, | ) | |
| | ) | |
| No Respondent. | ) | |
| | ) | |

**ORDER APPROVING FIRST INTERIM FEE APPLICATION OF THOMPSON LAW GROUP, P.C.**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**AS COUNSEL TO DEBTORS**

This matter having come before the Court upon the Fee Application of Thompson Law Group, P.C. for

Allowance of Compensation and Reimbursement of Expenses as Counsel to Debtor (the "Application"), with

notice for objecting to these fees having been given and no objections thereto having been received, and this

Court being otherwise sufficiently advised, for cause shown it is hereby:

ORDERED, ADJUDGED and DECREED:

1. That the Application be and hereby is APPROVED and that the attorneys' fees sought by Thompson

   Law Group, P.C. for the period from January 29, 2018 through and including September 9, 2019 (the

   "Period") in the amount of $13,625.00 and reimbursement of reasonable expenses sought by

   Thompson Law Group, P.C. in the amount of $2,161.47 are allowed.

2. It is further ORDERED, ADJUDGED and DECREED that Debtor shall immediately pay Thompson

   Law Group, P.C. the fee contemplated in the retention application, currently held in escrow.

DATED: September 30, 2019

FILED
9/30/19 10:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*                glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 18-21728-CMB
Andrew F. Kuzy                                                  Chapter 11
Colleen A. Kuzy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr          Page 1 of 1          Date Rcvd: Sep 30, 2019
                              Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2019.
db/jdb          +Andrew F. Kuzy,    Colleen A. Kuzy,    531 Warrick Drive,    Washington, PA 15301-9513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2019 at the address(es) listed below:
          Anthony T. Kovalchick   on behalf of Creditor Dep't of Revenue  Office of Attorney General
           akovalchick@attorneygeneral.gov
          Brian C. Thompson   on behalf of Debtor Andrew F. Kuzy bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com;bwamsley@thompsonattorney.com;mswenson@thompsonattorney.com
          Brian C. Thompson   on behalf of Joint Debtor Colleen A. Kuzy bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com;bwamsley@thompsonattorney.com;mswenson@thompsonattorney.com
          Brian M. Kile   on behalf of Creditor   Key Bank, N.A. bkile@grenenbirsic.com,
           mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
          James  Warmbrodt   on behalf of Creditor   PNC Bank National Association bkgroup@kmllawgroup.com
          Norma Hildenbrand,  on Behalf of the United States Trustee by   on behalf of U.S. Trustee
           Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
                                                                              TOTAL: 7