IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Andrew F. Kuzy<br>Colleen A. Kuzy<br>   Debtor(s) | Bankruptcy No. 18-21728-CMB<br><br>Chapter 11 |
| United States Trustee<br>   Movant | Related to: Document No. 91 |
| v. | |
| Andrew F. Kuzy and<br>Colleen A. Kuzy<br>   Respondent | |

### ORDER OF COURT

AND NOW, this **4th day of October, 2019**

IT IS HEREBY ORDERED that the Status Conference scheduled for November 21, 2019 at 10:00 a.m., in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Granting Street, Pittsburgh, Pennsylvania 15219, on the United States Trustee's Motion To Convert Case To Chapter 7 Pursuant To 11 U.S.C. Section 1112(b) **is changed to an Evidentiary Hearing.**

BY THE COURT:

Carlota M. Böhm  glb
Chief United States Bankruptcy Judge

cm: Brian C. Thompson, Esquire

FILED
10/4/19 11:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 18-21728-CMB
Andrew F. Kuzy                                                              Chapter 11
Colleen A. Kuzy
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr           Page 1 of 1              Date Rcvd: Oct 04, 2019
                              Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2019.
db/jdb         +Andrew F. Kuzy,    Colleen A. Kuzy,    531 Warrick Drive,    Washington, PA 15301-9513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2019 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
               akovalchick@attorneygeneral.gov
              Brian C. Thompson    on behalf of Debtor Andrew F. Kuzy bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;bwamsley@thompsonattorney.com;mswenson@thompsonattorney.com
              Brian C. Thompson    on behalf of Joint Debtor Colleen A. Kuzy bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;bwamsley@thompsonattorney.com;mswenson@thompsonattorney.com
              Brian M. Kile    on behalf of Creditor    Key Bank, N.A. bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
              James Warmbrodt    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
              Norma Hildenbrand,   on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                               TOTAL: 7