UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Andrew F. Kuzy, and  : Bankruptcy Case No.: 18-21728-CMB
       Colleen A. Kuzy, :
       : Chapter 11
     Debtors. :

Reporting Period: __September 2019__

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - | MOR-1 (INDV) (CONT) | | |
|   Bank Reconciliation | | | |
|   Copies of bank statements | | | |
|   Cash disbursements journals | | | |
|   Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____      10/18/2019
Signature of Debtor                                     Date

_____      10/18/19
Signature of Joint Debtor                       Date

_____      _____
Signature of Preparer                                    Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

In Re: Andrew F. Kuzy, and
Colleen A. Kuzy,

Debtors.

Bankruptcy Case No.: 18-21728-CMB

Chapter 11

Reporting Period: September 2019

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 10265.51 |  |
| **RECEIPTS** |  |  |
| Wages (Net) | 3523.07 |  |
| Interest and Dividend Income | 43.32 |  |
| Alimony and Child Support | 0 |  |
| Social Security and Pension Income | 8559.88 |  |
| Sale of Assets | 0 |  |
| Other Income (attach schedule) | 3821.27 |  |
| **Total Receipts** | 9948.34 |  |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) | 0 |  |
| Rental Payment(s) | 0 |  |
| Other Secured Note Payments | 0 |  |
| Utilities | 1353.68 |  |
| Insurance | 665.65 |  |
| Auto Expense | 505.26 |  |
| Lease Payments | 0 |  |
| IRA Contributions | 0 |  |
| Repairs and Maintenance | 332.60 |  |
| Medical Expenses | 133.18 |  |
| Household Expenses | 1281.62 |  |
| Charitable Contributions | 0 |  |
| Alimony and Child Support Payments | 0 |  |
| Taxes - Real Estate | 1240 |  |
| Taxes - Personal Property | 0 |  |
| Taxes - Other (attach schedule) | 0 |  |
| Travel and Entertainment | 68.97 |  |
| Gifts | 0 |  |
| Other (attach schedule) | 110.00 |  |
| **Total Ordinary Disbursements** | 6190.96 |  |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees | 750.00 |  |
| U. S. Trustee Fees |  |  |
| Other Reorganization Expenses (attach schedule) |  |  |
| **Total Reorganization Items** | 750.00 |  |
| **Total Disbursements (Ordinary + Reorganization)** | 6940.96 |  |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 3007.38 |  |
| Cash - End of Month (Must equal reconciled bank | 13272.89 |  |

FORM MOR-1 (INDV)

In Re:  Andrew F. Kuzy, and
      Colleen A. Kuzy,

          Debtors.

Bankruptcy Case No.: 18-21728-CMB

Chapter 11

(9/99)

Reporting Period: __9/2019__

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| SCHMALZ | 3821.00 | |
| RANGE RESOURCES | 43.32 | |
| | | |
| | 3864.32 | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| PA BOARD OF PROB + PAROLE | 10.00 | |
| CLERK OF COURTS | 100.00 | |
| | | |
| | | |
| | | |
| | 110.00 | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

In Re: Andrew F. Kuzy, and            :    Bankruptcy Case No.: 18-21728-CMB
       Colleen A. Kuzy,                          :
                                            :    Chapter 11
       Debtors.                             :
                                            Reporting Period:_____

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns tiled during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal | | | | | | |
| Withholding | | | | | | |
| FICA- Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| State and Local | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total Stale and Local | | | | | | |
| Total Taxes | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages-Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases- Equipment | | | | | | |
| Secured Debt/Adequate Protection | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders" | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.
_____
_____

*"Insider is defined in 11 U.S.C. Section 101(31)                                FORM MOR-4

(9/99)

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. :

Reporting Period:_____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| - Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

FORM MOR-5
(9/99)

# First National Bank

4140 E. State Street
Hermitage, PA 16148

ADDRESS SERVICE REQUESTED

>001389 3425708 0001 092543 10Z

ANDREW F. KUZY, DEBTOR IN POSSESSION
COLLEEN A. KUZY, DEBTOR IN POSSESSION
JACQUELINE SCHMALZ
531 WARRICK DR
WASHINGTON PA 15301-9513

Statement Ending 09/30/2019

ANDREW F. KUZY, DEBTOR IN
Primary Account Number.

