UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Andrew F. Kuzy, and | : | Bankruptcy Case No.: 18-21728-CMB |
| Colleen A. Kuzy, | : | |
| | : | Chapter 11 |
| Debtors. | : | |

Reporting Period: _October 2019_

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)
**File with Court and submit copy to United States Trustee within 14 days after end of month**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-I (INDV) | | |
| Schedule of Cash Receipts and Disbursements - | MOR-I (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_Andrew Kuzy_
**Signature of Debtor**

_11/15/2019_
**Date**

_Colleen Kuzy_
**Signature of Joint Debtor**

_11/15/19_
**Date**

_____
**Signature of Preparer**

_____
**Date**

_____
**Printed Name of Preparer**

FORM MOR (INDV)
(10/00)

In Re:  Andrew F. Kuzy, and      : Bankruptcy Case No.: 18-21728-CMB
      Colleen A. Kuzy,      :
          : Chapter 11
      Debtors.      :

Reporting Period: _October 2019_

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account .

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 13272.89 | |
| **RECEIPTS** | | |
| Wages (Net) | 3149.26 | |
| Interest and Dividend Income | 0 | |
| Alimony and Child Support | 0 | |
| Social Security and Pension Income | 2559.88 | |
| Sale of Assets | 0 | |
| Other Income (attach schedule) | 2500.00 | |
| **Total Receipts** | 8209.14 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 0 | |
| Rental Payment(s) | 0 | |
| Other Secured Note Payments | 0 | |
| Utilities | 879.85 | |
| Insurance | 259.49 | |
| Auto Expense | 205.23 | |
| Lease Payments | 0 | |
| IRA Contributions | 0 | |
| Repairs and Maintenance | 1037.18 | |
| Medical Expenses | 406.67 | |
| Household Expenses | 1401.81 | |
| Charitable Contributions | 22.65 | |
| Alimony and Child Support Payments | 0 | |
| Taxes - Real Estate | 0 | |
| Taxes - Personal Property | 0 | |
| Taxes - Other (attach schedule) | 240 | |
| Travel and Entertainment | 0 | |
| Gifts | | |
| Other (attach schedule) | | |
| **Total Ordinary Disbursements** | 4452.38 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 250 | |
| U. S. Trustee Fees | 650.00 | |
| Other Reorganization Expenses (attach schedule) | 80.00 | |
| **Total Reorganization Items** | 980.00 | |
| **Total Disbursements (Ordinary + Reorganization)** | 5432.38 | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 2776.76 | |
| **Cash - End of Month (Must equal reconciled bank** | 16049.65 | |

FORM MOR-1 (INDV)

| | | |
|---|---|---|
| In Re:  Andrew F. Kuzy, and | : | Bankruptcy Case No.: 18-21728-CMB |
| Colleen A. Kuzy, | : | |
| | : | Chapter 11 |
| Debtors. | : | |
| | | (9/99) |

Reporting Period: _October 2019_

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Schmaly | 2500 | |
| | | |
| | | |
| **Other Taxes** | | |
| Escrow | 240 | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Boadid of Probation + Parole | 30.00 | |
| Wash Co. Clerk of Courts | 50.00 | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

In Re: Andrew F. Kuzy, and
Colleen A. Kuzy,

:                    Bankruptcy Case No.: 18-21728-CMB
:
:                    Chapter 11

Debtors.

:
:

Reporting Period: _____

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Form16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns tiled during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FI CA- Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| **Total Federal Taxes** | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| **Total Stale and Local** | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| **Accounts Payable** | | | | | | |
| **Wages-Payable** | | | | | | |
| **Taxes Payable** | | | | | | |
| **Rent/Leases-Building** | | | | | | |
| **Rent/Leases- Equipment** | | | | | | |
| **Secured Debt/Adequate Protection** | | | | | | |
| **Professional Fees** | | | | | | |
| **Amounts Due to Insiders"** | | | | | | |
| **Other:** | | | | | | |
| **Other:** | | | | | | |
| **Total Postpetition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past-due Postpetition debts.**

_____

_____

_____

*"Insider is defined in 11 U.S.C. Section 101(31)                    **FORM MOR-4**

In Re:  Andrew F. Kuzy, and                :        Bankruptcy Case No.: 18-21728-CMB
       Colleen A. Kuzy,                        :
                              :        Chapter 11
       Debtors.                                :

Reporting Period: _____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| - Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

FORM MOR-5
(9/99)

# First National Bank

**Statement Ending 10/16/2019**

**4140 E. State Street**
**Hermitage, PA 16148**

*ANDREW F KUZY*                                                                    *Page 1 of 4*

**Primary Account Number**

**ADDRESS SERVICE REQUESTED**

>011642 3479594 0001 092543 10Z

ANDREW F KUZY
COLLEEN A KUZY
TAX ESCROW ACCOUNT
531 WARRICK DR
WASHINGTON PA 15301-9513

### Managing Your Accounts

| | | |
|---|---|---|
| Online | www.fnb-online.com | |
| By Phone | 1 800-555-5455 | |
| By Mail | 4140 E. State Street Hermitage, PA  16148 | |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREESTYLE CHECKING | | $154.77 |

## FREESTYLE CHECKING -

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **09/17/2019** | **Balance Last Statement** | **$2,453.65** |
| | 5 Credit(s) This Period | $1,240.00 |
| | 4 Debit(s) This Period | $3,538.88 |
| **10/16/2019** | **Balance This Statement** | **$154.77** |

An updated version of FNB's Deposit Account Agreement goes into effect on September 1, 2019. To obtain a copy of the agreement and summary of the changes, please contact/visit any FNB branch or call our Customer Service Center at 1-800-555-5455, Monday through Friday from 8:00 AM – 9:00 PM, or Saturday and Sunday from 8:00 AM – 5:00 PM ET. FNB Online Banking customers can also access the agreement and summary of changes in their messages inbox at fnb-online.com.

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **09/17/2019** | **Balance Last Statement** | | | **$2,453.65** |
| 09/20/2019 | TRANSFER FROM BUSINESS CHECKING ACCOUNT | | $60.00 | $2,513.65 |
| 09/27/2019 | TRANSFER FROM BUSINESS CHECKING ACCOUNT | | $60.00 | $2,573.65 |
| 09/30/2019 | DEPOSIT | | $1,000.00 | $3,573.65 |
| 09/30/2019 | CHECK # 1 | $2,720.63 | | $853.02 |
| 09/30/2019 | CHECK # 1 | $577.10 | | $275.92 |
| 09/30/2019 | CHECK # 1 | $237.20 | | $38.72 |
| 10/04/2019 | TRANSFER FROM BUSINESS CHECKING ACCOUNT | | $60.00 | $98.72 |
| 10/11/2019 | TRANSFER FROM BUSINESS CHECKING ACCOUNT | | $60.00 | $158.72 |
| 10/16/2019 | PAPER STATEMENT FEE | $3.95 | | $154.77 |
| **10/16/2019** | **Balance This Statement** | | | **$154.77** |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts


# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 10/31/2019**

*ANDREW F. KUZY, DEBTOR IN*                    Page 1 of 6
*Primary Account Number*

**ADDRESS SERVICE REQUESTED**

>001401 3534693 0001 092543 10Z

ANDREW F. KUZY, DEBTOR IN POSSESSION
COLLEEN A. KUZY, DEBTOR IN POSSESSION
JACQUELINE SCHMALZ
531 WARRICK DR
WASHINGTON PA 15301-9513

### Managing Your Accounts

| | | |
|---|---|---|
| Online | | www.fnb-online.com |
| By Phone | | 1 800-555-5455 |
| By Mail | | 4140 E. State Street Hermitage, PA  16148 |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | | $16,049.65 |

## FREE SMALL BUSINESS CHECKING

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 10/01/2019 | Balance Last Statement | $13,272.89 | Minimum Balance | $11,554.65 |
| | 5 Credit(s) This Period | $8,209.14 | Average Ledger Balance | $13,502.39 |
| | 85 Debit(s) This Period | $5,432.38 | Average Available Balance | $13,415.58 |
| 10/31/2019 | Balance This Statement | $16,049.65 | | |

An updated version of FNB's Deposit Account Agreement goes into effect on September 1, 2019. To obtain a copy of the agreement and summary of the changes, please contact/visit any FNB branch or call our Customer Service Center at 1-800-555-5455, Monday through Friday from 8:00 AM – 9:00 PM, or Saturday and Sunday from 8:00 AM – 5:00 PM ET. FNB Online Banking customers can also access the agreement and summary of changes in their messages inbox at fnb-online.com.

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/01/2019 | Balance Last Statement | | | $13,272.89 |
| 10/01/2019 | 130469 PIN PUR 10/01 12:37 WAL-MART #1739 WASHINGTON PA 24173901 130469 ~5411 | $95.93 | | $13,176.96 |
| 10/01/2019 | 932919 PIN PUR 10/01 10:55 TARGET T-1216 33 Washington PA 99999999 93291 ~5310 | $75.18 | | $13,101.78 |
| 10/01/2019 | 20041 POS PUR 09/30 20:37 ADVANCED ORTHOPA WASHINGTON PA 07981906 02004 ~8099 | $35.00 | | $13,066.78 |
| 10/01/2019 | 25397 RECURRING 10/01 16:54 SCENTBOX.COM 866-274-4123 CA 00000000 025397 ~5964 | $19.95 | | $13,046.83 |
| 10/01/2019 | 421504 PIN PUR 09/30 18:22 CANONSBURG SHOP CANONSBURG PA 53460201 421504 ~5411 | $16.57 | | $13,030.26 |
| 10/02/2019 | 777412 RECURRING 10/02 10:14 NETFLIX COM LOS GATOS CA 003 927500777412 ~4899 | $13.77 | | $13,016.49 |
| 10/02/2019 | 33175 POS PUR 10/02 21:23 ZENNI OPTICAL 800-211-2105 CA 00000000 033175 ~8043 | $11.90 | | $13,004.59 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

4140 E. State Street
Hermitage, PA 16148

*ANDREW F. KUZY, DEBTOR IN*
*Primary Account Number:*

## FREE SMALL BUSINESS CHECKING -

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/03/2019 | CHECK # 1196 | $250.00 | | $12,754.59 |
| 10/03/2019 | 1009 POS PUR 10/02 17:34 TRI-STATE SURGER WASHINGTON PA 002 001009 ~8099 | $250.00 | | $12,504.59 |
| 10/04/2019 | PP596SALANDRA FU PAYROLL | | $1,492.69 | $13,997.28 |
| 10/04/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $13,937.28 |
| 10/04/2019 | 60004 POS PUR 10/03 07:14 VUJEVICH DERMATO PITTSBURGH PA 01482948 06000~8011 | $35.00 | | $13,902.28 |
| 10/04/2019 | 15350 POS PUR 10/03 10:48 JEFFREYS DRUG ST CANONSBURG PA 29235480 01535~5912 | $10.00 | | $13,892.28 |
| 10/07/2019 | 38863 POS PUR 10/05 10:47 SAMS CLUB #6251 WASHINGTON PA 62510091 164388~5300 | $174.79 | | $13,717.49 |
| 10/07/2019 | 944570 PIN PUR 10/05 11:47 WAL-MART #1739 WASHINGTON PA 24173901 944570 ~5411 | $106.10 | | $13,611.39 |
| 10/07/2019 | 535138 PIN PUR 10/05 15:06 TARGET T-1216 33 Washington PA 99999999 53513~5310 | $59.34 | | $13,552.05 |
| 10/07/2019 | 765579 PIN PUR 10/07 16:24 Wal-Mart Super C WASHINGTON PA 17390024 92809~5411 | $50.45 | | $13,501.60 |
| 10/07/2019 | 28986 POS PUR 10/05 17:06 WAL-MART #1739 WASHINGTON PA 24173901 028986 ~5411 | $29.54 | | $13,472.06 |
| 10/07/2019 | 23596 POS PUR 10/05 10:23 SAMS CLUB #6251 WASHINGTON PA 62510088 364624~5542 | $26.18 | | $13,445.88 |
| 10/07/2019 | 751591 PIN PUR 10/05 11:28 LOWE'S #671 WASHINGTON PA 001 751591 ~5200 | $22.75 | | $13,423.13 |
| 10/07/2019 | 5991 POS PUR 10/04 16:03 Kindle Unltd* H00 866-321-8851 WA 00000000 005~5818 | $10.59 | | $13,412.54 |
| 10/07/2019 | 20538 POS PUR 10/04 14:15 AMZN Digital 888-802-3080 WA 00000000 020538 ~5818 | $9.53 | | $13,403.01 |
| 10/07/2019 | 904242 PIN PUR 10/05 06:13 LOWE'S #671 WASHINGTON PA 001 904242 ~5200 | $5.47 | | $13,397.54 |
| 10/08/2019 | 45725 POS PUR 10/07 20:04 WALMART GROCERY 800-966-6546 AR 00000000 0457~5411 | $198.90 | | $13,198.64 |
| 10/08/2019 | 20300 PIN PUR 10/08 10:00 GIANT-EAGLE #003 Washington PA 39039000 15424~5411 | $47.71 | | $13,150.93 |
| 10/08/2019 | 51913 POS PUR 10/08 00:41 QVC* 582069820101 800-367-9444 PA 00000000 051~5399 | $26.94 | | $13,123.99 |
| 10/08/2019 | 21759 POS PUR 10/07 20:11 WALMART GROCERY 800-966-6546 AR 00000000 0217~5411 | $26.21 | | $13,097.78 |
| 10/08/2019 | 58642 PIN PUR 10/08 09:34 GIANT-EAGLE #003 Washington PA 39007500 14074~5411 | $11.65 | | $13,086.13 |
| 10/09/2019 | 27691 POS PUR 10/09 17:45 WM SUPERCENTER # WASHINGTON PA 17390050 19419~5411 | $22.01 | | $13,064.12 |
| 10/10/2019 | 577768 PIN PUR 10/10 11:33 Wal-Mart Super C WASHINGTON PA 17390011 92830~5411 | $90.35 | | $12,973.77 |
| 10/10/2019 | 473821 POS PUR 10/10 15:30 BP#9351941RUFF C WASHINGTON PA 39013701 47382~5542 | $25.25 | | $12,948.52 |
| 10/10/2019 | 92996 POS PUR 10/09 23:32 Kindle Unltd* C33 866-321-8851 WA 00000000 092~5818 | $10.59 | | $12,937.93 |
| 10/10/2019 | 1197 POS PUR 10/09 13:52 USPS PO 41115205 CANONSBURG PA 00000000 00119~9402 | $8.25 | | $12,929.68 |
| 10/11/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $12,869.68 |
| 10/11/2019 | CHECK # 1202 | $400.00 | | $12,469.68 |
| 10/11/2019 | CHECK # 1198 | $226.32 | | $12,243.36 |
| 10/15/2019 | CHECK # 1199 | $259.49 | | $11,983.87 |

# FREE SMALL BUSINESS CHECKING -

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/15/2019 | CHECK # 1204 | $198.40 | | $11,785.47 |
| 10/15/2019 | 58310 POS PUR 10/15 17:30 WM SUPERCENTER # WASHINGTON PA 17390051 86131~5411 | $46.22 | | $11,739.25 |
| 10/15/2019 | 845013 PIN PUR 10/13 16:00 WASHINGTON RURAL WASHINGTON PA 02584173 92860~5999 | $36.08 | | $11,703.17 |
| 10/15/2019 | CHECK # 1203 | $34.44 | | $11,668.73 |
| 10/15/2019 | 84246 POS PUR 10/15 11:10 BP#9351941RUFF C WASHINGTON PA 39013701 08424~5542 | $28.50 | | $11,640.23 |
| 10/15/2019 | 24052 POS PUR 10/14 06:01 KWIK FILL 236 HOUSTON PA URCC0236 024052 ~5542 | $27.32 | | $11,612.91 |
| 10/15/2019 | 46352 POS PUR 10/11 19:17 JEFFREYS DRUG ST CANONSBURG PA 29235480 04635~5912 | $25.00 | | $11,587.91 |
| 10/15/2019 | 67727 POS PUR 10/12 06:21 LOWES #00671* WASHINGTON PA 00000000 067727 ~5200 | $14.76 | | $11,573.15 |
| 10/15/2019 | 9237 POS PUR 10/14 16:21 HI-HAT CLEANERS HOUSTON PA 05416057 928703062~4214 | $13.50 | | $11,559.65 |
| 10/15/2019 | CHECK # 1200 | $5.00 | | $11,554.65 |
| 10/16/2019 | SSA TREAS 310 XXSOC SEC XXXXX9149A SSA | | $2,366.00 | $13,920.65 |
| 10/16/2019 | CHECK # 1201 | $250.00 | | $13,670.65 |
| 10/16/2019 | 75012 POS PUR 10/15 06:40 IN * PENN COMMERC WASHINGTON PA 00000000 07501~8244 | $12.60 | | $13,658.05 |
| 10/16/2019 | 87349 POS PUR 10/15 05:01 JEFFREYS DRUG ST CANONSBURG PA 29235480 08734~5912 | $8.95 | | $13,649.10 |
| 10/16/2019 | 60557 POS PUR 10/14 19:59 CHICK-FIL-A #032 WASHINGTON PA 1 060557 ~5814 | $6.33 | | $13,642.77 |
| 10/17/2019 | CHECK # 1207 | $50.00 | | $13,592.77 |
| 10/17/2019 | 14191 POS PUR 10/16 20:45 MW * TRINITY AREA 724-223-2000 PA 12714191 014~8211 | $22.65 | | $13,570.12 |
| 10/18/2019 | PP596SALANDRA FU PAYROLL | | $1,656.57 | $15,226.69 |
| 10/18/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $15,166.69 |
| 10/18/2019 | 8749 PIN PUR 10/18 11:27 WM SUPERCENTER # WASHINGTON PA 17390010 83879~5411 | $244.65 | | $14,922.04 |
| 10/18/2019 | 345506 PIN PUR 10/18 17:11 WAL-MART #1739 WASHINGTON PA 24173901 345506 ~5411 | $105.69 | | $14,816.35 |
| 10/18/2019 | CHECK # 1206 | $30.00 | | $14,786.35 |
| 10/18/2019 | 761177 PIN PUR 10/18 11:33 SALLY BEAUTY #30 WASHINGTON PA 99999999 76117~5977 | $15.02 | | $14,771.33 |
| 10/18/2019 | 84058 RECURRING 10/17 08:01 Amazon Prime Amzn.com/bill WA 00000000 084058~5968 | $13.77 | | $14,757.56 |
| 10/21/2019 | 20472 POS PUR 10/20 18:09 WM SUPERCENTER # WASHINGTON PA 17390049 45127~5411 | $43.23 | | $14,714.33 |
| 10/21/2019 | 73975 POS PUR 10/18 01:25 PLAZA AZTECA - W WASHINGTON PA 02831961 07397~5812 | $40.50 | | $14,673.83 |
| 10/21/2019 | 99835 POS PUR 10/21 11:45 BP#9351941RUFF C WASHINGTON PA 39013701 09983~5542 | $26.00 | | $14,647.83 |
| 10/22/2019 | CHECK # 1208 | $650.00 | | $13,997.83 |
| 10/22/2019 | 141384 PIN PUR 10/22 17:24 Wal-Mart Super C WASHINGTON PA 17390045 92955~5411 | $42.76 | | $13,955.07 |
| 10/22/2019 | 600063 PIN PUR 10/22 13:22 CHICO'S #1102 22 WASHINGTON PA 99999999 60006~5621 | $37.52 | | $13,917.55 |
| 10/22/2019 | 307350 POS PUR 10/22 10:45 SPEEDWAY 02915 7 WASHINGTON PA 99999999 30735~5542 | $29.65 | | $13,887.90 |
| 10/23/2019 | 91521 POS PUR 10/22 19:22 STARBUCKS STORE WASHINGTON TO PA 00000000 091~5814 | $5.14 | | $13,882.76 |
| 10/24/2019 | 256619 PIN PUR 10/24 07:15 WAL-MART #1739 WASHINGTON PA 24173901 256619 ~5411 | $68.92 | | $13,813.84 |

First National Bank

4140 E. State Street
Hermitage, PA 16148

*Statement Ending 10/31/2019*

ANDREW F. KUZY, DEBTOR IN

Primary Account Number:

Page 5 of 6

## FREE SMALL BUSINESS CHECKING

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/25/2019 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | |
| 10/25/2019 | 89730 POS PUR 10/24 09:16 JEFFREYS DRUG ST CANONSBURG PA 29235480 08973~5912 | $6.59 | | $13,753.84 |
| | | | | $13,747.25 |
| 10/28/2019 | 500331 PIN PUR 10/28 14:07 AMERICAN GLASS & WASHINGTON PA 05508732 93011~1799 | $74.20 | | |
| | | | | $13,673.05 |
| 10/28/2019 | 24428 POS PUR 10/28 06:16 WM SUPERCENTER # WASHINGTON PA 17390037 57763~5411 | $68.20 | | |
| | | | | $13,604.85 |
| 10/28/2019 | 632630 POS PUR 10/26 11:18 WAL-MART #1739 WASHINGTON PA 24173901 632630 ~5411 | $40.00 | | |
| | | | | $13,564.85 |
| 10/28/2019 | 630780 PIN PUR 10/26 11:09 WAL-MART #1739 WASHINGTON PA 24173901 630780 ~5411 | $23.07 | | |
| | | | | $13,541.78 |
| 10/28/2019 | 25657 POS PUR 10/26 18:49 SPEEDWAY 02915 7 WASHINGTON PA 00000000 02565~5542 | $15.51 | | |
| | | | | $13,526.27 |
| 10/28/2019 | 605263 POS PUR 10/26 15:16 WAL-MART #1739 WASHINGTON PA 24173901 605263 ~5411 | $12.27 | | |
| | | | | $13,514.00 |
| 10/28/2019 | 86433 POS PUR 10/26 21:37 JEFFREYS DRUG ST CANONSBURG PA 29235480 08643~5912 | $9.23 | | |
| | | | | $13,504.77 |
| 10/28/2019 | 9889 POS PUR 10/24 04:35 CHICK-FIL-A #032 WASHINGTON PA 1 009889 ~5814 | $8.63 | | |
| | | | | $13,496.14 |
| 10/28/2019 | 77262 RECURRING 10/28 06:19 SXM* SIRIUSXM.COM 888-635-5144 NY 00000000 077~4899 | $6.42 | | |
| | | | | $13,489.72 |
| 10/28/2019 | 51232 POS PUR 10/25 18:27 MCDONALD'S F2383 WASHINGTON PA 1 051232 ~5814 | $4.86 | | |
| | | | | $13,484.86 |
| 10/29/2019 | 57111 POS PUR 10/28 22:55 LOWES #00671* WASHINGTON PA 00000000 057111 ~5200 | $19.25 | | |
| | | | | $13,465.61 |
| 10/29/2019 | 1172 POS PUR 10/29 07:20 Wal-Mart Super C WASHINGTON PA 17390052 93025~5411 | $11.21 | | |
| | | | | $13,454.40 |
| 10/30/2019 | 19551 POS PUR 10/29 12:08 PANERA BREAD #20 724-225-9778 PA 00000000 019~5812 | $25.68 | | |
| | | | | $13,428.72 |
| 10/30/2019 | 814559 POS PUR 10/30 15:19 BP#9769308RUFF C WASHINGTON PA 39190601 81455~5542 | $25.00 | | |
| | | | | $13,403.72 |
| 10/31/2019 | DEPOSIT | | $2,500.00 | $15,903.72 |
| 10/31/2019 | COMM OF PA ANNUITANT APXXXXXX2867 | | $193.88 | $16,097.60 |
| 10/31/2019 | 865650 POS PUR 10/31 08:54 BP#9351941RUFF C WASHINGTON PA 39013701 86565~5542 | $28.00 | | |
| | | | | $16,069.60 |
| 10/31/2019 | 53197 RECURRING 10/31 04:15 SCENTBOX.COM 866-274-4123 CA 00000000 053197 ~5964 | $19.95 | | |
| | | | | $16,049.65 |
| 10/31/2019 | Balance This Statement | | | $16,049.65 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1196 | 10/03/2019 | $250.00 | 1201 | 10/16/2019 | $250.00 | 1206* | 10/18/2019 | $30.00 |
| 1198* | 10/11/2019 | $226.32 | 1202 | 10/11/2019 | $400.00 | 1207 | 10/17/2019 | $50.00 |
| 1199 | 10/15/2019 | $259.49 | 1203 | 10/15/2019 | $34.44 | 1208 | 10/22/2019 | $650.00 |
| 1200 | 10/15/2019 | $5.00 | 1204 | 10/15/2019 | $198.40 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10/01/2019 | $13,030.26 | 10/07/2019 | $13,397.54 | 10/11/2019 | $12,243.36 |
| 10/02/2019 | $13,004.59 | 10/08/2019 | $13,086.13 | 10/15/2019 | $11,554.65 |
| 10/03/2019 | $12,504.59 | 10/09/2019 | $13,064.12 | 10/16/2019 | $13,642.77 |
| 10/04/2019 | $13,892.28 | 10/10/2019 | $12,929.68 | 10/17/2019 | $13,570.12 |

Pay Statement

Andrew Kuzy
531 Warrick Dr
Washington, PA 15301
Employee No. 22

| | | | | | | This Pay | Year-To-Date |
|---|---|---|---|---|---|---|---|
| Period Begin | 09/28/2019 | | | | Earnings | 1870.00 | 32464.00 |
| Period End | 09/28/2019 | | | | Taxes | 377.31 | 6377.03 |
| Voucher No. | | | | | Net Pay | 1492.69 | 26086.97 |
| Dept No. | 1000 | | | | | | |

## Your Pay:

### Earnings

| | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 1870.00 | 30889.00 | 17.0000 | 110.00 | 1817.00 |
| Removal | | 1575.00 | | | |
| Total | 1870.00 | 32464.00 | | 110.00 | 1817.00 |

### Taxes

| | This Pay | YTD |
|---|---|---|
| Social Security | 115.94 | 2012.76 |
| Medicare | 27.12 | 470.72 |
| Federal Income Tax | 155.02 | 2512.70 |
| Pennsylvania | 57.41 | 996.68 |
| PA LST $52 | 2.00 | 40.00 |
| PA Employee Unemp. | 1.12 | 19.49 |
| S Strabane Twp. | 18.70 | 324.68 |
| Total | 377.31 | 6377.03 |

### Net Pay

| | This Pay | YTD | Account Number |
|---|---|---|---|
| This Check | 1492.69 | 26086.97 | |

## Other Information:

### Tax Status

| | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 1870.00 | 32464.00 | |
| Medicare | 1870.00 | 32464.00 | |
| Federal Income Tax | 1870.00 | 32464.00 | M / 0 |
| Pennsylvania | 1870.00 | 32464.00 | M / 0 |
| PA LST $52 | 1870.00 | 32464.00 | |
| PA Employee Unemp. | 1870.00 | 32464.00 | |
| S Strabane Twp. | 1870.00 | 32464.00 | M / 0 |

Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

PAPT   P596

BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

PAPT   P596
Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

Pay Date        10/04/2019    WASHINGTON FEDERAL SAVINGS BANK
Voucher Number                CANONSBURG, PA 15317
                              60-74222433

*** NON - NEGOTIABLE, DIRECT DEPOSIT NOTICE ***

3/6
1000    22

Andrew Kuzy
531 Warrick Dr
Washington, PA 15301

Net Direct Deposit to Checking   $1492.69

NON - NEGOTIABLE

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENT.

Pay Statement

| Andrew Kuzy<br>531 Warrick Dr<br>Washington, PA 15301<br>Employee No. 22 | Period Begin 09/29/2019<br>Period End 10/12/2019<br>Voucher No.<br>Dept No.    1000 | Earnings<br>Taxes<br>Net Pay | This Pay<br>2085.00<br>428.43<br>1656.57 | Year-To-Date<br>34549.00<br>6805.46<br>27743.54 |
| --- | --- | --- | --- | --- |

## Your Pay:

| Earnings | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
| --- | --- | --- | --- | --- | --- |
| Regular | 2010.00 | 32899.00 | 20.0000 | 100.50 | 1917.50 |
| Removal | 75.00 | 1650.00 | | | |
| Total | 2085.00 | 34549.00 | | 100.50 | 1917.50 |

| Taxes | This Pay | YTD |
| --- | --- | --- |
| Social Security | 129.27 | 2142.03 |
| Medicare | 30.23 | 500.95 |
| Federal Income Tax | 180.82 | 2693.52 |
| Pennsylvania | 64.01 | 1060.69 |
| PA LST $52 | 2.00 | 42.00 |
| PA Employee Unemp. | 1.25 | 20.74 |
| S Strabane Twp. | 20.85 | 345.53 |
| Total | 428.43 | 6805.46 |

| Net Pay | This Pay | YTD | Account Number |
| --- | --- | --- | --- |
| This Check | 1656.57 | 27743.54 | |

## Other Information:

| Tax Status | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
| --- | --- | --- | --- |
| Social Security | 2085.00 | 34549.00 | |
| Medicare | 2085.00 | 34549.00 | |
| Federal Income Tax | 2085.00 | 34549.00 | M / 0 |
| Pennsylvania | 2085.00 | 34549.00 | M / 0 |
| PA LST $52 | 2085.00 | 34549.00 | |
| PA Employee Unemp. | 2085.00 | 34549.00 | |
| S Strabane Twp. | 2085.00 | 34549.00 | M / 0 |

Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

PAPT   P596

BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM

PAPT   P596
Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

Pay Date    10/18/2019    WASHINGTON FEDERAL SAVINGS BANK
Voucher Number                CANONSBURG, PA 15317
60-74222433

*** NON - NEGOTIABLE, DIRECT DEPOSIT NOTICE ***

3/6
1000    22

Andrew Kuzy
531 Warrick Dr
Washington, PA 15301

Net Direct Deposit to Checking   $1656.57

NON - NEGOTIABLE

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENT.