# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

In Re: Andrew F. Kuzy, and
       Colleen A. Kuzy,

           Debtors.

Bankruptcy Case No.: 18-21728-CMB

Chapter 11

Reporting Period: __December 2019__

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-l (INDV) | | |
| Schedule of Cash Receipts and Disbursements - | MOR-l (INDV) (CONT) | | |
|   Bank Reconciliation | | | |
|   Copies of bank statements | | | |
|   Cash disbursements journals | | | |
|   Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_[signed] Andrew Kuzy_         1/16/2020
**Signature of Debtor**                                       **Date**

_[signed] Colleen Kuzy_        1/16/2020
**Signature of Joint Debtor**                            **Date**

 

**Signature of Preparer**                                **Date**

**Printed Name of Preparer**

FORM MOR (INDV)
(10/00)

In Re: Andrew F. Kuzy, and　　　　　　　　　　Bankruptcy Case No.: 18-21728-CMB
　　　　Colleen A. Kuzy,

　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　　Debtors.

Reporting Period: December 2019

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 15850.48 | |
| **RECEIPTS** | | |
| Wages (Net) | 5313.46 | |
| Interest and Dividend Income | 0 | |
| Alimony and Child Support | 0 | |
| Social Security and Pension Income | 2559.88 | |
| Sale of Assets | 0 | |
| Other Income (attach schedule) | 5066 | |
| **Total Receipts** | 12939.34 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 0 | |
| Rental Payment(s) | 0 | |
| Other Secured Note Payments | 0 | |
| Utilities | 1133.58 | |
| Insurance | 0 | |
| Auto Expense | 493.18 | |
| Lease Payments | 0 | |
| IRA Contributions | 0 | |
| Repairs and Maintenance | 1330.30 | |
| Medical Expenses | 182.49 | |
| Household Expenses | 2318.84 | |
| Charitable Contributions | 22.65 | |
| Alimony and Child Support Payments | 0 | |
| Taxes - Real Estate | 0 | |
| Taxes - Personal Property | 0 | |
| Taxes - Other (attach schedule) | 0 | |
| Travel and Entertainment | 0 | |
| Gifts | 249.54 | |
| Other (attach schedule) | 651.57 | |
| **Total Ordinary Disbursements** | 6382.15 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 500.00 | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | | |
| **Total Disbursements (Ordinary + Reorganization)** | 6882.15 | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 6057.19 | |
| **Cash - End of Month (Must equal reconciled bank** | 21907.67 | |

1217.04

FORM MOR-1 (INDV)

In Re: Andrew F. Kuzy, and
Colleen A. Kuzy,

Debtors.

Bankruptcy Case No.: 18-21728-CMB

Chapter 11

(9/99)

Reporting Period: December 2019

**INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet**

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Return | 66.00 | |
| S Schmalz | 5000 | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Work Travel - Jackie ERROR | 651.57 | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| PA Power | 30 | |
| Washington County Courts | 50 | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

In Re: Andrew F. Kuzy, and
Colleen A. Kuzy,

Debtors.

Bankruptcy Case No.: 18-21728-CMB

Chapter 11

Reporting Period: <u>December 2019</u>

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Form 16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA- Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| **Total Federal Taxes** | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| **Total State and Local** | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| | | \multicolumn{5}{c}{Number of Days Past Due} | |
| Accounts Payable | | | | | | |
| Wages-Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases- Equipment | | | | | | |
| Secured Debt/Adequate Protection | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders" | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.

_____

_____

*"Insider is defined in 11 U.S.C. Section 101(31)    FORM MOR-4

(9/99)

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy,

: Chapter 11

Debtors.

Reporting Period: December 2019

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| − Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

FORM MOR-5
(9/99)

January 16, 2020

There was an erroneous charge made on the account for business travel for Jacqueline Schmalz on 12/9/19 in the amount of 651.57. This amount was credited back to this account on 1/13/19 as the charge was in error and was to be paid for by Ms. Schmalz's company. Charge is shown in report under "Other Ordinary Disbursements"

| Description | Debit | Credit | Date | Balance |
|---|---|---|---|---|
| 41067 POS PUR 01/03 14:25 JEFFREYS DRUG ST CANONSBURG PA 29235480 04106~5912 | $15.95 | | Jan 06, 2020 | $21,015.22 |
| 99098 POS PUR 01/04 20:54 AMZN Digital*VW9 888-802-3080 WA 00000000 099~5818 | $9.53 | | Jan 06, 2020 | $21,005.69 |
| 46381 POS PUR 01/05 19:09 HARBOR FREIGHT T WASHINGTON PA 00000541 04638~5251 | $5.93 | | Jan 06, 2020 | $20,999.76 |
| Deposit | | $500.00 | Jan 07, 2020 | $21,499.76 |
| 375428 POS PUR 01/07 17:50 Wal-Mart Super C WASHINGTON PA 17390047 00073~5411 | $35.38 | | Jan 07, 2020 | $21,464.38 |
| 443372 POS PUR 01/06 18:46 BP#9351941RUFF C WASHINGTON PA 39013701 44337~5542 | $28.00 | | Jan 07, 2020 | $21,436.38 |
| 9644 POS PUR 01/07 11:03 HI-HAT CLEANERS HOUSTON PA 05416057 000721632~4214 | $27.00 | | Jan 07, 2020 | $21,409.38 |
| Check #1233 | $5.00 | | Jan 07, 2020 | $21,404.38 |
| 830024 POS PUR 01/09 09:32 BP#9351941RUFF C WASHINGTON PA 39013701 83002~5542 | $25.00 | | Jan 09, 2020 | $21,379.38 |
| 58094 POS PUR 01/09 04:52 Kindle Unltd*TV2 866-321-8851 WA 00000000 058~5818 | $10.59 | | Jan 09, 2020 | $21,368.79 |
| Check #1223 | $7.98 | | Jan 09, 2020 | $21,360.81 |
| PYRLVQ67 SALANDR PAYROLL PYRLVQ67 | | $1,203.06 | Jan 10, 2020 | $22,563.87 |
| TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | Jan 10, 2020 | $22,503.87 |
| 46207 PIN PUR 01/10 17:14 WM SUPERCENTER # WASHINGTON PA 17390033 35469~5411 | $57.38 | | Jan 10, 2020 | $22,446.49 |
| 30020 POS PUR 01/09 17:58 ADVANCED ORTHOPA WASHINGTON PA 07981906 03002~8099 | $35.00 | | Jan 10, 2020 | $22,411.49 |
| 25536 POS PUR 01/09 11:15 KWIK FILL 236 HOUSTON PA URCC0236 025536 ~5542 | $34.00 | | Jan 10, 2020 | $22,377.49 |
| 57786 RETURN 01/10 16:07 HOLIDAY INN EXPR READING PA 00000000 057786 ~3501 | | $651.57 | Jan 13, 2020 | $23,029.06 |
| Check #1238 | $429.87 | | Jan 13, 2020 | $22,599.19 |
| 174758 POS PUR 01/11 12:17 Walmart.com Bentonville AR 02003144 011112174~5310 | $137.79 | | Jan 13, 2020 | $22,461.40 |
| 815050 PIN PUR 01/12 14:51 Wal-Mart Super C WASHINGTON PA 17390080 00120~5411 | $88.78 | | Jan 13, 2020 | $22,372.62 |
| 23551 POS PUR 01/11 06:19 WAL-MART #1739 WASHINGTON PA 00000001 023551 ~5411 | $73.82 | | Jan 13, 2020 | $22,298.80 |
| 589931 POS PUR 01/13 15:45 BP#9351941RUFF C WASHINGTON PA 39013701 58993~5542 | $28.00 | | Jan 13, 2020 | $22,270.80 |
| Balance This Statement: | | | Jan 13, 2020 | $22,270.80 |

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 12/31/2019**

ANDREW F. KUZY, DEBTOR IN

Primary Account Number: 6826

Page 1 of 6

**ADDRESS SERVICE REQUESTED**

>002776 3761283 0001 092543 10Z

ANDREW F. KUZY, DEBTOR IN POSSESSION
COLLEEN A. KUZY, DEBTOR IN POSSESSION
JACQUELINE SCHMALZ
531 WARRICK DR
WASHINGTON PA 15301-9513

**Managing Your Accounts**

 Online — www.fnb-online.com
 By Phone — 1 800-555-5455
By Mail — 4140 E. State Street, Hermitage, PA 16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | 6826 | $21,907.67 |

## FREE SMALL BUSINESS CHECKING - 95466826

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 11/30/2019 | Balance Last Statement | $15,850.48 | Minimum Balance | $16,657.22 |
| | 10 Credit(s) This Period | $12,939.34 | Average Ledger Balance | $18,482.37 |
| | 96 Debit(s) This Period | $6,882.15 | Average Available Balance | $18,398.27 |
| 12/31/2019 | Balance This Statement | $21,907.67 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/30/2019 | Balance Last Statement | | | $15,850.48 |
| 12/02/2019 | DEPOSIT | | $2,500.00 | $18,350.48 |
| 12/02/2019 | 61051 POS PUR 11/30 07:14 WM SUPERCENTER # WASHINGTON PA 17390013 66171~5411 | $121.65 | | $18,228.83 |
| 12/02/2019 | 21141 POS PUR 12/01 14:10 WAL-MART #1739 WASHINGTON PA 00000002 021141 ~5411 | $117.06 | | $18,111.77 |
| 12/02/2019 | 840343 PIN PUR 12/02 11:26 BP#9351941RUFF C WASHINGTON PA 39013701 84034~5541 | $50.00 | | $18,061.77 |
| 12/02/2019 | 507313 POS PUR 12/02 14:04 SPEEDWAY 02915 7 WASHINGTON PA 99999999 50731~5542 | $26.05 | | $18,035.72 |
| 12/02/2019 | 929963 POS PUR 12/01 15:19 SUNOCO 057732620 WATERFALL PA 41789901 929963~5542 | $24.82 | | $18,010.90 |
| 12/02/2019 | 514846 POS PUR 11/30 15:27 WAL-MART #1739 WASHINGTON PA 24173901 514846 ~5411 | $23.31 | | $17,987.59 |
| 12/02/2019 | 53844 RECURRING 12/01 21:13 SCENTBOX.COM 866-274-4123 CA 00000000 053844 ~5964 | $19.95 | | $17,967.64 |
| 12/02/2019 | 744348 RECURRING 12/02 09:31 NETFLIX COM LOS GATOS CA 003 933600744348 ~4899 | $13.77 | | $17,953.87 |
| 12/02/2019 | 51234 POS PUR 12/01 04:32 LOWES #00671* WASHINGTON PA 00000000 051234 ~5200 | $7.38 | | $17,946.49 |
| 12/03/2019 | PP596SALANDRA FU PAYROLL | | $1,877.60 | $19,824.09 |
| 12/03/2019 | FIRSTENERGY OPCO FE ECHECK 100090539717 | $400.00 | | $19,424.09 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

**Huntington Bank**

...te Street
...ge, PA 16148

*Statement Ending 12/31/2019*
*ANDREW F. KUZY, DEBTOR IN*
*Primary Account Number ...826*

Page 3 of 6

## ...E SMALL BUSINESS CHECKING · ...26 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/03/2019 | 224939 PIN PUR 12/03 11:28 WAL-MART #1739 WASHINGTON PA 24173901 224939 ~5411 | $221.31 | | $19,202.78 |
| 12/03/2019 | 346619 PIN PUR 12/03 17:44 Wal-Mart Super C WASHINGTON PA 17390044 93379~5411 | $56.52 | | $19,146.26 |
| 12/04/2019 | 95374 POS PUR 12/03 00:20 PAYPAL * LIVEALUX 4029357733 SG 00000001 09537~5947 | $37.22 | | $19,109.04 |
| 12/04/2019 | 18004 POS PUR 12/03 08:08 WWW.KOHLS.COM #0 866-887-8884 OH 21818004 018~5311 | $22.94 | | $19,086.10 |
| 12/04/2019 | 67155 POS PUR 12/02 03:41 SUPERCUTS - 724- WASHINGTON PA 00000000 06715~7230 | $19.95 | | $19,066.15 |
| 12/05/2019 | 17598 PIN PUR 12/05 17:09 WM SUPERCENTER # WASHINGTON PA 17390056 10290~5411 | $51.78 | | $19,014.37 |
| 12/05/2019 | 947012 PIN PUR 12/05 11:53 KOHLS 1022 353 W WASHINGTON PA 99999999 94701~5311 | $40.22 | | $18,974.15 |
| 12/05/2019 | 50081 POS PUR 12/04 01:08 AMZN Digital 888-802-3080 WA 00000000 050081 ~5818 | $9.53 | | $18,964.62 |
| 12/06/2019 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $18,904.62 |
| 12/06/2019 | CHECK # 1224 | $250.00 | | $18,654.62 |
| 12/06/2019 | 307112 PIN PUR 12/06 16:52 Wal-Mart Super C WASHINGTON PA 17390046 93403~5411 | $41.39 | | $18,613.23 |
| 12/06/2019 | 94624 POS PUR 12/05 13:32 PAYPAL * ZHUOLA 4029357733 HK 00000001 094624 ~5732 | $37.75 | | $18,575.48 |
| 12/06/2019 | 855179 POS PUR 12/06 16:19 SUNOCO 057732620 WATERFALL PA 41789901 855179~5542 | $24.98 | | $18,550.50 |
| 12/09/2019 | 95204 POS PUR 12/06 12:40 HOLIDAY INN EXPR READING PA 00000000 095204 ~3501 | $651.57 | | $17,898.93 |
| 12/09/2019 | 36610 POS PUR 12/08 11:02 SAMS CLUB #6251 WASHINGTON PA 62510095 260143~5300 | $174.50 | | $17,724.43 |
| 12/09/2019 | 828534 PIN PUR 12/08 07:25 Wal-Mart Super C WASHINGTON PA 17390047 93426~5411 | $57.06 | | $17,667.37 |
| 12/09/2019 | 7488 PIN PUR 12/07 16:58 DICK'S SPORTING UPPER SAINT C PA 00777387 007~5941 | $44.98 | | $17,622.39 |
| 12/09/2019 | 31271 POS PUR 12/08 11:31 WM SUPERCENTER # WASHINGTON PA 17390056 42733~5411 | $43.80 | | $17,578.59 |
| 12/09/2019 | 63562 POS PUR 12/08 12:53 WM SUPERCENTER # WASHINGTON PA 17390049 47290~5411 | $43.34 | | $17,535.25 |
| 12/09/2019 | 572631 POS PUR 12/08 06:52 BP#9351941RUFF C WASHINGTON PA 39013701 57263~5542 | $25.00 | | $17,510.25 |
| 12/09/2019 | 56901 POS PUR 12/07 09:19 HARBOR FREIGHT T WASHINGTON PA 00000536 05690~5251 | $18.52 | | $17,491.73 |
| 12/10/2019 | 57577 POS PUR 12/09 23:30 WAL-MART #1739 WASHINGTON PA 00000002 057577 ~5411 | $80.62 | | $17,411.11 |
| 12/10/2019 | 898273 PIN PUR 12/10 09:26 ADVANCE AUTO PAR WASHINGTON PA 31258202 89827~5533 | $44.51 | | $17,366.60 |
| 12/10/2019 | 834040 POS PUR 12/10 06:20 BP#9351941RUFF C WASHINGTON PA 39013701 83404~5542 | $26.16 | | $17,340.44 |
| 12/10/2019 | 28157 POS PUR 12/09 02:31 AMZN DIGITAL* 005 888-802-3080 WA 00000000 028~5818 | $10.59 | | $17,329.85 |
| 12/11/2019 | 32114 POS PUR 12/10 06:17 Dick'sSportingGo 877-8469997 PA 00000007 0321~5941 | $119.58 | | $17,210.27 |
| 12/11/2019 | 941984 PIN PUR 12/11 07:17 WAL-MART #1739 WASHINGTON PA 24173901 941984 ~5411 | $109.96 | | $17,100.31 |

## FREE SMALL BUSINESS CHECKING ........826 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/11/2019 | 55288 POS PUR 12/10 18:57 WM SUPERCENTER # WASHINGTON PA 17390027 58433~5411 | $12.92 | | $17,087.39 |
| 12/12/2019 | 616165 PIN PUR 12/12 11:21 TARGET T-1216 33 Washington PA 99999999 61616~5310 | $151.48 | | $16,935.91 |
| 12/12/2019 | 798413 PIN PUR 12/12 07:34 WAL-MART #1739 WASHINGTON PA 24173901 798413 ~5411 | $105.05 | | $16,830.86 |
| 12/12/2019 | 76679 POS PUR 12/11 00:54 Drapers and Damo 800-8431174 MA 01050007 0766~5691 | $90.98 | | $16,739.88 |
| 12/12/2019 | 32683 POS PUR 12/12 07:32 WM SUPERCENTER # WASHINGTON PA 17390048 18561~5411 | $32.65 | | $16,707.23 |
| 12/12/2019 | 493598 POS PUR 12/12 11:16 BP#9351941RUFF C WASHINGTON PA 39013701 49359~5542 | $25.01 | | $16,682.22 |
| 12/12/2019 | 56368 POS PUR 12/11 12:40 JEFFREYS DRUG ST CANONSBURG PA 29235480 05636~5912 | $25.00 | | $16,657.22 |
| 12/13/2019 | PYRLVQ67 SALANDR PAYROLL PYRLVQ67 | | $1,445.05 | $18,102.27 |
| 12/13/2019 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $18,042.27 |
| 12/13/2019 | CHECK # 1226 | $198.42 | | $17,843.85 |
| 12/13/2019 | 471657 PIN PUR 12/13 07:34 Wal-Mart Super C WASHINGTON PA 17390046 93476~5411 | $146.36 | | $17,697.49 |
| 12/13/2019 | 36536 POS PUR 12/12 12:03 KWIK FILL 236 HOUSTON PA URCC0236 036536 ~5542 | $29.40 | | $17,668.09 |
| 12/16/2019 | 84962 POS PUR 12/15 08:23 SAMSCLUB #6251 WASHINGTON PA 00000001 084962 ~5300 | $155.65 | | $17,512.44 |
| 12/16/2019 | 6098 POS PUR 12/15 13:33 WM SUPERCENTER # WASHINGTON PA 17390045 58498~5411 | $78.71 | | $17,433.73 |
| 12/16/2019 | 4243 PIN PUR 12/16 12:31 GIANT-EAGLE #007 McMurray PA 70001200 265343 ~5411 | $36.41 | | $17,397.32 |
| 12/16/2019 | 493193 POS PUR 12/15 16:24 Wal-Mart Super C WASHINGTON PA 17390056 93495~5411 | $32.31 | | $17,365.01 |
| 12/16/2019 | 63187 POS PUR 12/16 06:23 BP#9351941RUFF C WASHINGTON PA 39013701 06318~5542 | $26.70 | | $17,338.31 |
| 12/16/2019 | 93324 POS PUR 12/14 15:25 BP#9351941RUFF C WASHINGTON PA 39013701 09332~5542 | $24.61 | | $17,313.70 |
| 12/16/2019 | 29857 POS PUR 12/16 00:17 MW * TRINITY AREA 724-223-2000 PA 16229857 029~8211 | $22.65 | | $17,291.05 |
| 12/16/2019 | 9807 POS PUR 12/15 17:08 SPEEDWAY 02915 7 WASHINGTON PA 00000000 00980~5542 | $13.24 | | $17,277.81 |
| 12/17/2019 | 7394 PIN PUR 12/17 17:49 WM SUPERCENTER # WASHINGTON PA 17390046 25068~5411 | $79.67 | | $17,198.14 |
| 12/17/2019 | 69496 POS PUR 12/16 16:29 JEFFREYS DRUG ST CANONSBURG PA 29235480 06949~5912 | $45.14 | | $17,153.00 |
| 12/18/2019 | SSA TREAS 310 XXSOC SEC XXXXX9149A SSA | | $2,366.00 | $19,519.00 |
| 12/18/2019 | CHECK # 1231 | $400.00 | | $19,119.00 |
| 12/18/2019 | CHECK # 1228 | $134.31 | | $18,984.69 |
| 12/18/2019 | 859925 PIN PUR 12/18 09:21 SAMSCLUB #6251 WASHINGTON PA 24625101 859925 ~5411 | $47.94 | | $18,936.75 |
| 12/18/2019 | 22310 RECURRING 12/17 13:55 Amazon Prime Amzn.com/bill WA 00000000 022310~5968 | $13.77 | | $18,922.98 |
| 12/18/2019 | 62451 POS PUR 12/17 07:50 SPEEDWAY 02915 7 WASHINGTON PA 00000000 06245~5542 | $12.99 | | $18,909.99 |
| 12/18/2019 | 62444 POS PUR 12/17 05:26 USPS PO 41115205 CANONSBURG PA 00000000 06244~9402 | $6.35 | | $18,903.64 |
| 12/19/2019 | 44523 POS PUR 12/19 00:36 WALMART GROCERY 800-966-6546 AR 00000000 0445~5411 | $179.08 | | $18,724.56 |
| 12/19/2019 | CHECK # 1230 | $50.00 | | $18,674.56 |
| 12/19/2019 | CHECK # 1227 | $30.00 | | $18,644.56 |

**First National Bank**
4140 E. State Street
Hermitage, PA 16148

Statement Ending 12/31/2019
ANDREW F. KUZY, DEBTOR IN
Primary Account Number: 95466826
Page 5 of 6

## FREE SMALL BUSINESS CHECKING    ...6826 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/19/2019 | 440865 POS PUR 12/19 15:00 BP#9351941RUFF C WASHINGTON PA 39013701 44086~5542 | $30.00 | | $18,614.56 |
| 12/19/2019 | 21858 POS PUR 12/19 00:02 WALMART GROCERY 800-966-6546 AR 00000000 0218~5411 | $15.90 | | $18,598.66 |
| 12/20/2019 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $18,538.66 |
| 12/20/2019 | CHECK # 1229 | $250.00 | | $18,288.66 |
| 12/20/2019 | 5521 PIN PUR 12/20 09:47 WM SUPERCENTER # WASHINGTON PA 17390013 49177~5411 | $163.56 | | $18,125.10 |
| 12/20/2019 | 925564 PIN PUR 12/20 13:57 WALGREENS STORE CANONSBURG PA 99999999 925564~5912 | $38.59 | | $18,086.51 |
| 12/23/2019 | DEPOSIT | | $1,160.00 | $19,246.51 |
| 12/23/2019 | 19613 RETURN 12/20 11:25 Drapers and Damo 800-8431174 MA 01050007 0196~5691 | | $66.00 | $19,312.51 |
| 12/23/2019 | 58853 PIN PUR 12/22 15:47 WM SUPERCENTER # WASHINGTON PA 17390046 77035~5411 | $70.86 | | $19,241.65 |
| 12/23/2019 | 62730 POS PUR 12/20 12:49 SHEETZ 0279 00 CANONSBURG PA 001 062730 ~5542 | $31.00 | | $19,210.65 |
| 12/23/2019 | 722809 POS PUR 12/23 12:02 WAL-MART #1739 WASHINGTON PA 24173901 722809 ~5411 | $21.13 | | $19,189.52 |
| 12/23/2019 | 39591 PIN PUR 12/23 12:56 GIANT-EAGLE #003 Washington PA 39000100 13649~5411 | $7.67 | | $19,181.85 |
| 12/24/2019 | 18770 PIN PUR 12/24 09:49 WM SUPERCENTER # WASHINGTON PA 17390080 10345~5411 | $113.37 | | $19,068.48 |
| 12/24/2019 | 6178 POS PUR 12/24 12:30 Wal-Mart Super C WASHINGTON PA 17390050 93585~5411 | $23.67 | | $19,044.81 |
| 12/24/2019 | 3101 POS PUR 12/24 09:57 WM SUPERCENTER # WASHINGTON PA 17390027 10762~5411 | $21.92 | | $19,022.89 |
| 12/24/2019 | 50526 POS PUR 12/23 20:13 SAMS CLUB #6251 WASHINGTON PA 34350526 050526~5300 | $12.98 | | $19,009.91 |
| 12/24/2019 | 18336 POS PUR 12/23 23:17 JEFFREYS DRUG ST CANONSBURG PA 29235480 01833~5912 | $12.53 | | $18,997.38 |
| 12/24/2019 | 94698 POS PUR 12/24 08:32 Amazon Music* 713 888-802-3080 WA 00000000 094~5818 | $10.59 | | $18,986.79 |
| 12/26/2019 | 20654 POS PUR 12/25 13:25 SPEEDWAY 02915 7 WASHINGTON PA 00000000 02065~5542 | $28.71 | | $18,958.08 |
| 12/26/2019 | 803478 POS PUR 12/26 15:08 BP#9351941RUFF C WASHINGTON PA 39013701 80347~5542 | $25.00 | | $18,933.08 |
| 12/27/2019 | PYRLVQ67 SALANDR PAYROLL PYRLVQ67 | | $256.03 | $19,189.11 |
| 12/27/2019 | PYRLVQ67 SALANDR PAYROLL PYRLVQ67 | | $1,734.78 | $20,923.89 |
| 12/27/2019 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $20,863.89 |
| 12/27/2019 | 422586 POS PUR 12/27 17:37 BP#9351941RUFF C WASHINGTON PA 39013701 42258~5542 | $25.00 | | $20,838.89 |
| 12/27/2019 | 98281 POS PUR 12/26 12:11 JEFFREYS DRUG ST CANONSBURG PA 29235480 09828~5912 | $9.23 | | $20,829.66 |
| 12/30/2019 | 651806 PIN PUR 12/29 08:57 WAL-MART #1739 WASHINGTON PA 24173901 651806 ~5411 | $97.10 | | $20,732.56 |
| 12/30/2019 | 7702 POS PUR 12/29 07:20 WM SUPERCENTER # WASHINGTON PA 17390048 82353~5411 | $10.60 | | $20,721.96 |
| 12/30/2019 | 95744 RECURRING 12/28 06:21 SXM* SIRIUSXM.COM 888-635-5144 NY 00000000 095~4899 | $6.42 | | $20,715.54 |
| 12/30/2019 | 9558 POS PUR 12/27 07:16 LOWES #00671* WASHINGTON PA 00000000 009558 ~5200 | $3.88 | | $20,711.66 |
| 12/31/2019 | DEPOSIT | | $1,340.00 | $22,051.66 |

# FREE SMALL BUSINESS CHECKING - ....826 (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/31/2019 | COMM OF PA ANNUITANT APXXXXXX7282 | | $193.88 | $22,245.54 |
| 12/31/2019 | FIRSTENERGY OPCO FE ECHECK 100090539717 | $183.10 | | $22,062.44 |
| 12/31/2019 | 95744 PIN PUR 12/31 13:37 SAMSCLUB #6251 WASHINGTON PA 24625101 095744 ~5411 | $101.62 | | $21,960.82 |
| 12/31/2019 | 50638 POS PUR 12/31 16:46 WAL-MART #1739 WASHINGTON PA 24173901 050638 ~5411 | $33.20 | | $21,927.62 |
| 12/31/2019 | 7795 RECURRING 12/31 05:34 SCENTBOX.COM 866-274-4123 CA 00000000 007795 ~5964 | $19.95 | | $21,907.67 |
| 12/31/2019 | Balance This Statement | | | $21,907.67 |

## Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1224 | 12/06/2019 | $250.00 | 1228 | 12/18/2019 | $134.31 | 1231 | 12/18/2019 | $400.00 |
| 1226* | 12/13/2019 | $198.42 | 1229 | 12/20/2019 | $250.00 | | | |
| 1227 | 12/19/2019 | $30.00 | 1230 | 12/19/2019 | $50.00 | | | |

* Indicates skipped check number

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12/02/2019 | $17,946.49 | 12/11/2019 | $17,087.39 | 12/20/2019 | $18,086.51 |
| 12/03/2019 | $19,146.26 | 12/12/2019 | $16,657.22 | 12/23/2019 | $19,181.85 |
| 12/04/2019 | $19,066.15 | 12/13/2019 | $17,668.09 | 12/24/2019 | $18,986.79 |
| 12/05/2019 | $18,964.62 | 12/16/2019 | $17,277.81 | 12/26/2019 | $18,933.08 |
| 12/06/2019 | $18,550.50 | 12/17/2019 | $17,153.00 | 12/27/2019 | $20,829.66 |
| 12/09/2019 | $17,491.73 | 12/18/2019 | $18,903.64 | 12/30/2019 | $20,711.66 |
| 12/10/2019 | $17,329.85 | 12/19/2019 | $18,598.66 | 12/31/2019 | $21,907.67 |

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**ADDRESS SERVICE REQUESTED**

>011257 3696846 0001 092543 10Z

ANDREW F KUZY
COLLEEN A KUZY
TAX ESCROW ACCOUNT
531 WARRICK DR
WASHINGTON PA 15301-9513

*ANDREW F KUZY*
**Primary Account Numbe**   026

**Statement Ending 12/16/2019**

Page 1 of 4

## Managing Your Accounts

 Online        www.fnb-online.com
 By Phone      1 800-555-5455
✉ By Mail        4140 E. State Street
                 Hermitage, PA  16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREESTYLE CHECKING | 026 | $686.87 |

## FREESTYLE CHECKING - 735181026

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 11/16/2019 | Balance Last Statement | $450.82 |
|  | 4 Credit(s) This Period | $240.00 |
|  | 1 Debit(s) This Period | $3.95 |
| 12/16/2019 | Balance This Statement | $686.87 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/16/2019 | Balance Last Statement |  |  | $450.82 |
| 11/22/2019 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 |  | $60.00 | $510.82 |
| 11/29/2019 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 |  | $60.00 | $570.82 |
| 12/06/2019 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 |  | $60.00 | $630.82 |
| 12/13/2019 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 |  | $60.00 | $690.82 |
| 12/16/2019 | PAPER STATEMENT FEE | $3.95 |  | $686.87 |
| 12/16/2019 | Balance This Statement |  |  | $686.87 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11/22/2019 | $510.82 | 12/06/2019 | $630.82 | 12/16/2019 | $686.87 |
| 11/29/2019 | $570.82 | 12/13/2019 | $690.82 |  |  |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
• For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
• For business accounts, click on https://www.fnb-online.com/business-overdrafts

Statement of Earnings For: **Andrew Kuzy**

| Employee #: | | Division: | 1000 | Period Begin: | 11/24/2019 | | Salandra Funeral Service (Direct) |
|---|---|---|---|---|---|---|---|
| Clock Number: | | Department: | 1000 | Period End: | 12/07/2019 | Check Date: 12/13/2019 | 304 West Pike Street |
| SSN: | XXX-XX-9149 | Federal Filing: | Married | Exemptions: | 0 | Additional Tax: | Canonsburg, PA 15317 |
| Company Id: | PYRLVQ67 | State Filing: | | Exemptions: | 0 | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V52029110 | $0.00 | $1,807.50 | $1,445.05 | |

### EARNINGS
*Not included in Totals

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 17.0000 | 97.50 | 1,657.50 | 2,348.50 | 41,226.50 |
| Removal | 17.0000 | 0.00 | 150.00 | 0.00 | 2,100.00 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 112.07 | 2,686.24 |
| MED EE | 26.21 | 628.23 |
| FEDERAL WH | 147.52 | 3,469.30 |
| PENNSYLVANIA WH | 55.49 | 1,330.16 |
| CANONSBURG | 0.00 | 197.63 |
| SOUTH STRABANE TWP | 9.04 | 226.64 |
| PENNSYLVANIA SUI EE | 1.08 | 26.01 |
| CANONSBURG LST | 2.00 | 50.00 |
| TRINITY ASD (SOUTH | 9.04 | 9.04 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|

| Total: | | 97.50 | 1,807.50 | 2,348.50 | 43,326.50 | Total: | 362.45 | 8,623.25 | Total: | 0.00 | 0.00 |

**CURRENT PERIOD LEAVE ACCRUAL**

**DISTRIBUTION OF NET PAY**

| | | |
|---|---|---|
| Checking | Account: ####6826 | Deposit Amount: 1,445.05 |

---

**WARNING-THIS HEARTLAND CHECK IS PROTECTED BY SPECIAL SECURITY FEATURES**

Salandra Funeral Service (PYRLVQ67)
304 West Pike Street
Canonsburg, PA 15317

| CHECK DATE | VOUCHER ID |
|---|---|
| 12/13/2019 | V52029110 |

Your entire Net pay of $1,445.05 has been deposited in your bank account(s).

**TOTAL NET PAY**
******$1,445.05

22  1000

**Andrew Kuzy**
531 Warrick Dr
SOUTH STRABANE TOWNSHIP, PA 15301

**NOT NEGOTIABLE**

SECURITY FEATURES LISTED ON BACK

Pay Statement

Andrew Kuzy
531 Warrick Dr
Washington, PA 15301
Employee No. 22

| | |
|---|---|
| Pay Date | 12/03/2019 |
| Period Begin | 11/10/2019 |
| Period End | 11/23/2019 |
| Voucher No. | 337002 |
| Dept No. | 1000 |

| | This Pay | Year-To-Date |
|---|---|---|
| Earnings | 2375.00 | 41519.00 |
| Taxes | 497.40 | 8260.80 |
| Net Pay | 1877.60 | 33258.20 |

## Your Pay:

### Earnings

| | Earnings This Pay | Earnings YTD | Rate | Hours This Pay | Hours YTD |
|---|---|---|---|---|---|
| Regular | 2150.00 | 39569.00 | 20.0000 | 107.50 | 2251.00 |
| Removal | 225.00 | 1950.00 | | | |
| Total | 2375.00 | 41519.00 | | 107.50 | 2251.00 |

### Taxes

| | This Pay | YTD |
|---|---|---|
| Social Security | 147.25 | 2574.17 |
| Medicare | 34.44 | 602.02 |
| Federal Income Tax | 215.62 | 3321.78 |
| Pennsylvania | 72.91 | 1274.67 |
| PA LST $52 | 2.00 | 48.00 |
| PA Employee Unemp. | 1.43 | 24.93 |
| S Strabane Twp. | 23.75 | 415.23 |
| Total | 497.40 | 8260.80 |

### Net Pay

| | This Pay | YTD | Account Number |
|---|---|---|---|
| This Check | 1877.60 | 33258.20 | 5826 |

## Other Information:

### Tax Status

| | Taxable Earnings This Pay | Taxable Earnings YTD | Status Exmptn |
|---|---|---|---|
| Social Security | 2375.00 | 41519.00 | |
| Medicare | 2375.00 | 41519.00 | |
| Federal Income Tax | 2375.00 | 41519.00 | M / 0 |
| Pennsylvania | 2375.00 | 41519.00 | M / 0 |
| PA LST $52 | 2375.00 | 41519.00 | |
| PA Employee Unemp. | 2375.00 | 41519.00 | |
| S Strabane Twp. | 2375.00 | 41519.00 | M / 0 |

Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

PAPT    P596

---

PAPT    P596
Salandra Funeral Service, Inc.
304 West Pike Street
Canonsburg, PA 15317

Pay Date    12/03/2019
Voucher Number    337002

WASHINGTON FEDERAL SAVINGS BANK
CANONSBURG, PA 15317
60-74222433

*** NON - NEGOTIABLE, DIRECT DEPOSIT NOTICE ***

3/6
1000    22

Andrew Kuzy
531 Warrick Dr
Washington, PA 15301

Net Direct Deposit to Checking    $1877.60

NON - NEGOTIABLE

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENT.

## Statement of Earnings For: Andrew Kuzy — Salandra Funeral Service (PYRLVQ67)

| Employee #: | 22 | Division: | | Period Begin: | 12/8/2019 | Check Date: | 12/27/2019 | 304 West Pike Street |
|---|---|---|---|---|---|---|---|---|
| Clock Number: | | Department: | 1000 | Period End: | 12/21/2019 | | | Canonsburg, PA 15317 |
| SSN: | XXX-XX-9149 | Federal Filing: | Married | Exemptions: | 0 | Additional Tax: | | |
| Company Id: | PYRLVQ67 | State Filing: | | Exemptions: | 0 | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V52429279 | $0.00 | $2,185.00 | $1,734.78 | |

### EARNINGS

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 20.0000 | 105.50 | 2,110.00 | 2,454.00 | 43,629.00 |
| Removal | 20.0000 | 0.00 | 75.00 | 0.00 | 2,175.00 |
| **Total:** | | 105.50 | 2,185.00 | 2,454.00 | 45,804.00 |

*Not included in Totals

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 135.47 | 2,839.85 |
| MED EE | 31.68 | 664.16 |
| FEDERAL WH | 192.82 | 3,662.12 |
| PENNSYLVANIA WH | 67.08 | 1,406.22 |
| CANONSBURG | 0.00 | 197.63 |
| SOUTH STRABANE TWP | 10.93 | 239.03 |
| PENNSYLVANIA SUI EE | 1.31 | 27.50 |
| CANONSBURG LST | 0.00 | 52.00 |
| TRINITY ASD (SOUTH | 10.93 | 21.43 |
| **Total:** | 450.22 | 9,109.94 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### CURRENT PERIOD LEAVE ACCRUAL

### DISTRIBUTION OF NET PAY

| | | |
|---|---|---|
| Checking | Account: ####6826 | Deposit Amount: 1,734.78 |

---

**WARNING-THIS HEARTLAND CHECK IS PROTECTED BY SPECIAL SECURITY FEATURES**

Salandra Funeral Service (PYRLVQ67)
304 West Pike Street
Canonsburg, PA 15317

| CHECK DATE | VOUCHER ID |
|---|---|
| 12/27/2019 | V52429279 |

| TOTAL NET PAY |
|---|
| ******$1,734.78 |

Your entire Net pay of $1,734.78 has been deposited in your bank account(s).

22  1000
**Andrew Kuzy**
531 Warrick Dr
SOUTH STRABANE TOWNSHIP, PA 15301

**NOT NEGOTIABLE**

SECURITY FEATURES LISTED ON BACK



Statement of Earnings For: **Andrew Kuzy**  
Salandra Funeral Service (PYRLVQ67)  
304 West Pike Street  
Canonsburg, PA 15317

| Employee #: | 22 | Division: | | Period Begin: | 12/8/2019 | Check Date: | 12/27/2019 |
|---|---|---|---|---|---|---|---|
| Clock Number: | | Department: | 1000 | Period End: | 12/21/2019 | | |
| SSN: | XXX-XX-9149 | Federal Filing: | Married | Exemptions: | 0 | Additional Tax: | |
| Company Id: | PYRLVQ67 | State Filing: | | Exemptions: | 0 | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V52429278 | $0.00 | $292.50 | $256.03 | |

### EARNINGS

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 20.0000 | 0.00 | 292.50 | 2,348.50 | 41,519.00 |
| Removal | | 0.00 | 0.00 | 0.00 | 2,100.00 |
| **Total:** | | 0.00 | 292.50 | 2,348.50 | 43,619.00 |

*Not Included in Totals

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 18.14 | 2,704.38 |
| MED EE | 4.25 | 632.48 |
| FEDERAL WH | 0.00 | 3,469.30 |
| PENNSYLVANIA WH | 8.98 | 1,339.14 |
| CANONSBURG | 0.00 | 197.63 |
| SOUTH STRABANE TWP | 1.46 | 228.10 |
| PENNSYLVANIA SUI EE | 0.18 | 26.19 |
| CANONSBURG LST | 2.00 | 52.00 |
| TRINITY ASD (SOUTH | 1.46 | 10.50 |
| **Total:** | 36.47 | 8,659.72 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### CURRENT PERIOD LEAVE ACCRUAL

### DISTRIBUTION OF NET PAY

| | Account: | Deposit Amount: |
|---|---|---|
| Checking | ####6826 | 256.03 |

---

**WARNING-THIS HEARTLAND CHECK IS PROTECTED BY SPECIAL SECURITY FEATURES**

Salandra Funeral Service (PYRLVQ67)  
304 West Pike Street  
Canonsburg, PA 15317

| CHECK DATE | VOUCHER ID |
|---|---|
| 12/27/2019 | V52429278 |

**TOTAL NET PAY**  
********$256.03

Your entire Net pay of $256.03 has been deposited in your bank account(s).

22  1000

**Andrew Kuzy**  
531 Warrick Dr  
SOUTH STRABANE TOWNSHIP, PA 15301

**NOT NEGOTIABLE**

SECURITY FEATURES LISTED ON BACK

