## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ANDREW F. KUZY<br>COLLEEN A. KUZY | CASE NO: 18-21728-CMB<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 130 |

On 1/31/2020, I did cause a copy of the following documents, described below,

ORDER OF COURT (employing attorney for Trustee) ECF Docket Reference No. 130

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/31/2020

/s/ Jeffrey J. Sikirica
Jeffrey J. Sikirica  36745
Jeffrey J. Sikirica, Esq.
121 Northbrook Drive
Gibsonia, PA  15044
724 625 2566

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  ANDREW F. KUZY
        COLLEEN A. KUZY

CASE NO: 18-21728-CMB

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 130

On 1/31/2020, a copy of the following documents, described below,

ORDER OF COURT (employing attorney for Trustee) ECF Docket Reference No. 130

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/31/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey J. Sikirica
Jeffrey J. Sikirica, Esq.
121 Northbrook Drive
Gibsonia, PA  15044

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ATT MOBILITY<br>PO BOX 6416<br>CAROL STREAM IL 60197-6416 | ACCOUNT RECOVERY SERVICES<br>ATTN BANKRUPTCY<br>3031 N 114TH ST<br>MILWALKEE WI 53222-4218 | ALLY BANK<br>PO BOX 130424<br>ROSEVILLE MN 55113-0004 |
| ALLY FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 380901<br>BLOOMINGTON MN 55438-0901 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET  LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | AMEX<br>CORRESPONDENCE<br>PO BOX 981540<br>EL PASO TX 79998-1540 |
| BARCLAYS BANK OF DELAWARE<br>PO BOX 8803<br>WILMINGTON DE 19899-8803 | CAPITAL ONE NA<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | CHASE BP<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 |
| CHASE CARD SERVICES<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 | CHROME FCU<br>PO BOX 658<br>CANONSBURG PA 15317-0658 | CITIBANK<br>PO BOX 6241<br>SIOUX FALLS SD 57117-6241 |
| CITIZENS AUTO FINANCE<br>480 JEFFERSON BLVD<br>WARWICK RI 02886-1359 | CITIZENS BANK<br>1 CITIZENS DRIVE<br>RIVERSIDE RI 02915-3000 | CITIZENS BANK<br>ATTENTION ROP15B<br>1 CITIZENS DRIVE<br>RIVERSIDE RI 02915-3035 |
| COLLECTION SERVICE CENTER<br>PO BOX 560<br>NEW KENSINGTON PA 15068-0560 | COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE DEPARTMENT 280946<br>HARRISBURG PA 17128-0001 | CREDENCE RESOURCE MGMT<br>PO BOX 2300<br>SOUTHGATE MI 48195-4300 |
| CREDIT CONTROL SERVICES<br>725 CANTON ST<br>NORWOOD MA 02062-2679 | CREDIT ONE BANK<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873 | DSNBMACYS<br>PO BOX 8218<br>MASON OH 45040-8218 |
| INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES DIVISION<br>PO BOX 628<br>BANKRUPTCY SECTION<br>PITTSBURGH PA 15230 | KEY BANK NATIONAL ASSOCIATION<br>PO BOX 94825<br>CLEVELAND OH 44101-4825 | KEY BANK NA<br>4910 TIEDEMAN ROAD<br>BROOKLYN OH 44144-2338 |
| KEY BANK NA<br>4224 RIDGE LEA<br>AMHERST NY 14226-1016 | KEY BANK NA<br>CO BRIAN M KILE ESQUIRE<br>GRENEN  BIRSIC PC<br>ONE GATEWAY CENTER 9TH FLOOR<br>PITTSBURGH PA 15222 | KOHLSCAPITAL ONE<br>KOHLS CREDIT<br>PO BOX 3043<br>MILWAUKEE WI 53201-3043 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
ANTHONY T KOVALCHICK                    ANDREW F KUZY                           COLLEEN A KUZY
PA OFFICE OF THE ATTORNEY GENERAL       531 WARRICK DRIVE                       531 WARRICK DRIVE
1251 WATERFRONT PLACE                   WASHINGTON PA 15301-9513                WASHINGTON PA 15301-9513
MEZZANINE LEVEL
PITTSBURGH PA 15222-4227


LVNV FUNDING LLC                        LVNV FUNDING LLC ITS SUCCESSORS AND     LAURA KEISLING TAX COLLECTOR
PO BOX 10497                            ASSIGNS                                 550 WASHINGTON ROAD
GREENVILLE SC 29603-0497                ASSIGNEE OF MHC RECEIVABLES LLC AND     WASHINGTON PA 15301-9621
                                        FNBM LLC
                                        RESURGENT CAPITAL SERVICES
                                        PO BOX 10587
                                        GREENVILLE SC 29603-0587


MERRICK BANK                            MERCEDES BENZ FINANCIAL SERVICES        MERRICK BANK
RESURGENT CAPITAL SERVICES              13650 HERITAGE VALLEY PARKWAY           10705 JORDAN GTW STE 200
PO BOX 10368                            FORT WORTH TX 76177-0000                SOUTH JORDAN UT 84095-3977
GREENVILLE SC 29603-0368


MIDLAND FUNDING LLC                     DEPT OF REVENUE OFFICE OF ATTORNEY GEN  OFFICE OF THE UNITED STATES TRUSTEE
2365 NORTHSIDE DRIVE                    ANTHONY T KOVALCHICK                    LIBERTY CENTER
SUITE 300                               1251 WATERFRONT PLACE                   1001 LIBERTY AVENUE SUITE 970
SAN DIEGO CA 92108-2709                 MEZZANINE LEVEL                         PITTSBURGH PA 15222-3721
                                        PITTSBURGH PA 15222-4227


PNC BANK                                PRA RECEIVABLES MANAGEMENT LLC          PENNSYLVANIA DEPT OF REVENUE
ATTN BANKRUPTCY DEPARTMENT              PO BOX 41021                            DEPARTMENT 280946
6750 MILLER ROAD MAILSTOP BR-YB58-01-3  NORFOLK VA 23541-1021                   PO BOX 280946
BRECKSVILLE OH 44141-3239                                                       ATTN- BANKRUPTCY DIVISION
                                                                                HARRISBURG PA 17128-0946


PORTFOLIO RECOVERY ASSOCIATES LLC       STATE FARM BANK                         STATE FARM FINANCIAL S
PO BOX 41067                            CO BECKET AND LEE LLP                   1 STATE FARM PLAZA
NORFOLK VA 23541-1067                   PO BOX 3001                             BLOOMINGTON IL 61710-0001
                                        MALVERN PA 19355-0701


TARGET                                  BRIAN C THOMPSON                        UPMC HEALTH SERVICES
TARGET CARD SERVICES                    THOMPSON LAW GROUP PC                   PO BOX 1123
MAIL STOP NCB-0461                      125 WARRENDALE BAYNE ROAD               MINNEAPOLIS MN 55440-1123
MINNEAPOLIS MN 55440                    SUITE 200
                                        WARRENDALE PA 15086-6504


UPMC PHYSICIAN SERVICES                 VISA DEPT STORE NATIONAL BANKMACYS      WHS ORTHO SPORTS MEDICINE
PO BOX 1123                             ATTN BANKRUPTCY                         95 LEONARD AVENUE
MINNEAPOLIS MN 55440-1123               PO BOX 8053                             WASHINGTON PA 15301-3368
                                        MASON OH 45040-8053


JAMES WARMBRODT                         WASHINGTON CO TAX CLAIM BUREAU          WASHINGTON COUNTY CLERK OF COURTS
KML LAW GROUP PC                        100 W BEAU ST STE 205                   1 S MAIN STREET 1005
701 MARKET STREET                       WASHINGTON PA 15301-4483                WASHINGTON PA 15301-6813
SUITE 5000
PHILADELPHIA PA 19106-1541
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

WASHINGTON COUNTY TAX AUTHORITY
100 W BEAU STREET
WASHINGTON PA 15301-4432

WORKFORCE WEST VIRGINIA
112 CALIFORNIA AVENUE
CHARLESTON WV 25305-0047

NORMA HILDENBRAND ON BEHALF OF THE
UNITED S
OFFICE OF THE UNITED STATES TRUSTEE
SUITE 970 LIBERTY CENTER
1001 LIBERTY AVENUE
PITTSBURGH PA 15222-3714