IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| ANDREW F. KUZY | ) | |
| COLLEN A. KUZY | ) | Case No. 18-21728-CMB |
| Debtor(s). | ) | |
| | ) | Chapter 11 |
| JEFFREY J. SIKIRICA, | ) | |
| CHAPTER 11 TRUSTEE | ) | Related to Document Nos. 91, 122, 128, |
| | ) | |
| vs. | ) | and 133 |
| | ) | |
| No Respondents. | ) | |

## ORDER OF COURT

*AND NOW*, this **18th** day of **February, 2020,** upon consideration of the **"Motion to Continue Evidentiary Hearing"** filed by Jeffrey J. Sikirica, Chapter 11 Trustee and consented to by the attorney for the U.S. Trustee and the attorney for the Debtors, said Motion is **GRANTED** as set forth herein.

It is hereby **ORDERED, ADJUDGED and DECREED** that the evidentiary hearing set for February 25, 2020, on the *Motion of the United States Trustee to Convert Case to Chapter 7 Pursuant to 11 U.S.C. §1112(b)* ("Motion to Convert," Doc. No. 91) is **CANCELLED**. A **status conference** on the Motion to Convert will be held on **May 11, 2020**, at **2:00PM** in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania. At that time, the Court will address whether the evidentiary hearing must be rescheduled.

_____
Carlota M. Böhm, Judge
Chief United States Bankruptcy Court

FILED
2/18/20 9:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Andrew F. Kuzy  
Colleen A. Kuzy  
    Debtors

Case No. 18-21728-CMB  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Feb 18, 2020  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2020.  
db/jdb     +Andrew F. Kuzy,  Colleen A. Kuzy,  531 Warrick Drive,  Washington, PA 15301-9513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2020 at the address(es) listed below:

         Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue  Office of Attorney General  akovalchick@attorneygeneral.gov  
         Brian C. Thompson    on behalf of Debtor Andrew F. Kuzy bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;mswenson@thompsonattorney.com  
         Brian C. Thompson    on behalf of Joint Debtor Colleen A. Kuzy bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;mswenson@thompsonattorney.com  
         Brian M. Kile    on behalf of Creditor   Key Bank, N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com  
         James Warmbrodt    on behalf of Creditor   PNC Bank National Association bkgroup@kmllawgroup.com  
         Jeffrey J. Sikirica    on behalf of Trustee Jeffrey J. Sikirica trusteesikirica@zoominternet.net, PA59@ecfcbis.com  
         Norma Hildenbrand,  on Behalf of the United States Trustee by   on behalf of U.S. Trustee   Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
                                                                                                                       TOTAL: 8