UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. :

Reporting Period: *March 2020*

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_/s/ Andrew Kuzy_     4/13/2020
Signature of Debtor     Date

_/s/ Colleen Kuzy_     4/13/2020
Signature of Joint Debtor     Date

_____     _____
Signature of Preparer     Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. :

Reporting Period: March 2020

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 23846.43 |  |
| **RECEIPTS** |  |  |
| Wages (Net) | 3051.66 |  |
| Interest and Dividend Income | 0 |  |
| Alimony and Child Support | 0 |  |
| Social Security and Pension Income | 2591.88 |  |
| Sale of Assets | 0 |  |
| Other Income (attach schedule) | 2915.88 |  |
| Total Receipts | 8559.42 |  |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) | 0 |  |
| Rental Payment(s) | 0 |  |
| Other Secured Note Payments | 0 |  |
| Utilities | 644.67 |  |
| Insurance | 360.32 |  |
| Auto Expense | 204.77 |  |
| Lease Payments | 0 |  |
| IRA Contributions | 0 |  |
| Repairs and Maintenance | 1375.03 |  |
| Medical Expenses | 567.65 |  |
| Household Expenses | 1470.90 |  |
| Charitable Contributions | 0 |  |
| Alimony and Child Support Payments | 0 |  |
| Taxes - Real Estate | 242.54 |  |
| Taxes - Personal Property | 0 |  |
| Taxes - Other (attach schedule) | 240.00 |  |
| Travel and Entertainment | 0 |  |
| Gifts | 0 |  |
| Other (attach schedule) | 50 |  |
| Total Ordinary Disbursements | 5155.88 |  |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees | 250 |  |
| U. S. Trustee Fees | 0 |  |
| Other Reorganization Expenses (attach schedule) | 0 |  |
| Total Reorganization Items | 250 |  |
| Total Disbursements (Ordinary + Reorganization) | 5405.88 |  |
| Net Cash Flow (Total Receipts - Total Disbursements) | 3153.54 |  |
| Cash - End of Month (Must equal reconciled bank | 26999.97 |  |

FORM MOR-1 (INDV)

In Re: Andrew F. Kuzy, and  : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy,  :
 : Chapter 11
Debtors.  :     (9/99)

Reporting Period: _____

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Schmalz Income | 2500 | |
| Returns | 415.88 | |
| | | |
| | | |
| **Other Taxes** | | |
| Tax Escrow | 240.00 | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Wash PA Clerk of Courts | 50.00 | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

In Re: Andrew F. Kuzy, and  :  Bankruptcy Case No.: 18-21728-CMB
      Colleen A. Kuzy,  :
                                       :  Chapter 11
      Debtors.  :
                                       Reporting Period:_____

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Form 16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| FICA- Employee |  |  |  |  |  |  |
| FICA-Employer |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Federal Taxes |  |  |  |  |  |  |
| State and Local |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| Sales |  |  |  |  |  |  |
| Excise |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Real Property |  |  |  |  |  |  |
| Personal Property |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total State and Local |  |  |  |  |  |  |
| Total Taxes |  |  |  |  |  |  |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
|  |  | 0-30 | 31-60 | 61-90 | Over 90 |  |
| Accounts Payable |  |  |  |  |  |  |
| Wages-Payable |  |  |  |  |  |  |
| Taxes Payable |  |  |  |  |  |  |
| Rent/Leases-Building |  |  |  |  |  |  |
| Rent/Leases- Equipment |  |  |  |  |  |  |
| Secured Debt/Adequate Protection |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Amounts Due to Insiders" |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Postpetition Debts |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.
_____
_____

*"Insider is defined in 11 U.S.C. Section 101(31)                                                   FORM MOR-4

(9/99)

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. :

Reporting Period:_____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| − Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

_____
_____
_____
_____
_____
_____

FORM MOR-5
(9/99)

## First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 03/31/2020**

ANDREW F. KUZY, DEBTOR IN
Primary Account Number: $

Page 1 of 6

ADDRESS SERVICE REQUESTED

>001133 4102192 0001 092543 10Z

ANDREW F. KUZY, DEBTOR IN POSSESSION
COLLEEN A. KUZY, DEBTOR IN POSSESSION
JACQUELINE SCHMALZ
531 WARRICK DR
WASHINGTON PA 15301-9513

### Managing Your Accounts

| | | |
|---|---|---|
| Online | www.fnb-online.com | |
| By Phone | 1 800-555-5455 | |
| By Mail | 4140 E. State Street Hermitage, PA 16148 | |

### Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | ( | $26,999.97 |

## FREE SMALL BUSINESS CHECKING -

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 02/29/2020 | Balance Last Statement | $23,846.43 | Minimum Balance | $22,697.97 |
| | 9 Credit(s) This Period | $8,559.42 | Average Ledger Balance | $24,729.83 |
| | 92 Debit(s) This Period | $5,405.88 | Average Available Balance | $24,729.83 |
| 03/31/2020 | Balance This Statement | $26,999.97 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/29/2020 | Balance Last Statement | | | $23,846.43 |
| 03/02/2020 | 12104 PIN PUR 03/02 17:15 WM SUPERCENTER # WASHINGTON PA 17390043 69146~5411 | $107.39 | | $23,739.04 |
| 03/02/2020 | 973400 PIN PUR 03/01 08:27 WAL-MART #1739 WASHINGTON PA 24173901 973400 ~5411 | $55.47 | | $23,683.57 |
| 03/02/2020 | 84594 POS PUR 02/29 19:11 AMZN MKTP US* JP7 AMZN.COM/BILL WA 00000000 08~5942 | $31.79 | | $23,651.78 |
| 03/02/2020 | 254749 POS PUR 02/29 16:01 BP#9351941RUFF C WASHINGTON PA 39013701 25474~5542 | $30.00 | | $23,621.78 |
| 03/02/2020 | 162597 POS PUR 03/02 16:12 Walmart.com Bentonville AR 02003144 030204162~5310 | $28.06 | | $23,593.72 |
| 03/02/2020 | 33508 POS PUR 03/01 09:43 BISSELL* BISSELL. 800-237-7691 MI 00000000 033~5722 | $20.78 | | $23,572.94 |
| 03/02/2020 | 48825 RECURRING 03/01 00:23 SCENTBOX.COM 866-274-4123 CA 00000000 048825 ~5964 | $19.95 | | $23,552.99 |
| 03/02/2020 | 258603 POS PUR 03/02 15:10 Wal-Mart Super C WASHINGTON PA 17390080 00629~5411 | $16.39 | | $23,536.60 |
| 03/02/2020 | 94986 POS PUR 02/29 09:44 MCKEAN PLUMBING WASHINGTON PA 02673398 094986~1711 | $14.84 | | $23,521.76 |
| 03/02/2020 | 83949 POS PUR 03/02 08:08 AMZN Mktp US* HA1 Amzn.com/bill WA 00000000 08~5942 | $14.83 | | $23,506.93 |
| 03/02/2020 | 552695 RECURRING 03/02 06:32 NETFLIX COM LOS GATOS CA 003 006200552695 ~4899 | $13.77 | | $23,493.16 |



To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

 **First National Bank**

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 03/31/2020**
ANDREW F. KUZY, DEBTOR IN          Page 3 of 6
Primary Account Number:

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/02/2020 | 19723 POS PUR 02/28 04:01 USPS PO 41115205 CANONSBURG PA 00000000 01972~9402 | $11.00 | | $23,482.16 |
| 03/04/2020 | CHECK # 1261 | $35.00 | | $23,447.16 |
| 03/04/2020 | 411292 POS PUR 03/04 09:18 BP#9351941RUFF C WASHINGTON PA 39013701 41129~5542 | $25.00 | | $23,422.16 |
| 03/04/2020 | 228788 POS PUR 03/04 14:31 BP#9351941RUFF C WASHINGTON PA 39013701 22878~5542 | $23.24 | | $23,398.92 |
| 03/04/2020 | 23326 POS PUR 03/04 16:36 WM SUPERCENTER # WASHINGTON PA 17390049 22978~5411 | $15.35 | | $23,383.57 |
| 03/04/2020 | 41030 POS PUR 03/04 01:26 AMZNFreeTime* VB0 888-802-3080 WA 00000000 041~5735 | $3.17 | | $23,380.40 |
| 03/05/2020 | 0005 POS PUR 03/04 06:48 ASPEN WASHINGTON WASHINGTON PA 00005423 00000~8021 | $384.00 | | $22,996.40 |
| 03/05/2020 | 29809 POS PUR 03/04 05:07 WALMART GROCERY 800-966-6546 AR 00000000 0298~5411 | $87.57 | | $22,908.83 |
| 03/05/2020 | 25006 RECURRING 03/04 00:33 CCM* SEARS WARRAN 855-256-2467 FL 00000000 025~6300 | $49.99 | | $22,858.84 |
| 03/05/2020 | 43866 POS PUR 03/05 19:23 AMZN Mktp US* T76 Amzn.com/bill WA 00000000 04~5942 | $38.68 | | $22,820.16 |
| 03/05/2020 | 9570 POS PUR 03/04 05:22 WALMART GROCERY 800-966-6546 AR 00000000 0095~5411 | $31.68 | | $22,788.48 |
| 03/05/2020 | 37928 POS PUR 03/04 10:59 SPEEDWAY 02915 7 WASHINGTON PA 00000000 03792~5542 | $14.28 | | $22,774.20 |
| 03/05/2020 | 20816 POS PUR 03/04 05:26 WALMART GROCERY 800-966-6546 AR 00000000 0208~5411 | $11.51 | | $22,762.69 |
| 03/05/2020 | 93351 POS PUR 03/04 12:29 AMZN Digital* 8T8 888-802-3080 WA 00000000 093~5818 | $9.53 | | $22,753.16 |
| 03/05/2020 | 13092 POS PUR 03/04 02:24 JEFFREYS DRUG ST CANONSBURG PA 29235480 01309~5912 | $9.18 | | $22,743.98 |
| 03/05/2020 | 13123 POS PUR 03/04 03:08 JEFFREYS DRUG ST CANONSBURG PA 29235480 01312~5912 | $2.37 | | $22,741.61 |
| 03/06/2020 | SALANDRA FUNERAL Payroll 1411427194568850 | | $1,508.68 | $24,250.29 |
| 03/06/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $24,190.29 |
| 03/06/2020 | CHECK # 1262 | $99.00 | | $24,091.29 |
| 03/06/2020 | 501230 PIN PUR 03/06 17:10 WAL-MART #1739 WASHINGTON PA 24173901 501230 ~5411 | $74.39 | | $24,016.90 |
| 03/06/2020 | CHECK # 1259 | $16.18 | | $24,000.72 |
| 03/09/2020 | 82982 RETURN 03/06 15:35 ASPEN DENTAL CEN EAST SYRACUSE NY 87428003 08~8021 | | $384.00 | $24,384.72 |
| 03/09/2020 | 143669 PIN PUR 03/07 08:47 LOWE'S #671 WASHINGTON PA 001 143669 ~5200 | $83.68 | | $24,301.04 |
| 03/09/2020 | 56691 POS PUR 03/08 16:16 WM SUPERCENTER # WASHINGTON PA 17390045 30439~5411 | $35.15 | | $24,265.89 |
| 03/09/2020 | 32537 POS PUR 03/06 12:39 KWIK FILL 236 HOUSTON PA URCC0236 032537 ~5542 | $27.44 | | $24,238.45 |
| 03/09/2020 | 519711 POS PUR 03/07 15:04 Wal-Mart Super C WASHINGTON PA 17390048 00672~5411 | $17.40 | | $24,221.05 |
| 03/09/2020 | 49554 POS PUR 03/07 22:42 SPEEDWAY 02915 7 WASHINGTON PA 00000000 04955~5542 | $16.24 | | $24,204.81 |
| 03/10/2020 | CHECK # 1260 | $250.00 | | $23,954.81 |
| 03/10/2020 | 30002 POS PUR 03/09 15:10 WHS ORTHOPEDICS WASHINGTON PA 74364410 030002~8011 | $35.00 | | $23,919.81 |



## FREE SMALL BUSINESS CHECKING - ' (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/10/2020 | 18033 POS PUR 03/09 03:14 Kindle Unltd* 887 866-321-8851 WA 00000000 018~5818 | $10.59 | | $23,909.22 |
| 03/11/2020 | CHECK # 1269 | $232.76 | | $23,676.46 |
| 03/11/2020 | CHECK # 1265 | $208.36 | | $23,468.10 |
| 03/11/2020 | CHECK # 1264 | $85.99 | | $23,382.11 |
| 03/11/2020 | 20737 POS PUR 03/10 14:44 WAL-MART #1739 WASHINGTON PA 00000002 020737 ~5411 | $59.67 | | $23,322.44 |
| 03/11/2020 | CHECK # 1268 | $50.00 | | $23,272.44 |
| 03/11/2020 | 69963 POS PUR 03/10 06:41 WAL-MART #1739 WASHINGTON PA 00000002 069963 ~5411 | $32.37 | | $23,240.07 |
| 03/11/2020 | 413139 POS PUR 03/11 15:47 BP#9351941RUFF C WASHINGTON PA 39013701 41313~5542 | $24.50 | | $23,215.57 |
| 03/11/2020 | 628336 POS PUR 03/10 19:01 Wal-Mart Super C WASHINGTON PA 17390047 00707~5411 | $15.06 | | $23,200.51 |
| 03/11/2020 | 249470 POS PUR 03/11 16:24 WAL-MART #1739 WASHINGTON PA 24173901 249470 ~5411 | $5.94 | | $23,194.57 |
| 03/11/2020 | CHECK # 1266 | $5.00 | | $23,189.57 |
| 03/12/2020 | 3804 POS PUR 03/12 17:22 SAMS CLUB #6251 WASHINGTON PA 62510095 261408~5300 | $332.43 | | $22,857.14 |
| 03/12/2020 | 31089 POS PUR 03/12 16:29 SAMS CLUB #6251 WASHINGTON PA 62510088 424524~5542 | $13.39 | | $22,843.75 |
| 03/13/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $22,783.75 |
| 03/13/2020 | 473377 PIN PUR 03/13 16:37 CANONSBURG SHOP CANONSBURG PA 53460201 473377~5411 | $42.99 | | $22,740.76 |
| 03/13/2020 | 271444 PIN PUR 03/13 16:22 CANONSBURG SHOP CANONSBURG PA 53460201 271444~5411 | $42.79 | | $22,697.97 |
| 03/16/2020 | DEPOSIT | | $1,200.00 | $23,897.97 |
| 03/16/2020 | SSA TREAS 310 XXSOC SEC XXXXX9149A SSA | | $2.00 | $23,899.97 |
| 03/16/2020 | 522560 PIN PUR 03/15 16:31 Wal-Mart Super C WASHINGTON PA 17390080 00753~5411 | $112.37 | | $23,787.60 |
| 03/16/2020 | 11836 PIN PUR 03/14 10:05 Wal-Mart Super C WASHINGTON PA 17390028 00741~5411 | $74.02 | | $23,713.58 |
| 03/16/2020 | 47832 POS PUR 03/14 04:33 WAL-MART #1739 WASHINGTON PA 00000002 047832 ~5411 | $49.51 | | $23,664.07 |
| 03/16/2020 | 153771 POS PUR 03/16 06:39 Walmart.com Bentonville AR 02003144 031606153~5310 | $49.51 | | $23,614.56 |
| 03/16/2020 | CHECK # 1263 | $40.00 | | $23,574.56 |
| 03/16/2020 | 760493 POS PUR 03/16 16:26 WAL-MART #1739 WASHINGTON PA 17390056 0076333~5411 | $36.33 | | $23,538.23 |
| 03/16/2020 | 68309 POS PUR 03/15 17:56 HP PRODUCT SVC&R 800-474-6836 CA 00000000 068~7399 | $31.79 | | $23,506.44 |
| 03/16/2020 | 809120 POS PUR 03/16 06:38 BP#9351941RUFF C WASHINGTON PA 39013701 80912~5542 | $25.01 | | $23,481.43 |
| 03/16/2020 | 34140 POS PUR 03/16 14:50 WM SUPERCENTER # WASHINGTON PA 17390080 72765~5411 | $5.98 | | $23,475.45 |
| 03/17/2020 | 76481 POS PUR 03/16 09:58 SAMSCLUB #6251 WASHINGTON PA 00000001 076481 ~5300 | $57.56 | | $23,417.89 |
| 03/17/2020 | 64823 POS PUR 03/16 04:38 USPS PO 41890403 WASHINGTON PA 00000000 06482~9402 | $6.35 | | $23,411.54 |
| 03/18/2020 | SSA TREAS 310 XXSOC SEC XXXXX9149A SSA | | $2,396.00 | $25,807.54 |
| 03/18/2020 | CHECK # 1267 | $250.00 | | $25,557.54 |
| 03/18/2020 | 39136 RECURRING 03/17 04:39 Amazon Prime* X60 Amzn.com/bill WA 00000000 03~5968 | $13.77 | | $25,543.77 |
| 03/19/2020 | 97849 POS PUR 03/18 08:46 WAL-MART #1739 WASHINGTON PA 00000002 097849 ~5411 | $77.16 | | $25,466.61 |



**First National Bank**

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 03/31/2020**
ANDREW F. KUZY, DEBTOR IN
Primary Account Number:
Page 5 of 6

## FREE SMALL BUSINESS CHECKING - ____ (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/19/2020 | 29344 POS PUR 03/18 05:42 JEFFREYS DRUG ST CANONSBURG PA 29235480 02934~5912 | $75.28 | | $25,391.33 |
| 03/20/2020 | SALANDRA FUNERAL Payroll 265421142347026 | | $1,542.98 | $26,934.31 |
| 03/20/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $26,874.31 |
| 03/23/2020 | CHECK # 1271 | $234.33 | | $26,639.98 |
| 03/23/2020 | 478640 PIN PUR 03/21 12:19 Wal-Mart Super C WASHINGTON PA 17390056 00813~5411 | $115.22 | | $26,524.76 |
| 03/23/2020 | 0175 POS PUR 03/22 22:50 WAL-MART #1739 WASHINGTON PA 00000004 000175 ~5411 | $72.82 | | $26,451.94 |
| 03/23/2020 | 81554 POS PUR 03/23 05:35 Amazon.com* 7L0AL Amzn.com/bill WA 00000000 08~5942 | $20.27 | | $26,431.67 |
| 03/24/2020 | 89460 POS PUR 03/23 07:42 WM SUPERCENTER # WASHINGTON PA 16289460 08946~5912 | $20.96 | | $26,410.71 |
| 03/24/2020 | 85301 POS PUR 03/23 01:55 KWIK FILL 236 HOUSTON PA URCC0236 085301 ~5542 | $16.27 | | $26,394.44 |
| 03/24/2020 | CHECK # 1270 | $7.98 | | $26,386.46 |
| 03/26/2020 | CHECK # 1272 | $41.24 | | $26,345.22 |
| 03/27/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $26,285.22 |
| 03/27/2020 | 789312 PIN PUR 03/27 16:58 Wal-Mart Super C WASHINGTON PA 17390046 00875~5411 | $110.84 | | $26,174.38 |
| 03/30/2020 | DEPOSIT | | $1,300.00 | $27,474.38 |
| 03/30/2020 | CHECK # 1273 | $242.54 | | $27,231.84 |
| 03/30/2020 | 29032 POS PUR 03/30 16:24 SAMS CLUB #6251 WASHINGTON PA 62510096 806065~5300 | $189.16 | | $27,042.68 |
| 03/30/2020 | 73307 POS PUR 03/28 16:12 SAMSCLUB #6251 WASHINGTON PA 00000001 073307 ~5300 | $85.10 | | $26,957.58 |
| 03/30/2020 | 443528 POS PUR 03/29 17:27 Walmart.com Bentonville AR 02003144 032905443~5310 | $70.68 | | $26,886.90 |
| 03/30/2020 | 40369 RECURRING 03/28 05:22 SXM* SIRIUSXM.COM 888-635-5144 NY 00000000 040~4899 | $21.87 | | $26,865.03 |
| 03/30/2020 | 406926 POS PUR 03/27 18:09 BP#9351941RUFF C WASHINGTON PA 39013701 40692~5542 | $21.50 | | $26,843.53 |
| 03/30/2020 | 547315 POS PUR 03/28 13:42 Wal-Mart Super C WASHINGTON PA 17390046 00885~5411 | $13.14 | | $26,830.39 |
| 03/30/2020 | 14245 POS PUR 03/26 08:22 JEFFREYS DRUG ST CANONSBURG PA 29235480 01424~5912 | $9.23 | | $26,821.16 |
| 03/30/2020 | 30146 POS PUR 03/29 13:56 FABRIC WHOLESALE 855-464-6867 NY 00000000 030~5131 | $6.95 | | $26,814.21 |
| 03/31/2020 | RANGE RESOURCES 0320EFT 279995 | | $31.88 | $26,846.09 |
| 03/31/2020 | COMM OF PA ANNUITANT APXXXXXX8111 | | $193.88 | $27,039.97 |
| 03/31/2020 | 78663 RECURRING 03/31 14:01 SCENTBOX.COM 866-274-4123 CA 00000000 078663 ~5964 | $19.95 | | $27,020.02 |
| 03/31/2020 | 81959 POS PUR 03/28 11:40 SAILRITE 260-244-4647 IN 00000000 081959 ~5099 | $12.14 | | $27,007.88 |
| 03/31/2020 | 443528 POS PUR 03/31 05:50 Walmart.com Bentonville AR 02003144 033105443~5310 | $7.91 | | $26,999.97 |
| 03/31/2020 | Balance This Statement | | | $26,999.97 |



### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1259 | 03/06/2020 | $16.18 | 1261 | 03/04/2020 | $35.00 | 1263 | 03/16/2020 | $40.00 |
| 1260 | 03/10/2020 | $250.00 | 1262 | 03/06/2020 | $99.00 | 1264 | 03/11/2020 | $85.99 |

ANDREW F. KUZY, DEBTOR IN    .....    Statement Ending 03/31/2020    Page 6 of 6

## FREE SMALL BUSINESS CHECKING - _____ (continued)

**Checks Cleared (continued)**

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1265 | 03/11/2020 | $208.36 | 1268 | 03/11/2020 | $50.00 | 1271 | 03/23/2020 | $234.33 |
| 1266 | 03/11/2020 | $5.00 | 1269 | 03/11/2020 | $232.76 | 1272 | 03/26/2020 | $41.24 |
| 1267 | 03/18/2020 | $250.00 | 1270 | 03/24/2020 | $7.98 | 1273 | 03/30/2020 | $242.54 |

* Indicates skipped check number

**Daily Balances**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/02/2020 | $23,482.16 | 03/12/2020 | $22,843.75 | 03/23/2020 | $26,431.67 |
| 03/04/2020 | $23,380.40 | 03/13/2020 | $22,697.97 | 03/24/2020 | $26,386.46 |
| 03/05/2020 | $22,741.61 | 03/16/2020 | $23,475.45 | 03/26/2020 | $26,345.22 |
| 03/06/2020 | $24,000.72 | 03/17/2020 | $23,411.54 | 03/27/2020 | $26,174.38 |
| 03/09/2020 | $24,204.81 | 03/18/2020 | $25,543.77 | 03/30/2020 | $26,814.21 |
| 03/10/2020 | $23,909.22 | 03/19/2020 | $25,391.33 | 03/31/2020 | $26,999.97 |
| 03/11/2020 | $23,189.57 | 03/20/2020 | $26,874.31 | | |

**SALANDRA FUNERAL SERVICE INC**
304 WEST PIKE STREET
CANONSBURG PA 15317

**ANDREW KUZY**
EMPLOYEE ID: 3
DEPARTMENT: 10
DD RECEIPT: 1180356401

**Paycor**

Pay Period  02/16/2020 - 02/29/2020
Pay Date    03/06/2020

FITWH   Filing Status: M   Exemptions: 0
PA      Filing Status: M   Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 20.00 | 94.50 | 1,890.00 | 94.50 | 8,880.00 |
| RemovalFee | | | | | 300.00 |
| Total | | 94.50 | $1,890.00 | 94.50 | $9,180.00 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 156.68 | 751.74 |
| MED | 27.41 | 133.12 |
| SOC | 117.18 | 569.16 |
| PA | 58.02 | 281.83 |
| PAEUC | 1.13 | 5.51 |
| PACAI | 18.90 | 18.90 |
| PACAIL | 2.00 | 10.00 |
| Total | $381.32 | $1,770.26 |

Net Pay    XXXX6826    $1,508.68

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SALANDRA FUNERAL SERVICE INC.
304 WEST PIKE STREET
CANONSBURG PA 15317

Direct Deposit #  1180356401
Date              03/06/2020

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **

VOID ** VOID **

10   DD

Pay to the
Order of

ANDREW KUZY
531 WARRICK DR
WASHINGTON PA 15301

DIRECT DEPOSIT  $1,508.68
TO ACCOUNT #    XXXX6826
BANK #          XXXXX8092

N O N - N E G O T I A B L E

**SALANDRA FUNERAL SERVICE INC.**
304 WEST PIKE STREET
CANONSBURG PA 15317

ANDREW KUZY
EMPLOYEE ID: 3
DEPARTMENT: 10
DD RECEIPT:    1181221056



Pay Period    03/01/2020 - 03/14/2020
Pay Date    03/20/2020

FITWH    Filing Status: M    Exemptions: 0
PA    Filing Status: M    Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 20.00 | 93.00 | 1,860.00 | 187.50 | 10,740.00 |
| RemovalFee | | | 75.00 | | 375.00 |
| Total | | 93.00 | $1,935.00 | 187.50 | $11,115.00 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 162.08 | 913.82 |
| MED | 28.06 | 161.18 |
| SOC | 119.97 | 689.13 |
| PA | 59.40 | 341.23 |
| PAEUC | 1.16 | 6.67 |
| PACAI | 19.35 | 111.17 |
| PACAIL | 2.00 | 12.00 |
| Total | $392.02 | $2,235.20 |

Net Pay    XXXX6826    $1,542.98

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SALANDRA FUNERAL SERVICE INC.
304 WEST PIKE STREET
CANONSBURG PA 15317

Direct Deposit #    1181221056
Date    03/20/2020

Pay this Amount

** NON-NEGOTIABLE ** DIRECT DEPOSIT RECEIPT **    VOID ** VOID **

10    DD

Pay to the
Order of    ANDREW KUZY
531 WARRICK DR
WASHINGTON PA 15301

DIRECT DEPOSIT $1,542.98
TO ACCOUNT #    XXXX6826
BANK #    XXXXX8092

NON-NEGOTIABLE

## First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 03/16/2020**
ANDREW F KUZY
Primary Account Number: 7
Page 1 of 4

ADDRESS SERVICE REQUESTED
>009991 4039646 0001 092543 10Z

ANDREW F KUZY
COLLEEN A KUZY
TAX ESCROW ACCOUNT
531 WARRICK DR
WASHINGTON PA 15301-9513

**Managing Your Accounts**

 Online    www.fnb-online.com

 By Phone    1 800-555-5455

By Mail    4140 E. State Street
Hermitage, PA  16148

### Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREESTYLE CHECKING | | $1,455.02 |

### FREESTYLE CHECKING -

#### Account Summary

| Date | Description | Amount |
|---|---|---|
| 02/15/2020 | Balance Last Statement | $1,218.97 |
| | 4 Credit(s) This Period | $240.00 |
| | 1 Debit(s) This Period | $3.95 |
| 03/16/2020 | Balance This Statement | $1,455.02 |

Effective May 1, 2020, an updated version of the First National Bank (FNB) Deposit Account Agreement (DAA) will govern your account. A complete copy of the DAA and a summary of the changes to our Funds Availability Policy can be accessed online at www.fnb-online.com/daa, or by contacting a FNB branch or our Customer Service Center at 1-800-555-5455.

#### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/15/2020 | Balance Last Statement | | | $1,218.97 |
| 02/21/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $1,278.97 |
| 02/28/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $1,338.97 |
| 03/06/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $1,398.97 |
| 03/13/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $1,458.97 |
| 03/16/2020 | PAPER STATEMENT FEE | $3.95 | | $1,455.02 |
| 03/16/2020 | Balance This Statement | | | $1,455.02 |



#### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/21/2020 | $1,278.97 | 03/06/2020 | $1,398.97 | 03/16/2020 | $1,455.02 |
| 02/28/2020 | $1,338.97 | 03/13/2020 | $1,458.97 | | |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts