UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Andrew F. Kuzy, and             :       Bankruptcy Case No.: 18-21728-CMB
        Colleen A. Kuzy,                :
                                        :       Chapter 11
        Debtors.                        :

                        Reporting Period: _February 2020_

MONTHLY OPERATING REPORT
(INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-I (INDV) | | |
| Schedule of Cash Receipts and Disbursements - | MOR-I (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____        3/14/2020
Signature of Debtor                     Date

_____        3/14/2020
Signature of Joint Debtor               Date

_____        _____
Signature of Preparer                   Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

In Re:  Andrew F. Kuzy, and
     Colleen A. Kuzy,

     Debtors.

: Bankruptcy Case No.: 18-21728-CMB

: Chapter 11

Reporting Period: _February 2020_

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 25,314.78 | |
| **RECEIPTS** | | |
| Wages (Net) | 3047.81 | |
| Interest and Dividend Income | 0 | |
| Alimony and Child Support | 0 | |
| Social Security and Pension Income | 2589.88 | |
| Sale of Assets | 0 | |
| Other Income (attach schedule) | 2560.73 | |
| **Total Receipts** | 8198.42 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 0 | |
| Rental Payment(s) | 0 | |
| Other Secured Note Payments | 0 | |
| Utilities | 1054.66 | |
| Insurance | 437.57 | |
| Auto Expense | 3486.98 | |
| Lease Payments | 0 | |
| IRA Contributions | 0 | |
| Repairs and Maintenance | 1264.54 | |
| Medical Expenses | 566.45 | |
| Household Expenses | 1501.42 | |
| Charitable Contributions | 0 | |
| Alimony and Child Support Payments | 0 | |
| Taxes - Real Estate | 514.15 | |
| Taxes - Personal Property | 0 | |
| Taxes - Other (attach schedule) | 340 | |
| Travel and Entertainment | 0 | |
| Gifts | 0 | |
| Other (attach schedule) | 0 | |
| **Total Ordinary Disbursements** | 8666.77 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 250 | |
| U. S. Trustee Fees | 650 | |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | 900 | |
| **Total Disbursements (Ordinary + Reorganization)** | 9566.77 | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | -1368.35 | |
| **Cash - End of Month (Must equal reconciled bank** | 23846.43 | |

FORM MOR-1 (INDV)

In Re:  Andrew F. Kuzy, and                :        Bankruptcy Case No.: 18-21728-CMB
     Colleen A. Kuzy,                        :
                                      :        Chapter 11
         Debtors.                         :                                          (9/99)

Reporting Period:_____

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Profeucsds | 62.73 | |
| Schmalz | 2500 | |
| | | |
| | | |
| **Other Taxes** | | |
| Escrot | 240 | |
| | 544.45 | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Wash County Clerk & Courts | 50.00 | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

In Re:  Andrew F. Kuzy, and
     Colleen A. Kuzy,

         Debtors.

:
:
:
:

Bankruptcy Case No.: 18-21728-CMB

Chapter 11

Reporting Period: _____

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns tiled during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FI CA- Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| **Total Federal Taxes** | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| **Total Stale and Local** | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages-Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases- Equipment | | | | | | |
| Secured Debt/Adequate Protection | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders" | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

**Explain how and when the Debtor intends to pay any past-due Postpetition debts.**

_____
_____
_____

*"Insider is defined in 11 U.S.C. Section 101(31)                     **FORM MOR-4**

(9/99)

In Re:  Andrew F. Kuzy, and                    :        Bankruptcy Case No.: 18-21728-CMB
        Colleen A. Kuzy,                        :
                                                :        Chapter 11
        Debtors.                                :

                                      Reporting Period:_____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| - Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2.  Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3.  Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | |
| 4.  Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

_____
_____
_____
_____
_____
_____
_____
_____
_____

                                                        FORM MOR-5
                                                           (9/99)

# First National Bank

**4140 E. State Street**
**Hermitage, PA 16148**

*Statement Ending 02/28/2020*

*ANDREW F. KUZY, DEBTOR IN*    *Page 1 of 6*
*Primary Account Number: ⌐*

ADDRESS SERVICE REQUESTED

>003349 3981687 0001 092543 10Z

ANDREW F. KUZY, DEBTOR IN POSSESSION
COLLEEN A. KUZY, DEBTOR IN POSSESSION
JACQUELINE SCHMALZ
531 WARRICK DR
WASHINGTON PA 15301-9513

## Managing Your Accounts

 Online    www.fnb-online.com

 By Phone    1 800-555-5455

By Mail    4140 E. State Street
Hermitage, PA 16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | | $23,846.43 |

## FREE SMALL BUSINESS CHECKING - ⌐

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 02/01/2020 | Balance Last Statement | $25,214.78 | Minimum Balance | $19,510.55 |
| | 8 Credit(s) This Period | $8,198.42 | Average Ledger Balance | $22,491.58 |
| | 102 Debit(s) This Period | $9,566.77 | Average Available Balance | $22,413.01 |
| 02/28/2020 | Balance This Statement | $23,846.43 | | |

*Effective March 1, 2020, First National Bank will make adjustments to the activity fees for your business checking account. Please review your statement for the fee changes. If you have any questions regarding the changes, please contact your branch manager or Treasury Management Representative for additional information.*

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/01/2020 | Balance Last Statement | | | $25,214.78 |
| 02/03/2020 | CHECK # 1246 | $250.00 | | $24,964.78 |
| 02/03/2020 | CHECK # 1242 | $250.00 | | $24,714.78 |
| 02/03/2020 | 43593 POS PUR 02/02 14:45 SAMS CLUB #6251 WASHINGTON PA 62510092 489224~5300 | $115.55 | | $24,599.23 |
| 02/03/2020 | 370228 POS PUR 02/02 12:39 Walmart.com Bentonville AR 02003144 020212370~5310 | $81.62 | | $24,517.61 |
| 02/03/2020 | 592692 PIN PUR 02/03 13:52 ALDI 69051 WASHINGTON PA 89027702 592692 ~6411 | $66.86 | | $24,450.75 |
| 02/03/2020 | 31538 PIN PUR 02/01 15:21 WM SUPERCENTER # WASHINGTON PA 17390047 72754~5411 | $52.32 | | $24,398.43 |
| 02/03/2020 | 54924 POS PUR 02/02 23:24 SPEEDWAY 02915 7 WASHINGTON PA 00000000 05492~5542 | $28.43 | | $24,370.00 |
| 02/03/2020 | 823860 POS PUR 02/03 07:34 BP#9351941RUFF C WASHINGTON PA 39013701 82386~5542 | $25.00 | | $24,345.00 |
| 02/03/2020 | 55984 POS PUR 02/03 12:48 Wal-Mart Super C WASHINGTON PA 17390051 00346~5411 | $14.92 | | $24,330.08 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
• For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
• For business accounts, click on https://www.fnb-online.com/business-overdrafts



# RECONCILEMENT OF YOUR CHECKING/SAVINGS ACCOUNT

*The reconcilement of this statement with your records is essential. Any error must be reported as soon as possible.*

| CHECKS AND WITHDRAWALS OUTSTANDING | | |
|---|---|---|
| Date or Check Number | Amount | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Checks Outstanding | | |

## TO VERIFY YOUR CHECKBOOK BALANCE FOLLOW THESE SIMPLE STEPS:

1. COMPARE transactions shown on this statement with entries in your checkbook. Mark those paid or credited on this statement in your checkbook.

2. COMPARE the check numbers listed on this statement with the entries in your checkbook and mark those paid.

3. LIST AND TOTAL all checks and other withdrawals that remain outstanding including those from previous statements in the space to the left.

4. ENTER into your checkbook and adjust the balance by adding interest credited, pre-authorized deposits or other credit (+) transactions shown on the front of this statement which are not in your checkbook.

5. ENTER into your checkbook and adjust the balance by subtracting service fees, pre-authorized payments or other debit (-) transactions shown on the front of this statement which are not in your checkbook.

6. ENTER "Current Statement Balance" from the front of this statement.   $ _____

7. ADD deposits made after "Period Ending Date" of this statement.   (+) _____

(+) _____

(+) _____

(+) _____

(+) _____

(+) _____

TOTAL  $ _____

8. SUBTRACT checks and withdrawals outstanding.   (-) $ _____

Your checkbook should show this balance. .................  $ _____

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS (EFT) ON YOUR CONSUMER ACCOUNT:

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-555-5455 or write to us at the address shown on your statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number (if any).
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. A Consumer Account is a deposit account which is used primarily for personal, family or household purposes.

## HOW TO CONFIRM PRE-AUTHORIZED DEPOSITS:

If you arranged to have direct deposits made to your Consumer Account at least once every 60 days from the same person or company, you can call us at 1-800-555-5455 to find out whether the deposit was made.

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 02/28/2020**

ANDREW F. KUZY, DEBTOR IN                          *Page 3 of 6*

Primary Account Number: ...

## FREE SMALL BUSINESS CHECKING -           --  (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/03/2020 | 63332 PIN PUR 02/03 17:52 WAL-MART #1739 WASHINGTON PA 24173901 063332 ~5411 | $14.41 | | $24,315.67 |
| 02/03/2020 | 665960 RECURRING 02/02 10:41 NETFLIX COM LOS GATOS CA 003 003300665960 ~4899 | $13.77 | | $24,301.90 |
| 02/03/2020 | 456169 POS PUR 02/03 07:47 BP#9351941RUFF C WASHINGTON PA 39013701 45616~5542 | $10.00 | | $24,291.90 |
| 02/03/2020 | 87979 POS PUR 02/03 09:15 LOWES #00671* WASHINGTON PA 00000000 087979 ~5200 | $2.95 | | $24,288.95 |
| 02/04/2020 | 56087 POS PUR 02/04 16:30 WM SUPERCENTER # WASHINGTON PA 17390056 55925~5411 | $46.22 | | $24,242.73 |
| 02/04/2020 | 90003 POS PUR 02/03 03:00 WHS ORTHOPEDICS WASHINGTON PA 74364410 090003~8011 | $35.00 | | $24,207.73 |
| 02/04/2020 | 271956 POS PUR 02/04 07:40 Wal-Mart Super C WASHINGTON PA 17390027 00351~5411 | $23.54 | | $24,184.19 |
| 02/04/2020 | 96910 POS PUR 02/03 02:03 JEFFREYS DRUG ST CANONSBURG PA 29235480 09691~5912 | $10.00 | | $24,174.19 |
| 02/04/2020 | 99444 POS PUR 02/04 00:40 AMZNFreeTime* LR5 888-802-3080 WA 00000000 099~5818 | $3.17 | | $24,171.02 |
| 02/05/2020 | CHECK # 1245 | $650.00 | | $23,521.02 |
| 02/05/2020 | CHECK # 1251 | $55.66 | | $23,465.36 |
| 02/05/2020 | 80557 POS PUR 02/04 05:18 JEFFREYS DRUG ST CANONSBURG PA 29235480 08055~5912 | $22.90 | | $23,442.46 |
| 02/05/2020 | 3294 POS PUR 02/04 03:08 AMZN Digital* RK0 888-802-3080 WA 00000000 003~5818 | $9.53 | | $23,432.93 |
| 02/05/2020 | 32635 POS PUR 02/05 16:41 WM SUPERCENTER # WASHINGTON PA 17390045 02038~5411 | $8.14 | | $23,424.79 |
| 02/05/2020 | 82592 POS PUR 02/05 11:55 VZWRLSS* MY VZ VE 800-922-0204 FL 00000000 082~4814 | $2.92 | | $23,421.87 |
| 02/06/2020 | 0014 POS PUR 02/05 09:37 WASHINGTON HOSPI 7242257000 PA 00004444 00001~8062 | $247.50 | | $23,174.37 |
| 02/06/2020 | 433452 PIN PUR 02/06 09:52 TARGET T-1216 33 Washington PA 99999999 43345~5310 | $66.97 | | $23,107.40 |
| 02/06/2020 | 295045 POS PUR 02/06 08:31 BP#9351941RUFF C WASHINGTON PA 39013701 29504~5542 | $25.00 | | $23,082.40 |
| 02/07/2020 | PYRLVQ67 SALANDR PAYROLL PYRLVQ67 | | $1,459.12 | $24,541.52 |
| 02/07/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $24,481.52 |
| 02/07/2020 | CHECK # 1250 | $144.00 | | $24,337.52 |
| 02/07/2020 | 98162 POS PUR 02/06 06:54 WAL-MART #1739 WASHINGTON PA 00000002 098162 ~5411 | $55.25 | | $24,282.27 |
| 02/07/2020 | 57708 POS PUR 02/07 15:31 WM SUPERCENTER # WASHINGTON PA 17390044 76813~5411 | $37.74 | | $24,244.53 |
| 02/07/2020 | 29544 POS PUR 02/06 19:22 JEFFREYS DRUG ST CANONSBURG PA 29235480 02954~5912 | $17.28 | | $24,227.25 |
| 02/07/2020 | 170959 POS PUR 02/07 15:05 SUNOCO 078742580 WASHINGTON PA 65051301 17095~5542 | $10.00 | | $24,217.25 |
| 02/07/2020 | CHECK # 1248 | $7.46 | | $24,209.79 |
| 02/10/2020 | CHECK # 1249 | $234.33 | | $23,975.46 |
| 02/10/2020 | 14540 POS PUR 02/09 05:09 SAMSCLUB #6251 WASHINGTON PA 00000001 014540 ~5300 | $124.28 | | $23,851.18 |
| 02/10/2020 | 41804 PIN PUR 02/08 14:50 WM SUPERCENTER # WASHINGTON PA 17390056 29952~5411 | $50.36 | | $23,800.82 |
| 02/10/2020 | 89447 POS PUR 02/09 12:30 LOWES #00671* WASHINGTON PA 00000000 089447 ~5200 | $22.22 | | $23,778.60 |



# FREE SMALL BUSINESS CHECKING -       (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/10/2020 | 30207 POS PUR 02/09 17:25 WM SUPERCENTER # WASHINGTON PA 17390045 01042~5411 | $17.50 | | $23,761.10 |
| 02/10/2020 | 870543 POS PUR 02/08 12:27 Walmart.com Bentonville AR 02003144 020812870~5310 | $15.77 | | $23,745.33 |
| 02/10/2020 | 19545 POS PUR 02/09 18:07 Kindle Unltd* V18 866-321-8851 WA 00000000 019~5818 | $10.59 | | $23,734.74 |
| 02/10/2020 | 520323 PIN PUR 02/08 17:01 FIVE BELOW 197 8 WASHINGTON PA 99999999 52032~5331 | $8.00 | | $23,726.74 |
| 02/11/2020 | 40005 POS PUR 02/10 12:21 WHS ORTHOPEDICS WASHINGTON PA 74364410 040005~8011 | $35.00 | | $23,691.74 |
| 02/11/2020 | 128015 PIN PUR 02/11 15:19 ADVANCE AUTO PAR WASHINGTON PA 31258203 12801~5533 | $30.73 | | $23,661.01 |
| 02/11/2020 | 573959 POS PUR 02/11 16:22 BP#9351941RUFF C WASHINGTON PA 39013701 57395~5542 | $25.00 | | $23,636.01 |
| 02/11/2020 | 30173 POS PUR 02/11 16:14 WM SUPERCENTER # WASHINGTON PA 17390079 71200~5411 | $18.98 | | $23,617.03 |
| 02/11/2020 | 46522 POS PUR 02/10 03:15 JEFFREYS DRUG ST CANONSBURG PA 29235480 04652~5912 | $4.25 | | $23,612.78 |
| 02/12/2020 | CHECK # 1256 | $3,000.00 | | $20,612.78 |
| 02/12/2020 | 97087 RECURRING 02/11 13:35 Amazon Prime* ME8 Amzn.com/bill WA 00000000 09~5968 | $126.14 | | $20,486.64 |
| 02/12/2020 | 13317 POS PUR 02/12 16:41 WM SUPERCENTER # WASHINGTON PA 17390045 62125~5411 | $67.75 | | $20,418.89 |
| 02/12/2020 | 14192 POS PUR 02/11 17:01 KWIK FILL 236 HOUSTON PA URCC0236 014192 ~5542 | $27.50 | | $20,391.39 |
| 02/12/2020 | 6772 POS PUR 02/11 18:29 BP#9351941RUFF C WASHINGTON PA 39013701 00677~5542 | $10.01 | | $20,381.38 |
| 02/13/2020 | CHECK # 1243 | $514.15 | | $19,867.23 |
| 02/13/2020 | 951382 PIN PUR 02/13 13:51 KOHLS 1022 353 W WASHINGTON PA 99999999 95138~5311 | $90.70 | | $19,776.53 |
| 02/13/2020 | CHECK # 1254 | $50.00 | | $19,726.53 |
| 02/13/2020 | 88361 POS PUR 02/12 13:26 WALMART GROCERY 800-966-6546 AR 00000000 0883~5411 | $46.63 | | $19,679.90 |
| 02/13/2020 | 25028 POS PUR 02/12 12:19 WALMART GROCERY 800-966-6546 AR 00000000 0250~5411 | $27.18 | | $19,652.72 |
| 02/13/2020 | 17948 POS PUR 02/12 12:38 WALMART GROCERY 800-966-6546 AR 00000000 0179~5411 | $13.43 | | $19,639.29 |
| 02/14/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $19,579.29 |
| 02/14/2020 | CHECK # 1255 | $5.00 | | $19,574.29 |
| 02/18/2020 | DEPOSIT | | $900.00 | $20,474.29 |
| 02/18/2020 | CHECK # 1253 | $250.00 | | $20,224.29 |
| 02/18/2020 | CHECK # 1252 | $208.36 | | $20,015.93 |
| 02/18/2020 | 481608 PIN PUR 02/15 11:05 WAL-MART #1739 WASHINGTON PA 24173901 481608 ~5411 | $144.60 | | $19,871.33 |
| 02/18/2020 | 66063 POS PUR 02/17 10:51 WALMART GROCERY 800-966-6546 AR 00000000 0860~5411 | $126.13 | | $19,745.20 |
| 02/18/2020 | 50425 POS PUR 02/16 18:04 HP PRODUCT SVC&R 800-474-6836 CA 00000000 050~7399 | $68.89 | | $19,676.31 |
| 02/18/2020 | 680707 PIN PUR 02/16 13:12 LOWE'S #671 WASHINGTON PA 001 680707 ~5200 | $30.30 | | $19,646.01 |
| 02/18/2020 | 706330 POS PUR 02/16 16:20 WAL-MART #1739 WASHINGTON PA 24173901 706330 ~5411 | $25.29 | | $19,620.72 |
| 02/18/2020 | 48791 POS PUR 02/14 22:16 KWIK FILL 236 HOUSTON PA URCC0236 048791 ~5542 | $20.01 | | $19,600.71 |
| 02/18/2020 | 61052 POS PUR 02/16 10:17 SPEEDWAY 02915 7 WASHINGTON PA 00000000 08105~5542 | $19.10 | | $19,581.61 |

048900 1215556 0000000 074859 169716 02/03

**First National Bank**

**4140 E. State Street**
**Hermitage, PA 16148**

*Statement Ending 02/28/2020*

*ANDREW F. KUZY, DEBTOR IN*  *Page 5 of 6*
*Primary Account Number:*

## FREE SMALL BUSINESS CHECKING -          ntinued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/18/2020 | 52234 POS PUR 02/17 20:26 SAMS CLUB #6251 WASHINGTON PA 19252234 052234~5300 | $16.96 | | $19,564.65 |
| 02/18/2020 | 910174 POS PUR 02/15 08:12 Walmart.com Bentonville AR 02003144 021508910~5310 | $15.77 | | $19,548.88 |
| 02/18/2020 | 27049 POS PUR 02/17 23:34 WALMART GROCERY 800-966-6546 AR 00000000 0270~5411 | $13.82 | | $19,535.06 |
| 02/18/2020 | 76883 RECURRING 02/17 19:33 Amazon Prime* T36 Amzn.com/bill WA 00000000 07~5968 | $13.77 | | $19,521.29 |
| 02/18/2020 | 864601 POS PUR 02/14 18:36 BP#9351941RUFF C WASHINGTON PA 39013701 86460~5542 | $10.00 | | $19,511.29 |
| 02/18/2020 | 71454 POS PUR 02/17 09:36 WALMART GROCERY 800-966-6546 AR 00000000 0714~5411 | $0.74 | | $19,510.55 |
| 02/19/2020 | SSA TREAS 310 XXSOC SEC XXXXX9149A SSA | | $2,396.00 | $21,906.55 |
| 02/19/2020 | 861617 POS PUR 02/19 15:21 BP#9351941RUFF C WASHINGTON PA 39013701 86161~5542 | $25.04 | | $21,881.51 |
| 02/19/2020 | 27213 POS PUR 02/19 08:30 SAMS CLUB #6251 WASHINGTON PA 62510088 816843~5542 | $12.08 | | $21,869.43 |
| 02/19/2020 | 280941 POS PUR 02/19 06:51 BP#9351941RUFF C WASHINGTON PA 39013701 28094~5542 | $10.00 | | $21,859.43 |
| 02/19/2020 | 80015 POS PUR 02/18 00:15 JEFFREYS DRUG ST CANONSBURG PA 29235480 08001~5912 | $8.95 | | $21,850.48 |
| 02/20/2020 | 571522 PIN PUR 02/20 16:16 Wal-Mart Super C WASHINGTON PA 17390080 00519~5411 | $176.92 | | $21,673.56 |
| 02/20/2020 | CHECK # 1257 | $99.89 | | $21,573.67 |
| 02/20/2020 | 264623 POS PUR 02/20 15:45 WAL-MART #1739 WASHINGTON PA 24173901 264623 ~5411 | $20.39 | | $21,553.28 |
| 02/21/2020 | 7187 RETURN 02/21 16:36 WM SUPERCENTER # WASHINGTON PA 17390079 74545~5411 | | $44.96 | $21,598.24 |
| 02/21/2020 | PYRLVQ67 SALANDR PAYROLL PYRLVQ67 | | $1,588.69 | $23,186.93 |
| 02/21/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $23,126.93 |
| 02/24/2020 | CHECK # 1258 | $203.24 | | $22,923.69 |
| 02/24/2020 | 180967 PIN PUR 02/22 11:53 Wal-Mart Super C WASHINGTON PA 17390044 00532~5411 | $199.23 | | $22,724.46 |
| 02/24/2020 | 501331 PIN PUR 02/22 15:31 LOWE'S #671 WASHINGTON PA 001 501331 ~5200 | $22.22 | | $22,702.24 |
| 02/24/2020 | 53295 POS PUR 02/21 20:38 KWIK FILL 236 HOUSTON PA URCC0236 053295 ~5542 | $19.90 | | $22,682.34 |
| 02/24/2020 | 73265 POS PUR 02/23 05:47 JEFFREYS DRUG ST CANONSBURG PA 29235480 07326~5912 | $17.09 | | $22,665.25 |
| 02/24/2020 | 3762 POS PUR 02/21 19:33 SPEEDWAY 02915 7 WASHINGTON PA 00000000 00376~5542 | $15.25 | | $22,650.00 |
| 02/25/2020 | 448146 POS PUR 02/25 16:06 BP#9351941RUFF C WASHINGTON PA 39013701 44814~5542 | $25.01 | | $22,624.99 |
| 02/26/2020 | 445639 PIN PUR 02/26 15:51 USPS PO 41890403 WASHINGTON PA 99999999 44563~9402 | $176.25 | | $22,448.74 |
| 02/26/2020 | 45840 POS PUR 02/25 23:19 AMZN Mktp US* O64 Amzn.com/bill WA 00000000 04~5942 | $31.34 | | $22,417.40 |
| 02/27/2020 | 682393 RETURN 02/27 17:45 Walmart.com Bentonville AR 02003144 022705682~5310 | | $15.77 | $22,433.17 |
| 02/27/2020 | 1004 POS PUR 02/26 23:48 LOMBARDI'S AMOCO WASHINGTON PA 002 001004 ~7538 | $150.00 | | $22,283.17 |
| 02/27/2020 | 661266 POS PUR 02/27 14:50 Wal-Mart Super C WASHINGTON PA 17390047 00588~5411 | $13.00 | | $22,270.17 |



## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/27/2020 | 874356 POS PUR 02/27 06:35 BP#9351941RUFF C WASHINGTON PA 39013701 87435~5542 | $11.00 | | $22,259.17 |
| 02/27/2020 | 10542 POS PUR 02/26 02:44 JEFFREYS DRUG ST CANONSBURG PA 29235480 01054~5912 | $9.23 | | $22,249.94 |
| 02/28/2020 | DEPOSIT | | $1,600.00 | $23,849.94 |
| 02/28/2020 | COMM OF PA ANNUITANT APXXXXXX3235 | | $193.88 | $24,043.82 |
| 02/28/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $23,983.82 |
| 02/28/2020 | 138392 PIN PUR 02/28 16:41 Wal-Mart Super C WASHINGTON PA 17390045 00592~5411 | $61.22 | | $23,922.60 |
| 02/28/2020 | 87304 PIN PUR 02/28 13:35 SAM'S Club WASHINGTON PA 62510093 00590704256~5411 | $45.37 | | $23,877.23 |
| 02/28/2020 | 43459 POS PUR 02/27 23:59 AMZN Mktp US* IM9 Amzn.com/bill WA 00000000 04~5942 | $20.13 | | $23,857.10 |
| 02/28/2020 | 21679 RECURRING 02/28 22:14 SXM* SIRIUSXM.COM 888-635-5144 NY 00000000 021~4899 | $6.42 | | $23,850.68 |
| 02/28/2020 | 63613 POS PUR 02/27 05:32 JEFFREYS DRUG ST CANONSBURG PA 29235480 06361~5912 | $4.25 | | $23,846.43 |
| 02/28/2020 | **Balance This Statement** | | | **$23,846.43** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1242 | 02/03/2020 | $250.00 | 1249 | 02/10/2020 | $234.33 | 1254 | 02/13/2020 | $50.00 |
| 1243 | 02/13/2020 | $514.15 | 1250 | 02/07/2020 | $144.00 | 1255 | 02/14/2020 | $5.00 |
| 1245* | 02/05/2020 | $650.00 | 1251 | 02/05/2020 | $55.66 | 1256 | 02/12/2020 | $3,000.00 |
| 1246 | 02/03/2020 | $250.00 | 1252 | 02/18/2020 | $208.36 | 1257 | 02/20/2020 | $99.89 |
| 1248* | 02/07/2020 | $7.46 | 1253 | 02/18/2020 | $250.00 | 1258 | 02/24/2020 | $203.24 |

\* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/03/2020 | $24,288.95 | 02/12/2020 | $20,381.38 | 02/24/2020 | $22,650.00 |
| 02/04/2020 | $24,171.02 | 02/13/2020 | $19,639.29 | 02/25/2020 | $22,624.99 |
| 02/05/2020 | $23,421.87 | 02/14/2020 | $19,574.29 | 02/26/2020 | $22,417.40 |
| 02/06/2020 | $23,082.40 | 02/18/2020 | $19,510.55 | 02/27/2020 | $22,249.94 |
| 02/07/2020 | $24,209.79 | 02/19/2020 | $21,850.48 | 02/28/2020 | $23,846.43 |
| 02/10/2020 | $23,726.74 | 02/20/2020 | $21,553.28 | | |
| 02/11/2020 | $23,612.78 | 02/21/2020 | $23,126.93 | | |

048900 1215556 0000000 074859 149718 03/03

Statement of Earnings For:  **Andrew Kuzy**

Salandra Funeral Service (PYRLVQ67)
304 West Pike Street
Canonsburg, PA 15317

| | |
|---|---|
| Employee #: 22 | Division: |
| Clock Number: | Department: 1000 |
| SSN: XXX-XX-9149 | Federal Filing: Married |
| Company Id: PYRLVQ67 | State Filing: |

| | |
|---|---|
| Period Begin: 2/2/2020 | Check Date: 2/21/2020 |
| Period End: 2/15/2020 | |
| Exemptions: 0 | Additional Tax: |
| Exemptions: 0 | Additional Tax: |

| Voucher Id | Check Amount | Gross Pay | Net Pay |
|---|---|---|---|
| V54452896 | $0.00 | $1,995.00 | $1,588.69 |

**Check Message**

### EARNINGS

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 20.0000 | 96.00 | 1,920.00 | 349.50 | 6,990.00 |
| Removal | 20.0000 | 0.00 | 75.00 | 0.00 | 300.00 |

*Not Included in Totals

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 123.69 | 451.98 |
| MED EE | 28.93 | 105.71 |
| FEDERAL WH | 169.28 | 595.06 |
| PENNSYLVANIA WH | 61.25 | 223.81 |
| SOUTH STRABANE TWP | 9.98 | 36.46 |
| PENNSYLVANIA SUI EE | 1.20 | 4.38 |
| CANONSBURG LST | 2.00 | 8.00 |
| TRINITY ASD (SOUTH | 9.98 | 36.46 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|

| Total: | 96.00 | 1,995.00 | 349.50 | 7,290.00 | Total: | 406.31 | 1,461.86 | Total: | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|---|

### CURRENT PERIOD LEAVE ACCRUAL

### DISTRIBUTION OF NET PAY

| | | | |
|---|---|---|---|
| Checking | Account: ####6826 | Deposit Amount: | 1,588.69 |

---

**WARNING-THIS HEARTLAND CHECK IS PROTECTED BY SPECIAL SECURITY FEATURES**

Salandra Funeral Service (PYRLVQ67)
304 West Pike Street
Canonsburg, PA 15317

| CHECK DATE | VOUCHER ID |
|---|---|
| 2/21/2020 | V54452896 |

| TOTAL NET PAY |
|---|
| ******$1,588.69 |

Your entire Net pay of $1,588.69 has been deposited in your bank account(s).

22  1000
**Andrew Kuzy**
531 Warrick Dr
SOUTH STRABANE TOWNSHIP, PA 15301

**NOT NEGOTIABLE**

**SECURITY FEATURES LISTED ON BACK**

# First National Bank

**Statement Ending 02/14/2020**

4140 E. State Street
Hermitage, PA 16148

ANDREW F KUZY                                    Page 1 of 4
*Primary Account Number:*

ADDRESS SERVICE REQUESTED

>027832 3930570 0001 092543 10Z

ANDREW F KUZY
COLLEEN A KUZY
TAX ESCROW ACCOUNT
531 WARRICK DR
WASHINGTON PA 15301-9513

---

### Managing Your Accounts

 Online       www.fnb-online.com

 By Phone     1 800-555-5455

By Mail      4140 E. State Street
             Hermitage, PA 16148

---

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREESTYLE CHECKING | | $1,218.97 |

## FREESTYLE CHECKING - 735181026

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 01/17/2020 | **Balance Last Statement** | **$922.92** |
| | 5 Credit(s) This Period | $300.00 |
| | 1 Debit(s) This Period | $3.95 |
| 02/14/2020 | **Balance This Statement** | **$1,218.97** |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/17/2020 | **Balance Last Statement** | | | **$922.92** |
| 01/17/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $982.92 |
| 01/24/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $1,042.92 |
| 01/31/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $1,102.92 |
| 02/07/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $1,162.92 |
| 02/14/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $1,222.92 |
| 02/14/2020 | PAPER STATEMENT FEE | $3.95 | | $1,218.97 |
| 02/14/2020 | **Balance This Statement** | | | **$1,218.97** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01/17/2020 | $982.92 | 01/31/2020 | $1,102.92 | 02/14/2020 | $1,218.97 |
| 01/24/2020 | $1,042.92 | 02/07/2020 | $1,162.92 | | |

---

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

| Statement of Earnings For: | **Andrew Kuzy** | | | | | | | **Salandra Funeral Service (PYRLVO67)** | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee #: 22 | Division: | | Period Begin: 1/19/2020 | | Check Date: 2/7/2020 | | | 304 West Pike Street | | |
| Clock Number: | Department: 1000 | | Period End: 2/1/2020 | | | | | Canonsburg, PA 15317 | | |
| SSN: XXX-XX-9149 | Federal Filing: Married | | Exemptions: 0 | | Additional Tax: | | | | | |
| Company Id: PYRLVO67 | State Filing: | | Exemptions: 0 | | Additional Tax: | | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V53972932 | $0.00 | $1,825.00 | $1,459.12 | |

| EARNINGS | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 20.0000 | 87.50 | 1,750.00 | 253.50 | 5,070.00 | SOC SEC EE | 113.15 | 328.29 | | | |
| Removal | 20.0000 | 0.00 | 75.00 | 0.00 | 225.00 | MED EE | 26.46 | 76.78 | | | |
| | | | | | | FEDERAL WH | 148.88 | 425.78 | | | |
| | | | | | | PENNSYLVANIA WH | 56.03 | 162.56 | | | |
| | | | | | | SOUTH STRABANE TWP | 9.13 | 26.48 | | | |
| | | | | | | PENNSYLVANIA SUI EE | 1.10 | 3.18 | | | |
| | | | | | | CANONSBURG LST | 2.00 | 6.00 | | | |
| | | | | | | TRINITY ASD (SOUTH | 9.13 | 26.48 | | | |
| **Total:** | | 87.50 | 1,825.00 | 253.50 | 5,295.00 | **Total:** | 365.88 | 1,055.55 | **Total:** | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| | Checking | Account: ####6826 | Deposit Amount: 1,459.12 |

---

## WARNING-THIS HEARTLAND CHECK IS PROTECTED BY SPECIAL SECURITY FEATURES

Salandra Funeral Service (PYRLVO67)
304 West Pike Street
Canonsburg, PA 15317

| CHECK DATE | VOUCHER ID |
|---|---|
| 2/7/2020 | V53972932 |

| TOTAL NET PAY |
|---|
| ******$1,459.12 |

Your entire Net pay of $1,459.12 has been deposited in your bank account(s).

22  1000

**Andrew Kuzy**
531 Warrick Dr
SOUTH STRABANE TOWNSHIP, PA 15301

**NOT NEGOTIABLE**



SECURITY FEATURES LISTED ON BACK

March 14, 2020


Please note, that we incurred an unexpected auto repair for the 2014 Chevy Cruze.  The engine was
damaged beyond repair and had to be replaced.  We also incurred some unexpected medical expenses
for Colleen's knee complications.  We consulted with Mr. Brian Thompson concerning the auto repair
cost before it was performed and the money spent.



Andrew Kuzy