# PROCEEDING MEMO

**Date: 05/11/2020 02:30 pm**

**In re:**  Andrew F. Kuzy
Colleen A. Kuzy

**Bankruptcy No. 18-21728-CMB**
**Chapter: 11- NOT A SMALL BUSINESS**
**Doc. # 91**

**Appearances:  BY PHONE:  Norma Hildenbrand; Brent Lemon; Brian Kile; Jeffrey Sikirica**

**Nature of Proceeding: #91 Status Conference Hearing Re: Motion to Convert from Chapter 11 to Chapter 7 Pursuant to 11 U.S.C. Section 1112(b)**

**Additional Pleadings:** #95  Response by Debtors
#96  Certificate of Service of Docket #95
#100  Hearing Held 08/28/2019 - Continued to Status Conference on 11/21/2019 at 10:00 a.m.
#117  Order Signed 10/04/2019 - Status Conference scheduled for 11/21/2019 at 10:00 a.m. is changed to an Evidentiary Hearing
#121  Consent Motion To Continue Evidentiary Hearing
#122  Order Signed 11/13/2019 Granting Docket #121.  Evidentiary Hearing scheduled for 11/21/2019 at 10:00 a.m. is CANCELLED and RESCHEDULED for 02/25/2020 at 2:00 p.m.
#125  TEXT ORDER Signed 12/20/2019 - Chapter 11 Trustee to file Status Report on or before 01/30/2020
#128  Status Report Dated 01/30/2020 by Trustee Jeffrey J. Sikirica
#133  Motion To Continue Evidentiary Hearing Scheduled for 02/25/2020 at 2:00 p.m.
#134  Order Signed 02/18/2020 Granting Docket #133.  Evidentiary Hearing scheduled for 02/25/2020 at 2:00 p.m. is CANCELLED and RESCHEDULED to a Status Conference Hearing on 05/11/2020 at 2:00 p.m.
#136 Monthly Financial Report for January, 2020
#137 Monthly Financial Report for March, 2020
#138 TEXT ORDER: The Status Conference hearing scheduled on Docket #91 - Motion of The United States Trustee To Convert Case To Chapter 7 Pursuant To 11 U.S.C. Section 1112(b) - scheduled for 05/11/2020 at 2:00 p.m., will now be a TELEPHONIC HEARING.  Parties should refer to Chief Judge Bohm's Modified Telephonic Procedures effective March 16, 2020 (Updated April 30, 2020) on the Court's Website for information regarding appearing telephonically with Court Call
#139 TEXT ORDER: **AS TO TIME ONLY** - The TELEPHONIC Status Conference Hearing scheduled for 05/11/2020 at 2:00 p.m. on - #91 Status Conference Hearing Re: Motion to Convert from Chapter 11 to Chapter 7 Pursuant to 11 U.S.C. Section 1112(b) is RESCHEDULED (AS TO TIME ONLY) to: 05/11/2020 at 2:30 p.m.
#140 Monthly Financial Report for February, 2020

**Judge's Notes:**
 - Trustee Sikirica is working with Debtors to file a plan.
 - UST: Thought Debtors mismanaged estate but willing to give Trustee a chance to work with Debtors to file a plan. May withdraw motion, if plan is filed.
 OUTCOME: Continued to telephonic status conference on 7/16/20 at 2pm. Trustee to file either a plan or status report in 30 days.

**Carlota M. Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
5/11/20 3:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 18-21728-CMB
Andrew F. Kuzy                                                  Chapter 11
Colleen A. Kuzy
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: gamr              Page 1 of 1           Date Rcvd: May 11, 2020
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2020.
db/jdb         +Andrew F. Kuzy,    Colleen A. Kuzy,    531 Warrick Drive,    Washington, PA 15301-9513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2020 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
               akovalchick@attorneygeneral.gov
              Brian C. Thompson    on behalf of Debtor Andrew F. Kuzy bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
              Brian C. Thompson    on behalf of Joint Debtor Colleen A. Kuzy bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
              Brian M. Kile    on behalf of Creditor    Key Bank, N.A. bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
              James Warmbrodt    on behalf of Creditor   PNC Bank National Association bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    on behalf of Trustee Jeffrey J. Sikirica trusteesikirica@zoominternet.net,
               PA59@ecfcbis.com
              Norma Hildenbrand,   on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 8