UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re: Andrew F. Kuzy, and     :     Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy,               :
                               :     Chapter 11
Debtors.                       :

Reporting Period: April 2020

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_[signed] Andrew Kuzy_     5/17/2020
**Signature of Debtor**     Date

_[signed] Colleen Kuzy_    5/17/2020
**Signature of Joint Debtor**    Date

_____    _____
**Signature of Preparer**           Date

_____
**Printed Name of Preparer**

FORM MOR (INDV)
(10/00)

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. :

Reporting Period: _April 2020_

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 26999.97 | 26999.97 |
| **RECEIPTS** | | |
| Wages (Net) | 4094.29 | 4094. |
| Interest and Dividend Income | 0 | 0 |
| Alimony and Child Support | 0 | |
| Social Security and Pension Income | 2590.88 | |
| Sale of Assets | 0 | |
| Other Income (attach schedule) | 2500.00 | |
| Total Receipts | 9185.17 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 0 | |
| Rental Payment(s) | 0 | |
| Other Secured Note Payments | 0 | |
| Utilities | 826.59 | |
| Insurance | 1065.11 | |
| Auto Expense | 116.74 | 4 |
| Lease Payments | 0 | |
| IRA Contributions | 0 | |
| Repairs and Maintenance | 1171.60 | |
| Medical Expenses | 616.34 | |
| Household Expenses | 1287.76 | |
| Charitable Contributions | 0 | |
| Alimony and Child Support Payments | 0 | |
| Taxes - Real Estate | 0 | |
| Taxes - Personal Property | 0 | |
| Taxes - Other (attach schedule) | 0 | |
| Travel and Entertainment | 0 | |
| Gifts | 0 | |
| Other (attach schedule)  50 | 50 | |
| Total Ordinary Disbursements | 5734.14 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 500.00 | |
| U. S. Trustee Fees | 650.00 | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | 1150.00 | |
| Total Disbursements (Ordinary + Reorganization) | 6284.14 | |
| Net Cash Flow (Total Receipts - Total Disbursements) | 2901.03 | |
| Cash - End of Month (Must equal reconciled bank | 29,901 | |

FORM MOR-1 (INDV)

In Re: Andrew F. Kuzy, and
Colleen A. Kuzy,

Debtors.

: Bankruptcy Case No.: 18-21728-CMB
:
: Chapter 11
:                                                                (9/99)

Reporting Period: _____

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Schmalz Income | 2500 | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| WASH PA Clerk of Courts | 50.00 | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

In Re:  Andrew F. Kuzy, and  : Bankruptcy Case No.: 18-21728-CMB
       Colleen A. Kuzy,  :
                                : Chapter 11
          Debtors.  :
                                Reporting Period:_____

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Form 16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns tiled during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| FICA- Employee |  |  |  |  |  |  |
| FICA-Employer |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Federal Taxes |  |  |  |  |  |  |
| State and Local |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| Sales |  |  |  |  |  |  |
| Excise |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Real Property |  |  |  |  |  |  |
| Personal Property |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Stale and Local |  |  |  |  |  |  |
| Total Taxes |  |  |  |  |  |  |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  |  | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable |  |  |  |  |  |  |
| Wages-Payable |  |  |  |  |  |  |
| Taxes Payable |  |  |  |  |  |  |
| Rent/Leases-Building |  |  |  |  |  |  |
| Rent/Leases- Equipment |  |  |  |  |  |  |
| Secured Debt/Adequate Protection |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Amounts Due to Insiders" |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Postpetition Debts |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.
_____
_____

*"Insider is defined in 11 U.S.C. Section 101(31)                                          FORM MOR-4

(9/99)

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. :

Reporting Period: _____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| − Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

_____
_____
_____
_____
_____
_____
_____

FORM MOR-5
(9/99)

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 04/30/2020**

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 1 of 6

ADDRESS SERVICE REQUESTED
>005639 4219503 0001 092543 10Z

ANDREW F. KUZY, DEBTOR IN POSSESSION
COLLEEN A. KUZY, DEBTOR IN POSSESSION
JACQUELINE SCHMALZ
531 WARRICK DR
WASHINGTON PA 15301-9513

## Managing Your Accounts

 Online — www.fnb-online.com

 By Phone — 1 800-555-5455

By Mail — 4140 E. State Street, Hermitage, PA 16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | | $29,901.00 |

## FREE SMALL BUSINESS CHECKING - 95466826

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 04/01/2020 | Balance Last Statement | $26,999.97 | Minimum Balance | $25,670.11 |
| | 6 Credit(s) This Period | $9,185.17 | Average Ledger Balance | $27,930.11 |
| | 73 Debit(s) This Period | $6,284.14 | Average Available Balance | $27,862.02 |
| 04/30/2020 | Balance This Statement | $29,901.00 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/01/2020 | Balance Last Statement | | | $26,999.97 |
| 04/01/2020 | CHECK # 1275 | $110.22 | | $26,889.75 |
| 04/01/2020 | 2456 POS PUR 03/31 22:23 CANONSBURG SHOP CANONSBURG PA 1 002456 ~5411 | $18.47 | | $26,871.28 |
| 04/02/2020 | 60004 POS PUR 04/02 02:44 UPM* CHARTWELL 800-755-4704 PA 00000000 060004~8099 | $401.39 | | $26,469.89 |
| 04/02/2020 | CHECK # 1276 | $244.33 | | $26,225.56 |
| 04/02/2020 | CHECK # 1277 | $179.49 | | $26,046.07 |
| 04/02/2020 | 61669 POS PUR 04/02 16:54 WM SUPERCENTER # WASHINGTON PA 17390046 31227~5411 | $52.67 | | $25,993.40 |
| 04/02/2020 | 521550 RECURRING 04/02 08:48 NETFLIX COM LOS GATOS CA 003 009300521550 ~4899 | $13.77 | | $25,979.63 |
| 04/03/2020 | SALANDRA FUNERAL Payroll 147824317135713 | | $1,630.62 | $27,610.25 |
| 04/03/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $27,550.25 |
| 04/03/2020 | CHECK # 1274 | $16.18 | | $27,534.07 |
| 04/06/2020 | CHECK # 1279 | $250.00 | | $27,284.07 |
| 04/06/2020 | CHECK # 1278 | $218.44 | | $27,065.63 |
| 04/06/2020 | 9287 PIN PUR 04/04 12:41 WM SUPERCENTER # WASHINGTON PA 17390046 57589~5411 | $197.53 | | $26,868.10 |
| 04/06/2020 | 59465 POS PUR 04/06 19:22 POOL SUPPLY WORL 800-772-0467 AZ 00000000 059~5996 | $82.67 | | $26,785.43 |




To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 04/30/2020**

ANDREW F. KUZY, DEBTOR IN

Page 3 of 6

Primary Account Number:

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | | | | $26,735.44 |
| 04/06/2020 | 53471 RECURRING 04/03 10:33 CCM* SEARS WARRAN 855-256-2467 FL 00000000 053~6300 | $49.99 | | $26,694.96 |
| 04/06/2020 | 646747 POS PUR 04/06 17:29 WAL-MART #1739 WASHINGTON PA 24173901 646747 ~5411 | $40.48 | | $26,634.96 |
| 04/07/2020 | CHECK # 1282 | $60.00 | | $26,631.18 |
| 04/07/2020 | 35006 POS PUR 04/06 20:37 JEFFREYS DRUG ST CANONSBURG PA 29235480 03500~5912 | $3.78 | | $26,581.18 |
| 04/08/2020 | CHECK # 1281 | $50.00 | | $26,480.22 |
| 04/09/2020 | 58264 POS PUR 04/08 09:55 WAL-MART #1739 WASHINGTON PA 00000002 058264 ~5411 | $100.96 | | $26,410.23 |
| 04/09/2020 | 0584 RECURRING 04/08 08:11 CCM* SEARS WARRAN 855-256-2467 FL 00000000 000~6300 | $69.99 | | $26,350.23 |
| 04/10/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $25,912.01 |
| 04/10/2020 | CHECK # 1280 | $438.22 | | $25,842.02 |
| 04/10/2020 | 11525 RECURRING 04/09 22:44 CCM* SEARS WARRAN 855-256-2467 FL 00000000 011~6300 | $69.99 | | $25,831.43 |
| 04/10/2020 | 44836 POS PUR 04/09 04:50 Kindle Unltd* OT9 866-321-8851 WA 00000000 044~5818 | $10.59 | | $25,814.48 |
| 04/13/2020 | 86681 POS PUR 04/13 10:42 AMZN Mktp US* 1B0 Amzn.com/bill WA 00000000 08~5942 | $16.95 | | $25,801.23 |
| 04/13/2020 | 25381 POS PUR 04/13 09:38 AMZN Mktp US* 556 Amzn.com/bill WA 00000000 02~5942 | $13.25 | | $25,790.64 |
| 04/13/2020 | 84690 POS PUR 04/13 14:54 AMZN Mktp US* WQ3 Amzn.com/bill WA 00000000 08~5942 | $10.59 | | $25,781.12 |
| 04/13/2020 | 40242 POS PUR 04/13 00:51 AMZN Mktp US* 0C6 Amzn.com/bill WA 00000000 04~5942 | $9.52 | | $25,773.81 |
| 04/13/2020 | 87465 POS PUR 04/13 00:59 AMZN Mktp US* P64 Amzn.com/bill WA 00000000 08~5942 | $7.31 | | $25,744.60 |
| 04/14/2020 | 8580 POS PUR 04/14 09:57 AMZN Mktp US* NI5 Amzn.com/bill WA 00000000 00~5942 | $29.21 | | $25,719.60 |
| 04/14/2020 | 536835 POS PUR 04/14 10:40 BP#9351941RUFF C WASHINGTON PA 39013701 53683~5542 | $25.00 | | $25,697.40 |
| 04/14/2020 | 84135 POS PUR 04/14 23:33 AMZN Mktp US* EP0 Amzn.com/bill WA 00000000 08~5942 | $22.20 | | $25,682.61 |
| 04/14/2020 | 63844 POS PUR 04/14 11:41 AMZN Mktp US* TV3 Amzn.com/bill WA 00000000 06~5942 | $14.79 | | $25,670.11 |
| 04/14/2020 | 10020 POS PUR 04/14 11:05 HI-HAT CLEANERS HOUSTON PA 05416057 010506271~4214 | $12.50 | | $28,067.11 |
| 04/15/2020 | SSA TREAS 310 XXSOC SEC XXXXX9149A SSA | | $2,397.00 | $27,946.87 |
| 04/15/2020 | CHECK # 1284 | $120.24 | | $27,894.81 |
| 04/15/2020 | 97955 POS PUR 04/14 04:19 SAMSCLUB #6251 WASHINGTON PA 00000002 097955 ~5300 | $52.06 | | $27,877.86 |
| 04/15/2020 | 67752 POS PUR 04/15 20:00 AMZN Mktp US* 252 Amzn.com/bill WA 00000000 06~5942 | $16.95 | | $27,868.90 |
| 04/15/2020 | 11144 POS PUR 04/14 04:32 SAMSCLUB #6251 WASHINGTON PA 00000002 011144 ~5300 | $8.96 | | $27,660.63 |
| 04/16/2020 | CHECK # 1283 | $208.27 | | $27,608.52 |
| 04/16/2020 | 539598 PIN PUR 04/16 16:26 WAL-MART #1739 WASHINGTON PA 24173901 539598 ~5411 | $52.11 | | $27,576.73 |
| 04/16/2020 | 34504 POS PUR 04/15 20:34 HP PRODUCT SVC&R 800-474-6836 CA 00000000 034~7399 | $31.79 | | $27,554.29 |
| 04/16/2020 | 24442 POS PUR 04/15 22:40 AMZN Mktp US* 3E2 Amzn.com/bill WA 00000000 02~5942 | $22.44 | | |

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/17/2020 | SALANDRA FUNERAL Payroll 183792684172435 | | $421.17 | $27,975.46 |
| 04/17/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $27,915.46 |
| 04/20/2020 | DEPOSIT | | $3,242.50 | $31,157.96 |
| 04/20/2020 | 312931 PIN PUR 04/18 11:44 SAM'S Club WASHINGTON PA 62510095 01096894036~5411 | $184.25 | | $30,973.71 |
| 04/20/2020 | 30692 PIN PUR 04/18 12:37 Wal-Mart Super C WASHINGTON PA 17390050 01090~5411 | $138.64 | | $30,835.07 |
| 04/20/2020 | 79351 POS PUR 04/19 06:27 SAMSCLUB #6251 WASHINGTON PA 00000001 079351 ~5300 | $36.98 | | $30,798.09 |
| 04/20/2020 | 988336 POS PUR 04/19 15:31 WAL-MART #1739 WASHINGTON PA 24173901 988336 ~5411 | $27.92 | | $30,770.17 |
| 04/20/2020 | 98929 RECURRING 04/17 14:23 Amazon Prime* AD5 Amzn.com/bill WA 00000000 09~5968 | $13.77 | | $30,756.40 |
| 04/20/2020 | 80615 POS PUR 04/17 03:58 JEFFREYS DRUG ST CANONSBURG PA 29235480 08061~5912 | $8.82 | | $30,747.58 |
| 04/21/2020 | CHECK # 1285 | $250.00 | | $30,497.58 |
| 04/22/2020 | CHECK # 1288 | $250.00 | | $30,247.58 |
| 04/22/2020 | CHECK # 1289 | $60.00 | | $30,187.58 |
| 04/22/2020 | CHECK # 1286 | $7.80 | | $30,179.78 |
| 04/23/2020 | 624334 PIN PUR 04/23 11:29 WAL-MART #1739 WASHINGTON PA 24173901 624334 ~5411 | $58.13 | | $30,121.65 |
| 04/24/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $30,061.65 |
| 04/24/2020 | 8180 POS PUR 04/23 05:49 JEFFREYS DRUG ST CANONSBURG PA 29235480 00818~5912 | $3.78 | | $30,057.87 |
| 04/27/2020 | 54861 POS PUR 04/27 16:16 SAMS CLUB #6251 WASHINGTON PA 62510090 617049~5300 | $149.42 | | $29,908.45 |
| 04/27/2020 | 802389 PIN PUR 04/25 09:32 WAL-MART #1739 WASHINGTON PA 24173901 802389 ~5411 | $122.24 | | $29,786.21 |
| 04/27/2020 | 558691 PIN PUR 04/25 06:58 WASHINGTON RURAL WASHINGTON PA 02584173 01166~5999 | $108.60 | | $29,677.61 |
| 04/27/2020 | 64847 POS PUR 04/25 21:41 WAL-MART #1739 WASHINGTON PA 00000001 064847 ~5411 | $72.39 | | $29,605.22 |
| 04/27/2020 | 14275 POS PUR 04/26 08:19 WAL-MART #1739 WASHINGTON PA 00000001 014275 ~5411 | $57.62 | | $29,547.60 |
| 04/27/2020 | 10034 POS PUR 04/27 10:02 HI-HAT CLEANERS HOUSTON PA 05416057 011862972~4214 | $13.50 | | $29,534.10 |
| 04/27/2020 | 35601 POS PUR 04/24 16:02 JEFFREYS DRUG ST CANONSBURG PA 29235480 03560~5912 | $9.23 | | $29,524.87 |
| 04/27/2020 | AMERICAN WATER E 00141479 CUS000000000027 | $3.99 | | $29,520.88 |
| 04/27/2020 | AMERICAN WATER E 00141479 CUS000000000027 | $3.99 | | $29,516.89 |
| 04/28/2020 | CHECK # 1287 | $650.00 | | $28,866.89 |
| 04/28/2020 | 39564 POS PUR 04/28 10:03 AMZN Mktp US* 468 Amzn.com/bill WA 00000000 03~5942 | $317.95 | | $28,548.94 |
| 04/28/2020 | 70387 POS PUR 04/28 01:10 RURALKING.COM 217-235-7101 IL 05454952 070387~5999 | $32.40 | | $28,516.54 |
| 04/28/2020 | 21154 POS PUR 04/27 21:30 JEFFREYS DRUG ST CANONSBURG PA 29235480 02115~5912 | $29.97 | | $28,486.57 |
| 04/28/2020 | 15218 RECURRING 04/28 11:21 SXM* SIRIUSXM.COM 888-635-5144 NY 00000000 015~4899 | $21.87 | | $28,464.70 |
| 04/28/2020 | 96587 POS PUR 04/27 10:05 USPS PO 41380003 HOUSTON PA 00000000 096587 ~9402 | $11.00 | | $28,453.70 |
| 04/29/2020 | 37366 POS PUR 04/28 08:47 JEFFREYS DRUG ST CANONSBURG PA 29235480 03736~5912 | $20.57 | | $28,433.13 |
| 04/30/2020 | DEPOSIT | | $1,300.00 | $29,733.13 |
| 04/30/2020 | COMM OF PA ANNUITANT APXXXXXX8670 | | $193.88 | $29,927.01 |

Case 18-21728-CMB   Doc 143   Filed 05/29/20   Entered 05/29/20 17:18:26   Desc Main
Document   Page 9 of 13

**First National Bank**

4140 E. State Street
Hermitage, PA 16148

Statement Ending 04/30/2020

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 5 of 6

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/30/2020 | 428581 POS PUR 04/30 08:37 BP#9351941RUFF C WASHINGTON PA 39013701 42858~5542 | $26.01 | | $29,901.00 |
| 04/30/2020 | Balance This Statement | | | $29,901.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1274 | 04/03/2020 | $16.18 | 1280 | 04/10/2020 | $438.22 | 1286 | 04/22/2020 | $7.80 |
| 1275 | 04/01/2020 | $110.22 | 1281 | 04/08/2020 | $50.00 | 1287 | 04/28/2020 | $650.00 |
| 1276 | 04/02/2020 | $244.33 | 1282 | 04/07/2020 | $60.00 | 1288 | 04/22/2020 | $250.00 |
| 1277 | 04/02/2020 | $179.49 | 1283 | 04/16/2020 | $208.27 | 1289 | 04/22/2020 | $60.00 |
| 1278 | 04/06/2020 | $218.44 | 1284 | 04/15/2020 | $120.24 | | | |
| 1279 | 04/06/2020 | $250.00 | 1285 | 04/21/2020 | $250.00 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/01/2020 | $26,871.28 | 04/13/2020 | $25,773.81 | 04/23/2020 | $30,121.65 |
| 04/02/2020 | $25,979.63 | 04/14/2020 | $25,670.11 | 04/24/2020 | $30,057.87 |
| 04/03/2020 | $27,534.07 | 04/15/2020 | $27,868.90 | 04/27/2020 | $29,516.89 |
| 04/06/2020 | $26,694.96 | 04/16/2020 | $27,554.29 | 04/28/2020 | $28,453.70 |
| 04/07/2020 | $26,631.18 | 04/17/2020 | $27,915.46 | 04/29/2020 | $28,433.13 |
| 04/08/2020 | $26,581.18 | 04/20/2020 | $30,747.58 | 04/30/2020 | $29,901.00 |
| 04/09/2020 | $26,410.23 | 04/21/2020 | $30,497.58 | | |
| 04/10/2020 | $25,831.43 | 04/22/2020 | $30,179.78 | | |

SALANDRA FUNERAL AND CREMATION SERVICES, INC.

Andrew Kuzy

14313

4/15/2020

2,042.50

This pay period          107.50 Hours
                         375.00 Removals

4/20/20  +1200

4/17/2020
mistake in payroll
paid $2042.50
NO TAXES TAKEN out

Checking Account                                                    2,042.50

**SALANDRA FUNERAL SERVICE INC.**
304 WEST PIKE STREET
CANONSBURG PA 15317

ANDREW KUZY
EMPLOYEE ID: 3
DEPARTMENT: 10
DD RECEIPT:  1182045754

**Paycor**

Pay Period   03/15/2020 - 03/28/2020
Pay Date     04/03/2020

FITWH   Filing Status: M   Exemptions: 0
PA      Filing Status: M   Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 20.00 | 95.00 | 1,900.00 | 282.50 | 12,640.00 |
| RemovalFee | | | 150.00 | | 525.00 |
| Total | | 95.00 | $2,050.00 | 282.50 | $13,165.00 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 175.88 | 1,089.70 |
| MED | 29.73 | 190.91 |
| SOC | 127.10 | 816.23 |
| PA | 62.94 | 404.17 |
| PAEUC | 1.23 | 7.90 |
| PACAI | 20.50 | 131.67 |
| PACAIL | 2.00 | 14.00 |
| Total | $419.38 | $2,654.58 |

Net Pay   XXXX6826   $1,630.62

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SALANDRA FUNERAL SERVICE INC.
304 WEST PIKE STREET
CANONSBURG PA 15317

Direct Deposit #   1182045754
Date              04/03/2020

Pay this Amount

** NON-NEGOTIABLE ** DIRECT DEPOSIT RECEIPT **     VOID ** VOID **

Pay to the
Order of

ANDREW KUZY
531 WARRICK DR
WASHINGTON PA 15301

10   DD

DIRECT DEPOSIT  $1,630.62
TO ACCOUNT #    XXXX6826
BANK #          XXXXX8092

NON-NEGOTIABLE

**SALANDRA FUNERAL SERVICE INC.**
304 WEST PIKE STREET
CANONSBURG PA 15317

ANDREW KUZY
EMPLOYEE ID: 3
DEPARTMENT: 10
DD RECEIPT: 1182787790

**Paycor**

Pay Period  03/29/2020 - 04/11/2020
Pay Date    04/17/2020

FITWH   Filing Status: M  Exemptions: 0
PA      Filing Status: M  Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | | | 107.50 | 282.50 | 12,747.50 |
| RemovalFee | | | 375.00 | | 900.00 |
| Total | | | $482.50 | 282.50 | $13,647.50 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 2.48 | 1,092.18 |
| MED | 7.00 | 197.91 |
| SOC | 29.92 | 846.15 |
| PA | 14.81 | 418.98 |
| PAEUC | 0.29 | 8.19 |
| PACAI | 4.83 | 136.50 |
| PACAIL | 2.00 | 16.00 |
| Total | $61.33 | $2,715.91 |

Net Pay    XXXX6826    $421.17

*Handwritten notes:*
Paid 5/10/2020
2/14  2042.50
State $ 6128 @ 3%
Fed $ 204.25  10%

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SALANDRA FUNERAL SERVICE INC.
304 WEST PIKE STREET
CANONSBURG PA 15317

Direct Deposit #  1182787790
Date  04/17/2020

Pay this Amount

** NON-NEGOTIABLE ** DIRECT DEPOSIT RECEIPT **           VOID ** VOID **

10   DD

Pay to the Order of
ANDREW KUZY
531 WARRICK DR
WASHINGTON PA 15301

DIRECT DEPOSIT $421.17
TO ACCOUNT #  XXXX6826
BANK #        XXXXX8092

NON-NEGOTIABLE

**First National Bank**

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 04/16/2020**

ANDREW F KUZY
Primary Account Number:

Page 1 of 4

ADDRESS SERVICE REQUESTED

>010193 4162756 0001 092543 10Z

ANDREW F KUZY
COLLEEN A KUZY
TAX ESCROW ACCOUNT
531 WARRICK DR
WASHINGTON PA 15301-9513

**Managing Your Accounts**

 Online — www.fnb-online.com
 By Phone — 1 800-555-5455
By Mail — 4140 E. State Street
Hermitage, PA 16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREESTYLE CHECKING | | $1,691.07 |

## FREESTYLE CHECKING - 735181026

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 03/17/2020 | Balance Last Statement | $1,455.02 |
| | 4 Credit(s) This Period | $240.00 |
| | 1 Debit(s) This Period | $3.95 |
| 04/16/2020 | Balance This Statement | $1,691.07 |

Effective May 1, 2020, an updated version of the First National Bank (FNB) Deposit Account Agreement (DAA) will govern your account. A complete copy of the DAA and a summary of the changes to our Funds Availability Policy can be accessed online at www.fnb-online.com/daa, or by contacting a FNB branch or our Customer Service Center at 1-800-555-5455.

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/17/2020 | Balance Last Statement | | | $1,455.02 |
| 03/20/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $1,515.02 |
| 03/27/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $1,575.02 |
| 04/03/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $1,635.02 |
| 04/10/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $1,695.02 |
| 04/16/2020 | PAPER STATEMENT FEE | $3.95 | | $1,691.07 |
| 04/16/2020 | Balance This Statement | | | $1,691.07 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/20/2020 | $1,515.02 | 04/03/2020 | $1,635.02 | 04/16/2020 | $1,691.07 |
| 03/27/2020 | $1,575.02 | 04/10/2020 | $1,695.02 | | |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts