# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

In Re: Andrew F. Kuzy, and
Colleen A. Kuzy,

Debtors.

: Bankruptcy Case No.: 18-21728-CMB
:
: Chapter 11
:

Reporting Period: **May 2020**

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____        6/10/2020
Signature of Debtor                                    Date

_____        6/10/2020
Signature of Joint Debtor                            Date

_____        _____
Signature of Preparer                                  Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

In Re:  Andrew F. Kuzy, and          :     Bankruptcy Case No.: 18-21728-CMB
      Colleen A. Kuzy,                          :
            Debtors.                          :     Chapter 11
                                         :

Reporting Period: May 2020

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 29901.00 |  |
| **RECEIPTS** |  |  |
| Wages (Net) | 5069.10 |  |
| Interest and Dividend Income | 0 | 0 |
| Alimony and Child Support | 0 |  |
| Social Security and Pension Income | 2590.88 |  |
| Sale of Assets | 0 |  |
| Other Income (attach schedule) | 4957.53 |  |
| **Total Receipts** | 12597.51 |  |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) | 0 |  |
| Rental Payment(s) | 0 |  |
| Other Secured Note Payments | 0 |  |
| Utilities | 1154.42 |  |
| Insurance | 306.71 |  |
| Auto Expense | 105.05 |  |
| Lease Payments | 0 |  |
| IRA Contributions | 0 |  |
| Repairs and Maintenance | 1719.96 |  |
| Medical Expenses | 106.61 |  |
| Household Expenses | 2059.91 |  |
| Charitable Contributions | 0 |  |
| Alimony and Child Support Payments | 0 |  |
| Taxes - Real Estate | 300 |  |
| Taxes - Personal Property | 0 |  |
| Taxes - Other (attach schedule) | 204.25 |  |
| Travel and Entertainment | 0 |  |
| Gifts | 0 |  |
| Other (attach schedule) | 0 |  |
| **Total Ordinary Disbursements** | 6006.91 |  |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees | 250.00 |  |
| U. S. Trustee Fees | 0 |  |
| Other Reorganization Expenses (attach schedule) | 0 |  |
| **Total Reorganization Items** | 250.00 |  |
| **Total Disbursements (Ordinary + Reorganization)** | 6256.91 |  |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 6340.60 |  |
| **Cash - End of Month (Must equal reconciled bank** | 36241.60 |  |

FORM MOR-1 (INDV)

In Re: Andrew F. Kuzy, and
Colleen A. Kuzy,

Debtors.

Bankruptcy Case No.: 18-21728-CMB

Chapter 11

(9/99)

Reporting Period: May 2020

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| SCHMALZ INCOME | 2500 | |
| REFUND - SAM'S | 21.72 | |
| REFUND - SEAR'S | 15.81 | |
| ECONOMIC STIMULUS | 2400 | |
| | 4937.53 | |
| **Other Taxes** | | |
| FEDERAL WITHOLDING | 204.25 | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| WASH CO. CLERK OF COURTS | 50 | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

| | |
|---|---|
| In Re: Andrew F. Kuzy, and Colleen A. Kuzy, | : Bankruptcy Case No.: 18-21728-CMB |
| | : |
| | : Chapter 11 |
| Debtors. | : |
| | Reporting Period: _____ |

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Form16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns tiled during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal | | | | | | |
| Withholding | | | | | | |
| FICA- Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| State and Local | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total Stale and Local | | | | | | |
| Total Taxes | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages-Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases- Equipment | | | | | | |
| Secured Debt/Adequate Protection | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders" | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.

_____
_____

*"Insider is defined in 11 U.S.C. Section 101(31)                    FORM MOR-4

(9/99)

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
      Colleen A. Kuzy, :
                                   : Chapter 11
          Debtors. :

Reporting Period:_____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| − Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

_____
_____
_____
_____
_____
_____
_____

FORM MOR-5
(9/99)

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 05/29/2020**

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 1 of 6

ADDRESS SERVICE REQUESTED

>006606   4328809  0001  092543  10Z

ANDREW F. KUZY, DEBTOR IN POSSESSION
COLLEEN A. KUZY, DEBTOR IN POSSESSION
JACQUELINE SCHMALZ
531 WARRICK DR
WASHINGTON PA 15301-9513

## Managing Your Accounts

 Online — www.fnb-online.com

 By Phone — 1 800-555-5455

 By Mail — 4140 E. State Street, Hermitage, PA 16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | | $36,241.60 |

## FREE SMALL BUSINESS CHECKING

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 05/01/2020 | Balance Last Statement | $29,901.00 | Minimum Balance | $27,875.03 |
| | 10 Credit(s) This Period | $12,597.51 | Average Ledger Balance | $31,276.61 |
| | 75 Debit(s) This Period | $6,256.91 | Average Available Balance | $31,193.86 |
| 05/29/2020 | Balance This Statement | $36,241.60 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/01/2020 | Balance Last Statement | | | $29,901.00 |
| 05/01/2020 | SALANDRA FUNERAL Payroll 111283629842522 | | $1,768.78 | $31,669.78 |
| 05/01/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $31,609.78 |
| 05/01/2020 | CHECK # 1291 | $820.78 | | $30,789.00 |
| 05/01/2020 | 81181 RECURRING 05/01 00:19 SCENTBOX.COM 866-274-4123 CA 00000000 081181 ~5964 | $19.95 | | $30,769.05 |
| 05/04/2020 | 67698 POS PUR 05/02 02:51 SAMSCLUB #6251 WASHINGTON PA 00000001 067698 ~5300 | $210.74 | | $30,558.31 |
| 05/04/2020 | 0837 POS PUR 05/03 17:02 SAMSCLUB #6251 WASHINGTON PA 00000001 000837 ~5300 | $81.22 | | $30,477.09 |
| 05/04/2020 | 63360 POS PUR 05/01 22:14 WAL-MART #1739 WASHINGTON PA 00000001 063360 ~5411 | $55.98 | | $30,421.11 |
| 05/04/2020 | 312044 PIN PUR 05/02 12:03 LOWE'S #671 WASHINGTON PA 001 312044 ~5200 | $48.74 | | $30,372.37 |
| 05/04/2020 | 424972 PIN PUR 05/03 09:08 WASHINGTON RURAL WASHINGTON PA 02584173 01244~5999 | $39.19 | | $30,333.18 |
| 05/04/2020 | 206840 POS PUR 05/04 15:12 Wal-Mart Super C WASHINGTON PA 17390050 01259~5411 | $29.38 | | $30,303.80 |
| 05/04/2020 | 538375 POS PUR 05/03 08:28 BP#9351941RUFF C WASHINGTON PA 39013701 53837~5542 | $25.00 | | $30,278.80 |
| 05/04/2020 | 586920 PIN PUR 05/03 12:58 LOWE'S #671 WASHINGTON PA 001 586920 ~5200 | $16.92 | | $30,261.88 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 05/29/2020**

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 3 of 6

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/04/2020 | CHECK # 1290 | $16.24 | | $30,245.64 |
| 05/04/2020 | 666807 PIN PUR 05/03 10:23 ALDI 69051 WASHINGTON PA 89027702 666807 ~5411 | $14.39 | | $30,231.25 |
| 05/04/2020 | 956752 RECURRING 05/02 07:48 NETFLIX COM LOS GATOS CA 003 012300956752 ~4899 | $13.77 | | $30,217.48 |
| 05/04/2020 | 732166 POS PUR 05/02 17:55 Wal-Mart Super C WASHINGTON PA 17390026 01238~5411 | $7.39 | | $30,210.09 |
| 05/05/2020 | 35834 POS PUR 05/05 16:55 LOWES #00671* WASHINGTON PA 00000000 035834 ~5200 | $24.36 | | $30,185.73 |
| 05/07/2020 | 66955 POS PUR 05/06 19:51 WAL-MART #1739 WASHINGTON PA 00000001 066955 ~5411 | $118.68 | | $30,067.05 |
| 05/08/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $30,007.05 |
| 05/08/2020 | CHECK # 1292 | $234.30 | | $29,772.75 |
| 05/08/2020 | 7403 POS PUR 05/07 01:26 WALMART GROCERY 800-966-6546 AR 00000000 0074~5411 | $179.57 | | $29,593.18 |
| 05/08/2020 | 58362 POS PUR 05/07 15:42 WALMART GROCERY 800-966-6546 AR 00000000 0583~5411 | $31.37 | | $29,561.81 |
| 05/11/2020 | CHECK # 1293 | $250.00 | | $29,311.81 |
| 05/11/2020 | PISI DV PARSE04 45944 | $72.41 | | $29,239.40 |
| 05/11/2020 | 0001 POS PUR 05/08 16:17 WHS ORTHOPEDICS WASHINGTON PA 74364410 000001~8011 | $35.00 | | $29,204.40 |
| 05/11/2020 | PISI DV PAR-V04 45944 | $13.50 | | $29,190.90 |
| 05/11/2020 | 99832 POS PUR 05/09 14:09 Kindle Unltd* U69 866-321-8851 WA 00000000 099~5818 | $10.59 | | $29,180.31 |
| 05/12/2020 | CHECK # 1294 | $50.00 | | $29,130.31 |
| 05/13/2020 | CHECK # 1295 | $208.27 | | $28,922.04 |
| 05/13/2020 | CHECK # 1299 | $122.40 | | $28,799.64 |
| 05/14/2020 | CHECK # 1300 | $468.74 | | $28,330.90 |
| 05/14/2020 | CHECK # 1296 | $172.39 | | $28,158.51 |
| 05/14/2020 | 51984 POS PUR 05/13 17:48 WAL-MART #1739 WASHINGTON PA 00000001 051984 ~5411 | $116.89 | | $28,041.62 |
| 05/14/2020 | CHECK # 1301 | $100.00 | | $27,941.62 |
| 05/14/2020 | 39768 POS PUR 05/14 00:59 AMZN Mktp US* MC3 Amzn.com/bill WA 00000000 03~5942 | $59.60 | | $27,882.02 |
| 05/14/2020 | 22471 POS PUR 05/14 16:42 WM SUPERCENTER # WASHINGTON PA 17390051 53432~5411 | $6.99 | | $27,875.03 |
| 05/15/2020 | DEPOSIT | | $1,200.00 | $29,075.03 |
| 05/15/2020 | SALANDRA FUNERAL Payroll 245909061218320 | | $1,557.27 | $30,632.30 |
| 05/15/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $30,572.30 |
| 05/15/2020 | CHECK # 1298 | $204.25 | | $30,368.05 |
| 05/18/2020 | 94682 RETURN 05/16 15:57 SAMSCLUB #6251 WASHINGTON PA 62510082 094682 ~5912 | | $21.72 | $30,389.77 |
| 05/18/2020 | 33582 POS PUR 05/17 19:36 LOWES #00671* WASHINGTON PA 00000000 033582 ~5200 | $254.28 | | $30,135.49 |
| 05/18/2020 | 533701 PIN PUR 05/16 16:02 SAM'S Club WASHINGTON PA 62510096 01373172257~5411 | $100.80 | | $30,034.69 |
| 05/18/2020 | 8985 PIN PUR 05/16 16:14 WM SUPERCENTER # WASHINGTON PA 17390024 44483~5411 | $86.20 | | $29,948.49 |
| 05/18/2020 | 147474 POS PUR 05/17 13:03 WAL-MART #1739 WASHINGTON PA 24173901 147474 ~5411 | $46.45 | | $29,902.04 |
| 05/18/2020 | 39030 POS PUR 05/15 16:38 HP PRODUCT SVC&R 800-474-6836 CA 00000000 039~7399 | $31.79 | | $29,870.25 |

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/18/2020 | 72255 POS PUR 05/16 11:27 BP#9604562NILU E WASHINGTON PA 9604001 072255~5542 | $30.00 | | $29,840.25 |
| 05/18/2020 | 0468 POS PUR 05/16 11:18 WASHINGTON RURAL WASHINGTON PA 00004173 00046~5999 | $13.77 | | $29,826.48 |
| 05/18/2020 | 78596 RECURRING 05/17 12:29 Amazon Prime* M75 Amzn.com/bill WA 00000000 07~5968 | $13.77 | | $29,812.71 |
| 05/19/2020 | 76097 POS PUR 05/19 07:13 AMZN Mktp US* M73 Amzn.com/bill WA 00000000 07~5942 | $59.95 | | $29,752.76 |
| 05/20/2020 | 50151 RETURN 05/19 19:15 CCM* SEARS WARRAN 855-256-2467 FL 00000000 050~6300 | | $15.81 | $29,768.57 |
| 05/20/2020 | SSA TREAS 310 XXSOC SEC XXXXX9149A SSA | | $2,397.00 | $32,165.57 |
| 05/20/2020 | 27420 POS PUR 05/20 00:30 AMZN Mktp US* M72 Amzn.com/bill WA 00000000 02~5942 | $24.84 | | $32,140.73 |
| 05/20/2020 | 20354 POS PUR 05/19 03:39 BP#963400736151 CANONSBURG PA 9634001 020354 ~5542 | $24.05 | | $32,116.68 |
| 05/21/2020 | DEPOSIT | | $2,400.00 | $34,516.68 |
| 05/21/2020 | 81883 POS PUR 05/21 15:38 LOWES #00671* WASHINGTON PA 00000000 081883 ~5200 | $31.13 | | $34,485.55 |
| 05/21/2020 | 56734 POS PUR 05/20 04:30 JEFFREYS DRUG ST CANONSBURG PA 29235480 05673~5912 | $15.95 | | $34,469.60 |
| 05/22/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $34,409.60 |
| 05/22/2020 | 5943 POS PUR 05/22 07:35 WM SUPERCENTER # WASHINGTON PA 17390027 31647~5411 | $60.92 | | $34,348.68 |
| 05/22/2020 | 57473 POS PUR 05/21 09:09 WAL-MART #1739 WASHINGTON PA 00000001 057473 ~5912 | $25.76 | | $34,322.92 |
| 05/22/2020 | 83206 POS PUR 05/21 14:09 JEFFREYS DRUG ST CANONSBURG PA 29235480 08320~5912 | $6.86 | | $34,316.06 |
| 05/26/2020 | 79794 POS PUR 05/23 12:30 LOWES #00671* WASHINGTON PA 00000000 079794 ~5200 | $294.43 | | $34,021.63 |
| 05/26/2020 | 11804 POS PUR 05/24 10:26 SAMS CLUB #6251 WASHINGTON PA 62510091 093524~5300 | $259.99 | | $33,761.64 |
| 05/26/2020 | 53264 POS PUR 05/22 04:43 SAMSCLUB #6251 WASHINGTON PA 00000001 053264 ~5300 | $82.73 | | $33,678.91 |
| 05/26/2020 | 8346 POS PUR 05/24 10:46 WM SUPERCENTER # WASHINGTON PA 17390051 40538~5411 | $76.86 | | $33,602.05 |
| 05/26/2020 | 5241 POS PUR 05/23 10:00 WM SUPERCENTER # WASHINGTON PA 17390018 87401~5411 | $60.88 | | $33,541.17 |
| 05/26/2020 | 63657 POS PUR 05/25 09:17 LOWES #00671* WASHINGTON PA 00000000 063657 ~5200 | $58.18 | | $33,482.99 |
| 05/26/2020 | 33995 POS PUR 05/24 14:08 WM SUPERCENTER # WASHINGTON PA 17390047 89375~5411 | $36.28 | | $33,446.71 |
| 05/26/2020 | 42619 POS PUR 05/25 00:08 SAMS CLUB #6251 WASHINGTON PA 14742619 042619~5300 | $35.32 | | $33,411.39 |
| 05/26/2020 | 70864 POS PUR 05/26 00:57 AMZN Mktp US* M75 Amzn.com/bill WA 00000000 07~5942 | $31.99 | | $33,379.40 |
| 05/26/2020 | 583936 POS PUR 05/23 09:07 BP#9351941RUFF C WASHINGTON PA 39013701 58393~5542 | $25.00 | | $33,354.40 |
| 05/26/2020 | 60196 POS PUR 05/24 09:50 SAMS CLUB #6251 WASHINGTON PA 62510088 385052~5542 | $22.59 | | $33,331.81 |
| 05/26/2020 | 26691 POS PUR 05/23 07:58 WM SUPERCENTER # WASHINGTON PA 17390027 28554~5411 | $16.49 | | $33,315.32 |
| 05/26/2020 | AMERICAN WATER E 00141479 CUS000000000027 | $3.99 | | $33,311.33 |
| 05/26/2020 | AMERICAN WATER E 00141479 CUS000000000027 | $3.99 | | $33,307.34 |
| 05/27/2020 | 13757 POS PUR 05/26 00:15 JEFFREYS DRUG ST CANONSBURG PA 29235480 01375~5912 | $39.71 | | $33,267.63 |

# First National Bank

4140 E. State Street
Hermitage, PA 16148

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Statement Ending 05/29/2020

Page 5 of 6

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/27/2020 | 14718 POS PUR 05/27 17:22 AMZN Mktp US* M73 Amzn.com/bill WA 00000000 01~5942 | $14.99 | | $33,252.64 |
| 05/28/2020 | CHECK # 1302 | $147.28 | | $33,105.36 |
| 05/28/2020 | 64773 RECURRING 05/28 09:19 SXM* SIRIUSXM.COM 888-635-5144 NY 00000000 064~4899 | $21.87 | | $33,083.49 |
| 05/28/2020 | 107488 PIN PUR 05/28 17:34 THE HOME DEPOT # WASHINGTON PA 06230385 10748~5200 | $9.73 | | $33,073.76 |
| 05/29/2020 | DEPOSIT | | $1,300.00 | $34,373.76 |
| 05/29/2020 | COMM OF PA ANNUITANT APXXXXXX9528 | | $193.88 | $34,567.64 |
| 05/29/2020 | SALANDRA FUNERAL Payroll 125344859613950 | | $1,743.05 | $36,310.69 |
| 05/29/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $36,250.69 |
| 05/29/2020 | 37645 POS PUR 05/28 20:31 JEFFREYS DRUG ST CANONSBURG PA 29235480 03764~5912 | $9.09 | | $36,241.60 |
| 05/29/2020 | Balance This Statement | | | $36,241.60 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1290 | 05/04/2020 | $16.24 | 1294 | 05/12/2020 | $50.00 | 1299 | 05/13/2020 | $122.40 |
| 1291 | 05/01/2020 | $820.78 | 1295 | 05/13/2020 | $208.27 | 1300 | 05/14/2020 | $468.74 |
| 1292 | 05/08/2020 | $234.30 | 1296 | 05/14/2020 | $172.39 | 1301 | 05/14/2020 | $100.00 |
| 1293 | 05/11/2020 | $250.00 | 1298* | 05/15/2020 | $204.25 | 1302 | 05/28/2020 | $147.28 |

\* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05/01/2020 | $30,769.05 | 05/13/2020 | $28,799.64 | 05/22/2020 | $34,316.06 |
| 05/04/2020 | $30,210.09 | 05/14/2020 | $27,875.03 | 05/26/2020 | $33,307.34 |
| 05/05/2020 | $30,185.73 | 05/15/2020 | $30,368.05 | 05/27/2020 | $33,252.64 |
| 05/07/2020 | $30,067.05 | 05/18/2020 | $29,812.71 | 05/28/2020 | $33,073.76 |
| 05/08/2020 | $29,561.81 | 05/19/2020 | $29,752.76 | 05/29/2020 | $36,241.60 |
| 05/11/2020 | $29,180.31 | 05/20/2020 | $32,116.68 | | |
| 05/12/2020 | $29,130.31 | 05/21/2020 | $34,469.60 | | |

**SALANDRA FUNERAL SERVICE INC.**
304 WEST PIKE STREET
CANONSBURG PA 15317

EMPLOYEE ID: 3
DEPARTMENT: 10
DD RECEIPT: 1185145190

**Paycor**

| | | |
|---|---|---|
| Pay Period | 05/10/2020 - 05/23/2020 | |
| Pay Date | 05/29/2020 | |

FITWH  Filing Status: M  Exemptions: 0
PA     Filing Status: M  Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 22.50 | 91.00 | 2,047.50 | 549.50 | 18,755.00 |
| RemovalFee | | | 150.00 | | 1,275.00 |
| Total | | 91.00 | $2,197.50 | 549.50 | $20,030.00 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 193.58 | 1,647.72 |
| MED | 31.86 | 290.45 |
| SOC | 136.25 | 1,241.87 |
| PA | 67.46 | 614.92 |
| PAEUC | 1.32 | 12.02 |
| PACAI | 21.98 | 200.33 |
| PACAIL | 2.00 | 22.00 |
| Total | $454.45 | $4,029.31 |

Net Pay    XXXX6826    $1,743.05

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SALANDRA FUNERAL SERVICE INC.
304 WEST PIKE STREET
CANONSBURG PA 15317

Direct Deposit # 1185145190
Date  05/29/2020

Pay this Amount

** NON-NEGOTIABLE ** DIRECT DEPOSIT RECEIPT **          VOID ** VOID **

10  DD

Pay to the
Order of

ANDREW KUZY
531 WARRICK DR
WASHINGTON PA 15301

DIRECT DEPOSIT $1,743.05
TO ACCOUNT #  XXXX6826
BANK #        XXXXX8092

NON-NEGOTIABLE

SALANDRA FUNERAL SERVICE INC.
304 WEST PIKE STREET
CANONSBURG PA 15317

EMPLOYEE ID: 3
DEPARTMENT: 10
DD RECEIPT: 1184308762

**Paycor**

Pay Period  04/26/2020 - 05/09/2020
Pay Date    05/15/2020

FITWH   Filing Status: M  Exemptions: 0
PA      Filing Status: M  Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 22.50 | 83.50 | 1,878.75 | 458.50 | 16,707.50 |
| RemovalFee | | | 75.00 | | 1,125.00 |
| Total | | 83.50 | $1,953.75 | 458.50 | $17,832.50 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 164.33 | 1,454.14 |
| MED | 28.33 | 258.59 |
| SOC | 121.13 | 1,105.62 |
| PA | 59.98 | 547.46 |
| PAEUC | 1.17 | 10.70 |
| PACAI | 19.54 | 178.35 |
| PACAIL | 2.00 | 20.00 |
| Total | $396.48 | $3,574.86 |

Net Pay    XXXX6826    $1,557.27

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SALANDRA FUNERAL SERVICE INC.
304 WEST PIKE STREET
CANONSBURG PA 15317

Direct Deposit #   1184308762
Date               05/15/2020

Pay this Amount

** NON-NEGOTIABLE ** DIRECT DEPOSIT RECEIPT **          VOID ** VOID **

                                    10   DD          DIRECT DEPOSIT $1,557.27
                                                     TO ACCOUNT #   XXXX6826
Pay to the                                           BANK #         XXXXX8092
Order of   ANDREW KUZY
           531 WARRICK DR
           WASHINGTON PA 15301                       NON-NEGOTIABLE

SALANDRA FUNERAL SERVICE INC.  
304 WEST PIKE STREET  
CANONSBURG PA 15317

ANDREW KUZY  
EMPLOYEE ID: 3  
DEPARTMENT: 10  
DD RECEIPT: 1183567993

Paycor

Pay Period 04/12/2020 - 04/25/2020  
Pay Date 05/01/2020

FITWH  Filing Status: M  Exemptions: 0  
PA     Filing Status: M  Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 22.50 | 92.50 | 2,081.25 | 375.00 | 14,828.75 |
| RemovalFee | | | 150.00 | | 1,050.00 |
| Total | | 92.50 | $2,231.25 | 375.00 | $15,878.75 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 197.63 | 1,289.81 |
| MED | 32.35 | 230.26 |
| SOC | 138.34 | 984.49 |
| PA | 68.50 | 487.48 |
| PAEUC | 1.34 | 9.53 |
| PACAI | 22.31 | 158.81 |
| PACAIL | 2.00 | 18.00 |
| Total | $462.47 | $3,178.38 |

Net Pay    XXXX6826    $1,768.78

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SALANDRA FUNERAL SERVICE INC.  
304 WEST PIKE STREET  
CANONSBURG PA 15317

Direct Deposit # 1183567993  
Date 05/01/2020

Pay this Amount

** NON-NEGOTIABLE ** DIRECT DEPOSIT RECEIPT **

VOID ** VOID **

Pay to the Order of    ANDREW KUZY  
531 WARRICK DR  
WASHINGTON PA 15301

10  DD

DIRECT DEPOSIT $1,768.78  
TO ACCOUNT #  XXXX6826  
BANK #  XXXXX8092

NON-NEGOTIABLE

**First National Bank**

4140 E. State Street
Hermitage, PA 16148

ADDRESS SERVICE REQUESTED

>024707 4274233 0001 092543 10Z

ANDREW F KUZY
COLLEEN A KUZY
TAX ESCROW ACCOUNT
531 WARRICK DR
WASHINGTON PA 15301-9513

**Statement Ending 05/15/2020**

ANDREW F KUZY
Primary Account Number:

Page 1 of 4

### Managing Your Accounts

- Online — www.fnb-online.com
- By Phone — 1 800-555-5455
- By Mail — 4140 E. State Street, Hermitage, PA 16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREESTYLE CHECKING | | $1,987.12 |

## FREESTYLE CHECKING - 735181026

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/17/2020 | Balance Last Statement | $1,691.07 |
| | 5 Credit(s) This Period | $300.00 |
| | 1 Debit(s) This Period | $3.95 |
| 05/15/2020 | Balance This Statement | $1,987.12 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/17/2020 | Balance Last Statement | | | $1,691.07 |
| 04/17/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $1,751.07 |
| 04/24/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $1,811.07 |
| 05/01/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $1,871.07 |
| 05/08/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $1,931.07 |
| 05/15/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $1,991.07 |
| 05/15/2020 | PAPER STATEMENT FEE | $3.95 | | $1,987.12 |
| 05/15/2020 | Balance This Statement | | | $1,987.12 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/17/2020 | $1,751.07 | 05/01/2020 | $1,871.07 | 05/15/2020 | $1,987.12 |
| 04/24/2020 | $1,811.07 | 05/08/2020 | $1,931.07 | | |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts