**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **ANDREW F. KUZY** | ) | Case No.   18-21728-CMB |
| **COLLEN A. KUZY** | ) | |
| Debtor(s). | ) | Chapter 11 |
| | ) | |
| **JEFFREY J. SIKIRICA,** | ) | Document No. ___ |
| **CHAPTER 11 TRUSTEE** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **No Respondents.** | ) | |

**STATUS REPORT DATED JULY 2, 2020**

AND NOW, comes, Jeffrey J. Sikirica, Trustee (hereinafter "Trustee") for the Bankruptcy Estate of Andrew F. Kuzy and Colleen A. Kuzy (hereinafter "Debtors") and files this Status Report dated July 2, 2020:

1. The Trustee continues to work on an amended Chapter 11 Plan and Disclosure Statement with the intent of filing both before the continued hearing scheduled for July 16, 2020.

2. The Trustee has recently received requested documentation related to a criminal restitution obligation of the Debtor Andrew Kuzy which was added by amendment at docket 41 but not addressed in the filed Plan and Disclosure Statement.

3. Language in the restitution payment order states among other things:

    "*I understand that any wages, salaries, and commissions are subject to attachment pursuant to Title 42 section 8127(A)(5).*"

4. The Trustee is awaiting verification from the Commonwealth of Pennsylvania that the monthly restitution payments are current and to confirm whether there are any

objections to a Chapter Bankruptcy Plan paying only the minimum of $50.00 per month for the restitution amount of $346,756.76.

Respectfully submitted,

Dated: 07/02/2020

*/s/ Jeffrey J. Sikirica*
Jeffrey J. Sikirica, Trustee
PA. I.D. #36745
121 Northbrook Drive
Gibsonia, PA  15044
T:  (724) 625-2566
F:  (724) 625-4611
TrusteeSikirica@zoominternet.net
**TRUSTEE FOR DEBTOR**