# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **ANDREW F. KUZY** | ) | **Case No.   18-21728-CMB** |
| **COLLEN A. KUZY** | ) | |
| **Debtor(s).** | ) | **Chapter 11** |
| | ) | |
| **JEFFREY J. SIKIRICA,** | ) | **Document No. ____** |
| **CHAPTER 11 TRUSTEE** | ) | |
| | ) | **Related to Doc. No. 122**  & 147 |
| **vs.** | ) | |
| | ) | |
| **No Respondents.** | ) | |

## ORDER OF COURT

*AND NOW*, this ___14th___ day of ___July_____, 2020, upon

consideration of the **"Motion to Continue Telephonic Hearing to Convert Case from**

**Chapter 11 to Chapter 7 and Status Hearing"** filed by Jeffrey J. Sikirica, Chapter 11 Trustee

and consented to by the attorney for the U.S. Trustee and the attorney for the Debtors,

it is hereby ***ORDERED, ADJUDGED and DECREED*** that the telephonic hearing set for

July 16, 2020 on the motion of the United States Trustee to convert this case from a Chapter 11

to a Chapter 7 and Status Hearing is continued until __August 25, 2020 at 2:00 p.m._____

_____ .

FILED
7/14/20 3:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____dmk
Carlota M. Böhm, Judge
Chief United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                        Case No. 18-21728-CMB
Andrew F. Kuzy                                                Chapter 11
Colleen A. Kuzy
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw           Page 1 of 1             Date Rcvd: Jul 14, 2020
                              Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2020.
db/jdb          +Andrew F. Kuzy,   Colleen A. Kuzy,   531 Warrick Drive,   Washington, PA 15301-9513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2020 at the address(es) listed below:
          Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue  Office of Attorney General
           akovalchick@attorneygeneral.gov
          Brian C. Thompson    on behalf of Debtor Andrew F. Kuzy bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
          Brian C. Thompson    on behalf of Joint Debtor Colleen A. Kuzy bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
          Brian M. Kile    on behalf of Creditor   Key Bank, N.A. bkile@grenenbirsic.com,
           mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
          James  Warmbrodt    on behalf of Creditor   PNC Bank National Association bkgroup@kmllawgroup.com
          Jeffrey J. Sikirica    on behalf of Trustee Jeffrey J. Sikirica trusteesikirica@zoominternet.net,
           PA59@ecfcbis.com
          Norma Hildenbrand,  on Behalf of the United States Trustee by    on behalf of U.S. Trustee
           Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                              TOTAL: 8