UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Andrew F. Kuzy, and                    :    Bankruptcy Case No.: 18-21728-CMB
       Colleen A. Kuzy,                         :
                                    :    Chapter 11
       Debtors.                                       :

Reporting Period: _June 2020_____

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_[signed] Andrew Kuzy_                                  _7/12/2020_
**Signature of Debtor**                                      **Date**

_[signed] Colleen Kuzy_                               _7/12/2020_
**Signature of Joint Debtor**                               **Date**

_____        _____
**Signature of Preparer**                                     **Date**

_____
**Printed Name of Preparer**

FORM MOR (INDV)
(10/00)

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. :

Reporting Period: June 2020

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 36241.60 |  |
| **RECEIPTS** |  |  |
| Wages (Net) | 3326.05 |  |
| Interest and Dividend Income | 0 |  |
| Alimony and Child Support | 0 |  |
| Social Security and Pension Income | 2590.88 |  |
| Sale of Assets | 0 |  |
| Other Income (attach schedule) | 2509.75 |  |
| **Total Receipts** | 8426.68 |  |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) | 0 |  |
| Rental Payment(s) | 0 |  |
| Other Secured Note Payments | 0 |  |
| Utilities | 1873.11 |  |
| Insurance | 577.02 |  |
| Auto Expense | 340.54 |  |
| Lease Payments | 0 |  |
| IRA Contributions | 0 |  |
| Repairs and Maintenance | 2366.11 |  |
| Medical Expenses | 186.56 |  |
| Household Expenses | 2374 |  |
| Charitable Contributions | 0 |  |
| Alimony and Child Support Payments | 0 |  |
| Taxes - Real Estate | 0 |  |
| Taxes - Personal Property | 0 |  |
| Taxes - Other (attach schedule) | 0 |  |
| Travel and Entertainment | 0 |  |
| Gifts | 0 |  |
| Other (attach schedule) | 50 |  |
| **Total Ordinary Disbursements** | 7767.34 |  |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees | 250.00 |  |
| U. S. Trustee Fees | 0 |  |
| Other Reorganization Expenses (attach schedule) | 0 |  |
| **Total Reorganization Items** | 250 |  |
| **Total Disbursements (Ordinary + Reorganization)** | 8017.34 |  |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 409.34 |  |
| **Cash - End of Month (Must equal reconciled bank** | 36650.94 |  |

FORM MOR-1 (INDV)

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. : (9/99)

Reporting Period:_____

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| SCHMALZ | 2500 | |
| REFUND | 9.75 | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| WASH CO CLERK OF COURTS | 50 | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

In Re:  Andrew F. Kuzy, and                        :        Bankruptcy Case No.: 18-21728-CMB
        Colleen A. Kuzy,                           :
                                                   :        Chapter 11
        Debtors.                                   :
                                                            Reporting Period:_____

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns tiled during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| FICA- Employee |  |  |  |  |  |  |
| FICA-Employer |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Federal Taxes |  |  |  |  |  |  |
| State and Local |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| Sales |  |  |  |  |  |  |
| Excise |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Real Property |  |  |  |  |  |  |
| Personal Property |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Stale and Local |  |  |  |  |  |  |
| Total Taxes |  |  |  |  |  |  |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  |  | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable |  |  |  |  |  |  |
| Wages-Payable |  |  |  |  |  |  |
| Taxes Payable |  |  |  |  |  |  |
| Rent/Leases-Building |  |  |  |  |  |  |
| Rent/Leases- Equipment |  |  |  |  |  |  |
| Secured Debt/Adequate Protection |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Amounts Due to Insiders" |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Postpetition Debts |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.
_____
_____

*"Insider is defined in 11 U.S.C. Section 101(31)                                    FORM MOR-4

(9/99)

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. :

Reporting Period:_____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| - Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

_____
_____
_____
_____
_____
_____
_____
_____

FORM MOR-5
(9/99)

# First National Bank

**Statement Ending 06/30/2020**

4140 E. State Street
Hermitage, PA 16148

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 1 of 6

ADDRESS SERVICE REQUESTED
>006207 4477872 0001 092543 10Z

ANDREW F. KUZY, DEBTOR IN POSSESSION
COLLEEN A. KUZY, DEBTOR IN POSSESSION
JACQUELINE SCHMALZ
531 WARRICK DR
WASHINGTON PA 15301-9513

### Managing Your Accounts

 Online — www.fnb-online.com

 By Phone — 1 800-555-5455

 By Mail — 4140 E. State Street
Hermitage, PA 16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | | $36,650.94 |

## FREE SMALL BUSINESS CHECKING -

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 05/30/2020 | Balance Last Statement | $36,241.60 | Minimum Balance | $32,576.30 |
| | 7 Credit(s) This Period | $8,426.68 | Average Ledger Balance | $35,392.88 |
| | 105 Debit(s) This Period | $8,017.34 | Average Available Balance | $35,392.88 |
| 06/30/2020 | Balance This Statement | $36,650.94 | | |

We pay overdrafts at our sole discretion. Excessive overdrafts on your account may result in First National Bank not paying your overdrafts and/or closure of your account.

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/30/2020 | Balance Last Statement | | | $36,241.60 |
| 06/01/2020 | 32098 POS PUR 05/31 20:20 AMZN Mktp US* MY4 Amzn.com/bill WA 00000000 03~5942 | $105.46 | | $36,136.14 |
| 06/01/2020 | 89854 POS PUR 05/29 19:06 WWW.ADVANCEAUTOP 877-238-2623 VA 00000000 089~5533 | $90.08 | | $36,046.06 |
| 06/01/2020 | 57325 POS PUR 05/31 17:29 WAL-MART #1739 WASHINGTON PA 17390049 0152553~5411 | $84.92 | | $35,961.14 |
| 06/01/2020 | 23361 POS PUR 05/31 13:56 AMZN Mktp US* M70 Amzn.com/bill WA 00000000 02~5942 | $80.28 | | $35,880.86 |
| 06/01/2020 | 93378 POS PUR 05/29 01:36 WIRELESS ZONE #6 WASHINGTON PA 00000000 09337~4812 | $59.39 | | $35,821.47 |
| 06/01/2020 | 109375 POS PUR 05/30 17:04 WAL-MART #1739 WASHINGTON PA 24173901 109375 ~5411 | $38.17 | | $35,783.30 |
| 06/01/2020 | 576856 POS PUR 05/31 05:24 Walmart.com Bentonville AR 02003144 053105576~5310 | $37.34 | | $35,745.96 |
| 06/01/2020 | 0135 POS PUR 05/29 19:54 WM SUPERCENTER # WASHINGTON PA 17390048 42629~5411 | $24.92 | | $35,721.04 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 06/30/2020**

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 3 of 6

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/01/2020 | 4033 POS PUR 05/31 02:40 AMAZON.COM* M77B4 AMZN.COM/BILL WA 00000000 00~5942 | $23.74 | | $35,697.30 |
| 06/01/2020 | 49276 RECURRING 05/31 02:21 SCENTBOX.COM 866-274-4123 CA 00000000 049276 ~5964 | $19.95 | | $35,677.35 |
| 06/01/2020 | 201286 POS PUR 05/31 17:19 SAMSCLUB #6251 WASHINGTON PA 62510093 0152006~5411 | $19.33 | | $35,658.02 |
| 06/01/2020 | 79931 POS PUR 06/01 01:45 AMZN Mktp US* MY9 Amzn.com/bill WA 00000000 07~5942 | $15.77 | | $35,642.25 |
| 06/01/2020 | 41475 PIN PUR 05/30 16:01 SALLY BEAUTY #30 WASHINGTON PA 99999999 04147~5977 | $14.18 | | $35,628.07 |
| 06/01/2020 | 96281 POS PUR 05/30 04:02 SPEEDWAY 02915 7 WASHINGTON PA 00000000 09628~5542 | $14.02 | | $35,614.05 |
| 06/01/2020 | 3290 POS PUR 06/01 23:23 AMZN Mktp US* MY6 Amzn.com/bill WA 00000000 00~5942 | $11.65 | | $35,602.40 |
| 06/01/2020 | 254333 POS PUR 06/01 15:51 WAL-MART #1739 WASHINGTON PA 24173901 254333 ~5411 | $7.92 | | $35,594.48 |
| 06/02/2020 | CHECK # 1308 | $236.68 | | $35,357.80 |
| 06/02/2020 | 24623 POS PUR 06/02 20:47 LOWES #00671* WASHINGTON PA 00000000 024623 ~5200 | $59.30 | | $35,298.50 |
| 06/02/2020 | 241550 PIN PUR 06/02 07:14 Wal-Mart Super C WASHINGTON PA 17390027 01543~5411 | $47.69 | | $35,250.81 |
| 06/02/2020 | CHECK # 1303 | $20.27 | | $35,230.54 |
| 06/02/2020 | 503913 RECURRING 06/02 10:41 NETFLIX COM LOS GATOS CA 003 015400503913 ~4899 | $13.77 | | $35,216.77 |
| 06/03/2020 | 13466 POS PUR 06/02 12:54 LOWES #00671* WASHINGTON PA 00000000 013466 ~5200 | $15.89 | | $35,200.88 |
| 06/03/2020 | 27010 POS PUR 06/02 10:15 USPS PO 41818003 STRABANE PA 00000000 027010 ~9402 | $12.10 | | $35,188.78 |
| 06/04/2020 | CHECK # 1306 | $403.08 | | $34,785.70 |
| 06/04/2020 | CHECK # 1304 | $234.30 | | $34,551.40 |
| 06/04/2020 | CHECK # 1309 | $233.05 | | $34,318.35 |
| 06/05/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $34,258.35 |
| 06/05/2020 | 50887 PIN PUR 06/05 12:43 SAMS CLUB #6251 WASHINGTON PA 62510004 758091~5300 | $195.01 | | $34,063.34 |
| 06/05/2020 | CHECK # 1307 | $34.96 | | $34,028.38 |
| 06/05/2020 | 155748 POS PUR 06/05 16:16 SPEEDWAY 02915 7 WASHINGTON PA 99999999 15574~5542 | $21.59 | | $34,006.79 |
| 06/05/2020 | CHECK # 1305 | $5.00 | | $34,001.79 |
| 06/08/2020 | 34118 POS PUR 06/05 22:21 A & S LANDSCAPIN CANONSBURG PA 00000000 03411~0780 | $148.40 | | $33,853.39 |
| 06/08/2020 | 30160 PIN PUR 06/06 11:06 WM SUPERCENTER # WASHINGTON PA 17390049 62168~5411 | $113.13 | | $33,740.26 |
| 06/08/2020 | 39393 POS PUR 06/07 14:39 WASHINGTON SHOP WASHINGTON PA 1 039393 ~5411 | $42.37 | | $33,697.89 |
| 06/08/2020 | 849581 PIN PUR 06/06 12:08 WASHINGTON RURAL WASHINGTON PA 02584173 01589~5999 | $30.32 | | $33,667.57 |
| 06/08/2020 | 18597 POS PUR 06/06 21:16 SPEEDWAY 02915 7 WASHINGTON PA 00000000 01859~5542 | $22.29 | | $33,645.28 |
| 06/08/2020 | 68447 POS PUR 06/07 08:55 HARBOR FREIGHT T WASHINGTON PA 00005541 06844~5251 | $16.94 | | $33,628.34 |
| 06/09/2020 | CHECK # 1310 | $207.69 | | $33,420.65 |
| 06/09/2020 | 40251 RECURRING 06/08 04:33 CCM* SEARS WARRAN 855-256-2467 FL 00000000 040~6300 | $69.99 | | $33,350.66 |



## FREE SMALL BUSINESS CHECKING - _____ (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/09/2020 | CHECK # 1297 | $61.28 | | $33,289.38 |
| 06/09/2020 | CHECK # 1312 | $50.00 | | $33,239.38 |
| 06/09/2020 | 58002 POS PUR 06/08 01:43 WWW.ADVANCEAUTOP 877-238-2623 VA 00000000 058~5533 | $42.91 | | $33,196.47 |
| 06/09/2020 | 69453 POS PUR 06/09 04:36 LOWES #00671* WASHINGTON PA 00000000 069453 ~5200 | $26.72 | | $33,169.75 |
| 06/09/2020 | 56699 POS PUR 06/08 18:12 WM SUPERCENTER # WASHINGTON PA 17390025 76366~5411 | $18.70 | | $33,151.05 |
| 06/10/2020 | CHECK # 1311 | $250.00 | | $32,901.05 |
| 06/10/2020 | CHECK # 1313 | $100.00 | | $32,801.05 |
| 06/10/2020 | PISI DV PARSE04 45944 | $72.41 | | $32,728.64 |
| 06/10/2020 | PISI DV PAR-V04 45944 | $13.50 | | $32,715.14 |
| 06/10/2020 | 34285 POS PUR 06/09 06:57 Kindle Unltd* MY7 866-321-8851 WA 00000000 034~5818 | $10.59 | | $32,704.55 |
| 06/11/2020 | 11964 POS PUR 06/11 09:51 Wal-Mart Super C WASHINGTON PA 17390025 01630~5411 | $40.53 | | $32,664.02 |
| 06/11/2020 | 24880 POS PUR 06/11 09:36 AMZN Mktp US* MY0 Amzn.com/bill WA 00000000 02~5942 | $36.92 | | $32,627.10 |
| 06/11/2020 | 56891 POS PUR 06/11 16:28 WM SUPERCENTER # WASHINGTON PA 17390050 20438~5411 | $25.80 | | $32,601.30 |
| 06/11/2020 | 424094 POS PUR 06/11 09:15 BP#9351941RUFF C WASHINGTON PA 39013701 42409~5542 | $25.00 | | $32,576.30 |
| 06/12/2020 | DEPOSIT | | $1,200.00 | $33,776.30 |
| 06/12/2020 | SALANDRA FUNERAL Payroll 135045010880745 | | $1,511.53 | $35,287.83 |
| 06/12/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $35,227.83 |
| 06/12/2020 | 42862 PIN PUR 06/12 12:58 WM SUPERCENTER # WASHINGTON PA 17390056 49339~5411 | $88.83 | | $35,139.00 |
| 06/12/2020 | 39731 POS PUR 06/12 23:00 AMZN Mktp US* MY6 Amzn.com/bill WA 00000000 03~5942 | $20.12 | | $35,118.88 |
| 06/12/2020 | 74000 POS PUR 06/11 08:16 JEFFREYS DRUG ST CANONSBURG PA 29235480 07400~5912 | $15.00 | | $35,103.88 |
| 06/12/2020 | 97128 POS PUR 06/11 23:25 USPS PO 41115205 CANONSBURG PA 00000000 09712~9402 | $12.40 | | $35,091.48 |
| 06/15/2020 | 30486 RETURN 06/13 23:25 THE HOME DEPOT # WASHINGTON PA 00000000 03048~5200 | | $9.75 | $35,101.23 |
| 06/15/2020 | 39166 POS PUR 06/14 13:06 SAMS CLUB #6251 WASHINGTON PA 62510094 613127~5300 | $232.79 | | $34,868.44 |
| 06/15/2020 | 59822 POS PUR 06/12 19:46 WAL-MART #1739 WASHINGTON PA 00000001 059822 ~5411 | $160.36 | | $34,708.08 |
| 06/15/2020 | 18830 POS PUR 06/13 23:07 MCKEAN PLUMBING WASHINGTON PA 02673398 018830~1711 | $40.92 | | $34,667.16 |
| 06/15/2020 | 71121 POS PUR 06/14 12:44 Wal-Mart Super C WASHINGTON PA 17390050 01666~5411 | $40.70 | | $34,626.46 |
| 06/15/2020 | 1004 POS PUR 06/12 09:22 LOMBARDI'S AMOCO WASHINGTON PA 002 001004 ~7538 | $25.00 | | $34,601.46 |
| 06/15/2020 | 72849 POS PUR 06/14 11:42 LOWES #00671* WASHINGTON PA 00000000 072849 ~5200 | $11.64 | | $34,589.82 |
| 06/15/2020 | 79129 POS PUR 06/13 18:25 LOWES #00671* WASHINGTON PA 00000000 079129 ~5200 | $10.58 | | $34,579.24 |
| 06/15/2020 | 68333 POS PUR 06/12 15:16 THE HOME DEPOT # WASHINGTON PA 00000000 06833~5200 | $9.75 | | $34,569.49 |
| 06/16/2020 | 64351 POS PUR 06/15 10:18 HP PRODUCT SVC&R 800-474-6836 CA 00000000 064~7399 | $31.79 | | $34,537.70 |
| 06/17/2020 | SSA TREAS 310 XXSOC SEC XXXXX9149A SSA | | $2,397.00 | $36,934.70 |
| 06/17/2020 | 51218 PIN PUR 06/17 15:53 WM SUPERCENTER # WASHINGTON PA 17390027 81792~5411 | $50.55 | | $36,884.15 |

**First National Bank**

4140 E. State Street
Hermitage, PA 16148

Statement Ending 06/30/2020

ANDREW F. KUZY, DEBTOR IN
Primary Account Number: 95466826

Page 5 of 6

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/18/2020 | 94742 POS PUR 06/17 17:08 JEFFREYS DRUG ST CANONSBURG PA 29235480 09474~5912 | $37.00 | | $36,847.15 |
| 06/18/2020 | 76805 RECURRING 06/17 12:02 Amazon Prime* MS8 Amzn.com/bill WA 00000000 07~5968 | $13.77 | | $36,833.38 |
| 06/19/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $36,773.38 |
| 06/19/2020 | CHECK # 1314 | $901.00 | | $35,872.38 |
| 06/19/2020 | 8801 POS PUR 06/19 12:07 LOWES #00671* WASHINGTON PA 00000000 008801 ~5200 | $130.00 | | $35,742.38 |
| 06/22/2020 | 47282 POS PUR 06/21 11:15 SAMS CLUB #6251 WASHINGTON PA 62510096 849008~5300 | $135.75 | | $35,606.63 |
| 06/22/2020 | CHECK # 1318 | $126.16 | | $35,480.47 |
| 06/22/2020 | 0899 POS PUR 06/20 01:24 Amazon.com* MS5CB Amzn.com/bill WA 00000000 00~5942 | $49.03 | | $35,431.44 |
| 06/23/2020 | CHECK # 1319 | $38.00 | | $35,393.44 |
| 06/24/2020 | DEPOSIT | | $1,300.00 | $36,693.44 |
| 06/24/2020 | 178875 PIN PUR 06/24 15:24 Wal-Mart Super C WASHINGTON PA 17390024 01763~5411 | $53.84 | | $36,639.60 |
| 06/24/2020 | CHECK # 1320 | $50.00 | | $36,589.60 |
| 06/24/2020 | 865362 POS PUR 06/24 07:00 BP#9351941RUFF C WASHINGTON PA 39013701 86536~5542 | $25.00 | | $36,564.60 |
| 06/24/2020 | 13903 POS PUR 06/23 16:01 JEFFREYS DRUG ST CANONSBURG PA 29235480 01390~5912 | $9.09 | | $36,555.51 |
| 06/25/2020 | 48307 POS PUR 06/24 09:12 WAL-MART #1739 WASHINGTON PA 00000001 048307 ~5912 | $25.76 | | $36,529.75 |
| 06/25/2020 | 84071 POS PUR 06/24 11:00 JEFFREYS DRUG ST CANONSBURG PA 29235480 08407~5912 | $17.16 | | $36,512.59 |
| 06/25/2020 | AMERICAN WATER E 00141479 CUS000000000027 | $3.99 | | $36,508.60 |
| 06/25/2020 | AMERICAN WATER E 00141479 CUS000000000027 | $3.99 | | $36,504.61 |
| 06/26/2020 | SALANDRA FUNERAL Payroll 221126715345383 | | $1,814.52 | $38,319.13 |
| 06/26/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $38,259.13 |
| 06/26/2020 | CHECK # 1323 | $278.58 | | $37,980.55 |
| 06/26/2020 | 40307 POS PUR 06/26 17:13 SAMS CLUB #6251 WASHINGTON PA 62510093 597026~5300 | $230.02 | | $37,750.53 |
| 06/26/2020 | 57447 POS PUR 06/25 12:14 PA DRIVER & VEHI 717-412-5300 PA 00000000 057~9399 | $38.00 | | $37,712.53 |
| 06/26/2020 | 85374 POS PUR 06/25 14:28 Amazon.com* MS772 Amzn.com/bill WA 00000000 08~5942 | $21.97 | | $37,690.56 |
| 06/29/2020 | CHECK # 1322 | $203.33 | | $37,487.23 |
| 06/29/2020 | 19502 POS PUR 06/28 01:35 LOWES #00671* WASHINGTON PA 00000000 019502 ~5200 | $163.59 | | $37,323.64 |
| 06/29/2020 | 19280 POS PUR 06/29 09:35 AMZN Mktp US* MJ3 Amzn.com/bill WA 00000000 01~5942 | $158.99 | | $37,164.65 |
| 06/29/2020 | 90365 PIN PUR 06/27 13:24 Wal-Mart Super C WASHINGTON PA 17390056 01796~5411 | $130.87 | | $37,033.78 |
| 06/29/2020 | 21016 POS PUR 06/26 06:10 AMZN MKTP US* MS5 AMZN.COM/BILL WA 00000000 02~5942 | $57.96 | | $36,975.82 |
| 06/29/2020 | 909194 POS PUR 06/29 05:42 Walmart.com Bentonville AR 02003144 062905909~5310 | $53.91 | | $36,921.91 |
| 06/29/2020 | 10354 POS PUR 06/27 02:29 AMZN Mktp US* MS6 Amzn.com/bill WA 00000000 01~5942 | $47.68 | | $36,874.23 |
| 06/29/2020 | 9533 PIN PUR 06/28 09:09 Wal-Mart Super C WASHINGTON PA 17390048 01800~5411 | $40.28 | | $36,833.95 |



## FREE SMALL BUSINESS CHECKING (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/29/2020 | 75231 POS PUR 06/26 12:02 SPEEDWAY 02915 7 WASHINGTON PA 00000000 07523~5542 | $25.10 | | $36,808.85 |
| 06/29/2020 | 99348 RECURRING 06/28 22:46 SXM* SIRIUSXM.COM 888-635-5144 NY 00000000 099~4899 | $21.87 | | $36,786.98 |
| 06/29/2020 | 96987 POS PUR 06/28 17:30 LOWES #00671* WASHINGTON PA 00000000 096987 ~5200 | $8.40 | | $36,778.58 |
| 06/29/2020 | 566459 POS PUR 06/28 08:12 Walmart.com Bentonville AR 02003144 062808566~5310 | $7.36 | | $36,771.22 |
| 06/30/2020 | COMM OF PA ANNUITANT APXXXXXX6746 | | $193.88 | $36,965.10 |
| 06/30/2020 | CHECK # 60001324 | $174.36 | | $36,790.74 |
| 06/30/2020 | 96956 POS PUR 06/29 15:42 WALMART GROCERY 800-966-6546 AR 00000000 0969~5411 | $129.80 | | $36,660.94 |
| 06/30/2020 | 3838 POS PUR 06/29 05:01 JEFFREYS DRUG ST CANONSBURG PA 29235480 00383~5912 | $10.00 | | $36,650.94 |
| 06/30/2020 | Balance This Statement | | | $36,650.94 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1297 | 06/09/2020 | $61.28 | 1309 | 06/04/2020 | $233.05 | 1319 | 06/23/2020 | $38.00 |
| 1303* | 06/02/2020 | $20.27 | 1310 | 06/09/2020 | $207.69 | 1320 | 06/24/2020 | $50.00 |
| 1304 | 06/04/2020 | $234.30 | 1311 | 06/10/2020 | $250.00 | 1322* | 06/29/2020 | $203.33 |
| 1305 | 06/05/2020 | $5.00 | 1312 | 06/09/2020 | $50.00 | 1323 | 06/26/2020 | $278.58 |
| 1306 | 06/04/2020 | $403.08 | 1313 | 06/10/2020 | $100.00 | 60001324* | 06/30/2020 | $174.36 |
| 1307 | 06/05/2020 | $34.96 | 1314 | 06/19/2020 | $901.00 | | | |
| 1308 | 06/02/2020 | $236.68 | 1318* | 06/22/2020 | $126.16 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06/01/2020 | $35,594.48 | 06/11/2020 | $32,576.30 | 06/23/2020 | $35,393.44 |
| 06/02/2020 | $35,216.77 | 06/12/2020 | $35,091.48 | 06/24/2020 | $36,555.51 |
| 06/03/2020 | $35,188.78 | 06/15/2020 | $34,569.49 | 06/25/2020 | $36,504.61 |
| 06/04/2020 | $34,318.35 | 06/16/2020 | $34,537.70 | 06/26/2020 | $37,690.56 |
| 06/05/2020 | $34,001.79 | 06/17/2020 | $36,884.15 | 06/29/2020 | $36,771.22 |
| 06/08/2020 | $33,628.34 | 06/18/2020 | $36,833.38 | 06/30/2020 | $36,650.94 |
| 06/09/2020 | $33,151.05 | 06/19/2020 | $35,742.38 | | |
| 06/10/2020 | $32,704.55 | 06/22/2020 | $35,431.44 | | |

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 06/16/2020**

ANDREW F KUZY
Primary Account Number:

Page 1 of 4

ADDRESS SERVICE REQUESTED
>009357 4400742 0001 092543 10Z

ANDREW F KUZY
COLLEEN A KUZY
TAX ESCROW ACCOUNT
531 WARRICK DR
WASHINGTON PA 15301-9513

### Managing Your Accounts

 Online — www.fnb-online.com

 By Phone — 1 800-555-5455

By Mail — 4140 E. State Street, Hermitage, PA 16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREESTYLE CHECKING | | $2,223.17 |

## FREESTYLE CHECKING -

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 05/16/2020 | Balance Last Statement | $1,987.12 |
| | 4 Credit(s) This Period | $240.00 |
| | 1 Debit(s) This Period | $3.95 |
| 06/16/2020 | Balance This Statement | $2,223.17 |

We pay overdrafts at our sole discretion. Excessive overdrafts on your account may result in First National Bank not paying your overdrafts and/or closure of your account.

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/16/2020 | Balance Last Statement | | | $1,987.12 |
| 05/22/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $2,047.12 |
| 05/29/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $2,107.12 |
| 06/05/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $2,167.12 |
| 06/12/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $2,227.12 |
| 06/16/2020 | PAPER STATEMENT FEE | $3.95 | | $2,223.17 |
| 06/16/2020 | Balance This Statement | | | $2,223.17 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05/22/2020 | $2,047.12 | 06/05/2020 | $2,167.12 | 06/16/2020 | $2,223.17 |
| 05/29/2020 | $2,107.12 | 06/12/2020 | $2,227.12 | | |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

| SALANDRA FUNERAL SERVICE INC. | ANDREW KUZY | |
|---|---|---|
| 304 WEST PIKE STREET | EMPLOYEE ID: 3 | |
| CANONSBURG PA 15317 | DEPARTMENT: 10 | **Paycor** |
| | DD RECEIPT: 1185952458 | |

| | | | FITWH | Filing Status: M Exemptions: 0 |
|---|---|---|---|---|
| Pay Period | 05/24/2020 - 06/06/2020 | | PA | Filing Status: M Exemptions: 0 |
| Pay Date | 06/12/2020 | | | |

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 22.50 | 77.50 | 1,743.75 | 627.00 | 20,498.75 |
| RemovalFee | | | 150.00 | | 1,425.00 |
| Total | | 77.50 | $1,893.75 | 627.00 | $21,923.75 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 157.13 | 1,804.85 |
| MED | 27.46 | 317.91 |
| SOC | 117.41 | 1,359.28 |
| PA | 58.14 | 673.06 |
| PAEUC | 1.14 | 13.16 |
| PACAI | 18.94 | 219.27 |
| PACAIL | 2.00 | 24.00 |
| Total | $382.22 | $4,411.53 |
| Net Pay | XXXX6826 | $1,511.53 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SALANDRA FUNERAL SERVICE INC.
304 WEST PIKE STREET
CANONSBURG PA 15317

Direct Deposit # 1185952458
Date 06/12/2020

Pay this Amount

** NON-NEGOTIABLE** DIRECT DEPOSIT RECEIPT **

VOID ** VOID **

10    DD

DIRECT DEPOSIT $1,511.53
TO ACCOUNT #  XXXX6826
BANK #        XXXXX8092

Pay to the
Order of

ANDREW KUZY
531 WARRICK DR
WASHINGTON PA 15301

NON-NEGOTIABLE

**SALANDRA FUNERAL SERVICE INC.**
304 WEST PIKE STREET
CANONSBURG PA 15317

EMPLOYEE ID: 3
DEPARTMENT: 10
DD RECEIPT:    1186803574

**Paycor**

| | | |
|---|---|---|
| Pay Period  06/07/2020 - 06/20/2020 | FITWH | Filing Status: M  Exemptions: 0 |
| Pay Date    06/26/2020 | PA | Filing Status: M  Exemptions: 0 |

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 22.50 | 98.50 | 2,216.25 | 725.50 | 22,715.00 |
| RemovalFee | | | 75.00 | | 1,500.00 |
| Total | | 98.50 | $2,291.25 | 725.50 | $24,215.00 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 204.83 | 2,009.68 |
| MED | 33.22 | 351.13 |
| SOC | 142.06 | 1,501.34 |
| PA | 70.34 | 743.40 |
| PAEUC | 1.37 | 14.53 |
| PACAI | 22.91 | 242.18 |
| PACAIL | 2.00 | 26.00 |
| Total | $476.73 | $4,888.26 |

Net Pay    XXXX6826    $1,814.52

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SALANDRA FUNERAL SERVICE INC.
304 WEST PIKE STREET
CANONSBURG PA 15317

Direct Deposit #  1186803574
Date    06/26/2020

Pay this Amount

** NON-NEGOTIABLE** DIRECT DEPOSIT RECEIPT **

VOID ** VOID **

10    DD

DIRECT DEPOSIT  $1,814.52
TO ACCOUNT #   XXXX6826
BANK #         XXXXX8092

Pay to the
Order of

ANDREW KUZY
531 WARRICK DR
WASHINGTON PA 15301

NON-NEGOTIABLE