UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re: Andrew F. Kuzy, and           :     Bankruptcy Case No.: 18-21728-CMB
       Colleen A. Kuzy,              :
                                     :     Chapter 11
         Debtors.                    :

Reporting Period: _July 2020_

MONTHLY OPERATING REPORT
(INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-I (INDV) | | |
| Schedule of Cash Receipts and Disbursements - | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____            8/10/20
Signature of Debtor                  Date

_____            8/10/2020
Signature of Joint Debtor            Date

_____            _____
Signature of Preparer                Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

| In Re: Andrew F. Kuzy, and Colleen A. Kuzy, | : | Bankruptcy Case No.: 18-21728-CMB |
| --- | --- | --- |
| Debtors. | : | Chapter 11 |

Reporting Period: _July 2020_

# INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

|  | Current Month Actual | Cumulative Filing to Date Actual |
| --- | --- | --- |
| Cash - Beginning of Month | 36,650.94 |  |
| **RECEIPTS** |  |  |
| Wages (Net) | 3383.21 |  |
| Interest and Dividend Income | 0 |  |
| Alimony and Child Support | 0 |  |
| Social Security and Pension Income | 2590.88 |  |
| Sale of Assets | 0 |  |
| Other Income (attach schedule) | 2500.00 |  |
| Total Receipts | 8474.09 |  |
| **DISBURSEMENTS** |  |  |
| ORDINARY ITEMS: |  |  |
| Mortgage Payment(s) | 0 |  |
| Rental Payment(s) | 0 |  |
| Other Secured Note Payments | 0 |  |
| Utilities | 1197.42 |  |
| Insurance | 158.32 |  |
| Auto Expense | 263.81 |  |
| Lease Payments | 0 |  |
| IRA Contributions | 0 |  |
| Repairs and Maintenance | 1205.66 |  |
| Medical Expenses | 387.57 |  |
| Household Expenses | 1929.94 |  |
| Charitable Contributions | 0 |  |
| Alimony and Child Support Payments | 0 |  |
| Taxes - Real Estate | 240.00 |  |
| Taxes - Personal Property | 0 |  |
| Taxes - Other (attach schedule) | 0 |  |
| Travel and Entertainment | 0 |  |
| Gifts | 0 |  |
| Other (attach schedule) | 50.00 |  |
| Total Ordinary Disbursements | 5432.72 |  |
| REORGANIZATION ITEMS: |  |  |
| Professional Fees | 750.00 |  |
| U. S. Trustee Fees | 650.00 |  |
| Other Reorganization Expenses (attach schedule) | 0 |  |
| Total Reorganization Items | 1400.00 |  |
| Total Disbursements (Ordinary + Reorganization) | 6832.72 |  |
| Net Cash Flow (Total Receipts - Total Disbursements) | 1641.37 |  |
| Cash - End of Month (Must equal reconciled bank | 34,292.31 |  |

(9/99)

| In Re: Andrew F. Kuzy, and | : | Bankruptcy Case No.: 18-21728-CMB |
| Colleen A. Kuzy, | : | |
| | : | Chapter 11 |
| Debtors. | : | |

Reporting Period:_____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| - Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

_____
_____
_____
_____
_____
_____
_____
_____

FORM MOR-5
(9/99)

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. :
Reporting Period:_____

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns tiled during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| FICA- Employee |  |  |  |  |  |  |
| FICA-Employer |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Federal Taxes |  |  |  |  |  |  |
| State and Local |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| Sales |  |  |  |  |  |  |
| Excise |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Real Property |  |  |  |  |  |  |
| Personal Property |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Stale and Local |  |  |  |  |  |  |
| Total Taxes |  |  |  |  |  |  |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable |  |  |  |  |  |  |
| Wages-Payable |  |  |  |  |  |  |
| Taxes Payable |  |  |  |  |  |  |
| Rent/Leases-Building |  |  |  |  |  |  |
| Rent/Leases- Equipment |  |  |  |  |  |  |
| Secured Debt/Adequate Protection |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Amounts Due to Insiders" |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Postpetition Debts |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.

_____
_____

*"Insider is defined in 11 U.S.C. Section 101(31)                                    FORM MOR-4

FORM MOR-1 (INDV)

In Re:  Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. : (9/99)

Reporting Period:_____

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| SCHMALZ | 2500 | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| WASH CO CLERK OF COURTS | 50.00 | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

SALANDRA FUNERAL SERVICE INC.
304 WEST PIKE STREET
CANONSBURG PA 15317

ANDREW KUZY
EMPLOYEE ID: 3
DEPARTMENT: 10
DD RECEIPT:   1187610257



| Pay Period | 06/21/2020 - 07/04/2020 | | FITWH | Filing Status: M  Exemptions: 0 |
| Pay Date | 07/10/2020 | | PA | Filing Status: M  Exemptions: 0 |

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 22.50 | 81.50 | 1,833.75 | 807.00 | 24,548.75 |
| RemovalFee | | | 150.00 | | 1,650.00 |
| Total | | 81.50 | $1,983.75 | 807.00 | $26,198.75 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 167.93 | 2,177.61 |
| MED | 28.76 | 379.89 |
| SOC | 122.99 | 1,624.33 |
| PA | 60.90 | 804.30 |
| PAEUC | 1.19 | 15.72 |
| PACAI | 19.84 | 262.02 |
| PACAIL | 2.00 | 28.00 |
| Total | $403.61 | $5,291.87 |

| Net Pay | XXXX6826 | $1,580.14 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SALANDRA FUNERAL SERVICE INC.
304 WEST PIKE STREET
CANONSBURG PA 15317

Direct Deposit # 1187610257
Date  07/10/2020

Pay this Amount

** NON-NEGOTIABLE ** DIRECT DEPOSIT RECEIPT **              VOID ** VOID **

10   DD

Pay to the
Order of

ANDREW KUZY
531 WARRICK DR
WASHINGTON PA 15301

DIRECT DEPOSIT $1,580.14
TO ACCOUNT #   XXXX6826
BANK #         XXXXX8092

NON-NEGOTIABLE

SALANDRA FUNERAL SERVICE INC.
304 WEST PIKE STREET
CANONSBURG PA 15317

ANDREW KUZY
EMPLOYEE ID: 3
DEPARTMENT: 10
DD RECEIPT:   1188545998

**Paycor**

Pay Period   07/05/2020 - 07/18/2020
Pay Date   07/24/2020

FITWH   Filing Status: M   Exemptions: 0
PA      Filing Status: M   Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 22.50 | 94.50 | 2,126.25 | 901.50 | 26,675.00 |
| RemovalFee | | | 150.00 | | 1,800.00 |
| Total | | 94.50 | $2,276.25 | 901.50 | $28,475.00 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 203.03 | 2,380.64 |
| MED | 33.01 | 412.90 |
| SOC | 141.13 | 1,765.46 |
| PA | 69.88 | 874.18 |
| PAEUC | 1.37 | 17.09 |
| PACAI | 22.76 | 284.78 |
| PACAIL | 2.00 | 30.00 |
| Total | $473.18 | $5,765.05 |

Net Pay   XXXX6826   $1,803.07

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SALANDRA FUNERAL SERVICE INC.
304 WEST PIKE STREET
CANONSBURG PA 15317

Direct Deposit #  1188545998
Date   07/24/2020

Pay this Amount

** NON-NEGOTIABLE ** DIRECT DEPOSIT RECEIPT **

VOID ** VOID **

10   DD

Pay to the
Order of

ANDREW KUZY
531 WARRICK DR
WASHINGTON PA 15301

DIRECT DEPOSIT $1,803.07
TO ACCOUNT #   XXXX6826
BANK #   XXXXX8092

**NON-NEGOTIABLE**

# First National Bank

**Statement Ending 07/31/2020**

4140 E. State Street
Hermitage, PA 16148

ANDREW F. KUZY, DEBTOR IN                    Page 1 of 6
Primary Account Number:

ADDRESS SERVICE REQUESTED
>007217 4655144 0001 092543 10Z

ANDREW F. KUZY, DEBTOR IN POSSESSION
COLLEEN A. KUZY, DEBTOR IN POSSESSION
JACQUELINE SCHMALZ
531 WARRICK DR
WASHINGTON PA 15301-9513

### Managing Your Accounts

 Online          www.fnb-online.com

 By Phone        1 800-555-5455

By Mail         4140 E. State Street
                Hermitage, PA  16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | | $38,292.31 |

## FREE SMALL BUSINESS CHECKING -

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 07/01/2020 | Balance Last Statement | $36,650.94 | Minimum Balance | $35,283.40 |
| | 6 Credit(s) This Period | $8,474.09 | Average Ledger Balance | $37,155.00 |
| | 74 Debit(s) This Period | $6,832.72 | Average Available Balance | $37,155.00 |
| 07/31/2020 | Balance This Statement | $38,292.31 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/01/2020 | Balance Last Statement | | | $36,650.94 |
| 07/01/2020 | CHECK # 1325 | $460.08 | | $36,190.86 |
| 07/01/2020 | 0009 POS PUR 06/30 01:48 STOPPERICH ORAL MCMURRAY PA 00009953 000009 ~8021 | $89.95 | | $36,100.91 |
| 07/01/2020 | 31766 POS PUR 07/01 16:34 WM SUPERCENTER # WASHINGTON PA 17390049 13401~5411 | $58.40 | | $36,042.51 |
| 07/01/2020 | 33834 POS PUR 06/30 08:11 SPEEDWAY 02915 7 WASHINGTON PA 00000000 03383~5542 | $25.57 | | $36,016.94 |
| 07/01/2020 | 75819 RECURRING 07/01 14:57 SCENTBOX.COM 866-274-4123 CA 00000000 075819 ~5964 | $19.95 | | $35,996.99 |
| 07/02/2020 | 990762 RECURRING 07/02 10:01 NETFLIX COM LOS GATOS CA 003 018400990762 ~4899 | $13.77 | | $35,983.22 |
| 07/02/2020 | 44750 POS PUR 07/01 09:39 JEFFREYS DRUG ST CANONSBURG PA 29235480 04475~5912 | $2.52 | | $35,980.70 |
| 07/03/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $35,920.70 |
| 07/03/2020 | 80484 POS PUR 07/02 23:21 MEDEXPRESS UC PA 304-2252500 WV 23657763 0804~8011 | $250.00 | | $35,670.70 |
| 07/03/2020 | 27765 PIN PUR 07/03 17:02 WM SUPERCENTER # WASHINGTON PA 17390051 51817~5411 | $103.65 | | $35,567.05 |
| 07/06/2020 | 33007 POS PUR 07/04 10:10 WM SUPERCENTER # WASHINGTON PA 17390050 64798~5411 | $72.71 | | $35,494.34 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

**First National Bank**

4140 E. State Street
Hermitage, PA 16148

*Statement Ending 07/31/2020*

*ANDREW F. KUZY, DEBTOR IN*

*Primary Account Number:*

*Page 3 of 6*

# FREE SMALL BUSINESS CHECKING -         (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/06/2020 | 16172 POS PUR 07/03 18:55 JEFFREYS DRUG ST CANONSBURG PA 29235480 01617~5912 | $4.00 | | $35,490.34 |
| 07/06/2020 | 76419 POS PUR 07/04 20:17 AMZNFreeTime* MJ1 888-802-3080 WA 00000000 076~5735 | $3.17 | | $35,487.17 |
| 07/07/2020 | 1165 POS PUR 07/07 21:57 LOWES #00671* WASHINGTON PA 00000000 001165 ~5200 | $24.07 | | $35,463.10 |
| 07/08/2020 | 165140 POS PUR 07/08 15:59 WAL-MART #1739 WASHINGTON PA 24173901 165140 ~5411 | $47.19 | | $35,415.91 |
| 07/08/2020 | 85300 POS PUR 07/07 21:06 AMAZON.COM* MJ2I6 AMZN.COM/BILL WA 00000000 08~5942 | $8.49 | | $35,407.42 |
| 07/09/2020 | 76697 RECURRING 07/08 02:05 CCM* SEARS WARRAN 855-256-2467 FL 00000000 076~6300 | $69.99 | | $35,337.43 |
| 07/09/2020 | 481466 POS PUR 07/09 07:39 BP#9351941RUFF C WASHINGTON PA 39013701 48146~5542 | $31.00 | | $35,306.43 |
| 07/09/2020 | 22239 POS PUR 07/08 16:56 SPEEDWAY 02915 7 WASHINGTON PA 00000000 02223~5542 | $23.03 | | $35,283.40 |
| 07/10/2020 | DEPOSIT | | $1,200.00 | $36,483.40 |
| 07/10/2020 | SALANDRA FUNERAL Payroll 1515755 10385795 | | $1,580.14 | $38,063.54 |
| 07/10/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $38,003.54 |
| 07/10/2020 | CHECK # 1330 | $324.76 | | $37,678.78 |
| 07/10/2020 | 82405 POS PUR 07/10 20:49 AMZN Mktp US* MJ4 Amzn.com/bill WA 00000000 08~5942 | $158.99 | | $37,519.79 |
| 07/10/2020 | 57598 POS PUR 07/10 17:44 SAMS CLUB #6251 WASHINGTON PA 62510096 352016~5300 | $139.93 | | $37,379.86 |
| 07/10/2020 | PISI DV PARSE04 45944 | $72.41 | | $37,307.45 |
| 07/10/2020 | 67995 POS PUR 07/10 14:26 AMZN Mktp US* MJ4 Amzn.com/bill WA 00000000 06~5942 | $27.55 | | $37,279.90 |
| 07/10/2020 | PISI DV PAR-V04 45944 | $13.50 | | $37,266.40 |
| 07/10/2020 | 25030 POS PUR 07/09 02:15 Kindle Unltd* MJ3 866-321-8851 WA 00000000 025~5818 | $10.59 | | $37,255.81 |
| 07/13/2020 | CHECK # 1332 | $901.00 | | $36,354.81 |
| 07/13/2020 | CHECK # 1327 | $207.69 | | $36,147.12 |
| 07/13/2020 | 20151 POS PUR 07/11 12:08 WM SUPERCENTER # WASHINGTON PA 17390052 57409~5411 | $135.00 | | $36,012.12 |
| 07/13/2020 | CHECK # 1329 | $50.00 | | $35,962.12 |
| 07/13/2020 | 847241 POS PUR 07/11 17:45 BP#9351941RUFF C WASHINGTON PA 39013701 84724~5542 | $23.04 | | $35,939.08 |
| 07/14/2020 | 0141 POS PUR 07/12 02:04 THE HOME DEPOT # WASHINGTON PA 00000000 00014~5200 | $128.46 | | $35,810.62 |
| 07/15/2020 | SSA TREAS 310 XXSOC SEC XXXXX9149A SSA | | $2,397.00 | $38,207.62 |
| 07/15/2020 | 24240 POS PUR 07/14 04:10 JEFFREYS DRUG ST CANONSBURG PA 29235480 02424~5912 | $15.00 | | $38,192.62 |
| 07/16/2020 | CHECK # 1334 | $138.43 | | $38,054.19 |
| 07/16/2020 | 24856 POS PUR 07/15 03:41 HP PRODUCT SVC&R 800-474-6836 CA 00000000 024~7399 | $31.79 | | $38,022.40 |
| 07/16/2020 | 434964 POS PUR 07/16 12:51 SPEEDWAY 02915 7 WASHINGTON PA 99999999 43496~5542 | $28.76 | | $37,993.64 |
| 07/16/2020 | 17279 POS PUR 07/16 12:58 LOWES #00671* WASHINGTON PA 00000000 017279 ~5200 | $3.69 | | $37,989.95 |
| 07/17/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $37,929.95 |
| 07/17/2020 | CHECK # 1333 | $135.00 | | $37,794.95 |

# FREE SMALL BUSINESS CHECKING - (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/20/2020 | 185537 POS PUR 07/18 13:14 WAL-MART #1739 WASHINGTON PA 17390045 0200366~5411 | $80.29 | | $37,714.66 |
| 07/20/2020 | 264595 POS PUR 07/19 11:04 Wal-Mart Super C WASHINGTON PA 17390048 02017~5411 | $40.93 | | $37,673.73 |
| 07/20/2020 | 11337 POS PUR 07/20 09:47 AMZN Mktp US* MV9 Amzn.com/bill WA 00000000 01~5942 | $30.73 | | $37,643.00 |
| 07/20/2020 | 20513 RECURRING 07/17 07:14 Amazon Prime* MJ2 Amzn.com/bill WA 00000000 02~5968 | $13.77 | | $37,629.23 |
| 07/23/2020 | CHECK # 1339 | $50.00 | | $37,579.23 |
| 07/23/2020 | CHECK # 1336 | $38.00 | | $37,541.23 |
| 07/23/2020 | 2250 POS PUR 07/22 09:15 JEFFREYS DRUG ST CANONSBURG PA 29235480 00225~5912 | $19.29 | | $37,521.94 |
| 07/23/2020 | 14187 POS PUR 07/22 10:28 KWIK FILL 236 HOUSTON PA URCC0236 014187 ~5542 | $17.50 | | $37,504.44 |
| 07/24/2020 | SALANDRA FUNERAL Payroll 184649181620367 | | $1,803.07 | $39,307.51 |
| 07/24/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $39,247.51 |
| 07/24/2020 | CHECK # 1335 | $110.00 | | $39,137.51 |
| 07/27/2020 | 86199 POS PUR 07/26 11:29 SAMSCLUB #6251 WASHINGTON PA 00000001 086199 ~5300 | $172.94 | | $38,964.57 |
| 07/27/2020 | 48041 POS PUR 07/25 18:17 WALMART GROCERY 800-966-6546 AR 00000000 0480~5411 | $92.40 | | $38,872.17 |
| 07/27/2020 | 31606 PIN PUR 07/25 11:09 THE HOME DEPOT # WASHINGTON PA 06230385 03160~5200 | $89.51 | | $38,782.66 |
| 07/27/2020 | 9845 POS PUR 07/24 08:24 ADVANCE AUTO PAR WASHINGTON PA 1245002 009845~5533 | $42.98 | | $38,739.68 |
| 07/27/2020 | 776852 PIN PUR 07/25 12:35 THE HOME DEPOT # WASHINGTON PA 06230397 77685~5200 | $40.53 | | $38,699.15 |
| 07/27/2020 | 976796 POS PUR 07/25 16:18 URRARO OIL COMPA FAIRVIEW PA 0000QS90 0207139~5542 | $29.50 | | $38,669.65 |
| 07/27/2020 | 616199 POS PUR 07/25 17:01 WAL-MART #1739 WASHINGTON PA 24173901 616199 ~5411 | $29.06 | | $38,640.59 |
| 07/27/2020 | 52462 POS PUR 07/24 09:47 JEFFREYS DRUG ST CANONSBURG PA 29235480 05246~5912 | $26.25 | | $38,614.34 |
| 07/27/2020 | 249838 PIN PUR 07/26 11:49 WASHINGTON RURAL WASHINGTON PA 02584173 02082~5999 | $21.18 | | $38,593.16 |
| 07/27/2020 | 0548 POS PUR 07/27 00:29 AMAZON.COM* MV2CL AMZN.COM/BILL WA 00000000 00~5942 | $20.73 | | $38,572.43 |
| 07/27/2020 | 16158 POS PUR 07/25 18:34 WALMART GROCERY 800-966-6546 AR 00000000 0161~5411 | $4.80 | | $38,567.63 |
| 07/27/2020 | AMERICAN WATER E 00141479 CUS000000000027 | $3.99 | | $38,563.64 |
| 07/27/2020 | AMERICAN WATER E 00141479 CUS000000000027 | $3.99 | | $38,559.65 |
| 07/28/2020 | 15351 PIN PUR 07/28 11:45 GIANT-EAGLE #007 McMurray PA 70039000 250991 ~5411 | $86.73 | | $38,472.92 |
| 07/28/2020 | 16647 POS PUR 07/28 11:39 COUNTRY FAIR #84 ERIE PA 12 016647 ~5542 | $30.00 | | $38,442.92 |
| 07/28/2020 | 37158 RECURRING 07/28 20:11 SXM* SIRIUSXM.COM 888-635-5144 NY 00000000 037~4899 | $21.87 | | $38,421.05 |
| 07/29/2020 | CHECK # 1338 | $250.00 | | $38,171.05 |
| 07/29/2020 | CHECK # 1328 | $250.00 | | $37,921.05 |
| 07/29/2020 | CHECK # 1321 | $250.00 | | $37,671.05 |
| 07/30/2020 | 36036 POS PUR 07/29 05:32 JEFFREYS DRUG ST CANONSBURG PA 29235480 03603~5912 | $19.20 | | $37,651.85 |
| 07/31/2020 | DEPOSIT | | $1,300.00 | $38,951.85 |
| 07/31/2020 | COMM OF PA ANNUITANT APXXXXXX5647 | | $193.88 | $39,145.73 |
| 07/31/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $39,085.73 |

**First National Bank**

4140 E. State Street
Hermitage, PA 16148

*Statement Ending 07/31/2020*

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 5 of 6

## FREE SMALL BUSINESS CHECKING -    (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/31/2020 | CHECK # 1342 | $650.00 | | $38,435.73 |
| 07/31/2020 | CHECK # 1341 | $123.47 | | $38,312.26 |
| 07/31/2020 | 54532 RECURRING 07/31 16:07 SCENTBOX.COM 866-274-4123 CA 00000000 054532 ~5964 | $19.95 | | $38,292.31 |
| 07/31/2020 | Balance This Statement | | | $38,292.31 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1321 | 07/29/2020 | $250.00 | 1330 | 07/10/2020 | $324.76 | 1336 | 07/23/2020 | $38.00 |
| 1325* | 07/01/2020 | $460.08 | 1332* | 07/13/2020 | $901.00 | 1338* | 07/29/2020 | $250.00 |
| 1327* | 07/13/2020 | $207.69 | 1333 | 07/17/2020 | $135.00 | 1339 | 07/23/2020 | $50.00 |
| 1328 | 07/29/2020 | $250.00 | 1334 | 07/16/2020 | $138.43 | 1341* | 07/31/2020 | $123.47 |
| 1329 | 07/13/2020 | $50.00 | 1335 | 07/24/2020 | $110.00 | 1342 | 07/31/2020 | $650.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07/01/2020 | $35,996.99 | 07/10/2020 | $37,255.81 | 07/23/2020 | $37,504.44 |
| 07/02/2020 | $35,980.70 | 07/13/2020 | $35,939.08 | 07/24/2020 | $39,137.51 |
| 07/03/2020 | $35,567.05 | 07/14/2020 | $35,810.62 | 07/27/2020 | $38,559.65 |
| 07/06/2020 | $35,487.17 | 07/15/2020 | $38,192.62 | 07/28/2020 | $38,421.05 |
| 07/07/2020 | $35,463.10 | 07/16/2020 | $37,989.95 | 07/29/2020 | $37,671.05 |
| 07/08/2020 | $35,407.42 | 07/17/2020 | $37,794.95 | 07/30/2020 | $37,651.85 |
| 07/09/2020 | $35,283.40 | 07/20/2020 | $37,629.23 | 07/31/2020 | $38,292.31 |

# First National Bank

4140 E. State Street
Hermitage, PA 16148

ADDRESS SERVICE REQUESTED

>009188 4557175 0001 092543 10Z

ANDREW F KUZY
COLLEEN A KUZY
TAX ESCROW ACCOUNT
531 WARRICK DR
WASHINGTON PA 15301-9513

## Statement Ending 07/16/2020

ANDREW F KUZY                                   Page 1 of 4
Primary Account Number:

### Managing Your Accounts

 Online        www.fnb-online.com

 By Phone      1 800-555-5455

By Mail       4140 E. State Street
              Hermitage, PA  16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREESTYLE CHECKING | | $2,459.22 |

## FREESTYLE CHECKING -

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 06/17/2020 | Balance Last Statement | $2,223.17 |
| | 4 Credit(s) This Period | $240.00 |
| | 1 Debit(s) This Period | $3.95 |
| 07/16/2020 | Balance This Statement | $2,459.22 |

We pay overdrafts at our sole discretion. Excessive overdrafts on your account may result in First National Bank not paying your overdrafts and/or closure of your account.

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/17/2020 | Balance Last Statement | | | $2,223.17 |
| 06/19/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $2,283.17 |
| 06/26/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $2,343.17 |
| 07/03/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $2,403.17 |
| 07/10/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $2,463.17 |
| 07/16/2020 | PAPER STATEMENT FEE | $3.95 | | $2,459.22 |
| 07/16/2020 | Balance This Statement | | | $2,459.22 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06/19/2020 | $2,283.17 | 07/03/2020 | $2,403.17 | 07/16/2020 | $2,459.22 |
| 06/26/2020 | $2,343.17 | 07/10/2020 | $2,463.17 | | |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts