# PROCEEDING MEMO

**Date:** 08/25/2020 02:00 pm

**In re:**   Andrew F. Kuzy
       Colleen A. Kuzy

   Bankruptcy No. 18-21728-CMB
   Chapter: 11-NOT A SMALL BUSINESS
   Doc. # 91

**Appearances:** BY PHONE: Norma Hildenbrand; Brian Kile; Jeffrey Sikirica

**Nature of Proceeding:** #91 Status Conference Hearing Re: Motion to Convert from Chapter 11 to Chapter 7 Pursuant to 11 U.S.C. Section 1112(b)

**Additional Pleadings:** #95  Response by Debtors
   #96  Certificate of Service of Docket #95
   #100  Hearing Held 08/28/2019 - Continued to Status Conference on 11/21/2019 at 10:00 a.m.
   #117  Order Signed 10/04/2019 - Status Conference scheduled for 11/21/2019 at 10:00 a.m. is changed to an Evidentiary Hearing
   #121  Consent Motion To Continue Evidentiary Hearing
   #122  Order Signed 11/13/2019 Granting Docket #121.  Evidentiary Hearing scheduled for 11/21/2019 at 10:00 a.m. is CANCELLED and RESCHEDULED for 02/25/2020 at 2:00 p.m.
   #125  TEXT ORDER Signed 12/20/2019 - Chapter 11 Trustee to file Status Report on or before 01/30/2020
   #128  Status Report Dated 01/30/2020 by Trustee Jeffrey J. Sikirica
   #133  Motion To Continue Evidentiary Hearing Scheduled for 02/25/2020 at 2:00 p.m.
   #134  Order Signed 02/18/2020 Granting Docket #133.  Evidentiary Hearing scheduled for 02/25/2020 at 2:00 p.m. is CANCELLED and RESCHEDULED to a Status Conference Hearing on 05/11/2020 at 2:00 p.m.
   #136 Monthly Financial Report for January, 2020
   #137 Monthly Financial Report for March, 2020
   #138 TEXT ORDER: The Status Conference hearing scheduled on Docket #91 - Motion of The United States Trustee To Convert Case To Chapter 7 Pursuant To 11 U.S.C. Section 1112(b) - scheduled for 05/11/2020 at 2:00 p.m., will now be a TELEPHONIC HEARING. Parties should refer to Chief Judge Bohm's Modified Telephonic Procedures effective March 16, 2020 (Updated April 30, 2020) on the Court's Website for information regarding appearing telephonically with Court Call
   #139 TEXT ORDER: **AS TO TIME ONLY** - The TELEPHONIC Status Conference Hearing scheduled for 05/11/2020 at 2:00 p.m. on - #91  Status Conference Hearing Re: Motion to Convert from Chapter 11 to Chapter 7 Pursuant to 11 U.S.C. Section 1112(b)  is RESCHEDULED (AS TO TIME ONLY) to: 05/11/2020 at 2:30 p.m.
   #140 Monthly Financial Report for February, 2020
   #141 Proceeding Memo from TELEPHONIC Hearing Held 05/11/2020 at 2:30 p.m. - CONTINUED Telephonic Hearing scheduled for 07/16/2020 at 2:00 p.m.
   #143 Monthly Financial Report for April, 2020
   #145 Monthly Financial Report for May, 2020
   #146 Status Report Dated 07/02/2020
   #147 Motion To Continue Telephonic Status Conference Hearing
   #148 Order Signed 07/14/2020 Granting Docket #147 - The Status Conference Hearing scheduled for 07/16/2020 at 2:00 p.m. is Continued to: 08/25/2020 at 2:00 p.m.

**Judge's Notes:**

Sikirica: Originally asked for continuance re restitution order in Washington County. Did receive a response but was asked to wait for 2 weeks before filing a plan to give time to speak with Attorney General in Harrisburg. The intention is still to file a plan.

Hildenbrand: No objection to continuance to give Trustee time to confirm numbers and get a plan filed. If able to get that done, will go through plan confirmation process. If plan is filed, may be able to withdraw this motion.

OUTCOME: Continued to 10/6 at 1:30pm. At this time, scheduled as telephonic; however, may be changed to Zoom.

**Carlota Böhm**
**Chief U.S. Bankruptcy Court**

FILED
8/25/20 3:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Andrew F. Kuzy  
Colleen A. Kuzy  
    Debtors

Case No. 18-21728-CMB  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Aug 25, 2020  
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2020.  
db/jdb     +Andrew F. Kuzy,    Colleen A. Kuzy,    531 Warrick Drive,    Washington, PA 15301-9513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2020          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2020 at the address(es) listed below:

    Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General akovalchick@attorneygeneral.gov  
    Brian C. Thompson    on behalf of Debtor Andrew F. Kuzy bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com  
    Brian C. Thompson    on behalf of Joint Debtor Colleen A. Kuzy bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com  
    Brian M. Kile    on behalf of Creditor   Key Bank, N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com  
    James Warmbrodt    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com  
    Jeffrey J. Sikirica    on behalf of Trustee Jeffrey J. Sikirica trusteesikirica@zoominternet.net, PA59@ecfcbis.com  
    Norma Hildenbrand,   on Behalf of the United States Trustee by   on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov  
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
                                            TOTAL: 8