# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Andrew F. Kuzy, and           :      Bankruptcy Case No.: 18-21728-CMB
        Colleen A. Kuzy,              :

                             :      Chapter 11
        Debtors.                  :

Reporting Period: _August 2020_

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
**File with Court and submit copy to United States Trustee within 14 days after end of month**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-I (INDV) | | |
| Schedule of Cash Receipts and Disbursements - | MOR-I (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____       _9/13/20_
**Signature of Debtor**                          **Date**

_____       _9/13/20_
**Signature of Joint Debtor**                   **Date**

_____       _____
**Signature of Preparer**                       **Date**

_____
**Printed Name of Preparer**

**FORM MOR (INDV)**
**(10/00)**

| In Re: | Andrew F. Kuzy, and | : | Bankruptcy Case No.: 18-21728-CMB |
| | Colleen A. Kuzy, | : | |
| | | : | Chapter 11 |
| | Debtors. | : | |

Reporting Period: _August 2020_

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account .

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 38292.31 | |
| **RECEIPTS** | | |
| Wages (Net) | 3743.33 | |
| Interest and Dividend Income | 0 | |
| Alimony and Child Support | 0 | |
| Social Security and Pension Income | 2590.88 | |
| Sale of Assets | 0 | |
| Other Income (attach schedule) | 2556.11 | |
| Total Receipts | 8890.32 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 0 | |
| Rental Payment(s) | 0 | |
| Other Secured Note Payments | 0 | |
| Utilities | 1183.61 | |
| Insurance | 1276.92 | |
| Auto Expense | 229.50 | |
| Lease Payments | 0 | |
| IRA Contributions | 0 | |
| Repairs and Maintenance | 1529.37 | |
| Medical Expenses | 675.37 | |
| Household Expenses | 1661.75 | |
| Charitable Contributions | 0 | |
| Alimony and Child Support Payments | 0 | |
| Taxes - Real Estate | 240.00 | |
| Taxes - Personal Property | 6 | |
| Taxes - Other (attach schedule) | 0 | |
| Travel and Entertainment | 0 | |
| Gifts | 0 | |
| Other (attach schedule) | 63.00 | |
| Total Ordinary Disbursements | 6859.52 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 250.00 | |
| U. S. Trustee Fees | 0 | |
| Other Reorganization Expenses (attach schedule) | 0 | |
| Total Reorganization Items | 250.00 | |
| **Total Disbursements (Ordinary + Reorganization)** | 7109.52 | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 1780.80 | |
| **Cash - End of Month (Must equal reconciled bank** | 40,073.11 | |

FORM MOR-1 (INDV)

| In Re: | Andrew F. Kuzy, and | : | Bankruptcy Case No.: 18-21728-CMB |
| | Colleen A. Kuzy, | : | |
| | | : | Chapter 11 |
| | Debtors. | : | (9/99) |

Reporting Period:_____

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| SCHMALZ | 2500.00 | |
| RETURN | 56.11 | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| CHILD. ABUSE CLEARANCES | 13.00 | |
| WASH. Co. CLERK OF COURTS | 50.00 | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

In Re:  Andrew F. Kuzy, and                    :        Bankruptcy Case No.: 18-21728-CMB
        Colleen A. Kuzy,                       :
                                               :        Chapter 11
        Debtors.                               :
                                               Reporting Period:_____

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns tiled during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FI CA- Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| **Total Federal Taxes** | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| **Total Stale and Local** | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| **Accounts Payable** | | | | | | |
| **Wages-Payable** | | | | | | |
| **Taxes Payable** | | | | | | |
| **Rent/Leases-Building** | | | | | | |
| **Rent/Leases- Equipment** | | | | | | |
| **Secured Debt/Adequate Protection** | | | | | | |
| **Professional Fees** | | | | | | |
| **Amounts Due to Insiders"** | | | | | | |
| **Other:** | | | | | | |
| **Other:** | | | | | | |
| **Total Postpetition Debts** | | | | | | |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.

_____

_____

_____

*"Insider is defined in 11 U.S.C. Section 101(31)                              FORM MOR-4

(9/99)

In Re: **Andrew F. Kuzy, and**     :     **Bankruptcy Case No.: 18-21728-CMB**
       **Colleen A. Kuzy,**     :
                            :     **Chapter 11**
          **Debtors.**     :

**Reporting Period:**_____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| - Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

_____
_____
_____
_____
_____
_____
_____
_____
_____

**FORM MOR-5**
**(9/99)**

# First National Bank

**4140 E. State Street**
**Hermitage, PA 16148**

*Statement Ending 08/31/2020*

*ANDREW F. KUZY, DEBTOR IN*                          Page 1 of 6
**Primary Account Number:**

ADDRESS SERVICE REQUESTED

>005849 4874120 0001 092543 10Z

ANDREW F. KUZY, DEBTOR IN POSSESSION
COLLEEN A. KUZY, DEBTOR IN POSSESSION
JACQUELINE SCHMALZ
531 WARRICK DR
WASHINGTON PA 15301-9513

## Managing Your Accounts

 Online     www.fnb-online.com

 By Phone     1 800-555-5455

By Mail     4140 E. State Street
          Hermitage, PA 16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | | $40,073.11 |

## FREE SMALL BUSINESS CHECKING -

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 08/01/2020 | Balance Last Statement | $38,292.31 | Minimum Balance | $35,183.62 |
| | 7 Credit(s) This Period | $8,890.32 | Average Ledger Balance | $37,983.13 |
| | 94 Debit(s) This Period | $7,109.52 | Average Available Balance | $37,983.13 |
| 08/31/2020 | Balance This Statement | $40,073.11 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/01/2020 | Balance Last Statement | | | $38,292.31 |
| 08/03/2020 | 54548 POS PUR 08/02 07:33 SAMS CLUB #6251 WASHINGTON PA 15754548 054548~5300 | $181.84 | | $38,110.47 |
| 08/03/2020 | 600883 PIN PUR 08/02 11:37 Wal-Mart Super C WASHINGTON PA 17390045 02156~5411 | $105.50 | | $38,004.97 |
| 08/03/2020 | 410298 POS PUR 08/03 14:52 WAL-MART #1739 WASHINGTON PA 24173901 410298 ~5411 | $31.55 | | $37,973.42 |
| 08/03/2020 | 504703 POS PUR 08/02 16:23 BP#9351941RUFF C WASHINGTON PA 39013701 50470~5542 | $29.00 | | $37,944.42 |
| 08/03/2020 | 575033 PIN PUR 08/01 09:45 CANONSBURG SHOP CANONSBURG PA 53460201 575033~5411 | $26.99 | | $37,917.43 |
| 08/03/2020 | 162485 POS PUR 08/03 13:23 SPEEDWAY 02915 7 WASHINGTON PA 99999999 16248~5542 | $22.45 | | $37,894.98 |
| 08/03/2020 | 37138 BILLPAY 08/02 04:43 NETFLIX.COM netflix.com CA 00001000 089355 ~4899 | $13.77 | | $37,881.21 |
| 08/03/2020 | 542798 POS PUR 08/03 17:47 Wal-Mart Super C WASHINGTON PA 17390046 02164~5411 | $9.35 | | $37,871.86 |
| 08/04/2020 | CHECK # 1343 | $416.06 | | $37,455.80 |
| 08/04/2020 | CHECK # 1340 | $130.00 | | $37,325.80 |
| 08/04/2020 | 10288 POS PUR 08/04 09:18 HI-HAT CLEANERS HOUSTON PA 05416057 021724130~4214 | $13.50 | | $37,312.30 |
| 08/05/2020 | CHECK # 1348 | $320.52 | | $36,991.78 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
• For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
• For business accounts, click on https://www.fnb-online.com/business-overdrafts

# First National Bank

**4140 E. State Street**
**Hermitage, PA 16148**

**Statement Ending 08/31/2020**

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 3 of 6

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/05/2020 | 62287 POS PUR 08/04 14:41 WALMART GROCERY 800-966-6546 AR 00000000 0622~5411 | $212.46 | | $36,779.32 |
| 08/05/2020 | 11329 POS PUR 08/04 14:19 WALMART GROCERY 800-966-6546 AR 00000000 0113~5411 | $17.05 | | $36,762.27 |
| 08/05/2020 | 22823 POS PUR 08/04 15:58 WALMART GROCERY 800-966-6546 AR 00000000 0228~5411 | $7.36 | | $36,754.91 |
| 08/06/2020 | CHECK # 1347 | $171.60 | | $36,583.31 |
| 08/06/2020 | CHECK # 1337 | $51.31 | | $36,532.00 |
| 08/06/2020 | CHECK # 1346 | $50.00 | | $36,482.00 |
| 08/07/2020 | SALANDRA FUNERAL Payroll 842526943213210 | | $1,828.79 | $38,310.79 |
| 08/07/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $38,250.79 |
| 08/07/2020 | 16050 PIN PUR 08/07 16:36 WM SUPERCENTER # WASHINGTON PA 17390051 24529~5411 | $57.89 | | $38,192.90 |
| 08/10/2020 | CHECK # 1344 | $233.56 | | $37,959.34 |
| 08/10/2020 | 697956 POS PUR 08/10 05:10 Walmart.com Bentonville AR 02003144 081005697~5310 | $189.71 | | $37,769.63 |
| 08/10/2020 | 39020 POS PUR 08/09 14:00 SAMS CLUB #6251 WASHINGTON PA 62510094 788947~5300 | $84.78 | | $37,684.85 |
| 08/10/2020 | 72100 POS PUR 08/08 12:47 WAL-MART #1739 WASHINGTON PA 17390056 0221422~5411 | $74.68 | | $37,610.17 |
| 08/10/2020 | PISI DV PARSE04 45944 | $72.41 | | $37,537.76 |
| 08/10/2020 | 5259 POS PUR 08/09 19:55 LOWES #00671* WASHINGTON PA 00000000 005259 ~5200 | $65.90 | | $37,471.86 |
| 08/10/2020 | 510016 POS PUR 08/09 09:26 BP#9351941RUFF C WASHINGTON PA 39013701 51001~5542 | $21.70 | | $37,450.16 |
| 08/10/2020 | PISI DV PAR-V04 45944 | $13.50 | | $37,436.66 |
| 08/10/2020 | 53783 POS PUR 08/09 15:24 Kindle Unltd* MF8 866-321-8851 WA 00000000 053~5818 | $10.59 | | $37,426.07 |
| 08/11/2020 | 8326 POS PUR 08/09 02:45 ADORAMA.COM 800-2282443 NY 70698994 008326 ~5969 | $338.14 | | $37,087.93 |
| 08/11/2020 | CHECK # 1345 | $250.00 | | $36,837.93 |
| 08/11/2020 | 19748 RECURRING 08/10 04:54 CCM* SEARS WARRAN 855-256-2467 FL 00000000 019~6300 | $69.99 | | $36,767.94 |
| 08/11/2020 | CHECK # 1351 | $13.00 | | $36,754.94 |
| 08/12/2020 | CHECK # 1350 | $144.37 | | $36,610.57 |
| 08/12/2020 | 32620 POS PUR 08/12 17:48 WM SUPERCENTER # WASHINGTON PA 17390051 20736~5411 | $28.73 | | $36,581.84 |
| 08/12/2020 | 51555 POS PUR 08/11 17:39 USPS PO 41115205 CANONSBURG PA 00000000 05155~9402 | $12.40 | | $36,569.44 |
| 08/13/2020 | CHECK # 1349 | $251.55 | | $36,317.89 |
| 08/13/2020 | 502015 PIN PUR 08/13 07:41 LOWE'S #671 WASHINGTON PA 001 502015 ~5200 | $28.29 | | $36,289.60 |
| 08/14/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $36,229.60 |
| 08/14/2020 | CHECK # 1353 | $278.00 | | $35,951.60 |
| 08/14/2020 | CHECK # 1352 | $135.21 | | $35,816.39 |
| 08/14/2020 | 30057 POS PUR 08/13 00:43 PA CHILD ABUSE C 877-371-5422 PA 00000000 030~9399 | $13.00 | | $35,803.39 |
| 08/17/2020 | CHECK # 1354 | $278.58 | | $35,524.81 |
| 08/17/2020 | 24447 POS PUR 08/16 13:12 SAMS CLUB #6251 WASHINGTON PA 62510090 677405~5300 | $155.69 | | $35,369.12 |
| 08/17/2020 | 24251 POS PUR 08/15 03:26 Amazon.com* MF9HY Amzn.com/bill WA 00000000 02~5942 | $60.90 | | $35,308.22 |

## FREE SMALL BUSINESS CHECKING - (          (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|-----------|-------------|--------|---------|---------|
| 08/17/2020 | 132979 PIN PUR 08/17 14:18 TARGET T-1216 33 Washington PA 99999999 13297~5310 | $40.11 | | $35,268.11 |
| 08/17/2020 | 7873 POS PUR 08/15 20:36 HP PRODUCT SVC&R 800-474-6836 CA 00000000 007~7399 | $31.79 | | $35,236.32 |
| 08/17/2020 | 889147 POS PUR 08/16 16:22 SAMSCLUB #6251 WASHINGTON PA 24625101 889147 ~5542 | $17.12 | | $35,219.20 |
| 08/17/2020 | 82061 POS PUR 08/15 07:57 AMZN Mktp US* MM3 Amzn.com/bill WA 00000000 08~5942 | $11.44 | | $35,207.76 |
| 08/17/2020 | 90063 POS PUR 08/15 09:56 Amazon.com* MF2HI Amzn.com/bill WA 00000000 09~5942 | $10.37 | | $35,197.39 |
| 08/18/2020 | 19032 RECURRING 08/17 07:09 Amazon Prime* MM8 Amzn.com/bill WA 00000000 01~5968 | $13.77 | | $35,183.62 |
| 08/19/2020 | DEPOSIT | | $1,100.00 | $36,283.62 |
| 08/19/2020 | SSA TREAS 310 XXSOC SEC XXXXX9149A SSA | | $2,397.00 | $38,680.62 |
| 08/19/2020 | 86575 POS PUR 08/18 11:34 WAL-MART #1739 WASHINGTON PA 00000001 086575 ~5411 | $17.12 | | $38,663.50 |
| 08/19/2020 | 66079 POS PUR 08/18 09:19 WAL-MART #1739 WASHINGTON PA 00000001 066079 ~5912 | $3.45 | | $38,660.05 |
| 08/20/2020 | 340441 POS PUR 08/20 15:08 Wal-Mart Super C WASHINGTON PA 17390045 02336~5411 | $38.50 | | $38,621.55 |
| 08/21/2020 | SALANDRA FUNERAL Payroll 612488220441300 | | $1,914.54 | $40,536.09 |
| 08/21/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $40,476.09 |
| 08/21/2020 | 41318 POS PUR 08/21 21:10 AMZN Mktp US* MM0 Amzn.com/bill WA 00000000 04~5942 | $31.79 | | $40,444.30 |
| 08/21/2020 | 292944 POS PUR 08/21 10:35 BP#9351941RUFF C WASHINGTON PA 39013701 29294~5542 | $25.01 | | $40,419.29 |
| 08/21/2020 | 77828 POS PUR 08/21 06:44 Amazon.com* MM3PD Amzn.com/bill WA 00000000 07~5942 | $19.07 | | $40,400.22 |
| 08/24/2020 | 52276 POS PUR 08/23 11:55 SAMS CLUB #6251 WASHINGTON PA 62510095 398744~5300 | $255.79 | | $40,144.43 |
| 08/24/2020 | 32115 POS PUR 08/21 12:39 WALMART GROCERY 800-966-6546 AR 00000000 0321~5411 | $211.46 | | $39,932.97 |
| 08/24/2020 | 3823 POS PUR 08/24 21:38 AMZN Mktp US* MM3 Amzn.com/bill WA 00000000 00~5942 | $111.08 | | $39,821.89 |
| 08/24/2020 | 679383 PIN PUR 08/23 11:21 WAL-MART #1739 WASHINGTON PA 24173901 679383 ~5411 | $74.13 | | $39,747.76 |
| 08/24/2020 | 15255 PIN PUR 08/22 16:56 HARBOR FREIGHT T WASHINGTON PA 04870553 02354~5251 | $51.91 | | $39,695.85 |
| 08/24/2020 | 360426 POS PUR 08/23 18:38 SPEEDWAY 02915 7 WASHINGTON PA 99999999 36042~5542 | $25.34 | | $39,670.51 |
| 08/24/2020 | 38700 POS PUR 08/22 05:11 AMZN Mktp US* MM6 Amzn.com/bill WA 00000000 03~5942 | $20.12 | | $39,650.39 |
| 08/24/2020 | 27008 POS PUR 08/21 13:16 WALMART GROCERY 800-966-6546 AR 00000000 0270~5411 | $14.46 | | $39,635.93 |
| 08/24/2020 | 65686 POS PUR 08/24 07:46 AMZN Mktp US* MM6 Amzn.com/bill WA 00000000 06~5942 | $13.77 | | $39,622.16 |
| 08/24/2020 | 43222 POS PUR 08/22 17:04 SAMS CLUB #6251 WASHINGTON PA 62510088 794764~5542 | $11.31 | | $39,610.85 |
| 08/24/2020 | 91079 POS PUR 08/21 12:59 WALMART GROCERY 800-966-6546 AR 00000000 0910~5411 | $8.52 | | $39,602.33 |
| 08/24/2020 | 24593 POS PUR 08/22 09:49 LOWES #00671* WASHINGTON PA 00000000 024593 ~5200 | $5.69 | | $39,596.64 |
| 08/25/2020 | 71245 POS PUR 08/24 12:27 JEFFREYS DRUG ST CANONSBURG PA 29235480 07124~5912 | $24.92 | | $39,571.72 |
| 08/25/2020 | AMERICAN WATER E 00141479 CUS000000000027 | $3.99 | | $39,567.73 |
| 08/25/2020 | AMERICAN WATER E 00141479 CUS000000000027 | $3.99 | | $39,563.74 |

# First National Bank

**Statement Ending 08/31/2020**

4140 E. State Street
Hermitage, PA 16148

*ANDREW F. KUZY, DEBTOR IN*

*Page 5 of 6*

Primary Account Number:

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/26/2020 | 27374 POS PUR 08/26 11:40 LOWES #00671* WASHINGTON PA 00000000 027374 ~5200 | $20.42 | | $39,543.32 |
| 08/26/2020 | 93684 POS PUR 08/25 00:09 JEFFREYS DRUG ST CANONSBURG PA 29235480 09368~5912 | $17.25 | | $39,526.07 |
| 08/27/2020 | 49139 RETURN 08/27 13:47 AMZN Mktp US Amzn.com/bill WA 00000000 049139~5942 | | $56.11 | $39,582.18 |
| 08/27/2020 | 60002 POS PUR 08/26 00:03 LOMBARDI'S AMOCO WASHINGTON PA 06516777 06000~7538 | $79.01 | | $39,503.17 |
| 08/27/2020 | 346729 PIN PUR 08/27 13:38 KOHLS 1022 353 W WASHINGTON PA 99999999 34672~5311 | $48.90 | | $39,454.27 |
| 08/27/2020 | 248384 POS PUR 08/27 09:22 SAMSCLUB #6251 WASHINGTON PA 62510094 0240031~5411 | $46.49 | | $39,407.78 |
| 08/28/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $39,347.78 |
| 08/28/2020 | 453102 PIN PUR 08/28 08:16 STOPPERICH ORAL MCMURRAY PA 04079953 453102 ~8021 | $270.22 | | $39,077.56 |
| 08/28/2020 | 60006 RECURRING 08/27 13:46 AMBULATORY ANEST 412-937-1900 PA 00954540 060~8011 | $229.50 | | $38,848.06 |
| 08/28/2020 | 61889 RECURRING 08/28 16:35 SXM* SIRIUSXM.COM 888-635-5144 NY 00000000 061~4899 | $21.87 | | $38,826.19 |
| 08/28/2020 | 71004 POS PUR 08/28 14:39 Amazon.com* MM5VM Amzn.com/bill WA 00000000 07~5942 | $14.74 | | $38,811.45 |
| 08/28/2020 | 20276 POS PUR 08/28 02:08 AMZN Mktp US* MU9 Amzn.com/bill WA 00000000 02~5942 | $7.42 | | $38,804.03 |
| 08/31/2020 | DEPOSIT | | $1,400.00 | $40,204.03 |
| 08/31/2020 | COMM OF PA ANNUITANT APXXXXXX6632 | | $193.88 | $40,397.91 |
| 08/31/2020 | CHECK # 1355 | $125.00 | | $40,272.91 |
| 08/31/2020 | 792512 PIN PUR 08/29 17:15 WAL-MART #1739 WASHINGTON PA 24173901 792512 ~5411 | $51.93 | | $40,220.98 |
| 08/31/2020 | 17719 POS PUR 08/29 03:07 MCKEAN PLUMBING WASHINGTON PA 02673398 017719~1711 | $43.35 | | $40,177.63 |
| 08/31/2020 | 165225 POS PUR 08/30 05:31 Walmart.com Bentonville AR 02003144 083005165~5310 | $30.13 | | $40,147.50 |
| 08/31/2020 | 99409 RECURRING 08/31 00:48 SCENTBOX.COM 866-274-4123 CA 00000000 099409 ~5964 | $19.95 | | $40,127.55 |
| 08/31/2020 | 48102 POS PUR 08/29 20:45 LOWES #00671* WASHINGTON PA 00000000 048102 ~5200 | $17.42 | | $40,110.13 |
| 08/31/2020 | 225427 POS PUR 08/30 11:14 Walmart.com Bentonville AR 02003144 083011225~5310 | $15.77 | | $40,094.36 |
| 08/31/2020 | 67309 POS PUR 08/28 12:37 JEFFREYS DRUG ST CANONSBURG PA 29235480 09368~5912 | $8.48 | | $40,085.88 |
| 08/31/2020 | 3577 POS PUR 08/30 16:58 SAMS CLUB #6251 WASHINGTON PA 62510088 775454~5542 | $7.81 | | $40,078.07 |
| 08/31/2020 | 368661 POS PUR 08/31 11:25 Walmart.com Bentonville AR 02003144 083111368~5310 | $4.96 | | $40,073.11 |
| 08/31/2020 | **Balance This Statement** | | | **$40,073.11** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1337 | 08/06/2020 | $51.31 | 1345 | 08/11/2020 | $250.00 | 1349 | 08/13/2020 | $251.55 |
| 1340* | 08/04/2020 | $130.00 | 1346 | 08/06/2020 | $50.00 | 1350 | 08/12/2020 | $144.37 |
| 1343* | 08/04/2020 | $416.06 | 1347 | 08/06/2020 | $171.60 | 1351 | 08/11/2020 | $13.00 |
| 1344 | 08/10/2020 | $233.56 | 1348 | 08/05/2020 | $320.52 | 1352 | 08/14/2020 | $135.21 |

# First National Bank

**Statement Ending 08/14/2020**

4140 E. State Street
Hermitage, PA 16148

*ANDREW F KUZY*                                                    **Page 1 of 4**
**Primary Account Number:**

ADDRESS SERVICE REQUESTED

>021741 4734779 0001 092543 10Z

ANDREW F KUZY
COLLEEN A KUZY
TAX ESCROW ACCOUNT
531 WARRICK DR
WASHINGTON PA 15301-9513

## Managing Your Accounts

| | | |
|---|---|---|
|  Online | www.fnb-online.com | |
| By Phone | 1 800-555-5455 | |
| By Mail | 4140 E. State Street Hermitage, PA 16148 | |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREESTYLE CHECKING | | $2,755.27 |

# FREESTYLE CHECKING -

## Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/17/2020 | Balance Last Statement | $2,459.22 |
| | 5 Credit(s) This Period | $300.00 |
| | 1 Debit(s) This Period | $3.95 |
| 08/14/2020 | Balance This Statement | $2,755.27 |

## Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/17/2020 | Balance Last Statement | | | $2,459.22 |
| 07/17/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $2,519.22 |
| 07/24/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $2,579.22 |
| 07/31/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $2,639.22 |
| 08/07/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $2,699.22 |
| 08/14/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $2,759.22 |
| 08/14/2020 | PAPER STATEMENT FEE | $3.95 | | $2,755.27 |
| 08/14/2020 | Balance This Statement | | | $2,755.27 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07/17/2020 | $2,519.22 | 07/31/2020 | $2,639.22 | 08/14/2020 | $2,755.27 |
| 07/24/2020 | $2,579.22 | 08/07/2020 | $2,699.22 | | |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale
debit card transactions affect your account, please visit the following websites:
• For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
• For business accounts, click on https://www.fnb-online.com/business-overdrafts

**SALANDRA FUNERAL SERVICE INC.**
304 WEST PIKE STREET
CANONSBURG PA 15317

ANDREW KUZY
EMPLOYEE ID: 3
DEPARTMENT: 10
DD RECEIPT:   1189414673



| Pay Period | 07/19/2020 - 08/01/2020 | | | FITWH | Filing Status: M Exemptions: 0 |
| Pay Date | 08/07/2020 | | | PA | Filing Status: M Exemptions: 0 |

| Earnings | RATE | HOUR/UNIT | | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|---|
| Hourly | 22.50 | 96.00 | | 2,160.00 | 997.50 | 28,835.00 |
| RemovalFee | | | | 150.00 | | 1,950.00 |
| **Total** | | 96.00 | | **$2,310.00** | 997.50 | $30,785.00 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 207.08 | 2,587.72 |
| MED | 33.50 | 446.40 |
| SOC | 143.22 | 1,908.68 |
| PA | 70.92 | 945.10 |
| PAEUC | 1.39 | 18.48 |
| PACAI | 23.10 | 307.88 |
| PACAIL | 2.00 | 32.00 |
| **Total** | **$481.21** | $6,246.26 |

| Net Pay | XXXX6826 | $1,828.79 |
|---|---|---|

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SALANDRA FUNERAL SERVICE INC.
304 WEST PIKE STREET
CANONSBURG PA 15317

Direct Deposit #   1189414673
Date    08/07/2020

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **

VOID ** VOID **

10    DD

Pay to the
Order of

**ANDREW KUZY**
531 WARRICK DR
WASHINGTON PA 15301

DIRECT DEPOSIT $1,828.79
TO ACCOUNT #    XXXX6826
BANK #          XXXXX8092

**N O N - N E G O T I A B L E**

**SALANDRA FUNERAL SERVICE INC.**
304 WEST PIKE STREET
CANONSBURG PA 15317

ANDREW KUZY
EMPLOYEE ID: 3
DEPARTMENT: 10
DD RECEIPT:  1190245678



| | | | | | |
|---|---|---|---|---|---|
| Pay Period | 08/02/2020 - 08/15/2020 | | FITWH | Filing Status: M Exemptions: 0 | |
| Pay Date | 08/21/2020 | | PA | Filing Status: M Exemptions: 0 | |

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 22.50 | 91.00 | 2,047.50 | 1,088.50 | 30,882.50 |
| RemovalFee | | | 375.00 | | 2,325.00 |
| **Total** | | 91.00 | **$2,422.50** | 1,088.50 | **$33,207.50** |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 220.58 | 2,808.30 |
| MED | 35.13 | 481.53 |
| SOC | 150.20 | 2,058.88 |
| PA | 74.37 | 1,019.47 |
| PAEUC | 1.45 | 19.93 |
| PACAI | 24.23 | 332.11 |
| PACAIL | 2.00 | 34.00 |
| **Total** | **$507.96** | **$6,754.22** |

| Net Pay | XXXX6826 | $1,914.54 |
|---|---|---|

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SALANDRA FUNERAL SERVICE INC.
304 WEST PIKE STREET
CANONSBURG PA 15317

Direct Deposit #  1190245678

Date    08/21/2020

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **        VOID ** VOID **

Pay to the
Order of                    10    DD

**ANDREW KUZY**
531 WARRICK DR
WASHINGTON PA 15301

DIRECT DEPOSIT $1,914.54
TO ACCOUNT #    XXXX6826
BANK #                  XXXXX8092

**N O N - N E G O T I A B L E**