**Date: 10/06/2020 01:30 pm**

In re:    Andrew F. Kuzy
              Colleen A. Kuzy

                                                    Bankruptcy No. 18-21728-CMB
                                                    Chapter: 11-NOT A SMALL BUSINESS
                                                    Doc. # 91

**Appearances:  BY PHONE:  Norma Hildenbrand; Jeffrey Sikirica; Brent Lemon**

**Nature of Proceeding: #91 Continued Status Conference Hearing Re: Motion to Convert from Chapter 11 to Chapter 7 Pursuant to 11 U.S.C. Section 1112(b)**

**Additional Pleadings: #95 Response by Debtors**
            **#96 Certificate of Service of Docket #95**
            **#100 Hearing Held 08/28/2019 - Continued to Status Conference on 11/21/2019 at 10:00 a.m.**
            **#117 Order Signed 10/04/2019 - Status Conference scheduled for 11/21/2019 at 10:00 a.m. is changed to an Evidentiary Hearing**
            **#121 Consent Motion To Continue Evidentiary Hearing**
            **#122 Order Signed 11/13/2019 Granting Docket #121. Evidentiary Hearing scheduled for 11/21/2019 at 10:00 a.m. is CANCELLED and RESCHEDULED for 02/25/2020 at 2:00 p.m.**
            **#125 TEXT ORDER Signed 12/20/2019 - Chapter 11 Trustee to file Status Report on or before 01/30/2020**
            **#128 Status Report Dated 01/30/2020 by Trustee Jeffrey J. Sikirica**
            **#133 Motion To Continue Evidentiary Hearing Scheduled for 02/25/2020 at 2:00 p.m.**
            **#134 Order Signed 02/18/2020 Granting Docket #133. Evidentiary Hearing scheduled for 02/25/2020 at 2:00 p.m. is CANCELLED and RESCHEDULED to a Status Conference Hearing on 05/11/2020 at 2:00 p.m.**
            **#138 TEXT ORDER: The Status Conference hearing scheduled on Docket #91 - Motion of The United States Trustee To Convert Case To Chapter 7 Pursuant To 11 U.S.C. Section 1112(b) - scheduled for 05/11/2020 at 2:00 p.m., will now be a TELEPHONIC HEARING. Parties should refer to Chief Judge Bohm's Modified Telephonic Procedures effective March 16, 2020 (Updated April 30, 2020) on the Court's Website for information regarding appearing telephonically with Court Call**
            **#139 TEXT ORDER: **AS TO TIME ONLY** - The TELEPHONIC Status Conference Hearing scheduled for 05/11/2020 at 2:00 p.m. on - #91 Status Conference Hearing Re: Motion to Convert from Chapter 11 to Chapter 7 Pursuant to 11 U.S.C. Section 1112(b) is RESCHEDULED (AS TO TIME ONLY) to: 05/11/2020 at 2:30 p.m.**
            **#141 Proceeding Memo from TELEPHONIC Hearing Held 05/11/2020 at 2:30 p.m. - CONTINUED Telephonic Hearing scheduled for 07/16/2020 at 2:00 p.m.**
            **#146 Status Report Dated 07/02/2020**
            **#147 Motion To Continue Telephonic Status Conference Hearing**
            **#148 Order Signed 07/14/2020 Granting Docket #147 - The Status Conference Hearing scheduled for 07/16/2020 at 2:00 p.m. is Continued to: 08/25/2020 at 2:00 p.m.**
            **#150 Monthly Financial Report for June, 2020**
            **#151 Monthly Financial Report for July, 2020**
            **#152 Telephonic Status Conference Hearing Held 08/25/2020 - Telephonic Status Conference Hearing Continued for 10/06/2020 at 1:30 p.m.; however may be changed to ZOOM**

**Judge's Notes:**

- Sikirica: Was waiting for answers in Boros proceeding. Upon resolution of that will file a plan and see if any objections are filed.
- Hildenbrand: Suggest a month continuance may be appropriate.
- Lemon: no additional comment.

OUTCOME: Continued to 11/17 at 2pm. If a plan is filed and UST can withdraw the motion then the Court will can cancel the hearing.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
10/6/20 1:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 18-21728-CMB

Andrew F. Kuzy                                                                      Chapter 11

Colleen A. Kuzy

     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: gamr | Page 1 of 2
:--- | :---: | ---:
Date Rcvd: Oct 06, 2020 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2020:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Andrew F. Kuzy, Colleen A. Kuzy, 531 Warrick Drive, Washington, PA 15301-9513 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| jdb | *+ | Colleen A. Kuzy, 531 Warrick Drive, Washington, PA 15301-9513 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2020                          Signature:              /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Anthony T. Kovalchick | on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov |
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Andrew F. Kuzy bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com |
| Brian C. Thompson | |

on behalf of Joint Debtor Colleen A. Kuzy bthompson@ThompsonAttorney.com
blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.
com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com

Brian M. Kile
    on behalf of Creditor Key Bank  N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

Jeffrey J. Sikirica
    on behalf of Trustee Jeffrey J. Sikirica trusteesikirica@zoominternet.net  PA59@ecfcbis.com

Norma Hildenbrand, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov


TOTAL: 8