UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re: Andrew F. Kuzy, and
Colleen A. Kuzy,

Debtors.

: Bankruptcy Case No.: 18-21728-CMB
:
: Chapter 11
:

Reporting Period: _September 2020_

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_/s/ Andrew Kuzy_          10/18/20
**Signature of Debtor**                **Date**

_/s/ Colleen Kuzy_          10/18/20
**Signature of Joint Debtor**              **Date**

_____          _____
**Signature of Preparer**                **Date**

_____
**Printed Name of Preparer**

FORM MOR (INDV)
(10/00)

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. :

Reporting Period: September 2020

# INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 40073.11 | |
| **RECEIPTS** | | |
| Wages (Net) | 3068.80 | |
| Interest and Dividend Income | 0 | |
| Alimony and Child Support | 0 | |
| Social Security and Pension Income | 2590.88 | |
| Sale of Assets | 0 | |
| Other Income (attach schedule) | 3976.97 | |
| Total Receipts | 9636.65 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 0 | |
| Rental Payment(s) | 0 | |
| Other Secured Note Payments | 0 | |
| Utilities | 846.08 | |
| Insurance | 264.49 | |
| Auto Expense | 211.40 | |
| Lease Payments | 0 | |
| IRA Contributions | 0 | |
| Repairs and Maintenance | 1407.26 | |
| Medical Expenses | 432.55 | |
| Household Expenses | 1662.38 | |
| Charitable Contributions | 0 | |
| Alimony and Child Support Payments | 0 | |
| Taxes - Real Estate | 2718.52 | |
| Taxes - Personal Property | 0 | |
| Taxes - Other (attach schedule) | 240 | |
| Travel and Entertainment | 0 | |
| Gifts | 0 | |
| Other (attach schedule) | 121.23 | |
| Total Ordinary Disbursements | 7903.91 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 500.00 | |
| U. S. Trustee Fees | 0 | |
| Other Reorganization Expenses (attach schedule) | 0 | |
| Total Reorganization Items | 500 | |
| Total Disbursements (Ordinary + Reorganization) | 8403.91 | |
| Net Cash Flow (Total Receipts - Total Disbursements) | 1232.74 | |
| Cash - End of Month (Must equal reconciled bank | 41305.85 | |

FORM MOR-1 (INDV)

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. :
(9/99)

Reporting Period: September 2020

INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Return | 47.00 | |
| Return | 29.97 | |
| Schmalz | 1200.00 | |
| Transfer for Taxes | 2700 | |
| **Other Taxes** | | |
| Freestyle Taxes | 240 | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Legal - Fingerprints | 23.85 | |
| Vital US | 47.38 | |
| Wash Co Clerk of Courts | 50.00 | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. :

Reporting Period:_____

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns tiled during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| FICA- Employee |  |  |  |  |  |  |
| FICA-Employer |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Federal Taxes |  |  |  |  |  |  |
| State and Local |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| Sales |  |  |  |  |  |  |
| Excise |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Real Property |  |  |  |  |  |  |
| Personal Property |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total State and Local |  |  |  |  |  |  |
| Total Taxes |  |  |  |  |  |  |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
|  |  | 0-30 | 31-60 | 61-90 | Over 90 |  |
| Accounts Payable |  |  |  |  |  |  |
| Wages-Payable |  |  |  |  |  |  |
| Taxes Payable |  |  |  |  |  |  |
| Rent/Leases-Building |  |  |  |  |  |  |
| Rent/Leases- Equipment |  |  |  |  |  |  |
| Secured Debt/Adequate Protection |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Amounts Due to Insiders" |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Postpetition Debts |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.
_____
_____

*"Insider is defined in 11 U.S.C. Section 101(31)    FORM MOR-4

(9/99)

| | |
|---|---|
| In Re: Andrew F. Kuzy, and<br>Colleen A. Kuzy,<br><br>Debtors. | Bankruptcy Case No.: 18-21728-CMB<br><br>Chapter 11 |

Reporting Period:_____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| - Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

FORM MOR-5
(9/99)

**SALANDRA FUNERAL SERVICE INC.**
304 WEST PIKE STREET
CANONSBURG PA 15317

**ANDREW KUZY**
EMPLOYEE ID: 3
DEPARTMENT: 10
DD RECEIPT:   1191139816



Pay Period   08/16/2020 - 08/29/2020
Pay Date     09/04/2020

FITWH   Filing Status: M   Exemptions: 0
PA      Filing Status: M   Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 22.50 | 84.00 | 1,890.00 | 1,172.50 | 32,772.50 |
| RemovalFee | | | 150.00 | | 2,475.00 |
| Total | | 84.00 | $2,040.00 | 1,172.50 | $35,247.50 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 174.68 | 2,982.98 |
| MED | 29.58 | 511.11 |
| SOC | 126.48 | 2,185.36 |
| PA | 62.63 | 1,082.10 |
| PAEUC | 1.22 | 21.15 |
| PACAI | 20.40 | 352.51 |
| PACAIL | 2.00 | 36.00 |
| Total | $416.99 | $7,171.21 |

Net Pay   XXXX6826   $1,623.01

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**SALANDRA FUNERAL SERVICE INC.**
304 WEST PIKE STREET
CANONSBURG PA 15317

Direct Deposit #   1191139816
Date   09/04/2020

Pay this Amount

**\*\* NON-NEGOTIABLE \*\* DIRECT DEPOSIT RECEIPT \*\***   VOID \*\* VOID \*\*

Pay to the Order of

ANDREW KUZY
531 WARRICK DR
WASHINGTON PA 15301

10   DD

DIRECT DEPOSIT $1,623.01
TO ACCOUNT #   XXXX6826
BANK #         XXXXX8092

**NON-NEGOTIABLE**

**SALANDRA FUNERAL SERVICE INC.**
304 WEST PIKE STREET
CANONSBURG PA 15317

ANDREW KUZY
EMPLOYEE ID: 3
DEPARTMENT: 10
DD RECEIPT: 1192077013



| Pay Period | 08/30/2020 - 09/12/2020 | | | FITWH | Filing Status: M Exemptions: 0 | |
|---|---|---|---|---|---|---|
| Pay Date | 09/18/2020 | | | PA | Filing Status: M Exemptions: 0 | |

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 22.50 | 77.00 | 1,732.50 | 1,249.50 | 34,505.00 |
| RemovalFee | | | 75.00 | | 2,550.00 |
| Total | | 77.00 | $1,807.50 | 1,249.50 | $37,055.00 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 146.78 | 3,129.76 |
| MED | 26.21 | 537.32 |
| SOC | 112.07 | 2,297.43 |
| PA | 55.49 | 1,137.59 |
| PAEUC | 1.08 | 22.23 |
| PACAI | 18.08 | 370.59 |
| PACAIL | 2.00 | 38.00 |
| Total | $361.71 | $7,532.92 |

| Net Pay | XXXX6826 | $1,445.79 |
|---|---|---|

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SALANDRA FUNERAL SERVICE INC.
304 WEST PIKE STREET
CANONSBURG PA 15317

Direct Deposit #  1192077013
Date  09/18/2020

Pay this Amount

**\*\* NON-NEGOTIABLE \*\* DIRECT DEPOSIT RECEIPT \*\***    VOID \*\* VOID \*\*

DIRECT DEPOSIT $1,445.79
TO ACCOUNT #   XXXX6826
BANK #   XXXXX8092

Pay to the
Order of    10   DD

ANDREW KUZY
531 WARRICK DR
WASHINGTON PA 15301

NON-NEGOTIABLE

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 09/16/2020**

ANDREW F KUZY                    Page 1 of 4
Primary Account Number:

**ADDRESS SERVICE REQUESTED**

>008764  4965468  0001  092543  10Z

ANDREW F KUZY
COLLEEN A KUZY
TAX ESCROW ACCOUNT
531 WARRICK DR
WASHINGTON PA 15301-9513

### Managing Your Accounts

 Online       www.fnb-online.com
 By Phone     1 800-555-5455
 By Mail      4140 E. State Street
                                  Hermitage, PA  16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREESTYLE CHECKING | | $2,991.32 |

# FREESTYLE CHECKING -

## Account Summary

| Date | Description | Amount |
|---|---|---|
| 08/15/2020 | Balance Last Statement | $2,755.27 |
|  | 4 Credit(s) This Period | $240.00 |
|  | 1 Debit(s) This Period | $3.95 |
| 09/16/2020 | Balance This Statement | $2,991.32 |

## Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/15/2020 | Balance Last Statement | | | $2,755.27 |
| 08/21/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $2,815.27 |
| 08/28/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $2,875.27 |
| 09/04/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $2,935.27 |
| 09/11/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $2,995.27 |
| 09/16/2020 | PAPER STATEMENT FEE | $3.95 | | $2,991.32 |
| 09/16/2020 | Balance This Statement | | | $2,991.32 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/21/2020 | $2,815.27 | 09/04/2020 | $2,935.27 | 09/16/2020 | $2,991.32 |
| 08/28/2020 | $2,875.27 | 09/11/2020 | $2,995.27 | | |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

**First National Bank**

4140 E. State Street
Hermitage, PA 16148

**ADDRESS SERVICE REQUESTED**

>005494 5058926 0001 092543 10Z

ANDREW F. KUZY, DEBTOR IN POSSESSION
COLLEEN A. KUZY, DEBTOR IN POSSESSION
JACQUELINE SCHMALZ
531 WARRICK DR
WASHINGTON PA 15301-9513

**Statement Ending 09/30/2020**

ANDREW F. KUZY, DEBTOR IN    Page 1 of 6
Primary Account Number:

## Managing Your Accounts

 Online           www.fnb-online.com

 By Phone      1 800-555-5455

 By Mail          4140 E. State Street
                                                Hermitage, PA 16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | | $41,305.85 |

## FREE SMALL BUSINESS CHECKING -

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 09/01/2020 | Balance Last Statement | $40,073.11 | Minimum Balance | $38,731.83 |
| | 8 Credit(s) This Period | $9,636.65 | Average Ledger Balance | $40,822.17 |
| | 91 Debit(s) This Period | $8,403.91 | Average Available Balance | $40,822.17 |
| 09/30/2020 | Balance This Statement | $41,305.85 | | |

Effective December 1, 2020, business check deposits made over the teller line will not be immediately available for withdrawal. Business teller line check deposits will still be available to pay items that are presented to your account the same evening. However, in some cases, we may delay your availability to withdraw funds beyond the first business day.

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/01/2020 | Balance Last Statement | | | $40,073.11 |
| 09/01/2020 | CHECK # 1356 | $250.00 | | $39,823.11 |
| 09/02/2020 | CHECK # 1359 | $318.68 | | $39,504.43 |
| 09/02/2020 | 8885 PIN PUR 09/02 13:38 WM SUPERCENTER # WASHINGTON PA 17390011 27426~5411 | $154.08 | | $39,350.35 |
| 09/02/2020 | 27528 POS PUR 09/01 12:38 WASHINGTON HYUND WASHINGTON PA 00000000 02752~7538 | $42.35 | | $39,308.00 |
| 09/02/2020 | 87500 POS PUR 09/01 01:49 IDENTOGO - PA FI 877-512-6962 PA 00000000 087~9399 | $23.85 | | $39,284.15 |
| 09/02/2020 | 0083 BILLPAY 09/02 06:26 NETFLIX.COM netflix.com CA 00001000 813793 ~4899 | $13.77 | | $39,270.38 |
| 09/03/2020 | CHECK # 1357 | $278.58 | | $38,991.80 |
| 09/03/2020 | 212422 POS PUR 09/03 15:21 BP#9351941RUFF C WASHINGTON PA 39013701 21242~5542 | $25.00 | | $38,966.80 |
| 09/03/2020 | 63481 POS PUR 09/02 07:01 JEFFREYS DRUG ST CANONSBURG PA 29235480 06348~5912 | $19.32 | | $38,947.48 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 09/30/2020**

ANDREW F. KUZY, DEBTOR IN

Primary Account Number:

Page 3 of 6

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/04/2020 | SALANDRA FUNERAL Payroll 149904400768959 | | $1,623.01 | $40,570.49 |
| 09/04/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $40,510.49 |
| 09/04/2020 | 88132 POS PUR 09/03 02:35 WALMART GROCERY 800-966-6546 AR 00000000 0881~5411 | $209.78 | | $40,300.71 |
| 09/04/2020 | 41893 POS PUR 09/03 23:45 JEFFREYS DRUG ST CANONSBURG PA 29235480 04189~5912 | $54.52 | | $40,246.19 |
| 09/04/2020 | 81154 POS PUR 09/03 11:51 WALMART GROCERY 800-966-6546 AR 00000000 0811~5411 | $10.11 | | $40,236.08 |
| 09/04/2020 | 71190 POS PUR 09/04 03:51 AMZNFreeTime* MU3 888-802-3080 WA 00000000 071~5818 | $3.17 | | $40,232.91 |
| 09/08/2020 | CHECK # 1358 | $409.18 | | $39,823.73 |
| 09/08/2020 | 0004 POS PUR 09/04 05:02 DATTILO & HALL L PITTSBURGH PA 00005587 00000~8021 | $131.74 | | $39,691.99 |
| 09/08/2020 | 57666 POS PUR 09/06 07:49 SAMSCLUB #6251 WASHINGTON PA 00000001 057666 ~5300 | $128.36 | | $39,563.63 |
| 09/08/2020 | 20704 PIN PUR 09/05 16:49 UNDER ARMOUR PIT WASHINGTON PA 06622726 02494~5655 | $98.45 | | $39,465.18 |
| 09/08/2020 | 45659 POS PUR 09/06 09:58 WM SUPERCENTER # WASHINGTON PA 17390045 03140~5411 | $73.72 | | $39,391.46 |
| 09/08/2020 | 11260 POS PUR 09/08 17:00 WM SUPERCENTER # WASHINGTON PA 17390044 08135~5411 | $17.15 | | $39,374.31 |
| 09/08/2020 | 65855 POS PUR 09/04 20:11 AMZN Digital* MU2 888-802-3080 WA 00000000 065~5818 | $9.53 | | $39,364.78 |
| 09/09/2020 | 30984 RECURRING 09/08 01:36 CCM* SEARS WARRAN 855-256-2467 FL 00000000 030~6300 | $69.99 | | $39,294.79 |
| 09/10/2020 | PISI DV PARSE04 45944 | $72.41 | | $39,222.38 |
| 09/10/2020 | 54438 POS PUR 09/10 12:37 AMZN Mktp US* MU4 Amzn.com/bill WA 00000000 05~5942 | $31.58 | | $39,190.80 |
| 09/10/2020 | PISI DV PAR-V04 45944 | $13.50 | | $39,177.30 |
| 09/10/2020 | 22039 POS PUR 09/09 13:22 Kindle Unltd* MU8 866-321-8851 WA 00000000 022~5818 | $10.59 | | $39,166.71 |
| 09/11/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $39,106.71 |
| 09/11/2020 | 35323 PIN PUR 09/11 11:54 SAMS CLUB #6251 WASHINGTON PA 62510093 114538~5300 | $145.24 | | $38,961.47 |
| 09/11/2020 | 79611 POS PUR 09/10 09:56 TRADER JOE'S #63 PITTSBURGH PA 630 057 079611~5411 | $101.54 | | $38,859.93 |
| 09/11/2020 | 593716 PIN PUR 09/11 16:11 WAL-MART #1739 WASHINGTON PA 24173901 593716 ~5411 | $56.56 | | $38,803.37 |
| 09/11/2020 | CHECK # 1363 | $50.00 | | $38,753.37 |
| 09/11/2020 | 912882 POS PUR 09/11 12:18 MARATHON PETRO14 WASHINGTON PA 0001D525 02550~5542 | $21.54 | | $38,731.83 |
| 09/14/2020 | DEPOSIT | | $1,200.00 | $39,931.83 |
| 09/14/2020 | CHECK # 1360 | $227.69 | | $39,704.14 |
| 09/14/2020 | CHECK # 1361 | $159.83 | | $39,544.31 |
| 09/14/2020 | 22517 PIN PUR 09/13 12:41 WM SUPERCENTER # WASHINGTON PA 17390049 09934~5411 | $95.23 | | $39,449.08 |
| 09/14/2020 | 874887 PIN PUR 09/12 14:49 Wal-Mart Super C WASHINGTON PA 17390047 02568~5411 | $45.55 | | $39,403.53 |
| 09/14/2020 | 100356 POS PUR 09/13 12:53 SAMSCLUB #6251 WASHINGTON PA 62510093 0257844~5411 | $25.92 | | $39,377.61 |
| 09/14/2020 | 872920 POS PUR 09/13 09:13 BP#9351941WASHIN WASHINGTON PA 39013701 87292~5542 | $25.01 | | $39,352.60 |

# FREE SMALL BUSINESS CHECKING - (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/14/2020 | 96219 POS PUR 09/14 17:29 AMZN Mktp US* M45 Amzn.com/bill WA 00000000 09~5942 | $21.99 | | $39,330.61 |
| 09/14/2020 | 450987 POS PUR 09/14 16:38 Wal-Mart Super C WASHINGTON PA 17390048 02587~5411 | $10.46 | | $39,320.15 |
| 09/15/2020 | 56409 POS PUR 09/15 13:27 AMZN Mktp US* M44 Amzn.com/bill WA 00000000 05~5942 | $30.00 | | $39,290.15 |
| 09/15/2020 | 33573 POS PUR 09/15 19:58 Amazon.com* M46EP Amzn.com/bill WA 00000000 03~5942 | $17.86 | | $39,272.29 |
| 09/15/2020 | CHECK # 1365 | $6.00 | | $39,266.29 |
| 09/16/2020 | SSA TREAS 310 XXSOC SEC XXXXX9149A SSA | | $2,397.00 | $41,663.29 |
| 09/16/2020 | 38705 POS PUR 09/16 18:26 AMZN Mktp US* M44 Amzn.com/bill WA 00000000 03~5942 | $36.97 | | $41,626.32 |
| 09/16/2020 | 1583 POS PUR 09/15 12:37 HP PRODUCT SVC&R 800-474-6836 CA 00000000 001~7399 | $31.79 | | $41,594.53 |
| 09/16/2020 | 93688 POS PUR 09/15 02:57 AMAZON.COM* MU3KT AMZN.COM/BILL WA 00000000 09~5942 | $29.97 | | $41,564.56 |
| 09/16/2020 | 233239 POS PUR 09/16 16:59 BP#9351941WASHIN WASHINGTON PA 39013701 23323~5542 | $22.50 | | $41,542.06 |
| 09/16/2020 | 223693 POS PUR 09/16 16:22 WAL-MART #1739 WASHINGTON PA 24173901 223693 ~5411 | $4.98 | | $41,537.08 |
| 09/17/2020 | CHECK # 1362 | $250.00 | | $41,287.08 |
| 09/17/2020 | 28912 POS PUR 09/16 17:44 ONLINE VITAL US BADALONA ES 00000001 028912 ~7311 | $47.38 | | $41,239.70 |
| 09/18/2020 | 45399 RETURN 09/17 04:03 ONLINE VITAL US BADALONA ES 00000001 045399 ~7311 | | $47.00 | $41,286.70 |
| 09/18/2020 | SALANDRA FUNERAL Payroll 178295290021899 | | $1,445.79 | $42,732.49 |
| 09/18/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $42,672.49 |
| 09/18/2020 | CHECK # 1364 | $125.00 | | $42,547.49 |
| 09/18/2020 | 7371 PIN PUR 09/18 11:08 SAMS CLUB #6251 WASHINGTON PA 62510096 064759~5300 | $104.04 | | $42,443.45 |
| 09/18/2020 | 78979 POS PUR 09/16 04:22 OLD NAVY ON-LINE 800-6536289 OH 70326328 0789~5651 | $37.00 | | $42,406.45 |
| 09/18/2020 | 98947 RECURRING 09/17 23:40 Amazon Prime* M44 Amzn.com/bill WA 00000000 09~5968 | $13.77 | | $42,392.68 |
| 09/21/2020 | DEPOSIT | | $2,700.00 | $45,092.68 |
| 09/21/2020 | 73036 PIN PUR 09/19 14:49 LOWE'S #671 WASHINGTON PA 001 073036 ~5200 | $262.00 | | $44,830.68 |
| 09/21/2020 | 23023 POS PUR 09/21 13:39 AMZN Mktp US* M42 Amzn.com/bill WA 00000000 02~5942 | $38.00 | | $44,792.68 |
| 09/21/2020 | 86933 POS PUR 09/19 11:08 WM SUPERCENTER # 724-229-4020 PA 18886933 086~5411 | $34.32 | | $44,758.36 |
| 09/21/2020 | 38220 POS PUR 09/21 02:30 AMAZON.COM* M467V AMZN.COM/BILL WA 00000000 03~5942 | $26.49 | | $44,731.87 |
| 09/21/2020 | 69877 POS PUR 09/20 08:37 AMZN Mktp US* M40 Amzn.com/bill WA 00000000 06~5942 | $25.42 | | $44,706.45 |
| 09/21/2020 | 7976 POS PUR 09/20 07:12 AMZN MKTP US* M48 AMZN.COM/BILL WA 00000000 00~5942 | $21.19 | | $44,685.26 |
| 09/21/2020 | 242000 POS PUR 09/19 15:01 SAMSCLUB #6251 WASHINGTON PA 24625101 242000 ~5542 | $17.89 | | $44,667.37 |
| 09/21/2020 | 552440 POS PUR 09/21 16:28 WAL-MART #1739 WASHINGTON PA 24173901 552440 ~5411 | $14.42 | | $44,652.95 |
| 09/21/2020 | 653313 POS PUR 09/19 16:53 SAMSCLUB #6251 WASHINGTON PA 24625101 653313 ~5542 | $13.77 | | $44,639.18 |
| 09/21/2020 | 0189 POS PUR 09/19 17:58 WASHINGTON RURAL WASHINGTON PA 00004173 00018~5999 | $5.29 | | $44,633.89 |

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 09/30/2020**

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 5 of 6

## FREE SMALL BUSINESS CHECKING - _____ (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/22/2020 | 1990 RETURN 09/21 12:02 AMAZON.COM AMZN. AMZN.COM/BILL WA 00000000 00~5942 | | $29.97 | $44,663.86 |
| 09/22/2020 | 3906 POS PUR 09/21 00:58 AMAZON.COM* M40YG AMZN.COM/BILL WA 00000000 00~5942 | $36.03 | | $44,627.83 |
| 09/22/2020 | 18915 POS PUR 09/22 14:18 AMZN Mktp US* M41 Amzn.com/bill WA 00000000 01~5942 | $16.95 | | $44,610.88 |
| 09/22/2020 | 86766 POS PUR 09/22 09:49 AMZN Mktp US* M43 Amzn.com/bill WA 00000000 08~5942 | $16.94 | | $44,593.94 |
| 09/22/2020 | 55148 POS PUR 09/22 16:16 LOWES #00671* WASHINGTON PA 00000000 055148 ~5200 | $16.79 | | $44,577.15 |
| 09/23/2020 | 682202 PIN PUR 09/23 16:06 CANONSBURG SHOP CANONSBURG PA 53460201 682202~5411 | $56.99 | | $44,520.16 |
| 09/24/2020 | CHECK # 1367 | $2,718.52 | | $41,801.64 |
| 09/24/2020 | 2287 POS PUR 09/23 05:24 WALMART GROCERY 800-966-6546 AR 00000000 0022~5411 | $111.60 | | $41,690.04 |
| 09/24/2020 | 347151 PIN PUR 09/24 16:40 Wal-Mart Super C WASHINGTON PA 17390049 02683~5411 | $66.74 | | $41,623.30 |
| 09/24/2020 | 48094 POS PUR 09/23 05:33 WALMART GROCERY 800-966-6546 AR 00000000 0480~5411 | $33.49 | | $41,589.81 |
| 09/24/2020 | 49119 POS PUR 09/24 06:15 LOWES #00671* WASHINGTON PA 00000000 049119 ~5200 | $22.69 | | $41,567.12 |
| 09/24/2020 | 36403 POS PUR 09/23 05:04 WALMART GROCERY 800-966-6546 AR 00000000 0364~5411 | $13.06 | | $41,554.06 |
| 09/25/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $41,494.06 |
| 09/25/2020 | 82085 POS PUR 09/24 03:58 WM SUPERCENTER # WASHINGTON PA 16282085 08208~5912 | $25.76 | | $41,468.30 |
| 09/25/2020 | 520068 POS PUR 09/25 08:24 BP#9351941WASHIN WASHINGTON PA 39013701 52006~5542 | $25.00 | | $41,443.30 |
| 09/25/2020 | AMERICAN WATER E 00141479 CUS000000000027 | $3.99 | | $41,439.31 |
| 09/25/2020 | AMERICAN WATER E 00141479 CUS000000000027 | $3.99 | | $41,435.32 |
| 09/28/2020 | 147340 PIN PUR 09/26 12:12 SAM'S Club WASHINGTON PA 62510006 02706200046~5411 | $180.75 | | $41,254.57 |
| 09/28/2020 | 36093 POS PUR 09/26 15:06 LOWES #00671* WASHINGTON PA 00000000 036093 ~5200 | $65.62 | | $41,188.95 |
| 09/28/2020 | 3822 POS PUR 09/25 15:20 JEFFREYS DRUG ST CANONSBURG PA 29235480 00382~5912 | $26.34 | | $41,162.61 |
| 09/28/2020 | 14614 RECURRING 09/28 10:58 SXM* SIRIUSXM.COM 888-635-5144 NY 00000000 014~4899 | $21.87 | | $41,140.74 |
| 09/28/2020 | 72357 POS PUR 09/27 22:29 WASHINGTON SHOP WASHINGTON PA 1 072357 ~5411 | $8.97 | | $41,131.77 |
| 09/28/2020 | 70012 POS PUR 09/25 04:55 WHS FAMILY MEDIC WASHINGTON PA 74902060 07001~8099 | $5.00 | | $41,126.77 |
| 09/28/2020 | 25625 POS PUR 09/27 17:09 Kindle Svcs* M42I 866-321-8851 WA 00000000 025~5818 | $3.17 | | $41,123.60 |
| 09/28/2020 | 21223 POS PUR 09/28 12:46 AMZN Digital* M42 888-802-3080 WA 00000000 021~5818 | $3.17 | | $41,120.43 |
| 09/29/2020 | 6051 POS PUR 09/29 15:53 AMZN Digital* M44 888-802-3080 WA 00000000 006~5818 | $4.23 | | $41,116.20 |
| 09/29/2020 | 59947 POS PUR 09/29 04:03 AMZN Digital* MK0 888-802-3080 WA 00000000 059~5818 | $4.23 | | $41,111.97 |
| 09/30/2020 | COMM OF PA ANNUITANT APXXXXXX7037 | | $193.88 | $41,305.85 |
| 09/30/2020 | Balance This Statement | | | $41,305.85 |

**First National Bank**

Thank you for banking with us!

RECEIPT

CANONSBURG
29740524  10/02/20        11:49
DDA Deposit
Acct#  XXXX                $1,300.00

FNB Online™
fnb-online.com
Customer Service: 1-800-555-5455
FNB 25-70

DATE AND AMOUNT OF TRANSACTION SHOWN ABOVE
DEPOSITS MAY NOT BE AVAILABLE
FOR IMMEDIATE WITHDRAWAL

October 18, 2020

Due to a change in job and accompanying job payroll cycle, the second September 2020 deposit of $1300 for the Schmalz family did not occur until October 2, 2020. We have included a copy of the deposit with this month's report. Because of this, October 2020 will have 3 total deposits from the Schmalz family totaling $3800 ($1300 for September 2020 and $2500 for October 2020).

Thank you

Andrew Kuzy

Jacqueline Schmalz