**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **ANDREW F. KUZY** ) | Case No.   18-21728-CMB |
| **COLLEN A. KUZY** ) | |
| Debtor(s). ) | Chapter 11 |
| ) | |
| **JEFFREY J. SIKIRICA,** ) | Document No. ____ |
| **CHAPTER 11 TRUSTEE** ) | |
| ) | Related to Doc. No. 159 & 160 |
| **vs.** ) | |
| ) | |
| **No Respondents.** ) | |

**CERTIFICATE OF SERVICE OF
MOTION TO ALLOW THIRD PARTY SERVICE BY
BK ATTORNEY SERVICES LLC D/B/A CERTIFICATE OF SERVICE.COM**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 30, 2020.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was First Class Mail unless indicated as electronic service by NEF on the attached list.

**BY NEF:**

Brian C. Thompson, Esq.
(Attorney for Debtors)            bthompson@ThompsonAttorney.com

Norma Hildenbrand, Esq.
(Attorney for UST)            Norma.L.Hildenbrand@usdoj.gov

**BY US MAIL:**

Andrew F. Kuzy
Colleen A. Kuzy
531 Warrick Drive
Washington, PA   15301

                                                  Respectfully submitted,

Dated: 10/30/2020                                  **/s/ Jeffrey J. Sikirica**

Jeffrey J. Sikirica, Esquire
PA. I.D. No.   36745
121 Northbrook Drive
Gibsonia, PA   15044
Tel. (724) 625-2566
Fax 724-625-4611
TrusteeSikirica@consolidated.net
**COUNSEL FOR TRUSTEE**