IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 18-21728-CMB** |
| **ANDREW F. KUZY** | ) | |
| **COLEEN A. KUZY** | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | **Doc. No. _____** |

**DISCLOSURE STATEMENT
TO ACCOMPANY AMENDED PLAN DATED NOVEMBER 14, 2020**

☐   Chapter 11 Small Business (Check box only if debtor has elected to be considered a small business under 11 U.S.C. § 101(51D))

Debtor furnishes this disclosure statement to creditors in the above-captioned matter pursuant to Bankruptcy Code §1125 to assist them in evaluating debtor's proposed Chapter 11 plan, a copy of which is attached hereto.  Creditors may vote for or against the plan of reorganization.  Creditors who wish to vote must complete their ballots and return them to the following address before the deadline noted in the order approving the disclosure statement and fixing time.  The Court will schedule a hearing on the plan pursuant to 11 U.S.C. §1129.

Address for return of ballots:

**Jeffrey J. Sikirica, Esquire
121 Northbrook Drive
Gibsonia, PA 15044**

I.    Background

1.    Name of Debtors

Andrew F. Kuzy and Colleen A. Kuzy.

2.    Type of Debtor (individual, partnership, or corporation)

Debtors are married individuals and residents of the Commonwealth of Pennsylvania

3.    Debtor's Business or Employment

Andrew F. Kuzy is presently employed full time as a Funeral Assistant at Salandra Funeral and Cremation Services, Inc. located at 304 West Pike Street, Canonsburg, PA  15317, Colleen A. Kuzy is presently not employed.

4.      Date of Chapter 11 Petition

        May 1, 2018

5.      Events that Caused the Filing:

        The Debtor fell behind on his financial obligations as a result in the loss of business
        revenue resulting from a general downturn in the economy.

6.      Anticipated Future of the Debtor & Source of this Information and Opinion

        The Debtor plans to modify his debt obligations and to make Plan payments
        through income from his current employer, social security and pension, and
        rent from a residential lease.

7.      Summarize all Significant Features of the Plan Including When and How Each Class of
        Creditor Will Be Paid and What, If Any, Liens Will Be Retained By Secured Creditors or
        Granted to Any Creditor Under the Plan

        **(A)**    **Class 1 - Administrative Claims** (Unimpaired)**.** The Class 1 **Administrative Claims** of
                professionals and the United States Trustee will be paid in full on or before the Plan
                Effective Date or as the parties agree.

        **(B)**    **Class 2 – Executory Contract** (Unimpaired)**.** The Class 2 **Executory Contract** with the
                residential tenant and daughter of the Debtor will be assumed by the Debtor under this
                Plan.

        **(C)**    **Class 3 – Secured Claim of Key Bank, N.A.** (Impaired)**.** The Class 3 **Secured Claim** of
                **Key Bank, N.A.** in the estimated amount of $119,000.00 on the Plan Effective Date and
                secured as the first mortgage holder on the Debtors' residence located at 531 Warrick
                Drive, Washington, PA 15301 shall be paid 3.5% interest over 180 months in monthly
                payments of $850.71. The first mortgage lien of Key Bank, N.A. will be retained until
                paid in full.

        **(D)**    **Class 4 – Secured Claim of PNC Bank, N.A.** (Impaired)**.** The Class 4 **Secured Claim**
                of **PNC Bank, N.A.** in the estimated amount of $126,500.00 on the Plan Effective Date
                and secured as the second mortgage holder on the Debtors' residence located at 531
                Warrick Drive, Washington, PA 15301 shall be paid 3.5% interest over 180 months in
                monthly payments of $904.33. The second mortgage lien of PNC Bank, N.A. will be
                retained until paid in full.

        **(E)**    **Class 5 – Secured Claim of Ally Bank** (Impaired)**.** The Class 5 claim of **Ally Bank** in
                the estimated amount of $4,955.81 on the Plan Effective Date and secured in the Debtors'
                2014 Chevrolet Cruze shall be paid 6% interest over 36 months in monthly payments of
                $150.77. The lien of Ally Bank on the 2014 Chevrolet Cruze will be retained until paid in
                full.

        **(F)**    **Class 6 – Secured Tax Claims** (Unimpaired)**.**

**1. Washington County Tax Authority.**  The Class 6 **Secured Tax Claim** of the **Washington County Tax Authority** in the estimated amount of $14,000.00 on the Plan Effective Date and secured by the Debtors' residence located at 531 Warrick Drive, Washington, PA 15301 pursuant to a statutory lien shall be paid in full with 10% interest over 36 months in monthly payments of $451.74 or sooner should funds become available.

**2. Pennsylvania Department of Revenue.**  The Class 6 **Secured Tax Claim** of the **Pennsylvania Department of Revenue** in the estimated amount of $4,100.00 on the Plan Effective Date and secured pursuant to a statutory lien on the Debtors' residence located at 531 Warrick Drive, Washington, PA 15301 and certain of the Debtors' personal property shall be paid in full with 6% interest over 36 months in monthly payments of $124.73 or sooner should funds become available.

**(G)**    **Class 7 – Priority Unsecured Claim - Taxes** (Unimpaired). The Class 7 claim of the **Pennsylvania Department of Revenue** in the estimated amount of $2,309.84 on the Plan Effective Date shall be paid in full over 36 months in monthly payments of $38.50.

**(H)**    **Class 8 – Non-Dischargeable General Unsecured Claims** (Unimpaired).  The Class 8 claim of the **Commonwealth of Pennsylvania Office of the Attorney General** for criminal restitution in the estimated amount of $346,000.00 on the Plan Effective Date and said claim being non-dischargeable pursuant to *Kelly v. Robinson*, 479 U.S. 36 (1986) will continue to be paid monthly installments of $50.00 pursuant to the prior agreed payment plan number 63-2016-P00003264 filed in the Court of Common Pleas of Washington County.

**(I)**    **Class 9 – General Unsecured Claims** (Impaired).  The Class 9 pool of allowed **General Unsecured Creditors** will be paid a total sum of $3,600.00 on a pro rata basis spread out into annual installments over 5 years.  Payments shall commence within the 12th month following the Plan Effective Date and each year thereafter.  Allowed General Unsecured Creditors will be paid at least 4% of their claim. Said percentage of payment may increase depending on the results of an omnibus objection to be filed for stale claims.

8.    Are All Monthly Operating Statements Current and on File with the Clerk of Court?
      Yes ___X___    No _____

      If Not, Explain:

9.    Does the plan provided for releases of non-debtor parties?  Specify which parties and terms of release.

      No.

10.   Identify all executory contracts that are to be assumed or assumed and assigned.

      The Debtor will assume the residential lease with Jacqueline Kuzy Schmalz at 531 Warrick Drive, Washington, PA  15301.

11.    Has a bar date been set?     Yes __X__     No _____
       (If not, a motion to set the bar date has been filed simultaneously with the filing of this
       disclosure statement.)

12.    Specify property that will be transferred subject to 11 U.S.C. §1146(a).

       N/A

II.   Creditors

   A.    Secured Claims

SECURED CLAIMS

| Creditor | Total Amount Owed | Arrearages | Type of Collateral Priority of Lien (1, 2, 3) | Disputed (D) Liquidated (L) Unliquidated (U) | Will Liens Be Retained Under the Plan? (Y) or (N) |
|---|---|---|---|---|---|
| Ally Bank (Claim No. 1) | $    4,955.81 | $    2,020.51 (per claim) | Motor vehicle title lien – 2014 Chevrolet Cruze | | Yes |
| Key Bank, N.A. (Claim No. 7 - $102,585.92) | $119,000.00 (estimated as of Plan Conf. Date) | $119,000.00 | First Mortgage on Debtors' residence located at 531 Warrick Drive, Washington, PA  15301. | | Yes |
| PNC Bank, N.A. (No Claim Filed) | $126,500.00 (estimated as of Plan Conf. Date) | $  15,500.00 (estimated) | Second Mortgage on Debtors' residence located at 531 Warrick Drive, Washington, PA  15301. | | Yes |

| Washington County Tax Authority (Claim No. 10 - $8,045.84 for 2016 & 2017) | $ 14,000.00 (estimated as of Plan Conf. Date for 2016, 2017 & 2018) | $ 0.00 | Statutory Tax Lien on Debtors' residence located at 531 Warrick Drive, Washington, PA 15301. | | Yes |
| Pennsylvania Department of Revenue (Claim No. 6 - $4,044.37) | $ 4,100.00 (estimated as of Plan Conf. Date) | $ 0.00 | Statutory Tax Lien on Debtors' residence located at 531 Warrick Drive, Washington, PA 15301. | | Yes |
| | | | | | |
| **TOTAL** | **$268,555.81** | **$136,520.51** | | | |

B.      Priority Claims

PRIORITY CLAIMS

| Creditor | Total Amount Owed | Type of Collateral | (D) (L) (U) * |
|---|---|---|---|
| PA Department of Revenue (Claim No. 6 - $2,309.84) | $ 2,309.84 (estimated as of Plan Conf. Date) | | |
| **TOTAL** | **$ 2,309.84** | | |

* Disputed (D), Liquidated (L), or Unliquidated (U)

C.      Unsecured Claims General

| | | |
|---|---|---|
| 1. | Amount Debtor Scheduled (Disputed and Undisputed) | $ 91,474.54 |
| 2. | Amount of Unscheduled Unsecured Claims[1] | $     363.20 |
| 3. | Total Claims Scheduled or Filed | $ 91,837.74 |
| 4. | Amount Debtor Disputes | $ 19,670.53** |
| 5. | Estimated Allowable Unsecured Claims | $ 72,167.21 |

*** This amount may increase upon further investigation
If additional claims are stale.*

D.    Other Classes of Creditors (Non-dischargeable, specially treated)

| | | |
|---|---|---|
| 1. | Amount Debtor Scheduled (Disputed and Undisputed) | $ 350,000.00 |
| 2. | Amount of Unscheduled Unsecured Claims[1] | $       0.00 |
| 3. | Total Claims Scheduled or Filed | $ 350,000.00 |
| 4. | Amount Debtor Disputes | $   4,000.00 |
| 5. | Estimated Allowable Unsecured Claims | $ 346,000.00 |

III.    Assets

ASSETS

| Assets | Value | Basis for Value Priority of Lien | Name of Lien Holder (if any) (Fair Market Value/ Book Value) | Amount of Debtor's Equity (Value Minus Liens) |
|---|---|---|---|---|
| Residence – 531 Warrick Dr., Washington, PA 15301 | $270,000.00 | Trustee's Evaluation | Key Bank, N.A. - $119,000.00 PNC bank, N.A. - $126,500.00 Washington County Tax Authority - $14,000.00 Pennsylvania Dept. of Revenue - $4,100.00 | $ 6,400.00 |
| 2018 Hyundai Tucson | $   14,863.00 | Debtor's Opinion | | $14,863.00 |
| 2014 Chevy Cruze | $     6,907.00 | Debtor's Opinion | Ally Bank Lien - $4,955.81 | $ 1,951.19 |

---

[1] Includes (a.) unsecured claims filed by unscheduled creditors; (b.) that portion of any unsecured claim filed by a scheduled creditor that exceeds the amount debtor scheduled; and (c.) any unsecured portion of any secured debt not previously scheduled.

| | | | | |
|---|---|---|---|---|
| Household furnishings | $      400.00 | Debtor's Opinion | | $      400.00 |
| Electronics/cell phones/ computers | $      250.00 | Debtor's Opinion | | $      250.00 |
| Personal clothing | $      150.00 | Debtor's Opinion | | $      150.00 |
| Jewelry | $      500.00 | Debtor's Opinion | | $      500.00 |
| Checking – Slovenian Savings & Loan | $      300.00 | Debtor's Opinion | | $      300.00 |
| Savings – Slovenian Savings & Loan | $   5,000.00 | Debtor's Opinion | | $ 5,000.00 |
| | **$ 298,370.00**<br>**TOTAL** | | | **$29,814.19**<br>**TOTAL** |

1.    Are any assets which appear on Schedule A or B of the bankruptcy petition not listed above?

       No

       If so, identify asset and explain why asset is not in estate:


2.    Are any assets listed above claimed as exempt?  If so attach a copy of Schedule C and any amendments.

       Yes – Schedule C Attached


IV.    <u>SUMMARY OF PLAN</u>

       1.    Effective Date of Plan:  The ninety-first (91st) day after the Confirmation Order becomes a Final Order

       2.    Will cramdown be sought?   _X_  Yes        ___ No
             If Yes, state bar date: <u>The Hearing date for the Confirmation of the Plan</u>

       3.    Treatment of Secured **Non-Tax** Claims


SECURED NON-TAX CLAIMS

| Name of Creditor | Class | Amount Owed | Summary of Proposed Treatment |
|---|---|---|---|
| Ally Bank (Claim No. 1) | 5 | $ 4,955.81 (estimated as of Plan Conf. Date) | The Class 5 claim of **Ally Bank** in the estimated amount of $4,955.81 on the Plan Effective Date and secured in the Debtors' 2014 Chevrolet Cruze shall be paid 6% interest over 36 months in monthly payments of $150.77. The lien of Ally Bank on the 2014 Chevrolet Cruze will be retained until paid in full. |
| Key Bank, N.A. (Claim No. 7 - $102,585.92) | 3 | $ 119,000.00 (estimated as of Plan Conf. Date) | The Class 3 **Secured Claim** of **Key Bank, N.A.** in the estimated amount of $119,000.00 on the Plan Effective Date and secured as the first mortgage holder on the Debtors' residence located at 531 Warrick Drive, Washington, PA 15301 shall be paid 3.5% interest over 180 months in monthly payments of $850.71. The first mortgage lien of Key Bank, N.A. will be retained until paid in full. |
| PNC Bank, N.A. (No Claim Filed) | 4 | $126,500.00 (estimated as of Plan Conf. Date) | The Class 4 **Secured Claim** of **PNC Bank, N.A.** in the estimated amount of $126,500.00 on the Plan Effective Date and secured as the second mortgage holder on the Debtors' residence located at 531 Warrick Drive, Washington, PA 15301 shall be paid 3.5% interest over 180 months in monthly payments of $904.33. The second mortgage lien of PNC Bank, N.A. will be retained until paid in full. |
| **TOTAL** | | $250,455.81 | |

4.      Treatment of Secured Tax Claims

SECURED TAX CLAIMS

| Name of Creditor | Class | Amount Owed | Summary of Proposed Treatment |
|---|---|---|---|

| Washington County Tax Authority (Claim No. 10 - $8,045.84 for 2016 & 2017) | 6 | $ 14,000.00 (estimated as of Plan Conf. Date for 2016, 2017 & 2018) | The Class 6 **Secured Tax Claim** of the **Washington County Tax Authority** in the estimated amount of $14,000.00 on the Plan Effective Date and secured by the Debtors' residence located at 531 Warrick Drive, Washington, PA 15301 pursuant to a statutory lien shall be paid in full with 10% interest over 36 months in monthly payments of $451.74 or sooner should funds become available. |
|---|---|---|---|
| Pennsylvania Department of Revenue (Claim No. 6 - $4,044.37) | 6 | $ 4,100.00 (estimated as of Plan Conf. Date) | The Class 6 **Secured Tax Claim** of the **Pennsylvania Department of Revenue** in the estimated amount of $4,100.00 on the Plan Effective Date and secured pursuant to a statutory lien on the Debtors' residence located at 531 Warrick Drive, Washington, PA 15301 and certain of the Debtors' personal property shall be paid in full with 6% interest over 36 months in monthly payments of $124.73 or sooner should funds become available. |
| **TOTAL** | | $ 18,100.00 | |

5.    Treatment of Administrative **Non-Tax** Claims[2]

ADMINISTRATIVE NON-TAX CLAIMS

| Name of | Amount | Type of | Summary of Proposed Treatment and Date of |
|---|---|---|---|
| Thompson Law Group | $ 3,786.47 (estimated balance due) | Attorney for Debtor Fees & Expenses | To be paid in full on the Plan Effective Date or as parties agree. ($13,625.00 in fees and $2,161.47 in expenses previously approved at by the Court at Docket 144) |
| Jeffrey J. Sikirica (estimated) | $ 4,500.00 | Trustee Fees & Expenses | To be paid in full on the Plan Effective Date or as parties agree subject to Court approval. |
| Jeffrey J. Sikirica, Esq. (estimated) | $ 6,500.00 | Attorney for Trustee Fees & Expenses | To be paid in full on the Plan Effective Date or as parties agree subject to Court approval. |
| TOTAL | $ 14,786.47 | | |

6.    Treatment of Administrative Tax Claims

---

[2] Include all §503(b) administrative claims.

ADMINISTRATIVE TAX CLAIMS

| Name of Creditor* | Amount Owed | Type of Debt** | Summary of Proposed Treatment and Date of First Payment |
|---|---|---|---|
| NONE | | | |
| | | | |

\* Identify and Use Separate Line for Each Professional and Estimated Amount of Payment
\*\* Type of Debt (P=Professional, TD=Trade, TX=Taxes)

7.      Treatment of Priority Non-Tax Claims

PRIORITY NON-TAX CLAIMS

| Name of Creditor | Class | Amount Owed | Date of Assessment | Summary of Proposed Treatment |
|---|---|---|---|---|
| NONE | | | | |

8.      Treatment of Priority Tax Claims[1]

PRIORITY TAX CLAIMS

| Name of Creditor | Class | Amount Owed | Date of | Summary of Proposed |
|---|---|---|---|---|
| PA Department of Revenue (Claim No. 6 - $2,309.84) | 12 | $   2,309.84 (estimated as of Plan Conf. Date) | | The Class 7 claim of the **Pennsylvania Department of Revenue** in the estimated amount of $2,309.84 on the Plan Effective Date will be paid in full over 36 months in monthly payments of $38.50. |
| TOTAL | | $   2,309.84 | | |

9.      Treatment of General Unsecured Non-Tax Claims

---

[1] Include dates when any §507(a)(7) taxes were assessed.

## A. GENERAL UNSECURED NON-TAX CLAIMS

| Creditor | Class | Total Amount Owed | Percent of Dividend |
|---|---|---|---|
| Accounts Recovery Services (scheduled 4.1) | 9 | $ 500.00 | At least 4% |
| Accounts Recovery Services (scheduled 4.2) | 9 | $ 25.00 | At least 4% |
| Accounts Recovery Services (scheduled 4.3) | 9 | $ 25.00 | At least 4% |
| Accounts Recovery Services (scheduled 4.4) | 9 | $ 25.00 | At least 4% |
| Accounts Recovery Services (scheduled 4.5) | 9 | $ 25.00 | At least 4% |
| American Express National Bank (scheduled 4.6, POC 3) | 9 | $ 1,322.09 | 0%-Objection to be filed as stale claim |
| Amex (scheduled 4.7, POC 3) | 9 | $ 9,932.18 | 0%-Objection to be filed as stale claim |
| Amex (scheduled 4.8, POC 3) | 9 | $ 669.33 | 0%-Objection to be filed as stale claim |
| Barclays Bank of Delaware (scheduled 4.9) | 9 | $12,459.00 | At least 4% |
| Barclays Bank of Deleware (scheduled 4.10) | 9 | $ 4,151.00 | At least 4% |
| Chase BP (scheduled 4.11) | 9 | $ 2,544.00 | At least 4% |
| Chase Card Services (scheduled 4.12) | 9 | $ 3,834.00 | At least 4% |
| Chrome FCU (scheduled 4.13) | 9 | $ 75.00 | At least 4% |
| Citizens Auto Finance (scheduled 4.14) | 9 | $19,996.00 | At least 4% |
| Citizens Bank (scheduled 4.15) | 9 | $ 75.00 | At least 4% |
| Collection Service Center (scheduled 4.16) | 9 | $ 80.00 | At least 4% |
| Credence Resource Management (scheduled 4.17) | 9 | $ 290.00 | At least 4% |
| Credit Control Services (scheduled 4.18) | 9 | $ 97.00 | At least 4% |

| Creditor | Class | Total Amount Owed | Percent of Dividend |
|---|---|---|---|
| Credit One Bank (scheduled 4.19 and POC 14) | 9 | $ 764.01 | At least 4% |
| DSNB/Macy's (scheduled 4.20) | 9 | $ 373.00 | At least 4% |
| Kohls Credit (scheduled 4.21 and POC 9) | 9 | $ 980.73 | 0%-Objection to be filed as stale claim |
| Mercedes Bentz Financial Services (scheduled 4.22) | 9 | $ 843.00 | At least 4% |
| Merrick Bank (scheduled 4.23 and POC 2) | 9 | $ 984.69 | 0%-Objection to be filed as stale claim |
| Midland Funding LLC (scheduled 4.24) | 9 | $ 600.00 | At least 4% |
| Midland Funding LLC (scheduled 4.25) | 9 | $ 420.00 | At least 4% |
| Midland Funding LLC (scheduled 4.26) | 9 | $10,465.00 | At least 4% |
| Portfolio Recovery (scheduled 4.27) | 9 | $ 8,527.00 | At least 4% |
| Portfolio Recovery (scheduled 4.28) | 9 | $ 1,162.46 | 0%-Objection to be filed as stale claim |
| State Farm Financial (scheduled 4.29) | 9 | $ 871.05 | 0%-Objection to be filed as stale claim |
| Target (scheduled 4.30) | 9 | $ 3,375.00 | 0%-Objection to be filed as stale claim |
| UPMC Physician Services (not scheduled – POC 12) | 9 | $ 123.20 | At least 4% |
| UPMC Health Service (not scheduled – POC 13) | 9 | $ 240.00 | At least 4% |
| Visa Dept Store National Bank/Macy's (scheduled 4.31) | 9 | $ 373.00 | 0%-Objection to be filed as stale claim |
| Workforce West Virginia (scheduled 4.32) | 9 | $ 5,512.00 | At least 4% |
| **TOTAL** | | $91,837.74 | |

## B. GENERAL UNSECURED NON-TAX CLAIMS SPECIALLY TREATED

| Creditor | Class | Total Amount Owed | Percent of Dividend |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Commonwealth of Pennsylvania, Office of Attorney general | 8 | $346,000.00 (estimated) | $50.00 per month pursuant to the prior agreed payment plan number 63-2016-P00003264 filed in the Court of Common Pleas of Washington County |
| **TOTAL** | | $346,000.00 | |

10.    Treatment of General Unsecured Tax Claims

### GENERAL UNSECURED TAX CLAIMS

| Creditor | Class | Total Amount Owed | Percent of Dividend |
|---|---|---|---|
| None | | | |
| **TOTAL** | | | |

11**.**    Will periodic payments be made to unsecured creditors?

Yes ___X___    No _____    First payment to begin

If so:

Amount of each payment (aggregate to all unsecured claimants in Class 9)

$3,600.00

Estimated date of first payment: 12/01/21
Time period between payments:  One year
Estimated date of last payment:  12/01/25
Contingencies, if any:

State source of funds for planned payments, including funds necessary for capital replacement, repairs, or improvements:
Plan payments are funded through income from his current employer, social security and pension, and rent from a residential lease.

Other significant features of the plan: N/A

Include any other information necessary to explain this plan: N/A

<u>V.</u>    <u>Comparison of Plan with Chapter 7 Liquidation</u>

If debtor's proposed plan is not confirmed, the potential alternatives would include proposal of a different plan, dismissal of the case or conversion of the case to Chapter 7. If this case is converted to Chapter 7, a trustee will be appointed to liquidate the debtor's non-exempt assets. In this event, all secured claims and priority claims, including all expenses of administration, must be paid in full before any distribution is made to unsecured claimants.

| | |
|---|---|
| Total value of Chapter 7 estate (See Section III) | **$298,370.00** |
| 1. Less secured claims (See Section II A) | **$268,555.81** |
| 2. Less administrative claims (See Section IV-5-6 and include approximate Chapter 7 expenses) | **$ 14,786.47** |
| 3. Less other priority claims (See Section II B) | **$   2,309.84** |
| Total Amount Available for Distribution to Unsecured Creditors | **$ 12,717.88** |
| Divided by total allowable unsecured claims of (See Section II C) | **$437,837.70** |
| Percentage of Dividend to Unsecured Creditors: | 2.9% |

Will the creditors fare better under the plan than they would in a Chapter 7 liquidation?

Yes __x___    No _____

Explain:  **Creditor to receive at least 4% under Chapter 11 Plan.**
          **If converted to a Chapter 7, Debtor's allowed exemptions would cover any equity listed previously and unsecured creditors will receive 0% distribution.**


VI.    Feasibility

A.    Attach Income Statement for Prior 12 Months.

B.    Attach Cash Flow Statement for Prior 12 Months.

C.    Attach Cash Flow Projections for Next 12 Months.

Estimated amount to be paid on effective date of plan, including administrative expenses.

$ 30,000.00

Show how this amount was calculated.

$  14,786.47   Administrative Class
$  14,000.00   Taxes
$        50.00   Unsecured Creditors

$   325.00   UST Fees

$ 29,161.47          TOTAL

What assumptions are made to justify the increase in cash available for the funding of the plan?

N/A

Will funds be available in the full amount for administrative expenses on the effective date of the plan?
From what source?  If not available, why not and when will payments be made?

Cash on hand $ 40,000.00    (Current).  Attach current bank statement.

Cash on hand $ 42,500.00    (Estimated amount available on date of confirmation)

If this amount is less than the amount necessary at confirmation, how will debtor make up the shortfall?

N/A

VII.    Management Salaries

MANAGEMENT SALARIES

| Position/Name of Person Holding Position | Salary at Time of Filing | Proposed Salary (Post-Confirmation) |
|---|---|---|
| NONE | | |

VIII.    Identify the Effect on Plan Payments and Specify Each of the Following:

1.    What, if any, litigation is pending?

None

2.    What, if any, litigation is proposed or contemplated?

(A)  Objection to claim(s), if any.

(B)  Actions to determine secured status if required.

(C)  Action to enforce the Plan, and/or,

(D)  The post-confirmation Debtor shall be entitled to all defenses, rights and counterclaims

against any creditor in establishing an allowed claim, arrearages, or any amount due.

IX.    <u>Additional Information and Comments</u>

X.    <u>Certification</u>

The undersigned hereby certifies that the information herein is true and correct to the best of my knowledge and belief formed after reasonable inquiry.

The Debtor is not a corporation or a general partnership.

**Date:  November 14, 2020**                    **By:  /s/ Jeffrey J. Sikirica**
                                                **Jeffrey J. Sikirica, Esquire**
                                                **on behalf of Chapter 11 Trustee**
                                                **PA I.D. #36745**

                                                **121 Northbrook Drive**
                                                **Gibsonia, PA 15219**
                                                **(724) 625-2566 office**
                                                **(724) 625-4611 fax**
                                                **SikiricaLaw@zoominetrente.net**

# HISTORIC SUMMARY

| POST PETITION PERIODS | MONTH ONE 10/19 | MONTH TWO 11/19 | MONTH THREE 12/19 | MONTH FOUR 01/20 | MONTH FIVE 02/20 | MONTH SIX 03/20 | MONTH SEVEN 04/20 | MONTH EIGHT 05/20 | MONTH NINE 06/20 | MONTH TEN 07/20 | MONTH ELEVEN 08/20 | MONTH TWELVE 09/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. TOTAL CASH FLOW FROM OPERATIONS: | $8,209.14 | $6,246.10 | $12,939.34 | $8,577.38 | $8,198.42 | $8,559.42 | $9,185.17 | $12,597.51 | $8,426.68 | $8,474.09 | $8,890.32 | $9,636.60 |
| 2. LESS TOTAL DISBURSEMENTS EXCLUDING PAYMENTS TO CREDITORS IN A PLAN: | $5,432.38 | $6,445.27 | $6,962.15 | $5,270.27 | $9,616.64 | $5,405.88 | $6,284.14 | $6,256.91 | $8,017.34 | $6,832.72 | $7,109.52 | $8,403.91 |
| 3. TOTAL NET CASH FLOW: | $2,776.76 | ($199.17) | $5,977.19 | $3,307.11 | ($1,418.22) | $3,153.54 | $2,901.03 | $6,340.60 | $409.34 | $1,641.37 | $1,780.80 | $1,232.69 |

| DEFINITIONS |
|---|

| | |
|---|---|
| TOTAL CASH FLOW FROM OPERATIONS: | THE TOTAL AMOUNT OF FUNDS COLLECTED IN A SPECIFIC PERIOD FROM CASH SALES, COLLECTION OF ACCOUNTS RECEIVABLE, AND OTHER INCOME, EXCLUDING LOANS PROCEEDS, CASH CONTRIBUTIONS FROM INSIDERS, AND SALES TAXES COLLECTED. |
| TOTAL DISBURSEMENTS EXCLUDING PAYMENTS TO CREDITORS IN A PLAN: | THE TOTAL DISBURSEMENTS IN A SPECIFIC PERIOD FOR PRODUCTION COSTS, GENERAL AND ADMINISTRATIVE COSTS, EXCLUDING PAYMENTS TO CREDITORS TO BE PAID UNDER THE TERMS OF THE PLAN. |

# PROJECTED SUMMARY

| POST PETITION PERIODS | MONTH ONE | MONTH TWO | MONTH THREE | MONTH FOUR | MONTH FIVE | MONTH SIX | MONTH SEVEN | MONTH EIGHT | MONTH NINE | MONTH TEN | MONTH ELEVEN | MONTH TWELVE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4.  TOTAL PROJECTED CASH FLOW FROM OPERATIONS:[1] | $8,960 | $8,960 | $8,960 | $8,960 | $8,960 | $8,960 | $8,960 | $8,960 | $8,960 | $8,960 | $8,960 | $8,960 |
| 5.  LESS TOTAL PROJECTED DISBURSEMENTS EXCLUDING PMTS TO CREDITORS IN A PLAN:[2] | $6,265 | $6,265 | $6,265 | $6,265 | $6,265 | $6,265 | $6,265 | $6,265 | $6,265 | $6,265 | $6,265 | $6,265 |
| 6.  ANTICIPATED CASH FLOW AVAILABLE FOR PLAN: | $2,695 | $2,695 | $2,695 | $2,695 | $2,695 | $2,695 | $2,695 | $2,695 | $2,695 | $2,695 | $2,695 | $2,695 |

| DEFINITIONS |
|---|
| TOTAL PROJECTED CASH FLOW FROM OPERATIONS:    TOTAL AMOUNT OF PROJECTED FUNDS COLLECTED IN A SPECIFIC PERIOD FROM CASH SALES, COLLECTION OF ACCOUNTS RECEIVABLE, AND OTHER INCOME, EXCLUDING LOANS PROCEEDS, CASH CONTRIBUTIONS FROM INSIDERS, AND SALES TAXES COLLECTED. |
| TOTAL DISBURSEMENTS EXCLUDING PAYMENTS  TO CREDITORS IN A PLAN:    TOTAL PROJECTED DISBURSEMENTS IN A SPECIFIC PERIOD FOR PRODUCTION COSTS, GENERAL AND ADMINISTRATIVE COSTS, EXCLUDING PAYMENTS TO CREDITORS TO BE PAID UNDER THE TERMS OF THE PROPOSED PLAN. |

1. Net monthly projected income reduced as a one time $2,400.00 economic stimulus was received in the past 12 months.

2. Projected expenses were decreased as re-occurring professional fees expenses will end.

## PLAN FEASIBILITY

| POST PETITION PERIODS | MONTH ONE | MONTH TWO | MONTH THREE | MONTH FOUR | MONTH FIVE | MONTH SIX | MONTH SEVEN | MONTH EIGHT | MONTH NINE | MONTH TEN | MONTH ELEVEN | MONTH TWELVE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ANTICIPATED RECEIPTS AVAILABLE FOR PLAN (SEE LINE 6, ABOVE): | $2,695 | $2,595 | $2,595 | $2,595 | $2,595 | $2,595 | $2,595 | $2,595 | $2,595 | $2,595 | $2,595 | $2,595 |
| LESS PROPOSED PLAN PAYMENTS (SEE SECTION IV): | $2,671 | $2,671 | $2,671 | $2,671 | $2,671 | $2,671 | $2,671 | $2,671 | $2,671 | $2,671 | $2,671 | $2,671 |
| OVERAGE/(SHORTAGE)OF CASH FLOW AVAILABLE TO FUND PLAN: | $ 24 | $ 24 | $ 24 | $ 24 | $ 24 | $ 24 | $ 24 | $ 24 | $ 24 | $ 24 | $ 24 | $ 24 |

Mortgages                          - $1,755 per month
Car Payment                        - $   151 per month
Secured/Priority Tax Claims        - $   615 per month
Unsecured                          - $   100 per month escrow
Commonwealth PA Restitution        - $     50 per month

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Andrew F Kuzy** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | **Colleen A Kuzy** |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **531 Warrick Drive Washington, PA 15301  Washington County**<br>Line from *Schedule A/B*: **1.1** | **$200,000.00** | ■        **$16,268.75**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| **2018 Hyundai Tuscon**<br>Line from *Schedule A/B*: **3.1** | **$14,863.00** | ■        **$7,550.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| **2018 Hyundai Tuscon**<br>Line from *Schedule A/B*: **3.1** | **$14,863.00** | ■        **$7,313.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **2014 Chevy Cruze 43,000 miles**<br>Line from *Schedule A/B*: **3.2** | **$6,907.00** | ■        **$2,100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Furniture for the living room, dining room, bedroom and other household furniture.**<br>**Location: 531 Warrick Drive, Washington PA 15301**<br>Line from *Schedule A/B*: **6.1** | **$400.00** | ■        **$400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| | | |
|---|---|---|
| Debtor 1 | **Andrew F Kuzy** | |
| Debtor 2 | **Colleen A Kuzy** | |
| | | Case number (if known) _____ |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **TV's, computer, cell phones and other household electronics.**<br>**Location: 531 Warrick Drive, Washington PA 15301**<br>Line from *Schedule A/B*: **7.1** | $250.00 | ■          $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Personal clothing**<br>**Location: 531 Warrick Drive, Washington PA 15301**<br>Line from *Schedule A/B*: **11.1** | $150.00 | ■          $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Wedding rings, costume jewelry and other misc jewelry.**<br>**Location: 531 Warrick Drive, Washington PA 15301**<br>Line from *Schedule A/B*: **12.1** | $500.00 | ■          $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| **Checking: Slovenian Savings and Loan**<br>Line from *Schedule A/B*: **17.1** | $300.00 | ■          $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Savings: Slovenian Savings and Loan**<br>Line from *Schedule A/B*: **17.2** | $5,000.00 | ■        $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

# First National Bank

**4140 E. State Street**
**Hermitage, PA 16148**

**ADDRESS SERVICE REQUESTED**

>008764 4965468 0001 092543 10Z

ANDREW F KUZY
COLLEEN A KUZY
TAX ESCROW ACCOUNT
531 WARRICK DR
WASHINGTON PA 15301-9513

‖|‖|ₐ|‖ₐ|ₐ·|ₐᵇₐₐₐₐ|‖ₐₐₐₐ|ₐ|ₐₐₐ|ₐ|ₐ|ₐᵇₐₐ‖

**Statement Ending 09/16/2020**

*ANDREW F KUZY*                                          Page 1 of 4

**Primary Account Number:**

## Managing Your Accounts

 Online        www.fnb-online.com

 By Phone     1 800-555-5455

By Mail      4140 E. State Street
             Hermitage, PA  16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREESTYLE CHECKING | | $2,991.32 |

# FREESTYLE CHECKING -

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 08/15/2020 | Balance Last Statement | $2,755.27 |
| | 4 Credit(s) This Period | $240.00 |
| | 1 Debit(s) This Period | $3.95 |
| 09/16/2020 | Balance This Statement | $2,991.32 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/15/2020 | Balance Last Statement | | | $2,755.27 |
| 08/21/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $2,815.27 |
| 08/28/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $2,875.27 |
| 09/04/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $2,935.27 |
| 09/11/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $2,995.27 |
| 09/16/2020 | PAPER STATEMENT FEE | $3.95 | | $2,991.32 |
| 09/16/2020 | Balance This Statement | | | $2,991.32 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/21/2020 | $2,815.27 | 09/04/2020 | $2,935.27 | 09/16/2020 | $2,991.32 |
| 08/28/2020 | $2,875.27 | 09/11/2020 | $2,995.27 | | |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

# First National Bank

| | | **Statement Ending 09/30/2020** |
|---|---|---|

4140 E. State Street
Hermitage, PA 16148

*ANDREW F. KUZY, DEBTOR IN*   Page 1 of 6
Primary Account Number:

**ADDRESS SERVICE REQUESTED**

>005494 5058926 0001 092543 10Z

ANDREW F. KUZY, DEBTOR IN POSSESSION
COLLEEN A. KUZY, DEBTOR IN POSSESSION
JACQUELINE SCHMALZ
531 WARRICK DR
WASHINGTON PA 15301-9513

### Managing Your Accounts

| | | |
|---|---|---|
|  | Online | www.fnb-online.com |
|  | By Phone | 1 800-555-5455 |
| | By Mail | 4140 E. State Street<br>Hermitage, PA  16148 |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | | $41,305.85 |

## FREE SMALL BUSINESS CHECKING -

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 09/01/2020 | Balance Last Statement | $40,073.11 | Minimum Balance | $38,731.83 |
| | 8 Credit(s) This Period | $9,636.65 | Average Ledger Balance | $40,822.17 |
| | 91 Debit(s) This Period | $8,403.91 | Average Available Balance | $40,822.17 |
| 09/30/2020 | Balance This Statement | $41,305.85 | | |

Effective December 1, 2020, business check deposits made over the teller line will not be immediately available for withdrawal.  Business teller line check deposits will still be available to pay items that are presented to your account the same evening.  However, in some cases, we may delay your availability to withdraw funds beyond the first business day.

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/01/2020 | Balance Last Statement | | | $40,073.11 |
| 09/01/2020 | CHECK # 1356 | $250.00 | | $39,823.11 |
| 09/02/2020 | CHECK # 1359 | $318.68 | | $39,504.43 |
| 09/02/2020 | 8885 PIN PUR 09/02 13:38 WM SUPERCENTER # WASHINGTON PA 17390011 27426~5411 | $154.08 | | $39,350.35 |
| 09/02/2020 | 27528 POS PUR 09/01 12:38 WASHINGTON HYUND WASHINGTON PA 00000000 02752~7538 | $42.35 | | $39,308.00 |
| 09/02/2020 | 87500 POS PUR 09/01 01:49 IDENTOGO - PA FI 877-512-6962 PA 00000000 087~9399 | $23.85 | | $39,284.15 |
| 09/02/2020 | 0083 BILLPAY 09/02 06:26 NETFLIX.COM netflix.com CA 00001000 813793 ~4899 | $13.77 | | $39,270.38 |
| 09/03/2020 | CHECK # 1357 | $278.58 | | $38,991.80 |
| 09/03/2020 | 212422 POS PUR 09/03 15:21 BP#9351941RUFF C WASHINGTON PA 39013701 21242~5542 | $25.00 | | $38,966.80 |
| 09/03/2020 | 63481 POS PUR 09/02 07:01 JEFFREYS DRUG ST CANONSBURG PA 29235480 06348~5912 | $19.32 | | $38,947.48 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
* For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
* For business accounts, click on https://www.fnb-online.com/business-overdrafts