UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re: Andrew F. Kuzy, and
       Colleen A. Kuzy,

           Debtors.

:   Bankruptcy Case No.: 18-21728-CMB
:
:   Chapter 11
:

Reporting Period: October 2020

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - | MOR-1 (INDV) (CONT) | | |
|   Bank Reconciliation | | | |
|   Copies of bank statements | | | |
|   Cash disbursements journals | | | |
|   Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_/s/ Andrew Kuzy_
**Signature of Debtor**

_11/15/20_
**Date**

_/s/ Colleen Kuzy_
**Signature of Joint Debtor**

_11/15/20_
**Date**

_____
**Signature of Preparer**

_____
**Date**

_____
**Printed Name of Preparer**

FORM MOR (INDV)
(10/00)

| In Re: Andrew F. Kuzy, and | : | Bankruptcy Case No.: 18-21728-CMB |
|---|---|---|
| Colleen A. Kuzy, | : | |
| | : | Chapter 11 |
| Debtors. | : | |

Reporting Period: <u>October 2020</u>

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 41305.85 | |
| **RECEIPTS** | | |
| Wages (Net) | 5595.01 | |
| Interest and Dividend Income | 28.07 | |
| Alimony and Child Support | 0.00 | |
| Social Security and Pension Income | 2590.88 | |
| Sale of Assets | 0.00 | |
| Other Income (attach schedule) | 2948.87 | |
| **Total Receipts** | 11162.83 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 0 | |
| Rental Payment(s) | 0 | |
| Other Secured Note Payments | 0 | |
| Utilities | 1621.37 | |
| Insurance | 552.87 | |
| Auto Expense | 377.72 | |
| Lease Payments | 0 | |
| IRA Contributions | 0 | |
| Repairs and Maintenance | 1496.86 | |
| Medical Expenses | 212.52 | |
| Household Expenses | 2523.50 | |
| Charitable Contributions | 0 | |
| Alimony and Child Support Payments | 0 | |
| Taxes - Real Estate | 0 | |
| Taxes - Personal Property | 42.59 | |
| Taxes - Other (attach schedule) | 300.00 | |
| Travel and Entertainment | 65.71 | |
| Gifts | 0 | |
| Other (attach schedule) | 50.00 | |
| **Total Ordinary Disbursements** | 7243.14 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 750.00 | |
| U. S. Trustee Fees | 0 | |
| Other Reorganization Expenses (attach schedule) | 0 | |
| **Total Reorganization Items** | 750.00 | |
| **Total Disbursements (Ordinary + Reorganization)** | 7993.14 | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 3169.69 | |
| **Cash - End of Month (Must equal reconciled bank** | 44475.54 | |

FORM MOR-1 (INDV)

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
      Colleen A. Kuzy, :
                              : Chapter 11
          Debtors. :                                   (9/99)

Reporting Period: October 2020

**INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet**

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Refund | 398.87 | |
| Schmalz Income | 2550.00 | |
| | | |
| | | |
| **Other Taxes** | | |
| Freestyle Taxes | 300 | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Washington County Clerk of Courts | 50.00 | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. :
Reporting Period:_____

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns tiled during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| FICA- Employee |  |  |  |  |  |  |
| FICA-Employer |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Federal Taxes |  |  |  |  |  |  |
| State and Local |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| Sales |  |  |  |  |  |  |
| Excise |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Real Property |  |  |  |  |  |  |
| Personal Property |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Stale and Local |  |  |  |  |  |  |
| Total Taxes |  |  |  |  |  |  |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable |  |  |  |  |  |  |
| Wages-Payable |  |  |  |  |  |  |
| Taxes Payable |  |  |  |  |  |  |
| Rent/Leases-Building |  |  |  |  |  |  |
| Rent/Leases- Equipment |  |  |  |  |  |  |
| Secured Debt/Adequate Protection |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Amounts Due to Insiders" |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Postpetition Debts |  |  |  |  |  |  |

**Explain how and when the Debtor intends to pay any past-due Postpetition debts.**

_____
_____

*"Insider is defined in 11 U.S.C. Section 101(31)    FORM MOR-4

(9/99)

In Re: Andrew F. Kuzy, and  :  Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy,  :
  :  Chapter 11
Debtors.  :

Reporting Period:_____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| − Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

_____
_____
_____
_____
_____
_____
_____

FORM MOR-5
(9/99)

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 10/30/2020**

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

*Page 1 of 8*

**ADDRESS SERVICE REQUESTED**
>008023 5266500 0001 092543 10Z

ANDREW F. KUZY, DEBTOR IN POSSESSION
COLLEEN A. KUZY, DEBTOR IN POSSESSION
JACQUELINE SCHMALZ
531 WARRICK DR
WASHINGTON PA 15301-9513

**Managing Your Accounts**

| | | |
|---|---|---|
| | Online | www.fnb-online.com |
|  | By Phone | 1 800-555-5455 |
|  | By Mail | 4140 E. State Street Hermitage, PA 16148 |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | | $44,475.54 |

## FREE SMALL BUSINESS CHECKING -

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 10/01/2020 | Balance Last Statement | $41,305.85 | Minimum Balance | $39,084.36 |
| | 11 Credit(s) This Period | $11,162.83 | Average Ledger Balance | $41,606.46 |
| | 112 Debit(s) This Period | $7,993.14 | Average Available Balance | $41,606.46 |
| 10/30/2020 | Balance This Statement | $44,475.54 | | |

Effective December 1, 2020, business check deposits made over the teller line will not be immediately available for withdrawal. Business teller line check deposits will still be available to pay items that are presented to your account the same evening. However, in some cases, we may delay your availability to withdraw funds beyond the first business day.

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/01/2020 | Balance Last Statement | | | $41,305.85 |
| 10/01/2020 | CHECK # 1368 | $250.00 | | $41,055.85 |
| 10/01/2020 | 11812 POS PUR 10/01 05:27 LOWES #00671* WASHINGTON PA 00000000 011812 ~5200 | $60.30 | | $40,995.55 |
| 10/01/2020 | 68302 RECURRING 10/01 14:08 SCENTBOX.COM 866-274-4123 CA 00000000 068302 ~5964 | $19.95 | | $40,975.60 |
| 10/01/2020 | 33597 POS PUR 10/01 16:26 WM SUPERCENTER # WASHINGTON PA 17390044 27463~5411 | $15.84 | | $40,959.76 |
| 10/02/2020 | DEPOSIT | | $1,300.00 | $42,259.76 |
| 10/02/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $42,199.76 |
| 10/02/2020 | 430079 PIN PUR 10/02 13:28 SAMSCLUB #6251 WASHINGTON PA 24625101 430079 ~5411 | $159.68 | | $42,040.08 |
| 10/02/2020 | 23539 POS PUR 10/01 10:04 JEFFREYS DRUG ST CANONSBURG PA 29235480 02353~5912 | $143.00 | | $41,897.08 |
| 10/02/2020 | 11500 PIN PUR 10/02 12:46 DICK'S SPORTINGG WASHINGTON PA 00287837 01150~5941 | $39.99 | | $41,857.09 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 10/30/2020**

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 3 of 8

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/02/2020 | 778164 RECURRING 10/02 09:51 NETFLIX COM LOS GATOS CA 003 027600778164 ~4899 | $13.77 | | $41,843.32 |
| 10/02/2020 | 5815 POS PUR 10/02 02:16 Amazon.com* MK1PL Amzn.com/bill WA 00000000 00~5942 | $7.59 | | $41,835.73 |
| 10/02/2020 | 50572 POS PUR 10/02 19:39 Amazon.com* MK41E Amzn.com/bill WA 00000000 05~5942 | $6.35 | | $41,829.38 |
| 10/05/2020 | 247790 POS PUR 10/03 08:21 Walmart.com Bentonville AR 02003144 100308247~5310 | $334.62 | | $41,494.76 |
| 10/05/2020 | CHECK # 1371 | $278.58 | | $41,216.18 |
| 10/05/2020 | 96357 POS PUR 10/02 01:31 SAMSCLUB #6251 WASHINGTON PA 00000001 096357 ~5300 | $64.79 | | $41,151.39 |
| 10/05/2020 | 919804 PIN PUR 10/03 11:18 ALDI 69051 WASHINGTON PA 89027702 919804 ~5411 | $62.63 | | $41,088.76 |
| 10/05/2020 | 42780 POS PUR 10/03 15:26 WASHINGTON SHOP WASHINGTON PA 1 042780 ~5411 | $54.08 | | $41,034.68 |
| 10/05/2020 | 42900 POS PUR 10/03 17:08 WASHINGTON SHOP WASHINGTON PA 1 042900 ~5411 | $52.99 | | $40,981.69 |
| 10/05/2020 | 19172 POS PUR 10/05 07:52 AMZN Mktp US* MK6 Amzn.com/bill WA 00000000 01~5942 | $13.53 | | $40,968.16 |
| 10/05/2020 | 46985 POS PUR 10/03 15:37 WM SUPERCENTER # WASHINGTON PA 17390047 69877~5411 | $6.56 | | $40,961.60 |
| 10/05/2020 | 79680 POS PUR 10/04 04:29 AMZNFreeTime* MK2 888-802-3080 WA 00000000 079~5818 | $3.17 | | $40,958.43 |
| 10/06/2020 | CHECK # 1370 | $338.27 | | $40,620.16 |
| 10/06/2020 | CHECK # 1366 | $92.37 | | $40,527.79 |
| 10/06/2020 | 19245 POS PUR 10/06 18:23 AMZN Mktp US* MK8 Amzn.com/bill WA 00000000 01~5942 | $82.67 | | $40,445.12 |
| 10/06/2020 | 34875 POS PUR 10/05 13:01 JEFFREYS DRUG ST CANONSBURG PA 29235480 03487~5912 | $23.98 | | $40,421.14 |
| 10/06/2020 | 33364 POS PUR 10/06 19:34 AMZN Mktp US* MK9 Amzn.com/bill WA 00000000 03~5942 | $14.49 | | $40,406.65 |
| 10/07/2020 | 278542 PIN PUR 10/07 12:12 WAL-MART #1739 WASHINGTON PA 24173901 278542 ~5411 | $622.10 | | $39,784.55 |
| 10/07/2020 | 2177 POS PUR 10/06 15:25 PTC EZ PASS CSC state.pa.us PA 00000824 00217~4784 | $194.30 | | $39,590.25 |
| 10/07/2020 | CHECK # 1369 | $174.67 | | $39,415.58 |
| 10/07/2020 | 107217 PIN PUR 10/07 09:59 CANONSBURG SHOP CANONSBURG PA 53460201 107217~5411 | $141.46 | | $39,274.12 |
| 10/07/2020 | 32500 POS PUR 10/06 02:34 AMZN Mktp US* MK5 Amzn.com/bill WA 00000000 03~5942 | $47.71 | | $39,226.41 |
| 10/07/2020 | 14785 POS PUR 10/07 08:31 BP#9351941WASHIN WASHINGTON PA 39013701 01478~5542 | $25.00 | | $39,201.41 |
| 10/07/2020 | 49036 POS PUR 10/06 20:10 USPS PO 41115205 CANONSBURG PA 00000000 04903~9402 | $11.00 | | $39,190.41 |
| 10/08/2020 | SALANDRA FUNERAL Payroll 254873848283700 | | $1,885.97 | $41,076.38 |
| 10/08/2020 | CHECK # 1377 | $312.52 | | $40,763.86 |
| 10/08/2020 | CHECK # 1373 | $227.69 | | $40,536.17 |
| 10/08/2020 | 32759 PIN PUR 10/08 08:53 WM SUPERCENTER # WASHINGTON PA 17390013 00904~5411 | $51.70 | | $40,484.47 |
| 10/08/2020 | 48136 POS PUR 10/07 18:48 SAMS CLUB #6251 WASHINGTON PA 62510088 021220~5542 | $24.28 | | $40,460.19 |
| 10/08/2020 | 10487 POS PUR 10/08 14:56 HI-HAT CLEANERS | $13.50 | | $40,446.69 |

# FREE SMALL BUSINESS CHECKING - (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/09/2020 | 89834 RETURN 10/08 16:36 WAL-MART #1739 WASHINGTON PA 17390094 089834 ~5411 | | $357.33 | $40,804.02 |
| 10/09/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $40,744.02 |
| 10/09/2020 | CHECK # 1375 | $250.00 | | $40,494.02 |
| 10/09/2020 | 55215 RECURRING 10/08 18:01 CCM* SEARS WARRAN 855-256-2467 FL 00000000 055~6300 | $69.99 | | $40,424.03 |
| 10/09/2020 | 415369 POS PUR 10/09 09:22 WAL-MART #1739 WASHINGTON PA 17390056 0283212~5411 | $65.67 | | $40,358.36 |
| 10/09/2020 | CHECK # 1376 | $50.00 | | $40,308.36 |
| 10/09/2020 | CHECK # 1372 | $42.96 | | $40,265.40 |
| 10/13/2020 | CHECK # 1374 | $227.96 | | $40,037.44 |
| 10/13/2020 | 33125 POS PUR 10/10 05:28 SAMSCLUB #6251 WASHINGTON PA 00000001 033125 ~5300 | $148.10 | | $39,889.34 |
| 10/13/2020 | 32232 POS PUR 10/13 16:26 SAMS CLUB #6251 WASHINGTON PA 62510096 545336~5300 | $136.98 | | $39,752.36 |
| 10/13/2020 | 622761 POS PUR 10/13 08:43 Walmart.com Bentonville AR 02003144 101308622~5310 | $115.55 | | $39,636.81 |
| 10/13/2020 | 84575 POS PUR 10/09 16:02 SQ * COREY ZAVADA CANONSBURG PA 00000000 08457~8999 | $80.00 | | $39,556.81 |
| 10/13/2020 | PISI DV PARSE04 45944 | $72.41 | | $39,484.40 |
| 10/13/2020 | 53850 POS PUR 10/12 08:47 AMZN Mktp US* MK4 Amzn.com/bill WA 00000000 05~5942 | $59.96 | | $39,424.44 |
| 10/13/2020 | 50401 POS PUR 10/10 16:44 LOWES #00671* WASHINGTON PA 00000000 050401 ~5200 | $39.54 | | $39,384.90 |
| 10/13/2020 | 5018 POS PUR 10/12 08:34 Wal-Mart Super C WASHINGTON PA 17390048 02865~5411 | $32.02 | | $39,352.88 |
| 10/13/2020 | 83437 POS PUR 10/12 18:04 AMZN Mktp US* MK2 Amzn.com/bill WA 00000000 08~5942 | $19.94 | | $39,332.94 |
| 10/13/2020 | 81609 POS PUR 10/10 13:49 Amazon.com* MK0RS Amzn.com/bill WA 00000000 08~5942 | $17.80 | | $39,315.14 |
| 10/13/2020 | 59356 POS PUR 10/09 13:23 Amazon.com* MK3C9 Amzn.com/bill WA 00000000 05~5942 | $17.62 | | $39,297.52 |
| 10/13/2020 | 45197 POS PUR 10/13 16:49 LOWES #00671* WASHINGTON PA 00000000 045197 ~5200 | $13.76 | | $39,283.76 |
| 10/13/2020 | PISI DV PAR-V04 45944 | $13.50 | | $39,270.26 |
| 10/13/2020 | 23429 POS PUR 10/09 11:16 Kindle Unltd* MK2 866-321-8851 WA 00000000 023~5818 | $10.59 | | $39,259.67 |
| 10/13/2020 | 57955 POS PUR 10/13 06:01 Amazon Music* MK8 888-802-3080 WA 00000000 057~5818 | $8.47 | | $39,251.20 |
| 10/13/2020 | 64385 POS PUR 10/10 08:05 Kindle Svcs* MK7W 866-321-8851 WA 00000000 064~5818 | $8.47 | | $39,242.73 |
| 10/13/2020 | 1651 POS PUR 10/10 18:05 ADVANCE AUTO PAR WASHINGTON PA 1245002 001651~5533 | $7.42 | | $39,235.31 |
| 10/13/2020 | 553908 POS PUR 10/13 16:28 SAMSCLUB #6251 WASHINGTON PA 62510093 0287697~5411 | $4.98 | | $39,230.33 |
| 10/13/2020 | 49101 POS PUR 10/13 19:05 AMZN Digital* MK9 888-802-3080 WA 00000000 049~5818 | $4.23 | | $39,226.10 |
| 10/13/2020 | 48408 POS PUR 10/11 13:53 WM SUPERCENTER # WASHINGTON PA 17390045 52807~5411 | $3.72 | | $39,222.38 |
| 10/13/2020 | 91382 POS PUR 10/11 08:10 Walmart.com Bentonville AR 02003144 101108091~5310 | $3.54 | | $39,218.84 |
| 10/14/2020 | 52308 PIN PUR 10/14 12:23 WM SUPERCENTER # WASHINGTON PA 17390008 53021~5411 | $105.25 | | $39,113.59 |
| 10/15/2020 | 403816 POS PUR 10/15 16:59 BP#9351941WASHIN WASHINGTON PA 39013701 40381~5542 | $25.00 | | $39,088.59 |

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 10/30/2020**

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 5 of 8

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/15/2020 | 89177 POS PUR 10/15 09:32 AMZN Digital* MK4 888-802-3080 WA 00000000 089~5818 | $4.23 | | $39,084.36 |
| 10/16/2020 | SALANDRA FUNERAL Payroll 705221668635110 | | $2,103.19 | $41,187.55 |
| 10/16/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $41,127.55 |
| 10/16/2020 | 79879 POS PUR 10/15 12:10 HP PRODUCT SVC&R 800-474-6836 CA 00000000 079~7399 | $31.79 | | $41,095.76 |
| 10/16/2020 | 90080 POS PUR 10/15 14:45 USPS PO 41115205 CANONSBURG PA 00000000 09008~9402 | $17.54 | | $41,078.22 |
| 10/19/2020 | DEPOSIT | | $1,250.00 | $42,328.22 |
| 10/19/2020 | 8569 POS PUR 10/18 06:36 SAMSCLUB #6251 WASHINGTON PA 00000001 008569 ~5300 | $253.54 | | $42,074.68 |
| 10/19/2020 | 27693 POS PUR 10/18 09:42 WM SUPERCENTER # WASHINGTON PA 17390046 37635~5411 | $99.87 | | $41,974.81 |
| 10/19/2020 | 4531 POS PUR 10/17 22:56 AMZN Mktp US* 2T4 Amzn.com/bill WA 00000000 00~5942 | $59.90 | | $41,914.91 |
| 10/19/2020 | 33387 POS PUR 10/19 17:58 AMAZON.COM* 2T19H AMZN.COM/BILL WA 00000000 03~5942 | $58.67 | | $41,856.24 |
| 10/19/2020 | 54370 PIN PUR 10/17 14:01 MACY'S 621 PITTSBURGH PA D6210097 003937 ~5311 | $50.00 | | $41,806.24 |
| 10/19/2020 | 13509 POS PUR 10/18 07:47 Wal-Mart Super C WASHINGTON PA 17390046 02924~5411 | $34.05 | | $41,772.19 |
| 10/19/2020 | 588394 POS PUR 10/18 08:00 BP#9351941WASHIN WASHINGTON PA 39013701 58839~5542 | $25.00 | | $41,747.19 |
| 10/19/2020 | 14568 POS PUR 10/17 03:07 SPEEDWAY 02915 7 WASHINGTON PA 00000000 01456~5542 | $24.69 | | $41,722.50 |
| 10/19/2020 | 283807 POS PUR 10/19 16:25 WAL-MART #1739 WASHINGTON PA 24173901 283807 ~5411 | $16.83 | | $41,705.67 |
| 10/19/2020 | 8183 RECURRING 10/17 02:49 Amazon Prime* 2T9 Amzn.com/bill WA 00000000 00~5968 | $13.77 | | $41,691.90 |
| 10/19/2020 | 3758 POS PUR 10/19 21:59 AMZN Mktp US* 2T7 Amzn.com/bill WA 00000000 00~5942 | $11.30 | | $41,680.60 |
| 10/20/2020 | 687831 RETURN 10/20 14:59 Walmart.com Bentonville AR 02003144 102002687~5310 | | $3.54 | $41,684.14 |
| 10/20/2020 | 295958 POS PUR 10/20 14:35 Walmart.com Bentonville AR 02003144 102002295~5310 | $26.88 | | $41,657.26 |
| 10/20/2020 | 53691 POS PUR 10/19 10:31 USPS PO 41115205 CANONSBURG PA 00000000 05369~9402 | $1.40 | | $41,655.86 |
| 10/21/2020 | SSA TREAS 310 XXSOC SEC XXXXX9149A SSA | | $2,397.00 | $44,052.86 |
| 10/21/2020 | 36812 POS PUR 10/21 02:03 AMZN Mktp US* 2T3 Amzn.com/bill WA 00000000 03~5942 | $16.53 | | $44,036.33 |
| 10/21/2020 | 72137 POS PUR 10/20 09:55 SPEEDWAY 02915 7 WASHINGTON PA 00000000 07213~5542 | $14.28 | | $44,022.05 |
| 10/21/2020 | 38856 POS PUR 10/21 05:38 AMZN Mktp US* 2T9 Amzn.com/bill WA 00000000 03~5942 | $10.59 | | $44,011.46 |
| 10/22/2020 | 4515 PIN PUR 10/22 15:10 CLAIRE'S #6599 2 WASHINGTON PA 99999999 00451~5631 | $65.71 | | $43,945.75 |
| 10/22/2020 | 137783 POS PUR 10/22 16:24 WAL-MART #1739 WASHINGTON PA 24173901 137783 ~5411 | $22.71 | | $43,923.04 |
| 10/23/2020 | 11959 RETURN 10/23 20:37 AMZN Mktp US Amzn.com/bill WA 00000000 011959~5942 | | $38.00 | $43,961.04 |
| 10/23/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $43,901.04 |
| 10/23/2020 | 240918 PIN PUR 10/23 09:34 Wal-Mart Super C WASHINGTON PA 17390008 02978~5411 | $157.38 | | $43,743.66 |

## FREE SMALL BUSINESS CHECKING (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/23/2020 | CHECK # 1378 | $145.56 | | $43,598.10 |
| 10/23/2020 | 66973 POS PUR 10/22 14:40 Amazon.com* 2T8FX Amzn.com/bill WA 00000000 06~5942 | $6.38 | | $43,591.72 |
| 10/26/2020 | 36419 PIN PUR 10/24 14:32 WM SUPERCENTER # WASHINGTON PA 17390049 16879~5411 | $107.01 | | $43,484.71 |
| 10/26/2020 | 584120 PIN PUR 10/24 11:12 SAM'S Club WASHINGTON PA 62510094 02983200203~5411 | $92.78 | | $43,391.93 |
| 10/26/2020 | 531097 POS PUR 10/25 07:48 WAL-MART #1739 WASHINGTON PA 17390046 0299517~5411 | $53.45 | | $43,338.48 |
| 10/26/2020 | 80423 POS PUR 10/23 10:37 JEFFREYS DRUG ST CANONSBURG PA 29235480 08042~5912 | $17.25 | | $43,321.23 |
| 10/26/2020 | AMERICAN WATER E 00141479 CUS000000000027 | $3.99 | | $43,317.24 |
| 10/26/2020 | AMERICAN WATER E 00141479 CUS000000000027 | $3.99 | | $43,313.25 |
| 10/27/2020 | 620890 PIN PUR 10/27 17:21 Wal-Mart Super C WASHINGTON PA 17390049 03011~5411 | $53.03 | | $43,260.22 |
| 10/27/2020 | 3426 POS PUR 10/26 22:53 SPEEDWAY 02915 7 WASHINGTON PA 00000000 00342~5542 | $24.04 | | $43,236.18 |
| 10/28/2020 | 874321 POS PUR 10/28 16:26 WAL-MART #1739 WASHINGTON PA 24173901 874321 ~5411 | $23.27 | | $43,212.91 |
| 10/28/2020 | 13177 RECURRING 10/28 16:04 SXM* SIRIUSXM.COM 888-635-5144 NY 00000000 013~4899 | $21.87 | | $43,191.04 |
| 10/28/2020 | 1018 POS PUR 10/26 17:00 JEFFREYS DRUG ST CANONSBURG PA 29235480 00101~5912 | $9.09 | | $43,181.95 |
| 10/29/2020 | CHECK # 1382 | $250.00 | | $42,931.95 |
| 10/29/2020 | 57145 PIN PUR 10/29 09:03 WM SUPERCENTER # WASHINGTON PA 17390011 00481~5411 | $127.56 | | $42,804.39 |
| 10/29/2020 | 75100 POS PUR 10/28 13:41 JEFFREYS DRUG ST CANONSBURG PA 29235480 07510~5912 | $19.20 | | $42,785.19 |
| 10/29/2020 | 10217 POS PUR 10/29 21:28 AMZN MKTP US* 282 AMZN.COM/BILL WA 00000000 01~5942 | $7.30 | | $42,777.89 |
| 10/30/2020 | RANGE RESOURCES 10.20 ACH 279995 | | $28.07 | $42,805.96 |
| 10/30/2020 | COMM OF PA ANNUITANT APXXXXXX6539 | | $193.88 | $42,999.84 |
| 10/30/2020 | SALANDRA FUNERAL Payroll 842934763077300 | | $1,605.85 | $44,605.69 |
| 10/30/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $44,545.69 |
| 10/30/2020 | 78932 POS PUR 10/29 07:59 AMAZON.COM* 280DU AMZN.COM/BILL WA 00000000 07~5942 | $38.15 | | $44,507.54 |
| 10/30/2020 | 497099 POS PUR 10/30 15:31 AMOCO#9351941WAS WASHINGTON PA 39013701 49709~5542 | $25.00 | | $44,482.54 |
| 10/30/2020 | CHECK # 1383 | $7.00 | | $44,475.54 |
| 10/30/2020 | Balance This Statement | | | $44,475.54 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1366 | 10/06/2020 | $92.37 | 1372 | 10/09/2020 | $42.96 | 1377 | 10/08/2020 | $312.52 |
| 1368* | 10/01/2020 | $250.00 | 1373 | 10/08/2020 | $227.69 | 1378 | 10/23/2020 | $145.56 |
| 1369 | 10/07/2020 | $174.67 | 1374 | 10/13/2020 | $227.96 | 1382* | 10/29/2020 | $250.00 |
| 1370 | 10/06/2020 | $338.27 | 1375 | 10/09/2020 | $250.00 | 1383 | 10/30/2020 | $7.00 |
| 1371 | 10/05/2020 | $278.58 | 1376 | 10/09/2020 | $50.00 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10/01/2020 | $40,959.76 | 10/07/2020 | $39,190.41 | 10/14/2020 | $39,113.59 |
| 10/02/2020 | $41,829.38 | 10/08/2020 | $40,446.69 | 10/15/2020 | $39,084.36 |
| 10/05/2020 | $40,958.43 | 10/09/2020 | $40,265.40 | 10/16/2020 | $41,078.22 |
| 10/06/2020 | $40,406.65 | 10/13/2020 | $39,218.84 | 10/19/2020 | $41,680.60 |

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 10/30/2020**

ANDREW F. KUZY, DEBTOR IN                    Page 7 of 8
Primary Account Number:

## FREE SMALL BUSINESS CHECKING - ( (continued)

### Daily Balances (continued)

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10/20/2020 | $41,655.86 | 10/23/2020 | $43,591.72 | 10/28/2020 | $43,181.95 |
| 10/21/2020 | $44,011.46 | 10/26/2020 | $43,313.25 | 10/29/2020 | $42,777.89 |
| 10/22/2020 | $43,923.04 | 10/27/2020 | $43,236.18 | 10/30/2020 | $44,475.54 |

SALANDRA FUNERAL SERVICE INC.
304 WEST PIKE STREET
CANONSBURG PA 15317

ANDREW KUZY
EMPLOYEE ID: 3
DEPARTMENT: 10
DD RECEIPT:   1193205357



Pay Period   09/13/2020 - 09/26/2020
Pay Date     10/08/2020

FITWH    Filing Status: M Exemptions: 0
PA       Filing Status: M Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 22.50 | 96.00 | 2,160.00 | 1,345.50 | 36,665.00 |
| RemovalFee | | | 225.00 | | 2,775.00 |
| Total | | 96.00 | $2,385.00 | 1,345.50 | $39,440.00 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 216.08 | 3,345.84 |
| MED | 34.58 | 571.90 |
| SOC | 147.87 | 2,445.30 |
| PA | 73.22 | 1,210.81 |
| PAEUC | 1.43 | 23.66 |
| PACAI | 23.85 | 394.44 |
| PACAIL | 2.00 | 40.00 |
| Total | $499.03 | $8,031.95 |

Net Pay    XXXX6826    $1,885.97

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SALANDRA FUNERAL SERVICE INC.
304 WEST PIKE STREET
CANONSBURG PA 15317

Direct Deposit #   1193205357
Date               10/08/2020

Pay this Amount

** NON-NEGOTIABLE ** DIRECT DEPOSIT RECEIPT **

VOID ** VOID **

Pay to the
Order of

ANDREW KUZY
531 WARRICK DR
WASHINGTON PA 15301

10   DD

DIRECT DEPOSIT  $1,885.97
TO ACCOUNT #    XXXX6826
BANK #          XXXXX8092

NON-NEGOTIABLE

**SALANDRA FUNERAL SERVICE INC.**
304 WEST PIKE STREET
CANONSBURG PA 15317

ANDREW KUZY
EMPLOYEE ID: 3
DEPARTMENT: 10
DD RECEIPT:    1193895231



| Pay Period | 09/27/2020 - 10/10/2020 | | | FITWH | Filing Status: M Exemptions: 0 | |
|---|---|---|---|---|---|---|
| Pay Date | 10/16/2020 | | | PA | Filing Status: M Exemptions: 0 | |

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 22.50 | 112.00 | 2,520.00 | 1,457.50 | 39,185.00 |
| RemovalFee | | | 150.00 | | 2,925.00 |
| Total | | 112.00 | $2,670.00 | 1,457.50 | $42,110.00 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 250.28 | 3,596.12 |
| MED | 38.72 | 610.62 |
| SOC | 165.54 | 2,610.84 |
| PA | 81.97 | 1,292.78 |
| PAEUC | 1.60 | 25.26 |
| PACAI | 26.70 | 421.14 |
| PACAIL | 2.00 | 42.00 |
| Total | $566.81 | $8,598.76 |
| Net Pay | XXXX6826 | $2,103.19 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**SALANDRA FUNERAL SERVICE INC.**
304 WEST PIKE STREET
CANONSBURG PA 15317

Direct Deposit #  1193895231
Date    10/16/2020

Pay this Amount

** NON-NEGOTIABLE** DIRECT DEPOSIT RECEIPT **         VOID ** VOID **

10    DD

DIRECT DEPOSIT  $2,103.19
TO ACCOUNT #  XXXX6826
BANK #        XXXXX8092

Pay to the
Order of

**ANDREW KUZY**
531 WARRICK DR
WASHINGTON PA 15301

**NON-NEGOTIABLE**

**SALANDRA FUNERAL SERVICE INC.**
304 WEST PIKE STREET
CANONSBURG PA 15317

ANDREW KUZY
EMPLOYEE ID: 3
DEPARTMENT: 10
DD RECEIPT: 1194747409



Pay Period  10/11/2020 - 10/24/2020
Pay Date    10/30/2020

FITWH  Filing Status: M  Exemptions: 0
PA     Filing Status: M  Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 22.50 | 83.00 | 1,867.50 | 1,540.50 | 41,052.50 |
| RemovalFee | | | 150.00 | | 3,075.00 |
| Total | | 83.00 | $2,017.50 | 1,540.50 | $44,127.50 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 171.98 | 3,768.10 |
| MED | 29.25 | 639.87 |
| SOC | 125.09 | 2,735.93 |
| PA | 61.94 | 1,354.72 |
| PAEUC | 1.21 | 26.47 |
| PACAI | 20.18 | 441.32 |
| PACAIL | 2.00 | 44.00 |
| Total | $411.65 | $9,010.41 |

Net Pay     XXXX6826     $1,605.85

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**SALANDRA FUNERAL SERVICE INC.**
304 WEST PIKE STREET
CANONSBURG PA 15317

Direct Deposit #  1194747409
Date    10/30/2020

Pay this Amount

** NON-NEGOTIABLE ** DIRECT DEPOSIT RECEIPT **         VOID ** VOID **

Pay to the
Order of

ANDREW KUZY
531 WARRICK DR
WASHINGTON PA 15301

10    DD

DIRECT DEPOSIT  $1,605.85
TO ACCOUNT #    XXXX6826
BANK #          XXXXX8092

**NON-NEGOTIABLE**

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 10/16/2020**

ANDREW F KUZY                                    Page 1 of 4
Primary Account Number:

**ADDRESS SERVICE REQUESTED**

>014616 5158154 0001 092543 10Z

ANDREW F KUZY
COLLEEN A KUZY
TAX ESCROW ACCOUNT
531 WARRICK DR
WASHINGTON PA 15301-9513

### Managing Your Accounts

 Online       www.fnb-online.com

 By Phone     1 800-555-5455

By Mail      4140 E. State Street
             Hermitage, PA 16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREESTYLE CHECKING | | $587.37 |

# FREESTYLE CHECKING -

## Account Summary

| Date | Description | Amount |
|---|---|---|
| 09/17/2020 | Balance Last Statement | $2,991.32 |
| | 5 Credit(s) This Period | $300.00 |
| | 2 Debit(s) This Period | $2,703.95 |
| 10/16/2020 | Balance This Statement | $587.37 |

## Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/17/2020 | Balance Last Statement | | | $2,991.32 |
| 09/18/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $3,051.32 |
| 09/21/2020 | MISCELLANEOUS DEBIT | $2,700.00 | | $351.32 |
| 09/25/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $411.32 |
| 10/02/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $471.32 |
| 10/09/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $531.32 |
| 10/16/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $591.32 |
| 10/16/2020 | PAPER STATEMENT FEE | $3.95 | | $587.37 |
| 10/16/2020 | Balance This Statement | | | $587.37 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09/18/2020 | $3,051.32 | 09/25/2020 | $411.32 | 10/09/2020 | $531.32 |
| 09/21/2020 | $351.32 | 10/02/2020 | $471.32 | 10/16/2020 | $587.37 |



To learn more about FNB's deposit account practices such as our posting order, how an available balance is, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts