| | |
|---|---|
| **Form 307** | **IN THE UNITED STATES BANKRUPTCY COURT** |
| | **FOR THE WESTERN DISTRICT OF PENNSYLVANIA** |

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-21728-CMB |
| Andrew F. Kuzy | : | Chapter 11 |
| Colleen A. Kuzy | : | Related to Document No. 165 |
| Debtor(s) | : | Hearing:  January 8, 2021 at 1:30 p.m. |

### ORDER SCHEDULING HEARING ON DISCLOSURE STATEMENT

**To the Debtor, creditors of the Debtor, and other parties in interest:**

　　　　**AND NOW,** this  **The 16th day of November, 2020, a Disclosure Statement, Plan Summary and Plan** dated November 14, 2020 were filed by Trustee on November 16, 2020 under Chapter 11 of the United States Bankruptcy Code.  Therefore,

　　　　It is hereby **ORDERED, ADJUDGED AND DECREED that:**

(1)　　　　**January 1, 2021,** is the last day for filing and serving **Objections** to the Disclosure Statement pursuant to Fed.R.Bankr.P. 3017(a) and to file a **Request for Payment of an Administrative Expense,** pursuant to 11 U.S.C. Section 503.  Filed Objections and Requests shall be heard at the time of the hearing on approval of the Disclosure Statement.

(2)　　　　Within 7 days after entry of this Order,

　　　　(a)  The Plan proponent shall transmit the Disclosure Statement, Plan Summary and Plan to the Debtor(s), Debtor(s)'s attorney, trustee, trustee's attorney, members of all committees and counsel for all committees, if any, the Securities and Exchange Commission, the U.S. Trustee, and any party in interest who has requested or requests in writing a copy of the Disclosure Statement and Plan.
　　　　(b)  The Plan proponent shall serve a copy of this Order on the indenture trustee, all creditors, equity security holders, interest holders, all parties in interest, and file a Certificate of Service which complies with Local Form No. 7.

(3)　　　　Requests for copies of the Disclosure Statement, Plan Summary and Plan shall be mailed to the proponent of the Plan to the attention of:

　　　　　　　　Jeffrey J. Sikirica
　　　　　　　　121 Northbrook Drive
　　　　　　　　Pine Township
　　　　　　　　Gibsonia, PA  15044

(4) On **January 8, 2021, at 1:30 p.m.,** a ZOOM Hearing to consider the approval of the Disclosure Statement shall be held via ZOOM Video Conference Application. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0919. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at:
https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.

_____ glb
Carlota M. Bohm, Chief Judge
United States Bankruptcy Court

FILED
11/16/20 4:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Andrew F. Kuzy  
Colleen A. Kuzy  
    Debtor(s)

Case No. 18-21728-CMB  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 2  
Date Rcvd: Nov 16, 2020      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2020:**

**Recip ID**      **Recipient Name and Address**  
db/jdb      + Andrew F. Kuzy, Colleen A. Kuzy, 531 Warrick Drive, Washington, PA 15301-9513

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2020 at the address(es) listed below:

**Name**      **Email Address**

Anthony T. Kovalchick  
    on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov

Brian Nicholas  
    on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com

Brian C. Thompson  
    on behalf of Debtor Andrew F. Kuzy bthompson@ThompsonAttorney.com  
    blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com

Brian C. Thompson  
    on behalf of Joint Debtor Colleen A. Kuzy bthompson@ThompsonAttorney.com  
    blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 2 of 2 |
| Date Rcvd: Nov 16, 2020 | Form ID: pdf900 | Total Noticed: 1 |

Brian M. Kile
    on behalf of Creditor Key Bank  N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

Jeffrey J. Sikirica
    on behalf of Trustee Jeffrey J. Sikirica trusteesikirica@zoominternet.net  PA59@ecfcbis.com

Norma Hildenbrand, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 8