UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ANDREW F. KUZY<br>COLLEEN A. KUZY<br><br>JEFFREY J. SIKIRICA, TRUSTEE<br>　　　　　　　　　　　Movant,<br>vs.<br><br>No Respondents. | CASE NO: 18-21728-CMB<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 169 |

On 11/23/2020, I did cause a copy of the following documents, described below,

ORDER SCHEDULING HEARING ON DISCLOSURE STATEMENT ECF Docket Reference No. 169

SUMMARY OF AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED NOVEMBER 14, 2020

DISCLOSURE STATEMENT TO ACCOMPANY AMENDED PLAN DATED NOVEMBER 14, 2020

AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED NOVEMBER 14, 2020

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/23/2020

　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey J. Sikirica
　　　　　　　　　　　　　　　　　　　　Jeffrey J. Sikirica  36745
　　　　　　　　　　　　　　　　　　　　Jeffrey J. Sikirica, Esq.
　　　　　　　　　　　　　　　　　　　　121 Northbrook Drive
　　　　　　　　　　　　　　　　　　　　Gibsonia, PA  15044
　　　　　　　　　　　　　　　　　　　　724 625 2566

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ANDREW F. KUZY<br>COLLEEN A. KUZY<br><br>JEFFREY J. SIKIRICA, TRUSTEE<br>　　　　　　　　　　　Movant,<br>vs.<br><br>No Respondents. | CASE NO: 18-21728-CMB<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 169 |

On 11/23/2020, a copy of the following documents, described below,

ORDER SCHEDULING HEARING ON DISCLOSURE STATEMENT ECF Docket Reference No. 169
SUMMARY OF AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED NOVEMBER 14, 2020
DISCLOSURE STATEMENT TO ACCOMPANY AMENDED PLAN DATED NOVEMBER 14, 2020
AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED NOVEMBER 14, 2020

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/23/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey J. Sikirica
Jeffrey J. Sikirica, Esq.
121 Northbrook Drive
Gibsonia, PA  15044

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS 1ST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING" WERE SENT NOTICE THROUGH THE CM/ECF SYSTEM

```
U.S. SECURITIES & EXCHANGE COMMISSION    OFFICE OF THE UNITED STATES TRUSTEE    BRIAN C. THOMPSON ESQ.
OFFICE OF GENERAL COUNSEL                ATTN: NORMA L. HILDENBRAND ESQ.        THOMPSOM LAW GROUP P.C.
ATTN:  BANKRUPTCY SECTION                LIBERTY CENTER 1000 LIBERTY AVENUE     125 WARRENDALE BAYNE ROAD
100 F STREET NE                          SUITE 970                              SUITE 200
WASHINGTON DC  20549                     PITTSBURGH PA  15222                   WARRENDALE PA  15086-6504


ANDREW F. KUZY                           COLLEEN A. KUZY
531 WARRICK DRIVE                        531 WARRICK DRIVE
WASHINGTON PA  15301-9513                WASHINGTON PA  15301-9513
```