## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ANDREW F. KUZY<br>COLLEEN A. KUZY<br><br>JEFFREY J. SIKIRICA, TRUSTEE<br><br>                Movant<br>vs.<br>No Respondents. | CASE NO: 18-21728-CMB<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 169 |

On 11/23/2020, I did cause a copy of the following documents, described below,

ORDER SCHEDULING HEARING ON DISCLOSURE STATEMENT ECF Docket Reference No. 169

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/23/2020

                                                  /s/ Jeffrey J. Sikirica
                                                  Jeffrey J. Sikirica  36745
                                                  Jeffrey J. Sikirica, Esq.
                                                  121 Northbrook Drive
                                                  Gibsonia, PA  15044
                                                  724 625 2566

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  ANDREW F. KUZY
COLLEEN A. KUZY

JEFFREY J. SIKIRICA, TRUSTEE

Movant

vs.
No Respondents.

CASE NO: 18-21728-CMB

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 169

On 11/23/2020, a copy of the following documents, described below,

ORDER SCHEDULING HEARING ON DISCLOSURE STATEMENT ECF Docket Reference No. 169

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/23/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey J. Sikirica
Jeffrey J. Sikirica, Esq.
121 Northbrook Drive
Gibsonia, PA  15044

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ATT MOBILITY<br>PO BOX 6416<br>CAROL STREAM IL 60197-6416 | ACCOUNT RECOVERY SERVICES<br>ATTN BANKRUPTCY<br>3031 N 114TH ST<br>MILWALKEE WI 53222-4218 | ALLY BANK<br>PO BOX 130424<br>ROSEVILLE MN 55113-0004 |
| ALLY FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 380901<br>BLOOMINGTON MN 55438-0901 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET  LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | AMEX<br>CORRESPONDENCE<br>PO BOX 981540<br>EL PASO TX 79998-1540 |
| BARCLAYS BANK OF DELAWARE<br>PO BOX 8803<br>WILMINGTON DE 19899-8803 | CAPITAL ONE NA<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| CHROME FCU<br>PO BOX 658<br>CANONSBURG PA 15317-0658 | CITIBANK<br>PO BOX 6241<br>SIOUX FALLS SD 57117-6241 | CITIZENS AUTO FINANCE<br>480 JEFFERSON BLVD<br>WARWICK RI 02886-1359 |
| CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | COLLECTION SERVICE CENTER<br>PO BOX 560<br>NEW KENSINGTON PA 15068-0560 | COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE DEPARTMENT 280946<br>HARRISBURG PA 17128-0001 |
| CREDENCE RESOURCE MGMT<br>PO BOX 2300<br>SOUTHGATE MI 48195-4300 | CREDIT CONTROL SERVICES<br>725 CANTON ST<br>NORWOOD MA 02062-2679 | CREDIT ONE BANK<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873 |
| DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES DIVISION<br>PO BOX 628<br>BANKRUPTCY SECTION<br>PITTSBURGH PA 15230 | KEY BANK NATIONAL ASSOCIATION<br>PO BOX 94825<br>CLEVELAND OH 44101-4825 |
| KEY BANK NA<br>4910 TIEDEMAN ROAD<br>BROOKLYN OH 44144-2338 | KEY BANK NA<br>4224 RIDGE LEA<br>AMHERST NY 14226-1016 | KEY BANK NA<br>CO BRIAN M KILE ESQUIRE<br>GRENEN  BIRSIC PC<br>ONE GATEWAY CENTER 9TH FLOOR<br>PITTSBURGH PA 15222 |
| KOHLSCAPITAL ONE<br>KOHLS CREDIT<br>PO BOX 3043<br>MILWAUKEE WI 53201-3043 | ANTHONY T KOVALCHICK<br>PA OFFICE OF THE ATTORNEY GENERAL<br>1251 WATERFRONT PLACE<br>MEZZANINE LEVEL<br>PITTSBURGH PA 15222-4227 | LVNV FUNDING LLC<br>PO BOX 10497<br>GREENVILLE SC 29603-0497 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING" WERE SENT NOTICE THROUGH THE CM/ECF SYSTEM

```
LVNV FUNDING LLC ITS SUCCESSORS AND      LAURA KEISLING TAX COLLECTOR            MERRICK BANK
ASSIGNS                                  550 WASHINGTON ROAD                     RESURGENT CAPITAL SERVICES
ASSIGNEE OF MHC RECEIVABLES LLC AND      WASHINGTON PA 15301-9621                PO BOX 10368
FNBM LLC                                                                         GREENVILLE SC 29603-0368
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587


MERCEDES BENZ FINANCIAL SERVICES         MERRICK BANK                            MIDLAND FUNDING LLC
13650 HERITAGE VALLEY PARKWAY            10705 JORDAN GTW STE 200                2365 NORTHSIDE DRIVE
FORT WORTH TX 76177-0000                 SOUTH JORDAN UT 84095-3977              SUITE 300
                                                                                 SAN DIEGO CA 92108-2709


BRIAN NICHOLAS                           DEPT OF REVENUE OFFICE OF ATTORNEY GEN  PNC BANK RETAIL LENDING
KML LAW GROUP PC                         ANTHONY T KOVALCHICK                    P O BOX 94982
701 MARKET STREET                        1251 WATERFRONT PLACE                   CLEVELAND OH 44101-4982
SUITE 5000                               MEZZANINE LEVEL
PHILADELPHIA PA 19106-1541               PITTSBURGH PA 15222-4227


PRA RECEIVABLES MANAGEMENT LLC           PENNSYLVANIA DEPT OF REVENUE            PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41021                             DEPARTMENT 280946                       PO BOX 41067
NORFOLK VA 23541-1021                    PO BOX 280946                           NORFOLK VA 23541-1067
                                         ATTN- BANKRUPTCY DIVISION
                                         HARRISBURG PA 17128-0946


STATE FARM BANK                          STATE FARM FINANCIAL S                  TARGET
CO BECKET AND LEE LLP                    1 STATE FARM PLAZA                      TARGET CARD SERVICES
PO BOX 3001                              BLOOMINGTON IL 61710-0001               MAIL STOP NCB-0461
MALVERN PA 19355-0701                                                            MINNEAPOLIS MN 55440


UPMC HEALTH SERVICES                     UPMC PHYSICIAN SERVICES                 WHS ORTHO SPORTS MEDICINE
PO BOX 1123                              PO BOX 1123                             95 LEONARD AVENUE
MINNEAPOLIS MN 55440-1123                MINNEAPOLIS MN 55440-1123               WASHINGTON PA 15301-3368


WASHINGTON CO TAX CLAIM BUREAU           WASHINGTON COUNTY CLERK OF COURTS       WASHINGTON COUNTY TAX AUTHORITY
100 W BEAU ST STE 205                    1 S MAIN STREET 1005                    100 W BEAU STREET
WASHINGTON PA 15301-4483                 WASHINGTON PA 15301-6813                WASHINGTON PA 15301-4432


WORKFORCE WEST VIRGINIA
112 CALIFORNIA AVENUE
CHARLESTON WV 25305-0047
```