UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. :

Reporting Period: __November 2020__

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-I (INDV) | | |
| Schedule of Cash Receipts and Disbursements - | MOR-l (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_/s/ Andrew Kuzy_       12/15/2020
**Signature of Debtor**       **Date**

_/s/ Colleen Kuzy_       12/15/2020
**Signature of Joint Debtor**       **Date**

_____       _____
**Signature of Preparer**       **Date**

_____
**Printed Name of Preparer**

FORM MOR (INDV)
(10/00)

| In Re: Andrew F. Kuzy, and Colleen A. Kuzy, Debtors. | : : : : | Bankruptcy Case No.: 18-21728-CMB Chapter 11 |

Reporting Period: November 2020

# INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 44475.54 |  |
| **RECEIPTS** |  |  |
| Wages (Net) | 3417.52 |  |
| Interest and Dividend Income | 7.31 |  |
| Alimony and Child Support | 0 |  |
| Social Security and Pension Income | 2590.88 |  |
| Sale of Assets | 0 |  |
| Other Income (attach schedule) | 3817.25 |  |
| Total Receipts | 9832.96 |  |
| **DISBURSEMENTS** |  |  |
| ORDINARY ITEMS: |  |  |
| Mortgage Payment(s) | 0 |  |
| Rental Payment(s) | 0 |  |
| Other Secured Note Payments | 0 |  |
| Utilities | 772.63 |  |
| Insurance | 787.70 |  |
| Auto Expense | 141.25 |  |
| Lease Payments | 0 |  |
| IRA Contributions | 0 |  |
| Repairs and Maintenance | 2169.34 |  |
| Medical Expenses | 698.19 |  |
| Household Expenses | 2697.67 |  |
| Charitable Contributions | 0 |  |
| Alimony and Child Support Payments | 0 |  |
| Taxes - Real Estate | 0 |  |
| Taxes - Personal Property | 240.00 |  |
| Taxes - Other (attach schedule) | 0 |  |
| Travel and Entertainment | 0 |  |
| Gifts | 0 |  |
| Other (attach schedule) | 100.00 |  |
| Total Ordinary Disbursements | 7378.67 |  |
| REORGANIZATION ITEMS: |  |  |
| Professional Fees | 0 |  |
| U. S. Trustee Fees | 0 |  |
| Other Reorganization Expenses (attach schedule) | 0 |  |
| Total Reorganization Items | 0 |  |
| Total Disbursements (Ordinary + Reorganization) | 7606.78 |  |
| Net Cash Flow (Total Receipts - Total Disbursements) | 2226.18 |  |
| Cash - End of Month (Must equal reconciled bank | 46701.72 |  |

FORM MOR-1 (INDV)

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. : (9/99)

Reporting Period: November 2020

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| Schmalz Income | 3750.00 | |
| Refunds | 67.25 | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| Washington County Clerk of Courts | 100.00 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

| In Re: Andrew F. Kuzy, and | : | Bankruptcy Case No.: 18-21728-CMB |
|---|---|---|
| Colleen A. Kuzy, | : | |
| | : | Chapter 11 |
| Debtors. | : | |
| | | Reporting Period:_____ |

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns tiled during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal | | | | | | |
| Withholding | | | | | | |
| FICA- Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| **Total Federal Taxes** | | | | | | |
| State and Local | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| **Total Stale and Local** | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages-Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases- Equipment | | | | | | |
| Secured Debt/Adequate Protection | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders" | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.
_____
_____

*"Insider is defined in 11 U.S.C. Section 101(31)    FORM MOR-4

(9/99)

| In Re: Andrew F. Kuzy, and | : | Bankruptcy Case No.: 18-21728-CMB |
|---|---|---|
| Colleen A. Kuzy, | : | |
| | : | Chapter 11 |
| Debtors. | : | |

Reporting Period:_____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| − Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

_____
_____
_____
_____
_____
_____
_____

FORM MOR-5
(9/99)

# First National Bank

**Statement Ending 11/30/2020**

4140 E. State Street
Hermitage, PA 16148

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 1 of 8

**ADDRESS SERVICE REQUESTED**

>007318 5478201 0001 092543 10Z

ANDREW F. KUZY, DEBTOR IN POSSESSION
COLLEEN A. KUZY, DEBTOR IN POSSESSION
JACQUELINE SCHMALZ
531 WARRICK DR
WASHINGTON PA 15301-9513

### Managing Your Accounts

 Online — www.fnb-online.com

 By Phone — 1 800-555-5455

 By Mail — 4140 E. State Street, Hermitage, PA 16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | | $46,701.72 |

## FREE SMALL BUSINESS CHECKING -

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 10/31/2020 | Balance Last Statement | $44,475.54 | Minimum Balance | $41,276.84 |
| | 11 Credit(s) This Period | $9,832.96 | Average Ledger Balance | $43,735.18 |
| | 137 Debit(s) This Period | $7,606.78 | Average Available Balance | $43,735.18 |
| 11/30/2020 | Balance This Statement | $46,701.72 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/31/2020 | Balance Last Statement | | | $44,475.54 |
| 11/02/2020 | DEPOSIT | | $1,250.00 | $45,725.54 |
| 11/02/2020 | 60664 RETURN 11/01 08:20 Walmart.com Bentonville AR 02003144 110108060~5310 | | $0.49 | $45,726.03 |
| 11/02/2020 | CHECK # 1380 | $650.00 | | $45,076.03 |
| 11/02/2020 | 384979 PIN PUR 10/31 10:41 Wal-Mart Super C WASHINGTON PA 17390027 03059~5411 | $150.71 | | $44,925.32 |
| 11/02/2020 | 51484 POS PUR 11/01 12:57 WM SUPERCENTER # WASHINGTON PA 17390045 10160~5411 | $112.56 | | $44,812.76 |
| 11/02/2020 | 987235 POS PUR 11/01 23:54 Walmart.com Bentonville AR 02003144 110111987~5310 | $86.21 | | $44,726.55 |
| 11/02/2020 | 859832 PIN PUR 11/01 14:39 TARGET T-2231 30 Triadelphia WV 99999999 8598~5310 | $54.04 | | $44,672.51 |
| 11/02/2020 | 22382 POS PUR 11/01 12:39 WM SUPERCENTER # WASHINGTON PA 17390067 05893~5411 | $52.94 | | $44,619.57 |
| 11/02/2020 | 20882 POS PUR 11/01 13:13 SAMS CLUB #6251 WASHINGTON PA 62510096 234124~5300 | $46.90 | | $44,572.67 |
| 11/02/2020 | 30914 POS PUR 10/31 06:38 AMZN Mktp US* 282 Amzn.com/bill WA 00000000 03~5942 | $39.97 | | $44,532.70 |
| 11/02/2020 | 62673 RECURRING 10/31 22:19 SCENTBOX.COM 866-274-4123 CA 00000000 062673 ~5964 | $19.95 | | $44,512.75 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts



# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 11/30/2020**

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 3 of 8

## FREE SMALL BUSINESS CHECKING - _____ (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/02/2020 | 45849 POS PUR 10/31 15:10 AMZN Mktp US* 283 Amzn.com/bill WA 00000000 04~5942 | $15.50 | | $44,497.25 |
| 11/02/2020 | 5125 POS PUR 10/31 17:23 ADVANCE AUTO PAR WASHINGTON PA 1206003 005125~5533 | $13.77 | | $44,483.48 |
| 11/02/2020 | 591035 RECURRING 11/02 12:42 NETFLIX COM LOS GATOS CA 003 030700591035 ~4899 | $13.77 | | $44,469.71 |
| 11/02/2020 | 681846 POS PUR 11/01 14:51 SHEETZ 0429 TRIDELPHIA WV 08182301 681846 ~5542 | $12.66 | | $44,457.05 |
| 11/02/2020 | 18754 POS PUR 10/31 13:37 WM SUPERCENTER # WASHINGTON PA 17390023 68295~5411 | $10.57 | | $44,446.48 |
| 11/03/2020 | CHECK # 1385 | $336.01 | | $44,110.47 |
| 11/03/2020 | 372904 POS PUR 11/03 12:30 Walmart.com Bentonville AR 02003144 110312372~5310 | $34.44 | | $44,076.03 |
| 11/03/2020 | 86305 POS PUR 11/03 01:53 AMZN Mktp US* 283 Amzn.com/bill WA 00000000 08~5942 | $29.99 | | $44,046.04 |
| 11/03/2020 | 20521 POS PUR 11/03 15:41 WM SUPERCENTER # WASHINGTON PA 17390047 06447~5411 | $28.66 | | $44,017.38 |
| 11/03/2020 | CHECK # 1379 | $24.81 | | $43,992.57 |
| 11/03/2020 | 45018 POS PUR 11/03 16:12 SAMS CLUB #6251 WASHINGTON PA 62510088 293015~5542 | $14.20 | | $43,978.37 |
| 11/04/2020 | CHECK # 1386 | $177.60 | | $43,800.77 |
| 11/04/2020 | 16708 POS PUR 11/03 18:17 AMZN Mktp US* 285 Amzn.com/bill WA 00000000 01~5942 | $7.41 | | $43,793.36 |
| 11/04/2020 | 29098 POS PUR 11/04 08:40 Amazon.com* 2805P Amzn.com/bill WA 00000000 02~5942 | $6.61 | | $43,786.75 |
| 11/04/2020 | 33300 POS PUR 11/04 17:39 AMZNFreeTime* 281 888-802-3080 WA 00000000 033~5818 | $3.17 | | $43,783.58 |
| 11/05/2020 | 29847 POS PUR 11/05 16:33 WAL-MART #1739 WASHINGTON PA 24173901 029847 ~5411 | $43.18 | | $43,740.40 |
| 11/05/2020 | CHECK # 1381 | $42.59 | | $43,697.81 |
| 11/06/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $43,637.81 |
| 11/06/2020 | CHECK # 670001392 | $310.60 | | $43,327.21 |
| 11/06/2020 | CHECK # 1391 | $278.58 | | $43,048.63 |
| 11/06/2020 | 24999 POS PUR 11/06 08:08 AMZN Mktp US* 288 Amzn.com/bill WA 00000000 02~5942 | $90.01 | | $42,958.62 |
| 11/06/2020 | CHECK # 1384 | $40.00 | | $42,918.62 |
| 11/09/2020 | CHECK # 1390 | $233.28 | | $42,685.34 |
| 11/09/2020 | 66045 POS PUR 11/06 07:11 WAL-MART #1739 WASHINGTON PA 00000002 066045 ~5411 | $221.58 | | $42,463.76 |
| 11/09/2020 | 849310 PIN PUR 11/08 12:10 Wal-Mart Super C WASHINGTON PA 17390051 03135~5411 | $85.19 | | $42,378.57 |
| 11/09/2020 | 31664 POS PUR 11/08 08:37 Walmart.com Bentonville AR 02003144 110808031~5310 | $59.98 | | $42,318.59 |
| 11/09/2020 | 0348 POS PUR 11/07 05:50 AMZN Mktp US* 286 Amzn.com/bill WA 00000000 00~5942 | $59.35 | | $42,259.24 |
| 11/09/2020 | 12125 POS PUR 11/06 23:45 SHEETZ 0279 00 CANONSBURG PA 001 012125 ~5541 | $50.00 | | $42,209.24 |
| 11/09/2020 | 478559 POS PUR 11/07 14:24 Walmart.com Bentonville AR 02003144 110702478~5310 | $44.14 | | $42,165.10 |
| 11/09/2020 | 17543 POS PUR 11/09 23:30 AMAZON.COM* 289O6 AMZN.COM/BILL WA 00000000 01~5942 | $34.55 | | $42,130.55 |
| 11/09/2020 | 67380 POS PUR 11/09 11:57 AMZN Mktp US* 284 Amzn.com/bill WA 00000000 06~5942 | $33.99 | | $42,096.56 |



## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/09/2020 | 20174 POS PUR 11/08 01:07 WASHINGTON SHOP WASHINGTON PA 1 020174 ~5411 | $33.00 | | $42,063.56 |
| 11/09/2020 | 450556 POS PUR 11/07 08:08 Walmart.com Bentonville AR 02003144 110708450~5310 | $28.37 | | $42,035.19 |
| 11/09/2020 | 72064 POS PUR 11/07 03:47 AMAZON.COM* 2869R AMZN.COM/BILL WA 00000000 07~5942 | $9.51 | | $42,025.68 |
| 11/09/2020 | 19980 POS PUR 11/08 01:09 WASHINGTON SHOP WASHINGTON PA 1 019980 ~5411 | $8.99 | | $42,016.69 |
| 11/09/2020 | 92105 POS PUR 11/07 05:49 AMZN Mktp US* 286 Amzn.com/bill WA 00000000 09~5942 | $5.99 | | $42,010.70 |
| 11/09/2020 | 86382 POS PUR 11/07 17:45 AMZN Digital* 285 888-802-3080 WA 00000000 086~5818 | $5.29 | | $42,005.41 |
| 11/10/2020 | CHECK # 1387 | $119.40 | | $41,886.01 |
| 11/10/2020 | CHECK # 1388 | $79.60 | | $41,806.41 |
| 11/10/2020 | PISI DV PARSE04 45944 | $72.41 | | $41,734.00 |
| 11/10/2020 | 725615 POS PUR 11/10 11:28 WAL-MART #1739 WASHINGTON PA 17390047 0315359~5411 | $71.19 | | $41,662.81 |
| 11/10/2020 | 73652 RECURRING 11/09 20:48 CCM* SEARS WARRAN 855-256-2467 FL 00000000 073~6300 | $69.99 | | $41,592.82 |
| 11/10/2020 | 899692 PIN PUR 11/10 11:32 ALDI 69051 WASHINGTON PA 89027702 899692 ~5411 | $43.49 | | $41,549.33 |
| 11/10/2020 | CHECK # 1389 | $40.00 | | $41,509.33 |
| 11/10/2020 | 880950 POS PUR 11/10 09:04 AMOCO#9351941WAS WASHINGTON PA 39013701 88095~5542 | $24.12 | | $41,485.21 |
| 11/10/2020 | 21924 RECURRING 11/09 21:56 Amazon Prime* 281 Amzn.com/bill WA 00000000 02~5968 | $13.77 | | $41,471.44 |
| 11/10/2020 | PISI DV PAR-V04 45944 | $13.50 | | $41,457.94 |
| 11/10/2020 | 82295 POS PUR 11/09 17:54 Kindle Unltd* 289 866-321-8851 WA 00000000 082~5818 | $10.59 | | $41,447.35 |
| 11/10/2020 | 64215 POS PUR 11/10 11:30 AMZN MKTP US* 287 AMZN.COM/BILL WA 00000000 06~5942 | $6.85 | | $41,440.50 |
| 11/12/2020 | 725262 PIN PUR 11/11 14:25 TARGET T-1216 33 Washington PA 99999999 72526~5310 | $68.01 | | $41,372.49 |
| 11/12/2020 | 22687 POS PUR 11/12 16:46 SAMS CLUB #6251 WASHINGTON PA 62510095 345048~5300 | $53.04 | | $41,319.45 |
| 11/12/2020 | 65918 POS PUR 11/11 05:58 KWIK FILL 236 HOUSTON PA URCC0236 065918 ~5542 | $15.70 | | $41,303.75 |
| 11/12/2020 | 33506 POS PUR 11/10 02:03 GIANT-EAGLE #003 WASHINGTON PA 00000000 03350~5411 | $9.98 | | $41,293.77 |
| 11/12/2020 | 61094 POS PUR 11/11 13:14 AMZN Mktp US* 286 Amzn.com/bill WA 00000000 06~5942 | $8.47 | | $41,285.30 |
| 11/12/2020 | 1124 POS PUR 11/11 18:38 AMZN Digital* 286 888-802-3080 WA 00000000 001~5818 | $4.23 | | $41,281.07 |
| 11/12/2020 | 6465 POS PUR 11/10 09:09 AMZN Digital* 285 888-802-3080 WA 00000000 006~5818 | $4.23 | | $41,276.84 |
| 11/13/2020 | SALANDRA FUNERAL Payroll 116265580305800 | | $1,534.41 | $42,811.25 |
| 11/13/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $42,751.25 |
| 11/13/2020 | 10998 PIN PUR 11/13 13:51 GIANT-EAGLE #003 Washington PA 39000100 00154~5411 | $60.64 | | $42,690.61 |
| 11/13/2020 | CHECK # 1394 | $50.00 | | $42,640.61 |
| 11/13/2020 | 99647 POS PUR 11/13 06:02 Amazon Music* 209 888-802-3080 WA 00000000 099~5818 | $8.47 | | $42,632.14 |
| 11/13/2020 | 87020 POS PUR 11/12 20:45 Kindle Svcs* 203O 866-321-8851 WA 00000000 087~5818 | $1.05 | | $42,631.09 |
| 11/16/2020 | DEPOSIT | | $1,250.00 | $43,881.09 |
| 11/16/2020 | CHECK # 1393 | $227.68 | | $43,653.41 |

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 11/30/2020**

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 5 of 8

## FREE SMALL BUSINESS CHECKING - continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/16/2020 | CHECK # 1398 | $224.21 | | $43,429.20 |
| 11/16/2020 | 33215 POS PUR 11/14 00:38 WALMART GROCERY 800-966-6546 AR 00000000 0332~5411 | $219.74 | | $43,209.46 |
| 11/16/2020 | 64348 POS PUR 11/14 22:51 BELK.COM 866-235-5443 NC 00000000 064348 ~5311 | $65.50 | | $43,143.96 |
| 11/16/2020 | 63947 POS PUR 11/15 19:06 AMZN Mktp US* 208 Amzn.com/bill WA 00000000 06~5942 | $55.88 | | $43,088.08 |
| 11/16/2020 | 10920 POS PUR 11/14 09:57 AMZN Mktp US* 208 Amzn.com/bill WA 00000000 01~5942 | $45.80 | | $43,042.28 |
| 11/16/2020 | 738279 PIN PUR 11/14 15:47 Wal-Mart Super C WASHINGTON PA 17390025 03196~5411 | $43.36 | | $42,998.92 |
| 11/16/2020 | 401945 POS PUR 11/14 14:56 Walmart.com Bentonville AR 02003144 111402401~5310 | $37.93 | | $42,960.99 |
| 11/16/2020 | 17789 POS PUR 11/16 03:46 AMZN Mktp US* XL4 Amzn.com/bill WA 00000000 01~5942 | $31.79 | | $42,929.20 |
| 11/16/2020 | 53503 POS PUR 11/15 HP PRODUCT SVC&R 800-474-6836 CA 00000000 053~7399 | $31.79 | | $42,897.41 |
| 11/16/2020 | 33157 POS PUR 11/16 21:57 AMZN Mktp US* JX5 Amzn.com/bill WA 00000000 03~5942 | $27.55 | | $42,869.86 |
| 11/16/2020 | 52154 POS PUR 11/15 03:06 AMAZON.COM* 204L4 AMZN.COM/BILL WA 00000000 05~5942 | $26.48 | | $42,843.38 |
| 11/16/2020 | 45341 POS PUR 11/14 07:16 WALMART GROCERY 800-966-6546 AR 00000000 0453~5411 | $22.08 | | $42,821.30 |
| 11/16/2020 | 86677 POS PUR 11/14 00:21 WALMART GROCERY 800-966-6546 AR 00000000 0866~5411 | $11.22 | | $42,810.08 |
| 11/16/2020 | 51379 POS PUR 11/13 02:27 USPS PO 41890403 WASHINGTON PA 00000000 05137~9402 | $11.00 | | $42,799.08 |
| 11/16/2020 | 43741 POS PUR 11/16 09:50 AMZN Mktp US* 200 Amzn.com/bill WA 00000000 04~5942 | $10.59 | | $42,788.49 |
| 11/16/2020 | 45332 POS PUR 11/14 07:48 WALMART GROCERY 800-966-6546 AR 00000000 0453~5411 | $7.79 | | $42,780.70 |
| 11/16/2020 | 68329 POS PUR 11/14 23:53 WALMART GROCERY 800-966-6546 AR 00000000 0683~5411 | $6.75 | | $42,773.95 |
| 11/17/2020 | 78879 POS PUR 11/16 19:58 WAL-MART #1739 WASHINGTON PA 00000004 078879 ~5411 | $77.60 | | $42,696.35 |
| 11/17/2020 | 8553 POS PUR 11/17 09:52 AMZN Mktp US* 013 Amzn.com/bill WA 00000000 00~5942 | $33.90 | | $42,662.45 |
| 11/17/2020 | 19571 POS PUR 11/17 04:27 AMZN Mktp US* YZ5 Amzn.com/bill WA 00000000 01~5942 | $16.85 | | $42,645.60 |
| 11/17/2020 | 87314 POS PUR 11/16 06:05 AMZN Mktp US* LO1 Amzn.com/bill WA 00000000 08~5942 | $14.99 | | $42,630.61 |
| 11/17/2020 | 81168 POS PUR 11/17 01:30 AMZN Mktp US* 202 Amzn.com/bill WA 00000000 08~5942 | $8.06 | | $42,622.55 |
| 11/17/2020 | CHECK # 1397 | $5.00 | | $42,617.55 |
| 11/18/2020 | SSA TREAS 310 XXSOC SEC XXXXX9149A SSA | | $2,397.00 | $45,014.55 |
| 11/18/2020 | 40403 POS PUR 11/18 12:41 Amazon.com* YQ0Q2 Amzn.com/bill WA 00000000 04~5942 | $14.74 | | $44,999.81 |
| 11/18/2020 | 10643 RECURRING 11/17 22:18 Amazon Prime* DM7 Amzn.com/bill WA 00000000 01~5968 | $13.77 | | $44,986.04 |
| 11/18/2020 | 15543 POS PUR 11/17 10:52 AMZN Mktp US* Y13 Amzn.com/bill WA 00000000 01~5942 | $12.64 | | $44,973.40 |
| 11/18/2020 | 986534 POS PUR 11/18 09:54 WAL-MART #1739 WASHINGTON PA 24173901 986534 ~5411 | $8.56 | | $44,964.84 |



# FREE SMALL BUSINESS CHECKING - (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
|  |  |  |  | $44,945.84 |
| 11/19/2020 | 29201 POS PUR 11/18 07:04 JEFFREYS DRUG ST CANONSBURG PA 29235480 02920~5912 | $19.00 |  | $44,885.84 |
| 11/20/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 |  | $44,735.62 |
| 11/20/2020 | 66600 POS PUR 11/19 20:32 AMZN Mktp US* TJ9 Amzn.com/bill WA 00000000 06~5942 | $150.22 |  | $44,698.57 |
| 11/20/2020 | 47266 POS PUR 11/19 12:06 AMAZON.COM* LF6YP AMZN.COM/BILL WA 00000000 04~5942 | $37.05 |  | $44,563.27 |
| 11/23/2020 | 172800 POS PUR 11/23 17:24 Walmart.com Bentonville AR 02003144 112305172~5310 | $135.30 |  | $44,429.69 |
| 11/23/2020 | 99441 POS PUR 11/21 05:04 WALMART GROCERY 800-966-6546 AR 00000000 0994~5411 | $133.58 |  | $44,331.24 |
| 11/23/2020 | 72979 POS PUR 11/20 02:59 AMZN Mktp US* DK5 Amzn.com/bill WA 00000000 07~5942 | $98.45 |  | $44,275.33 |
| 11/23/2020 | 12607 POS PUR 11/21 18:01 WALMART GROCERY 800-966-6546 AR 00000000 0126~5411 | $55.91 |  | $44,220.06 |
| 11/23/2020 | 26032 POS PUR 11/21 18:01 WALMART GROCERY 800-966-6546 AR 00000000 0260~5411 | $55.27 |  | $44,169.20 |
| 11/23/2020 | 10956 POS PUR 11/21 01:20 AMZN Mktp US* KD5 Amzn.com/bill WA 00000000 01~5942 | $50.86 |  | $44,134.23 |
| 11/23/2020 | 6645 POS PUR 11/21 15:07 Amazon.com* H7691 Amzn.com/bill WA 00000000 00~5942 | $34.97 |  | $44,110.76 |
| 11/23/2020 | 329289 POS PUR 11/23 08:39 Walmart.com Bentonville AR 02003144 112308329~5310 | $23.47 |  | $44,087.45 |
| 11/23/2020 | 30593 POS PUR 11/23 06:58 AMZN Mktp US* 8M1 Amzn.com/bill WA 00000000 03~5942 | $23.31 |  | $44,068.91 |
| 11/23/2020 | 74649 POS PUR 11/23 07:33 AMAZON.COM* JS1JV AMZN.COM/BILL WA 00000000 07~5942 | $18.54 |  | $44,051.32 |
| 11/23/2020 | 45053 POS PUR 11/23 11:11 Amazon.com* JV1F7 Amzn.com/bill WA 00000000 04~5942 | $17.59 |  | $44,034.20 |
| 11/23/2020 | 59024 POS PUR 11/21 13:12 WALMART GROCERY 800-966-6546 AR 45159024 0590~5411 | $17.12 |  | $44,022.55 |
| 11/23/2020 | 88145 POS PUR 11/23 11:03 Amazon.com* Q619M Amzn.com/bill WA 00000000 08~5942 | $11.65 |  | $44,011.09 |
| 11/23/2020 | 81189 POS PUR 11/22 08:07 WM SUPERCENTER # 724-229-4020 PA 18981189 081~5411 | $11.46 |  | $44,000.54 |
| 11/23/2020 | 36475 POS PUR 11/23 09:14 AMAZON.COM* XX3WA AMZN.COM/BILL WA 00000000 03~5942 | $10.55 |  | $43,991.55 |
| 11/23/2020 | 35417 POS PUR 11/23 11:05 AMZN Mktp US* U84 Amzn.com/bill WA 00000000 03~5942 | $8.99 |  | $43,987.31 |
| 11/23/2020 | 37549 POS PUR 11/21 19:08 WALMART GROCERY 800-966-6546 AR 00000000 0375~5411 | $4.24 |  | $43,983.07 |
| 11/24/2020 | 53269 RETURN 11/24 19:32 AMZN Mktp US Amzn.com/bill WA 00000000 053269~5942 |  | $31.79 | $44,019.10 |
| 11/24/2020 | 770786 POS PUR 11/24 17:02 WAL-MART #1739 WASHINGTON PA 17390044 0329917~5411 | $63.73 |  | $43,955.37 |
| 11/24/2020 | 15135 POS PUR 11/23 01:41 WAL-MART #1739 WASHINGTON PA 00000002 015135 ~5912 | $25.76 |  | $43,929.61 |
| 11/24/2020 | 38229 POS PUR 11/23 08:07 AMZN Mktp US* 0H3 Amzn.com/bill WA 00000000 03~5942 | $9.53 |  | $43,920.08 |
| 11/24/2020 | 74697 POS PUR 11/23 13:34 AMZN Mktp US* DS2 Amzn.com/bill WA 00000000 07~5942 | $8.99 |  | $43,911.09 |
| 11/24/2020 | 19921 POS PUR 11/23 05:08 WM SUPERCENTER # 724-229-4020 PA 20419921 019~5411 | $7.40 |  | $43,903.69 |
| 11/25/2020 | 64597 RETURN 11/25 02:16 AMZN Mktp US Amzn.com/bill WA 00000000 064597~5942 |  | $34.97 | $43,938.66 |
| 11/25/2020 | 16886 POS PUR 11/24 22:03 JEFFREYS DRUG ST CANONSBURG PA 29235480 01688~5912 | $24.24 |  | $43,914.42 |

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 11/30/202**

ANDREW F. KUZY, DEBTOR IN

Page 7 of

Primary Account Number:

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/25/2020 | 446493 POS PUR 11/25 11:18 Walmart.com Bentonville AR 02003144 112511446~5310 | $22.90 | | $43,891 |
| 11/25/2020 | AMERICAN WATER E 00141479 CUS000000000027 | $3.99 | | $43,887 |
| 11/25/2020 | AMERICAN WATER E 00141479 CUS000000000027 | $3.99 | | $43,883 |
| 11/27/2020 | SALANDRA FUNERAL Payroll 522049715446120 | | $1,883.11 | $45,766 |
| 11/27/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $45,706 |
| 11/27/2020 | 41828 POS PUR 11/27 16:45 WM SUPERCENTER # WASHINGTON PA 17390045 84536~5411 | $89.24 | | $45,617 |
| 11/27/2020 | 8020 POS PUR 11/27 08:55 WM SUPERCENTER # WASHINGTON PA 17390026 69644~5411 | $62.98 | | $45,554 |
| 11/27/2020 | CHECK # 1403 | $50.00 | | $45,504 |
| 11/27/2020 | 22003 POS PUR 11/25 21:23 JEFFREYS DRUG ST CANONSBURG PA 29235480 02200~5912 | $49.95 | | $45,454 |
| 11/30/2020 | DEPOSIT | | $1,250.00 | $46,704 |
| 11/30/2020 | RANGE RESOURCES 1120 EFT 279995 | | $7.31 | $46,711 |
| 11/30/2020 | COMM OF PA ANNUITANT APXXXXXX8284 | | $193.88 | $46,905 |
| 11/30/2020 | CHECK # 1401 | $140.45 | | $46,765 |
| 11/30/2020 | 894655 POS PUR 11/29 09:42 AMOCO#9351941WAS WASHINGTON PA 39013701 89465~5542 | $25.00 | | $46,740 |
| 11/30/2020 | 25675 RECURRING 11/28 11:53 SXM* SIRIUSXM.COM 888-635-5144 NY 00000000 025~4899 | $21.87 | | $46,718 |
| 11/30/2020 | 297069 POS PUR 11/30 16:28 WAL-MART #1739 WASHINGTON PA 24173901 297069 ~5411 | $16.63 | | $46,701 |
| 11/30/2020 | Balance This Statement | | | $46,701 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1379 | 11/03/2020 | $24.81 | 1387 | 11/10/2020 | $119.40 | 1394 | 11/13/2020 | $50 |
| 1380 | 11/02/2020 | $650.00 | 1388 | 11/10/2020 | $79.60 | 1397* | 11/17/2020 | $5 |
| 1381 | 11/05/2020 | $42.59 | 1389 | 11/10/2020 | $40.00 | 1398 | 11/16/2020 | $224 |
| 1384* | 11/06/2020 | $40.00 | 1390 | 11/09/2020 | $233.28 | 1401* | 11/30/2020 | $140 |
| 1385 | 11/03/2020 | $336.01 | 1391 | 11/06/2020 | $278.58 | 1403* | 11/27/2020 | $50 |
| 1386 | 11/04/2020 | $177.60 | 1393* | 11/16/2020 | $227.68 | 670001392* | 11/06/2020 | $310 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11/02/2020 | $44,446.48 | 11/12/2020 | $41,276.84 | 11/23/2020 | $43,987 |
| 11/03/2020 | $43,978.37 | 11/13/2020 | $42,631.09 | 11/24/2020 | $43,903 |
| 11/04/2020 | $43,783.58 | 11/16/2020 | $42,773.95 | 11/25/2020 | $43,883 |
| 11/05/2020 | $43,697.81 | 11/17/2020 | $42,617.55 | 11/27/2020 | $45,454 |
| 11/06/2020 | $42,918.62 | 11/18/2020 | $44,964.84 | 11/30/2020 | $46,701 |
| 11/09/2020 | $42,005.41 | 11/19/2020 | $44,945.84 | | |
| 11/10/2020 | $41,440.50 | 11/20/2020 | $44,698.57 | | |



**SALANDRA FUNERAL SERVICE INC.**
304 WEST PIKE STREET
CANONSBURG PA 15317

ANDREW KUZY
EMPLOYEE ID: 3
DEPARTMENT: 10
DD RECEIPT:  1195457641



| Pay Period | 10/25/2020 - 11/07/2020 | | FITWH | Filing Status: M Exemptions: 0 |
| Pay Date | 11/13/2020 | | PA | Filing Status: M Exemptions: 0 |

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 22.50 | 85.50 | 1,923.75 | 1,626.00 | 42,976.25 |
| RemovalFee | | | | | 3,075.00 |
| Total | | 85.50 | $1,923.75 | 1,626.00 | $46,051.25 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 160.73 | 3,928.83 |
| MED | 27.89 | 667.76 |
| SOC | 119.27 | 2,855.20 |
| PA | 59.06 | 1,413.78 |
| PAEUC | 1.15 | 27.62 |
| PACAI | 19.24 | 460.56 |
| PACAIL | 2.00 | 46.00 |
| Total | $389.34 | $9,399.75 |

| Net Pay | XXXX6826 | $1,534.41 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SALANDRA FUNERAL SERVICE INC.
304 WEST PIKE STREET
CANONSBURG PA 15317

Direct Deposit #  1195457641
Date  11/13/2020

Pay this Amount

** NON-NEGOTIABLE ** DIRECT DEPOSIT RECEIPT **     VOID ** VOID **

Pay to the Order of

10   DD

ANDREW KUZY
531 WARRICK DR
WASHINGTON PA 15301

DIRECT DEPOSIT  $1,534.41
TO ACCOUNT #  XXXX6826
BANK #  XXXXX8092

**NON-NEGOTIABLE**

**SALANDRA FUNERAL SERVICE INC.**
304 WEST PIKE STREET
CANONSBURG PA 15317

**ANDREW KUZY**
EMPLOYEE ID: 3
DEPARTMENT: 10
DD RECEIPT:    1196458586



| Pay Period | 11/08/2020 - 11/21/2020 | | | FITWH | Filing Status: M Exemptions: 0 | |
|---|---|---|---|---|---|---|
| Pay Date | 11/27/2020 | | | PA | Filing Status: M Exemptions: 0 | |

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 22.50 | 52.50 | 1,181.25 | 1,678.50 | 44,157.50 |
| ESL | 22.50 | 40.00 | 900.00 | 40.00 | 900.00 |
| RemovalFee | | | 300.00 | | 3,375.00 |
| Total | | 92.50 | $2,381.25 | 1,718.50 | $48,432.50 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 215.63 | 4,144.46 |
| MED | 34.53 | 702.29 |
| SOC | 147.64 | 3,002.84 |
| PA | 73.10 | 1,486.88 |
| PAEUC | 1.43 | 29.05 |
| PACAI | 23.81 | 484.37 |
| PACAIL | 2.00 | 48.00 |
| Total | $498.14 | $9,897.89 |

| Net Pay | XXXX6826 | $1,883.11 |
|---|---|---|

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**SALANDRA FUNERAL SERVICE INC.**
304 WEST PIKE STREET
CANONSBURG PA 15317

Direct Deposit #    1196458586
Date    11/27/2020

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **      VOID ** VOID **

10    DD

Pay to the
Order of

**ANDREW KUZY**
531 WARRICK DR
WASHINGTON PA 15301

DIRECT DEPOSIT $1,883.11
TO ACCOUNT #    XXXX6826
BANK #    XXXXX8092

**NON-NEGOTIABLE**

**First National Bank**

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 11/16/2020**

ANDREW F KUZY
Primary Account Number:

Page 1 of 4

**ADDRESS SERVICE REQUESTED**

>008665 5379920 0001 092543 10Z

ANDREW F KUZY
COLLEEN A KUZY
TAX ESCROW ACCOUNT
531 WARRICK DR
WASHINGTON PA 15301-9513

**Managing Your Accounts**

 Online — www.fnb-online.com
 By Phone — 1 800-555-5455
📧 By Mail — 4140 E. State Street
Hermitage, PA  16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREESTYLE CHECKING | | $823.42 |

## FREESTYLE CHECKING -

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 10/17/2020 | Balance Last Statement | $587.37 |
| | 4 Credit(s) This Period | $240.00 |
| | 1 Debit(s) This Period | $3.95 |
| 11/16/2020 | Balance This Statement | $823.42 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/17/2020 | Balance Last Statement | | | $587.37 |
| 10/23/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $647.37 |
| 10/30/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $707.37 |
| 11/06/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $767.37 |
| 11/13/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $827.37 |
| 11/16/2020 | PAPER STATEMENT FEE | $3.95 | | $823.42 |
| 11/16/2020 | Balance This Statement | | | $823.42 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10/23/2020 | $647.37 | 11/06/2020 | $767.37 | 11/16/2020 | $823.42 |
| 10/30/2020 | $707.37 | 11/13/2020 | $827.37 | | |



To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts