PROCEEDING MEMO

**Date: 01/08/2021 01:30 pm**

**In re:  Andrew F. Kuzy
Colleen A. Kuzy**

Bankruptcy No. 18-21728-CMB
Chapter: 11-NOT A SMALL BUSINESS
Doc. # 169

**Appearances:  BY ZOOM: Jeffrey J. Sikirica, Brian Kile**

**Nature of Proceeding: #165 Hearing Re: Disclosure Statement**

**Additional Pleadings: #175 Monthly Financial Report for November, 2020**

**Judge's Notes:**
-Sikirica: Filed amended plan and summary disclosure statement and served all parties. Have to file some objections, but did not get any other responses. Enough money to consumate plan. Plan is feasible, but depends on unsecured creditors.
-Kile: No objection to disclosure statement being approved.
-Are amended items filed prior to this moot? Previous plan was dated 8/27/2019. Trying to correct docket.
-Sikirica: This overrides any other prior plan or disclosure statement.
OUTCOME: After review of disclosure statement, amended disclosure statement is approved under 11 U.S.C. §1125. Will schedule hearing on plan.
-Will enter on docket that prior plan dated 8/27/2019 is moot.

**Carlota Böhm
Chief U.S. Bankruptcy Judge**

FILED
1/11/21 7:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA