## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ANDREW F. KUZY<br>          COLLEEN A. KUZY<br><br>JEFFREY J. SIKIRICA, TRUSTEE<br>                              Movant,<br>v.<br>No Respondents. | CASE NO: 18-21728-CMB<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br><br> Doc. No. _____<br><br>Related to Doc. Nos. 164, 165, 166 & 177 |

On 1/14/2021, I did cause a copy of the following documents, described below,

Cover Letter

ORDER APPROVING AMENDED DISCLOSURE STATEMENT, SETTING DEADLINES AND SCHEDULING HEARING ON AMENDED PLAN CONFIRMATION

SUMMARY OF AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED NOVEMBER 14, 2020

DISCLOSURE STATEMENT TO ACCOMPANY AMENDED PLAN DATED NOVEMBER 14, 2020

AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED NOVEMBER 14, 2020

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/14/2021

/s/ Jeffrey J. Sikiirca
Jeffrey J. Sikiirca  36745
Jeffrey J. Sikirica, Esq.
121 Northbrook Drive
Gibsonia, PA  15044
724 625 2566

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ANDREW F. KUZY<br>COLLEEN A. KUZY<br><br>JEFFREY J. SIKIRICA, TRUSTEE<br>　　　　　　　　　　　　　　Movant,<br>v.<br>No Respondents. | CASE NO: 18-21728-CMB<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11<br><br>Doc. No. _____<br><br>Related to Doc. Nos. 164, 165, 166 & 177 |

On 1/14/2021, a copy of the following documents, described below,

Cover Letter

ORDER APPROVING AMENDED DISCLOSURE STATEMENT, SETTING DEADLINES AND SCHEDULING HEARING ON AMENDED PLAN CONFIRMATION

SUMMARY OF AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED NOVEMBER 14, 2020

DISCLOSURE STATEMENT TO ACCOMPANY AMENDED PLAN DATED NOVEMBER 14, 2020

AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED NOVEMBER 14, 2020

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/14/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey J. Sikiirca
Jeffrey J. Sikirica, Esq.
121 Northbrook Drive
Gibsonia, PA  15044

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING" WERE SENT NOTICE THROUGH THE CM/ECF SYSTEM

FIRST CLASS

| | | |
|---|---|---|
| IRS   CENTRALIZED INSOLVENCY OPS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | ATT MOBILITY<br>PO BOX 6416<br>CAROL STREAM IL 60197-6416 | ACCOUNT RECOVERY SERVICES<br>ATTN BANKRUPTCY<br>3031 N 114TH ST<br>MILWALKEE WI 53222-4218 |
| ALLY BANK<br>PO BOX 130424<br>ROSEVILLE MN 55113-0004 | ALLY FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 380901<br>BLOOMINGTON MN 55438-0901 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET  LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |
| AMEX<br>CORRESPONDENCE<br>PO BOX 981540<br>EL PASO TX 79998-1540 | BARCLAYS BANK OF DELAWARE<br>PO BOX 8803<br>WILMINGTON DE 19899-8803 | CAPITAL ONE NA<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |
| JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | CHROME FCU<br>PO BOX 658<br>CANONSBURG PA 15317-0658 | CITIBANK<br>PO BOX 6241<br>SIOUX FALLS SD 57117-6241 |
| CITIZENS AUTO FINANCE<br>480 JEFFERSON BLVD<br>WARWICK RI 02886-1359 | CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | COLLECTION SERVICE CENTER<br>PO BOX 560<br>NEW KENSINGTON PA 15068-0560 |
| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE DEPARTMENT 280946<br>HARRISBURG PA 17128-0001 | CREDENCE RESOURCE MGMT<br>PO BOX 2300<br>SOUTHGATE MI 48195-4300 | CREDIT CONTROL SERVICES<br>725 CANTON ST<br>NORWOOD MA 02062-2679 |
| CREDIT ONE BANK<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873 | DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | KEY BANK NATIONAL ASSOCIATION<br>PO BOX 94825<br>CLEVELAND OH 44101-4825 |
| KEY BANK NA<br>4910 TIEDEMAN ROAD<br>BROOKLYN OH 44144-2338 | KEY BANK NA<br>4224 RIDGE LEA<br>AMHERST NY 14226-1016 | KEY BANK NA<br>CO BRIAN M KILE ESQUIRE<br>GRENEN  BIRSIC PC<br>ONE GATEWAY CENTER 9TH FLOOR<br>PITTSBURGH PA 15222 |
| KOHLSCAPITAL ONE<br>KOHLS CREDIT<br>PO BOX 3043<br>MILWAUKEE WI 53201-3043 | ANTHONY T KOVALCHICK<br>PA OFFICE OF THE ATTORNEY GENERAL<br>1251 WATERFRONT PLACE<br>MEZZANINE LEVEL<br>PITTSBURGH PA 15222-4227 | ANDREW F KUZY<br>531 WARRICK DRIVE<br>WASHINGTON PA 15301-9513 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| COLLEEN A KUZY<br>531 WARRICK DRIVE<br>WASHINGTON PA 15301-9513 | LVNV FUNDING LLC<br>PO BOX 10497<br>GREENVILLE SC 29603-0497 | LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS<br>ASSIGNEE OF MHC RECEIVABLES LLC AND FNBM LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| LAURA KEISLING TAX COLLECTOR<br>550 WASHINGTON ROAD<br>WASHINGTON PA 15301-9621 | MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE SC 29603-0368 | MERCEDES BENZ FINANCIAL SERVICES<br>13650 HERITAGE VALLEY PARKWAY<br>FORT WORTH TX 76177-0000 |
| MERRICK BANK<br>10705 JORDAN GTW STE 200<br>SOUTH JORDAN UT 84095-3977 | MIDLAND FUNDING LLC<br>2365 NORTHSIDE DRIVE<br>SUITE 300<br>SAN DIEGO CA 92108-2709 | BRIAN NICHOLAS<br>KML LAW GROUP PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 |
| DEPT OF REVENUE OFFICE OF ATTORNEY GEN<br>ANTHONY T KOVALCHICK<br>1251 WATERFRONT PLACE<br>MEZZANINE LEVEL<br>PITTSBURGH PA 15222-4227 | PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 |
| PENNSYLVANIA DEPT OF REVENUE<br>DEPARTMENT 280946<br>PO BOX 280946<br>ATTN- BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | STATE FARM BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |
| STATE FARM FINANCIAL S<br>1 STATE FARM PLAZA<br>BLOOMINGTON IL 61710-0001 | TARGET<br>TARGET CARD SERVICES<br>MAIL STOP NCB-0461<br>MINNEAPOLIS MN 55440 | BRIAN C THOMPSON<br>THOMPSON LAW GROUP PC<br>125 WARRENDALE BAYNE ROAD<br>SUITE 200<br>WARRENDALE PA 15086-6504 |
| UPMC HEALTH SERVICES<br>PO BOX 1123<br>MINNEAPOLIS MN 55440-1123 | UPMC PHYSICIAN SERVICES<br>PO BOX 1123<br>MINNEAPOLIS MN 55440-1123 | WHS ORTHO SPORTS MEDICINE<br>95 LEONARD AVENUE<br>WASHINGTON PA 15301-3368 |
| WASHINGTON CO TAX CLAIM BUREAU<br>100 W BEAU ST STE 205<br>WASHINGTON PA 15301-4483 | WASHINGTON COUNTY CLERK OF COURTS<br>1 S MAIN STREET 1005<br>WASHINGTON PA 15301-6813 | WASHINGTON COUNTY TAX AUTHORITY<br>100 W BEAU STREET<br>WASHINGTON PA 15301-4432 |
| WORKFORCE WEST VIRGINIA<br>112 CALIFORNIA AVENUE<br>CHARLESTON WV 25305-0047 | NORMA HILDENBRAND ON BEHALF OF THE UNITED S<br>OFFICE OF THE UNITED STATES TRUSTEE<br>SUITE 970 LIBERTY CENTER<br>1001 LIBERTY AVENUE<br>PITTSBURGH PA 15222-3714 | |