## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No. 18-21728-CMB** |
| | ) |
| **ANDREW F. KUZY** | ) **Chapter 11** |
| **COLEEN A. KUZY** | ) |
| | ) **Document No. _____** |
| **Debtor(s).** | ) |
| | ) **Related to Doc. Nos. 164, 165, 166 & 177** |
| **JEFFREY J. SIKIRICA, TRUSTEE** | ) |
| | ) |
| **Movant,** | ) |
| **v.** | ) |
| | ) |
| **No Respondents.** | ) |

### CERTIFICATE OF SERVICE OF CHAPTER 11 PLAN BALLOTS

I certify under penalty of perjury that I served the Chapter 11 Plan Ballots on the parties at the addresses specified below on the attached list on January 14, 2021.

The service was made on the parties by First Class Mail.

**Date:  January 14, 2021**
　　　　　　　　　　　　　　　　　**By:**  /s/ Jeffrey J. Sikirica
　　　　　　　　　　　　　　　　　**Jeffrey J. Sikirica, Esquire**
　　　　　　　　　　　　　　　　　**PA I.D. #36745**
　　　　　　　　　　　　　　　　　**Attorney for Chapter 11 Trustee**
　　　　　　　　　　　　　　　　　**121 Northbrook Drive**
　　　　　　　　　　　　　　　　　**Gibsonia, PA  15044**
　　　　　　　　　　　　　　　　　**(724) 625-2566 office**
　　　　　　　　　　　　　　　　　**(724) 625-4611 fax**
　　　　　　　　　　　　　　　　　**SikiricaLaw@zoominternet.net**

Label Matrix for local noticing
0315-2
Case 18-21728-CMB
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Thu Jan 14 10:47:52 EST 2021

AT&T Mobility
PO Box 6416
Carol Stream, IL 60197-6416

Account Recovery Services          9
Attn: Bankruptcy
3031 N 114th St
Milwalkee, WI 53222-4218

Ally Bank                          5
PO Box 130424
Roseville MN 55113-0004

Ally Financial                     5
Attn: Bankruptcy
Po Box 380901
Bloomington, MN 55438-0901

American Express National Bank     9
c/o Becket & Lee LLP
PO Box 3001
Malvern PA 19355-0701

Amex                               9
Correspondence
Po Box 981540
El Paso, TX 79998-1540

Barclays Bank of Delaware          9
PO Box 8803
Wilmington DE 19899-8803

Capital One, N.A.                  9
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

(p)JPMORGAN CHASE BANK  N A         9
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Chrome FCU                         9
PO Box 658
Canonsburg PA 15317-0658

Citibank                           9
PO Box 6241
Sioux Falls, SD 57117-6241

Citizens Auto Finance              9
480 Jefferson Blvd.
Warwick RI 02886-1359

(p)CITIZENS BANK N A                9
ATTN BANKRUPTCY TEAM
ONE CITIZENS BANK WAY
JCA115
JOHNSTON RI 02919-1922

Collection Service Center          9
PO Box 560
New Kensington PA 15068-0560

Commonwealth of Pennsylvania     6 & 7
Department of Revenue
Bureau of Compliance Department 280946
Harrisburg, PA 17128-0001

Credence Resource Mgmt             9
PO Box 2300
Southgate MI 48195-4300

Credit Control Services            9
725 Canton St
Norwood MA 02062-2679

Credit One Bank                    9
PO Box 98873
Las Vegas NV 89193-8873

(p)DSNB MACY S                      9
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2222

Internal Revenue Service
Special Procedures Division
P.O. Box 628
Bankruptcy Section
Pittsburgh, PA 15230

Key Bank National Association      3
P.O. Box 94825
Cleveland, OH 44101-4825

Key Bank, N.A.                     3
4910 Tiedeman Road
Brooklyn, OH 44144-2338

Key Bank, N.A.                     3
4224 Ridge Lea
Amherst, NY 14226-1016

Key Bank, N.A.                     3
c/o Brian M. Kile, Esquire
Grenen & Birsic, PC
One Gateway Center, 9th Floor
Pittsburgh, PA  15222

Brian M. Kile
Grenen & Birsic PC
One Gateway Center, 9th Floor
Pittsburgh, PA 15222

Kohls/Capital One                  9
Kohls Credit
Po Box 3043
Milwaukee, WI 53201-3043

Anthony T. Kovalchick            6 & 7
PA Office of the Attorney General
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222-4227

Andrew F. Kuzy
531 Warrick Drive
Washington, PA 15301-9513

Colleen A. Kuzy
531 Warrick Drive
Washington, PA 15301-9513

LVNV Funding, LLC                9
PO Box 10497
Greenville, SC 29603-0497

LVNV Funding, LLC its successors and assigns    9
assignee of MHC Receivables, LLC and
FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Laura Keisling, Tax Collector    6
550 Washington Road
Washington, PA 15301-9621

MERRICK BANK                     9
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Mercedes Benz Financial Services    9
13650 Heritage Valley Parkway
Fort Worth TX 76177-0000

Merrick Bank                     9
10705 Jordan GTW, Ste. 200
South Jordan UT 84095-3977

Midland Funding LLC              9
2365 Northside Drive
Suite 300
San Diego CA 92108-2709

Brian Nicholas                   4
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Dep't of Revenue Office of Attorney Gen
Anthony T. Kovalchick
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222-4227

~~Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721~~

(p)PNC BANK RETAIL LENDING        4
P O BOX 94982
CLEVELAND OH 44101-4982

PRA Receivables Management, LLC    9
PO Box 41021
Norfolk, VA 23541-1021

~~Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946~~

Pennsylvania Dept. of Revenue    6 & 7
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

(p)PORTFOLIO RECOVERY ASSOCIATES LLC    9
PO BOX 41067
NORFOLK VA 23541-1067

~~Jeffrey J. Sikirica
121 Northbrook Drive
Pine Township
Gibsonia, PA 15044-8983~~

State Farm Bank                  9
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

State Farm Financial S           9
1 State Farm Plaza
Bloomington, IL 61710-0001

Target                           9
Target Card Services
Mail Stop NCB-0461
Minneapolis, MN 55440

Brian C. Thompson                1
Thompson Law Group, P.C.
125 Warrendale Bayne Road
Suite 200
Warrendale, PA 15086-6504

UPMC Health Services             9
PO Box 1123
Minneapolis MN 55440-1123

UPMC Physician Services          9
PO Box 1123
Minneapolis MN 55440-1123

WHS Ortho Sports Medicine        9
95 Leonard Avenue
Washington, PA 15301-3368

Washington Co. Tax Claim Bureau    6
100 W. Beau St. Ste. 205
Washington, PA 15301-4483

Washington County Clerk of Courts    8
1 S Main Street, #1005
Washington PA 15301-6813

Washington County Tax Authority    6
100 W. Beau Street
Washington, PA 15301-4432

Workforce West Virginia          9
112 California Avenue
Charleston WV 25305-0047

Norma Hildenbrand, on Behalf of the United S
Office of the United States Trustee
Suite 970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222-3714