# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **ANDREW F. KUZY** | ) | Bankruptcy No.  18-21728-CMB |
| **COLLEEN A. KUZY** | ) | |
| | ) | |
| Debtor(s). | ) | Chapter 11 |
| | ) | |
| **JEFFREY J. SIKIRICA,** | ) | Document No. |
| **CHAPTER 11 TRUSTEE,** | ) | |
| | ) | Related to Doc. No. 182 |
| Movant(s), | ) | |
| vs. | ) | |
| | ) | |
| **MERRICK BANK** | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER OF COURT

AND NOW, on this _____day of _____,

2021, upon consideration of the "**Objection to Claim 2-1**" filed by Jeffrey J. Sikirica, Chapter

11 Trustee,

it is hereby **ORDERED, ADJUDGED and DECREED** that Claim 2-1 filed by Merrick

Bank through its power of attorney servicer Resurgent Capital Services is hereby

**DISALLOWED**.

BY THE COURT:

_____
Honorable Carlota M. Böhm
Chief United States Bankruptcy Judge