# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **ANDREW F. KUZY** | ) | **Bankruptcy No.  18-21728-CMB** |
| **COLLEEN A. KUZY** | ) | |
| | ) | |
| Debtor(s). | ) | Chapter 11 |
| | ) | |
| **JEFFREY J. SIKIRICA,** | ) | Document No. |
| **CHAPTER 11 TRUSTEE,** | ) | |
| | ) | |
| Movant(s), | ) | |
| vs. | ) | |
| | ) | |
| **MERRICK BANK** | ) | |
| | ) | |
| Respondent. | ) | |

### NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING  JEFFREY J. SIKIRICA, CHAPTER 11 TRUSTEE'S  OBJECTION TO CLAIM 2-1

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **February 8, 2021** (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A Zoom Video Conference Hearing will be held on **February 23, 2021, at 02:00 p.m.** before Judge Carlota M. Bohm via the Zoom Video Conference Application ("Zoom").To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you may use the following Meeting ID: 161 4380 0191. For questions regarding the connection, contact Judge Bohm's Chambers at 412-644-4328. All attorneys and Parties may only appear by Zoom and must comply with Chief Judge Bohm's Zoom Procedures, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Bohm's Chambers to make

telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date: 01/21/2021 /s/ Jeffrey J. Sikirica
Jeffrey J. Sikirica, Chapter 7 Trustee
PA I.D. 36745

121 Northbrook Drive
Gibsonia PA 15044
Phone: 724-625-2566
Fax:    724-625-4611
Email: TrusteeSikirica@zoominternet.net