**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **ANDREW F. KUZY** | ) | **Bankruptcy No.  18-21728-CMB** |
| **COLLEEN A. KUZY** | ) | |
| | ) | |
| Debtor(s). | ) | **Chapter 11** |
| | ) | |
| **JEFFREY J. SIKIRICA,** | ) | **Document No.** |
| **CHAPTER 11 TRUSTEE,** | ) | |
| | ) | |
| Movant(s), | ) | |
| vs. | ) | |
| | ) | |
| **STATE FARM BANK** | ) | |
| | ) | |
| Respondent. | ) | |

**CERTIFICATE OF SERVICE OF OBJECTION TO CLAIM 8-1,**
**PROPOSED ORDER, HEARING NOTICE AND RESPONSE DEADLINE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 21, 2021.

The type(s) of service made on the parties by first-class mail or electronic notification as set forth below.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

**By NEF:**

Brian C. Thompson, Esq.           bthompson@ThompsonAttorney.com
Attorney for Debtor

Norma Hildenbrand, Esquire        ustpregion03.pi.ecf@usdoj.gov
Office of the United States Trustee

**By First Class U.S. Mail:**

State Farm Bank
Attn: Gregory P. Deegan,
Claims Administrator
Becket and Lee LLP
PO Box 3001
Malvern, PA  19355-0701

Andrew F. Kuzy
Colleen A. Kuzy
531 Warrick Drive
Washington, PA  15301

Date: 01/21/2021                             /s/ Jeffrey J. Sikirica
                                             Jeffrey J. Sikirica, Chapter 11 Trustee
                                             PA I.D. 36745

                                             121 Northbrook Drive
                                             Gibsonia PA 15044
                                             Phone: 724-625-2566
                                             Fax:    724-625-4611
                                             Email: TrusteeSikirica@zoominternet.net