# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **ANDREW F. KUZY** | ) | Bankruptcy No. 18-21728-CMB |
| **COLLEEN A. KUZY** | ) | |
| | ) | |
| Debtor(s). | ) | Chapter 11 |
| | ) | |
| **JEFFREY J. SIKIRICA,** | ) | Document No. |
| **CHAPTER 11 TRUSTEE,** | ) | |
| | ) | |
| Movant(s), | ) | |
| vs. | ) | |
| | ) | |
| **PORTFOLIO RECOVERY** | ) | |
| **ASSOCIATES, LLC** | ) | |
| | ) | |
| Respondent. | ) | |

## CERTIFICATE OF SERVICE OF OBJECTION TO CLAIM 11-1, PROPOSED ORDER, HEARING NOTICE AND RESPONSE DEADLINE

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 21, 2021.

The type(s) of service made on the parties by first-class mail or electronic notification as set forth below.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

**By NEF:**

Brian C. Thompson, Esq.          bthompson@ThompsonAttorney.com
Attorney for Debtor

Norma Hildenbrand, Esquire       ustpregion03.pi.ecf@usdoj.gov
Office of the United States Trustee

**By First Class U.S. Mail:**

PRA Receivables Management, LLC
Attn: Franklin P. Tharp,
Bankruptcy Representative
PO Box 41067
Norfolk, VA  23541

Andrew F. Kuzy
Colleen A. Kuzy
531 Warrick Drive
Washington, PA  15301

| | |
|---|---|
| Date: <u>01/21/2021</u> | <u>/s/ Jeffrey J. Sikirica</u><br>Jeffrey J. Sikirica, Chapter 11 Trustee<br>PA I.D. 36745<br><br>121 Northbrook Drive<br>Gibsonia PA 15044<br>Phone: 724-625-2566<br>Fax:    724-625-4611<br>Email: <u>TrusteeSikirica@zoominternet.net</u> |