UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. :

Reporting Period: December 2020

# MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - Bank Reconciliation | MOR-1 (INDV) (CONT) | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

1/17/21
Date

_____
Signature of Joint Debtor

1/17/21
Date

_____
Signature of Preparer

_____
Date

Printed Name of Preparer

EDITED BY JEFFERY SIKIRICA, TRUSTEE

FORM MOR (INDV)
(10/00)

In Re: Andrew F. Kuzy, and         :    Bankruptcy Case No.: 18-21728-CMB
      Colleen A. Kuzy,                  :
                                         :    Chapter 11
      Debtors.                           :

Reporting Period: December 2020

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 46701.72 |  |
| **RECEIPTS** |  |  |
| Wages (Net) | 3928.15 |  |
| Interest and Dividend Income | 0.00 |  |
| Alimony and Child Support | 0.00 |  |
| Social Security and Pension Income | 2590.88 |  |
| Sale of Assets | 0.00 |  |
| Other Income (attach schedule) | 2541.22 |  |
| Total Receipts | 9060.25 |  |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) | 0.00 |  |
| Rental Payment(s) | 0.00 |  |
| Other Secured Note Payments | 0.00 |  |
| Utilities | 957.73 |  |
| Insurance | 446.38 |  |
| Auto Expense | 127.75 |  |
| Lease Payments | 0.00 |  |
| IRA Contributions | 0.00 |  |
| Repairs and Maintenance | 1557.00 |  |
| Medical Expenses | 332.26 |  |
| Household Expenses | 2950.17 |  |
| Charitable Contributions | 0.00 |  |
| Alimony and Child Support Payments | 0.00 |  |
| Taxes - Real Estate | 0.00 |  |
| Taxes - Personal Property | 0.00 |  |
| Taxes - Other (attach schedule) | 240.00 |  |
| Travel and Entertainment | 0.00 |  |
| Gifts | 0.00 |  |
| Other (attach schedule) | 0.00 |  |
| Total Ordinary Disbursements | 6,611.29 |  |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees | 0.00 |  |
| U. S. Trustee Fees | 0.00 |  |
| Other Reorganization Expenses (attach schedule) | 0.00 |  |
| Total Reorganization Items | 0.00 |  |
| Total Disbursements (Ordinary + Reorganization) | 6611.29 |  |
| Net Cash Flow (Total Receipts - Total Disbursements) | 2,448.96 |  |
| Cash - End of Month (Must equal reconciled bank | 49,150.68 |  |

FORM MOR-1 (INDV)

In Re: Andrew F. Kuzy, and
Colleen A. Kuzy,

Debtors.

Bankruptcy Case No.: 18-21728-CMB

Chapter 11

(9/99)

Reporting Period: December 2020

**INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet**

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Refund | 41.22 | |
| Schmalz Income | 2500.00 | |
| | | |
| | | |
| **Other Taxes** | | |
| Freestyle Account | 240.00 | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TRANSFER  JSS  to Jeffrey Sikirica, Trustee | 30,000.00 | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. :

Reporting Period: _____

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns tiled during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| FICA- Employee |  |  |  |  |  |  |
| FICA-Employer |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Federal Taxes |  |  |  |  |  |  |
| State and Local |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| Sales |  |  |  |  |  |  |
| Excise |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Real Property |  |  |  |  |  |  |
| Personal Property |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Stale and Local |  |  |  |  |  |  |
| Total Taxes |  |  |  |  |  |  |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
|  |  | 0-30 | 31-60 | 61-90 | Over 90 |  |
| Accounts Payable |  |  |  |  |  |  |
| Wages-Payable |  |  |  |  |  |  |
| Taxes Payable |  |  |  |  |  |  |
| Rent/Leases-Building |  |  |  |  |  |  |
| Rent/Leases- Equipment |  |  |  |  |  |  |
| Secured Debt/Adequate Protection |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Amounts Due to Insiders" |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Postpetition Debts |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.

_____

_____

*"Insider is defined in 11 U.S.C. Section 101(31)                                                                                     FORM MOR-4

(9/99)

In Re: Andrew F. Kuzy, and  : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy,  :
 : Chapter 11
Debtors.  :

Reporting Period:_____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| - Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

_____
_____
_____
_____
_____
_____
_____
_____

FORM MOR-5
(9/99)

# Metropolitan Commercial Bank.
## The Entrepreneurial Bank

Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member FDIC

Period Covered:
December 01, 2020 - December 31, 2020
Page 1 of 1

Mr. Jeffrey J. Sikirica
121 Northbrook Dr. Pine Township
Gibsonia PA 15044

| | |
|---|---|
| Case Number | 18-21728 |
| Case Name | Kuzy, Andrew |
| | DEBTOR |
| Trustee Number | 580400 |
| Trustee Name | Mr. Jeffrey J. Sikirica |
| | TRUSTEE |

☎ Questions:
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 3910248128 | $0.00 | $30,000.00 |
| **Total** | | **$0.00** | **$30,000.00** |

### TRUSTEE CHECKING    Account Number: 3910248128

| | | | |
|---|---|---|---|
| Enclosures | 0 | Beginning Balance | $0.00 |
| | | +Total Additions | $30,000.00 |
| | | -Total Subtractions | $0.00 |
| | | Ending Balance | $30,000.00 |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

### Credits

| Date | Description | Additions |
|---|---|---|
| 12-18 | DEP 10001 | $30,000.00 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12-18 | $30,000.00 | | | | |

**In case of errors or questions about your account telephone Stretto at: 800.634.7734 or email us at: banking.services@stretto.com**
As soon as you recognize an error, or if you need more information about a transaction listed on the statement or receipt:

Please Provide:

- Name and account number.
- A detailed explanation of why you believe there is an error or why you need more information.
- The dollar amount of the suspected error.
- We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

We will investigate your disputed transactions and correct any error promptly. If not resolved within 10 business days, Metropolitan Commercial Bank will credit your account for the amount in error, and notify you within 2 business days, so that you may use the funds during the time it takes us to complete our investigation.

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 12/31/2020**

ANDREW F. KUZY, DEBTOR IN    Page 1 of 6
Primary Account Number:

ADDRESS SERVICE REQUESTED
>007477 5706228 0001 092543 10Z

ANDREW F. KUZY, DEBTOR IN POSSESSION
COLLEEN A. KUZY, DEBTOR IN POSSESSION
JACQUELINE SCHMALZ
531 WARRICK DR
WASHINGTON PA 15301-9513

### Managing Your Accounts

 Online — www.fnb-online.com

 By Phone — 1 800-555-5455

By Mail — 4140 E. State Street
Hermitage, PA 16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | | $19,150.68 |

## FREE SMALL BUSINESS CHECKING -

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 12/01/2020 | Balance Last Statement | $46,701.72 | Minimum Balance | $16,167.09 |
| | 7 Credit(s) This Period | $9,060.25 | Average Ledger Balance | $35,503.78 |
| | 88 Debit(s) This Period | $36,611.29 | Average Available Balance | $35,503.78 |
| 12/31/2020 | Balance This Statement | $19,150.68 | | |

Effective February 16, 2021, the fee for ATM Withdrawal (Foreign ATM Fee) for your account will change to $2.95. For additional information, please visit any First National Bank office or call 1-800-555-5455.

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/01/2020 | Balance Last Statement | | | $46,701.72 |
| 12/01/2020 | 13284 RECURRING 12/01 18:25 SCENTBOX.COM 866-274-4123 CA 00000000 013284 ~5964 | $19.95 | | $46,681.77 |
| 12/01/2020 | 23304 POS PUR 11/30 16:55 WAL-MART #1739 WASHINGTON PA 00000002 023304 ~5411 | $18.03 | | $46,663.74 |
| 12/01/2020 | CHECK # 1399 | $17.46 | | $46,646.28 |
| 12/01/2020 | 875967 POS PUR 12/01 17:20 Wal-Mart Super C WASHINGTON PA 17390067 03361~5411 | $10.48 | | $46,635.80 |
| 12/02/2020 | CHECK # 1402 | $250.00 | | $46,385.80 |
| 12/02/2020 | 17979 PIN PUR 12/02 17:44 HARBOR FREIGHT T WASHINGTON PA 04870553 03379~5251 | $23.30 | | $46,362.50 |
| 12/02/2020 | 64246 BILLPAY 12/02 06:35 NETFLIX.COM LOS GATOS CA 00001000 867252 ~4899 | $13.77 | | $46,348.73 |
| 12/03/2020 | 39235 POS PUR 12/03 14:48 Walmart.com Bentonville AR 02003144 120302039~5310 | $301.78 | | $46,046.95 |
| 12/03/2020 | CHECK # 1400 | $200.00 | | $45,846.95 |
| 12/03/2020 | CHECK # 1395 | $200.00 | | $45,646.95 |
| 12/03/2020 | 48601 POS PUR 12/03 10:21 WM SUPERCENTER # WASHINGTON PA 17390027 29681~5411 | $50.98 | | $45,595.97 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

**First National Bank**

4140 E. State Street
Hermitage, PA 16148

Statement Ending 12/31/2020

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 3 of 6

# FREE SMALL BUSINESS CHECKING - (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/03/2020 | 674056 POS PUR 12/03 17:05 Wal-Mart Super C WASHINGTON PA 17390080 03386~5411 | $44.40 | | $45,551.5 |
| 12/04/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $45,491.5 |
| 12/04/2020 | CHECK # 1405 | $119.40 | | $45,372.1 |
| 12/04/2020 | CHECK # 1404 | $79.60 | | $45,292.5 |
| 12/04/2020 | 47161 POS PUR 12/04 09:01 WM SUPERCENTER # WASHINGTON PA 17390027 76850~5411 | $65.17 | | $45,227.4 |
| 12/04/2020 | 0897 POS PUR 12/03 17:58 AMZN Mktp US* 9I6 Amzn.com/bill WA 00000000 00~5942 | $61.21 | | $45,166.1 |
| 12/04/2020 | 5527 POS PUR 12/04 21:28 AMZN Mktp US* Q72 Amzn.com/bill WA 00000000 00~5942 | $38.99 | | $45,127.2 |
| 12/04/2020 | 20162 POS PUR 12/03 18:36 AMAZON.COM* WL90M AMZN.COM/BILL WA 00000000 02~5942 | $21.97 | | $45,105.2 |
| 12/04/2020 | 78002 POS PUR 12/03 14:08 WM SUPERCENTER # WASHINGTON PA 18078002 07800~5411 | $10.72 | | $45,094.5 |
| 12/04/2020 | 28725 POS PUR 12/04 21:24 AMZNFreeTime* SW6 888-802-3080 WA 00000000 028~5818 | $3.17 | | $45,091.3 |
| 12/07/2020 | 23836 RETURN 12/04 23:27 WAL-MART #1739 WASHINGTON PA 17390094 023836 ~5411 | | $41.22 | $45,132.56 |
| 12/07/2020 | CHECK # 1409 | $343.42 | | $44,789.14 |
| 12/07/2020 | CHECK # 1411 | $303.52 | | $44,485.62 |
| 12/07/2020 | 21969 POS PUR 12/06 13:42 WM SUPERCENTER # WASHINGTON PA 17390048 71126~5411 | $292.06 | | $44,193.56 |
| 12/07/2020 | CHECK # 1407 | $278.58 | | $43,914.98 |
| 12/07/2020 | 46063 POS PUR 12/06 14:07 SAMS CLUB #6251 WASHINGTON PA 62510092 503710~5300 | $148.14 | | $43,766.84 |
| 12/07/2020 | 997715 PIN PUR 12/05 13:46 WAL-MART #1739 WASHINGTON PA 24173901 997715 ~5411 | $55.11 | | $43,711.73 |
| 12/07/2020 | CHECK # 1410 | $50.00 | | $43,661.73 |
| 12/07/2020 | 167332 POS PUR 12/07 14:42 Walmart.com Bentonville AR 02003144 120702167~5310 | $33.86 | | $43,627.87 |
| 12/07/2020 | 18766 POS PUR 12/07 13:08 WM SUPERCENTER # WASHINGTON PA 17390080 08946~5411 | $28.95 | | $43,598.92 |
| 12/07/2020 | 27363 POS PUR 12/04 18:50 0586 GREAT CLIPS WASHINGTON PA 02042709 02736~7230 | $27.00 | | $43,571.92 |
| 12/07/2020 | 48293 POS PUR 12/05 05:44 AMZN Mktp US* FU5 Amzn.com/bill WA 00000000 04~5942 | $22.99 | | $43,548.93 |
| 12/08/2020 | 91674 POS PUR 12/07 10:07 JEFFREYS DRUG ST CANONSBURG PA 29235480 09167~5912 | $17.53 | | $43,531.40 |
| 12/08/2020 | 1199 POS PUR 12/07 04:20 ADVANCE AUTO PAR CANONSBURG PA 1210001 001199~5533 | $8.47 | | $43,522.93 |
| 12/09/2020 | CHECK # 1408 | $250.00 | | $43,272.93 |
| 12/09/2020 | 84520 POS PUR 12/08 12:54 AMZN Mktp US* V91 Amzn.com/bill WA 00000000 08~5942 | $201.35 | | $43,071.58 |
| 12/09/2020 | 94929 RECURRING 12/08 16:33 CCM* SEARS WARRAN 855-256-2467 FL 00000000 094~6300 | $69.99 | | $43,001.59 |
| 12/09/2020 | 7175 POS PUR 12/09 15:09 AMOCO#9351941WAS WASHINGTON PA 39013701 00717~5542 | $25.00 | | $42,976.59 |
| 12/10/2020 | PISI DV PARSE04 45944 | $72.41 | | $42,904.18 |
| 12/10/2020 | 7257 POS PUR 12/09 14:08 AMZN Mktp US* Y77 Amzn.com/bill WA 00000000 00~5942 | $37.09 | | $42,867.09 |
| 12/10/2020 | 75623 POS PUR 12/09 07:25 LOWES #00671* WASHINGTON PA 00000000 075623 ~5200 | $14.36 | | $42,852.73 |



# FREE SMALL BUSINESS CHECKING - (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/10/2020 | 31024 RECURRING 12/09 00:07 Amazon Prime* K46 Amzn.com/bill WA 00000000 03~5968 | $13.77 | | $42,838.96 |
| 12/10/2020 | PISI DV PAR-V04 45944 | $13.50 | | $42,825.46 |
| 12/10/2020 | 90514 POS PUR 12/09 18:04 Kindle Unltd* IB2 866-321-8851 WA 00000000 090~5818 | $10.59 | | $42,814.87 |
| 12/10/2020 | 93941 POS PUR 12/09 22:44 Amazon.com* 6O0R2 Amzn.com/bill WA 00000000 09~5942 | $8.96 | | $42,805.91 |
| 12/11/2020 | SALANDRA FUNERAL Payroll 189820153136595 | | $1,779.71 | $44,585.62 |
| 12/11/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $44,525.62 |
| 12/11/2020 | CHECK # 1414 | $141.24 | | $44,384.38 |
| 12/11/2020 | 79571 POS PUR 12/11 07:15 AMZN Mktp US* OZ3 Amzn.com/bill WA 00000000 07~5942 | $76.59 | | $44,307.79 |
| 12/11/2020 | 73222 POS PUR 12/10 12:31 AMZN Mktp US* UR7 Amzn.com/bill WA 00000000 07~5942 | $16.49 | | $44,291.30 |
| 12/14/2020 | 76813 POS PUR 12/14 12:15 Amazon.com* 6R37C Amzn.com/bill WA 00000000 07~5942 | $98.37 | | $44,192.93 |
| 12/14/2020 | 25195 POS PUR 12/12 13:55 WM SUPERCENTER # WASHINGTON PA 17390046 85668~5411 | $97.99 | | $44,094.94 |
| 12/14/2020 | 243459 POS PUR 12/14 11:20 Walmart.com Bentonville AR 02003144 121411243~5310 | $47.56 | | $44,047.38 |
| 12/14/2020 | 50410 POS PUR 12/13 12:59 WM SUPERCENTER # WASHINGTON PA 17390051 33329~5411 | $32.89 | | $44,014.49 |
| 12/14/2020 | 60157 POS PUR 12/13 22:50 AMZN Mktp US* GP1 Amzn.com/bill WA 00000000 06~5942 | $9.53 | | $44,004.96 |
| 12/14/2020 | 70931 POS PUR 12/13 13:23 LOWES #00671* WASHINGTON PA 00000000 070931 ~5200 | $8.46 | | $43,996.50 |
| 12/15/2020 | DEPOSIT | | $1,250.00 | $45,246.50 |
| 12/15/2020 | 502828 PIN PUR 12/15 10:09 AMERICAN GLASS & WASHINGTON PA 05508732 03505~1799 | $79.50 | | $45,167.00 |
| 12/15/2020 | 80775 POS PUR 12/14 00:26 KWIK FILL 236 HOUSTON PA URCC0236 080775 ~5542 | $20.26 | | $45,146.74 |
| 12/16/2020 | SSA TREAS 310 XXSOC SEC XXXXX9149A SSA | | $2,397.00 | $47,543.74 |
| 12/16/2020 | 37643 POS PUR 12/15 11:21 HP PRODUCT SVC&R 800-474-6836 CA 00000000 037~7399 | $31.79 | | $47,511.95 |
| 12/17/2020 | 22991 POS PUR 12/16 23:20 USPS PO 41115205 CANONSBURG PA 00000000 02299~9402 | $6.35 | | $47,505.60 |
| 12/18/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $47,445.60 |
| 12/18/2020 | CHECK # 1413 | $237.75 | | $47,207.85 |
| 12/18/2020 | 938511 PIN PUR 12/18 16:15 CANONSBURG SHOP CANONSBURG PA 53460201 938511~5411 | $128.92 | | $47,078.93 |
| 12/18/2020 | 56393 RECURRING 12/17 14:09 Amazon Prime* 939 Amzn.com/bill WA 00000000 05~5968 | $13.77 | | $47,065.16 |
| 12/21/2020 | CHECK # 1415 | $30,000.00 | | $17,065.16 |
| 12/21/2020 | 42543 POS PUR 12/20 12:35 SAMS CLUB #6251 WASHINGTON PA 20442543 042543~5300 | $346.13 | | $16,719.03 |
| 12/21/2020 | CHECK # 1412 | $200.00 | | $16,519.03 |
| 12/21/2020 | 3194 POS PUR 12/20 12:09 WM SUPERCENTER # WASHINGTON PA 17390045 29869~5411 | $149.50 | | $16,369.53 |
| 12/21/2020 | 16163 POS PUR 12/19 22:18 SAMS CLUB #6251 724-229-3500 PA 22916163 0161~5300 | $63.82 | | $16,305.71 |
| 12/21/2020 | 10613 POS PUR 12/19 08:24 WAL-MART #1739 WASHINGTON PA 00000001 010613 ~5411 | $52.80 | | $16,252.91 |
| 12/21/2020 | 2060 POS PUR 12/19 15:40 WM SUPERCENTER # WASHINGTON PA 17390052 07258~5411 | $25.44 | | $16,227.47 |
| 12/21/2020 | 492751 POS PUR 12/19 16:47 AMOCO#9351941WAS WASHINGTON PA 39013701 49275~5542 | $23.50 | | $16,203.97 |

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 12/31/2020**

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 5 of 6

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/21/2020 | 10716 POS PUR 12/21 12:59 HI-HAT CLEANERS HOUSTON PA 05416057 035624960~4214 | $13.50 | | $16,190.47 |
| 12/23/2020 | 199566 POS PUR 12/23 08:50 Walmart.com Bentonville AR 02003144 122308199~5310 | $23.38 | | $16,167.09 |
| 12/24/2020 | SALANDRA FUNERAL Payroll 196001737815723 | | $2,148.44 | $18,315.53 |
| 12/24/2020 | 38437 POS PUR 12/24 07:25 WM SUPERCENTER # WASHINGTON PA 17390045 36069~5411 | $212.57 | | $18,102.96 |
| 12/24/2020 | 16658 POS PUR 12/24 10:50 AMAZON.COM* 2G6DM AMZN.COM/BILL WA 00000000 01~5942 | $20.73 | | $18,082.23 |
| 12/28/2020 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $18,022.23 |
| 12/28/2020 | 97792 POS PUR 12/24 01:06 THE SPRING HOUSE WASHINGTON PA 00000000 09779~5812 | $103.43 | | $17,918.80 |
| 12/28/2020 | 75018 POS PUR 12/27 09:53 Wal-Mart Super C WASHINGTON PA 17390046 03623~5411 | $38.76 | | $17,880.04 |
| 12/28/2020 | 448934 POS PUR 12/28 11:31 AMOCO#9351941WAS WASHINGTON PA 39013701 44893~5542 | $25.00 | | $17,855.04 |
| 12/28/2020 | 31914 POS PUR 12/24 05:29 JEFFREYS DRUG ST CANONSBURG PA 29235480 03191~5912 | $24.24 | | $17,830.80 |
| 12/28/2020 | 58007 POS PUR 12/24 00:14 WASHINGTON SHOP WASHINGTON PA 1 058007 ~5411 | $23.31 | | $17,807.49 |
| 12/28/2020 | 82672 RECURRING 12/28 06:16 SXM* SIRIUSXM.COM 888-635-5144 NY 00000000 082~4899 | $21.87 | | $17,785.62 |
| 12/28/2020 | 401342 POS PUR 12/28 08:33 Walmart.com Bentonville AR 02003144 122808401~5310 | $19.02 | | $17,766.60 |
| 12/28/2020 | 80727 POS PUR 12/24 05:59 KWIK FILL 236 HOUSTON PA URCC0236 080727 ~5542 | $17.05 | | $17,749.55 |
| 12/28/2020 | AMERICAN WATER E 00141479 CUS000000000027 | $3.99 | | $17,745.56 |
| 12/28/2020 | AMERICAN WATER E 00141479 CUS000000000027 | $3.99 | | $17,741.57 |
| 12/29/2020 | DEPOSIT | | $1,250.00 | $18,991.57 |
| 12/29/2020 | 681613 POS PUR 12/29 16:17 Wal-Mart Super C WASHINGTON PA 17390044 03645~5411 | $14.82 | | $18,976.75 |
| 12/31/2020 | COMM OF PA ANNUITANT APXXXXXX6130 | | $193.88 | $19,170.63 |
| 12/31/2020 | 37322 RECURRING 12/31 01:56 SCENTBOX.COM 866-274-4123 CA 00000000 037322 ~5964 | $19.95 | | $19,150.68 |
| 12/31/2020 | Balance This Statement | | | $19,150.68 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1395 | 12/03/2020 | $200.00 | 1405 | 12/04/2020 | $119.40 | 1411 | 12/07/2020 | $303.52 |
| 1399* | 12/01/2020 | $17.46 | 1407* | 12/07/2020 | $278.58 | 1412 | 12/21/2020 | $200.00 |
| 1400 | 12/03/2020 | $200.00 | 1408 | 12/09/2020 | $250.00 | 1413 | 12/18/2020 | $237.75 |
| 1402* | 12/02/2020 | $250.00 | 1409 | 12/07/2020 | $343.42 | 1414 | 12/11/2020 | $141.24 |
| 1404* | 12/04/2020 | $79.60 | 1410 | 12/07/2020 | $50.00 | 1415 | 12/21/2020 | $30,000.00 |

\* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12/01/2020 | $46,635.80 | 12/08/2020 | $43,522.93 | 12/15/2020 | $45,146.74 |
| 12/02/2020 | $46,348.73 | 12/09/2020 | $42,976.59 | 12/16/2020 | $47,511.95 |
| 12/03/2020 | $45,551.57 | 12/10/2020 | $42,805.91 | 12/17/2020 | $47,505.60 |
| 12/04/2020 | $45,091.34 | 12/11/2020 | $44,291.30 | 12/18/2020 | $47,065.16 |
| 12/07/2020 | $43,548.93 | 12/14/2020 | $43,996.50 | 12/21/2020 | $16,190.47 |

## FREE SMALL BUSINESS CHECKING - _ _ _ _ _  (continued)

**Daily Balances (continued)**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12/23/2020 | $16,167.09 | 12/28/2020 | $17,741.57 | 12/31/2020 | $19,150.68 |
| 12/24/2020 | $18,082.23 | 12/29/2020 | $18,976.75 | | |

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 12/16/2020**

ANDREW F KUZY                    Page 1 of 4
Primary Account Number:

**ADDRESS SERVICE REQUESTED**

>008451 5590250 0001 092543 10Z

ANDREW F KUZY
COLLEEN A KUZY
TAX ESCROW ACCOUNT
531 WARRICK DR
WASHINGTON PA 15301-9513

### Managing Your Accounts

| | | |
|---|---|---|
| Online | | www.fnb-online.com |
| By Phone | | 1 800-555-5455 |
| By Mail | | 4140 E. State Street Hermitage, PA 16148 |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREESTYLE CHECKING | | $1,059.47 |

# FREESTYLE CHECKING -

## Account Summary

| Date | Description | Amount |
|---|---|---|
| 11/17/2020 | Balance Last Statement | $823.42 |
| | 4 Credit(s) This Period | $240.00 |
| | 1 Debit(s) This Period | $3.95 |
| 12/16/2020 | Balance This Statement | $1,059.47 |

Effective February 16, 2021, the fee for ATM Withdrawal (Foreign ATM Fee) for your account will change to $2.95. For additional information, please visit any First National Bank office or call 1-800-555-5455.

## Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/17/2020 | Balance Last Statement | | | $823.42 |
| 11/20/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $883.42 |
| 11/27/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $943.42 |
| 12/04/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $1,003.42 |
| 12/11/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $1,063.42 |
| 12/16/2020 | PAPER STATEMENT FEE | $3.95 | | $1,059.47 |
| 12/16/2020 | Balance This Statement | | | $1,059.47 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11/20/2020 | $883.42 | 12/04/2020 | $1,003.42 | 12/16/2020 | $1,059.47 |
| 11/27/2020 | $943.42 | 12/11/2020 | $1,063.42 | | |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

SALANDRA FUNERAL SERVICE INC.
304 WEST PIKE STREET
CANONSBURG PA 15317

ANDREW KUZY
EMPLOYEE ID: 3
DEPARTMENT: 10
DD RECEIPT: 1197630568



| Pay Period | 11/22/2020 - 12/05/2020 | | | FITWH | Filing Status: M | |
| Pay Date | 12/11/2020 | | | PA | Filing Status: M Exemptions: 0 | |

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 22.50 | 83.00 | 1,867.50 | 1,761.50 | 46,025.00 |
| RemovalFee | | | 300.00 | | 3,675.00 |
| ESL | | | | 40.00 | 900.00 |
| Total | | 83.00 | $2,167.50 | 1,801.50 | $50,600.00 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 130.45 | 4,274.91 |
| MED | 31.43 | 733.72 |
| SOC | 134.39 | 3,137.23 |
| PA | 66.54 | 1,553.42 |
| PAEUC | 1.30 | 30.35 |
| PACAI | 21.68 | 506.05 |
| PACAIL | 2.00 | 50.00 |
| Total | $387.79 | $10,285.68 |

| Net Pay | XXXX6826 | $1,779.71 |

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SALANDRA FUNERAL SERVICE INC.
304 WEST PIKE STREET
CANONSBURG PA 15317

Direct Deposit #  1197630568
Date  12/11/2020

Pay this Amount

** NON-NEGOTIABLE ** DIRECT DEPOSIT RECEIPT **          VOID ** VOID **

10   DD

Pay to the
Order of

ANDREW KUZY
531 WARRICK DR
WASHINGTON PA 15301

DIRECT DEPOSIT  $1,779.71
TO ACCOUNT #  XXXX6826
BANK #  XXXXX8092

NON-NEGOTIABLE

SALANDRA FUNERAL SERVICE INC.
304 WEST PIKE STREET
CANONSBURG PA 15317

ANDREW KUZY
EMPLOYEE ID: 3
DEPARTMENT: 10
DD RECEIPT: 1198396062

**Paycor**

| Pay Period | 12/06/2020 - 12/19/2020 | | FITWH | Filing Status: M | | |
| Pay Date | 12/24/2020 | | PA | Filing Status: M  Exemptions: 0 | | |

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 22.50 | 94.50 | 2,126.25 | 1,856.00 | 48,151.25 |
| RemovalFee | | | 525.00 | | 4,200.00 |
| ESL | | | | 40.00 | 900.00 |
| Total | | 94.50 | $2,651.25 | 1,896.00 | $53,251.25 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 188.50 | 4,463.41 |
| MED | 38.44 | 772.16 |
| SOC | 164.38 | 3,301.61 |
| PA | 81.39 | 1,634.81 |
| PAEUC | 1.59 | 31.94 |
| PACAI | 26.51 | 532.56 |
| PACAIL | 2.00 | 52.00 |
| Total | $502.81 | $10,788.49 |

| Net Pay | XXXX6826 | $2,148.44 |
|---|---|---|

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SALANDRA FUNERAL SERVICE INC.
304 WEST PIKE STREET
CANONSBURG PA 15317

Direct Deposit # 1198396062
Date 12/24/2020

Pay this Amount

** NON-NEGOTIABLE ** DIRECT DEPOSIT RECEIPT **

VOID ** VOID **

Pay to the
Order of

10   DD

ANDREW KUZY
531 WARRICK DR
WASHINGTON PA 15301

DIRECT DEPOSIT $2,148.44
TO ACCOUNT # XXXX6826
BANK # XXXXX8092

NON-NEGOTIABLE