IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| ANDREW F. KUZY | : | Bankruptcy No. 18-21728-CMB |
| COLEEN A. KUZY | : | Chapter 11 |
| | : | |
| Debtor. | : | Document No. _____ |
| | : | Related to Docket Nos. 189, 190 & 191 |
| JEFFREY J. SIKIRICA, CHAPTER 11 TRUSTEE | : | |
| | : | |
| Movant, | : | Hearing Date & Time: |
| vs. | : | February 23, 2021 @ 2:00 pm |
| | : | |
| STATE FARM BANK | : | |
| | : | |
| Respondent. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## OBJECTION TO CLAIM 8-1

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the above cite Claim Objection filed on **January 21, 2021** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Claim Objection appears thereon. Pursuant to the Notice of Hearing, objections to the Claim Objection were to be filed and served no later than **February 8, 2021**.

It is hereby respectfully requested that the Order attached to the Claim Objection be entered by the Court.


Dated: 02/09/2021                                   By:  /s/ Jeffrey J. Sikirica
                                                         Signature

                                                         Jeffrey J. Sikirica
                                                         Typed Name

                                                         121 Northbrook Drive, Gibsonia, PA  15044
                                                         Address

                                                         724-625-2566
                                                         Phone No.

                                                         PA ID 36745
                                                         List Bar I.D. and State of Admission


**PAWB Local Form 25 (07/13)**