IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| ANDREW F. KUZY | : | Bankruptcy No. 18-21728-CMB |
| COLEEN A. KUZY | : | Chapter 11 |
| | : | |
| Debtor. | : | Document No. _____ |
| | : | Related to Docket Nos. 195, 196 & 197 |
| JEFFREY J. SIKIRICA, CHAPTER 11 TRUSTEE | : | |
| | : | |
| Movant, | : | Hearing Date & Time: |
| vs. | : | February 23, 2021 @ 2:00 pm |
| | : | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | : | |
| | : | |
| Respondent. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## OBJECTION TO CLAIM 11-1

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the above cite Claim Objection filed on **January 21, 2021** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Claim Objection appears thereon. Pursuant to the Notice of Hearing, objections to the Claim Objection were to be filed and served no later than **February 8, 2021**.

It is hereby respectfully requested that the Order attached to the Claim Objection be entered by the Court.


Dated: 02/09/2021                                By:  /s/ Jeffrey J. Sikirica
                                                      Signature

                                                      Jeffrey J. Sikirica
                                                      Typed Name

                                                      121 Northbrook Drive, Gibsonia, PA  15044
                                                      Address

                                                      724-625-2566
                                                      Phone No.

                                                      PA ID 36745
                                                      List Bar I.D. and State of Admission


**PAWB Local Form 25 (07/13)**