IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| ANDREW F. KUZY | : | Bankruptcy No. 18-21728-CMB |
| COLLEEN A. KUZY | : | Chapter 11 |
| | : | |
| Debtor. | : | Document No. _____ |
| | : | Related to Docket Nos. 186, 187, 188, |
| JEFFREY J. SIKIRICA, CHAPTER 11 TRUSTEE | : | 204 & 208 |
| | : | |
| Movant, | : | Hearing Date & Time: |
| vs. | : | February 23, 2021 @ 2:00 pm |
| | : | |
| AMERICAN EXPRESS NATIONAL BANK | : | |
| | : | |
| Respondent. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## OBJECTION TO CLAIMS 3-1, 4-1 & 5-1

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the above cite Claim Objection filed on **January 21, 2021** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Claim Objection appears thereon. Pursuant to the Notice of Hearing, objections to the Claim Objection were to be filed and served no later than **February 8, 2021**.

It is hereby respectfully requested that the Order attached to the Claim Objection be entered by the Court.

Dated: 02/09/2021         By: /s/ Jeffrey J. Sikirica
                              Signature

                              Jeffrey J. Sikirica
                              Typed Name

                              121 Northbrook Drive, Gibsonia, PA  15044
                              Address

                              724-625-2566
                              Phone No.

                              PA ID 36745
                              List Bar I.D. and State of Admission

**PAWB Local Form 25 (07/13)**