IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| **ANDREW F. KUZY** <br> **COLLEEN A. KUZY** | ) <br> ) <br> ) | Bankruptcy No. 18-21728-CMB |
| Debtor(s). | ) <br> ) | Chapter 11 |
| **JEFFREY J. SIKIRICA,** <br> **CHAPTER 11 TRUSTEE,** | ) <br> ) <br> ) | Related to: Document No. 186 |
| Movant(s), <br> vs. | ) <br> ) <br> ) <br> ) | **ENTERED BY DEFAULT** |
| **AMERICAN EXPRESS NATIONAL BANK** | ) <br> ) | |
| Respondent. | ) | |

## ORDER OF COURT

AND NOW, on this  10th  day of  February , 2021, upon consideration of the "**Objection to Claims 3-1, 4-1 & 5-1**" filed by Jeffrey J. Sikirica, Chapter 11 Trustee,

it is hereby **ORDERED, ADJUDGED and DECREED** that Claims 3-1, 4-1 & 5-1 filed by American Express National Bank are hereby **DISALLOWED**.

BY THE COURT:

Carlota M. Böhm                              glb
Chief United States Bankruptcy Judge

FILED
2/10/21 4:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                              Case No. 18-21728-CMB
Andrew F. Kuzy                                                                                      Chapter 11
Colleen A. Kuzy
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                           User: gamr                                    Page 1 of 2
Date Rcvd: Feb 10, 2021                        Form ID: pdf900                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2021:**

**Recip ID        Recipient Name and Address**
db/jdb         +  Andrew F. Kuzy, Colleen A. Kuzy, 531 Warrick Drive, Washington, PA 15301-9513

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2021                 Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2021 at the address(es) listed below:

**Name                Email Address**

Anthony T. Kovalchick
                    on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov

Brian Nicholas
                    on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com

Brian C. Thompson
                    on behalf of Debtor Andrew F. Kuzy bthompson@ThompsonAttorney.com
                    blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com

Brian C. Thompson
                    on behalf of Joint Debtor Colleen A. Kuzy bthompson@ThompsonAttorney.com
                    blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com

| District/off: 0315-2 | User: gamr | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 10, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Brian M. Kile
    on behalf of Creditor Key Bank  N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

Jeffrey J. Sikirica
    on behalf of Trustee Jeffrey J. Sikirica trusteesikirica@zoominternet.net  PA59@ecfcbis.com

Norma Hildenbrand, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 8