# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| ANDREW F. KUZY | ) | Bankruptcy No. 18-21728-CMB |
| COLLEEN A. KUZY | ) | |
| | ) | |
| Debtor(s). | ) | Chapter 11 |
| | ) | |
| JEFFREY J. SIKIRICA, | ) | Related to: Document No. 195 |
| CHAPTER 11 TRUSTEE, | ) | |
| | ) | **ENTERED BY DEFAULT** |
| Movant(s), | ) | |
| vs. | ) | |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, | ) | |
| LLC | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER OF COURT

AND NOW, on this __10th__ day of __February__, 2021, upon consideration of the "**Objection to Claim 11-1**" filed by Jeffrey J. Sikirica, Chapter 11 Trustee,

it is hereby **ORDERED, ADJUDGED and DECREED** that Claim 11-1 filed by Portfolio Recovery Associates, LLC is hereby **DISALLOWED**.

BY THE COURT:

_Carlota M. Böhm_ glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
2/10/21 4:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                  Case No. 18-21728-CMB
Andrew F. Kuzy                                                                                          Chapter 11
Colleen A. Kuzy
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 2
Date Rcvd: Feb 10, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2021:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Andrew F. Kuzy, Colleen A. Kuzy, 531 Warrick Drive, Washington, PA 15301-9513

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2021 at the address(es) listed below:

**Name**     **Email Address**

Anthony T. Kovalchick
     on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov

Brian Nicholas
     on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com

Brian C. Thompson
     on behalf of Debtor Andrew F. Kuzy bthompson@ThompsonAttorney.com
     blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com

Brian C. Thompson
     on behalf of Joint Debtor Colleen A. Kuzy bthompson@ThompsonAttorney.com
     blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 2 of 2 |
| Date Rcvd: Feb 10, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Brian M. Kile
    on behalf of Creditor Key Bank  N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

Jeffrey J. Sikirica
    on behalf of Trustee Jeffrey J. Sikirica trusteesikirica@zoominternet.net  PA59@ecfcbis.com

Norma Hildenbrand, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 8