UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. :

Reporting Period: January 2021

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____        2/15/21
Signature of Debtor                                   Date

_____        2/15/21
Signature of Joint Debtor                           Date

_____        _____
Signature of Preparer                                 Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. :

Reporting Period: January 2021

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 19150.68 |  |
| **RECEIPTS** |  |  |
| Wages (Net) | 3686.51 |  |
| Interest and Dividend Income | 0.00 |  |
| Alimony and Child Support | 0.00 |  |
| Social Security and Pension Income | 2619.88 |  |
| Sale of Assets | 0.00 |  |
| Other Income (attach schedule) | 3206.25 |  |
| **Total Receipts** | 9512.64 |  |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) | 0.00 |  |
| Rental Payment(s) | 0.00 |  |
| Other Secured Note Payments | 0.00 |  |
| Utilities | 1154.95 |  |
| Insurance | 1246.82 |  |
| Auto Expense | 65.63 |  |
| Lease Payments | 0.00 |  |
| IRA Contributions | 0.00 |  |
| Repairs and Maintenance | 849.35 |  |
| Medical Expenses | 458.42 |  |
| Household Expenses | 2285.19 |  |
| Charitable Contributions | 0.00 |  |
| Alimony and Child Support Payments | 0.00 |  |
| Taxes - Real Estate | 25.00 |  |
| Taxes - Personal Property | 0.00 |  |
| Taxes - Other (attach schedule) | 514.15 |  |
| Travel and Entertainment | 0.00 |  |
| Gifts | 0.00 |  |
| Other (attach schedule) | 100.00 |  |
| **Total Ordinary Disbursements** | 6674.51 |  |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees | 0.00 |  |
| U. S. Trustee Fees | 650.00 |  |
| Other Reorganization Expenses (attach schedule) | 0.00 |  |
| **Total Reorganization Items** | 650.00 |  |
| **Total Disbursements (Ordinary + Reorganization)** | 7324.51 |  |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 2188.13 |  |
| **Cash - End of Month (Must equal reconciled bank** | 21338.81 |  |

FORM MOR-1 (INDV)

In Re:  Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
       Colleen A. Kuzy, :
                                        : Chapter 11
       Debtors. :                              (9/99)

Reporting Period: January 2021

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Schmalz Income | 2500.00 | |
| C. Kuzy Stimulus | 600.00 | |
| Return | 106.25 | |
| | | |
| | | |
| **Other Taxes** | | |
| County Taxes | 514.15 | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| PA Board of Probation/Parole | 50.00 | |
| Washington County Clerk of Courts | 50.00 | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. :
Reporting Period:_____

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns tiled during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| FICA- Employee |  |  |  |  |  |  |
| FICA-Employer |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Federal Taxes |  |  |  |  |  |  |
| State and Local |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| Sales |  |  |  |  |  |  |
| Excise |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Real Property |  |  |  |  |  |  |
| Personal Property |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Stale and Local |  |  |  |  |  |  |
| Total Taxes |  |  |  |  |  |  |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable |  |  |  |  |  |  |
| Wages-Payable |  |  |  |  |  |  |
| Taxes Payable |  |  |  |  |  |  |
| Rent/Leases-Building |  |  |  |  |  |  |
| Rent/Leases- Equipment |  |  |  |  |  |  |
| Secured Debt/Adequate Protection |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Amounts Due to Insiders" |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Postpetition Debts |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.
_____
_____

*"Insider is defined in 11 U.S.C. Section 101(31)             FORM MOR-4

(9/99)

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. :

Reporting Period:_____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| - Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

_____
_____
_____
_____
_____
_____
_____

FORM MOR-5
(9/99)

# First National Bank

**Statement Ending 01/29/2021**

4140 E. State Street
Hermitage, PA 16148

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 1 of 6

**ADDRESS SERVICE REQUESTED**

>006016 5944105 0001 092543 10Z

ANDREW F. KUZY, DEBTOR IN POSSESSION
COLLEEN A. KUZY, DEBTOR IN POSSESSION
JACQUELINE SCHMALZ
531 WARRICK DR
WASHINGTON PA 15301-9513

### Managing Your Accounts

| | | |
|---|---|---|
| | Online | www.fnb-online.com |
| | By Phone | 1 800-555-5455 |
| | By Mail | 4140 E. State Street Hermitage, PA 16148 |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | | $21,338.81 |

## FREE SMALL BUSINESS CHECKING -

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 01/01/2021 | Balance Last Statement | $19,150.68 | Minimum Balance | $17,287.28 |
| | 10 Credit(s) This Period | $9,512.64 | Average Ledger Balance | $19,307.71 |
| | 87 Debit(s) This Period | $7,324.51 | Average Available Balance | $19,287.02 |
| 01/29/2021 | Balance This Statement | $21,338.81 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/01/2021 | Balance Last Statement | | | $19,150.68 |
| 01/04/2021 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $19,090.68 |
| 01/04/2021 | 25640 RETURN 01/03 20:18 SAMSCLUB #6251 WASHINGTON PA 62510082 025640 ~5912 | | $26.98 | $19,117.66 |
| 01/04/2021 | 58966 POS PUR 01/03 15:16 SAMS CLUB #6251 WASHINGTON PA 62510095 600249~5300 | $196.87 | | $18,920.79 |
| 01/04/2021 | 93125 POS PUR 01/03 01:15 JEFFREYS DRUG ST CANONSBURG PA 29235480 09312~5912 | $67.95 | | $18,852.84 |
| 01/04/2021 | 50287 POS PUR 01/03 13:15 LOWES #00671* WASHINGTON PA 00000000 050287 ~5200 | $63.58 | | $18,789.26 |
| 01/04/2021 | 70778 PIN PUR 01/03 09:26 HARBOR FREIGHT T WASHINGTON PA 04870502 10030~5251 | $59.34 | | $18,729.92 |
| 01/04/2021 | 23211 POS PUR 01/02 15:52 WM SUPERCENTER # WASHINGTON PA 17390045 67463~5411 | $56.85 | | $18,673.07 |
| 01/04/2021 | 61221 POS PUR 12/31 17:06 HARBOR FREIGHT T WASHINGTON PA 00000553 06122~5251 | $37.27 | | $18,635.80 |
| 01/04/2021 | 47806 POS PUR 01/03 11:00 AMZN Mktp US* 4N7 Amzn.com/bill WA 00000000 04~5942 | $16.43 | | $18,619.37 |
| 01/04/2021 | 896058 RECURRING 01/02 09:18 NETFLIX COM LOS GATOS CA 003 100200896058 ~4899 | $14.83 | | $18,604.54 |
| 01/04/2021 | 40109 POS PUR 01/01 13:23 WM SUPERCENTER # WASHINGTON PA 17390050 00616~5411 | $6.33 | | $18,598.21 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

**First National Bank**

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 01/29/2021**

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 3 of 6

## FREE SMALL BUSINESS CHECKING - continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/06/2021 | CHECK # 1419 | $343.42 | | $18,254.79 |
| 01/06/2021 | 7244 POS PUR 01/05 04:12 AMZN Mktp US* DD5 Amzn.com/bill WA 00000000 00~5942 | $55.10 | | $18,199.69 |
| 01/07/2021 | CHECK # 1418 | $174.24 | | $18,025.45 |
| 01/07/2021 | CHECK # 1422 | $50.00 | | $17,975.45 |
| 01/08/2021 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $17,915.45 |
| 01/08/2021 | SALANDRA FUNERAL Payroll 103680400322875 | | $1,382.23 | $19,297.68 |
| 01/08/2021 | 59690 POS PUR 01/08 17:02 SAMS CLUB #6251 WASHINGTON PA 62510093 481018~5300 | $96.49 | | $19,201.19 |
| 01/08/2021 | CHECK # 1416 | $17.46 | | $19,183.73 |
| 01/11/2021 | CHECK # 1423 | $300.68 | | $18,883.05 |
| 01/11/2021 | CHECK # 1427 | $278.58 | | $18,604.47 |
| 01/11/2021 | 96600 POS PUR 01/10 05:25 SAMSCLUB #6251 WASHINGTON PA 00000001 096600 ~5300 | $135.32 | | $18,469.15 |
| 01/11/2021 | CHECK # 1420 | $119.40 | | $18,349.75 |
| 01/11/2021 | CHECK # 1421 | $79.40 | | $18,270.35 |
| 01/11/2021 | 467966 PIN PUR 01/10 11:18 WAL-MART #1739 WASHINGTON PA 24173901 467966 ~5411 | $78.22 | | $18,192.13 |
| 01/11/2021 | 87403 POS PUR 01/10 00:33 AMZN Mktp US* 510 Amzn.com/bill WA 00000000 08~5942 | $74.20 | | $18,117.93 |
| 01/11/2021 | PISI DV PARSE04 45944 | $72.41 | | $18,045.52 |
| 01/11/2021 | 25299 RECURRING 01/08 05:59 CCM* SEARS WARRAN 855-256-2467 FL 00000000 025~6300 | $69.99 | | $17,975.53 |
| 01/11/2021 | 3389 POS PUR 01/10 12:11 AMZN Mktp US* G18 Amzn.com/bill WA 00000000 00~5942 | $63.60 | | $17,911.93 |
| 01/11/2021 | 46742 POS PUR 01/11 09:42 WM SUPERCENTER # WASHINGTON PA 17390080 13723~5411 | $55.52 | | $17,856.41 |
| 01/11/2021 | 239865 POS PUR 01/10 11:05 WAL-MART #1739 WASHINGTON PA 17390046 1010968~5411 | $51.74 | | $17,804.67 |
| 01/11/2021 | 35081 POS PUR 01/09 08:30 LOWES #00671* WASHINGTON PA 00000000 035081 ~5200 | $24.94 | | $17,779.73 |
| 01/11/2021 | 97055 RECURRING 01/09 03:29 Amazon Prime* 0T3 Amzn.com/bill WA 00000000 09~5968 | $13.77 | | $17,765.96 |
| 01/11/2021 | PISI DV PAR-V04 45944 | $13.50 | | $17,752.46 |
| 01/11/2021 | 18378 POS PUR 01/10 11:31 SAMS CLUB #6251 WASHINGTON PA 62510095 797243~5300 | $10.60 | | $17,741.86 |
| 01/11/2021 | 45792 POS PUR 01/09 11:17 Kindle Unltd* N98 866-321-8851 WA 00000000 045~5818 | $10.59 | | $17,731.27 |
| 01/12/2021 | DEPOSIT | | $1,250.00 | $18,981.27 |
| 01/12/2021 | 15387 RETURN 01/12 07:17 LOWES #00671* WASHINGTON PA 00000000 015387 ~5200 | | $20.10 | $19,001.37 |
| 01/12/2021 | 52807 PIN PUR 01/12 12:52 WM SUPERCENTER # WASHINGTON PA 17390044 04494~5411 | $151.14 | | $18,850.23 |
| 01/12/2021 | CHECK # 1417 | $118.28 | | $18,731.95 |
| 01/12/2021 | 63154 POS PUR 01/12 10:32 AMZN Mktp US* EU2 Amzn.com/bill WA 00000000 06~5942 | $53.00 | | $18,678.95 |
| 01/12/2021 | 98312 POS PUR 01/11 15:19 USPS PO 41115205 CANONSBURG PA 00000000 09831~9402 | $11.00 | | $18,667.95 |
| 01/12/2021 | 15355 POS PUR 01/12 05:50 LOWES #00671* WASHINGTON PA 00000000 015355 ~5200 | $5.28 | | $18,662.67 |
| 01/13/2021 | CHECK # 1426 | $219.16 | | $18,443.51 |
| 01/13/2021 | CHECK # 1326 | $140.02 | | $18,303.49 |

**First National Bank**

4140 E. State Street
Hermitage, PA 16148

*Statement Ending 01/29/2021*

*ANDREW F. KUZY, DEBTOR IN*
*Primary Account Number:*

Page 5 of 6

# FREE SMALL BUSINESS CHECKING - continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/22/2021 | 70008 POS PUR 01/21 07:30 AMAZON.COM* H02GX AMZN.COM/BILL WA 00000000 07~5942 | $59.01 | | $21,445.25 |
| 01/25/2021 | CHECK # 1431 | $278.58 | | $21,166.67 |
| 01/25/2021 | 55840 POS PUR 01/23 10:08 SAMS CLUB #6251 WASHINGTON PA 62510093 595074~5300 | $239.54 | | $20,927.13 |
| 01/25/2021 | 63268 PIN PUR 01/24 11:08 WM SUPERCENTER # WASHINGTON PA 17390051 27765~5411 | $180.32 | | $20,746.81 |
| 01/25/2021 | 242363 POS PUR 01/25 11:12 Walmart.com Bentonville AR 02003144 012511242~5310 | $65.02 | | $20,681.79 |
| 01/25/2021 | 15842 POS PUR 01/24 04:33 WASHINGTON SHOP WASHINGTON PA 1 015842 ~5411 | $44.88 | | $20,636.91 |
| 01/25/2021 | 63411 POS PUR 01/22 07:31 JEFFREYS DRUG ST CANONSBURG PA 29235480 06341~5912 | $26.34 | | $20,610.57 |
| 01/25/2021 | 83370 POS PUR 01/22 10:40 KWIK FILL 236 HOUSTON PA URCC0236 083370 ~5542 | $15.63 | | $20,594.94 |
| 01/25/2021 | 10794 POS PUR 01/25 14:54 HI-HAT CLEANERS HOUSTON PA 05416057 102537730~4214 | $13.50 | | $20,581.44 |
| 01/25/2021 | 56076 POS PUR 01/24 12:20 WM SUPERCENTER # WASHINGTON PA 17390050 49122~5411 | $10.64 | | $20,570.80 |
| 01/26/2021 | DEPOSIT | | $1,850.00 | $22,420.80 |
| 01/26/2021 | CHECK # 1429 | $650.00 | | $21,770.80 |
| 01/26/2021 | AMERICAN WATER E 00141479 CUS000000000027 | $3.99 | | $21,766.81 |
| 01/26/2021 | AMERICAN WATER E 00141479 CUS000000000027 | $3.99 | | $21,762.82 |
| 01/27/2021 | CHECK # 1432 | $514.15 | | $21,248.67 |
| 01/27/2021 | 7945 POS PUR 01/27 14:17 AMZN Mktp US* WQ5 Amzn.com/bill WA 00000000 00~5942 | $10.58 | | $21,238.09 |
| 01/28/2021 | 64033 PIN PUR 01/28 13:37 TARGET T-1216 Washington PA 11216076 076445 ~5310 | $67.17 | | $21,170.92 |
| 01/29/2021 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $21,110.92 |
| 01/29/2021 | 92085 RETURN 01/28 15:44 AMAZON.COM AMZN. AMZN.COM/BILL WA 00000000 09~5942 | | $59.01 | $21,169.93 |
| 01/29/2021 | COMM OF PA ANNUITANT APXXXXXX7948 | | $193.88 | $21,363.81 |
| 01/29/2021 | 32886 POS PUR 01/28 18:50 AMOCO#9351941WAS WASHINGTON PA 9351001 032886~5542 | $25.00 | | $21,338.81 |
| 01/29/2021 | Balance This Statement | | | $21,338.81 |

## Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1326 | 01/13/2021 | $140.02 | 1421 | 01/11/2021 | $79.40 | 1427 | 01/11/2021 | $278.58 |
| 1416* | 01/08/2021 | $17.46 | 1422 | 01/07/2021 | $50.00 | 1429* | 01/26/2021 | $650.00 |
| 1417 | 01/12/2021 | $118.28 | 1423 | 01/11/2021 | $300.68 | 1431* | 01/25/2021 | $278.58 |
| 1418 | 01/07/2021 | $174.24 | 1424 | 01/13/2021 | $25.00 | 1432 | 01/27/2021 | $514.15 |
| 1419 | 01/06/2021 | $343.42 | 1425 | 01/21/2021 | $219.64 | | | |
| 1420 | 01/11/2021 | $119.40 | 1426 | 01/13/2021 | $219.16 | | | |

* Indicates skipped check number

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01/04/2021 | $18,598.21 | 01/11/2021 | $17,731.27 | 01/15/2021 | $18,008.78 |
| 01/06/2021 | $18,199.69 | 01/12/2021 | $18,662.67 | 01/19/2021 | $17,287.28 |
| 01/07/2021 | $17,975.45 | 01/13/2021 | $18,272.47 | 01/20/2021 | $19,628.28 |
| 01/08/2021 | $19,183.73 | 01/14/2021 | $18,254.71 | 01/21/2021 | $19,259.98 |

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/13/2021 | CHECK # 1424 | $25.00 | | $18,278.49 |
| 01/13/2021 | 50360 POS PUR 01/13 21:30 AMZN Mktp US* 7W8 Amzn.com/bill WA 00000000 05~5942 | $6.02 | | $18,272.47 |
| 01/14/2021 | 22710 POS PUR 01/14 12:16 AMZN Mktp US* R95 Amzn.com/bill WA 00000000 02~5942 | $17.76 | | $18,254.71 |
| 01/15/2021 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $18,194.71 |
| 01/15/2021 | 45431 PIN PUR 01/15 12:55 TARGET T-1216 Washington PA 11216122 122207 ~5310 | $160.93 | | $18,033.78 |
| 01/15/2021 | 4955 POS PUR 01/15 09:14 SAMS CLUB #6251 WASHINGTON PA 62510088 327020~5542 | $25.00 | | $18,008.78 |
| 01/19/2021 | 456891 RETURN 01/17 17:15 Walmart.com Bentonville AR 02003144 011705456~5310 | | $0.16 | $18,008.94 |
| 01/19/2021 | 59619 PIN PUR 01/17 11:36 SAMS CLUB #6251 WASHINGTON PA 62510094 330178~5300 | $179.48 | | $17,829.46 |
| 01/19/2021 | 53403 POS PUR 01/18 20:47 WAL-MART #1739 WASHINGTON PA 00000004 053403 ~5411 | $128.76 | | $17,700.70 |
| 01/19/2021 | 22889 PIN PUR 01/17 11:53 WM SUPERCENTER # WASHINGTON PA 17390043 83996~5411 | $100.46 | | $17,600.24 |
| 01/19/2021 | 72063 POS PUR 01/15 15:35 AMZN Mktp US* WV4 Amzn.com/bill WA 00000000 07~5942 | $54.50 | | $17,545.74 |
| 01/19/2021 | 33533 POS PUR 01/15 07:32 AMZN Mktp US* SB7 Amzn.com/bill WA 00000000 03~5942 | $48.94 | | $17,496.80 |
| 01/19/2021 | 99871 POS PUR 01/19 08:43 Walmart.com Bentonville AR 02003144 011908099~5310 | $41.03 | | $17,455.77 |
| 01/19/2021 | 51442 POS PUR 01/15 19:50 HP PRODUCT SVC&R 800-474-6836 CA 00000000 051~7399 | $31.79 | | $17,423.98 |
| 01/19/2021 | 83535 POS PUR 01/17 06:34 Amazon.com* EF3XR Amzn.com/bill WA 00000000 08~5942 | $31.55 | | $17,392.43 |
| 01/19/2021 | 354808 POS PUR 01/17 11:09 Walmart.com Bentonville AR 02003144 011711354~5310 | $30.17 | | $17,362.26 |
| 01/19/2021 | 93680 POS PUR 01/15 14:38 KWIK FILL 236 HOUSTON PA URCC0236 093680 ~5542 | $25.00 | | $17,337.26 |
| 01/19/2021 | 47527 RECURRING 01/17 22:57 Amazon Prime* T37 Amzn.com/bill WA 00000000 04~5968 | $13.77 | | $17,323.49 |
| 01/19/2021 | 69443 POS PUR 01/18 21:58 AMZN Mktp US* 5E2 Amzn.com/bill WA 00000000 06~5942 | $13.77 | | $17,309.72 |
| 01/19/2021 | 97468 POS PUR 01/17 10:46 Amazon.com* 3Z7Z2 Amzn.com/bill WA 00000000 09~5942 | $9.50 | | $17,300.22 |
| 01/19/2021 | 88043 POS PUR 01/17 23:13 Amazon.com* SP4YJ Amzn.com/bill WA 00000000 08~5942 | $7.50 | | $17,292.72 |
| 01/19/2021 | 99383 POS PUR 01/18 10:14 WM SUPERCENTER # 724-229-4020 PA 16899383 099~5411 | $5.44 | | $17,287.28 |
| 01/20/2021 | SSA TREAS 310 XXSOC SEC XXXXX9149A SSA | | $2,426.00 | $19,713.28 |
| 01/20/2021 | 60001 POS PUR 01/19 22:42 WHS OCCUPATIONAL WASHINGTON PA 70095081 06000~8099 | $85.00 | | $19,628.28 |
| 01/21/2021 | CHECK # 1425 | $219.64 | | $19,408.64 |
| 01/21/2021 | 35241 POS PUR 01/21 22:26 WALMART GROCERY 800-966-6546 AR 13935241 0352~5411 | $82.03 | | $19,326.61 |
| 01/21/2021 | 97906 POS PUR 01/21 01:59 WALMART GROCERY 800-966-6546 AR 00000000 0979~5411 | $41.86 | | $19,284.75 |
| 01/21/2021 | 79091 POS PUR 01/21 01:04 WALMART GROCERY 800-966-6546 AR 00000000 0790~5411 | $18.90 | | $19,265.85 |
| 01/21/2021 | 11212 POS PUR 01/21 01:00 WALMART GROCERY 800-966-6546 AR 00000000 0112~5411 | $5.87 | | $19,259.98 |
| 01/22/2021 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $19,199.98 |
| 01/22/2021 | SALANDRA FUNERAL Payroll 174334771328542 | | $2,304.28 | $21,504.26 |

## First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 01/15/2021**

ANDREW F KUZY                                                                 Page 1 of 4
Primary Account Number:

**ADDRESS SERVICE REQUESTED**

>023627 5806376 0001 092543 10Z

ANDREW F KUZY
COLLEEN A KUZY
TAX ESCROW ACCOUNT
531 WARRICK DR
WASHINGTON PA 15301-9513

### Managing Your Accounts

 Online        www.fnb-online.com

 By Phone      1 800-555-5455

 By Mail       4140 E. State Street
                                   Hermitage, PA  16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREESTYLE CHECKING | | $1,355.52 |

## FREESTYLE CHECKING - 735181026

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 12/17/2020 | Balance Last Statement | $1,059.47 |
| | 5 Credit(s) This Period | $300.00 |
| | 1 Debit(s) This Period | $3.95 |
| 01/15/2021 | Balance This Statement | $1,355.52 |

Effective February 16, 2021, the fee for ATM Withdrawal (Foreign ATM Fee) for your account will change to $2.95. For additional information, please visit any First National Bank office or call 1-800-555-5455.

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/17/2020 | Balance Last Statement | | | $1,059.47 |
| 12/18/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT | | $60.00 | $1,119.47 |
| 12/28/2020 | TRANSFER FROM BUSINESS CHECKING ACCOUNT | | $60.00 | $1,179.47 |
| 01/04/2021 | TRANSFER FROM BUSINESS CHECKING ACCOUNT | | $60.00 | $1,239.47 |
| 01/08/2021 | TRANSFER FROM BUSINESS CHECKING ACCOUNT | | $60.00 | $1,299.47 |
| 01/15/2021 | TRANSFER FROM BUSINESS CHECKING ACCOUNT | | $60.00 | $1,359.47 |
| 01/15/2021 | PAPER STATEMENT FEE | $3.95 | | $1,355.52 |
| 01/15/2021 | Balance This Statement | | | $1,355.52 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12/18/2020 | $1,119.47 | 01/04/2021 | $1,239.47 | 01/15/2021 | $1,355.52 |
| 12/28/2020 | $1,179.47 | 01/08/2021 | $1,299.47 | | |



To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

**SALANDRA FUNERAL SERVICE INC.**
304 WEST PIKE STREET
CANONSBURG PA 15317

ANDREW KUZY
EMPLOYEE ID: 3
DEPARTMENT: 10
DD RECEIPT:   1199513470


Payco[

| Pay Period | 12/20/2020 - 01/02/2021 | | FITWH | Filing Status: M | |
|---|---|---|---|---|---|
| Pay Date | 01/08/2021 | | PA | Filing Status: M  Exemptions: 0 | |

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | Y |
|---|---|---|---|---|---|
| Hourly | 22.50 | 66.50 | 1,496.25 | 66.50 | 1,496. |
| RemovalFee | | | 150.00 | | 150. |
| Total | | 66.50 | $1,646.25 | 66.50 | $1,646. |

| Taxes | CURRENT | Y |
|---|---|---|
| FITWH | 68.09 | 68. |
| MED | 23.87 | 23. |
| SOC | 102.07 | 102. |
| PA | 50.54 | 50. |
| PAEUC | 0.99 | 0. |
| PACAI | 16.46 | 16. |
| PACAIL | 2.00 | 2. |
| Total | $264.02 | $264. |

Net Pay     XXXX6826     $1,382.

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**SALANDRA FUNERAL SERVICE INC.**
304 WEST PIKE STREET
CANONSBURG PA 15317

Direct Deposit #   1199513470
Date   01/08/2021

Pay this Amount

** NON-NEGOTIABLE** DIRECT DEPOSIT RECEIPT **        VOID ** VOID **

                                    10   DD        DIRECT DEPOSIT   $1,382.23
Pay to the                                          TO ACCOUNT #    XXXX6826
Order of    ANDREW KUZY                             BANK #          XXXXX8092
            531 WARRICK DR
            WASHINGTON PA 15301                     NON-NEGOTIABLE

SALANDRA FUNERAL SERVICE INC.  
304 WEST PIKE STREET  
CANONSBURG PA 15317

ANDREW KUZY  
EMPLOYEE ID: 3  
DEPARTMENT: 10  
DD RECEIPT:    1200494612



Pay Period    01/03/2021 - 01/16/2021  
Pay Date    01/22/2021

FITWH    Filing Status: M  
PA    Filing Status: M  Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 22.50 | 103.50 | 2,328.75 | 170.00 | 3,825.0 |
| RemovalFee | | | 525.00 | | 675.0 |
| Total | | 103.50 | $2,853.75 | 170.00 | $4,500.0 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 211.30 | 279.3 |
| MED | 41.38 | 65.2 |
| SOC | 176.93 | 279.0 |
| PA | 87.61 | 138.1 |
| PAEUC | 1.71 | 2.7 |
| PACAI | 28.54 | 45.0 |
| PACAIL | 2.00 | 4.0 |
| Total | $549.47 | $813.4 |

| Net Pay | XXXX6826 | $2,304.2 |
|---|---|---|

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SALANDRA FUNERAL SERVICE INC.  
304 WEST PIKE STREET  
CANONSBURG PA 15317

Direct Deposit #    1200494612  
Date    01/22/2021

Pay this Amount

** NON-NEGOTIABLE ** DIRECT DEPOSIT RECEIPT **    VOID ** VOID **

Pay to the  
Order of    ANDREW KUZY  
531 WARRICK DR  
WASHINGTON PA 15301

10    DD

DIRECT DEPOSIT    $2,304.28  
TO ACCOUNT #    XXXX6826  
BANK #    XXXXX8092

**NON-NEGOTIABLE**