**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **Bankruptcy No. 18-21728-CMB** |
| **ANDREW F. KUZY** | : | |
| **LLC** | : | **Chapter 11** |
| **Debtor.** | : | |
| | : | **Document No. ____** |
| | : | **Related to Doc. Nos. 164, 165, 166, 176 & 177** |
| | : | **Zoom Hearing Date/Time:** |
| | : | **02/23/2020 @ 1:30 p.m.** |

**ORDER OF COURT**

Upon consideration that an Amended Plan of Reorganization Dated November 14, 2020 having been filed under Chapter 11 of the Bankruptcy Code by Debtor-In-Possession, on November 16, 2020, and, said Plan together with a Disclosure Statement approved by the Court on January 11, 2021 was transmitted to creditors and equity holders;

It having been determined after notice and a hearing that the requirements for confirmation of the plan under 11 U.S.C. §1129 have not been satisfied without the requirement of a cram down hearing; and that the Debtors believe the confirmation of the Plan is in the best interests of Creditors and the Estate, regardless of the balloting of the Plan which failed to support plan acceptance permitting confirmation pursuant to 11 U.S.C. §1126(c), with the following amendments to the Plan:

1. The Class 3 secured claim of Key Bank will waive some interest and other charges and reduce its claim to $83,698.71 under the terms the claim will be amortized over 115 months with interest at 3.5% and a monthly payment of $857.14 for a period of 60 months with a balloon payment of the balance due on the 60th month.

2. The Class 5 secured claim of Ally Bank with a payoff figure on February 23, 2021 of $3,583.80 will be paid in full on the Plan Effective Date subject to a review of an accounting of interest and charges assessed since the bankruptcy filing by the Chapter 11 Trustee and subject to

the reservation of the right by the Chapter 11 Trustee to object to any disputed interest or charges assessed.

3. The Class 6 secured tax claims of the Washington County Tax Claim based on its updated proof of claim filed at Claim 10-2 will be paid $9,930.06 on the Plan Effective Date at an annual interest rate of 9% over 36 months in monthly payments of $315.77. The liens secured by the Debtors' residence located at 531 Warrick Drive, Washington, PA 15301 will be retained while deferred cash payments are made under the Plan.

4. The Class 6 secured tax claims of the Pennsylvania Department of Revenue based on its objections filed at Docket No. 217 will be paid $4,044.37 on the Plan Effective Date at an annual interest rate of 3% over 36 months in monthly payments of $117.62. All statutory and judiciary liens created by the tax liability will be retained while deferred cash payments are made under the Plan.

5. The Class 7 secured priority claims of the Pennsylvania Department of Revenue based on its objections filed at Docket No. 217 will be paid $2,309.84 on the Plan Effective Date at an annual interest rate of 3% over 36 months in monthly payments of $67.17.

6. Jeffrey J. Sikirica, Esquire shall continue on as the Plan Disbursing Agent for the first 60 payments due under the Plan with compensation for fees and expenses to be assessed at 3% of the disbursement and to be paid at the time whenever a disbursement is made.

**AND NOW,** at Pittsburgh this _____ day of February, 2021,

IT IS **ORDERED, ADJUDGED and DECREED** that

_____
**Carlota M. Böhm**
**U.S. BANKRUPTCY JUDGE**