# PROCEEDING MEMO

**Date: 02/23/2021 01:30 pm**

**In re:**  Andrew F. Kuzy
Colleen A. Kuzy

                                                **Bankruptcy No. 18-21728-CMB**
                                                **Chapter: 11-NOT A SMALL BUSINESS**
                                                **Doc. # 177**

**Appearances:**  BY ZOOM:  Jeffrey J. Sikirica, Anthony T. Kovalchick, Brian Kile, Brian Thompson

**Nature of Proceeding:** #164 Plan Confirmation Hearing Re: Amended Chapter 11 Plan Dated 11/14/2020

**Additional Pleadings:** #165 Disclosure Statement To Accompany Amended Plan Dated 11/14/2020
                        #166 Amended Summary of Chapter 11 Plan
                        #177 Order Signed 01/11/2021 Approving Disclosure Statement and Scheduling Hearing on Amended Plan Confirmation.  Confirmation Hearing to be held on 02/23/2021 at 1:30 p.m. via Zoom.
                        #217 Objection to Confirmation of Plan Dated 11/14/2020 filed by Dep't of Revenue Office of Attorney General
                        #223 Plan Ballot Summary
                        #224 Monthly Operation Report for January, 2021

**Judge's Notes:**
- There were no objections to the proposed order filed today by Attorney Sikirica.
- OUTCOME: Will consider proposed order. If approved, order will be entered. If it is not approved, hearing will be rescheduled.

                                                  **Carlota Böhm**
                                                  **Chief U.S. Bankruptcy Judge**