IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| ANDREW F. KUZY | : | Bankruptcy No. 18-21728-CMB |
| COLEEN A. KUZY | : | Chapter 11 |
| | : | |
| Debtor. | : | Document No. _____ |
| | : | Related to Docket Nos. 164, 165, 166, |
| JEFFREY J. SIKIRICA, CHAPTER 11 TRUSTEE | : | 177, 223, 225 & 227 |
| | : | |
| Movant, | : | |
| vs. | : | |
| | : | |
| | : | |
| No Respondents. | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
REQUEST FOR CHAPTER 11 PLAN CRAMDOWN PURSUANT
TO 11 U.S.C. §1129(b)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Court Order filed on **February 25, 2021** requiring objections to plan confirmation pursuant to "cramdown" provisions of 11 U.S.C. §1129(b) has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Court Order appears thereon. Pursuant to the Court Order, objections to plan confirmation pursuant to "cramdown" provisions of 11 U.S.C. §1129(b) were to be filed and served no later than **March 15, 2021**.

It is hereby respectfully requested that the Chapter 11 Plan be confirmed by the Court.

Dated: 03/16/2021                By: /s/ Jeffrey J. Sikirica
                                            Signature

                                            Jeffrey J. Sikirica
                                            Typed Name

                                            121 Northbrook Drive, Gibsonia, PA  15044
                                            Address

                                            724-625-2566
                                            Phone No.

                                            PA ID 36745
                                            List Bar I.D. and State of Admission

**PAWB Local Form 25 (07/13)**