N

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 18-21728 -CMB |
| | ) | |
| ANDREW F. KUZY | ) | Chapter 11 |
| COLLEEN A. KUZY, | ) | |
| | ) | |
| Debtors. | ) | Related to Doc. Nos. 164, 227, 229 |

## DEFAULT ORDER

AND NOW, this  18th  day of March, 2021, upon the filing of a Certification of No Objection (Doc. No. 229) in response to the Order of Court dated February 25, 2021 (Doc. No. 227) scheduling a "cramdown" hearing in this matter for April 14, 2021, and it being apparent that no objections to the request for "cramdown" pursuant to 11 U.S.C. §1129(b) exist,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED**, that:

1. The request for cramdown of the *Amended Chapter 11 Plan of Reorganization Dated November 14, 2020* (Doc. No. 164) pursuant to 11 U.S.C. §1129(b) is **GRANTED** by default and the Plan is **CONFIRMED** with the following amendments as set forth in the Order entered February 25, 2021:

    a. The Class 3 secured claim of Key Bank will waive some interest and other charges and reduce its claim to $83,698.71 under the terms the claim will be amortized over 115 months with interest at 3.5% and a monthly payment of $857.14 for a period of 60 months with a balloon payment of the balance due on the 60th month.

    b. The Class 5 secured claim of Ally Bank with a payoff figure on February 23, 2021 of $3,583.80 will be paid in full on the Plan Effective Date subject to a review of an accounting of interest and charges assessed since the bankruptcy filing by the Chapter 11 Trustee and subject to the reservation of the right by the Chapter 11 Trustee to object to any disputed interest or charges assessed.

    c. The Class 6 secured tax claims of the Washington County Tax Claim based on its updated proof of claim filed at Claim 10-2 will be paid $9,930.06 on the Plan

     Effective Date at an annual interest rate of 9% over 36 months in monthly payments of $315.77. The liens secured by the Debtors' residence located at 531 Warrick Drive, Washington, PA 15301 will be retained while deferred cash payments are made under the Plan.

    d. The Class 6 secured tax claims of the Pennsylvania Department of Revenue based on its objections filed at Docket No. 217 will be paid $4,044.37 on the Plan Effective Date at an annual interest rate of 3% over 36 months in monthly payments of $117.62. All statutory and judiciary liens created by the tax liability will be retained while deferred cash payments are made under the Plan.

    e. The Class 7 secured priority claims of the Pennsylvania Department of Revenue based on its objections filed at Docket No. 217 will be paid $2,309.84 on the Plan Effective Date at an annual interest rate of 3% over 36 months in monthly payments of $67.17.

    f. Jeffrey J. Sikirica, Esquire shall continue on as the Plan Disbursing Agent for the first 60 payments due under the Plan with compensation for fees and expenses to be assessed at 3% of the disbursement and to be paid at the time whenever a disbursement is made.

2. The hearing scheduled for April 14, 2021, is **CANCELLED.**

_Carlota M. Böhm_  glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
3/18/21 7:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA