UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Andrew F. Kuzy, and                     :   Bankruptcy Case No.: 18-21728-CMB
       Colleen A. Kuzy,                          :
                                                 :   Chapter 11
       Debtors.                                   :

Reporting Period: February 2021

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-l (INDV) | | |
| Schedule of Cash Receipts and Disbursements - | MOR-l (INDV) (CONT) | | |
|   Bank Reconciliation | | | |
|   Copies of bank statements | | | |
|   Cash disbursements journals | | | |
|   Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____          3/12/21
Signature of Debtor                                               Date

_____          3/12/21
Signature of Joint Debtor                                         Date

_____ Trustee            3/18/21
Signature of Preparer                                             Date

EDITED BY JEFFREY J. SIKIRICA, TRUSTEE
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. :

Reporting Period: February 2021

# INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | ~~21338.81~~ 51,338.81 |  |
| **RECEIPTS** |  |  |
| Wages (Net) | 3679.63 |  |
| Interest and Dividend Income | 28.89 |  |
| Alimony and Child Support | 0.00 |  |
| Social Security and Pension Income | 2619.88 |  |
| Sale of Assets | 0.00 |  |
| Other Income (attach schedule) | 2600.00 |  |
| **Total Receipts** | 8928.40 |  |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) | 0.00 |  |
| Rental Payment(s) | 0.00 |  |
| Other Secured Note Payments | 0.00 |  |
| Utilities | 1655.09 |  |
| Insurance | 678.44 |  |
| Auto Expense | 72.26 |  |
| Lease Payments | 0.00 |  |
| IRA Contributions | 0.00 |  |
| Repairs and Maintenance | 1498.36 |  |
| Medical Expenses | 307.55 |  |
| Household Expenses | 2245.12 |  |
| Charitable Contributions | 0.00 |  |
| Alimony and Child Support Payments | 0.00 |  |
| Taxes - Real Estate | 0.00 |  |
| Taxes - Personal Property | 0.00 |  |
| Taxes - Other (attach schedule) | 240.00 |  |
| Travel and Entertainment | 0.00 |  |
| Gifts | 0.00 |  |
| Other (attach schedule) | 50.00 |  |
| **Total Ordinary Disbursements** | ~~6746.82~~ 7,346.95 |  |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees | 0.00 |  |
| U. S. Trustee Fees | 0.00 |  |
| Other Reorganization Expenses (attach schedule) | 0.00 |  |
| **Total Reorganization Items** | 0.00 |  |
| **Total Disbursements (Ordinary + Reorganization)** | ~~6746.82~~ 7,346.95 |  |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | ~~2181.58~~ 1,587.45 |  |
| **Cash - End of Month (Must equal reconciled bank** | ~~23520.39~~ 52,909.26 |  |

FORM MOR-1 (INDV)

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
      Colleen A. Kuzy, :
                     : Chapter 11
      Debtors. :                        (9/99)

Reporting Period: February 2021

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| Schmalz Income | 2500.00 | |
| Return | 100.00 | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| Freestyle Account | 240.00 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| Washington County Clerk of Courts | 50.00 | |
| Service of Filings | 594.13 | |
| Bond | 17.00 | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

| In Re: Andrew F. Kuzy, and | : | Bankruptcy Case No.: 18-21728-CMB |
| Colleen A. Kuzy, | : | |
| | : | Chapter 11 |
| Debtors. | : | |
| | | Reporting Period:_____ |

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns tiled during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal | | | | | | |
| Withholding | | | | | | |
| FICA- Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| State and Local | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total Stale and Local | | | | | | |
| Total Taxes | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

**Attach aged listing of accounts payable.**

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages-Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases- Equipment | | | | | | |
| Secured Debt/Adequate Protection | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders" | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.

_____
_____

*"Insider is defined in 11 U.S.C. Section 101(31)                    FORM MOR-4

(9/99)

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. :

Reporting Period:_____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| − Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

_____
_____
_____
_____
_____
_____
_____

FORM MOR-5
(9/99)

**SALANDRA FUNERAL SERVICE INC.**
304 WEST PIKE STREET
CANONSBURG PA 15317

ANDREW KUZY
EMPLOYEE ID: 3
DEPARTMENT: 10
DD RECEIPT:    1201418203


Payco[l]

| Pay Period | 01/17/2021 - 01/30/2021 | | FITWH | Filing Status: M | |
|---|---|---|---|---|---|
| Pay Date | 02/05/2021 | | PA | Filing Status: M  Exemptions: 0 | |

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 22.50 | 84.00 | 1,890.00 | 254.00 | 5,715. |
| RemovalFee | | | 525.00 | | 1,200. |
| Total | | 84.00 | $2,415.00 | 254.00 | $6,915. |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 158.65 | 438. |
| MED | 35.02 | 100. |
| SOC | 149.73 | 428. |
| PA | 74.14 | 212. |
| PAEUC | 1.45 | 4. |
| PACAI | 24.15 | 69. |
| PACAIL | 2.00 | 6. |
| Total | $445.14 | $1,258. |

| Net Pay | XXXX6826 | $1,969. |
|---|---|---|

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SALANDRA FUNERAL SERVICE INC.
304 WEST PIKE STREET
CANONSBURG PA 15317

Direct Deposit #    1201418203
Date    02/05/2021

Pay this Amount

** NON-NEGOTIABLE** DIRECT DEPOSIT RECEIPT **      VOID ** VOID **

Pay to the Order of

ANDREW KUZY
531 WARRICK DR
WASHINGTON PA 15301

10    DD

DIRECT DEPOSIT    $1,969.86
TO ACCOUNT #    XXXX6826
BANK #    XXXXX8092

NON-NEGOTIABLE

**SALANDRA FUNERAL SERVICE INC.**
304 WEST PIKE STREET
CANONSBURG PA 15317

ANDREW KUZY
EMPLOYEE ID: 3
DEPARTMENT: 10
DD RECEIPT:   1202439255

Paycor

| | | | | | |
|---|---|---|---|---|---|
| Pay Period | 01/31/2021 - 02/13/2021 | | FITWH | Filing Status: M | |
| Pay Date | 02/19/2021 | | PA | Filing Status: M Exemptions: 0 | |

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | Y |
|---|---|---|---|---|---|
| Hourly | 22.50 | 85.50 | 1,923.75 | 339.50 | 7,638. |
| RemovalFee | | | 150.00 | | 1,350. |
| Total | | 85.50 | $2,073.75 | 339.50 | $8,988. |

| Taxes | CURRENT | Y |
|---|---|---|
| FITWH | 117.70 | 555. |
| MED | 30.07 | 130. |
| SOC | 128.57 | 557. |
| PA | 63.66 | 275. |
| PAEUC | 1.24 | 5. |
| PACAI | 20.74 | 89. |
| PACAIL | 2.00 | 8. |
| Total | $363.98 | $1,622. |

| Net Pay | XXXX6826 | $1,709. |
|---|---|---|

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**SALANDRA FUNERAL SERVICE INC.**
304 WEST PIKE STREET
CANONSBURG PA 15317

Direct Deposit #   1202439255
Date   02/19/2021

Pay this Amount

** NON-NEGOTIABLE** DIRECT DEPOSIT RECEIPT **

VOID ** VOID **

Pay to the
Order of

ANDREW KUZY
531 WARRICK DR
WASHINGTON PA 15301

10    DD

DIRECT DEPOSIT   $1,709.77
TO ACCOUNT #   XXXX6826
BANK #   XXXXX8092

**NON-NEGOTIABLE**

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 02/16/2021**

ANDREW F KUZY
Primary Account Number:

Page 1 of 4

**ADDRESS SERVICE REQUESTED**

>008143 7070326 0001 092543 10Z

ANDREW F KUZY
COLLEEN A KUZY
TAX ESCROW ACCOUNT
531 WARRICK DR
WASHINGTON PA 15301-9513

**Managing Your Accounts**

 Online — www.fnb-online.com

 By Phone — 1 800-555-5455

By Mail — 4140 E. State Street
Hermitage, PA  16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREESTYLE CHECKING | | $1,591.57 |

# FREESTYLE CHECKING -

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 01/16/2021 | Balance Last Statement | $1,355.52 |
| | 4 Credit(s) This Period | $240.00 |
| | 1 Debit(s) This Period | $3.95 |
| 02/16/2021 | Balance This Statement | $1,591.57 |

Effective February 16, 2021, the fee for ATM Withdrawal (Foreign ATM Fee) for your account will change to $2.95. For additional information, please visit any First National Bank office or call 1-800-555-5455.

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/16/2021 | Balance Last Statement | | | $1,355.52 |
| 01/22/2021 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $1,415.52 |
| 01/29/2021 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $1,475.52 |
| 02/05/2021 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $1,535.52 |
| 02/12/2021 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $1,595.52 |
| 02/16/2021 | PAPER STATEMENT FEE | $3.95 | | $1,591.57 |
| 02/16/2021 | Balance This Statement | | | $1,591.57 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01/22/2021 | $1,415.52 | 02/05/2021 | $1,535.52 | 02/16/2021 | $1,591.57 |
| 01/29/2021 | $1,475.52 | 02/12/2021 | $1,595.52 | | |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts



**First National Bank**

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 02/26/2021**

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 1 of 6

ADDRESS SERVICE REQUESTED
>019449  7150843  0001  092543  10Z

ANDREW F. KUZY, DEBTOR IN POSSESSION
COLLEEN A. KUZY, DEBTOR IN POSSESSION
JACQUELINE SCHMALZ
531 WARRICK DR
WASHINGTON PA 15301-9513

**Managing Your Accounts**

| | | |
|---|---|---|
| | Online | www.fnb-online.com |
| | By Phone | 1 800-555-5455 |
| | By Mail | 4140 E. State Street<br>Hermitage, PA  16148 |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | | $23,520.39 |

## FREE SMALL BUSINESS CHECKING -

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 01/30/2021 | Balance Last Statement | $21,338.81 | Minimum Balance | $20,150.06 |
| | 8 Credit(s) This Period | $8,928.40 | Average Ledger Balance | $22,057.73 |
| | 94 Debit(s) This Period | $6,746.82 | Average Available Balance | $22,057.73 |
| 02/26/2021 | Balance This Statement | $23,520.39 | | |

Effective March 1, 2021, First National Bank will be making adjustments to the activity fees for your business checking account. Please review your statement for the fee changes. If you have any questions regarding the changes, please contact your branch manager or Treasury Management Representative for additional information.

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/30/2021 | Balance Last Statement | | | $21,338.81 |
| 02/01/2021 | 377078 PIN PUR 01/30 12:24 WAL-MART #1739 WASHINGTON PA 24173901 377078 ~5411 | $300.37 | | $21,038.44 |
| 02/01/2021 | 43404 POS PUR 01/31 13:25 SAMS CLUB #6251 WASHINGTON PA 62510093 297266~5300 | $101.64 | | $20,936.80 |
| 02/01/2021 | 78975 POS PUR 01/30 02:14 LOWES #00671* WASHINGTON PA 00000000 078975 ~5200 | $35.93 | | $20,900.87 |
| 02/01/2021 | 8179 POS PUR 01/30 23:22 AMZN Mktp US* TO4 Amzn.com/bill WA 00000000 00~5942 | $26.99 | | $20,873.88 |
| 02/01/2021 | 57857 RECURRING 01/31 08:43 SCENTBOX.COM 866-274-4123 CA 00000000 057857 ~5964 | $19.95 | | $20,853.93 |
| 02/01/2021 | 94707 POS PUR 01/29 16:35 JEFFREYS DRUG ST CANONSBURG PA 29235480 09470~5912 | $19.20 | | $20,834.73 |
| 02/01/2021 | 24637 POS PUR 01/30 17:25 HARBOR FREIGHT T WASHINGTON PA 00000502 02463~5251 | $14.83 | | $20,819.90 |
| 02/01/2021 | 78973 POS PUR 01/30 02:48 LOWES #00671* WASHINGTON PA 00000000 078973 ~5200 | $7.38 | | $20,812.52 |
| 02/02/2021 | 881607 RECURRING 02/02 06:48 NETFLIX COM LOS GATOS CA 003 103300881607 ~4899 | $14.83 | | $20,797.69 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
• For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn

 **First National Bank**

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 02/26/2021**

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 3 of 6

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/03/2021 | CHECK # 1439 | $299.62 | | $20,498.07 |
| 02/03/2021 | 26005 POS PUR 02/02 03:46 WAL-MART #1739 WASHINGTON PA 00000006 026005 ~5969 | $66.01 | | $20,432.06 |
| 02/04/2021 | CHECK # 1437 | $224.16 | | $20,207.90 |
| 02/04/2021 | 51188 POS PUR 02/04 21:34 ZENNI OPTICAL 800-211-2105 CA 00000000 051188~8043 | $57.84 | | $20,150.06 |
| 02/05/2021 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $20,090.06 |
| 02/05/2021 | SALANDRA FUNERAL Payroll 841810601930900 | | $1,969.86 | $22,059.92 |
| 02/05/2021 | CHECK # 1438 | $343.81 | | $21,716.11 |
| 02/05/2021 | CHECK # 1435 | $17.59 | | $21,698.52 |
| 02/05/2021 | 86307 POS PUR 02/05 14:17 AMZN Mktp US* RP0 Amzn.com/bill WA 00000000 08~5942 | $10.58 | | $21,687.94 |
| 02/08/2021 | DEPOSIT | | $1,250.00 | $22,937.94 |
| 02/08/2021 | 14247 RECURRING 02/05 22:27 MEDCARE EQUIPMEN 800-503-5554 PA 59914247 014~5047 | $147.93 | | $22,790.01 |
| 02/08/2021 | 26844 POS PUR 02/07 06:29 SAMSCLUB #6251 WASHINGTON PA 00000001 026844 ~5300 | $146.33 | | $22,643.68 |
| 02/08/2021 | 30966 PIN PUR 02/07 12:06 Wal-Mart Super C WASHINGTON PA 17390045 10387~5411 | $111.00 | | $22,532.68 |
| 02/08/2021 | 779501 PIN PUR 02/06 15:40 Wal-Mart Super C WASHINGTON PA 17390056 10375~5411 | $59.34 | | $22,473.34 |
| 02/08/2021 | 668907 POS PUR 02/07 12:33 SAMSCLUB #6251 WASHINGTON PA 24625101 668907 ~5542 | $19.96 | | $22,453.38 |
| 02/08/2021 | 707252 PIN PUR 02/07 11:18 WINE AND SPIRITS WASHINGTON PA 0000LJCK 10383~5921 | $18.01 | | $22,435.37 |
| 02/08/2021 | 33683 POS PUR 02/07 02:46 WASHINGTON LASER WASHINGTON PA 001 033683 ~7542 | $16.00 | | $22,419.37 |
| 02/09/2021 | CHECK # 1433 | $119.40 | | $22,299.97 |
| 02/09/2021 | CHECK # 1434 | $79.60 | | $22,220.37 |
| 02/09/2021 | 95696 RECURRING 02/08 13:15 CCM* SEARS WARRAN 855-256-2467 FL 00000000 095~6300 | $69.99 | | $22,150.38 |
| 02/09/2021 | 8365 POS PUR 02/08 11:22 WALMART GROCERY 800-966-6546 AR 00000000 0083~5411 | $66.13 | | $22,084.25 |
| 02/09/2021 | 0006 POS PUR 02/08 12:27 VELTRI CLEANERS WASHINGTON PA 76234722 000006~7216 | $65.00 | | $22,019.25 |
| 02/09/2021 | 92875 POS PUR 02/08 15:40 WALMART GROCERY 800-966-6546 AR 10792875 0928~5411 | $42.14 | | $21,977.11 |
| 02/09/2021 | 44950 POS PUR 02/08 12:10 WALMART GROCERY 800-966-6546 AR 00000000 0449~5411 | $30.03 | | $21,947.08 |
| 02/09/2021 | CHECK # 1430 | $20.00 | | $21,927.08 |
| 02/09/2021 | 53680 POS PUR 02/08 12:15 WALMART GROCERY 800-966-6546 AR 00000000 0536~5411 | $19.02 | | $21,908.06 |
| 02/09/2021 | 54828 POS PUR 02/08 12:22 WALMART GROCERY 800-966-6546 AR 00000000 0548~5411 | $10.50 | | $21,897.56 |
| 02/10/2021 | PISI DV PARSE04 45944 | $72.41 | | $21,825.15 |
| 02/10/2021 | 90023 POS PUR 02/09 15:52 AMZ* Body Groove 949-652-7073 CA 00000000 0900~5815 | $47.94 | | $21,777.21 |
| 02/10/2021 | 817603 POS PUR 02/10 15:36 Wal-Mart Super C WASHINGTON PA 17390080 10411~5411 | $15.13 | | $21,762.08 |
| 02/10/2021 | 89015 RECURRING 02/09 00:03 Amazon Prime* X30 Amzn.com/bill WA 00000000 08~5968 | $13.77 | | $21,748.31 |
| 02/10/2021 | PISI DV PAR V04 45944 | $13.50 | | $21,734.81 |

# FREE SMALL BUSINESS CHECKING - (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/10/2021 | 25614 POS PUR 02/09 16:51 Kindle Unltd* OE8 866-321-8851 WA 00000000 025~5818 | $10.59 | | $21,724.22 |
| 02/11/2021 | CHECK # 1436 | $99.00 | | $21,625.22 |
| 02/11/2021 | CHECK # 1441 | $50.00 | | $21,575.22 |
| 02/11/2021 | 38050 POS PUR 02/10 09:14 AMZN Mktp US* QE9 Amzn.com/bill WA 00000000 03~5942 | $37.09 | | $21,538.13 |
| 02/11/2021 | 543039 POS PUR 02/11 09:42 AMOCO#9351941WAS WASHINGTON PA 39013701 54303~5542 | $25.00 | | $21,513.13 |
| 02/12/2021 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $21,453.13 |
| 02/12/2021 | CHECK # 1440 | $244.50 | | $21,208.63 |
| 02/12/2021 | CHECK # 1442 | $204.60 | | $21,004.03 |
| 02/12/2021 | 34092 PIN PUR 02/12 11:19 TARGET T-1216 Washington PA 11216171 171916 ~5310 | $113.56 | | $20,890.47 |
| 02/12/2021 | 10289 POS PUR 02/12 10:14 AMAZON.COM* AM3YN AMZN.COM/BILL WA 00000000 01~5942 | $97.00 | | $20,793.47 |
| 02/16/2021 | 651859 PIN PUR 02/13 12:04 WAL-MART #1739 WASHINGTON PA 24173901 651859 ~5411 | $89.99 | | $20,703.48 |
| 02/16/2021 | 28021 POS PUR 02/14 19:07 AMZN Mktp US* 268 Amzn.com/bill WA 00000000 02~5942 | $84.86 | | $20,618.62 |
| 02/16/2021 | 51028 POS PUR 02/14 13:35 WM SUPERCENTER # 724-229-4020 PA 15051028 051~5411 | $67.11 | | $20,551.51 |
| 02/16/2021 | 0317 POS PUR 02/14 21:19 MILLERS ACE HDWE MCMURRAY PA 00004642 000317 ~5251 | $52.98 | | $20,498.53 |
| 02/16/2021 | 20217 POS PUR 02/15 06:55 HP PRODUCT SVC&R 800-474-6836 CA 00000000 020~7399 | $31.79 | | $20,466.74 |
| 02/16/2021 | 734023 POS PUR 02/14 12:38 WAL-MART #1739 WASHINGTON PA 24173901 734023 ~5411 | $31.27 | | $20,435.47 |
| 02/16/2021 | 815619 PIN PUR 02/14 10:44 KEYSTONE PLUMBIN Canonsburg PA 99999999 81561~5251 | $16.86 | | $20,418.61 |
| 02/17/2021 | SSA TREAS 310 XXSOC SEC XXXXX9149A SSA | | $2,426.00 | $22,844.61 |
| 02/17/2021 | 612932 PIN PUR 02/17 16:19 LOWE'S #671 WASHINGTON PA 001 612932 ~5200 | $139.60 | | $22,705.01 |
| 02/17/2021 | 8097 POS PUR 02/17 23:45 AMZN Mktp US* OU9 Amzn.com/bill WA 00000000 00~5942 | $93.27 | | $22,611.74 |
| 02/17/2021 | 118758 PIN PUR 02/17 13:17 USPS PO 41115205 CANONSBURG PA 99999999 11875~9402 | $48.14 | | $22,563.60 |
| 02/18/2021 | 182410 POS PUR 02/18 11:09 Walmart.com Bentonville AR 02003144 021811182~5310 | $211.80 | | $22,351.80 |
| 02/18/2021 | CHECK # 1444 | $125.61 | | $22,226.19 |
| 02/18/2021 | 56420 RECURRING 02/17 22:23 CCM* SEARS WARRAN 855-256-2467 FL 00000000 056~6300 | $100.00 | | $22,126.19 |
| 02/18/2021 | 859059 POS PUR 02/18 16:39 SAMSCLUB #6251 WASHINGTON PA 62510095 1049546~5411 | $32.44 | | $22,093.75 |
| 02/18/2021 | 32981 POS PUR 02/18 06:22 AMAZON.COM* CR72Z AMZN.COM/BILL WA 00000000 03~5942 | $24.95 | | $22,068.80 |
| 02/18/2021 | 52503 RECURRING 02/17 17:13 Amazon Prime* ZN5 Amzn.com/bill WA 00000000 05~5968 | $13.77 | | $22,055.03 |
| 02/19/2021 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $21,995.03 |
| 02/19/2021 | SALANDRA FUNERAL Payroll 2419605725183730 | | $1,709.77 | $23,704.80 |
| 02/19/2021 | 433118 POS PUR 02/19 11:11 Walmart.com Bentonville AR 02003144 021911433~5310 | $5.94 | | $23,698.86 |
| 02/22/2021 | DEPOSIT | | $1,250.00 | $24,948.86 |
| 02/22/2021 | 97510 RETURN 02/19 00:34 CCM* SEARS WARRAN 855-256-2467 FL 00000000 097~6300 | | $100.00 | $25,048.86 |
| 02/22/2021 | 67355 POS PUR 02/20 06:18 SAMSCLUB #6251 WASHINGTON PA 00000001 067355 ~5300 | $174.47 | | $24,874.39 |

# First National Bank

**4140 E. State Street**
**Hermitage, PA 16148**

**Statement Ending 02/26/2021**

ANDREW F. KUZY, DEBTOR IN
Primary Account Number: !

Page 5 of 6

## FREE SMALL BUSINESS CHECKING - , , (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/22/2021 | 66633 POS PUR 02/21 11:58 AMZN MKTP US* 240 AMZN.COM/BILL WA 00000000 06~5942 | $99.34 | | $24,775.05 |
| 02/22/2021 | 147066 POS PUR 02/20 15:07 WAL-MART #1739 WASHINGTON PA 24173901 147066 ~5411 | $40.44 | | $24,734.61 |
| 02/22/2021 | 56982 POS PUR 02/20 18:58 AMZN Mktp US* BB9 Amzn.com/bill WA 00000000 05~5942 | $34.80 | | $24,699.81 |
| 02/22/2021 | CHECK # 1445 | $30.00 | | $24,669.81 |
| 02/22/2021 | 51160 POS PUR 02/20 17:26 THE HOME DEPOT # WASHINGTON PA 00000000 05116~5200 | $29.60 | | $24,640.21 |
| 02/22/2021 | 273659 POS PUR 02/21 13:35 SAMSCLUB #6251 WASHINGTON PA 24625101 273659 ~5542 | $27.91 | | $24,612.30 |
| 02/22/2021 | 59826 POS PUR 02/19 05:29 AMAZON.COM* OM2SU AMZN.COM/BILL WA 00000000 05~5942 | $15.90 | | $24,596.40 |
| 02/22/2021 | 53343 POS PUR 02/21 10:59 SAMSCLUB #6251 WASHINGTON PA 00000001 053343 ~5300 | $8.98 | | $24,587.42 |
| 02/22/2021 | 193370 POS PUR 02/20 14:27 Walmart.com Bentonville AR 02003144 022002193~5310 | $1.48 | | $24,585.94 |
| 02/23/2021 | 50562 POS PUR 02/22 04:17 JEFFREYS DRUG ST CANONSBURG PA 29235480 05056~5912 | $55.04 | | $24,530.90 |
| 02/23/2021 | 17999 POS PUR 02/23 AMZN Mktp US* 860 Amzn.com/bill WA 00000000 01~5942 | $44.94 | | $24,485.96 |
| 02/23/2021 | CHECK # 1446 | $42.65 | | $24,443.31 |
| 02/23/2021 | 51294 POS PUR 02/23 15:25 AMOCO#9351941WAS WASHINGTON PA 39013701 05129~5542 | $30.01 | | $24,413.30 |
| 02/24/2021 | 980822 PIN PUR 02/24 07:27 LOWE'S #671 WASHINGTON PA 001 980822 ~5200 | $46.02 | | $24,367.28 |
| 02/24/2021 | 43767 POS PUR 02/23 17:29 AMZN MKTP US* 0E5 AMZN.COM/BILL WA 00000000 04~5942 | $25.99 | | $24,341.29 |
| 02/25/2021 | CHECK # 1443 | $338.00 | | $24,003.29 |
| 02/25/2021 | 36095 POS PUR 02/23 12:07 JDS Inc Canonsburg PA 00000000 036095 ~5941 | $17.25 | | $23,986.04 |
| 02/25/2021 | 87055 POS PUR 02/24 09:12 WAL-MART #1739 WASHINGTON PA 00000002 087055 ~5912 | $10.23 | | $23,975.81 |
| 02/25/2021 | 23268 POS PUR 02/24 09:37 WAL-MART #1739 WASHINGTON PA 00000002 023268 ~5912 | $6.72 | | $23,969.09 |
| 02/25/2021 | AMERICAN WATER E 00141479 CUS000000000027 | $3.99 | | $23,965.10 |
| 02/25/2021 | AMERICAN WATER E 00141479 CUS000000000027 | $3.99 | | $23,961.11 |
| 02/25/2021 | 91516 POS PUR 02/24 04:30 WM SUPERCENTER # WASHINGTON PA 15791516 09151~5912 | $1.20 | | $23,959.91 |
| 02/26/2021 | TRANSFER TO FREESTYLE ACCOUNT | $60.00 | | $23,899.91 |
| 02/26/2021 | RANGE RESOURCES 02.21 EFT 279995 | | $28.89 | $23,928.80 |
| 02/26/2021 | COMM OF PA ANNUITANT APXXXXXX4631 | | $193.88 | $24,122.68 |
| 02/26/2021 | CHECK # 1447 | $440.00 | | $23,682.68 |
| 02/26/2021 | 51117 PIN PUR 02/26 09:35 WM SUPERCENTER # WASHINGTON PA 17390013 10615~5411 | $151.82 | | $23,530.86 |
| 02/26/2021 | 30835 POS PUR 02/26 01:23 WALMART GROCERY 800-966-6546 AR 00000000 0308~5411 | $10.47 | | $23,520.39 |
| 02/26/2021 | **Balance This Statement** | | | **$23,520.39** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1430 | 02/09/2021 | $20.00 | 1433* | 02/09/2021 | $119.40 | 1434 | 02/09/2021 | $79.60 |

# FREE SMALL BUSINESS CHECKING - (continued)

## Checks Cleared (continued)

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1435 | 02/05/2021 | $17.59 | 1440 | 02/12/2021 | $244.50 | 1445 | 02/22/2021 | $30.00 |
| 1436 | 02/11/2021 | $99.00 | 1441 | 02/11/2021 | $50.00 | 1446 | 02/23/2021 | $42.65 |
| 1437 | 02/04/2021 | $224.16 | 1442 | 02/12/2021 | $204.60 | 1447 | 02/26/2021 | $440.00 |
| 1438 | 02/05/2021 | $343.81 | 1443 | 02/25/2021 | $338.00 | | | |
| 1439 | 02/03/2021 | $299.62 | 1444 | 02/18/2021 | $125.61 | | | |

* Indicates skipped check number

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/01/2021 | $20,812.52 | 02/10/2021 | $21,724.22 | 02/22/2021 | $24,585.94 |
| 02/02/2021 | $20,797.69 | 02/11/2021 | $21,513.13 | 02/23/2021 | $24,413.30 |
| 02/03/2021 | $20,432.06 | 02/12/2021 | $20,793.47 | 02/24/2021 | $24,341.29 |
| 02/04/2021 | $20,150.06 | 02/16/2021 | $20,418.61 | 02/25/2021 | $23,959.91 |
| 02/05/2021 | $21,687.94 | 02/17/2021 | $22,563.60 | 02/26/2021 | $23,520.39 |
| 02/08/2021 | $22,419.37 | 02/18/2021 | $22,055.03 | | |
| 02/09/2021 | $21,897.56 | 02/19/2021 | $23,698.86 | | |

**Metropolitan Commercial Bank.**
The **Entrepreneurial** Bank

Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member **FDIC**

Period Covered:
February 01, 2021 - February 28, 2021
Page 1 of 3

Mr. Jeffrey J. Sikirica
121 Northbrook Dr. Pine Township
Gibsonia PA 15044

| | |
|---|---|
| Case Number | 18-21728 |
| Case Name | Kuzy, Andrew |
| | DEBTOR |
| Trustee Number | 580400 |
| Trustee Name | Mr. Jeffrey J. Sikirica |
| | TRUSTEE |

📞 **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | | $30,000.00 | $29,388.87 |
| **Total** | | **$30,000.00** | **$29,388.87** |

## TRUSTEE CHECKING                        Account Number: 3910248128

| | | | |
|---|---|---|---|
| Enclosures | 3 | Beginning Balance | $30,000.00 |
| | | +Total Additions | $0.00 |
| | | -Total Subtractions | $611.13 |
| | | **Ending Balance** | **$29,388.87** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

### Checks

| Check # | Date | Amount |
|---|---|---|
| 101 | 02-01 | $424.00 |
| 102 | 02-09 | $170.13 |
| 103 | 02-09 | $17.00 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-01 | $29,576.00 | 02-09 | $29,388.87 | | |

**Metropolitan Commercial Bank.**
The **Entrepreneurial** Bank

Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member FDIC

Period Covered:
February 01, 2021 - February 28, 2021
Page 2 of 3





Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member FDIC

Period Covered:
February 01, 2021 - February 28, 2021
Page 3 of 3

**In case of errors or questions about your account telephone Stretto at: 800.634.7734 or email us at: banking.services@stretto.com**
As soon as you recognize an error, or if you need more information about a transaction listed on the statement or receipt:

Please Provide:

- Name and account number.
- A detailed explanation of why you believe there is an error or why you need more information.
- The dollar amount of the suspected error.
- We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

We will investigate your disputed transactions and correct any error promptly. If not resolved within 10 business days, Metropolitan Commercial Bank will credit your account for the amount in error, and notify you within 2 business days, so that you may use the funds during the time it takes us to complete our investigation.