N

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 18-21728 -CMB |
| | ) | |
| ANDREW F. KUZY | ) | Chapter 11 |
| COLLEEN A. KUZY, | ) | |
| | ) | |
| Debtors. | ) | Related to Doc. Nos. 164, 227, 229 |

## DEFAULT ORDER

AND NOW, this 18th day of March, 2021, upon the filing of a Certification of No Objection (Doc. No. 229) in response to the Order of Court dated February 25, 2021 (Doc. No. 227) scheduling a "cramdown" hearing in this matter for April 14, 2021, and it being apparent that no objections to the request for "cramdown" pursuant to 11 U.S.C. §1129(b) exist,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED**, that:

1. The request for cramdown of the *Amended Chapter 11 Plan of Reorganization Dated November 14, 2020* (Doc. No. 164) pursuant to 11 U.S.C. §1129(b) is **GRANTED** by default and the Plan is **CONFIRMED** with the following amendments as set forth in the Order entered February 25, 2021:

    a. The Class 3 secured claim of Key Bank will waive some interest and other charges and reduce its claim to $83,698.71 under the terms the claim will be amortized over 115 months with interest at 3.5% and a monthly payment of $857.14 for a period of 60 months with a balloon payment of the balance due on the 60th month.

    b. The Class 5 secured claim of Ally Bank with a payoff figure on February 23, 2021 of $3,583.80 will be paid in full on the Plan Effective Date subject to a review of an accounting of interest and charges assessed since the bankruptcy filing by the Chapter 11 Trustee and subject to the reservation of the right by the Chapter 11 Trustee to object to any disputed interest or charges assessed.

    c. The Class 6 secured tax claims of the Washington County Tax Claim based on its updated proof of claim filed at Claim 10-2 will be paid $9,930.06 on the Plan

       Effective Date at an annual interest rate of 9% over 36 months in monthly payments of $315.77. The liens secured by the Debtors' residence located at 531 Warrick Drive, Washington, PA 15301 will be retained while deferred cash payments are made under the Plan.

    d.   The Class 6 secured tax claims of the Pennsylvania Department of Revenue based on its objections filed at Docket No. 217 will be paid $4,044.37 on the Plan Effective Date at an annual interest rate of 3% over 36 months in monthly payments of $117.62. All statutory and judiciary liens created by the tax liability will be retained while deferred cash payments are made under the Plan.

    e.   The Class 7 secured priority claims of the Pennsylvania Department of Revenue based on its objections filed at Docket No. 217 will be paid $2,309.84 on the Plan Effective Date at an annual interest rate of 3% over 36 months in monthly payments of $67.17.

    f.   Jeffrey J. Sikirica, Esquire shall continue on as the Plan Disbursing Agent for the first 60 payments due under the Plan with compensation for fees and expenses to be assessed at 3% of the disbursement and to be paid at the time whenever a disbursement is made.

2. The hearing scheduled for April 14, 2021, is **CANCELLED.**

*Carlota M. Böhm*      glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
3/18/21 7:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

2

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Andrew F. Kuzy  
Colleen A. Kuzy  
    Debtors

Case No. 18-21728-CMB  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 3  
Date Rcvd: Mar 18, 2021     Form ID: pdf900     Total Noticed: 51

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Andrew F. Kuzy, Colleen A. Kuzy, 531 Warrick Drive, Washington, PA 15301-9513 |
| tr | + | Jeffrey J. Sikirica, 121 Northbrook Drive, Pine Township, Gibsonia, PA 15044-8983 |
| cr | + | Dep't of Revenue Office of Attorney General, Anthony T. Kovalchick, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| 14824310 | + | Account Recovery Services, Attn: Bankruptcy, 3031 N 114th St, Milwaukee, WI 53222-4218 |
| 14833237 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14824312 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14877246 | + | Barclays Bank of Delaware, PO Box 8803, Wilmington DE 19899-8803 |
| 14871365 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14877252 | + | Collection Service Center, PO Box 560, New Kensington PA 15068-0560 |
| 14859671 | + | Key Bank, N.A., 4224 Ridge Lea, Amherst, NY 14226-1016 |
| 14826403 | | Key Bank, N.A., c/o Brian M. Kile, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14824317 | + | Laura Keisling, Tax Collector, 550 Washington Road, Washington, PA 15301-9621 |
| 14871364 | | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14824321 | | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14936329 | | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 14936326 | | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 14877253 | + | WHS Ortho Sports Medicine, 95 Leonard Avenue, Washington, PA 15301-3368 |
| 14875722 | + | Washington Co. Tax Claim Bureau, 100 W. Beau St. Ste. 205, Washington, PA 15301-4483 |
| 14877244 | + | Washington County Clerk of Courts, 1 S Main Street, #1005, Washington PA 15301-6813 |
| 14824323 | + | Washington County Tax Authority, 100 W. Beau Street, Washington, PA 15301-4432 |
| 14877264 | + | Workforce West Virginia, 112 California Avenue, Charleston WV 25305-0047 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14877255 | + | Email/Text: g20956@att.com | Mar 19 2021 03:47:00 | AT&T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 14826147 | | Email/Text: ally@ebn.phinsolutions.com | Mar 19 2021 03:46:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14824311 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 19 2021 03:46:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14877251 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 19 2021 03:46:00 | Citizens Bank, 1 Citizens Drive, Riverside RI 02915-3019 |
| 14824313 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 19 2021 03:46:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Drive, Riverside, RI 02940 |
| 14877249 | + | Email/Text: tvincequerra@chromefcu.org | Mar 19 2021 03:47:00 | Chrome FCU, PO Box 658, Canonsburg PA 15317-0658 |
| 14877263 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2021 02:49:13 | Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |

| District/off: 0315-2 | User: gamr | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 18, 2021 | Form ID: pdf900 | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| 14877250 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 19 2021 03:46:00 | Citizens Auto Finance, 480 Jefferson Blvd., Warwick RI 02886-1359 |
| 14824314 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 19 2021 03:47:00 | Commonwealth of Pennsylvania, Department of Revenue, Bureau of Compliance Department 280946, Harrisburg, PA 17128-0001 |
| 14877254 | + | Email/Text: bankruptcy@credencerm.com | Mar 19 2021 03:48:00 | Credence Resource Mgmt, PO Box 2300, Southgate MI 48195-4300 |
| 14877256 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 19 2021 03:48:00 | Credit Control Services, 725 Canton St, Norwood MA 02062-2679 |
| 14877257 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 19 2021 02:47:17 | Credit One Bank, PO Box 98873, Las Vegas NV 89193-8873 |
| 14877259 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2021 02:38:05 | DSNB/Macy's, PO Box 8218, Mason OH 45040-0000 |
| 14877247 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 19 2021 02:35:58 | Chase BP, PO Box 15298, Wilmington DE 19850-0000 |
| 14877248 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 19 2021 02:47:04 | Chase Card Services, PO Box 15298, Wilmington DE 19850-0000 |
| 14824315 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Mar 19 2021 03:47:00 | Key Bank National Association, P.O. Box 94825, Cleveland, OH 44101-4825 |
| 14826402 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Mar 19 2021 03:47:00 | Key Bank, N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14824316 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 19 2021 03:46:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14877258 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2021 02:36:17 | LVNV Funding, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 14944079 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2021 02:47:23 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14828108 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 19 2021 02:47:04 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14877260 | | Email/Text: M74banko@daimler.com | Mar 19 2021 03:48:00 | Mercedes Benz Financial Services, 13650 Heritage Valley Parkway, Fort Worth TX 76177-0000 |
| 14877261 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 19 2021 02:58:18 | Merrick Bank, 10705 Jordan GTW, Ste. 200, South Jordan UT 84095-3977 |
| 14877262 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 19 2021 03:47:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego CA 92108-2709 |
| 14824318 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 19 2021 03:47:00 | PNC Bank, Attn: Bankruptcy Department, 6750 Miller Road; Mailstop Br-Yb58-01-3, Brecksville, OH 44141 |
| 14824319 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 19 2021 02:58:35 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14877059 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 19 2021 02:36:14 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14825391 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 19 2021 02:58:35 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14853033 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 19 2021 03:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14824320 | + | Email/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com | Mar 19 2021 03:47:00 | State Farm Financial S, 1 State Farm Plaza, Bloomington, IL 61710-0001 |

TOTAL: 30

Case 18-21728-CMB   Doc 233   Filed 03/20/21   Entered 03/21/21 00:32:42   Desc
Imaged Certificate of Notice   Page 5 of 5

| District/off: 0315-2 | User: gamr | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 18, 2021 | Form ID: pdf900 | Total Noticed: 51 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | PNC Bank National Association |
| cr | *+ | Key Bank, N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14877245 | * | American Express National Bank, c/o Becket & Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14824322 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2021                                       Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2021 at the address(es) listed below:

**Name**      **Email Address**

Anthony T. Kovalchick
    on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov

Brian Nicholas
    on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com

Brian C. Thompson
    on behalf of Debtor Andrew F. Kuzy bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com

Brian C. Thompson
    on behalf of Joint Debtor Colleen A. Kuzy bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com

Brian M. Kile
    on behalf of Creditor Key Bank  N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

Jeffrey J. Sikirica
    on behalf of Trustee Jeffrey J. Sikirica trusteesikirica@zoominternet.net  PA59@ecfcbis.com

Norma Hildenbrand, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 8