IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br>Andrew F. Kuzy<br>Colleen A. Kuzy<br><br>**Debtors** | **Bankruptcy No. 18-21728-CMB**<br><br>**Related to Doc. Nos. 164 and 230** |

**Chapter 11**

**POST-CONFIRMATION ORDER AND NOTICE**

AND NOW at Pittsburgh this <u>19th day of April, 2021</u>:

All creditors and all other parties in interest are hereby notified that the Plan filed by the Debtor dated <u>November 14, 2020</u>, has been confirmed by Order of Court dated <u>March 18, 2021</u>, and that to the extent provided in 11 U.S.C. § 1141, discharges the debtor, binds the debtor and other entities, vests property of the estate in the debtor free and clear of claims and interests of creditors and other entities, and voids any judgment and operates as an injunction with respect to any debt discharged. The plan constitutes a new agreement between the debtor and the creditor which is binding and shall be enforceable as any other contract in the courts of the states or United States.

This order is entered to provide a timetable for final action in this case. To the extent this Order is inconsistent with the Confirmed Plan, the Plan controls.

IT IS THEREFORE **ORDERED**:

(1) **ADMINISTRATIVE EXPENSES AND PROFESSIONAL FEES**

All applications for award of compensation or expenses to a trustee, examiner, attorney or other professional person and all other motions for allowance of administrative expenses shall be served and filed within ninety (90) days after the date of this order or ninety (90) days from the Plan's effective date, whichever is later. The failure to timely file, and obtain Court approval, of the allowance and payment of the fees, costs, and expenses may result in the disallowance of the same.

(2) **OBJECTIONS TO CLAIMS**

Any claim objection shall be served and filed within forty-five (45) days after the date of this order. In instances where claims have been filed after the date of this order, objections shall be filed within forty-five (45) days such claims are noted on the Claims Register. The failure to timely object to claims may result in such claims being deemed allowed.

(3) **REPORTS**

Pursuant to 11 U.S.C. § 1106(a)(7), the debtor or trustee shall file, within forty-five (45) days after the date of this order, a status report detailing the actions taken by the debtor or trustee and the progress made in the

consummation of the plan.  Said reports shall be filed every January 15th and every July 15th thereafter until a final decree has been entered.

(4)　　**OTHER PROCEEDINGS**

Any other adversary proceeding, contested matter, motion or application shall be filed within forty-five (45) days after the effective date of this order, or within the applicable statute of limitation.

(5)　　**CLERK'S CHARGES AND REPORT INFORMATION**

Within fifteen (15) days of the date of this order, debtor shall submit a _written_ request to the clerk of court to obtain the sum representing any notice and excess claim charges.  Said amount shall be paid in full within forty-five (45) days of the date of this order.

(6)　　**UNITED STATES TRUSTEE FEES**

Payment of all fees due to the United States trustee must be provided for pursuant to 11 U.S.C. § 1129(a)(12).

(7)　　**FINAL REPORT AND DECREE**

Within ninety (90) days of consummation of a Plan, the debtor or trustee shall file a Report And Application For Final Decree in accordance with 11 U.S.C. § 1106(a)(7).  The report shall include a narrative of the activities taken toward compliance with the plan _and_ the information contained in the Report For Bankruptcy Judges In Cases To Be Closed, attached hereto as Exhibit A. For purposes of this paragraph, "consummation" means the distribution of any deposit required by the plan.  If no deposit was required, "consummation" means the payment of the first distribution required by the plan.

(8)　　**EXTENSIONS OF TIME**

Any time period established in this order may be extended by the court for cause after notice and hearing, but only upon motion filed _prior_ to the deadline established under the relevant paragraph of this order.  Nothing in this order shall preclude any proceeding in another court with jurisdiction within time limits which might otherwise be applicable.

(9)　　**NOTICE**

The debtor's attorney shall mail a copy of the order confirming the plan (a copy of the plan need not be attached) and this Post-Confirmation Order (Exhibit A, Report for Bankruptcy Judges In Cases To Be Closed, need not be attached) as notice thereof to all creditors and all other parties in interest, the debtor, debtor's attorney, the trustee, if any, all parties who have filed a request for notices, all professionals who may have administrative claims against the estate of the debtor, and the United States trustee, and file a certificate of service within fourteen (14) days of the date of this order.

(10) **CONTINUATION STATEMENTS**

Judgment holders should revive their liens and secured creditors should file continuation statements, if appropriate, within sixty (60) days of the date of this order for purposes of 13 Pa. C.S.A. § 9515.

(11) **CASE CLOSING**

This case shall be closed six (6) calendar months from the date of the order confirming the plan or upon entry of the final decree. At the expiration of six (6) months, or in the absence of a motion for final decree (or for an extension to file same), the debtor's attorney and the clerk shall advise the court as to why the case cannot be closed.

Carlota M. Böhm                    glb
U. S. Bankruptcy Judge

cm:   Counsel for the Debtor
      Office of United States Trustee

FILED
4/19/21 11:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. |
| | : | |
| Debtor(s) | : | |
| | : | Chapter 11 |
| | : | |
| Movant(s) | : | |
| | : | Related to Document No. |
| v. | : | |
| | : | |
| | : | |
| Respondent(s) | : | |

**REPORT FOR BANKRUPTCY JUDGES IN CASES TO BE CLOSED**

**CHAPTER 11 CASES**

\_\_\_\_\_Plan Confirmed               \_\_\_\_\_Plan Not Confirmed

If plan was confirmed and the case is still in Chapter 11, what percentage dividend was (or is) to be paid under the plan to the general unsecured class of creditors? \_\_\_\_\_%

I certify under penalty of perjury that the information provided on this form is true and correct to the best of my knowledge, information, and belief and that all estimated payments have been designated appropriately as such.

_____    _____    _____
DATE                        PREPARER                                SIGNATURE

EXHIBIT 'A'

**PAWB Local Form 14  (07/13)**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21728-CMB |
| Andrew F. Kuzy | Chapter 11 |
| Colleen A. Kuzy | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 2 |
| Date Rcvd: Apr 19, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Andrew F. Kuzy, Colleen A. Kuzy, 531 Warrick Drive, Washington, PA 15301-9513 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2021                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony T. Kovalchick | on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov |
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Andrew F. Kuzy bthompson@ThompsonAttorney.com<br>blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Brian C. Thompson | on behalf of Joint Debtor Colleen A. Kuzy bthompson@ThompsonAttorney.com<br>blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Brian M. Kile | |

District/off: 0315-2 User: gamr Page 2 of 2
Date Rcvd: Apr 19, 2021 Form ID: pdf900 Total Noticed: 1

    on behalf of Creditor Key Bank N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

Jeffrey J. Sikirica
    on behalf of Trustee Jeffrey J. Sikirica trusteesikirica@zoominternet.net PA59@ecfcbis.com

Norma Hildenbrand, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 8