# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Andrew F. Kuzy and Colleen A. Kuzy, | : | Bankruptcy Case No.: 18-21728-CMB |
| | : | Chapter 11 |
| Debtors. | : | |
| Thompson Law Group, P.C., | : | |
| | : | Document No.: |
| Applicant, | : | |
| | : | Related to Document No.: 234, 235 |
| v. | : | |
| No Respondents, | : | **Hearing Date and Time:** |
| | : | May 12, 2021 at 2:30 p.m. |
| Respondent | : | |

## CERTIFICATION OF NO OBJECTION REGARDING SECOND APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on April 5, 2021 at Document No. 234 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order Setting Hearing at Document No. 235, Objections were to be filed and served no later than April 22, 2021.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 234 be entered by the Court.

Date: April 23, 2021

/s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtors
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com