# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Andrew F. Kuzy, and Colleen A. Kuzy, | Bankruptcy No. 18-21728-CMB |
| Debtors. | Chapter 11 |
| Thompson Law Group, P.C., | Document No. |
| Applicant, | Related to Document No. 234 |
| vs. | |
| Respondent, | Hearing Date & Time: May 12, 2021 at 2:30 p.m. |
| No Respondent. | |

## ENTERED BY DEFAULT
## ORDER APPROVING FIRST INTERIM FEE APPLICATION OF THOMPSON LAW GROUP, P.C. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO DEBTORS

This matter having come before the Court upon the Fee Application of Thompson Law Group, P.C. for Allowance of Compensation and Reimbursement of Expenses as Counsel to Debtor (the "Application"), with notice for objecting to these fees having been given and no objections thereto having been received, and this Court being otherwise sufficiently advised, for cause shown it is hereby:

ORDERED, ADJUDGED and DECREED:

1. That the Application be and hereby is APPROVED and that the attorneys' fees sought by Thompson Law Group, P.C. for the period from August 29, 2019 through and including April 5, 2021 (the "Period") in the amount of $4,950.00 and reimbursement of reasonable expenses sought by Thompson Law Group, P.C. in the amount of $60.85 are allowed.

2. It is further ORDERED, ADJUDGED and DECREED that Debtor shall immediately pay Thompson Law Group, P.C. the fee contemplated in the retention application, including from any amount currently held in escrow.

DATED: 4/26/2021

FILED
4/26/21 8:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                               Case No. 18-21728-CMB
Andrew F. Kuzy                                                                              Chapter 11
Colleen A. Kuzy
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: dsaw                                Page 1 of 2
Date Rcvd: Apr 26, 2021                Form ID: pdf900                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2021:**

**Recip ID**           **Recipient Name and Address**
db/jdb               + Andrew F. Kuzy, Colleen A. Kuzy, 531 Warrick Drive, Washington, PA 15301-9513

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2021                              Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2021 at the address(es) listed below:

**Name**                              **Email Address**
Anthony T. Kovalchick
                                      on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov

Brian Nicholas
                                      on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com

Brian C. Thompson
                                      on behalf of Debtor Andrew F. Kuzy bthompson@ThompsonAttorney.com
                                      blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com

Brian C. Thompson
                                      on behalf of Joint Debtor Colleen A. Kuzy bthompson@ThompsonAttorney.com
                                      blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com

Brian M. Kile

District/off: 0315-2     User: dsaw     Page 2 of 2
Date Rcvd: Apr 26, 2021     Form ID: pdf900     Total Noticed: 1

on behalf of Creditor Key Bank N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

Jeffrey J. Sikirica
   on behalf of Trustee Jeffrey J. Sikirica trusteesikirica@zoominternet.net PA59@ecfcbis.com

Norma Hildenbrand, on Behalf of the United States Trustee by
   on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

TOTAL: 8