Form 072

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Andrew F. Kuzy** | : | Bankruptcy No. 18−21728−CMB |
| **Colleen A. Kuzy** | : | |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |

## CERTIFICATE OF COSTS

The sum of $0.00 is the amount of costs deferred for payment to the Clerk of the Bankruptcy Court in compliance with 28 U.S.C. § 1930. Your check should be made payable to "Clerk, U.S. Bankruptcy Court" and submitted to the attention of Financial Administrator, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

The following is a breakdown of costs incurred but not yet paid:

| REASON FOR FEE | NUMBER | COST |
|---|---|---|
| **Motion for Sale** | 0 | $0.00 |
| **Adversary Complaints** | 0 | $0.00 |
| **Case Reopened** | 0 | $0.00 |
| **Certification or Copywork** | 0 | $0.00 |
| **N/A** | 0 | $0.00 |
| **TOTAL** | | $0.00 |

**The above costs reflect the fees set forth in the Bankruptcy Court Miscellaneous Fee Schedule in effect at the time the fee was incurred.**

**CHECKS TO BE DRAWN ON ACCOUNT OF TRUSTEE OR ATTORNEY FOR DEBTOR. DEBTOR'S CHECKS ARE NOT ACCEPTED.**

Dated at Pittsburgh, Pennsylvania this The 27th of April, 2021.

Michael R. Rhodes, Clerk
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

April 27, 2021                                         By: Deputy Clerk

cm: Jeffrey J, Sikirica, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Andrew F. Kuzy  
Colleen A. Kuzy  
    Debtors

Case No. 18-21728-CMB  
Chapter 11

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 2 |
| Date Rcvd: Apr 28, 2021 | Form ID: 072 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2021:**

**Recip ID    Recipient Name and Address**  
tr      + Jeffrey J. Sikirica, 121 Northbrook Drive, Pine Township, Gibsonia, PA 15044-8983

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2021 at the address(es) listed below:

**Name    Email Address**

Anthony T. Kovalchick  
    on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov

Brian Nicholas  
    on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com

Brian C. Thompson  
    on behalf of Debtor Andrew F. Kuzy bthompson@ThompsonAttorney.com  
    blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com

Brian C. Thompson  
    on behalf of Joint Debtor Colleen A. Kuzy bthompson@ThompsonAttorney.com  
    blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com

Brian M. Kile

District/off: 0315-2     User: dpas     Page 2 of 2
Date Rcvd: Apr 28, 2021     Form ID: 072     Total Noticed: 1

on behalf of Creditor Key Bank N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

Jeffrey J. Sikirica
    on behalf of Trustee Jeffrey J. Sikirica trusteesikirica@zoominternet.net PA59@ecfcbis.com

Norma Hildenbrand, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 8