**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In Re: Andrew F. Kuzy, and Colleen A. Kuzy, Debtors. : Bankruptcy Case No.: 18-21728-CMB : Chapter 11

Reporting Period: March 2021

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-I (INDV) | | |
| Schedule of Cash Receipts and Disbursements - | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

[signature] 4/15/21
Signature of Debtor — Date

[signature] 4/15/21
Signature of Joint Debtor — Date

Signature of Preparer — Date

Printed Name of Preparer

**In Re: Andrew F. Kuzy, and Colleen A. Kuzy,** : **Bankruptcy Case No.: 18-21728-CMB**

**Debtors.** : **Chapter 11**

**Reporting Period:** March 2021

# INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

**Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.**
**A bank reconciliation must be attached for each account.**

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 52,909.26 | JJS |
| **RECEIPTS** | | |
| Wages (Net) | 3490.98 | |
| Interest and Dividend Income | 0.00 | |
| Alimony and Child Support | 0.00 | |
| Social Security and Pension Income | 2625.88 | |
| Sale of Assets | 0.00 | |
| Other Income (attach schedule) | 5746.91 | |
| **Total Receipts** | 11863.77 | |
| | | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 0.00 | |
| Rental Payment(s) | 0.00 | |
| Other Secured Note Payments | 0.00 | |
| Utilities | 1282.23 | |
| Insurance | 483.91 | |
| Auto Expense | 190.77 | |
| Lease Payments | 0.00 | |
| IRA Contributions | 0.00 | |
| Repairs and Maintenance | 1827.36 | |
| Medical Expenses | 252.20 | |
| Household Expenses | 1609.75 | |
| Charitable Contributions | 0.00 | |
| Alimony and Child Support Payments | 0.00 | |
| Taxes - Real Estate | 0.00 | |
| Taxes - Personal Property | 262.90 | |
| Taxes - Other (attach schedule) | 240.00 | |
| Travel and Entertainment | 0.00 | |
| Gifts | 0.00 | |
| Other (attach schedule) | 0.00 | |
| **Total Ordinary Disbursements** | 6149.12 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 0.00 | |
| U. S. Trustee Fees | 0.00 | |
| Other Reorganization Expenses (attach schedule) | 0.00 | |
| **Total Reorganization Items** | 0.00 | |
| **Total Disbursements (Ordinary + Reorganization)** | 6149.12 | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 5714.65 | JJS |
| **Cash - End of Month (Must equal reconciled bank** | 58,623.91 | |

**FORM MOR-1 (INDV)**

**In Re: Andrew F. Kuzy, and Colleen A. Kuzy,**

**Debtors.**

**Bankruptcy Case No.: 18-21728-CMB**

**Chapter 11**

**(9/99)**

**Reporting Period:** March 2021

**INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet**

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| Schmalz Income | 2500 | |
| Stimulus | 2800.00 | |
| Deposit | 382.42 | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**In Re: Andrew F. Kuzy, and
Colleen A. Kuzy,**

**Debtors.**

**Bankruptcy Case No.: 18-21728-CMB**

**Chapter 11**

**Reporting Period:**________________________

## STATUS OF POSTPETITION TAXES

**The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.**
**Attach photocopies of any tax returns tiled during the reporting period.**

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal | | | | | | |
| Withholding | | | | | | |
| FI CA- Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| State and Local | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total Stale and Local | | | | | | |
| Total Taxes | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

**Attach aged listing of accounts payable.**

| | | N umber of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages-Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases- Equipment | | | | | | |
| Secured Debt/Adequate Protection | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders" | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

**Explain how and when the Debtor intends to pay any past-due Postpetition debts.**

______________________________________________________________________

______________________________________________________________________

*"Insider is defined in 11 U.S.C. Section 101(31)

(9/99)

In Re: Andrew F. Kuzy, and
Colleen A. Kuzy,

Debtors.

: Bankruptcy Case No.: 18-21728-CMB

: Chapter 11

Reporting Period:________________________

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| - Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

 4140 E. State Street
Hermitage, PA 16148

**Statement Ending 03/31/2021**

ANDREW F. KUZY, DEBTOR IN

Primary Account Number:

ADDRESS SERVICE REQUESTED

>003221 7378410 0001 092543 10Z

ANDREW F. KUZY, DEBTOR IN POSSESSION
COLLEEN A. KUZY, DEBTOR IN POSSESSION
JACQUELINE SCHMALZ
531 WARRICK DR
WASHINGTON PA 15301-9513

## Managing Your Accounts

Online www.fnb-online.com

By Phone 1 800-555-5455

By Mail 4140 E. State Street Hermitage, PA 16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | | $29,235.04 |

## FREE SMALL BUSINESS CHECKING -

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 02/27/2021 | **Balance Last Statement** | **$23,520.39** | Minimum Balance | $22,502.2 |
| | 11 Credit(s) This Period | $11,863.77 | Average Ledger Balance | $25,646.2 |
| | 98 Debit(s) This Period | $6,149.12 | Average Available Balance | $25,645.2 |
| 03/31/2021 | **Balance This Statement** | **$29,235.04** | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balanc |
|---|---|---|---|---|
| **02/27/2021** | **Balance Last Statement** | | | **$23,520.3** |
| 03/01/2021 | DEPOSIT | | $382.42 | $23,902.8 |
| 03/01/2021 | 34515 RETURN 02/27 05:39 WWW.ADVANCEAUTOP ROANOKE VA 00000000 034515 ~5533 | | $60.41 | $23,963.2 |
| 03/01/2021 | 61248 POS PUR 02/26 20:32 WALMART GROCERY 800-966-6546 AR 00000000 0612~5411 | $126.27 | | $23,836.9 |
| 03/01/2021 | 36042 POS PUR 02/25 13:41 HOMEDEPOT.COM 800-430-3376 GA 00000000 036042~5200 | $95.85 | | $23,741.1 |
| 03/01/2021 | 54310 POS PUR 02/26 18:16 ASAHI ALL YOU CA 724-2069098 PA 75715737 0543~5812 | $67.52 | | $23,673.5 |
| 03/01/2021 | 483716 POS PUR 03/01 16:43 WAL-MART #1739 WASHINGTON PA 24173901 483716 ~5411 | $38.96 | | $23,634.6 |
| 03/01/2021 | 63211 RECURRING 03/01 11:16 SCENTBOX.COM 866-274-4123 CA 00000000 063211 ~5964 | $19.95 | | $23,614.6 |
| 03/02/2021 | CHECK # 1448 | $465.00 | | $23,149.6 |
| 03/02/2021 | CHECK # 1450 | $346.27 | | $22,803.4 |
| 03/03/2021 | CHECK # 1449 | $224.16 | | $22,579.2 |
| 03/03/2021 | 843743 POS PUR 03/03 15:00 AMOCO#9351941WAS WASHINGTON PA 39013701 84374~5542 | $33.15 | | $22,546.0 |
| 03/03/2021 | 26915 POS PUR 03/03 07:42 AMZN Mktp US* 931 Amzn.com/bill WA 00000000 02~5942 | $18.00 | | $22,528.0 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:

- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

# RECONCILEMENT OF YOUR CHECKING/SAVINGS ACCOUNT

*The reconcilement of this statement with your records is essential. Any error must be reported as soon as possible.*

| CHECKS AND WITHDRAWALS OUTSTANDING | | |
|---|---|---|
| Date or Check Number | Amount | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Checks Outstanding | | |

TO VERIFY YOUR CHECKBOOK BALANCE FOLLOW THESE SIMPLE STEPS

1. COMPARE transactions shown on this statement with entries in your checkbook. Mark those paid or credited on this statement in your checkbook.
2. COMPARE the check numbers listed on this statement with the entries in your checkbook and mark those paid.
3. LIST AND TOTAL all checks and other withdrawals that remain outstanding including those from previous statements in the space to the left.
4. ENTER into your checkbook and adjust the balance by adding interest credited, pre-authorized deposits or other credit (+) transactions shown on the front of this statement which are not in your checkbook.
5. ENTER into your checkbook and adjust the balance by subtracting service fees, pre-authorized payments or other debit (-) transactions shown on the front of this statement which are not in your checkbook.
6. ENTER "Current Statement Balance" from the front of this statement. $ ____________
7. ADD deposits made after "Period Ending Date" of this statement. (+) ____________

(+) ____________

(+) ____________

(+) ____________

(+) ____________

(+) ____________

TOTAL $ ____________

8. SUBTRACT checks and withdrawals outstanding. (-) $ ____________

Your checkbook should show this balance. ................................ $ ____________

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS (EFT) ON YOUR CONSUMER ACCOUNT:

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-555-5455 or write to us at the address shown on your statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on th statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number (if any).
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. A Consumer Account is a deposit account which is used primarily for personal, family or household purposes.

## HOW TO CONFIRM PRE-AUTHORIZED DEPOSITS:

If you arranged to have direct deposits made to your Consumer Account at least once every 60 days from the same person or company,

 First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 03/31/2021**

*ANDREW F. KUZY, DEBTOR IN* *Page 3 of 6*

*Primary Account Number:*

## FREE SMALL BUSINESS CHECKING - (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/03/2021 | 75939 POS PUR 03/02 02:46 NETFLIX.COM NETFLIX.COM CA 00000000 075939 ~4899 | $14.83 | | $22,513.26 |
| 03/04/2021 | 19307 POS PUR 03/04 16:22 WAL-MART #1739 WASHINGTON PA 24173901 019307 ~5411 | $10.97 | | $22,502.29 |
| 03/05/2021 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $22,442.29 |
| 03/05/2021 | SALANDRA FUNERAL Payroll 344532563018280 | | $1,769.78 | $24,212.07 |
| 03/05/2021 | 56038 POS PUR 03/05 17:11 AMOCO#9351941WAS WASHINGTON PA 39013701 05603~5542 | $30.00 | | $24,182.07 |
| 03/05/2021 | 467559 POS PUR 03/05 14:33 Walmart.com Bentonville AR 02003144 030502467~5310 | $5.27 | | $24,176.80 |
| 03/08/2021 | 91202 POS PUR 03/06 04:25 SAMSCLUB #6251 WASHINGTON PA 00000001 091202 ~5300 | $186.55 | | $23,990.25 |
| 03/08/2021 | 5155 RECURRING 03/05 07:06 MEDCARE EQUIPMEN 800-503-5554 PA 66405155 005~5047 | $147.93 | | $23,842.32 |
| 03/08/2021 | 77221 POS PUR 03/05 08:09 AMZN Mktp US* ZN7 Amzn.com/bill WA 00000000 07~5942 | $68.89 | | $23,773.43 |
| 03/08/2021 | 50287 POS PUR 03/06 20:09 WM SUPERCENTER # 724-229-4020 PA 19250287 050~5411 | $64.25 | | $23,709.18 |
| 03/08/2021 | 52698 POS PUR 03/07 05:09 LOWES #00671* WASHINGTON PA 00000000 052698 ~5200 | $41.28 | | $23,667.90 |
| 03/08/2021 | 25332 POS PUR 03/05 06:10 AMZN Mktp US* T15 Amzn.com/bill WA 00000000 02~5942 | $26.10 | | $23,641.80 |
| 03/08/2021 | 95725 POS PUR 03/05 07:18 KWIK FILL 236 HOUSTON PA URCC0236 095725 ~5542 | $20.97 | | $23,620.83 |
| 03/08/2021 | 15062 POS PUR 03/07 20:50 AMZN Mktp US* ZI6 Amzn.com/bill WA 00000000 01~5942 | $20.91 | | $23,599.92 |
| 03/08/2021 | 73176 POS PUR 03/06 02:58 AMAZON.COM* 51912 AMZN.COM/BILL WA 00000000 07~5942 | $20.14 | | $23,579.78 |
| 03/09/2021 | DEPOSIT | | $1,250.00 | $24,829.78 |
| 03/09/2021 | 91894 RECURRING 03/08 19:27 CCM* SEARS WARRAN 855-256-2467 FL 00000000 091~6300 | $69.99 | | $24,759.79 |
| 03/09/2021 | 7632 PIN PUR 03/09 10:45 TARGET T-1216 Washington PA 11216174 174166 ~5310 | $53.29 | | $24,706.50 |
| 03/09/2021 | 62360 PIN PUR 03/09 10:43 TARGET T-1216 Washington PA 11216174 174165 ~5310 | $46.24 | | $24,660.26 |
| 03/09/2021 | 51207 POS PUR 03/09 12:58 AMZN Mktp US* ZQ1 Amzn.com/bill WA 00000000 05~5942 | $39.58 | | $24,620.68 |
| 03/09/2021 | 66563 POS PUR 03/09 03:15 AMZN Mktp US* RC1 Amzn.com/bill WA 00000000 06~5942 | $29.67 | | $24,591.01 |
| 03/09/2021 | 75445 POS PUR 03/07 00:10 HOMEDEPOT.COM 800-430-3376 GA 00000000 075445~5200 | $26.47 | | $24,564.54 |
| 03/09/2021 | 10406 POS PUR 03/09 23:18 AMZN Mktp US* WM8 Amzn.com/bill WA 00000000 01~5942 | $11.54 | | $24,553.00 |
| 03/10/2021 | CHECK # 1457 | $301.51 | | $24,251.49 |
| 03/10/2021 | CHECK # 1453 | $246.73 | | $24,004.76 |
| 03/10/2021 | CHECK # 1455 | $114.60 | | $23,890.16 |
| 03/10/2021 | PISI DV PARSE04 45944 | $72.41 | | $23,817.75 |
| 03/10/2021 | 14424 PIN PUR 03/10 07:35 WM SUPERCENTER # WASHINGTON PA 17390027 48044~5411 | $57.38 | | $23,760.37 |
| 03/10/2021 | 3501 POS PUR 03/09 06:53 AMZN Mktp US* OZ7 Amzn.com/bill WA 00000000 00~5942 | $26.99 | | $23,733.38 |
| 03/10/2021 | 81762 RECURRING 03/09 16:01 Amazon Prime* Y65 Amzn.com/bill WA 00000000 08~5968 | $13.77 | | $23,719.61 |



## FREE SMALL BUSINESS CHECKING - (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | | | | $23,706.11 |
| 03/10/2021 | PISI DV PAR-V04 45944 | $13.50 | | $23,695.52 |
| 03/10/2021 | 22143 POS PUR 03/09 12:29 Kindle Unltd* SM3 866-321-8851 WA 00000000 022~5818 | $10.59 | | $23,570.52 |
| 03/11/2021 | CHECK # 1454 | $125.00 | | $23,510.52 |
| 03/12/2021 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $23,391.12 |
| 03/12/2021 | CHECK # 1452 | $119.40 | | $23,311.52 |
| 03/12/2021 | CHECK # 1451 | $79.60 | | $23,317.52 |
| 03/15/2021 | SSA TREAS 310 XXSOC SEC XXXXX9149A SSA | | $6.00 | $23,161.87 |
| 03/15/2021 | 610074 PIN PUR 03/14 13:51 SAM'S Club WASHINGTON PA 62510093 10734200046~5411 | $155.65 | | $23,075.82 |
| 03/15/2021 | 20401 POS PUR 03/14 21:07 Walmart.com Bentonville AR 02003144 031409020~5310 | $86.05 | | $23,049.47 |
| 03/15/2021 | 487853 POS PUR 03/13 13:30 SAMSCLUB #6251 WASHINGTON PA 24625101 487853 ~5542 | $26.35 | | $23,026.52 |
| 03/15/2021 | 18465 POS PUR 03/13 10:59 LOWES #00671* WASHINGTON PA 00000000 018465 ~5200 | $22.95 | | $23,006.22 |
| 03/15/2021 | 45926 POS PUR 03/11 02:14 JDS Inc Canonsburg PA 00000000 045926 ~5941 | $20.30 | | $22,997.07 |
| 03/15/2021 | 37017 POS PUR 03/14 05:30 WM SUPERCENTER # 724-229-4020 PA 16537017 037~5912 | $9.15 | | $22,950.42 |
| 03/16/2021 | 957011 PIN PUR 03/16 16:29 WAL-MART #1739 WASHINGTON PA 24173901 957011 ~5411 | $46.65 | | $22,918.63 |
| 03/16/2021 | 41521 POS PUR 03/15 14:12 HP PRODUCT SVC&R 800-474-6836 CA 00000000 041~7399 | $31.79 | | $22,902.55 |
| 03/16/2021 | 213529 POS PUR 03/16 16:19 SAMSCLUB #6251 WASHINGTON PA 62510090 1075409~5411 | $16.08 | | $25,328.55 |
| 03/17/2021 | SSA TREAS 310 XXSOC SEC XXXXX9149A SSA | | $2,426.00 | $25,332.63 |
| 03/18/2021 | 61214 RETURN 03/17 04:40 LOWES #00671* WASHINGTON PA 00000000 061214 ~5200 | | $4.08 | $25,307.63 |
| 03/18/2021 | 89343 POS PUR 03/18 11:21 AMOCO#9351941WAS WASHINGTON PA 39013701 08934~5542 | $25.00 | | $25,283.65 |
| 03/18/2021 | 248908 POS PUR 03/18 11:09 Walmart.com Bentonville AR 02003144 031811248~5310 | $23.98 | | $25,269.88 |
| 03/18/2021 | 15678 RECURRING 03/17 15:55 Amazon Prime* 944 Amzn.com/bill WA 00000000 01~5968 | $13.77 | | $25,209.88 |
| 03/19/2021 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $26,931.08 |
| 03/19/2021 | SALANDRA FUNERAL Payroll 291014309058620 | | $1,721.20 | $26,923.53 |
| 03/19/2021 | 11572 POS PUR 03/18 20:54 LOWES #00671* WASHINGTON PA 00000000 011572 ~5200 | $7.55 | | $28,173.53 |
| 03/22/2021 | DEPOSIT | | $1,250.00 | $28,018.58 |
| 03/22/2021 | 77568 PIN PUR 03/21 11:41 WAL-MART #1739 WASHINGTON PA 24173901 077568 ~5411 | $154.95 | | $27,976.16 |
| 03/22/2021 | 148600 POS PUR 03/21 11:59 SAMSCLUB #6251 WASHINGTON PA 62510093 1080759~5411 | $42.42 | | $27,948.7 |
| 03/22/2021 | 175098 POS PUR 03/21 17:11 Walmart.com Bentonville AR 02003144 032105175~5310 | $27.44 | | $27,926.8 |
| 03/22/2021 | 10219 POS PUR 03/20 14:32 Walmart.com Bentonville AR 02003144 032002010~5310 | $21.92 | | $27,905.6 |
| 03/22/2021 | 863431 PIN PUR 03/20 13:10 THE HOME DEPOT # WASHINGTON PA 06230396 86343~5200 | $21.18 | | $27,895.0 |
| 03/22/2021 | 218586 POS PUR 03/20 17:15 Walmart.com Bentonville AR 02003144 032005218~5310 | $10.60 | | $27,884.4 |
| 03/22/2021 | 682954 POS PUR 03/21 11:42 Wal-Mart Super C WASHINGTON PA 17390051 10808~5411 | $10.58 | | $27,875. |
| 03/22/2021 | 406602 POS PUR 03/20 11:11 Walmart.com Bentonville AR 02003144 032011406~5310 | $8.45 | | |

First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 03/31/202**

*ANDREW F. KUZY, DEBTOR IN* — *Page 5 of*

*Primary Account Number*

## FREE SMALL BUSINESS CHECKING - (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balan |
|---|---|---|---|---|
| 03/23/2021 | 347313 PIN PUR 03/23 09:56 Wal-Mart Super C WASHINGTON PA 17390047 10822~5411 | $79.00 | | $27,796. |
| 03/23/2021 | 582844 POS PUR 03/22 18:22 AMOCO#9351941WAS WASHINGTON PA 39013701 58284~5542 | $29.24 | | $27,767. |
| 03/23/2021 | 400652 PIN PUR 03/23 12:54 THE HOME DEPOT # WASHINGTON PA 06230397 40065~5200 | $13.59 | | $27,754. |
| 03/23/2021 | 59719 POS PUR 03/22 18:33 WM SUPERCENTER # WASHINGTON PA 16359719 05971~5912 | $10.23 | | $27,743. |
| 03/23/2021 | CHECK # 1463 | $5.00 | | $27,738. |
| 03/24/2021 | IRS TREAS 310 TAXEIP3 XXXXXXXXXXX0929 | | $2,800.00 | $30,538. |
| 03/24/2021 | CHECK # 1461 | $184.25 | | $30,354. |
| 03/24/2021 | 52597 POS PUR 03/22 13:55 JDS Inc Canonsburg PA 00000000 052597 ~5941 | $9.09 | | $30,345. |
| 03/25/2021 | CHECK # 1462 | $242.54 | | $30,103. |
| 03/25/2021 | 17579 PIN PUR 03/25 16:48 TARGET T-1216 Washington PA 11216173 173469 ~5310 | $59.46 | | $30,043. |
| 03/25/2021 | 89436 POS PUR 03/24 23:42 KWIK FILL 236 HOUSTON PA URCC0236 089436 ~5542 | $19.00 | | $30,024. |
| 03/25/2021 | CHECK # 1459 | $15.36 | | $30,009. |
| 03/25/2021 | 87679 POS PUR 03/23 07:25 JDS Inc Canonsburg PA 00000000 087679 ~5941 | $11.89 | | $29,997. |
| 03/25/2021 | CHECK # 1458 | $5.00 | | $29,992. |
| 03/25/2021 | AMERICAN WATER E 00141479 CUS000000000027 | $3.99 | | $29,988. |
| 03/25/2021 | AMERICAN WATER E 00141479 CUS000000000027 | $3.99 | | $29,984. |
| 03/26/2021 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $29,924. |
| 03/26/2021 | 795132 PIN PUR 03/26 12:15 WAL-MART #1739 WASHINGTON PA 24173901 795132 ~5411 | $151.04 | | $29,773. |
| 03/26/2021 | 29369 POS PUR 03/25 05:50 LOWES #00671* WASHINGTON PA 00000000 029369 ~5200 | $44.50 | | $29,728. |
| 03/26/2021 | 22414 POS PUR 03/24 09:49 JDS Inc Canonsburg PA 00000000 022414 ~5941 | $22.04 | | $29,706. |
| 03/26/2021 | CHECK # 1460 | $17.59 | | $29,689. |
| 03/26/2021 | 212524 POS PUR 03/26 11:08 Walmart.com Bentonville AR 02003144 032611212~5310 | $14.78 | | $29,674. |
| 03/29/2021 | 0677 POS PUR 03/27 04:35 LOWES #00671* WASHINGTON PA 00000000 000677 ~5200 | $190.63 | | $29,483. |
| 03/29/2021 | CHECK # 1464 | $125.00 | | $29,358. |
| 03/29/2021 | 129960 POS PUR 03/29 16:21 SAMSCLUB #6251 WASHINGTON PA 62510094 1088045~5411 | $67.22 | | $29,291. |
| 03/29/2021 | 98821 POS PUR 03/27 23:14 WM SUPERCENTER # WASHINGTON PA 19398821 09882~5912 | $4.00 | | $29,287. |
| 03/30/2021 | 352164 POS PUR 03/30 07:36 WAL-MART #1739 WASHINGTON PA 24173901 352164 ~5411 | $36.43 | | $29,251. |
| 03/30/2021 | 12954 POS PUR 03/29 07:52 USPS PO 41115205 CANONSBURG PA 00000000 01295~9402 | $12.65 | | $29,238. |
| 03/30/2021 | 98494 POS PUR 03/29 10:17 AMZN Mktp US* D28 Amzn.com/bill WA 00000000 09~5942 | $7.16 | | $29,231. |
| 03/30/2021 | 319725 POS PUR 03/30 08:48 Walmart.com Bentonville AR 02003144 033008319~5310 | $2.82 | | $29,228. |
| 03/31/2021 | COMM OF PA ANNUITANT APXXXXXX4631 | | $193.88 | $29,422. |
| 03/31/2021 | 58677 PIN PUR 03/31 14:03 WM SUPERCENTER # WASHINGTON PA 17390046 78321~5411 | $110.45 | | $29,311. |



## FREE SMALL BUSINESS CHECKING - (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/31/2021 | 64701 PIN PUR 03/31 07:37 WM SUPERCENTER # WASHINGTON PA 17390049 66438~5411 | $56.94 | | $29,254.99 |
| 03/31/2021 | 3123 RECURRING 03/31 10:02 SCENTBOX.COM 866-274-4123 CA 00000000 003123 ~5964 | $19.95 | | $29,235.04 |
| **03/31/2021** | **Balance This Statement** | | | **$29,235.04** |

**Checks Cleared**

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1448 | 03/02/2021 | $465.00 | 1454 | 03/11/2021 | $125.00 | 1461 | 03/24/2021 | $184.25 |
| 1449 | 03/03/2021 | $224.16 | 1455 | 03/10/2021 | $114.60 | 1462 | 03/25/2021 | $242.54 |
| 1450 | 03/02/2021 | $346.27 | 1457* | 03/10/2021 | $301.51 | 1463 | 03/23/2021 | $5.00 |
| 1451 | 03/12/2021 | $79.60 | 1458 | 03/25/2021 | $5.00 | 1464 | 03/29/2021 | $125.00 |
| 1452 | 03/12/2021 | $119.40 | 1459 | 03/25/2021 | $15.36 | | | |
| 1453 | 03/10/2021 | $246.73 | 1460 | 03/26/2021 | $17.59 | | | |

* Indicates skipped check number

**Daily Balances**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/01/2021 | $23,614.67 | 03/11/2021 | $23,570.52 | 03/23/2021 | $27,738.93 |
| 03/02/2021 | $22,803.40 | 03/12/2021 | $23,311.52 | 03/24/2021 | $30,345.59 |
| 03/03/2021 | $22,513.26 | 03/15/2021 | $22,997.07 | 03/25/2021 | $29,984.36 |
| 03/04/2021 | $22,502.29 | 03/16/2021 | $22,902.55 | 03/26/2021 | $29,674.41 |
| 03/05/2021 | $24,176.80 | 03/17/2021 | $25,328.55 | 03/29/2021 | $29,287.56 |
| 03/08/2021 | $23,579.78 | 03/18/2021 | $25,269.88 | 03/30/2021 | $29,228.50 |
| 03/09/2021 | $24,553.00 | 03/19/2021 | $26,923.53 | 03/31/2021 | $29,235.04 |
| 03/10/2021 | $23,695.52 | 03/22/2021 | $27,875.99 | | |

First National Bank

4140 E. State Street
Hermitage, PA 16148

## Statement Ending 03/16/2021

ANDREW F KUZY

Primary Account Number:

ADDRESS SERVICE REQUESTED

>008165 7268535 0001 092543 10Z

ANDREW F KUZY
COLLEEN A KUZY
TAX ESCROW ACCOUNT
531 WARRICK DR
WASHINGTON PA 15301-9513

### Managing Your Accounts

Online www.fnb-online.com

By Phone 1 800-555-5455

By Mail 4140 E. State Street, Hermitage, PA 16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREESTYLE CHECKING | | $1,827.62 |

# FREESTYLE CHECKING -

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 02/17/2021 | **Balance Last Statement** | **$1,591.57** |
| | 4 Credit(s) This Period | $240.00 |
| | 1 Debit(s) This Period | $3.95 |
| 03/16/2021 | **Balance This Statement** | **$1,827.62** |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **02/17/2021** | **Balance Last Statement** | | | **$1,591.57** |
| 02/19/2021 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $1,651.57 |
| 02/26/2021 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $1,711.57 |
| 03/05/2021 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $1,771.57 |
| 03/12/2021 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $1,831.57 |
| 03/16/2021 | PAPER STATEMENT FEE | $3.95 | | $1,827.62 |
| **03/16/2021** | **Balance This Statement** | | | **$1,827.62** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/19/2021 | $1,651.57 | 03/05/2021 | $1,771.57 | 03/16/2021 | $1,827.62 |
| 02/26/2021 | $1,711.57 | 03/12/2021 | $1,831.57 | | |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:

- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

**SALANDRA FUNERAL SERVICE INC.**
304 WEST PIKE STREET
CANONSBURG PA 15317

ANDREW KUZY
EMPLOYEE ID: 3
DEPARTMENT: 10
DD RECEIPT: 1203423707

Pay Period 02/14/2021 - 02/27/2021
Pay Date 03/05/2021

**FITWH** **Filing Status: M**
**PA** **Filing Status: M Exemptions: 0**

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | Y |
|---|---|---|---|---|---|
| Hourly | 22.50 | 89.00 | 2,002.50 | 428.50 | 9,641 |
| RemovalFee | | | 150.00 | | 1,500 |
| **Total** | | 89.00 | $2,152.50 | 428.50 | $11,141 |

| Taxes | CURRENT | Y |
|---|---|---|
| FITWH | 127.15 | 682 |
| MED | 31.21 | 161 |
| SOC | 133.46 | 690 |
| PA | 66.08 | 342 |
| PAEUC | 1.29 | 6 |
| PACAI | 21.53 | 111 |
| PACAIL | 2.00 | 10 |
| **Total** | $382.72 | $2,005 |

**Net Pay** **XXXX6826** $1,769

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**SALANDRA FUNERAL SERVICE INC.**
304 WEST PIKE STREET
CANONSBURG PA 15317

Direct Deposit # 1203423707
Date 03/05/2021

Pay this Amount

** NON-NEGOTIABLE ** DIRECT DEPOSIT RECEIPT ** | VOID ** VOID **

10 DD

DIRECT DEPOSIT $1,769.78
TO ACCOUNT # XXXX6826
BANK # XXXXX8092

Pay to the Order of

**ANDREW KUZY**
531 WARRICK DR
WASHINGTON PA 15301

NON-NEGOTIABLE

SALANDRA FUNERAL SERVICE INC.
304 WEST PIKE STREET
CANONSBURG PA 15317

ANDREW KUZY
EMPLOYEE ID: 3
DEPARTMENT: 10
DD RECEIPT: 1204328144

Pay Period 02/28/2021 - 03/13/2021
Pay Date 03/19/2021

FITWH **Filing Status: M**
PA **Filing Status: M Exemptions: 0**

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | Y |
|---|---|---|---|---|---|
| Hourly | 22.50 | 89.50 | 2,013.75 | 518.00 | 11,655. |
| RemovalFee | | | 75.00 | | 1,575. |
| Total | | 89.50 | $2,088.75 | 518.00 | $13,230. |

| Taxes | CURRENT | Y |
|---|---|---|
| FITWH | 119.50 | 802. |
| MED | 30.29 | 191. |
| SOC | 129.50 | 820. |
| PA | 64.12 | 406. |
| PAEUC | 1.25 | 7. |
| PACAI | 20.89 | 132. |
| PACAIL | 2.00 | 12. |
| **Total** | $367.55 | $2,372. |

**Net Pay** **XXXX6826** $1,721.

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**SALANDRA FUNERAL SERVICE INC.**
304 WEST PIKE STREET
CANONSBURG PA 15317

Direct Deposit # 1204328144
Date 03/19/2021

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T D E P O S I T R E C E I P T ** | VOID ** VOID **

10 DD

DIRECT DEPOSIT $1,721.20
TO ACCOUNT # XXXX6826
BANK # XXXXX8092

Pay to the Order of

ANDREW KUZY
531 WARRICK DR
WASHINGTON PA 15301

N O N - N E G O T I A B L E

Metropolitan Commercial Bank.
The Entrepreneurial Bank

99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member FDIC

Period Covered:
March 01, 2021 - March 31, 2021
Page 1 of 1

Mr. Jeffrey J. Sikirica
121 Northbrook Dr. Pine Township
Gibsonia PA 15044

| | |
|---|---|
| Case Number | 18-21728 |
| Case Name | Kuzy, Andrew DEBTOR |
| Trustee Number | 580400 |
| Trustee Name | Mr. Jeffrey J. Sikirica TRUSTEE |

Questions:
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 3910248128 | $29,388.87 | $29,388.87 |
| **Total** | | **$29,388.87** | **$29,388.87** |

## TRUSTEE CHECKING

**Account Number:** :

| | | | |
|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | **$29,388.87** |
| | | +Total Additions | $0.00 |
| | | -Total Subtractions | $0.00 |
| | | **Ending Balance** | **$29,388.87** |

* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

**No activity this statement period**

**In case of errors or questions about your account telephone Stretto at: 800.634.7734 or email us at: banking.services@stretto.com**
As soon as you recognize an error, or if you need more information about a transaction listed on the statement or receipt:

Please Provide:

- Name and account number.
- A detailed explanation of why you believe there is an error or why you need more information.
- The dollar amount of the suspected error.
- We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

We will investigate your disputed transactions and correct any error promptly. If not resolved within 10 business days, Metropolitan Commercial Bank will credit your account for the amount in error, and notify you within 2 business days, so that you may use the funds during the time it takes us to complete our investigation.