UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Andrew F. Kuzy, and
       Colleen A. Kuzy,

           Debtors.

:  Bankruptcy Case No.: 18-21728-CMB
:
:  Chapter 11
:
:

Reporting Period: April 2021

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-I (INDV) | | |
| Schedule of Cash Receipts and Disbursements - | MOR-I (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_[signature]_
Signature of Debtor

5/16/21
Date

_[signature]_
Signature of Joint Debtor

5/16/21
Date

_____
Signature of Preparer

_____
Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. :

Reporting Period: April 2021

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 58,623.91 |  |
| **RECEIPTS** |  |  |
| Wages (Net) | 5169.29 |  |
| Interest and Dividend Income | 62.36 |  |
| Alimony and Child Support | 0.00 |  |
| Social Security and Pension Income | 2622.88 |  |
| Sale of Assets | 0.00 |  |
| Other Income (attach schedule) | 2500.00 |  |
| Total Receipts | 10354.53 |  |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) | 0.00 |  |
| Rental Payment(s) | 0.00 |  |
| Other Secured Note Payments | 0.00 |  |
| Utilities | 944.58 |  |
| Insurance | 1209.87 |  |
| Auto Expense | 707.37 |  |
| Lease Payments | 0.00 |  |
| IRA Contributions | 0.00 |  |
| Repairs and Maintenance | 1700.66 |  |
| Medical Expenses | 281.09 |  |
| Household Expenses | 1566.68 |  |
| Charitable Contributions | 0.00 |  |
| Alimony and Child Support Payments | 0.00 |  |
| Taxes - Real Estate | 0.00 |  |
| Taxes - Personal Property | 0.00 |  |
| Taxes - Other (attach schedule) | 0.00 |  |
| Travel and Entertainment | 0.00 |  |
| Gifts | 0.00 |  |
| Other (attach schedule) | 0.00 |  |
| Total Ordinary Disbursements | 6460.25 |  |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees | 0.00 |  |
| U. S. Trustee Fees | 0.00 |  |
| Other Reorganization Expenses (attach schedule) | 0.00 |  |
| Total Reorganization Items | 0.00 |  |
| Total Disbursements (Ordinary + Reorganization) | 6460.25 |  |
| Net Cash Flow (Total Receipts - Total Disbursements) | 3894.28 |  |
| Cash - End of Month (Must equal reconciled bank | 62,518.19 |  |

FORM MOR-1 (INDV)

In Re: Andrew F. Kuzy, and
Colleen A. Kuzy,

Debtors.

Bankruptcy Case No.: 18-21728-CMB

Chapter 11

(9/99)

Reporting Period: April 2021

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Schmalz Income | $2500 | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Washington County Clerk of Courts | $50.00 | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

| In Re: Andrew F. Kuzy, and Colleen A. Kuzy, Debtors. | : : : : : | Bankruptcy Case No.: 18-21728-CMB  Chapter 11  Reporting Period:_____ |
|---|---|---|

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns tiled during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| FICA- Employee |  |  |  |  |  |  |
| FICA-Employer |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Federal Taxes |  |  |  |  |  |  |
| State and Local |  |  |  |  |  |  |
| Withholding |  |  |  |  |  |  |
| Sales |  |  |  |  |  |  |
| Excise |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Real Property |  |  |  |  |  |  |
| Personal Property |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Stale and Local |  |  |  |  |  |  |
| Total Taxes |  |  |  |  |  |  |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable |  |  |  |  |  |  |
| Wages-Payable |  |  |  |  |  |  |
| Taxes Payable |  |  |  |  |  |  |
| Rent/Leases-Building |  |  |  |  |  |  |
| Rent/Leases- Equipment |  |  |  |  |  |  |
| Secured Debt/Adequate Protection |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Amounts Due to Insiders" |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Postpetition Debts |  |  |  |  |  |  |

**Explain how and when the Debtor intends to pay any past-due Postpetition debts.**

_____

_____

*"Insider is defined in 11 U.S.C. Section 101(31)                                                FORM MOR-4

(9/99)

In Re: Andrew F. Kuzy, and : Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy, :
: Chapter 11
Debtors. :

Reporting Period:_____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| − Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

_____
_____
_____
_____
_____
_____
_____

# First National Bank

**Statement Ending 04/30/2021**

4140 E. State Street
Hermitage, PA 16148

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 1 of 6

**ADDRESS SERVICE REQUESTED**

>004286 7714090 0001 092543 10Z

ANDREW F. KUZY, DEBTOR IN POSSESSION
COLLEEN A. KUZY, DEBTOR IN POSSESSION
JACQUELINE SCHMALZ
531 WARRICK DR
WASHINGTON PA 15301-9513

### Managing Your Accounts

 Online — www.fnb-online.com

 By Phone — 1 800-555-5455

 By Mail — 4140 E. State Street, Hermitage, PA 16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | | $33,129.32 |

## FREE SMALL BUSINESS CHECKING -

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 04/01/2021 | Balance Last Statement | $29,235.04 | Minimum Balance | $28,293.99 |
| | 11 Credit(s) This Period | $10,354.53 | Average Ledger Balance | $30,070.25 |
| | 99 Debit(s) This Period | $6,460.25 | Average Available Balance | $30,070.25 |
| 04/30/2021 | Balance This Statement | $33,129.32 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/01/2021 | Balance Last Statement | | | $29,235.04 |
| 04/01/2021 | 31732 RETURN 03/31 06:42 LOWES #00671* WASHINGTON PA 00000000 031732 ~5200 | | $7.55 | $29,242.59 |
| 04/01/2021 | 75484 RETURN 03/31 05:09 WAL-MART #1739 WASHINGTON PA 00000004 075484 ~5411 | | $19.02 | $29,261.61 |
| 04/01/2021 | CHECK # 1468 | $343.81 | | $28,917.80 |
| 04/01/2021 | 41372 POS PUR 03/30 00:21 JDS Inc Canonsburg PA 00000000 041372 ~5941 | $35.95 | | $28,881.85 |
| 04/01/2021 | 859613 POS PUR 04/01 09:26 AMOCO#9351941WAS WASHINGTON PA 39013701 85961~5542 | $26.00 | | $28,855.85 |
| 04/01/2021 | 731306 POS PUR 04/01 16:23 WAL-MART #1739 WASHINGTON PA 24173901 731306 ~5411 | $17.68 | | $28,838.17 |
| 04/01/2021 | 77851 POS PUR 04/01 05:02 AMZN MKTP US* OK6 AMZN.COM/BILL WA 00000000 07~5942 | $7.31 | | $28,830.86 |
| 04/02/2021 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $28,770.86 |
| 04/02/2021 | SALANDRA FUNERAL Payroll 188790866177913 | | $1,592.58 | $30,363.44 |
| 04/02/2021 | 66018 POS PUR 04/01 08:42 WALMART GROCERY 800-966-6546 AR 00000000 0660~5411 | $107.29 | | $30,256.15 |
| 04/02/2021 | 43723 POS PUR 04/01 02:02 WALMART GROCERY 800-966-6546 AR 00000000 0437~5411 | $38.06 | | $30,218.09 |
| 04/02/2021 | 39846 POS PUR 04/01 22:44 WALMART GROCERY 800-966-6546 AR 00000000 0398~5411 | $27.53 | | $30,190.56 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

## First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 04/30/2021**

ANDREW F. KUZY, DEBTOR IN
Primary Account Number:

Page 3 of 6

### FREE SMALL BUSINESS CHECKING - (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/02/2021 | 91420 POS PUR 04/01 06:29 WALMART GROCERY 800-966-6546 AR 00000000 0914~5411 | $27.00 | | $30,163.5 |
| 04/02/2021 | 93647 POS PUR 04/01 00:30 WALMART GROCERY 800-966-6546 AR 00000000 0936~5411 | $19.00 | | $30,144.5 |
| 04/02/2021 | 706655 RECURRING 04/02 09:38 NETFLIX COM LOS GATOS CA 003 109209706655 ~4899 | $14.83 | | $30,129.7 |
| 04/02/2021 | 59678 POS PUR 04/01 18:36 WALMART GROCERY 800-966-6546 AR 13059678 0596~5411 | $7.24 | | $30,122.4 |
| 04/02/2021 | 90775 POS PUR 04/01 00:37 WALMART GROCERY 800-966-6546 AR 00000000 0907~5411 | $4.85 | | $30,117.6 |
| 04/02/2021 | 39849 POS PUR 04/01 22:31 WALMART GROCERY 800-966-6546 AR 00000000 0398~5411 | $3.33 | | $30,114.3 |
| 04/05/2021 | 90010 POS PUR 04/03 17:38 COEN TIRE WASHINGTON PA 75548240 090010 ~5532 | $506.44 | | $29,607.8 |
| 04/05/2021 | 15461 RECURRING 04/02 01:09 MEDCARE EQUIPMEN 800-503-5554 PA 72415461 015~5047 | $147.93 | | $29,459.9 |
| 04/05/2021 | 39884 POS PUR 04/03 16:13 SAMS CLUB #6251 WASHINGTON PA 62510002 751788~5300 | $100.42 | | $29,359.5 |
| 04/05/2021 | CHECK # 1467 | $35.18 | | $29,324.3 |
| 04/05/2021 | 6223 POS PUR 04/02 11:12 KWIK FILL 236 HOUSTON PA URCC0236 006223 ~5542 | $26.13 | | $29,298.2 |
| 04/06/2021 | DEPOSIT | | $1,250.00 | $30,548.2 |
| 04/06/2021 | 33461 RETURN 04/06 14:37 Walmart.com Bentonville AR 02003144 040602033~5310 | | $2.00 | $30,550.2 |
| 04/06/2021 | CHECK # 1465 | $119.40 | | $30,430.8 |
| 04/06/2021 | CHECK # 1466 | $79.60 | | $30,351.2 |
| 04/06/2021 | 497606 POS PUR 04/06 10:07 WASHINGTON RURAL WASHINGTON PA 02584173 10968~5999 | $27.54 | | $30,323.6 |
| 04/06/2021 | 438047 POS PUR 04/06 14:31 Walmart.com Bentonville AR 02003144 040602438~5310 | $6.83 | | $30,316.8 |
| 04/07/2021 | CHECK # 1471 | $296.65 | | $30,020.1 |
| 04/07/2021 | 780430 PIN PUR 04/07 06:29 LOWE'S #671 WASHINGTON PA 001 780430 ~5200 | $38.19 | | $29,982.0 |
| 04/07/2021 | 308486 POS PUR 04/07 11:13 Walmart.com Bentonville AR 02003144 040711308~5310 | $23.42 | | $29,958.5 |
| 04/07/2021 | 91448 POS PUR 04/05 15:10 JDS Inc Canonsburg PA 00000000 091448 ~5941 | $12.00 | | $29,946.5 |
| 04/07/2021 | 70583 POS PUR 04/06 17:58 WAL-MART #1739 WASHINGTON PA 00000006 070583 ~5411 | $6.72 | | $29,939.8 |
| 04/08/2021 | CHECK # 1469 | $244.37 | | $29,695.4 |
| 04/08/2021 | CHECK # 1470 | $224.16 | | $29,471.3 |
| 04/08/2021 | 41703 PIN PUR 04/08 10:15 WM SUPERCENTER # WASHINGTON PA 17390047 69142~5411 | $63.74 | | $29,407.5 |
| 04/08/2021 | CHECK # 1472 | $50.00 | | $29,357.5 |
| 04/09/2021 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $29,297.5 |
| 04/09/2021 | 41827 RECURRING 04/08 08:39 CCM* SEARS WARRAN 855-256-2467 FL 00000000 041~6300 | $100.00 | | $29,197.5 |
| 04/09/2021 | 41927 RECURRING 04/08 08:41 CCM* SEARS WARRAN 855-256-2467 FL 00000000 041~6300 | $69.99 | | $29,127.0 |
| 04/12/2021 | 62563 POS PUR 04/11 11:21 SAMS CLUB #6251 WASHINGTON PA 62510093 401508~5300 | $177.51 | | $28,950.0 |
| 04/12/2021 | 33149 POS PUR 04/09 23:52 AMZN Mktp US* LO3 Amzn.com/bill WA 00000000 03~5942 | $127.18 | | $28,822.5 |



| ANDREW F. KUZY, DEBTOR IN | Statement Ending 04/30/2021 | | Page 4 of 6 |

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/12/2021 | 43462 PIN PUR 04/11 13:37 WM SUPERCENTER # WASHINGTON PA 17390047 31099~5411 | $77.09 | | $28,745.82 |
| 04/12/2021 | PISI DV PARSE04 45944 | $72.49 | | $28,673.33 |
| 04/12/2021 | 67229 POS PUR 04/12 11:08 Walmart.com Bentonville AR 02003144 041211067~5310 | $35.32 | | $28,638.01 |
| 04/12/2021 | 174859 POS PUR 04/11 17:10 Walmart.com Bentonville AR 02003144 041105174~5310 | $33.84 | | $28,604.17 |
| 04/12/2021 | 34616 POS PUR 04/11 17:51 LOWES #00671* WASHINGTON PA 00000000 034616 ~5200 | $29.11 | | $28,575.06 |
| 04/12/2021 | 89615 POS PUR 04/11 11:10 Walmart.com Bentonville AR 02003144 041111089~5310 | $20.88 | | $28,554.18 |
| 04/12/2021 | 295978 POS PUR 04/11 12:02 SAMSCLUB #6251 WASHINGTON PA 24625101 295978 ~5542 | $20.40 | | $28,533.78 |
| 04/12/2021 | 331086 PIN PUR 04/12 14:39 AUTOZONE 4613 1 CANONSBURG PA 99999999 331086~5533 | $14.83 | | $28,518.95 |
| 04/12/2021 | 55487 RECURRING 04/09 21:55 Amazon Prime* 6Y4 Amzn.com/bill WA 00000000 05~5968 | $13.77 | | $28,505.18 |
| 04/12/2021 | PISI DV PAR-V04 45944 | $13.50 | | $28,491.68 |
| 04/12/2021 | 34301 POS PUR 04/09 11:37 Kindle Unltd* ZH2 866-321-8851 WA 00000000 034~5818 | $10.59 | | $28,481.09 |
| 04/13/2021 | 33515 POS PUR 04/13 03:15 AMZN Mktp US* PO8 Amzn.com/bill WA 00000000 03~5942 | $24.61 | | $28,456.48 |
| 04/13/2021 | 86158 POS PUR 04/12 01:27 AMZN Mktp US* PT4 Amzn.com/bill WA 00000000 08~5942 | $23.95 | | $28,432.53 |
| 04/13/2021 | 42074 POS PUR 04/12 20:14 Drapers and Damo 800-8431174 MA 01050000 0420~5691 | $18.97 | | $28,413.56 |
| 04/15/2021 | CHECK # 1474 | $50.00 | | $28,363.56 |
| 04/15/2021 | 383365 POS PUR 04/15 16:24 Wal-Mart Super C WASHINGTON PA 17390051 11054~5411 | $43.57 | | $28,319.99 |
| 04/15/2021 | 591993 POS PUR 04/15 11:36 AMOCO#9351941WAS WASHINGTON PA 39013701 59199~5542 | $26.00 | | $28,293.99 |
| 04/16/2021 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $28,233.99 |
| 04/16/2021 | SALANDRA FUNERAL Payroll 946199623089090 | | $1,624.01 | $29,858.00 |
| 04/16/2021 | CHECK # 1473 | $176.59 | | $29,681.41 |
| 04/16/2021 | 48208 PIN PUR 04/16 16:51 WM SUPERCENTER # WASHINGTON PA 17390046 55770~5411 | $49.70 | | $29,631.71 |
| 04/19/2021 | 16803 POS PUR 04/18 08:16 WALMART GROCERY 800-966-6546 AR 00000000 0168~5411 | $119.66 | | $29,512.0 |
| 04/19/2021 | 548198 PIN PUR 04/18 18:31 ALDI 69051 WASHINGTON PA 89027702 548198 ~5411 | $108.79 | | $29,403.2 |
| 04/19/2021 | 118642 POS PUR 04/19 16:26 SAMSCLUB #6251 WASHINGTON PA 62510046 1109559~5411 | $100.00 | | $29,303.2 |
| 04/19/2021 | 21611 POS PUR 04/15 18:56 HP PRODUCT SVC&R 800-474-6836 CA 00000000 021~7399 | $31.79 | | $29,271.4 |
| 04/19/2021 | 8987 POS PUR 04/16 19:50 SPEEDWAY 02915 7 WASHINGTON PA 00000000 00898~5542 | $29.17 | | $29,242.3 |
| 04/19/2021 | 21521 POS PUR 04/19 04:13 LOWES #00671* WASHINGTON PA 00000000 021521 ~5200 | $15.37 | | $29,226.9 |
| 04/19/2021 | 46317 RECURRING 04/17 22:13 Amazon Prime* RQ9 Amzn.com/bill WA 00000000 04~5968 | $13.77 | | $29,213.1 |
| 04/20/2021 | 72408 POS PUR 04/19 23:17 SAMSCLUB #6251 WASHINGTON PA 00000001 072408 ~5300 | $142.89 | | $29,070.2 |
| 04/20/2021 | 482521 POS PUR 04/20 17:11 Walmart.com Bentonville AR 02003144 042005482~5310 | $7.76 | | $29,062.5 |
| 04/21/2021 | SSA TREAS 310 XXSOC SEC XXXXX9149A SSA | | $2,429.00 | $31,491.5 |

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 04/30/2021**

ANDREW F. KUZY, DEBTOR IN

Page 5 of 6

Primary Account Number:

## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/21/2021 | 232258 POS PUR 04/21 16:03 Wal-Mart Super C WASHINGTON PA 17390081 11115~5411 | $43.47 | | $31,448. |
| 04/22/2021 | 87714 POS PUR 04/21 05:40 KWIK FILL 236 HOUSTON PA URCC0236 087714 ~5542 | $30.70 | | $31,417. |
| 04/22/2021 | 21803 POS PUR 04/21 22:27 WM SUPERCENTER # WASHINGTON PA 16621803 02180~5912 | $14.23 | | $31,403. |
| 04/23/2021 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $31,343. |
| 04/23/2021 | 54302 POS PUR 04/23 16:19 WM SUPERCENTER # WASHINGTON PA 17390049 82786~5411 | $116.00 | | $31,227. |
| 04/23/2021 | 46927 POS PUR 04/21 20:04 JDS Inc Canonsburg PA 00000000 046927 ~5941 | $52.64 | | $31,174. |
| 04/23/2021 | 77660 POS PUR 04/22 08:57 AMOCO#9351941WAS WASHINGTON PA 9351001 077660~5542 | $28.27 | | $31,146. |
| 04/26/2021 | DEPOSIT | | $1,250.00 | $32,396. |
| 04/26/2021 | 40003 POS PUR 04/24 20:18 LOWES #00671* WASHINGTON PA 00000000 040003 ~5200 | $127.16 | | $32,269. |
| 04/26/2021 | 881742 POS PUR 04/24 13:55 WAL-MART #1739 WASHINGTON PA 17390050 1114270~5411 | $96.63 | | $32,172. |
| 04/26/2021 | 19667 POS PUR 04/26 08:45 AMAZON.COM* HU73Q AMZN.COM/BILL WA 00000000 01~5942 | $52.50 | | $32,119. |
| 04/26/2021 | 400700 POS PUR 04/25 11:12 Walmart.com Bentonville AR 02003144 042511400~5310 | $46.23 | | $32,073. |
| 04/26/2021 | 91632 POS PUR 04/26 08:38 AMAZON.COM* JW7BI AMZN.COM/BILL WA 00000000 09~5942 | $27.56 | | $32,046. |
| 04/26/2021 | 50013 POS PUR 04/23 05:38 VELTRI CLEANERS WASHINGTON PA 76234722 050013~7216 | $13.50 | | $32,032. |
| 04/27/2021 | 51625 POS PUR 04/27 05:45 LOWES #00671* WASHINGTON PA 00000000 051625 ~5200 | $52.41 | | $31,980. |
| 04/27/2021 | 10002 POS PUR 04/26 06:20 WHS ORTHOPEDICS WASHINGTON PA 74364410 010002~8011 | $35.00 | | $31,945. |
| 04/27/2021 | 50114 PIN PUR 04/27 16:01 WM SUPERCENTER # WASHINGTON PA 17390044 16660~5411 | $27.36 | | $31,917. |
| 04/27/2021 | 89351 POS PUR 04/26 07:13 KWIK FILL 236 HOUSTON PA URCC0236 089351 ~5542 | $19.83 | | $31,898. |
| 04/27/2021 | 59043 POS PUR 04/26 23:43 USPS PO 41524003 MEADOW LANDS PA 00000000 059~9402 | $12.20 | | $31,885. |
| 04/27/2021 | AMERICAN WATER E 00141479 CUS000000000027 | $3.99 | | $31,881. |
| 04/27/2021 | AMERICAN WATER E 00141479 CUS000000000027 | $3.99 | | $31,877. |
| 04/28/2021 | 29420 POS PUR 04/27 05:52 SAMSCLUB #6251 WASHINGTON PA 00000002 029420 ~5300 | $166.42 | | $31,711. |
| 04/28/2021 | 108259 PIN PUR 04/28 15:16 SAMSCLUB #6251 WASHINGTON PA 24625101 108259 ~5411 | $150.50 | | $31,560. |
| 04/28/2021 | 43694 POS PUR 04/27 17:48 Amazon.com* MG1QF Amzn.com/bill WA 00000000 04~5942 | $31.80 | | $31,529. |
| 04/28/2021 | 302376 POS PUR 04/28 15:32 SAMSCLUB #6251 WASHINGTON PA 24625101 302376 ~5542 | $30.00 | | $31,499. |
| 04/29/2021 | CHECK # 1478 | $344.98 | | $31,154. |
| 04/29/2021 | 41014 POS PUR 04/28 19:02 AMAZON.COM* 629DN AMZN.COM/BILL WA 00000000 04~5942 | $58.27 | | $31,095. |
| 04/29/2021 | CHECK # 1480 | $25.18 | | $31,070. |
| 04/29/2021 | 15111 POS PUR 04/29 11:08 Walmart.com Bentonville AR 02003144 042911015~5310 | $23.72 | | $31,046. |
| 04/29/2021 | CHECK # 1479 | $10.00 | | $31,036. |



## FREE SMALL BUSINESS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/30/2021 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $30,976.9 |
| 04/30/2021 | RANGE RESOURCES 042021EFT 279995 | | $33.79 | $31,010.7 |
| 04/30/2021 | COMM OF PA ANNUITANT APXXXXXX1760 | | $193.88 | $31,204.6 |
| 04/30/2021 | SALANDRA FUNERAL Payroll 228303835908550 | | $1,952.70 | $33,157.3 |
| 04/30/2021 | 876342 POS PUR 04/30 16:33 SAMSCLUB #6251 WASHINGTON PA 24625101 876342 ~5542 | $15.00 | | $33,142.3 |
| 04/30/2021 | 34672 POS PUR 04/29 04:23 WM SUPERCENTER # 724-229-4020 PA 17634672 034~5411 | $13.02 | | $33,129.3 |
| 04/30/2021 | Balance This Statement | | | $33,129.3 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1465 | 04/06/2021 | $119.40 | 1470 | 04/08/2021 | $224.16 | 1478* | 04/29/2021 | $344.9 |
| 1466 | 04/06/2021 | $79.60 | 1471 | 04/07/2021 | $296.65 | 1479 | 04/29/2021 | $10.0 |
| 1467 | 04/05/2021 | $35.18 | 1472 | 04/08/2021 | $50.00 | 1480 | 04/29/2021 | $25.1 |
| 1468 | 04/01/2021 | $343.81 | 1473 | 04/16/2021 | $176.59 | | | |
| 1469 | 04/08/2021 | $244.37 | 1474 | 04/15/2021 | $50.00 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/01/2021 | $28,830.86 | 04/12/2021 | $28,481.09 | 04/22/2021 | $31,403.1 |
| 04/02/2021 | $30,114.31 | 04/13/2021 | $28,413.56 | 04/23/2021 | $31,146.2 |
| 04/05/2021 | $29,298.21 | 04/15/2021 | $28,293.99 | 04/26/2021 | $32,032.6 |
| 04/06/2021 | $30,316.84 | 04/16/2021 | $29,631.71 | 04/27/2021 | $31,877.8 |
| 04/07/2021 | $29,939.86 | 04/19/2021 | $29,213.16 | 04/28/2021 | $31,499.1 |
| 04/08/2021 | $29,357.59 | 04/20/2021 | $29,062.51 | 04/29/2021 | $31,036.9 |
| 04/09/2021 | $29,127.60 | 04/21/2021 | $31,448.04 | 04/30/2021 | $33,129.3 |

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**ADDRESS SERVICE REQUESTED**

>012881 7520865 0001 092543 10Z

ANDREW F KUZY
COLLEEN A KUZY
TAX ESCROW ACCOUNT
531 WARRICK DR
WASHINGTON PA 15301-9513

**Statement Ending 04/16/2021**

ANDREW F KUZY                                Page 1 of 4
Primary Account Number:

### Managing Your Accounts

| | | |
|---|---|---|
|  | Online | www.fnb-online.com |
| | By Phone | 1 800-555-5455 |
| | By Mail | 4140 E. State Street<br>Hermitage, PA 16148 |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREESTYLE CHECKING | | $2,123.67 |

## FREESTYLE CHECKING -

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 03/17/2021 | Balance Last Statement | $1,827.62 |
| | 5 Credit(s) This Period | $300.00 |
| | 1 Debit(s) This Period | $3.95 |
| 04/16/2021 | Balance This Statement | $2,123.67 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/17/2021 | Balance Last Statement | | | $1,827.62 |
| 03/19/2021 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $1,887.62 |
| 03/26/2021 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $1,947.62 |
| 04/02/2021 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $2,007.62 |
| 04/09/2021 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $2,067.62 |
| 04/16/2021 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 95466826 | | $60.00 | $2,127.62 |
| 04/16/2021 | PAPER STATEMENT FEE | $3.95 | | $2,123.67 |
| 04/16/2021 | Balance This Statement | | | $2,123.67 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/19/2021 | $1,887.62 | 04/02/2021 | $2,007.62 | 04/16/2021 | $2,123.67 |
| 03/26/2021 | $1,947.62 | 04/09/2021 | $2,067.62 | | |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

SALANDRA FUNERAL SERVICE INC.  
304 WEST PIKE STREET  
CANONSBURG PA 15317

ANDREW KUZY  
EMPLOYEE ID: 3  
DEPARTMENT: 10  
DD RECEIPT: 1205318543



| Pay Period | 03/14/2021 - 03/27/2021 | | FITWH | Filing Status: M | |
|---|---|---|---|---|---|
| Pay Date | 04/02/2021 | | PA | Filing Status: M Exemptions: 0 | |

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 22.50 | 82.00 | 1,845.00 | 600.00 | 13,500.0 |
| RemovalFee | | | 75.00 | | 1,650.0 |
| Total | | 82.00 | $1,920.00 | 600.00 | $15,150.0 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 99.25 | 901.6 |
| MED | 27.84 | 219.6 |
| SOC | 119.04 | 939.3 |
| PA | 58.94 | 465.0 |
| PAEUC | 1.15 | 9.0 |
| PACAI | 19.20 | 151.5 |
| PACAIL | 2.00 | 14.0 |
| Total | $327.42 | $2,700.3 |

| Net Pay | XXXX6826 | $1,592.5 |
|---|---|---|

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SALANDRA FUNERAL SERVICE INC.  
304 WEST PIKE STREET  
CANONSBURG PA 15317

Direct Deposit # 1205318543  
Date 04/02/2021

Pay this Amount

** NON-NEGOTIABLE ** DIRECT DEPOSIT RECEIPT **

VOID ** VOID **

10  DD

DIRECT DEPOSIT $1,592.58  
TO ACCOUNT # XXXX6826  
BANK # XXXXX8092

Pay to the Order of

ANDREW KUZY  
531 WARRICK DR  
WASHINGTON PA 15301

NON-NEGOTIABLE

SALANDRA FUNERAL SERVICE INC.
304 WEST PIKE STREET
CANONSBURG PA 15317

ANDREW KUZY
EMPLOYEE ID: 5
DEPARTMENT: 10
DD RECEIPT: 1206342375

Paycor

| Pay Period | 03/28/2021 - 04/10/2021 | | | FITWH | Filing Status: M | |
|---|---|---|---|---|---|---|
| Pay Date | 04/16/2021 | | | PA | Filing Status: M Exemptions: 0 | |

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 22.50 | 80.50 | 1,811.25 | 680.50 | 15,311.2 |
| RemovalFee | | | 150.00 | | 1,800.0 |
| Total | | 80.50 | $1,961.25 | 680.50 | $17,111.2 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 104.20 | 1,005.8 |
| MED | 28.44 | 248.1 |
| SOC | 121.60 | 1,060.9 |
| PA | 60.21 | 525.3 |
| PAEUC | 1.18 | 10.2 |
| PACAI | 19.61 | 171.1 |
| PACAIL | 2.00 | 16.0 |
| Total | $337.24 | $3,037.5 |

| Net Pay | XXXX6826 | $1,624.0 |
|---|---|---|

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SALANDRA FUNERAL SERVICE INC.
304 WEST PIKE STREET
CANONSBURG PA 15317

Direct Deposit # 1206342375
Date           04/16/2021

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **            VOID ** VOID **

Pay to the
Order of

ANDREW KUZY
531 WARRICK DR
WASHINGTON PA 15301

10   DD

DIRECT DEPOSIT $1,624.01
TO ACCOUNT # XXXX6826
BANK # XXXXX8092

N O N - N E G O T I A B L E

SALANDRA FUNERAL SERVICE INC.  ANDREW KUZY
304 WEST PIKE STREET  EMPLOYEE ID: 3
CANONSBURG PA 15317  DEPARTMENT: 10
DD RECEIPT: 1207280869


Paycor

Pay Period  04/11/2021 - 04/24/2021         FITWH   Filing Status: M
Pay Date    04/30/2021                      PA      Filing Status: M  Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YT |
|---|---|---|---|---|---|
| Hourly | 22.50 | 93.00 | 2,092.50 | 773.50 | 17,403. |
| RemovalFee | | | 300.00 | | 2,100. |
| Total | | 93.00 | $2,392.50 | 773.50 | $19,503. |

| Taxes | CURRENT | YT |
|---|---|---|
| FITWH | 155.95 | 1,161. |
| MED | 34.69 | 282. |
| SOC | 148.34 | 1,209. |
| PA | 73.45 | 598. |
| PAEUC | 1.44 | 11. |
| PACAI | 23.93 | 195. |
| PACAIL | 2.00 | 18. |
| Total | $439.80 | $3,477. |

Net Pay   XXXX6826    $1,952.

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SALANDRA FUNERAL SERVICE INC.
304 WEST PIKE STREET
CANONSBURG PA 15317

Direct Deposit #  1207280869
Date  04/30/2021

Pay this Amount

** NON-NEGOTIABLE ** DIRECT DEPOSIT RECEIPT **                    VOID ** VOID **

                                       10   DD         DIRECT DEPOSIT  $1,952.70
Pay to the                                             TO ACCOUNT #    XXXX6826
Order of      ANDREW KUZY                              BANK #          XXXXX8092
              531 WARRICK DR
              WASHINGTON PA 15301                      NON-NEGOTIABLE

**Metropolitan Commercial Bank.**
The **Entrepreneurial** Bank

99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

**FDIC** Member

Period Covered:
April 01, 2021 - April 30, 2021
Page 1 of 1

Mr. Jeffrey J. Sikirica
121 Northbrook Dr. Pine Township
Gibsonia PA 15044

| | |
|---|---|
| Case Number | 18-21728 |
| Case Name | Kuzy, Andrew |
| | DEBTOR |
| Trustee Number | 580400 |
| Trustee Name | Mr. Jeffrey J. Sikirica |
| | TRUSTEE |

☏ Questions:
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | | $29,388.87 | $29,388.87 |
| Total | | $29,388.87 | $29,388.87 |

## TRUSTEE CHECKING

Account Number: 3910248128

| | | | |
|---|---|---|---|
| Enclosures | 0 | Beginning Balance | $29,388.87 |
| | | +Total Additions | $0.00 |
| | | -Total Subtractions | $0.00 |
| | | Ending Balance | $29,388.87 |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

**No activity this statement period**

**In case of errors or questions about your account** telephone Stretto at: 800.634.7734 or email us at: banking.services@stretto.com
As soon as you recognize an error, or if you need more information about a transaction listed on the statement or receipt:

Please Provide:

- Name and account number.
- A detailed explanation of why you believe there is an error or why you need more information.
- The dollar amount of the suspected error.
- We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

We will investigate your disputed transactions and correct any error promptly. If not resolved within 10 business days, Metropolitan Commercial Bank will credit your account for the amount in error, and notify you within 2 business days, so that you may use the funds during the time it takes us to complete our investigation.