## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Andrew F. Kuzy, and | : | Bankruptcy Case No.: 18-21728-CMB |
| Colleen A. Kuzy, | : | |
| | : | **Chapter 11** |
| Debtors. | : | |

Reporting Period: May 2021

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
**File with Court and submit copy to United States Trustee within 14 days after end of month**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-I (INDV) | | |
| Schedule of Cash Receipts and Disbursements - | MOR-I (INDV) (CONT) | | |
|   Bank Reconciliation | | | |
|   Copies of bank statements | | | |
|   Cash disbursements journals | | | |
|   Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____          6/13/21
**Signature of Debtor**                                 **Date**

_____          6/13/21
**Signature of Joint Debtor**                         **Date**

_____          _____
**Signature of Preparer**                              **Date**

_____
**Printed Name of Preparer**

**FORM MOR (INDV)**
**(10/00)**

In Re: Andrew F. Kuzy, and                    :        Bankruptcy Case No.: 18-21728-CMB
Colleen A. Kuzy,                              :
                                              :        Chapter 11
Debtors.                                      :
                                              :

Reporting Period: <u>May 2021</u>

## INDIVDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.
A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 63,518.19 | |
| **RECEIPTS** | | |
| Wages (Net) | 3470.97 | |
| Interest and Dividend Income | 0.00 | |
| Alimony and Child Support | 0.00 | |
| Social Security and Pension Income | 2622.88 | |
| Sale of Assets | 0.00 | |
| Other Income (attach schedule) | 1581.83 | |
| Total Receipts | 7675.68 | |
| | | |
| **DISBURSEMENTS** | | |
| ORDINARY ITEMS: | | |
| Mortgage Payment(s) | 0.00 | |
| Rental Payment(s) | 0.00 | |
| Other Secured Note Payments | 0.00 | |
| Utilities | 1797.45 | |
| Insurance | 927.44 | |
| Auto Expense | 176.20 | |
| Lease Payments | 0.00 | |
| IRA Contributions | 0.00 | |
| Repairs and Maintenance | 2393.98 | |
| Medical Expenses | 416.74 | |
| Household Expenses | 2451.74 | |
| Charitable Contributions | 0.00 | |
| Alimony and Child Support Payments | 0.00 | |
| Taxes - Real Estate | 0.00 | |
| Taxes - Personal Property | 0.00 | |
| Taxes - Other (attach schedule) | 0.00 | |
| Travel and Entertainment | 0.00 | |
| Gifts | 52.50 | |
| Other (attach schedule) | 0.00 | |
| Total Ordinary Disbursements | 8273.55 | |
| REORGANIZATION ITEMS: | | |
| Professional Fees | 0.00 JJS | |
| U. S. Trustee Fees | 0.00 JJS | |
| Other Reorganization Expenses (attach schedule) | 0.00 | |
| Total Reorganization Items | 0.00 JJS | |
| Total Disbursements (Ordinary + Reorganization) | 8,273.55 JJS | |
| Net Cash Flow (Total Receipts - Total Disbursements) | - 597.87 JJS | |
| Cash - End of Month (Must equal reconciled bank | 61,920.32 JJS | |

NOTE: $20,000.00 TRANSFER BETWEEN ACCOUNTS

FORM MOR-1 (INDV)

In Re:  Andrew F. Kuzy, and
       Colleen A. Kuzy,

       Debtors.

:     Bankruptcy Case No.: 18-21728-CMB
:
:     Chapter 11
:
:                 (9/99)

Reporting Period: May 2021

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Schmalz Income | 1250.00 | |
| Returns | 331.83 | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Washington county Board of Probation and Parole | 10.00 | |
| Washington County Clerk of Courts | 100.00 | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

In Re:  Andrew F. Kuzy, and
       Colleen A. Kuzy,

          Debtors.

:
:
:
:
:
:

Bankruptcy Case No.: 18-21728-CMB

Chapter 11

Reporting Period:_____

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero Attach photocopies of IRS Forn16123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns tiled during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA- Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| **Total Federal Taxes** | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| **Total Stale and Local** | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | Over 90 | |
| Accounts Payable | | | | | | |
| Wages-Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases- Equipment | | | | | | |
| Secured Debt/Adequate Protection | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders" | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past-due Postpetition debts.

_____

_____

*"Insider is defined in 11 U.S.C. Section 101(31)                               **FORM MOR-4**

.

In Re: Andrew F. Kuzy, and         :    Bankruptcy Case No.: 18-21728-CMB     (9/99)
      Colleen A. Kuzy,            :
                                :    Chapter 11
      Debtors.                :

Reporting Period:_____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Accounts billed during the period | |
| - Accounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Account Receivable Aging | Amount |
|---|---|
| 0 – 30 days old | |
| 31-60 days old | |
| 61-90 days old | |
| 91 + days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than II debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely tiled? If no, provide an explanation below | | |
| 4. Are workers compensation, general liability and other necessary insurance overages in effect? If no, provide an explanation below. | | |

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**FORM MOR-5**
**(9/99)**

June 13, 2021


To the Trustee


The Schmalz Income is to be $2500.00 per month.  In May 2021, the second deposit of $1250 was deposited into the bank too late in the month to be counted into the May 2021 income due to the Schmalz payroll schedule with Mrs. Schmalz's company.  This income, however, will appear in the June 2021 Schmalz Income making the June 2021 total Schmalz Income $3750.00.

We apologize for this inconvenience.


Thank You

Jackie Schmalz


Andrew Kuzy

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**ADDRESS SERVICE REQUESTED**

>004454 7929463 0001 092543 10Z

ANDREW F. KUZY, DEBTOR IN POSSESSION
COLLEEN A. KUZY, DEBTOR IN POSSESSION
JACQUELINE SCHMALZ
531 WARRICK DR
WASHINGTON PA 15301-9513

**Statement Ending 05/28/2021**

ANDREW F. KUZY, DEBTOR IN                    Page 1 of 6
Primary Account Number:

## Managing Your Accounts

 Online          www.fnb-online.com

 By Phone        1 800-555-5455

By Mail         4140 E. State Street
                Hermitage, PA  16148

---

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | | $12,531.45 |

# FREE SMALL BUSINESS CHECKING -

## Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 05/01/2021 | Balance Last Statement | **$33,129.32** | Minimum Balance | $7,657.02 |
| | 12 Credit(s) This Period | $7,675.68 | Average Ledger Balance | $17,626.97 |
| | 102 Debit(s) This Period | $28,273.55 | Average Available Balance | $17,626.97 |
| 05/28/2021 | Balance This Statement | **$12,531.45** | | |

## Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/01/2021 | Balance Last Statement | | | **$33,129.32** |
| 05/03/2021 | CHECK # 1477 | $899.72 | | $32,229.60 |
| 05/03/2021 | 98356 POS PUR 05/02 11:16 SAMSCLUB #6251 WASHINGTON PA 00000002 098356 ~5300 | $132.48 | | $32,097.12 |
| 05/03/2021 | 538195 POS PUR 05/02 12:52 WAL-MART #1739 WASHINGTON PA 17390051 1122650~5411 | $69.69 | | $32,027.43 |
| 05/03/2021 | 35528 POS PUR 05/01 19:25 LOWES #00671* WASHINGTON PA 00000000 035528 ~5200 | $66.54 | | $31,960.89 |
| 05/03/2021 | 62276 POS PUR 05/02 20:38 LOWES #00671* WASHINGTON PA 00000000 062276 ~5200 | $64.29 | | $31,896.60 |
| 05/03/2021 | 62567 POS PUR 04/30 16:51 WALMART GROCERY 800-966-6546 AR 22462567 0625~5411 | $33.58 | | $31,863.02 |
| 05/03/2021 | 21573 POS PUR 05/02 02:11 AMAZON.COM* S19CS AMZN.COM/BILL WA 00000000 02~5942 | $31.80 | | $31,831.22 |
| 05/03/2021 | 48929 POS PUR 05/01 17:26 SAMS CLUB #6251 WASHINGTON PA 62510088 120967~5542 | $30.82 | | $31,800.40 |
| 05/03/2021 | 18963 POS PUR 05/02 12:05 SAMS CLUB #8175 HARRISBURG PA 81750088 182012~5542 | $25.72 | | $31,774.68 |
| 05/03/2021 | 88432 POS PUR 04/30 13:45 JDS Inc Canonsburg PA 00000000 088432 ~5941 | $23.52 | | $31,751.16 |
| 05/03/2021 | 34198 RECURRING 05/01 04:39 SCENTBOX.COM 866-274-4123 CA 00000000 034198 ~5964 | $19.95 | | $31,731.21 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
• For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
• For business accounts, click on https://www.fnb-online.com/business-overdrafts

*The reconcilement of this statement with your records is essential. Any error must be reported as soon as possible.*

| CHECKS AND WITHDRAWALS OUTSTANDING | |
|---|---|
| Date or Check Number | Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total Checks Outstanding | |

## TO VERIFY YOUR CHECKBOOK BALANCE FOLLOW THESE SIMPLE STEPS:

**1** COMPARE transactions shown on this statement with entries in your checkbook. Mark those paid or credited on this statement in your checkbook.

**2** COMPARE the check numbers listed on this statement with the entries in your checkbook and mark those paid.

**3** LIST AND TOTAL all checks and other withdrawals that remain outstanding including those from previous statements in the space to the left.

**4** ENTER into your checkbook and adjust the balance by adding interest credited, pre-authorized deposits or other credit (+) transactions shown on the front of this statement which are not in your checkbook.

**5** ENTER into your checkbook and adjust the balance by subtracting service fees, pre-authorized payments or other debit (-) transactions shown on the front of this statement which are not in your checkbook.

**6** ENTER "Current Statement Balance" from the front of this statement.                    $ _____

**7** ADD deposits made after "Period Ending Date" of this statement.                         (+) _____

(+) _____

(+) _____

(+) _____

(+) _____

(+) _____

TOTAL   $ _____

**8** SUBTRACT checks and withdrawals outstanding.        (-)  $ _____

Your checkbook should show this balance. ..............................  $ _____

---

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS (EFT) ON YOUR CONSUMER ACCOUNT:

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-555-5455 or write to us at the address shown on your statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number (if any).

2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. A Consumer Account is a deposit account which is used primarily for personal, family or household purposes.

## HOW TO CONFIRM PRE-AUTHORIZED DEPOSITS:

If you arranged to have direct deposits made to your Consumer Account at least once every 60 days from the same person or company, you can call us at 1-800-555-5455 to find out whether the deposit was made.

**First National Bank**

4140 E. State Street
Hermitage, PA 16148

*Statement Ending 05/28/2021*

*ANDREW F. KUZY, DEBTOR IN*
*Primary Account Number:*

*Page 3 of 6*

## FREE SMALL BUSINESS CHECKING -                    (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/03/2021 | 631769 RECURRING 05/02 08:40 NETFLIX COM LOS GATOS CA 003 112208631769 ~4899 | $14.83 | | $31,716.38 |
| 05/04/2021 | CHECK # 1476 | $650.00 | | $31,066.38 |
| 05/04/2021 | CHECK # 1475 | $180.20 | | $30,886.18 |
| 05/04/2021 | 65717 POS PUR 05/03 15:44 LOWES #00671* WASHINGTON PA 00000000 065717 ~5200 | $37.90 | | $30,848.28 |
| 05/04/2021 | 2033 POS PUR 05/03 08:55 AMZN Mktp US* RN6 Amzn.com/bill WA 00000000 00~5942 | $4.76 | | $30,843.52 |
| 05/05/2021 | 0007 POS PUR 05/04 08:31 VISIONWORKS #656 WASHINGTON PA 00006934 00000~8043 | $230.00 | | $30,613.52 |
| 05/05/2021 | 86970 POS PUR 05/04 02:21 AMZN Mktp US* B90 Amzn.com/bill WA 00000000 08~5942 | $190.79 | | $30,422.73 |
| 05/05/2021 | 0008 POS PUR 05/04 08:07 VISIONWORKS #656 WASHINGTON PA 00006934 00000~8043 | $90.00 | | $30,332.73 |
| 05/06/2021 | 547971 PIN PUR 05/06 15:08 WAL-MART #1739 WASHINGTON PA 24173901 547971 ~5411 | $85.35 | | $30,247.38 |
| 05/06/2021 | 899968 PIN PUR 05/06 16:34 SAM'S Club WASHINGTON PA 62510095 11267000266~5411 | $51.88 | | $30,195.50 |
| 05/06/2021 | 0985 PIN PUR 05/06 16:37 SAM'S Club WASHINGTON PA 62510095 11262300146~5411 | $47.98 | | $30,147.52 |
| 05/06/2021 | 565987 POS PUR 05/06 16:21 SAMSCLUB #6251 WASHINGTON PA 24625101 565987 ~5542 | $31.22 | | $30,116.30 |
| 05/06/2021 | 51955 POS PUR 05/04 21:10 HOMEDEPOT.COM 800-430-3376 GA 00000000 051955~5200 | $7.12 | | $30,109.18 |
| 05/07/2021 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $30,049.18 |
| 05/07/2021 | 30661 PIN PUR 05/07 10:03 WM SUPERCENTER # WASHINGTON PA 17390050 44899~5411 | $202.38 | | $29,846.80 |
| 05/07/2021 | 463298 PIN PUR 05/07 11:48 KOHLS 1022 353 W WASHINGTON PA 99999999 46329~5311 | $106.36 | | $29,740.44 |
| 05/10/2021 | CHECK # 1486 | $194.53 | | $29,545.91 |
| 05/10/2021 | 64852 PIN PUR 05/09 11:02 WAL-MART #1739 WASHINGTON PA 24173901 064852 ~5411 | $120.91 | | $29,425.00 |
| 05/10/2021 | CHECK # 1484 | $119.40 | | $29,305.60 |
| 05/10/2021 | CHECK # 1483 | $79.60 | | $29,226.00 |
| 05/10/2021 | 167047 POS PUR 05/10 17:12 Walmart.com Bentonville AR 02003144 051005167~5310 | $79.36 | | $29,146.64 |
| 05/10/2021 | PISI DV PARSE04 45944 | $72.41 | | $29,074.23 |
| 05/10/2021 | 58001 RECURRING 05/08 10:33 CCM* SEARS WARRAN 855-256-2467 FL 00000000 058~6300 | $69.99 | | $29,004.24 |
| 05/10/2021 | 91041 POS PUR 05/08 20:23 SQ * PARADISE CON Washington PA 00000000 09104~5499 | $52.50 | | $28,951.74 |
| 05/10/2021 | CHECK # 1485 | $50.00 | | $28,901.74 |
| 05/10/2021 | 459113 POS PUR 05/10 08:18 Walmart.com Bentonville AR 02003144 051008459~5310 | $37.82 | | $28,863.92 |
| 05/10/2021 | 116699 POS PUR 05/10 09:27 SAMSCLUB #6251 WASHINGTON PA 24625101 116699 ~5542 | $31.60 | | $28,832.32 |
| 05/10/2021 | 14167 POS PUR 05/08 17:05 Walmart.com Bentonville AR 02003144 050805014~5310 | $15.73 | | $28,816.59 |
| 05/10/2021 | 70016 POS PUR 05/07 00:05 THE HOME DEPOT # WASHINGTON PA 00000000 07001~5200 | $14.49 | | $28,802.10 |
| 05/10/2021 | 17730 RECURRING 05/09 18:46 Amazon Prime* 2L1 Amzn.com/bill WA 00000000 01~5968 | $13.77 | | $28,788.33 |
| 05/10/2021 | PISI DV PAR-V04 45944 | $13.50 | | $28,774.83 |



## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/10/2021 | 62923 POS PUR 05/09 00:15 Kindle Unltd* A13 866-321-8851 WA 00000000 062~5818 | $10.59 | | $28,764.24 |
| 05/10/2021 | 367666 POS PUR 05/10 17:15 Walmart.com Bentonville AR 02003144 051005367~5310 | $8.37 | | $28,755.87 |
| 05/11/2021 | CHECK # 1487 | $20,000.00 | | $8,755.87 |
| 05/11/2021 | 27115 POS PUR 05/11 21:08 AMAZON.COM* 2L635 AMZN.COM/BILL WA 00000000 02~5942 | $258.00 | | $8,497.87 |
| 05/11/2021 | 28698 POS PUR 05/10 17:55 WALMART GROCERY 800-966-6546 AR 09828698 0286~5411 | $110.18 | | $8,387.69 |
| 05/11/2021 | 451291 POS PUR 05/11 16:22 WAL-MART #1739 WASHINGTON PA 17390051 1131623~5411 | $77.65 | | $8,310.04 |
| 05/11/2021 | 70539 POS PUR 05/10 22:53 WALMART GROCERY 800-966-6546 AR 00000000 0705~5411 | $10.52 | | $8,299.52 |
| 05/11/2021 | 28860 POS PUR 05/10 10:23 WAL-MART #1739 WASHINGTON PA 00000008 028860 ~5411 | $3.93 | | $8,295.59 |
| 05/12/2021 | 70738 POS PUR 05/11 04:18 WAL-MART CHECK P 866-925-2432 TX 00000000 070~5969 | $59.88 | | $8,235.71 |
| 05/12/2021 | 40497 POS PUR 05/10 03:10 JDS Inc Canonsburg PA 00000000 040497 ~5941 | $19.29 | | $8,216.42 |
| 05/13/2021 | CHECK # 1489 | $224.15 | | $7,992.27 |
| 05/13/2021 | CHECK # 1488 | $200.00 | | $7,792.27 |
| 05/13/2021 | 59023 POS PUR 05/12 20:02 PARTSWAREHOUSE.C 866-243-2721 TX 00000000 059~5722 | $67.84 | | $7,724.43 |
| 05/13/2021 | 24987 POS PUR 05/11 13:28 THE HOME DEPOT # WASHINGTON PA 00000000 02498~5200 | $49.42 | | $7,675.01 |
| 05/13/2021 | 34063 POS PUR 05/12 09:02 AMZN Mktp US* 2L3 Amzn.com/bill WA 00000000 03~5942 | $17.99 | | $7,657.02 |
| 05/14/2021 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $7,597.02 |
| 05/14/2021 | 120380 RETURN 05/14 11:15 Walmart.com Bentonville AR 02003144 051411120~5310 | | $37.82 | $7,634.84 |
| 05/14/2021 | SALANDRA FUNERAL Payroll 105580866091984 | | $1,635.44 | $9,270.28 |
| 05/17/2021 | 438037 RETURN 05/15 11:13 Walmart.com Bentonville AR 02003144 051511438~5310 | | $8.37 | $9,278.65 |
| 05/17/2021 | 90148 RETURN 05/14 08:11 Drapers and Damo 800-8431174 MA 01050000 0901~5691 | | $8.98 | $9,287.63 |
| 05/17/2021 | 47320 RETURN 05/15 11:24 AMZN Mktp US Amzn.com/bill WA 00000000 047320~5942 | | $17.99 | $9,305.62 |
| 05/17/2021 | 36762 RETURN 05/14 16:47 PARTSWAREHOUSE.C 866-243-2721 TX 00000000 036~5722 | | $67.84 | $9,373.46 |
| 05/17/2021 | 15562 POS PUR 05/16 12:47 SAMS CLUB #6251 WASHINGTON PA 62510093 359998~5300 | $188.19 | | $9,185.27 |
| 05/17/2021 | 749837 PIN PUR 05/15 14:30 Wal-Mart Super C WASHINGTON PA 17390044 11358~5411 | $81.76 | | $9,103.51 |
| 05/17/2021 | 5059 POS PUR 05/14 01:25 SEARSPARTSDIRECT 800-366-7278 TX 7936001 0050~5311 | $72.84 | | $9,030.67 |
| 05/17/2021 | 709268 PIN PUR 05/17 07:42 THE HOME DEPOT # WASHINGTON PA 06230385 70926~5200 | $52.94 | | $8,977.73 |
| 05/17/2021 | 83190 POS PUR 05/15 07:35 SAMS CLUB #6251 WASHINGTON PA 20483190 083190~5542 | $36.85 | | $8,940.88 |
| 05/17/2021 | 27222 POS PUR 05/15 01:17 HP PRODUCT SVC&R 800-474-6836 CA 00000000 027~7399 | $31.79 | | $8,909.09 |
| 05/17/2021 | 12210 POS PUR 05/15 14:27 WM SUPERCENTER # WASHINGTON PA 17390049 61298~5411 | $23.99 | | $8,885.10 |
| 05/17/2021 | 37835 POS PUR 05/15 12:53 AMZN Mktp US* 2R4 Amzn.com/bill WA 00000000 03~5942 | $23.99 | | $8,861.11 |

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/24/2021 | 2859 POS PUR 05/21 06:35 LOWES #00671* WASHINGTON PA 00000000 002859 ~5200 | $21.12 | | $10,964.50 |
| 05/25/2021 | 51823 POS PUR 05/24 01:51 LOWES #00671* WASHINGTON PA 00000000 051823 ~5200 | $95.43 | | $10,869.07 |
| 05/25/2021 | AMERICAN WATER E 00141479 CUS000000000027 | $3.99 | | $10,865.08 |
| 05/25/2021 | AMERICAN WATER E 00141479 CUS000000000027 | $3.99 | | $10,861.09 |
| 05/26/2021 | 33921 POS PUR 05/26 17:04 WM SUPERCENTER # WASHINGTON PA 17390044 31627~5411 | $101.48 | | $10,759.61 |
| 05/26/2021 | 45858 POS PUR 05/26 17:20 SAMS CLUB #6251 WASHINGTON PA 62510095 060187~5300 | $66.03 | | $10,693.58 |
| 05/27/2021 | 121763 PIN PUR 05/27 15:29 SAM'S Club WASHINGTON PA 62510004 11471300206~5411 | $81.00 | | $10,612.58 |
| 05/27/2021 | 47207 POS PUR 05/26 07:57 HARBOR FREIGHT T WASHINGTON PA 00000502 04720~5251 | $31.79 | | $10,580.79 |
| 05/27/2021 | 30395 POS PUR 05/26 11:17 SUNOCO 005968820 CANONSBURG PA 0059003 030395~5542 | $18.75 | | $10,562.04 |
| 05/28/2021 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $10,502.04 |
| 05/28/2021 | COMM OF PA ANNUITANT APXXXXXX1111 | | $193.88 | $10,695.92 |
| 05/28/2021 | SALANDRA FUNERAL Payroll 850376889457330 | | $1,835.53 | $12,531.45 |
| 05/28/2021 | **Balance This Statement** | | | **$12,531.45** |

**Checks Cleared**

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1475 | 05/04/2021 | $180.20 | 1485 | 05/10/2021 | $50.00 | 1490 | 05/20/2021 | $244.37 |
| 1476 | 05/04/2021 | $650.00 | 1486 | 05/10/2021 | $194.53 | 1491 | 05/19/2021 | $188.49 |
| 1477 | 05/03/2021 | $899.72 | 1487 | 05/11/2021 | $20,000.00 | 1492 | 05/20/2021 | $10.00 |
| 1483* | 05/10/2021 | $79.60 | 1488 | 05/13/2021 | $200.00 | 1493 | 05/19/2021 | $17.20 |
| 1484 | 05/10/2021 | $119.40 | 1489 | 05/13/2021 | $224.15 | | | |

* Indicates skipped check number

**Daily Balances**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05/03/2021 | $31,716.38 | 05/12/2021 | $8,216.42 | 05/21/2021 | $11,896.19 |
| 05/04/2021 | $30,843.52 | 05/13/2021 | $7,657.02 | 05/24/2021 | $10,964.50 |
| 05/05/2021 | $30,332.73 | 05/14/2021 | $9,270.28 | 05/25/2021 | $10,861.09 |
| 05/06/2021 | $30,109.18 | 05/17/2021 | $8,802.61 | 05/26/2021 | $10,693.58 |
| 05/07/2021 | $29,740.44 | 05/18/2021 | $10,003.88 | 05/27/2021 | $10,562.04 |
| 05/10/2021 | $28,755.87 | 05/19/2021 | $12,266.20 | 05/28/2021 | $12,531.45 |
| 05/11/2021 | $8,295.59 | 05/20/2021 | $11,963.96 | | |

# First National Bank

**Statement Ending 05/28/2021**

4140 E. State Street
Hermitage, PA 16148

ANDREW F. KUZY, DEBTOR IN
Primary Account Number: '

Page 5 of 6

## FREE SMALL BUSINESS CHECKING - ntinued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/17/2021 | 64761 POS PUR 05/14 23:49 KRENCYS BAKERY I WASHINGTON PA 00000000 06476~5462 | $20.00 | | $8,841.11 |
| 05/17/2021 | 30022 POS PUR 05/14 05:45 VELTRI CLEANERS WASHINGTON PA 76234722 030022~7216 | $15.00 | | $8,826.11 |
| 05/17/2021 | 30021 POS PUR 05/14 18:50 VELTRI CLEANERS WASHINGTON PA 76234722 030021~7216 | $13.50 | | $8,812.61 |
| 05/17/2021 | 35970 POS PUR 05/16 02:15 WASHINGTON LASER WASHINGTON PA 001 035970 ~7542 | $10.00 | | $8,802.61 |
| 05/18/2021 | DEPOSIT | | $1,250.00 | $10,052.61 |
| 05/18/2021 | 487279 RETURN 05/18 17:20 Walmart.com Bentonville AR 02003144 051805487~5310 | | $0.04 | $10,052.65 |
| 05/18/2021 | 57946 POS PUR 05/18 08:26 AMOCO#9351941WAS WASHINGTON PA 39013701 05794~5542 | $35.00 | | $10,017.65 |
| 05/18/2021 | 73525 RECURRING 05/17 15:44 Amazon Prime* 2L4 Amzn.com/bill WA 00000000 07~5968 | $13.77 | | $10,003.88 |
| 05/19/2021 | 66524 RETURN 05/18 20:04 AMZN Mktp US Amzn.com/bill WA 00000000 066524~5942 | | $190.79 | $10,194.67 |
| 05/19/2021 | SSA TREAS 310 XXSOC SEC XXXXX9149A SSA | | $2,429.00 | $12,623.67 |
| 05/19/2021 | CHECK # 1491 | $188.49 | | $12,435.18 |
| 05/19/2021 | 24209 PIN PUR 05/19 09:54 WM SUPERCENTER # WASHINGTON PA 17390033 84522~5411 | $104.41 | | $12,330.77 |
| 05/19/2021 | 254184 POS PUR 05/19 15:34 Speedway 78 Land South Straban PA 99999999 25~5542 | $29.50 | | $12,301.27 |
| 05/19/2021 | 258140 POS PUR 05/19 08:34 Walmart.com Bentonville AR 02003144 051908258~5310 | $17.87 | | $12,283.40 |
| 05/19/2021 | CHECK # 1493 | $17.20 | | $12,266.20 |
| 05/20/2021 | CHECK # 1490 | $244.37 | | $12,021.83 |
| 05/20/2021 | 46042 POS PUR 05/19 03:31 AMZN Mktp US* 2R5 Amzn.com/bill WA 00000000 04~5942 | $24.99 | | $11,996.84 |
| 05/20/2021 | 42818 POS PUR 05/19 06:43 AMZN Mktp US* 2R9 Amzn.com/bill WA 00000000 04~5942 | $22.88 | | $11,973.96 |
| 05/20/2021 | CHECK # 1492 | $10.00 | | $11,963.96 |
| 05/21/2021 | TRANSFER TO FREESTYLE ACCOUNT 735181026 | $60.00 | | $11,903.96 |
| 05/21/2021 | 14623 POS PUR 05/20 16:14 WAL-MART #1739 WASHINGTON PA 00000006 014623 ~5411 | $7.77 | | $11,896.19 |
| 05/24/2021 | 59281 POS PUR 05/21 14:53 POOL SUPPLY WORL 800-772-0467 AZ 00000000 059~5996 | $190.79 | | $11,705.40 |
| 05/24/2021 | 178722 POS PUR 05/24 17:08 Walmart.com Bentonville AR 02003144 052405178~5310 | $158.57 | | $11,546.83 |
| 05/24/2021 | 937193 PIN PUR 05/23 11:58 LOWE'S #671 WASHINGTON PA 001 937193 ~5200 | $113.99 | | $11,432.84 |
| 05/24/2021 | 270638 POS PUR 05/23 14:19 Walmart.com Bentonville AR 02003144 052302270~5310 | $106.11 | | $11,326.73 |
| 05/24/2021 | 75604 POS PUR 05/21 19:16 WALMART GROCERY 800-966-6546 AR 00000000 0756~5411 | $104.28 | | $11,222.45 |
| 05/24/2021 | 521713 PIN PUR 05/23 15:15 HOT TOPIC 0495 PITTSBURGH PA 40823502 521713 ~5699 | $100.02 | | $11,122.43 |
| 05/24/2021 | 82611 POS PUR 05/21 18:29 JDS Inc Canonsburg PA 00000000 082611 ~5941 | $72.45 | | $11,049.98 |
| 05/24/2021 | 25595 POS PUR 05/23 08:32 SUNOCO 005968820 CANONSBURG PA 0059003 025595~5542 | $33.74 | | $11,016.24 |
| 05/24/2021 | 230019 POS PUR 05/24 08:19 Walmart.com Bentonville AR 02003144 052408230~5310 | $30.62 | | $10,985.62 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
For business accounts, click on https://www.fnb-online.com/business-overdrafts

**first National Bank**

[barcode]

4140 E. State Street
Hermitage, PA 16148

ADDRESS SERVICE REQUESTED
>01957A 7831954A 0001 0925H3 102

ANDREW F KUZY
COLLEEN A KUZY
TAX ESCROW ACCOUNT
531 WARRICK DR
WASHINGTON PA 15301-9513

Statement Ending 05/14/2021
Page 1 of 4
ANDREW F KUZY
Primary Account Number:

**Managing Your Accounts**

| | |
|---|---|
| Online | www.fnb-online.com |
| By Phone | 1 800-555-5455 |
| By Mail | 4140 E. State Street |
| | Hermitage, PA 16148 |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREESTYLE CHECKING | | $2,359.72 |

## FREESTYLE CHECKING -

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/17/2021 | Balance Last Statement | $2,123.67 |
| | 4 Credit(s) This Period | $240.00 |
| | 1 Debit(s) This Period | $3.95 |
| 5/14/2021 | Balance This Statement | $2,359.72 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 4/17/2021 | Balance Last Statement | | | $2,123.67 |
| 4/23/2021 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 9646682B | | $60.00 | $2,183.67 |
| 4/30/2021 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 9646682B | | $60.00 | $2,243.67 |
| 5/07/2021 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 9646682B | | $60.00 | $2,303.67 |
| 5/14/2021 | TRANSFER FROM BUSINESS CHECKING ACCOUNT 9646682B | | $60.00 | $2,363.67 |
| 5/14/2021 | PAPER STATEMENT FEE | $3.95 | | $2,359.72 |
| 5/14/2021 | Balance This Statement | | | $2,359.72 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 23/2021 | $2,183.67 | 05/07/2021 | $2,303.67 | 05/14/2021 | $2,359.72 |
| 30/2021 | $2,243.67 | | | | |

19574 7831954 03115 0AB29 0001/0002

ALANDRA FUNERAL SERVICE INC.
)4 WEST PIKE STREET
ANONSBURG PA 15317

ANDREW KUZY
EMPLOYEE ID: 3
DEPARTMENT: 10
DD RECEIPT:  1208361038



| ay Period | 04/25/2021 - 05/08/2021 | | | FITWH | Filing Status: M | | |
| ay Date | 05/14/2021 | | | PA | Filing Status: M  Exemptions: 0 | | |

| arnings | RATE | HOUR/UNIT | | CURRENT | YTD HOUR/UNIT | YTI |
|---|---|---|---|---|---|---|
| ourly | 22.50 | 84.50 | | 1,901.25 | 858.00 | 19,305.0( |
| emovalFee | | | | 75.00 | | 2,175.0( |
| otal | | 84.50 | | $1,976.25 | 858.00 | $21,480.0( |

| Taxes | CURRENT | YTI |
|---|---|---|
| FITWH | 106.00 | 1,267.7 |
| MED | 28.66 | 311.4 |
| SOC | 122.53 | 1,331.7 |
| PA | 60.67 | 659.4 |
| PAEUC | 1.19 | 12.8 |
| PACAI | 19.76 | 214.8 |
| PACAIL | 2.00 | 20.0 |
| Total | $340.81 | $3,818.1 |

| Net Pay | XXXX6826 | $1,635.4 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**SALANDRA FUNERAL SERVICE INC.**
304 WEST PIKE STREET
CANONSBURG PA 15317

Direct Deposit #  1208361038
Date    05/14/2021

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **          VOID ** VOID **

10   DD

DIRECT DEPOSIT $1,635.44
TO ACCOUNT #   XXXX6826
BANK #    XXXXX8092

Pay to the
Order of

**ANDREW KUZY**
531 WARRICK DR
WASHINGTON PA 15301

**N O N - N E G O T I A B L E**

ALANDRA FUNERAL SERVICE INC.
4 WEST PIKE STREET
NONSBURG PA 15317

EMPLOYEE ID: 3
DEPARTMENT: 10
DD RECEIPT:    1208946219



| y Period | 05/09/2021 - 05/22/2021 | | FITWH | Filing Status: M | |
| y Date | 05/28/2021 | | PA | Filing Status: M Exemptions: 0 | |

| rnings | RATE | HOUR/UNIT | | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|---|
| urly | 22.50 | 89.50 | | 2,013.75 | 947.50 | 21,318.75 |
| movalFee | | | | 225.00 | | 2,400.00 |
| tal | | 89.50 | | $2,238.75 | 947.50 | $23,718.75 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 137.50 | 1,405.29 |
| MED | 32.46 | 343.93 |
| SOC | 138.80 | 1,470.57 |
| PA | 68.73 | 728.15 |
| PAEUC | 1.34 | 14.23 |
| PACAI | 22.39 | 237.20 |
| PACAIL | 2.00 | 22.00 |
| Total | $403.22 | $4,221.37 |

| Net Pay | XXXX6826 | | $1,835.53 |
|---|---|---|---|

THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.

SALANDRA FUNERAL SERVICE INC.
304 WEST PIKE STREET
CANONSBURG PA 15317

Direct Deposit #  1208946219
Date      05/28/2021

ay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **     | VOID ** VOID **

DIRECT DEPOSIT $1,835.53
TO ACCOUNT #   XXXX6826
BANK #          XXXXX8092

10   DD

Pay to the
Order of

ANDREW KUZY
531 WARRICK DR
WASHINGTON PA 15301

N O N - N E G O T I A B L E



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

**Metropolitan**
**Commercial Bank.**
The **Entrepreneurial** Bank

Member
**FDIC**

Period Covered:
May 01, 2021 - May 31, 2021
Page 1 of 1

Mr. Jeffrey J. Sikirica
121 Northbrook Dr. Pine Township
Gibsonia PA 15044

| | |
|---|---|
| Case Number | 18-21728 |
| Case Name | Kuzy, Andrew |
| | DEBTOR |
| Trustee Number | 580400 |
| Trustee Name | Mr. Jeffrey J. Sikirica |
| | TRUSTEE |

☎ Questions:
800.634.7734
banking.services@stretto.com
www.stretto.com

**Consolidated Balance Summary**

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 3910248128 | $29,388.87 | $49,388.87 |
| Total | | $29,388.87 | $49,388.87 |

**TRUSTEE CHECKING** — Account Number:

| | | | |
|---|---|---|---|
| Enclosures | 0 | Beginning Balance | $29,388.87 |
| | | +Total Additions | $20,000.00 |
| | | -Total Subtractions | $0.00 |
| | | Ending Balance | $49,388.87 |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

**Credits**

| Date | Description | Additions |
|---|---|---|
| 05-10 | DEP 10002 | $20,000.00 |

**Daily Balances**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05-10 | $49,388.87 | | | | |

**In case of errors or questions about your account telephone Stretto at: 800.634.7734 or email us at: banking.services@stretto.com**
As soon as you recognize an error, or if you need more information about a transaction listed on the statement or receipt:

Please Provide:

- Name and account number.
- A detailed explanation of why you believe there is an error or why you need more information.
- The dollar amount of the suspected error.
- We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

We will investigate your disputed transactions and correct any error promptly. If not resolved within 10 business days, Metropolitan Commercial Bank will credit your account for the amount in error, and notify you within 2 business days, so that you may use the funds during the time it takes us to complete our investigation.