## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ANDREW F. KUZY<br>COLLEEN A. KUZY<br><br>Jeffrey J. Sikirica, Trustee<br>　　　　　　　　　Movant<br>v.<br>No Respondents. | CASE NO: 18-21728-CMB<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br><br>Related to Doc. Nos. 250 & 251 |

On 10/12/2021, I did cause a copy of the following documents, described below,
NOTICE OF VIDEO CONFERENCE HEARING AND RESPONSE DEADLINE REGARDING FINAL APPPLICATION FOR FEES AND EXPENSES SUBMITTED BY THE CHAPTER 11 TRUSTEE
SUMMARY COVER SHEET FOR FEE APPLICATIONS IN CHAPTER 11 AND CHAPTER 15
APPLICATION FOR FEES AND EXPENSES SUBMITTED BY CHAPTER 11 TRUSTEE
ORDER AWARDING COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES TO JEFFREY J. SIKIRICA,CHAPTER 11 TRUSTEE
EXHIBITS A, B, C-1, C-2, D & E

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.
I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.
Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/12/2021

　　　　　　　　　　　　　　/s/ Jeffrey J. Sikirica
　　　　　　　　　　　　　　Jeffrey J. Sikirica  36745

　　　　　　　　　　　　　　The Law Firm of Jeffrey J. SIkirica
　　　　　　　　　　　　　　121 Northbrook Drive
　　　　　　　　　　　　　　Gibsonia, PA  15044
　　　　　　　　　　　　　　725.625.2566

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ANDREW F. KUZY<br>COLLEEN A. KUZY<br><br>Jeffrey J. Sikirica, Trustee<br>　　　　　　　　　Movant<br>v.<br>No Respondents. | CASE NO: 18-21728-CMB<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br><br>Related to Doc. Nos. 250 & 251 |

On 10/12/2021, a copy of the following documents, described below,

NOTICE OF VIDEO CONFERENCE HEARING AND RESPONSE DEADLINE REGARDING FINAL APPPLICATION FOR FEES AND EXPENSES SUBMITTED BY THE CHAPTER 11 TRUSTEE

SUMMARY COVER SHEET FOR FEE APPLICATIONS IN CHAPTER 11 AND CHAPTER 15

APPLICATION FOR FEES AND EXPENSES SUBMITTED BY CHAPTER 11 TRUSTEE

ORDER AWARDING COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES TO JEFFREY J. SIKIRICA, CHAPTER 11 TRUSTEE

EXHIBITS A, B, C-1, C-2, D & E

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/12/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey J. Sikirica
The Law Firm of Jeffrey J. SIkirica
121 Northbrook Drive
Gibsonia, PA  15044

Case 18-21728-CMB    Doc 254    Filed 10/12/21    Entered 10/12/21 15:01:23    Desc Main
Document      Page 3 of 5

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SENT ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
ATT MOBILITY                              ACCOUNT RECOVERY SERVICES                ALLY BANK
PO BOX 6416                               ATTN BANKRUPTCY                          PO BOX 130424
CAROL STREAM IL 60197-6416                3031 N 114TH ST                          ROSEVILLE MN 55113-0004
                                          MILWALKEE WI 53222-4218


ALLY BANK CO AIS PORTFOLIO SERVICES LP    ALLY FINANCIAL                           AMERICAN EXPRESS NATIONAL BANK
4515 N SANTA FE AVE DEPT APS              ATTN BANKRUPTCY                          CO BECKET  LEE LLP
OKLAHOMA CITY OK 73118-7901               PO BOX 380901                            PO BOX 3001
                                          BLOOMINGTON MN 55438-0901                MALVERN PA 19355-0701


AMEX                                      BARCLAYS BANK OF DELAWARE                CAPITAL ONE NA
CORRESPONDENCE                            PO BOX 8803                              CO BECKET AND LEE LLP
PO BOX 981540                             WILMINGTON DE 19899-8803                 PO BOX 3001
EL PASO TX 79998-1540                                                              MALVERN PA 19355-0701


JPMORGAN CHASE BANK N A                   CHROME FCU                               CITIBANK
BANKRUPTCY MAIL INTAKE TEAM               PO BOX 658                               PO BOX 6241
700 KANSAS LANE FLOOR 01                  CANONSBURG PA 15317-0658                 SIOUX FALLS SD 57117-6241
MONROE LA 71203-4774


CITIZENS AUTO FINANCE                     CITIZENS BANK N A                        COLLECTION SERVICE CENTER
480 JEFFERSON BLVD                        ATTN BANKRUPTCY TEAM                     PO BOX 560
WARWICK RI 02886-1359                     ONE CITIZENS BANK WAY                    NEW KENSINGTON PA 15068-0560
                                          JCA115
                                          JOHNSTON RI 02919-1922


COMMONWEALTH OF PENNSYLVANIA              CREDENCE RESOURCE MGMT                   CREDIT CONTROL SERVICES
DEPARTMENT OF REVENUE                     PO BOX 2300                              725 CANTON ST
BUREAU OF COMPLIANCE DEPARTMENT 280946     SOUTHGATE MI 48195-4300                  NORWOOD MA 02062-2679
HARRISBURG PA 17128-0001


CREDIT ONE BANK                           DSNB MACY S                              INTERNAL REVENUE SERVICE
PO BOX 98873                              CITIBANK                                 SPECIAL PROCEDURES DIVISION
LAS VEGAS NV 89193-8873                   1000 TECHNOLOGY DRIVE MS 777             PO BOX 628
                                          O FALLON MO 63368-2222                   BANKRUPTCY SECTION
                                                                                   PITTSBURGH PA 15230


KEY BANK NATIONAL ASSOCIATION             KEY BANK NA                              KEY BANK NA
PO BOX 94825                              4910 TIEDEMAN ROAD                       4224 RIDGE LEA
CLEVELAND OH 44101-4825                   BROOKLYN OH 44144-2338                   AMHERST NY 14226-1016


KEY BANK NA                               BRIAN M KILE                             KOHLSCAPITAL ONE
CO BRIAN M KILE ESQUIRE                   GRENEN  BIRSIC PC                        KOHLS CREDIT
GRENEN  BIRSIC PC                         ONE GATEWAY CENTER 9TH FLOOR             PO BOX 3043
ONE GATEWAY CENTER 9TH FLOOR              PITTSBURGH PA 15222                      MILWAUKEE WI 53201-3043
PITTSBURGH PA 15222
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF PARTICIPANT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
ANTHONY T KOVALCHICK                    ANDREW F KUZY                           COLLEEN A KUZY
PA OFFICE OF THE ATTORNEY GENERAL       531 WARRICK DRIVE                       531 WARRICK DRIVE
1251 WATERFRONT PLACE                   WASHINGTON PA 15301-9513                WASHINGTON PA 15301-9513
MEZZANINE LEVEL
PITTSBURGH PA 15222-4227


LVNV FUNDING LLC                        LVNV FUNDING LLC ITS SUCCESSORS AND     LAURA KEISLING TAX COLLECTOR
PO BOX 10497                            ASSIGNS                                 550 WASHINGTON ROAD
GREENVILLE SC 29603-0497                ASSIGNEE OF MHC RECEIVABLES LLC AND     WASHINGTON PA 15301-9621
                                        FNBM LLC
                                        RESURGENT CAPITAL SERVICES
                                        PO BOX 10587
                                        GREENVILLE SC 29603-0587


MERRICK BANK                            MERCEDES BENZ FINANCIAL SERVICES        MERRICK BANK
RESURGENT CAPITAL SERVICES              13650 HERITAGE VALLEY PARKWAY           10705 JORDAN GTW STE 200
PO BOX 10368                            FORT WORTH TX 76177-0000                SOUTH JORDAN UT 84095-3977
GREENVILLE SC 29603-0368


MIDLAND FUNDING LLC                     BRIAN NICHOLAS                          DEPT OF REVENUE OFFICE OF ATTORNEY GEN
2365 NORTHSIDE DRIVE                    KML LAW GROUP PC                        ANTHONY T KOVALCHICK
SUITE 300                               701 MARKET STREET                       1251 WATERFRONT PLACE
SAN DIEGO CA 92108-2709                 SUITE 5000                              MEZZANINE LEVEL
                                        PHILADELPHIA PA 19106-1541              PITTSBURGH PA 15222-4227


OFFICE OF THE UNITED STATES TRUSTEE     PNC BANK RETAIL LENDING                 PRA RECEIVABLES MANAGEMENT LLC
LIBERTY CENTER                          P O BOX 94982                           PO BOX 41021
1001 LIBERTY AVENUE SUITE 970           CLEVELAND OH 44101-4982                 NORFOLK VA 23541-1021
PITTSBURGH PA 15222-3721


PENNSYLVANIA DEPARTMENT OF REVENUE      PENNSYLVANIA DEPT OF REVENUE            PORTFOLIO RECOVERY ASSOCIATES LLC
BANKRUPTCY DIVISION                     DEPARTMENT 280946                       PO BOX 41067
PO BOX 280946                           PO BOX 280946                           NORFOLK VA 23541-1067
HARRISBURG PA 17128-0946                ATTN- BANKRUPTCY DIVISION
                                        HARRISBURG PA 17128-0946


STATE FARM BANK                         LOAN SERVICING                          TARGET
CO BECKET AND LEE LLP                   LOAN SUPPORT                            TARGET CARD SERVICES
PO BOX 3001                             PO BOX 5961                             MAIL STOP NCB-0461
MALVERN PA 19355-0701                   MADISON WI 53705-0961                   MINNEAPOLIS MN 55440


BRIAN C THOMPSON                        UPMC HEALTH SERVICES                    UPMC PHYSICIAN SERVICES
THOMPSON LAW GROUP PC                   PO BOX 1123                             PO BOX 1123
125 WARRENDALE BAYNE ROAD               MINNEAPOLIS MN 55440-1123               MINNEAPOLIS MN 55440-1123
SUITE 200
WARRENDALE PA 15086-6504


WHS ORTHO SPORTS MEDICINE               WASHINGTON CO TAX CLAIM BUREAU          WASHINGTON COUNTY CLERK OF COURTS
95 LEONARD AVENUE                       100 W BEAU ST STE 205                   1 S MAIN STREET 1005
WASHINGTON PA 15301-3368                WASHINGTON PA 15301-4483                WASHINGTON PA 15301-6813
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
WASHINGTON COUNTY TAX AUTHORITY        WORKFORCE WEST VIRGINIA            NORMA HILDENBRAND ON BEHALF OF THE
100 W BEAU STREET                      112 CALIFORNIA AVENUE              UNITED S
WASHINGTON PA 15301-4432               CHARLESTON WV 25305-0047           OFFICE OF THE UNITED STATES TRUSTEE
                                                                         SUITE 970 LIBERTY CENTER
                                                                         1001 LIBERTY AVENUE
                                                                         PITTSBURGH PA 15222-3714
```