UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ANDREW F. KUZY<br>COLLEEN A. KUZY<br><br>Jeffrey J. Sikirica, Trustee<br>　　　　　　　　　　Movant<br>v.<br>No Respondents. | CASE NO: 18-21728-CMB<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br><br>Related to Doc. Nos. 252 & 253 |

On 10/12/2021, I did cause a copy of the following documents, described below,
NOTICE OF VIDEO CONFERENCE HEARING AND RESPONSE DEADLINE REGARDING FINAL APPPLICATION FOR FEES AND EXPENSES SUBMITTED BY ATTORNEY FOR CHAPTER 11 TRUSTEE
SUMMARY COVER SHEET FOR FEE APPLICATIONS IN CHAPTER 11 AND CHAPTER 15
FINAL APPLICATION FOR FEES AND EXPENSES SUBMITTED BY ATTORNEY FOR CHAPTER 11 TRUSTEE
ORDER AWARDING JEFFREY J. SIKIRICA, ESQUIRE, ATTORNEY FOR TRUSTEE, COMPENSATION AND EXPENSES
EXHIBITS A, B, C-1, C-2, D & E
to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.
I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.
Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/12/2021

　　　　　　　　　　　　　　　　　　/s/ Jeffrey J. Sikirica
　　　　　　　　　　　　　　　　　　Jeffrey J. Sikirica  36745

　　　　　　　　　　　　　　　　　　The Law Firm of Jeffrey J. SIkirica
　　　　　　　　　　　　　　　　　　121 Northbrook Drive
　　　　　　　　　　　　　　　　　　Gibsonia, PA  15044
　　　　　　　　　　　　　　　　　　725 625 2566

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ANDREW F. KUZY<br>COLLEEN A. KUZY<br><br>Jeffrey J. Sikirica, Trustee<br>                      Movant<br>v.<br>No Respondents. | CASE NO: 18-21728-CMB<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br><br><br>Related to Doc. Nos. 252 & 253 |

On 10/12/2021, a copy of the following documents, described below,

NOTICE OF VIDEO CONFERENCE HEARING AND RESPONSE DEADLINE REGARDING FINAL APPPLICATION FOR FEES AND EXPENSES SUBMITTED BY ATTORNEY FOR CHAPTER 11 TRUSTEE

SUMMARY COVER SHEET FOR FEE APPLICATIONS IN CHAPTER 11 AND CHAPTER 15

FINAL APPLICATION FOR FEES AND EXPENSES SUBMITTED BY ATTORNEY FOR CHAPTER 11 TRUSTEE

ORDER AWARDING JEFFREY J. SIKIRICA, ESQUIRE, ATTORNEY FOR TRUSTEE, COMPENSATION AND EXPENSES

EXHIBITS A, B, C-1, C-2, D & E

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/12/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey J. Sikirica
The Law Firm of Jeffrey J. SIkirica
121 Northbrook Drive
Gibsonia, PA  15044

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING" WERE SENT ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ATT MOBILITY<br>PO BOX 6416<br>CAROL STREAM IL 60197-6416 | ACCOUNT RECOVERY SERVICES<br>ATTN BANKRUPTCY<br>3031 N 114TH ST<br>MILWALKEE WI 53222-4218 | ALLY BANK<br>PO BOX 130424<br>ROSEVILLE MN 55113-0004 |
| ALLY BANK CO AIS PORTFOLIO SERVICES LP<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 | ALLY FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 380901<br>BLOOMINGTON MN 55438-0901 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET  LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |
| AMEX<br>CORRESPONDENCE<br>PO BOX 981540<br>EL PASO TX 79998-1540 | BARCLAYS BANK OF DELAWARE<br>PO BOX 8803<br>WILMINGTON DE 19899-8803 | CAPITAL ONE NA<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |
| JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | CHROME FCU<br>PO BOX 658<br>CANONSBURG PA 15317-0658 | CITIBANK<br>PO BOX 6241<br>SIOUX FALLS SD 57117-6241 |
| CITIZENS AUTO FINANCE<br>480 JEFFERSON BLVD<br>WARWICK RI 02886-1359 | CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | COLLECTION SERVICE CENTER<br>PO BOX 560<br>NEW KENSINGTON PA 15068-0560 |
| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE DEPARTMENT 280946<br>HARRISBURG PA 17128-0001 | CREDENCE RESOURCE MGMT<br>PO BOX 2300<br>SOUTHGATE MI 48195-4300 | CREDIT CONTROL SERVICES<br>725 CANTON ST<br>NORWOOD MA 02062-2679 |
| CREDIT ONE BANK<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873 | DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES DIVISION<br>PO BOX 628<br>BANKRUPTCY SECTION<br>PITTSBURGH PA 15230 |
| KEY BANK NATIONAL ASSOCIATION<br>PO BOX 94825<br>CLEVELAND OH 44101-4825 | KEY BANK NA<br>4910 TIEDEMAN ROAD<br>BROOKLYN OH 44144-2338 | KEY BANK NA<br>4224 RIDGE LEA<br>AMHERST NY 14226-1016 |
| KEY BANK NA<br>CO BRIAN M KILE ESQUIRE<br>GRENEN  BIRSIC PC<br>ONE GATEWAY CENTER 9TH FLOOR<br>PITTSBURGH PA 15222 | BRIAN M KILE<br>GRENEN  BIRSIC PC<br>ONE GATEWAY CENTER 9TH FLOOR<br>PITTSBURGH PA 15222 | KOHLSCAPITAL ONE<br>KOHLS CREDIT<br>PO BOX 3043<br>MILWAUKEE WI 53201-3043 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
ANTHONY T KOVALCHICK                    ANDREW F KUZY                           COLLEEN A KUZY
PA OFFICE OF THE ATTORNEY GENERAL       531 WARRICK DRIVE                       531 WARRICK DRIVE
1251 WATERFRONT PLACE                   WASHINGTON PA 15301-9513                WASHINGTON PA 15301-9513
MEZZANINE LEVEL
PITTSBURGH PA 15222-4227


LVNV FUNDING LLC                        LVNV FUNDING LLC ITS SUCCESSORS AND     LAURA KEISLING TAX COLLECTOR
PO BOX 10497                            ASSIGNS                                 550 WASHINGTON ROAD
GREENVILLE SC 29603-0497                ASSIGNEE OF MHC RECEIVABLES LLC AND     WASHINGTON PA 15301-9621
                                        FNBM LLC
                                        RESURGENT CAPITAL SERVICES
                                        PO BOX 10587
                                        GREENVILLE SC 29603-0587


MERRICK BANK                            MERCEDES BENZ FINANCIAL SERVICES        MERRICK BANK
RESURGENT CAPITAL SERVICES              13650 HERITAGE VALLEY PARKWAY           10705 JORDAN GTW STE 200
PO BOX 10368                            FORT WORTH TX 76177-0000                SOUTH JORDAN UT 84095-3977
GREENVILLE SC 29603-0368


MIDLAND FUNDING LLC                     BRIAN NICHOLAS                          DEPT OF REVENUE OFFICE OF ATTORNEY GEN
2365 NORTHSIDE DRIVE                    KML LAW GROUP PC                        ANTHONY T KOVALCHICK
SUITE 300                               701 MARKET STREET                       1251 WATERFRONT PLACE
SAN DIEGO CA 92108-2709                 SUITE 5000                              MEZZANINE LEVEL
                                        PHILADELPHIA PA 19106-1541              PITTSBURGH PA 15222-4227


OFFICE OF THE UNITED STATES TRUSTEE     PNC BANK RETAIL LENDING                 PRA RECEIVABLES MANAGEMENT LLC
LIBERTY CENTER                          P O BOX 94982                           PO BOX 41021
1001 LIBERTY AVENUE SUITE 970           CLEVELAND OH 44101-4982                 NORFOLK VA 23541-1021
PITTSBURGH PA 15222-3721


PENNSYLVANIA DEPARTMENT OF REVENUE      PENNSYLVANIA DEPT OF REVENUE            PORTFOLIO RECOVERY ASSOCIATES LLC
BANKRUPTCY DIVISION                     DEPARTMENT 280946                       PO BOX 41067
PO BOX 280946                           PO BOX 280946                           NORFOLK VA 23541-1067
HARRISBURG PA 17128-0946                ATTN- BANKRUPTCY DIVISION
                                        HARRISBURG PA 17128-0946


STATE FARM BANK                         LOAN SERVICING                          TARGET
CO BECKET AND LEE LLP                   LOAN SUPPORT                            TARGET CARD SERVICES
PO BOX 3001                             PO BOX 5961                             MAIL STOP NCB-0461
MALVERN PA 19355-0701                   MADISON WI 53705-0961                   MINNEAPOLIS MN 55440


BRIAN C THOMPSON                        UPMC HEALTH SERVICES                    UPMC PHYSICIAN SERVICES
THOMPSON LAW GROUP PC                   PO BOX 1123                             PO BOX 1123
125 WARRENDALE BAYNE ROAD               MINNEAPOLIS MN 55440-1123               MINNEAPOLIS MN 55440-1123
SUITE 200
WARRENDALE PA 15086-6504


WHS ORTHO SPORTS MEDICINE               WASHINGTON CO TAX CLAIM BUREAU          WASHINGTON COUNTY CLERK OF COURTS
95 LEONARD AVENUE                       100 W BEAU ST STE 205                   1 S MAIN STREET 1005
WASHINGTON PA 15301-3368                WASHINGTON PA 15301-4483                WASHINGTON PA 15301-6813
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SENT NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| WASHINGTON COUNTY TAX AUTHORITY<br>100 W BEAU STREET<br>WASHINGTON PA 15301-4432 | WORKFORCE WEST VIRGINIA<br>112 CALIFORNIA AVENUE<br>CHARLESTON WV 25305-0047 | NORMA HILDENBRAND ON BEHALF OF THE<br>UNITED S<br>OFFICE OF THE UNITED STATES TRUSTEE<br>SUITE 970 LIBERTY CENTER<br>1001 LIBERTY AVENUE<br>PITTSBURGH PA 15222-3714 |