# UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF Pennsylvania

In re: ANDREW F. KUZY
COLLEEN A. KUZY

Debtor(s)

Case No.  18-21728

☐ Jointly Administered

## Post-confirmation Report

Chapter 11

Quarter Ending Date: 09/30/2021                                                Petition Date: 05/01/2018

Plan Confirmed Date: 03/18/2021                                              Plan Effective Date: 07/01/2021

This Post-confirmation Report relates to:  ⦿ Reorganized Debtor

◯ Other Authorized Party or Entity: _____

Name of Authorized Party or Entity

/s/Jeffrey J. Sikirica, Chpt. 11 Trustee
Signature of Responsible Party

10/28/2021
Date

Jeffrey J. Sikirica
Printed Name of Responsible Party

121 Northbrook Drive, Gibsonia, PA  15044
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name ANDREW F. KUZY  
COLLEEN A. KUZY

Case No. 18-21728

## Part 1: Summary of Post-confirmation Transfers

|   | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $23,892 | $23,892 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $23,892 | $23,892 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $20,797 | $0 | $17,100 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Thompson Law Group, P.C. | Lead Counsel | $0 | $20,797 | $0 | $17,100 |
| ii | Jeffrey J. Sikirica, Trustee | Other | $0 | $0 | $0 | $0 |
| iii | Jeffrey J. Sikirica, Esquire | Special Counsel | $0 | $0 | $0 | $0 |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $34,062 | $0 | $17,100 | $20,797 | 82% |
| b. Secured claims | $268,556 | $0 | $0 | $268,556 | 0% |
| c. Priority claims | $2,310 | $0 | $0 | $2,310 | 0% |
| d. General unsecured claims | $605 | $0 | $0 | $605 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report?   Yes ◯   No ⦿

   If yes, give date Final Decree was entered: _____

   If no, give date when the application for Final Decree is anticipated: 11/30/2021

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ⦿   No ◯

| Debtor's Name | ANDREW F. KUZY | Case No. | 18-21728 |
| --- | --- | --- | --- |
| | COLLEEN A. KUZY | | |

3

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| /s/ Jeffrey J. Sikirica | Jeffrey J. Sikirica |
| --- | --- |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Chapt.11 Trustee | 10/27/2021 |
| Title | Date |

UST Form 11-PCR (06/07/2021)    3