IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| ANDREW F. KUZY | : | Bankruptcy No. 18-21728-CMB |
| COLLEEN A. KUZY | : | Chapter 7 |
| | : | |
| Debtor. | : | Document No. _____ |
| | : | Related to Docket Nos. 250, 251 & 255 |
| JEFFREY J. SIKIRICA, CHAPTER 7 TRUSTEE | : | |
| | : | |
| Movant, | : | Hearing Date & Time: |
| vs. | : | November 8, 2021 @ 2:30 pm |
| | : | |
| No Respondents. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR FEES AND EXPENSES SUBMITTED BY THE CHAPTER 11 TRUSTEE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the above cite Application filed on **October 12, 2021** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than **October 29, 2021**.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: 10/31/2021                                       By: /s/ Jeffrey J. Sikirica
                                                            Signature

                                                            Jeffrey J. Sikirica
                                                            Typed Name

                                                            121 Northbrook Drive, Gibsonia, PA  15044
                                                            Address

                                                            724-625-2566
                                                            Phone No.

                                                            PA ID 36745
                                                            List Bar I.D. and State of Admission

**PAWB Local Form 25 (07/13)**