**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Andrew F. Kuzy and                                      Bankr. No.  18-21728-CMB
Colleen A. Kuzy,


      Debtors.                                      Chapter 11


**ENTRY OF APPEARANCE  AND REQUEST FOR NOTICES**

To: Clerk of Courts

      Please enter the appearance of Larry Wahlquist on behalf of the United States Trustee in the above captioned matter.

                                Respectfully Submitted,

                                ANDREW R. VARA
                                UNITED STATES TRUSTEE
                                Regions 3 and 9


By:    /s/Larry Wahlquist
          Larry Wahlquist, Trial Attorney
          District of Columbia ID 492864
          Liberty Center, Suite 970
          1001 Liberty Avenue
          Pittsburgh, Pennsylvania 15222
          (412) 644-4756 Telephone
          Email: Larry.E.Wahlquist@usdoj.gov