**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| ANDREW F. KUZY | ) | Case No. 18-21728-CMB |
| COLLEEN A. KUZY | ) | |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| | ) | Document No. ___ |

## STATUS REPORT

AND NOW, comes, Jeffrey J. Sikirica, Trustee (hereinafter "Trustee") for the Bankruptcy Estate of Andrew F. Kuzy and Colleen A. Kuzy (hereinafter "Debtors") and files this "Status Report", stating in support thereof as follows:

1. An Order by default was entered on March 18, 2021 confirming an Amended Chapter 11 Plan and the Plan became final on April 1, 2021.

2. As of October 2021 final fee applications were filed and payments were commenced pursuant to the Plan.

3. The modified secured claim of creditor Key Bank is to receive monthly payments over 60 months with a balloon payment due on the 60th payment.

4. Trustee had sent an amortization schedule to Key Bank requesting confirmation of the balloon payment amount along with a follow up letter but has received no response.

5. Trustee has since contacted prior local bankruptcy counsel for Key Bank who has indicated he would communicate with Key Bank.

6. The modified secured creditor PNC Bank is to receive payments at 3.5% interest over 180 months as payment in full.

7. As counsel of record for PNC never responded to the filed Plan or subsequent communications by the Trustee, the Trustee initially communicated with the servicing branch of PNC concerning the loan modification, accounting of payments and reporting of annual interest payments to which no response was received.

8. The Trustee has since contacted a Patrick Miller at PNC's legal department who is currently looking into the matter.

9. If the aforementioned matters with Key Bank and PNC Bank are not resolved by the end of January 2022, the Trustee will file the appropriate motions to bring these matters before the Court.

10. Once the matters with Key Bank and PNC Bank are resolved the Trustee will file a motion for a Final Decree.

Respectfully submitted,

Dated: 01/09/22

/s/ *Jeffrey J. Sikirica* ___
Jeffrey J. Sikirica, Trustee
PA. I.D. #36745
121 Northbrook Drive
Gibsonia, PA  15044
T:  (724) 625-2566
F:  (724) 625-4611
TrusteeSikirica@zoominternet.net
**TRUSTEE FOR DEBTOR**