**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **ANDREW F. KUZY** ) | Case No.   18-21728-CMB |
| **COLLEEN A. KUZY** ) | |
| ) | |
| Debtor.    ) | Chapter 11 |
| ) | |
| ) | Document No. ___ |
| ) | |
| ) | Related to Doc. No. 269 |

**STATUS REPORT**

AND NOW, comes, Jeffrey J. Sikirica, Trustee (hereinafter "Trustee") for the Bankruptcy Estate of Andrew F. Kuzy and Colleen A. Kuzy (hereinafter "Debtors") and files this "Status Report", stating in support thereof as follows:

1. Since the filing of the last status report the Trustee has received amortization schedules from both Key Bank and PNC Bank to reflect the changes in the secured obligation pursuant to the confirmed Chapter 11 Plan.

2. Unfortunately both schedules do not accurately reflect the payments commenced by the Chapter 13 Trustee staring with the month of November 2021.

3. The Trustee has requested revised amortization schedules but has not received them as of the date of this Status Report.

4. The Trustee will on May 6, 2022, file a motion for a final decree along with motions to approve a Trustee generated amortization schedule if revised amortization schedules are not received from the respective banks next week.

Respectfully submitted,

Dated: 04/29/22                           */s/ Jeffrey J. Sikirica* ___

                                  Jeffrey J. Sikirica, Trustee
                                  PA. I.D. #36745
                                  121 Northbrook Drive
                                  Gibsonia, PA  15044
                                  T:  (724) 625-2566
                                  F:  (724) 625-4611
                                [TrusteeSikirica@zoominternet.net](mailto:TrusteeSikirica@zoominternet.net)
                                  **TRUSTEE FOR DEBTOR**