# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | |
|---|---|
| **ANDREW F. KUZY** : | **Bankruptcy No. 18-21728-CMB** |
| **COLLEEN A. KUZY** : | |
| : | **Chapter 7** |
| Debtor(s). : | |
| : | **Document No. _____** |
| **JEFFREY J. SIKIRICA,** : | |
| **CHAPTER 7 TRUSTEE,** : | |
| : | |
| Movant(s), : | |
| : | |
| v. : | |
| : | |
| **PNC BANK.** : | |
| : | |
| Respondent(s). : | |

## NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING CHAPTER 7 TRUSTEE'S MOTION TO DETERMINE PAYMENT SCHEDULE OF DEBTOR TO PNC BANK PURSUANT TO ORDER OF COURT CONFIRMING AMENDED CHAPTER 11 PLAN

TO THE RESPONDENT(S):

*You are hereby notified that the Movant seeks an order affecting your rights or property.*

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **May 23, 2022** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Böhm as found on her Court's webpage at www.pawb.uscourts.gov/procedures-1. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once.*

*A Zoom Video Conference Hearing* will be held on **June 9, 2022, at 02:30 p.m.** before Judge Carlota M. Böhm via the *Zoom Video Conference Application* ("Zoom"). To participate in and join a Zoom

Hearing please initiate and use the following link at 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you may use the following Meeting ID: 161 4380 0191. For questions regarding the connection, contact Judge Bohm's Chambers at 412-644-4328.  ***All attorneys and Parties may only appear by Zoom and must comply with Chief Judge Böhm's Zoom Procedures, which can be found on the Court's website at*** https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. Under the current COVID19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements.

Only (10) minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date of Service:  May 6, 2022

/s/ Jeffrey J. Sikirica
Jeffrey J. Sikirica, Trustee
PA I.D. # 36745
121 Northbrook Drive
Gibsonia, PA 15044
(724) 625-2566 (724) 625-4611 fax
sikiricalaw@zoominternet.net