## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | ) | **Bankruptcy No. 18-21728-CMB** |
| | ) | |
| **ANDREW F. KUZY** | ) | **Chapter 11** |
| **COLLEEN A. KUZY** | ) | |
| | ) | **Docket No. \_\_\_\_** |
| **Debtors,** | ) | |
| | ) | |
| | ) | |
| **JEFFREY J. SIKIRICA,** | ) | |
| **CHAPTER 7 TRUSTEE,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **PNC BANK** | ) | |
| | ) | |
| **Respondent.** | ) | |

### CERTIFICATE OF SERVICE OF MOTION TO DETERMINE PAYMENT SCHEDULE OF DEBTOR TO PNC BANK PURSUANT TO ORDER OF COURT CONFIRMING AMENDED CHAPTER 11 PLAN INCLUDING HEARING NOTICE, RESPONSE DEADLINE AND EXHIBIT

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 6, 2021.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was First Class Mail unless indicated as electronic service by NEF on the attached list.

BY NEF:

Thomas Henderson, Esq.
Counsel for PNC Bank            Thomas.henderson@pnc.com

Brian Thompson, Esq.
Attorney for Debtor             bthompson@ThompsonAttorney.com

Office of the US Trustee        ustpregion03.pi.ecf@usdoj.gov

By US Mail:

Andrew F. Kuzy
Colleen A. Kuzy
531 Warrick Drive
Washington, PA  15301

          Respectfully Submitted.


Date:  May 6, 2022           /s/ Jeffrey J. Sikirica
          Jeffrey J. Sikirica, Trustee
          PA I.D.# 36745
          121 Northbrook Drive
          Pine Township
          Gibsonia, PA  15044
          T:  (724) 625-2566
          F:  (724) 625-4611
          TrusteeSikirica@consolidated.net