# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | ) | **Bankruptcy No. 18-21728-CMB** |
| | ) | |
| **ANDREW F. KUZY** | ) | **Chapter 11** |
| **COLLEEN A. KUZY** | ) | |
| | ) | **Docket No. \_\_\_\_** |
| **Debtors,** | ) | |
| | ) | |
| | ) | |
| **JEFFREY J. SIKIRICA,** | ) | |
| **CHAPTER 7 TRUSTEE,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KEY BANK, N.A.** | ) | |
| | ) | |
| **Respondent.** | ) | |

### CERTIFICATE OF SERVICE OF MOTION TO DETERMINE PAYMENT SCHEDULE OF DEBTOR TO KEY BANK PURSUANT TO ORDER OF COURT CONFIRMING AMENDED CHAPTER 11 PLAN INCLUDING NOTICE OF HEARING, RESPONSE DEADLINE AND EXHIBIT

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 6, 2021.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was First Class Mail unless indicated as electronic service by NEF on the attached list.

BY NEF:

Brian Kile, Esq.
Counsel for Key Bank          bkile@grenenbirsic.com

Brian Thompson, Esq.
Attorney for Debtor           bthompson@ThompsonAttorney.com

Office of the US Trustee      ustpregion03.pi.ecf@usdoj.gov

By US Mail:

Andrew F. Kuzy
Colleen A. Kuzy
531 Warrick Drive
Washington, PA  15301

Mr. Charles Button
c/o Key Bank, N.A.
4224 Ridge Lea Road
Amherst, NY  14226

                                                Respectfully Submitted.


Date:  May 6, 2022                              /s/ Jeffrey J. Sikirica
                                                           Jeffrey J. Sikirica, Trustee
                                                           PA I.D.# 36745
                                                           121 Northbrook Drive
                                                           Pine Township
                                                           Gibsonia, PA  15044
                                                           T:  (724) 625-2566
                                                          F:  (724) 625-4611
                                                          TrusteeSikirica@consolidated.net