# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ANDREW F. KUZY<br>COLLEEN A. KUZY<br><br>Jeffrey J. Sikirica, Trustee<br><br>v.<br><br>No Respondents. | CASE NO: 18-21728-CMB<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 5/6/2022, I did cause a copy of the following documents, described below,

NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING CHAPTER 7 TRUSTEE'S MOTION FOR FINAL APPLICATION FOR FEES AND EXPENSES SUBMITTED BY ATTORNEY FOR CHAPTER 11 TRUSTEE, SUMMARY COVERSHEET, FEE APPLICATION, ORDER AND EXHIBITS

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/6/2022

        /s/ Jeffrey J. Sikirica
        Jeffrey J. Sikirica

        Jeffrey J. Sikirica, Esquire
        121 Northbrook Drive
        Gibsonia, PA  15044
        724 625 2566
        TrusteeSikirica@zoominternet.net

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO: 18-21728-CMB |
| ANDREW F. KUZY<br>COLLEEN A. KUZY | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING** |
| Jeffrey J. Sikirica, Trustee | Chapter: 11 |
| v. | |
| No Respondents. | |

On 5/6/2022, a copy of the following documents, described below,

NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING CHAPTER 7 TRUSTEE'S MOTION FOR FINAL APPLICATION FOR FEES AND EXPENSES SUBMITTED BY ATTORNEY FOR CHAPTER 11 TRUSTEE, SUMMARY COVERSHEET, FEE APPLICATION, ORDER AND EXHIBITS

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/6/2022

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey J. Sikirica
Jeffrey J. Sikirica, Esquire
121 Northbrook Drive
Gibsonia, PA  15044

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL NOTE: CONTINUATION OF ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" WERE SENT NOTICE THROUGH THE CM/ECF SYSTEM

ATT MOBILITY                              ACCOUNT RECOVERY SERVICES                 ALLY BANK
PO BOX 6416                               ATTN BANKRUPTCY                           PO BOX 130424
CAROL STREAM IL 60197-6416                3031 N 114TH ST                           ROSEVILLE MN 55113-0004
                                          MILWAUKEE WI 53222-4218


ALLY BANK CO AIS PORTFOLIO SERVICES LP    ALLY FINANCIAL                            AMERICAN EXPRESS NATIONAL BANK
4515 N SANTA FE AVE DEPT APS              ATTN BANKRUPTCY                           CO BECKET  LEE LLP
OKLAHOMA CITY OK 73118-7901               PO BOX 380901                             PO BOX 3001
                                          BLOOMINGTON MN 55438-0901                 MALVERN PA 19355-0701


AMEX                                      BARCLAYS BANK OF DELAWARE                 CAPITAL ONE NA
CORRESPONDENCE                            PO BOX 8803                               CO BECKET AND LEE LLP
PO BOX 981540                             WILMINGTON DE 19899-8803                  PO BOX 3001
EL PASO TX 79998-1540                                                               MALVERN PA 19355-0701


ALLISON L CARR                            JPMORGAN CHASE BANK N A                   CHROME FCU
PENNSYLVANIA OFFICE OF ATTORNEY GENERAL   BANKRUPTCY MAIL INTAKE TEAM               PO BOX 658
1251 WATERFRONT PLACE                     700 KANSAS LANE FLOOR 01                  CANONSBURG PA 15317-0658
MEZZANINE LEVEL                           MONROE LA 71203-4774
PITTSBURGH PA 15222-4227


CITIBANK                                  CITIZENS AUTO FINANCE                     CITIZENS BANK N A
PO BOX 6241                               480 JEFFERSON BLVD                        ATTN BANKRUPTCY TEAM
SIOUX FALLS SD 57117-6241                 WARWICK RI 02886-1359                     ONE CITIZENS BANK WAY
                                                                                    JCA115
                                                                                    JOHNSTON RI 02919-1922


COLLECTION SERVICE CENTER                 COMMONWEALTH OF PENNSYLVANIA              CREDENCE RESOURCE MGMT
PO BOX 560                                DEPARTMENT OF REVENUE                     PO BOX 2300
NEW KENSINGTON PA 15068-0560              BUREAU OF COMPLIANCE DEPARTMENT 280946    SOUTHGATE MI 48195-4300
                                          HARRISBURG PA 17128-0001


CREDIT CONTROL SERVICES                   CREDIT ONE BANK                           DSNB MACY S
725 CANTON ST                             PO BOX 98873                              CITIBANK
NORWOOD MA 02062-2679                     LAS VEGAS NV 89193-8873                   1000 TECHNOLOGY DRIVE MS 777
                                                                                    O FALLON MO 63368-2222


INTERNAL REVENUE SERVICE                  KEY BANK NATIONAL ASSOCIATION             KEY BANK NA
SPECIAL PROCEDURES DIVISION               PO BOX 94825                              4910 TIEDEMAN ROAD
PO BOX 628                                CLEVELAND OH 44101-4825                   BROOKLYN OH 44144-2338
BANKRUPTCY SECTION
PITTSBURGH PA 15230


KEY BANK NA                               KEY BANK NA                               BRIAN M KILE
4224 RIDGE LEA                            CO BRIAN M KILE ESQUIRE                   GRENEN  BIRSIC PC
AMHERST NY 14226-1016                     GRENEN  BIRSIC PC                         ONE GATEWAY CENTER 9TH FLOOR
                                          ONE GATEWAY CENTER 9TH FLOOR              PITTSBURGH PA 15222
                                          PITTSBURGH PA 15222
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL NOTICE LIST OF ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING" WERE SENT NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| KOHLSCAPITAL ONE<br>KOHLS CREDIT<br>PO BOX 3043<br>MILWAUKEE WI 53201-3043 | ANDREW F KUZY<br>531 WARRICK DRIVE<br>WASHINGTON PA 15301-9513 | COLLEEN A KUZY<br>531 WARRICK DRIVE<br>WASHINGTON PA 15301-9513 |
| LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS<br>ASSIGNEE OF MHC RECEIVABLES LLC AND FNBM LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | LAURA KEISLING TAX COLLECTOR<br>550 WASHINGTON ROAD<br>WASHINGTON PA 15301-9621 | MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE SC 29603-0368 |
| MERCEDES BENZ FINANCIAL SERVICES<br>13650 HERITAGE VALLEY PARKWAY<br>FORT WORTH TX 76177-0000 | MERRICK BANK<br>10705 JORDAN GTW STE 200<br>SOUTH JORDAN UT 84095-3977 | MIDLAND FUNDING LLC<br>2365 NORTHSIDE DRIVE<br>SUITE 300<br>SAN DIEGO CA 92108-2710 |
| BRIAN NICHOLAS<br>KML LAW GROUP PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 | DEPT OF REVENUE OFFICE OF ATTORNEY GEN<br>ANTHONY T KOVALCHICK<br>1251 WATERFRONT PLACE<br>MEZZANINE LEVEL<br>PITTSBURGH PA 15222-4227 | OFFICE OF THE UNITED STATES TRUSTEE<br>LIBERTY CENTER<br>1001 LIBERTY AVENUE SUITE 970<br>PITTSBURGH PA 15222-3721 |
| PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | PENNSYLVANIA DEPT OF REVENUE<br>DEPARTMENT 280946<br>PO BOX 280946<br>ATTN- BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | STATE FARM BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | LOAN SERVICING<br>LOAN SUPPORT<br>PO BOX 5961<br>MADISON WI 53705-0961 |
| TARGET<br>TARGET CARD SERVICES<br>MAIL STOP NCB-0461<br>MINNEAPOLIS MN 55440 | BRIAN C THOMPSON<br>THOMPSON LAW GROUP PC<br>125 WARRENDALE BAYNE ROAD<br>SUITE 200<br>WARRENDALE PA 15086-6504 | UPMC HEALTH SERVICES<br>PO BOX 1123<br>MINNEAPOLIS MN 55440-1123 |
| UPMC PHYSICIAN SERVICES<br>PO BOX 1123<br>MINNEAPOLIS MN 55440-1123 | WHS ORTHO SPORTS MEDICINE<br>95 LEONARD AVENUE<br>WASHINGTON PA 15301-3368 | LARRY E WAHLQUIST<br>US TRUSTEE PROGRAMDEPT OF JUSTICE<br>1001 LIBERTY AVENUE<br>SUITE 970<br>PITTSBURGH PA 15222-3721 |
| WASHINGTON CO TAX CLAIM BUREAU<br>100 W BEAU ST STE 205<br>WASHINGTON PA 15301-4483 | WASHINGTON COUNTY CLERK OF COURTS<br>1 S MAIN STREET 1005<br>WASHINGTON PA 15301-6813 | WORKFORCE WEST VIRGINIA<br>112 CALIFORNIA AVENUE<br>CHARLESTON WV 25305-0047 |