IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| ANDREW F. KUZY | : | Bankruptcy No. 18-21728-CMB |
| COLLEEN A. KUZY | : | Chapter 7 |
| | : | |
| Debtors. | : | Document No. _____ |
| | : | Related to Docket Nos. 277, 278 & 279 |
| JEFFREY J. SIKIRICA, TRUSTEE | : | |
| | : | |
| Movant, | : | Hearing Date & Time: |
| vs. | : | June 9, 2022 @ 02:30 p.m. |
| | : | |
| No Respondents. | : | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**TRUSTEE'S MOTION FOR FINAL DECREE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the above cited Motion filed on **May 6, 2022** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **May 23, 2022**.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated:  **05/26/2022**                                              By:  /s/ Jeffrey J. Sikirica
                                                                              Signature

                                                                              Jeffrey J. Sikirica
                                                                              Typed Name

                                                                              121 Northbrook Drive, Gibsonia, PA  15044
                                                                              Address

                                                                              724-625-2566
                                                                              Phone No.

                                                                              PA ID 36745
                                                                              List Bar I.D. and State of Admission

**PAWB Local Form 25 (07/13)**