UNITED STATES BANKRUPTCY COURT
WESTERN District of PENNSYLVANIA
Pittsburgh Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ANDREW F. KUZY | ) | Case No. 18-21728-CMB |
| COLLEEN A. KUZY | ) | |
| Debtors | ) | Chapter 11 |
| | ) | |
| JEFFREY J. SIKIRICA, ESQ. | ) | Related to: Document No. 280 |
| | ) | |
| Movant | ) | **ENTERED BY DEFAULT** |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

## ORDER AWARDING JEFFREY J. SIKIRICA, ESQUIRE, ATTORNEY FOR TRUSTEE, COMPENSATION AND EXPENSES

AND NOW, this __26th__ day of __May__, 2022, upon consideration of the foregoing application for compensation, it is ORDERED, that the sum of $1,085.00 is reasonable compensation by Jeffrey J. Sikirica, Esquire for the services in this case as attorney for the Chapter 7 Trustee; and, that such sums are approved and to be paid by the Chapter 11 Trustee as part of his distribution of the estate proceeds as allowed by section 330 of the United States Bankruptcy Code.

By the Court,

*Carlota M. Böhm*   glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
5/26/22 4:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21728-CMB |
| Andrew F. Kuzy | Chapter 11 |
| Colleen A. Kuzy | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 26, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Andrew F. Kuzy, Colleen A. Kuzy, 531 Warrick Drive, Washington, PA 15301-9513 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2022          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | |
| | on behalf of Creditor Dep't of Revenue Office of Attorney General acarr@attorneygeneral.gov |
| Brian Nicholas | |
| | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Brian C. Thompson | |
| | on behalf of Debtor Andrew F. Kuzy bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | |
| | on behalf of Joint Debtor Colleen A. Kuzy bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian M. Kile | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: May 26, 2022 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Key Bank  N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

Jeffrey J. Sikirica
    on behalf of Trustee Jeffrey J. Sikirica trusteesikirica@zoominternet.net  PA59@ecfcbis.com

Jeffrey J. Sikirica
    on behalf of Attorney Jeffrey J Sikirica trusteesikirica@zoominternet.net  PA59@ecfcbis.com

Jeffrey J. Sikirica
    trusteesikirica@zoominternet.net  PA59@ecfcbis.com

Larry E. Wahlquist
    on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov

Norma Hildenbrand, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rebecca Solarz
    on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com

TOTAL: 12