**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | Bankruptcy No. 18-21728-CMB |
| ) | |
| **ANDREW F. KUZY** ) | Chapter 11 |
| **COLLEEN A. KUZY** ) | |
| ) | Docket No. __271__ |
| **Debtors,** ) | |
| ) | Related to Doc. Nos. 271, 272, 273 & 283 |
| ) | |
| **JEFFREY J. SIKIRICA,** ) | |
| **CHAPTER 7 TRUSTEE,** ) | |
| ) | |
| **Movant,** ) | |
| ) | |
| v. ) | |
| ) | |
| **PNC BANK NATIONAL ASSOCIATION** ) | |
| ) | |
| **Respondent.** ) | |

**ORDER OF COURT**

AND NOW, this ___6th___ day of ___June___, 2022, upon consideration of the Trustee's "Motion to Determine Payment Schedule of Debtor to PNC Bank Pursuant to Order of Court Confirming Amended Chapter 11 Plan Motion for Final Decree" (hereinafter the "Motion") and the response filed by the Respondent, PNC Bank National Association,

it is further ORDERED, DECREED and ADJUDGED that the amortization schedule attached to this Order which accounts for seven (7) payments previously made and lists the due dates of future payments is APPROVED, and,

it is further ORDERED, DECREED and ADJUDGED that this Court shall retain jurisdiction as to any disputes which may arise from the payments previously set forth in this Order.

**BY THE COURT:**

FILED
6/6/22 9:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*  gtb

**Honorable Carlota M. Böhm**
**Chief United States Bankruptcy Judge**

Consented To By:

/s/ Jeffrey J. Sikirica
Jeffrey J. Sikirica, Esq.
Attorney for the Chapter 7 Trustee
PA ID# 36745

121 Northbrook Drive
Gibsonia, PA  15044
(724) 625-2566
SikiricaLaw@zoominternet.net

/s/ Rebecca A. Solarz
Rebecca A. Solarz, Esq.
Attorney for PNC Bank National Association
PA ID# 315936

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106-1532
(215) 627-1322
RSolarz@kmllawgroup.com

## Amortization Schedule

**Loan Number:** ██████████  **Borrower Name:** KUZY,ANDREW F

### Amortization Data

| | |
|---|---|
| Calculation Type: | Current P & I |
| Principal Balance ($): | 122,639.48 |
| Payment Frequency: | Monthly |
| Loan To Value (%): | 53.3 |
| Interest Rate (%): | 3.50000 |
| Start Date: | 6/1/2022 |
| Maturity Date: | 10/1/2036 |

### Amortization Results

| | |
|---|---|
| New P & I ($): | 904.33 |
| Interest Change ($): | 0.00 |
| Payment Change ($): | 0.00 |
| New Maturity Date: | 10/1/2036 |
| New Curtailment ($): | 0.00 |
| LTV Date: | --/--/---- |

| # | Date | Interest ($) | Principal ($) | Balance ($) |
|---|---|---|---|---|
| 1 | 6/1/2022 | 357.70 | 546.63 | 122,092.85 |
| 2 | 7/1/2022 | 356.10 | 548.23 | 121,544.62 |
| 3 | 8/1/2022 | 354.51 | 549.82 | 120,994.80 |
| 4 | 9/1/2022 | 352.90 | 551.43 | 120,443.37 |
| 5 | 10/1/2022 | 351.29 | 553.04 | 119,890.33 |
| 6 | 11/1/2022 | 349.68 | 554.65 | 119,335.68 |
| 7 | 12/1/2022 | 348.06 | 556.27 | 118,779.41 |
| 8 | 1/1/2023 | 346.44 | 557.89 | 118,221.52 |
| 9 | 2/1/2023 | 344.81 | 559.52 | 117,662.00 |
| 10 | 3/1/2023 | 343.18 | 561.15 | 117,100.85 |
| 11 | 4/1/2023 | 341.54 | 562.79 | 116,538.06 |
| 12 | 5/1/2023 | 339.90 | 564.43 | 115,973.63 |
| 13 | 6/1/2023 | 338.26 | 566.07 | 115,407.56 |
| 14 | 7/1/2023 | 336.61 | 567.72 | 114,839.84 |
| 15 | 8/1/2023 | 334.95 | 569.38 | 114,270.46 |
| 16 | 9/1/2023 | 333.29 | 571.04 | 113,699.42 |
| 17 | 10/1/2023 | 331.62 | 572.71 | 113,126.71 |
| 18 | 11/1/2023 | 329.95 | 574.38 | 112,552.33 |
| 19 | 12/1/2023 | 328.28 | 576.05 | 111,976.28 |
| 20 | 1/1/2024 | 326.60 | 577.73 | 111,398.55 |
| 21 | 2/1/2024 | 324.91 | 579.42 | 110,819.13 |
| 22 | 3/1/2024 | 323.22 | 581.11 | 110,238.02 |
| 23 | 4/1/2024 | 321.53 | 582.80 | 109,655.22 |
| 24 | 5/1/2024 | 319.83 | 584.50 | 109,070.72 |
| 25 | 6/1/2024 | 318.12 | 586.21 | 108,484.51 |

| # | Date | | | |
|---|------|------|------|------|
| 26 | 7/1/2024 | 316.41 | 587.92 | 107,896.59 |
| 27 | 8/1/2024 | 314.70 | 589.63 | 107,306.96 |
| 28 | 9/1/2024 | 312.98 | 591.35 | 106,715.61 |
| 29 | 10/1/2024 | 311.25 | 593.08 | 106,122.53 |
| 30 | 11/1/2024 | 309.52 | 594.81 | 105,527.72 |
| 31 | 12/1/2024 | 307.79 | 596.54 | 104,931.18 |
| 32 | 1/1/2025 | 306.05 | 598.28 | 104,332.90 |
| 33 | 2/1/2025 | 304.30 | 600.03 | 103,732.87 |
| 34 | 3/1/2025 | 302.55 | 601.78 | 103,131.09 |
| 35 | 4/1/2025 | 300.80 | 603.53 | 102,527.56 |
| 36 | 5/1/2025 | 299.04 | 605.29 | 101,922.27 |
| 37 | 6/1/2025 | 297.27 | 607.06 | 101,315.21 |
| 38 | 7/1/2025 | 295.50 | 608.83 | 100,706.38 |
| 39 | 8/1/2025 | 293.73 | 610.60 | 100,095.78 |
| 40 | 9/1/2025 | 291.95 | 612.38 | 99,483.40 |
| 41 | 10/1/2025 | 290.16 | 614.17 | 98,869.23 |
| 42 | 11/1/2025 | 288.37 | 615.96 | 98,253.27 |
| 43 | 12/1/2025 | 286.57 | 617.76 | 97,635.51 |
| 44 | 1/1/2026 | 284.77 | 619.56 | 97,015.95 |
| 45 | 2/1/2026 | 282.96 | 621.37 | 96,394.58 |
| 46 | 3/1/2026 | 281.15 | 623.18 | 95,771.40 |
| 47 | 4/1/2026 | 279.33 | 625.00 | 95,146.40 |
| 48 | 5/1/2026 | 277.51 | 626.82 | 94,519.58 |
| 49 | 6/1/2026 | 275.68 | 628.65 | 93,890.93 |
| 50 | 7/1/2026 | 273.85 | 630.48 | 93,260.45 |
| 51 | 8/1/2026 | 272.01 | 632.32 | 92,628.13 |
| 52 | 9/1/2026 | 270.17 | 634.16 | 91,993.97 |
| 53 | 10/1/2026 | 268.32 | 636.01 | 91,357.96 |
| 54 | 11/1/2026 | 266.46 | 637.87 | 90,720.09 |
| 55 | 12/1/2026 | 264.60 | 639.73 | 90,080.36 |
| 56 | 1/1/2027 | 262.73 | 641.60 | 89,438.76 |
| 57 | 2/1/2027 | 260.86 | 643.47 | 88,795.29 |
| 58 | 3/1/2027 | 258.99 | 645.34 | 88,149.95 |
| 59 | 4/1/2027 | 257.10 | 647.23 | 87,502.72 |
| 60 | 5/1/2027 | 255.22 | 649.11 | 86,853.61 |
| 61 | 6/1/2027 | 253.32 | 651.01 | 86,202.60 |
| 62 | 7/1/2027 | 251.42 | 652.91 | 85,549.69 |
| 63 | 8/1/2027 | 249.52 | 654.81 | 84,894.88 |

| # | Date | | | |
|---|---|---|---|---|
| 64 | 9/1/2027 | 247.61 | 656.72 | 84,238.16 |
| 65 | 10/1/2027 | 245.69 | 658.64 | 83,579.52 |
| 66 | 11/1/2027 | 243.77 | 660.56 | 82,918.96 |
| 67 | 12/1/2027 | 241.85 | 662.48 | 82,256.48 |
| 68 | 1/1/2028 | 239.91 | 664.42 | 81,592.06 |
| 69 | 2/1/2028 | 237.98 | 666.35 | 80,925.71 |
| 70 | 3/1/2028 | 236.03 | 668.30 | 80,257.41 |
| 71 | 4/1/2028 | 234.08 | 670.25 | 79,587.16 |
| 72 | 5/1/2028 | 232.13 | 672.20 | 78,914.96 |
| 73 | 6/1/2028 | 230.17 | 674.16 | 78,240.80 |
| 74 | 7/1/2028 | 228.20 | 676.13 | 77,564.67 |
| 75 | 8/1/2028 | 226.23 | 678.10 | 76,886.57 |
| 76 | 9/1/2028 | 224.25 | 680.08 | 76,206.49 |
| 77 | 10/1/2028 | 222.27 | 682.06 | 75,524.43 |
| 78 | 11/1/2028 | 220.28 | 684.05 | 74,840.38 |
| 79 | 12/1/2028 | 218.28 | 686.05 | 74,154.33 |
| 80 | 1/1/2029 | 216.28 | 688.05 | 73,466.28 |
| 81 | 2/1/2029 | 214.28 | 690.05 | 72,776.23 |
| 82 | 3/1/2029 | 212.26 | 692.07 | 72,084.16 |
| 83 | 4/1/2029 | 210.25 | 694.08 | 71,390.08 |
| 84 | 5/1/2029 | 208.22 | 696.11 | 70,693.97 |
| 85 | 6/1/2029 | 206.19 | 698.14 | 69,995.83 |
| 86 | 7/1/2029 | 204.15 | 700.18 | 69,295.65 |
| 87 | 8/1/2029 | 202.11 | 702.22 | 68,593.43 |
| 88 | 9/1/2029 | 200.06 | 704.27 | 67,889.16 |
| 89 | 10/1/2029 | 198.01 | 706.32 | 67,182.84 |
| 90 | 11/1/2029 | 195.95 | 708.38 | 66,474.46 |
| 91 | 12/1/2029 | 193.88 | 710.45 | 65,764.01 |
| 92 | 1/1/2030 | 191.81 | 712.52 | 65,051.49 |
| 93 | 2/1/2030 | 189.73 | 714.60 | 64,336.89 |
| 94 | 3/1/2030 | 187.65 | 716.68 | 63,620.21 |
| 95 | 4/1/2030 | 185.56 | 718.77 | 62,901.44 |
| 96 | 5/1/2030 | 183.46 | 720.87 | 62,180.57 |
| 97 | 6/1/2030 | 181.36 | 722.97 | 61,457.60 |
| 98 | 7/1/2030 | 179.25 | 725.08 | 60,732.52 |
| 99 | 8/1/2030 | 177.14 | 727.19 | 60,005.33 |
| 100 | 9/1/2030 | 175.02 | 729.31 | 59,276.02 |
| 101 | 10/1/2030 | 172.89 | 731.44 | 58,544.58 |

| # | Date | | | |
|---|---|---|---|---|
| 102 | 11/1/2030 | 170.76 | 733.57 | 57,811.01 |
| 103 | 12/1/2030 | 168.62 | 735.71 | 57,075.30 |
| 104 | 1/1/2031 | 166.47 | 737.86 | 56,337.44 |
| 105 | 2/1/2031 | 164.32 | 740.01 | 55,597.43 |
| 106 | 3/1/2031 | 162.16 | 742.17 | 54,855.26 |
| 107 | 4/1/2031 | 159.99 | 744.34 | 54,110.92 |
| 108 | 5/1/2031 | 157.82 | 746.51 | 53,364.41 |
| 109 | 6/1/2031 | 155.65 | 748.68 | 52,615.73 |
| 110 | 7/1/2031 | 153.46 | 750.87 | 51,864.86 |
| 111 | 8/1/2031 | 151.27 | 753.06 | 51,111.80 |
| 112 | 9/1/2031 | 149.08 | 755.25 | 50,356.55 |
| 113 | 10/1/2031 | 146.87 | 757.46 | 49,599.09 |
| 114 | 11/1/2031 | 144.66 | 759.67 | 48,839.42 |
| 115 | 12/1/2031 | 142.45 | 761.88 | 48,077.54 |
| 116 | 1/1/2032 | 140.23 | 764.10 | 47,313.44 |
| 117 | 2/1/2032 | 138.00 | 766.33 | 46,547.11 |
| 118 | 3/1/2032 | 135.76 | 768.57 | 45,778.54 |
| 119 | 4/1/2032 | 133.52 | 770.81 | 45,007.73 |
| 120 | 5/1/2032 | 131.27 | 773.06 | 44,234.67 |
| 121 | 6/1/2032 | 129.02 | 775.31 | 43,459.36 |
| 122 | 7/1/2032 | 126.76 | 777.57 | 42,681.79 |
| 123 | 8/1/2032 | 124.49 | 779.84 | 41,901.95 |
| 124 | 9/1/2032 | 122.21 | 782.12 | 41,119.83 |
| 125 | 10/1/2032 | 119.93 | 784.40 | 40,335.43 |
| 126 | 11/1/2032 | 117.65 | 786.68 | 39,548.75 |
| 127 | 12/1/2032 | 115.35 | 788.98 | 38,759.77 |
| 128 | 1/1/2033 | 113.05 | 791.28 | 37,968.49 |
| 129 | 2/1/2033 | 110.74 | 793.59 | 37,174.90 |
| 130 | 3/1/2033 | 108.43 | 795.90 | 36,379.00 |
| 131 | 4/1/2033 | 106.11 | 798.22 | 35,580.78 |
| 132 | 5/1/2033 | 103.78 | 800.55 | 34,780.23 |
| 133 | 6/1/2033 | 101.44 | 802.89 | 33,977.34 |
| 134 | 7/1/2033 | 99.10 | 805.23 | 33,172.11 |
| 135 | 8/1/2033 | 96.75 | 807.58 | 32,364.53 |
| 136 | 9/1/2033 | 94.40 | 809.93 | 31,554.60 |
| 137 | 10/1/2033 | 92.03 | 812.30 | 30,742.30 |
| 138 | 11/1/2033 | 89.67 | 814.66 | 29,927.64 |
| 139 | 12/1/2033 | 87.29 | 817.04 | 29,110.60 |

| # | Date | | | |
|---|---|---|---|---|
| 140 | 1/1/2034 | 84.91 | 819.42 | 28,291.18 |
| 141 | 2/1/2034 | 82.52 | 821.81 | 27,469.37 |
| 142 | 3/1/2034 | 80.12 | 824.21 | 26,645.16 |
| 143 | 4/1/2034 | 77.72 | 826.61 | 25,818.55 |
| 144 | 5/1/2034 | 75.30 | 829.03 | 24,989.52 |
| 145 | 6/1/2034 | 72.89 | 831.44 | 24,158.08 |
| 146 | 7/1/2034 | 70.46 | 833.87 | 23,324.21 |
| 147 | 8/1/2034 | 68.03 | 836.30 | 22,487.91 |
| 148 | 9/1/2034 | 65.59 | 838.74 | 21,649.17 |
| 149 | 10/1/2034 | 63.14 | 841.19 | 20,807.98 |
| 150 | 11/1/2034 | 60.69 | 843.64 | 19,964.34 |
| 151 | 12/1/2034 | 58.23 | 846.10 | 19,118.24 |
| 152 | 1/1/2035 | 55.76 | 848.57 | 18,269.67 |
| 153 | 2/1/2035 | 53.29 | 851.04 | 17,418.63 |
| 154 | 3/1/2035 | 50.80 | 853.53 | 16,565.10 |
| 155 | 4/1/2035 | 48.31 | 856.02 | 15,709.08 |
| 156 | 5/1/2035 | 45.82 | 858.51 | 14,850.57 |
| 157 | 6/1/2035 | 43.31 | 861.02 | 13,989.55 |
| 158 | 7/1/2035 | 40.80 | 863.53 | 13,126.02 |
| 159 | 8/1/2035 | 38.28 | 866.05 | 12,259.97 |
| 160 | 9/1/2035 | 35.76 | 868.57 | 11,391.40 |
| 161 | 10/1/2035 | 33.22 | 871.11 | 10,520.29 |
| 162 | 11/1/2035 | 30.68 | 873.65 | 9,646.64 |
| 163 | 12/1/2035 | 28.14 | 876.19 | 8,770.45 |
| 164 | 1/1/2036 | 25.58 | 878.75 | 7,891.70 |
| 165 | 2/1/2036 | 23.02 | 881.31 | 7,010.39 |
| 166 | 3/1/2036 | 20.45 | 883.88 | 6,126.51 |
| 167 | 4/1/2036 | 17.87 | 886.46 | 5,240.05 |
| 168 | 5/1/2036 | 15.28 | 889.05 | 4,351.00 |
| 169 | 6/1/2036 | 12.69 | 891.64 | 3,459.36 |
| 170 | 7/1/2036 | 10.09 | 894.24 | 2,565.12 |
| 171 | 8/1/2036 | 7.48 | 896.85 | 1,668.27 |
| 172 | 9/1/2036 | 4.87 | 899.46 | 768.81 |
| 173 | 10/1/2036 | 2.24 | 768.81 | 0.00 |

**Note: The accuracy of these calculators and their applicability to your circumstances are not guaranteed. Projections are calculated with hypothetical figures that are entered by you (the user) with no verification from the system. There is no guarantee that the results given are accurate for your specific situation and can even be achieved.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21728-CMB |
| Andrew F. Kuzy | Chapter 11 |
| Colleen A. Kuzy | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 06, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Andrew F. Kuzy, Colleen A. Kuzy, 531 Warrick Drive, Washington, PA 15301-9513 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2022          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Dep't of Revenue Office of Attorney General acarr@attorneygeneral.gov |
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Andrew F. Kuzy bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Colleen A. Kuzy bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian M. Kile | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jun 06, 2022 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Key Bank  N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

Jeffrey J. Sikirica
    on behalf of Trustee Jeffrey J. Sikirica trusteesikirica@zoominternet.net  PA59@ecfcbis.com

Jeffrey J. Sikirica
    on behalf of Attorney Jeffrey J Sikirica trusteesikirica@zoominternet.net  PA59@ecfcbis.com

Jeffrey J. Sikirica
    trusteesikirica@zoominternet.net  PA59@ecfcbis.com

Larry E. Wahlquist
    on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov

Norma Hildenbrand, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rebecca Solarz
    on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com

TOTAL: 12