# PROCEEDING MEMO

Date: 06/09/2022 02:30 pm

In re:  Andrew F. Kuzy
       Colleen A. Kuzy

Bankruptcy No. 18-21728-CMB
Chapter: 11-NOT A SMALL BUSINESS
Doc. # 274

**Appearances:** BY ZOOM: Jeffrey Sikirica; Brian Kile

**Nature of Proceeding:** #274 Motion To Determine Payment Schedule of Debtor To Key Bank, N.A. Pursuant To Order of Court Confirming Amended Chapter 11 Plan

**Additional Pleadings:** #284 Response by Key Bank, N.A., s/b/m/t First Niagra Funding, Inc., Assignee of National City Bank s/b/m/t National City Bank of Pennsylvania
#292 Settlement and Certification of Counsel

**Judge's Notes:**

**Outcome:** Hearing Held. Order to be entered.

Carlota Böhm
Chief U.S. Bankruptcy Judge

FILED
6/9/22 6:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA