# PROCEEDING MEMO

Date: 06/09/2022 02:30 pm

In re:  Andrew F. Kuzy
        Colleen A. Kuzy

Bankruptcy No. 18-21728-CMB
Chapter: 11-NOT A SMALL BUSINESS
Doc. # 277

**Appearances:** Jeffrey Sikirica;  Brian Kile

**Nature of Proceeding:** #277 Motion For Final Decree

**Additional Pleadings:** #286 Certificate of No Objection

**Judge's Notes:**

**Outcome:** Hearing Held.  Order to be entered.

Carlota Böhm
Chief U.S. Bankruptcy Judge

FILED
6/9/22 6:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA