# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) CASE NO. 18-21728-CMB |
| | ) |
| Andrew F. Kuzy & Colleen A. Kuzy, | ) CHAPTER 11 |
| | ) |
| Debtors. | ) RELATED TO DOCKET NO. 274 |
| | ) |
| Jeffrey J. Sikirica, Chapter 11 Trustee, | ) |
| | ) |
| Movants, | ) |
| | ) |
| vs. | ) |
| | ) |
| KeyBank, N.A. s/b/m/t First Niagara Funding, Inc., Assignee of National City Bank s/b/m/t National City Bank of Pennsylvania, | ) |
| | ) |
| Respondent. | ) |

## ORDER OF COURT

AND NOW, this __9th__ day of __June__, 2022, upon consideration of the Trustee's "Motion to Determine Payment Schedule of Debtor to Key Bank, N.A. Pursuant to Order of Court Confirming Amended Chapter 11 Plan Motion for Final Decree" (hereinafter the "Motion"), and the Response thereto by KeyBank, N.A.,

it is hereby ORDERED, DECREED and ADJUDGED that the amortization schedule attached hereto reflecting principal reduction payments for the reduced principal balance due to KeyBank, N.A. of $39,894.54 and payments of accrued interest plus outstanding interest, fees and costs due to KeyBank, N.A. of $46,149.42 is APPROVED,

it is further ORDERED, DECREED and ADJUDGED that after 60 monthly payments of $857.74 by the Debtor through the Trustee as Disbursing Agent, the balloon payment due to KeyBank, N.A. shall be $34,998.80; and,

it is further ORDERED, DECREED and ADJUDGED that this Court shall retain jurisdiction as to any disputes which may arise from the payments previously set forth in this Order.

BY THE COURT:

_____
Honorable Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
6/9/22 6:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

/s/ Brian M. Kile
Brian M. Kile, Esq.
GRENEN & BIRSIC, P.C.
PA ID No. 89240
One Gateway Center, 9th Floor
Pittsburgh, PA 15222
412-281-7650
bkile@grenenbirsic.com

Counsel for Respondent

/s/ Jeffrey J. Sikirica
Jeffrey J. Sikirica, Esq.
PA ID No. 36745
121 Northbrook Drive
Pine Township
Gibsonia, PA 15044
724-625-2566
TrusteeSikirica@consolidated.net

Counsel for Respondent

| AMORTIZATION TABLE - LEVEL PAYMENT | | | | | | |
|---|---|---|---|---|---|---|
| Principal | | $39,894.54 | | Total Payments: | | |
| Term (in months) | | 108 | | Year 1 | | $10,292.88 |
| Interest Rate | | 3.50% | | | | |
| Payment | | $857.74 | | | | |
| | | | | | | |
| | | | | Remaining | Annual | Annual |
| Period | Balance | Interest | Principal | Balance | Interest | Principal |
| 1 | $39,894.54 | $116.36 | $857.74 | $39,036.80 | | |
| 2 | $39,036.80 | $113.86 | $857.74 | $38,179.06 | | |
| 3 | $38,179.06 | $111.36 | $857.74 | $37,321.32 | | |
| 4 | $37,321.32 | $108.85 | $857.74 | $36,463.58 | | |
| 5 | $36,463.58 | $106.35 | $857.74 | $35,605.84 | | |
| 6 | $35,605.84 | $103.85 | $857.74 | $34,748.10 | | |
| 7 | $34,748.10 | $101.35 | $857.74 | $33,890.36 | | |
| 8 | $33,890.36 | $98.85 | $857.74 | $33,032.62 | | |
| 9 | $33,032.62 | $96.35 | $857.74 | $32,174.88 | | |
| 10 | $32,174.88 | $93.84 | $857.74 | $31,317.14 | | |
| 11 | $31,317.14 | $91.34 | $857.74 | $30,459.40 | | |
| 12 | $30,459.40 | $88.84 | $857.74 | $29,601.66 | $1,231.19 | $10,292.88 |
| 13 | $29,601.66 | $86.34 | $857.74 | $28,743.92 | | |
| 14 | $28,743.92 | $83.84 | $857.74 | $27,886.18 | | |
| 15 | $27,886.18 | $81.33 | $857.74 | $27,028.44 | | |
| 16 | $27,028.44 | $78.83 | $857.74 | $26,170.70 | | |
| 17 | $26,170.70 | $76.33 | $857.74 | $25,312.96 | | |
| 18 | $25,312.96 | $73.83 | $857.74 | $24,455.22 | | |
| 19 | $24,455.22 | $71.33 | $857.74 | $23,597.48 | | |
| 20 | $23,597.48 | $68.83 | $857.74 | $22,739.74 | | |
| 21 | $22,739.74 | $66.32 | $857.74 | $21,882.00 | | |
| 22 | $21,882.00 | $63.82 | $857.74 | $21,024.26 | | |
| 23 | $21,024.26 | $61.32 | $857.74 | $20,166.52 | | |
| 24 | $20,166.52 | $58.82 | $857.74 | $19,308.78 | $870.94 | $10,292.88 |
| 25 | $19,308.78 | $56.32 | $857.74 | $18,451.04 | | |
| 26 | $18,451.04 | $53.82 | $857.74 | $17,593.30 | | |
| 27 | $17,593.30 | $51.31 | $857.74 | $16,735.56 | | |
| 28 | $16,735.56 | $48.81 | $857.74 | $15,877.82 | | |
| 29 | $15,877.82 | $46.31 | $857.74 | $15,020.08 | | |
| 30 | $15,020.08 | $43.81 | $857.74 | $14,162.34 | | |
| 31 | $14,162.34 | $41.31 | $857.74 | $13,304.60 | | |
| 32 | $13,304.60 | $38.81 | $857.74 | $12,446.86 | | |
| 33 | $12,446.86 | $36.30 | $857.74 | $11,589.12 | | |
| 34 | $11,589.12 | $33.80 | $857.74 | $10,731.38 | | |
| 35 | $10,731.38 | $31.30 | $857.74 | $9,873.64 | | |
| 36 | $9,873.64 | $28.80 | $857.74 | $9,015.90 | $510.69 | $10,292.88 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | $9,015.90 | $26.30 | $857.74 | $8,158.16 | | |
| 38 | $8,158.16 | $23.79 | $857.74 | $7,300.42 | | |
| 39 | $7,300.42 | $21.29 | $857.74 | $6,442.68 | | |
| 40 | $6,442.68 | $18.79 | $857.74 | $5,584.94 | | |
| 41 | $5,584.94 | $16.29 | $857.74 | $4,727.20 | | |
| 42 | $4,727.20 | $13.79 | $857.74 | $3,869.46 | | |
| 43 | $3,869.46 | $11.29 | $857.74 | $3,011.72 | | |
| 44 | $3,011.72 | $8.78 | $857.74 | $2,153.98 | | |
| 45 | $2,153.98 | $6.28 | $857.74 | $1,296.24 | | |
| 46 | $1,296.24 | $3.78 | $857.74 | $438.50 | | |
| 47 | $438.50 | $1.28 | $857.74 | -$419.24 | $151.73 | |

| | | | | | |
|---|---|---|---|---|---|
| 48 | $46,149.42 | | $857.74 | $45,291.68 | |
| 49 | $45,291.68 | | $857.74 | $44,433.94 | |
| 50 | $44,433.94 | | $857.74 | $43,576.20 | |
| 51 | $43,576.20 | | $857.74 | $42,718.46 | |
| 52 | $42,718.46 | | $857.74 | $41,860.72 | |
| 53 | $41,860.72 | | $857.74 | $41,002.98 | |
| 54 | $41,002.98 | | $857.74 | $40,145.24 | |
| 55 | $40,145.24 | | $857.74 | $39,287.50 | |
| 56 | $39,287.50 | | $857.74 | $38,429.76 | |
| 57 | $38,429.76 | | $857.74 | $37,572.02 | |
| 58 | $37,572.02 | | $857.74 | $36,714.28 | |
| 59 | $36,714.28 | | $857.74 | $35,856.54 | |
| 60 | $35,856.54 | | $857.74 | $34,998.80 | |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21728-CMB |
| Andrew F. Kuzy | Chapter 11 |
| Colleen A. Kuzy | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 10, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Andrew F. Kuzy, Colleen A. Kuzy, 531 Warrick Drive, Washington, PA 15301-9513 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2022          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Dep't of Revenue Office of Attorney General acarr@attorneygeneral.gov |
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Andrew F. Kuzy bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Colleen A. Kuzy bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian M. Kile | |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 10, 2022 | Form ID: pdf900 | Total Noticed: 1 |

    on behalf of Creditor Key Bank N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

Jeffrey J. Sikirica
    on behalf of Trustee Jeffrey J. Sikirica trusteesikirica@zoominternet.net  PA59@ecfcbis.com

Jeffrey J. Sikirica
    on behalf of Attorney Jeffrey J Sikirica trusteesikirica@zoominternet.net  PA59@ecfcbis.com

Jeffrey J. Sikirica
    trusteesikirica@zoominternet.net  PA59@ecfcbis.com

Larry E. Wahlquist
    on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov

Norma Hildenbrand, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rebecca Solarz
    on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com

TOTAL: 12