Page 1 of 6

### Managing Your Accounts

| | | |
|---|---|---|
| Online | | www.fnb-online.com |
| By Phone | | 1 800-555-5455 |
| By Mail | | 4140 E. State Street, Hermitage, PA 16148 |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | | $13,272.89 |

## FREE SMALL BUSINESS CHECKING - 95466826

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 08/31/2019 | Balance Last Statement | $10,265.51 | Minimum Balance | $9,012.35 |
| | 8 Credit(s) This Period | $9,948.34 | Average Ledger Balance | $11,029.98 |
| | 83 Debit(s) This Period | $6,940.96 | Average Available Balance | $10,943.18 |
| 09/30/2019 | Balance This Statement | $13,272.89 | | |

An updated version of FNB's Deposit Account Agreement goes into effect on September 1, 2019. To obtain a copy of the agreement and summary of the changes, please contact/visit any FNB branch or call our Customer Service Center at 1-800-555-5455, Monday through Friday from 8:00 AM – 9:00 PM, or Saturday and Sunday from 8:00 AM – 5:00 PM ET. FNB Online Banking customers can also access the agreement and summary of changes in their messages inbox at fnb-online.com.

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/31/2019 | Balance Last Statement | | | $10,265.51 |
| 09/03/2019 | 48094 RETURN 08/31 19:11 WALMART.COM 800-966-6546 AR 00000000 048094 ~5310 | | $0.27 | $10,265.78 |
| 09/03/2019 | CHECK # 1178 | $203.08 | | $10,062.70 |
| 09/03/2019 | 50351 POS PUR 08/31 09:09 WM SUPERCENTER # WASHINGTON PA 17390046 33705~5411 | $143.93 | | $9,918.77 |
| 09/03/2019 | 428604 PIN PUR 09/01 14:54 FIVE BELOW 197 8 WASHINGTON PA 99999999 42860~5331 | $68.97 | | $9,849.80 |
| 09/03/2019 | 64886 POS PUR 08/31 00:23 MM MM PIZZA WASH WASHINGTON PA 02312684 06488~5814 | $49.94 | | $9,799.86 |
| 09/03/2019 | 47485 POS PUR 09/01 11:30 SUNOCO 005968820 CANONSBURG PA 0059003 047485~5542 | $27.79 | | $9,772.07 |
| 09/03/2019 | 49600 POS PUR 09/03 16:34 Wal-Mart Super C WASHINGTON PA 17390049 92462~5411 | $26.97 | | $9,745.10 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
■ For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
● For business accounts, click on https://www.fnb-online.com/business-overdrafts

**First National Bank**

4140 E. State Street
Hermitage, PA 16148

Statement Ending 09/30/2019

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 3 of 6

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/03/2019 | 5474 POS PUR 08/31 13:57 KRENCYS BAKERY I WASHINGTON PA 00000000 00547~5462 | $22.50 | | $9,722.60 |
| 09/03/2019 | 8124 POS PUR 08/31 09:05 WALMART.COM AR 00000000 008124 ~5310 | $20.01 | | $9,702.59 |
| 09/03/2019 | 79910 RECURRING 08/31 21:48 SCENTBOX.COM 866-274-4123 CA 00000000 079910 ~5964 | $19.95 | | $9,682.64 |
| 09/03/2019 | 854785 POS PUR 09/02 07:36 WAL-MART #1739 WASHINGTON PA 24173901 854785 ~5411 | $19.50 | | $9,663.14 |
| 09/03/2019 | 604067 RECURRING 09/02 09:24 NETFLIX COM LOS GATOS CA 003 924500604067 ~4899 | $13.77 | | $9,649.37 |
| 09/03/2019 | 636419 POS PUR 09/02 13:56 Wal-Mart Super C WASHINGTON PA 17390043 92457~5411 | $8.12 | | $9,641.25 |
| 09/04/2019 | 55444 PIN PUR 09/04 12:30 WM SUPERCENTER # WASHINGTON PA 17390031 13216~5411 | $171.77 | | $9,469.48 |
| 09/04/2019 | 77516 POS PUR 09/03 23:46 BP#9351941RUFF C WASHINGTON PA 9351001 077516~5542 | $20.03 | | $9,449.45 |
| 09/05/2019 | CHECK # 1179 | $250.00 | | $9,199.45 |
| 09/05/2019 | 68385 POS PUR 09/04 06:13 Kindle Unltd* 9Y1 866-321-8851 WA 00000000 068~5818 | $10.59 | | $9,188.86 |
| 09/05/2019 | 77118 POS PUR 09/04 13:39 AMZN Digital WA 00000000 077118 ~5818 | $9.53 | | $9,179.33 |
| 09/05/2019 | 8935 POS PUR 09/03 19:11 CHICK-FIL-A #032 WASHINGTON PA 1 008935 ~5814 | $8.44 | | $9,170.89 |
| 09/06/2019 | PP596SALANDRA FU PAYROLL | | $1,703.06 | $10,873.95 |
| 09/06/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $10,813.95 |
| 09/06/2019 | CHECK # 1182 | $115.50 | | $10,698.45 |
| 09/09/2019 | 23653 POS PUR 09/07 12:27 SAMS CLUB #6251 WASHINGTON PA 62510096 178350~5300 | $116.48 | | $10,581.97 |
| 09/09/2019 | CHECK # 1180 | $51.63 | | $10,530.34 |
| 09/09/2019 | 11757 POS PUR 09/09 14:28 LOWES #00671* WASHINGTON PA 00000000 011757 ~5200 | $46.57 | | $10,483.77 |
| 09/09/2019 | 52191 PIN PUR 09/07 13:48 WM SUPERCENTER # WASHINGTON PA 17390028 49278~5411 | $43.71 | | $10,440.06 |
| 09/09/2019 | 4000 POS PUR 09/07 23:33 QVC* 582069820101 800-367-9444 PA 00000000 004~5399 | $26.94 | | $10,413.12 |
| 09/09/2019 | 0023 POS PUR 09/08 00:37 DICARLOS PIZZA WASHINGTON PA 00000678 000023 ~5814 | $13.76 | | $10,399.36 |
| 09/09/2019 | 49397 POS PUR 09/07 18:19 WM SUPERCENTER # WASHINGTON PA 17390027 71669~5411 | $11.88 | | $10,387.48 |
| 09/10/2019 | CHECK # 1186 | $300.00 | | $10,087.48 |
| 09/10/2019 | CHECK # 1183 | $259.49 | | $9,827.99 |
| 09/10/2019 | 886295 POS PUR 09/10 17:21 Wal-Mart Super C WASHINGTON PA 17390049 92538~5411 | $34.06 | | $9,793.93 |
| 09/10/2019 | 60641 PIN PUR 09/10 12:12 ALDI 69051 WASHINGTON PA 89027702 060641 ~5411 | $30.03 | | $9,763.90 |
| 09/10/2019 | 429305 POS PUR 09/10 16:52 SPEEDWAY 02915 7 WASHINGTON PA 99999999 42930~5542 | $29.99 | | $9,733.91 |
| 09/10/2019 | 66595 POS PUR 09/09 03:14 Kindle Unltd* MO5 866-321-8851 WA 00000000 066~5818 | $10.59 | | $9,723.32 |
| 09/11/2019 | CHECK # 1184 | $250.00 | | $9,473.32 |
| 09/11/2019 | CHECK # 1185 | $50.00 | | $9,423.32 |
| 09/12/2019 | 60005 POS PUR 09/10 13:59 IMPERIAL CLEANER WASHINGTON PA 73228270 06000~7216 | $41.70 | | $9,381.62 |

# FREE SMALL BUSINESS CHECKING (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/12/2019 | 45588 POS PUR 09/11 18:28 WENDY'S 414 CANONSBURG PA 65719009 375637 ~5814 | $20.92 | | $9,360.70 |
| 09/13/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $9,300.70 |
| 09/13/2019 | CHECK # 1181 | $193.40 | | $9,107.30 |
| 09/13/2019 | 12394 POS PUR 09/12 17:53 JEFFREYS DRUG ST CANONSBURG PA 29235480 01239~5912 | $94.95 | | $9,012.35 |
| 09/16/2019 | DEPOSIT | | $1,321.00 | $10,333.35 |
| 09/16/2019 | 9919 POS PUR 09/15 13:51 WM SUPERCENTER # WASHINGTON PA 17390044 11773~5411 | $90.73 | | $10,242.62 |
| 09/16/2019 | 63164 POS PUR 09/15 06:40 WM SUPERCENTER # WASHINGTON PA 17390038 76716~5411 | $38.98 | | $10,203.64 |
| 09/16/2019 | 707504 POS PUR 09/15 10:55 WAL-MART #1739 WASHINGTON PA 24173901 707504 ~5411 | $30.33 | | $10,173.31 |
| 09/16/2019 | 419064 POS PUR 09/15 08:04 BP#9351941RUFF C WASHINGTON PA 39013701 41906~5542 | $20.00 | | $10,153.31 |
| 09/16/2019 | 966626 POS PUR 09/16 16:37 WAL-MART #1739 WASHINGTON PA 24173901 966626 ~5411 | $3.00 | | $10,150.31 |
| 09/18/2019 | SSA TREAS 310 XXSOC SEC XXXXX9149A SSA | | $2,366.00 | $12,516.31 |
| 09/18/2019 | 59194 PIN PUR 09/18 15:56 GIANT-EAGLE #007 McMurray PA 70009400 739378 ~5411 | $46.13 | | $12,470.18 |
| 09/18/2019 | 567127 POS PUR 09/18 08:36 BP#9351941RUFF C WASHINGTON PA 39013701 56712~5542 | $33.41 | | $12,436.77 |
| 09/18/2019 | 97061 RECURRING 09/17 19:12 Amazon Prime Amzn.com/bill WA 00000000 097061~5968 | $13.77 | | $12,423.00 |
| 09/18/2019 | 3250 POS PUR 09/17 07:31 USPS PO 41890403 WASHINGTON PA 00000000 00325~9402 | $7.45 | | $12,415.55 |
| 09/19/2019 | CHECK # 1189 | $208.82 | | $12,206.73 |
| 09/19/2019 | CHECK # 1187 | $198.40 | | $12,008.33 |
| 09/19/2019 | CHECK # 1190 | $50.00 | | $11,958.33 |
| 09/19/2019 | 10736 POS PUR 09/18 13:15 MCDONALD'S F4865 CANONSBURG PA 1 010736 ~5814 | $11.00 | | $11,947.33 |
| 09/19/2019 | CHECK # 1188 | $10.00 | | $11,937.33 |
| 09/20/2019 | PP596SALANDRA FU PAYROLL | | $1,820.81 | $13,758.14 |
| 09/20/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $13,698.14 |
| 09/20/2019 | 452010 PIN PUR 09/20 10:58 TJMAXX #0074 394 MCMURRAY PA 99999999 452010 ~5651 | $107.00 | | $13,591.14 |
| 09/20/2019 | 533031 POS PUR 09/20 08:11 SPEEDWAY 02915 7 WASHINGTON PA 99999999 53303~5542 | $26.95 | | $13,564.19 |
| 09/20/2019 | 2238 POS PUR 09/19 06:52 WM SUPERCENTER # WASHINGTON PA 15902238 00223~5912 | $20.00 | | $13,544.19 |
| 09/23/2019 | CHECK # 1191 | $250.00 | | $13,294.19 |
| 09/23/2019 | 16654 POS PUR 09/22 20:12 SAMSCLUB #6251 WASHINGTON PA 00000001 016654 ~5300 | $210.94 | | $13,083.25 |
| 09/23/2019 | 369620 POS PUR 09/22 14:39 WAL-MART #1739 WASHINGTON PA 17390051 9265994~5411 | $41.24 | | $13,042.01 |
| 09/23/2019 | 669809 PIN PUR 09/22 11:14 LOWE'S #671 WASHINGTON PA 001 669809 ~5200 | $22.75 | | $13,019.26 |
| 09/23/2019 | 66377 POS PUR 09/22 23:35 Wienceks Dairy B Washington PA 00737886 06637~5814 | $12.56 | | $13,006.70 |
| 09/23/2019 | 86596 POS PUR 09/22 16:41 APL* ITUNES.COM/B 866-712-7753 CA 00000000 086~5735 | $8.47 | | $12,998.23 |
| 09/24/2019 | 43439 POS PUR 09/24 16:52 WM SUPERCENTER # WASHINGTON PA 17390050 38698~5411 | $21.25 | | $12,976.98 |
| 09/24/2019 | 14804 POS PUR 09/24 16:47 SUNOCO 036343830 WASHINGTON PA 27599701 01480~5542 | $20.00 | | $12,956.98 |
| 09/25/2019 | CHECK # 1194 | $400.00 | | $12,556.98 |

First National Bank
Case 18-21728-CMB   Doc 120   Filed 10/23/19   Entered 10/23/19 14:20:28   Desc Main
Document   Page 9 of 13
Statement Ending 09/30/2019

4140 E. State Street
Hermitage, PA 16148

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 5 of 6

# FREE SMALL BUSINESS CHECKING – (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/25/2019 | 24852 PIN PUR 09/25 11:37 WM SUPERCENTER # WASHINGTON PA 17390048 12546~5411 | $98.11 | | $12,458.87 |
| 09/26/2019 | CHECK # 1192 | $203.08 | | $12,255.79 |
| 09/26/2019 | 91721 POS PUR 09/25 08:57 SUNOCO 005968820 CANONSBURG PA 0059003 091721~5542 | $31.00 | | $12,224.79 |
| 09/27/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $12,164.79 |
| 09/27/2019 | CHECK # 1193 | $181.06 | | $11,983.73 |
| 09/27/2019 | 616250 PIN PUR 09/27 17:10 STORE 1648 MURTL WASHINGTON PA 115 9270006162~5533 | $63.59 | | $11,920.14 |
| 09/27/2019 | 46422 POS PUR 09/26 23:47 PA DRIVER & VEHI 717-412-5300 PA 00000000 046~9399 | $38.00 | | $11,882.14 |
| 09/30/2019 | DEPOSIT | | $2,500.00 | $14,382.14 |
| 09/30/2019 | RANGE RESOURCES 09.19 EFT | | $43.32 | $14,425.46 |
| 09/30/2019 | COMM OF PA ANNUITANT APXXXXXX5715 | | $193.88 | $14,619.34 |
| 09/30/2019 | CHECK # 1 | $1,000.00 | | $13,619.34 |
| 09/30/2019 | 24073 POS PUR 09/27 20:44 WALMART GROCERY 800-966-6546 AR 00000000 0240~5411 | $129.33 | | $13,490.01 |
| 09/30/2019 | CHECK # 1195 | $79.00 | | $13,411.01 |
| 09/30/2019 | 434833 PIN PUR 09/30 16:10 Wal-Mart Super C WASHINGTON PA 17390048 92733~5411 | $54.63 | | $13,356.38 |
| 09/30/2019 | 2070 POS PUR 09/27 10:27 JEFFREYS DRUG ST CANONSBURG PA 29235480 00207~5912 | $38.23 | | $13,318.15 |
| 09/30/2019 | 27845 POS PUR 09/28 04:44 WALMART GROCERY 800-966-6546 AR 00000000 0278~5411 | $22.01 | | $13,296.14 |
| 09/30/2019 | 654359 POS PUR 09/28 15:37 WAL-MART #1739 WASHINGTON PA 24173901 654359 ~5411 | $13.68 | | $13,282.46 |
| 09/30/2019 | 45147 RECURRING 09/28 21:42 SXM* SIRIUSXM.COM 888-635-5144 NY 00000000 045~4899 | $6.42 | | $13,276.04 |
| 09/30/2019 | 97401 POS PUR 09/28 04:44 WALMART GROCERY 800-966-6546 AR 00000000 0974~5411 | $3.15 | | $13,272.89 |
| 09/30/2019 | **Balance This Statement** | | | $13,272.89 |

## Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 09/30/2019 | $1,000.00 | 1184 | 09/11/2019 | $250.00 | 1191 | 09/23/2019 | $250.00 |
| 1178* | 09/03/2019 | $203.08 | 1185 | 09/11/2019 | $50.00 | 1192 | 09/26/2019 | $203.08 |
| 1179 | 09/05/2019 | $250.00 | 1186 | 09/10/2019 | $300.00 | 1193 | 09/27/2019 | $181.06 |
| 1180 | 09/09/2019 | $51.63 | 1187 | 09/19/2019 | $198.40 | 1194 | 09/25/2019 | $400.00 |
| 1181 | 09/13/2019 | $193.40 | 1188 | 09/19/2019 | $10.00 | 1195 | 09/30/2019 | $79.00 |
| 1182 | 09/06/2019 | $115.50 | 1189 | 09/19/2019 | $208.82 | | | |
| 1183 | 09/10/2019 | $259.49 | 1190 | 09/19/2019 | $50.00 | | | |

* Indicates skipped check number

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09/03/2019 | $9,641.25 | 09/12/2019 | $9,360.70 | 09/24/2019 | $12,956.98 |
| 09/04/2019 | $9,449.45 | 09/13/2019 | $9,012.35 | 09/25/2019 | $12,458.87 |
| 09/05/2019 | $9,170.89 | 09/16/2019 | $10,150.31 | 09/26/2019 | $12,224.79 |
| 09/06/2019 | $10,698.45 | 09/18/2019 | $12,415.55 | 09/27/2019 | $11,882.14 |
| 09/09/2019 | $10,387.48 | 09/19/2019 | $11,937.33 | 09/30/2019 | $13,272.89 |
| 09/10/2019 | $9,723.32 | 09/20/2019 | $13,544.19 | | |
| 09/11/2019 | $9,423.32 | 09/23/2019 | $12,998.23 | | |

# First National Bank

**Statement Ending 09/16/2019**

4140 E. State Street
Hermitage, PA 16148

ANDREW F KUZY

Page 1 of 4

**Primary Account Number:**

ADDRESS SERVICE REQUESTED

>011857 3375258 0001 092543 10Z

ANDREW F KUZY
COLLEEN A KUZY
TAX ESCROW ACCOUNT
531 WARRICK DR
WASHINGTON PA 15301-9513

## Managing Your Accounts

 Online — www.fnb-online.com
 By Phone — 1 800-555-5455
By Mail — 4140 E. State Street
Hermitage, PA 16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREESTYLE CHECKING | | $2,453.65 |

## FREESTYLE CHECKING -

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 08/17/2019 | Balance Last Statement | $2,217.60 |
| | 5 Credit(s) This Period | $1,561.00 |
| | 2 Debit(s) This Period | $1,324.95 |
| 09/16/2019 | Balance This Statement | $2,453.65 |

An updated version of FNB's Deposit Account Agreement goes into effect on September 1, 2019. To obtain a copy of the agreement and summary of the changes, please contact/visit any FNB branch or call our Customer Service Center at 1-800-555-5455, Monday through Friday from 8:00 AM – 9:00 PM, or Saturday and Sunday from 8:00 AM – 5:00 PM ET. FNB Online Banking customers can also access the agreement and summary of changes in their messages inbox at fnb-online.com.

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/17/2019 | Balance Last Statement | | | $2,217.60 |
| 08/23/2019 | TRANSFER FROM BUSINESS CHECKING ACCOUNT | | $60.00 | $2,277.60 |
| 08/28/2019 | DEPOSIT | | $1,321.00 | $3,598.60 |
| 08/30/2019 | TRANSFER FROM BUSINESS CHECKING ACCOUNT | | $60.00 | $3,658.60 |
| 09/06/2019 | TRANSFER FROM BUSINESS CHECKING ACCOUNT | | $60.00 | $3,718.60 |
| 09/13/2019 | TRANSFER FROM BUSINESS CHECKING ACCOUNT | | $60.00 | $3,778.60 |
| 09/16/2019 | PAPER STATEMENT FEE | $3.95 | | $3,774.65 |
| 09/16/2019 | CHECK # 68 | $1,321.00 | | $2,453.65 |
| 09/16/2019 | Balance This Statement | | | $2,453.65 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

# First National Bank

4140 E. State Street
Hermitage, PA 16148

*Statement Ending 09/16/2019*

*ANDREW F KUZY*
*Primary Account Number:*

Page 3 of 4

## FREESTYLE CHECKING -

### Checks Cleared

| Check Nbr | Date | Amount |
|---|---|---|
| 68 | 09/16/2019 | $1,321.00 |

\* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/23/2019 | $2,277.60 | 08/30/2019 | $3,658.60 | 09/13/2019 | $3,778.60 |
| 08/28/2019 | $3,598.60 | 09/06/2019 | $3,718.60 | 09/16/2019 | $2,453.65 |

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Pay Statement

| | | | | | | | This Pay | Year-To-Date |
|---|---|---|---|---|---|---|---|---|
| Andrew Kuzy | | | Pay Date | 09/20/2019 | | Earnings | 2300.50 | 30594.00 |
| 531 Warrick Dr | | | Period Begin | 09/01/2019 | | Taxes | 479.69 | 5999.72 |
| Washington, PA 15301 | | | Period End | 09/14/2019 | | Net Pay | 1820.81 | 24594.28 |
| Employee No. 22 | | | Voucher No. | | | | | |
| | | | Dept No. | 1000 | | | | |

## Your Pay:

| Earnings | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 2150.50 | 29019.00 | 17.0000 | 126.50 | 1707.00 |
| Removal | 150.00 | 1575.00 | | | |
| Total | 2300.50 | 30594.00 | | 126.50 | 1707.00 |

| Taxes | This Pay | YTD |
|---|---|---|
| Social Security | 142.63 | 1896.82 |
| Medicare | 33.36 | 443.60 |
| Federal Income Tax | 206.68 | 2357.68 |
| Pennsylvania | 70.63 | 939.27 |
| PA LST $52 | 2.00 | 38.00 |
| PA Employee Unemp. | 1.38 | 18.37 |
| S Strabane Twp. | 23.01 | 305.98 |
| Total | 479.69 | 5999.72 |

| Net Pay | This Pay | YTD | Account Number |
|---|---|---|---|
| This Check | 1820.81 | 24594.28 | |

## Other Information:

| Tax Status | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 2300.50 | 30594.00 | |
| Medicare | 2300.50 | 30594.00 | |
| Federal Income Tax | 2300.50 | 30594.00 | M / 0 |
| Pennsylvania | 2300.50 | 30594.00 | M / 0 |
| PA LST $52 | 2300.50 | 30594.00 | |
| PA Employee Unemp. | 2300.50 | 30594.00 | |
| S Strabane Twp. | 2300.50 | 30594.00 | M / 0 |

Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

PAPT   P596

---

PAPT   P596
Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

Pay Date      09/20/2019    WASHINGTON FEDERAL SAVINGS BANK
Voucher Number                CANONSBURG, PA 15317
                              60-74222433

*** NON - NEGOTIABLE, DIRECT DEPOSIT NOTICE ***

3/6
1000   22

Andrew Kuzy
531 Warrick Dr
Washington, PA 15301

Net Direct Deposit to Checking   $1820.81

NON - NEGOTIABLE

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENT.

```
Andrew Kuzy                        Pay Date      09/06/2019          This Pay      Year-To-Date
531 Warrick Dr                     Period Begin  08/18/2019  Earnings  2146.00     28293.50
Washington, PA 15301               Period End    08/31/2019  Taxes      442.94      5520.03
Employee No. 22                    Voucher No.                Net Pay  1703.06     22773.47
                                   Dept No.      1000
```

## Your Pay:

| Earnings | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 1921.00 | 26868.50 | 17.0000 | 113.00 | 1580.50 |
| Removal | 225.00 | 1425.00 | | | |
| Total | 2146.00 | 28293.50 | | 113.00 | 1580.50 |

| Taxes | This Pay | YTD |
|---|---|---|
| Social Security | 133.05 | 1754.19 |
| Medicare | 31.12 | 410.24 |
| Federal Income Tax | 188.14 | 2151.00 |
| Pennsylvania | 65.88 | 868.64 |
| PA LST $52 | 2.00 | 36.00 |
| PA Employee Unemp. | 1.29 | 16.99 |
| S Strabane Twp. | 21.46 | 282.97 |
| Total | 442.94 | 5520.03 |

| Net Pay | This Pay | YTD | Account Number |
|---|---|---|---|
| This Check | 1703.06 | 22773.47 | |

## Other Information:

| Tax Status | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 2146.00 | 28293.50 | |
| Medicare | 2146.00 | 28293.50 | |
| Federal Income Tax | 2146.00 | 28293.50 | M / 0 |
| Pennsylvania | 2146.00 | 28293.50 | M / 0 |
| PA LST $52 | 2146.00 | 28293.50 | |
| PA Employee Unemp. | 2146.00 | 28293.50 | |
| S Strabane Twp. | 2146.00 | 28293.50 | M / 0 |

```
Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317
                                        PAPT   P596
```

---

```
                                 Pay Date        09/06/2019   WASHINGTON FEDERAL SAVINGS BANK
         PAPT  P596              Voucher Number               CANONSBURG, PA 15317
Salandra Funeral Service, Inc.                                60-74222433
304 West Pike Street
Canonsburg, PA 15317
```

*** NON - NEGOTIABLE, DIRECT DEPOSIT NOTICE ***

```
              2/5
       1000    22
                                        Net Direct Deposit to Checking   $1703.06
Andrew Kuzy
531 Warrick Dr
Washington, PA 15301
                                                                NON - NEGOTIABLE
```

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENT.